Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88555046**
**Filing Date: 07/31/2019**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | \\TICRS\EXPORT17\IMAGEOUT 17\885\550\88555046\xml1\ FTK0002.JPG |
| **\*SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **\*COLOR MARK** | NO |
| **\*COLOR(S) CLAIMED** (If applicable) | |
| **\*DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a bird holding fish. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 570 x 330 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | Srinivasa Rao Gubbala |
| **\*STREET** | 6951 NW 170th Ave |
| **\*CITY** | Portland |
| **\*STATE** (Required for U.S. applicants) | Oregon |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** (Required for U.S. and certain international addresses) | 97229 |
| **EMAIL ADDRESS** | XXXX |
| **AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | INDIVIDUAL |
| **\* COUNTRY OF CITIZENSHIP** | United States |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *INTERNATIONAL CLASS | 025 |
| *IDENTIFICATION | Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for **man, women and kids**; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T-shirts; Tee-shirts; Woven shirts |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| *NAME | Srinivasa Rao Gubbala |
| *STREET | 6951 NW 170th Ave |
| *CITY | Portland |
| *STATE (Required for U.S. addresses) | Oregon |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 97229 |
| *EMAIL ADDRESS | gubbala.rao@gmail.com; trademarks@unitedlegalexperts.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 225 |

| | |
|---|---|
| *TOTAL FEE PAID | 225 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Srinivasa/ |
| * SIGNATORY'S NAME | Srinivasa Rao Gubbala |
| * SIGNATORY'S POSITION | Owner |
| * DATE SIGNED | 07/31/2019 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1478 (Rev 09/2006)
OMB No. 0651-0009 (Exp 02/28/2021)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 88555046**
**Filing Date: 07/31/2019**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of a bird holding fish.
The applicant, Srinivasa Rao Gubbala, a citizen of United States, having an address of
> 6951 NW 170th Ave
> Portland, Oregon 97229
> United States
> XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
   International Class 025:  Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women and kids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T-shirts; Tee-shirts; Woven shirts
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The applicant's current Correspondence Information:

> Srinivasa Rao Gubbala

> 6951 NW 170th Ave

> Portland, Oregon 97229

> gubbala.rao@gmail.com;trademarks@unitedlegalexperts.com (authorized)

**E-mail Authorization:** I authorize the USPTO to send e-mail correspondence concerning the application to the applicant or the applicant's attorney, or the applicant's domestic representative at the e-mail address provided in this application. I understand that a valid e-mail address must be maintained and that the applicant or the applicant's attorney must file the relevant subsequent application-related submissions via the Trademark Electronic Application System (TEAS). Failure to do so will result in the loss of TEAS Plus status and a requirement to submit an additional processing fee of $125 per international class of goods/services.

A fee payment in the amount of $225 has been submitted with the application, representing payment for 1 class(es).

## Declaration

☑ **Basis:**
   **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**AND/OR**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Srinivasa/   Date: 07/31/2019
Signatory's Name: Srinivasa Rao Gubbala
Signatory's Position: Owner
Payment Sale Number: 88555046
Payment Accounting Date: 07/31/2019

Serial Number: 88555046
Internet Transmission Date: Wed Jul 31 15:46:06 EDT 2019
TEAS Stamp: USPTO/FTK-XXX.XXX.XX.XX-2019073115460624
4817-88555046-620976356bce7f971bb3aab4e7
c955c3d0fb9d93695d1191362cd62322031736d-
CC-46042097-20190731154041219735





| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Friday, August 16, 2019 00:24 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Design Search Code: U.S. Trademark SN: 88555046: Miscellaneous Design |

**Docket/Reference Number:**

The USPTO has assigned design search codes to your application (U.S. serial number: 88555046).

**Design search codes assigned to your application:**

03.15.19 - Birds or bats in flight or with outspread wings
03.15.25 - Cardinals
03.15.25 - Crows
03.15.25 - Doves
03.15.25 - Other birds
03.15.25 - Pigeons
03.15.25 - Ravens
03.15.25 - Robins
03.15.25 - Woodpeckers
03.15.26 - Costumed birds and bats and those with human attributes
03.19.24 - Stylized fish, whales, seals, sea lions
03.19.25 - Catfish
03.19.25 - Other fish (this section includes basic fish)
03.19.25 - Piranhas
03.19.25 - Salmon
03.19.25 - Tuna


If you would like to request that we add or delete a design search code, please email TMDesignCodeComments@USPTO.GOV. Include your name, application serial number, a list of design search codes you would like to add or delete, and a brief justification. We will process your request within two business days. If we approve your request, the updated list of design search codes will appear in our Trademark Status and Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/, under the "Mark Information" tab.

Design search codes are numerical codes we assign to the prominent features of your mark's design. We call these features "design elements." A design element can be any component of your mark that is not a word, such as a depiction of a star or a flower. Assigning design search codes to your mark helps us more effectively search our database for marks that may conflict with yours. Design search codes have no legal significance and will not appear on the registration certificate.

For more information about design search codes, including why and how we use them and information on adding or deleting design search codes from your application, please visit our design search code webpage at http://www.uspto.gov/DesignSearchCodes. For a list of design search codes, see the design search code manual at http://tess2.uspto.gov/tmdb/dscm/index.htm.

For questions, please call 1-800-786-9199 (option 1) to speak to a Customer Service representative in the Trademark Assistance Center. Please visit http://www.uspto.gov/TrademarkAssistance for additional information about the Trademark Assistance Center.

This notice will be available in TSDR in one business day.

*** User:acollins ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 1 | 0 | 1 | 1 | 0:01 | 88555046[SN] |
| 02 | 23375 | N/A | 0 | 0 | 0:01 | 031519 |
| 03 | 16258 | N/A | 0 | 0 | 0:01 | 031525 |
| 04 | 11006 | N/A | 0 | 0 | 0:01 | 031925 |
| 05 | 10917 | N/A | 0 | 0 | 0:01 | 031924 |
| 06 | 510 | N/A | 0 | 0 | 0:02 | (2 or 3) and (4 or 5) |
| 07 | 203 | 0 | 203 | 203 | 0:02 | 6 not dead[ld] |
| 08 | 9136 | N/A | 0 | 0 | 0:02 | 2 not dead[ld] |
| 09 | 3431 | N/A | 0 | 0 | 0:02 | 8 and "025"[cc] |
| 10 | 1462 | N/A | 0 | 0 | 0:02 | 8 and ("025" a b "200")[ic] |
| 11 | 1421 | N/A | 0 | 0 | 0:02 | 8 and ("035" a b "200")[ic] |
| 12 | 2605 | N/A | 4 | 4 | 0:01 | (10 or 11) |
| 13 | 145 | 91 | 1 | 54 | 0:02 | 031519[dc] and "1"[td] |

Session started 11/3/2019 6:58:27 AM

Session finished 11/3/2019 7:09:19 AM

Total search duration 0 minutes 20 seconds

Session duration 10 minutes 52 seconds

Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 88555046

| To: | Srinivasa Rao Gubbala (gubbala.rao@gmail.com) |
|---|---|
| Subject: | U.S. Trademark Application Serial No. 88555046 - N/A |
| Sent: | November 03, 2019 07:17:59 AM |
| Sent As: | ecom115@uspto.gov |
| Attachments: | |

**United States Patent and Trademark Office (USPTO)**
**Office Action (Official Letter) About Applicant's Trademark Application**

**U.S. Application
Serial No.** 88555046

**Mark:**

**Correspondence
Address:**
SRINIVASA RAO
GUBBALA
6951 NW 170TH AVE
PORTLAND, OR
97229

**Applicant:** Srinivasa
Rao Gubbala

**Reference/Docket No.**
N/A

**Correspondence
Email Address:**

gubbala.rao@gmail.com

## NONFINAL OFFICE ACTION

**The USPTO must receive applicant's response to this letter within  six months of the issue date below or the application will be abandoned.** Respond using the Trademark Electronic Application System (TEAS).  A link to the appropriate TEAS response form appears at the end of this Office action.

**Issue date:  November 03, 2019**

 **TEAS PLUS OR TEAS REDUCED FEE (TEAS RF) APPLICANTS – TO MAINTAIN LOWER FEE, ADDITIONAL REQUIREMENTS MUST BE MET, INCLUDING SUBMITTING DOCUMENTS ONLINE:**  Applicants who filed their application online using the lower-fee TEAS Plus or TEAS RF application form must (1) file certain documents online using TEAS, including responses to Office actions (see TMEP §§819.02(b), 820.02(b) for a complete list of these documents); (2) maintain a valid e-mail correspondence address; and (3) agree to receive correspondence from the USPTO by e-mail throughout the prosecution of the application.  *See* 37 C.F.R. §§2.22(b), 2.23(b); TMEP §§819, 820.  TEAS Plus or TEAS RF applicants who do not meet these requirements must submit an additional processing fee of $125 per class of goods and/or services.  37 C.F.R. §§2.6(a)(1)(v), 2.22(c), 2.23(c); TMEP §§819.04, 820.04.  However, in certain situations, TEAS Plus or TEAS RF applicants may respond to an Office action by authorizing an examiner's amendment by telephone or e-mail without incurring this additional fee.

 The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

## SEARCH OF OFFICE RECORDS

The trademark examining attorney has searched the Office's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

## COLOR DRAWING – NO COLOR CLAIM OR MARK DESCRIPTION REFERENCING COLOR – CLARIFICATION REQUIRED

Applicant must clarify whether color is a feature of the mark because, although the drawing shows the mark in color, the application does not state whether color is a feature of the mark.  37 C.F.R. §§2.37, 2.52(b)(1), 2.61(b); *see* TMEP §807.07(a)-(a)(ii).

Applicant may respond to this requirement by satisfying one of the following:

    (1)    If **color is not a feature of the mark**, applicant must submit a black-and-white drawing of the mark to replace the color drawing.  *See* TMEP §807.07(a)(i).  However, any other amendments to the drawing will not be accepted if they materially alter the mark.  37 C.F.R. §2.72; *see* TMEP §§807.14 *et seq.*  Applicant must also submit a revised description of all literal and design elements in the mark, deleting any reference to color, if appropriate.  37 C.F.R. §2.37; *see* TMEP §§808.01, 808.02.  The following description is suggested, if accurate:  **The mark consists of a bird with outspread wings holding a fish in its mouth.**

    (2)    If **color is a feature of the mark**, applicant must submit a statement (a) listing all the colors that are claimed as a feature of the mark and (b) describing all the literal and design elements in the mark that specifies where each color appears in those elements.  37 C.F.R. §§2.37, 2.52(b)(1); TMEP §807.07(a)-(a)(ii).  Generic color names must be used to describe the colors in the mark, e.g., red, yellow, blue.  TMEP §807.07(a)(i)-(ii).  If black, white, and/or gray represent background, outlining, shading, and/or transparent areas and are not part of the mark, applicant must so specify in the description.  *See* TMEP §807.07(d).  The following color claim and description are suggested, if accurate:

        Color claim:  **The colors black, white, orange and blue are claimed as a feature of the mark.**

        Description:  **The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth.**

*See* TMEP §807.07(b).

## PRO SE RESPONSE GUIDELINES

**Response guidelines**.  For this application to proceed, applicant must explicitly address each refusal and/or requirement in this Office action.  For a refusal, applicant may provide written arguments and evidence against the refusal, and may have other response options if specified above.  For a requirement, applicant should set forth the changes or statements.  Please see "<u>Responding to Office Actions</u>" and the informational <u>video "Response to Office Action</u>" for more information and tips on responding.

## TELEPHONE OR E-MAIL FOR CLARIFICATION

Please call or email the assigned trademark examining attorney with questions about this Office action.  Although the trademark examining attorney cannot provide legal advice or statements about applicant's rights, the trademark examining attorney can provide applicant with additional explanation about the refusal(s) and/or requirement(s) in this Office action.  *See* TMEP §§705.02, 709.06.  Although the USPTO does not accept emails as responses to Office actions, emails can be used for informal communications and will be included in the application record.  *See* 37 C.F.R. §§2.62(c), 2.191; TMEP §§304.01-.02, 709.04-.05.

**How to respond.**  <u>**Click to file a response to this nonfinal Office action**</u>

/Alicia Collins Edwards/
Trademark Examining Attorney
United States Patent and Trademark Office
Law Office 115

571-272-9147
alicia.edwards@uspto.gov

## RESPONSE GUIDANCE

- **Missing the response deadline to this letter will cause the application to abandon.**  A response or notice of appeal must be received by the USPTO before midnight **Eastern Time** of the last day of the response period.  TEAS and ESTTA maintenance or unforeseen circumstances could affect an applicant's ability to timely respond.

- **Responses signed by an unauthorized party** are not accepted and can **cause the application to abandon.**  If applicant does not have an attorney, the response must be signed by the individual applicant, all joint applicants, or someone with legal authority to bind a juristic applicant.  If applicant has an attorney, the response must be signed by the attorney.

- If needed, **find contact information for the supervisor** of the office or unit listed in the signature block.

| | |
|---|---|
| **To:** | Srinivasa Rao Gubbala (gubbala.rao@gmail.com) |
| **Subject:** | U.S. Trademark Application Serial No. 88555046 - N/A |
| **Sent:** | November 03, 2019 07:18:01 AM |
| **Sent As:** | ecom115@uspto.gov |
| **Attachments:** | |

## United States Patent and Trademark Office (USPTO)

## USPTO OFFICIAL NOTICE

Office Action (Official Letter) has issued
on **November 03, 2019** for
**U.S. Trademark Application Serial No.** 88555046

Your trademark application has been reviewed by a trademark examining attorney. As part of that review, the assigned attorney has issued an official letter that you must respond to by the specified deadline or your application will be abandoned. Please follow the steps below.

**(1) Read the official letter.**

**(2) Direct questions** about the contents of the Office action to the assigned attorney below.

/Alicia Collins Edwards/
Trademark Examining Attorney
United States Patent and Trademark Office
Law Office 115
571-272-9147
alicia.edwards@uspto.gov

Direct questions about navigating USPTO electronic forms, the USPTO website, the application process, the status of your application, and/or whether there are outstanding deadlines or documents related to your file to the Trademark Assistance Center (TAC).

**(3) Respond within 6 months** (or earlier, if required in the Office action) from **November 03, 2019**, using the Trademark Electronic Application System (TEAS). The response must be received by the USPTO before midnight **Eastern Time** of the last day of the response period. See the Office action for more information about how to respond.

## GENERAL GUIDANCE

· **Check the status** of your application periodically in the Trademark Status & Document Retrieval (TSDR) database to avoid missing critical deadlines.

· **Update your correspondence email address**, if needed, to ensure you receive important USPTO notices about your application.

· **Beware of misleading notices sent by private companies about your application.** Private companies not associated with the USPTO use public information available in trademark registrations to mail and email trademark-related offers and notices – most of which require fees. All **official USPTO correspondence** will only be **emailed from the domain "@uspto.gov."**

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88555046 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 115 |
| **MARK SECTION** | |
| **MARK FILE NAME** | https://tmng-al.uspto.gov/resting2/api/img/88555046/large |
| **STANDARD CHARACTERS** | NO |
| **USPTO-GENERATED IMAGE** | NO |
| **COLOR(S) CLAIMED** (If applicable) | Color is not claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a bird holding fish. |
| **ADDITIONAL STATEMENTS SECTION** | |
| **COLOR(S) CLAIMED** (If applicable) | The color(s) black, white, orange and blue is/are claimed as a feature of the mark. |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth. |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /SRINIVASA RAO GUBBALA/ |
| **SIGNATORY'S NAME** | SRINIVASA RAO GUBBALA |
| **SIGNATORY'S POSITION** | Owner |
| **DATE SIGNED** | 11/05/2019 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Nov 04 14:24:38 EST 2019 |
| **TEAS STAMP** | USPTO/ROA-XXX.XX.XXX.XXX-20191104142438092193-8855 5046-7006fc77f27775251bf6 ae759732afa3b732b1c95a41b 607b5c823b152d82dda9-N/A-N/A-20191104142257888307 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1957 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

Response to Office Action

**To the Commissioner for Trademarks:**

Application serial no. **88555046**  (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/88555046/large) has been amended as follows:

**ADDITIONAL STATEMENTS**
**Color Claim**
The color(s) black, white, orange and blue is/are claimed as a feature of the mark.

**Description of mark**
The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth.

**SIGNATURE(S)**
**Response Signature**
Signature: /SRINIVASA RAO GUBBALA/    Date: 11/05/2019
Signatory's Name: SRINIVASA RAO GUBBALA
Signatory's Position: Owner

The signatory has confirmed that he/she is not represented by an authorized attorney, and that he/she is either: (1) the owner/holder ; or (2) a person or persons with legal authority to bind the owner/holder; and if he/she had previously been represented by an attorney in this matter, either he/she revoked their power of attorney by filing a signed revocation with the USPTO or the USPTO has granted this attorney's withdrawal request.

Serial Number: 88555046
Internet Transmission Date: Mon Nov 04 14:24:38 EST 2019
TEAS Stamp: USPTO/ROA-XXX.XX.XXX.XXX-201911041424380
92193-88555046-7006fc77f27775251bf6ae759
732afa3b732b1c95a41b607b5c823b152d82dda9
-N/A-N/A-20191104142257888307

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| SERIAL NUMBER | 88555046 | FILING DATE | 07/31/2019 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | EDWARDS, ALICIA COLLIN | L.O. ASSIGNED | 115 |

### PUB INFORMATION

| RUN DATE | 11/06/2019 |
|---|---|
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 11/05/2019 |
| LITERAL MARK ELEMENT | |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| STANDARD CHARACTER MARK | NO |
|---|---|
| LITERAL MARK ELEMENT | |
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Srinivasa Rao Gubbala |
| ADDRESS | 6951 NW 170th Ave<br>Portland, OR 97229 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 025 |
|---|---|
| DESCRIPTION TEXT | Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women and kids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T-shirts; Tee-shirts; Woven shirts |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) black, white, orange and blue is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 11/05/2019 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 11/05/2019 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 11/04/2019 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 11/04/2019 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 11/03/2019 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 11/03/2019 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 11/03/2019 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 10/26/2019 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 08/16/2019 | MDSC | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 08/15/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/03/2019 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
|---|---|
| ATTORNEY | NONE |
| CORRESPONDENCE ADDRESS | SRINIVASA RAO GUBBALA<br>6951 NW 170TH AVE<br>PORTLAND, OR 97229 |
| DOMESTIC REPRESENTATIVE | NONE |



## Trademark Snap Shot Publication Stylesheet
(Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 88555046 | FILING DATE | 07/31/2019 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | EDWARDS, ALICIA COLLIN | L.O. ASSIGNED | 115 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 11/06/2019 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATION |
| STATUS DATE | 11/05/2019 |
| LITERAL MARK ELEMENT | |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | |
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Srinivasa Rao Gubbala |
| ADDRESS | 6951 NW 170th Ave<br>Portland, OR 97229 |
| ENTITY | 01-INDIVIDUAL |
| CITIZENSHIP | United States of America |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 025 |
|---|---|
| DESCRIPTION TEXT | Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women and kids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T-shirts; Tee-shirts; Woven shirts |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 025 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | The color(s) black, white, orange and blue is/are claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 11/05/2019 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 11/05/2019 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 11/04/2019 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 11/04/2019 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 11/03/2019 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 11/03/2019 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 11/03/2019 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 10/26/2019 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 08/16/2019 | MDSC | E | NOTICE OF DESIGN SEARCH CODE E-MAILED | 003 |
| 08/15/2019 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/03/2019 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
|---|---|
| ATTORNEY | NONE |
| CORRESPONDENCE ADDRESS | SRINIVASA RAO GUBBALA<br>6951 NW 170TH AVE<br>PORTLAND, OR 97229 |
| DOMESTIC REPRESENTATIVE | NONE |



| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Wednesday, November 27, 2019 04:46 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notification of Notice of Publication: U.S. Trademark SN 88555046: Miscellaneous Design |

<u>NOTIFICATION OF "NOTICE OF PUBLICATION"</u>

Your trademark application (U.S. Serial No. 88555046) is scheduled to publish in the *Official Gazette* on Dec 17, 2019.  To preview the Notice of Publication, go to the Trademark Status & Document Retrieval (TSDR) database, accessible at https://tsdr.uspto.gov/search.action?sn=88555046.  If you have difficulty accessing the Notice of Publication, contact the Trademark Assistance Center (TAC) by e-mail at TrademarkAssistanceCenter@uspto.gov or by telephone at 800-786-9199.

**PLEASE NOTE:**
1. The Notice of Publication may not be immediately available but will be viewable within 24 hours of this e-mail notification.
2. You will receive a second e-mail on the actual "Publication Date," which will include a link to the issue of the *Official Gazette* in which the mark has published.

Please confirm that the correspondence information shown in TSDR is correct. If the correspondence information is not correct, please update this information using the online Change of Correspondence Address Form, accessible at https://teas.uspto.gov/ccr/cca.

Do NOT hit "Reply" to this e-mail notification. If you find an error in the Notice of Publication, update the information using the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.

 **UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)**

Commissioner for Trademarks
www.uspto.gov

## OFFICIAL USPTO NOTICE OF PUBLICATION UNDER 12(a)

**U.S. Application Serial No.** 88555046
**Mark:** Miscellaneous Design
**International Class(es):** 025
**Owner:** Srinivasa Rao Gubbala
**Docket/Reference No.**

**Issue Date:** November 27, 2019

**Your mark is scheduled to publish in the *Trademark Official Gazette* (TMOG) on December 17, 2019.**

**Your mark appears to be entitled to register** on the Principal Register upon the acceptance of a statement of use, subject to any claims of concurrent use.

**What happens when your mark publishes.** Within 30 days of the publication date, any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time) with the Trademark Trial and Appeal Board. If no objection is filed, we will issue a Notice of allowance.

**View your mark in the TMOG** after the publication date at **https://tmog.uspto.gov/** by selecting your publication date in the "issues" field, entering your serial number in the "search by" field, and clicking on the magnifying glass.

**Ensure that the information in the TMOG is correct.** If any information is incorrect, promptly request correction using the "Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment" form at **https://teas.uspto.gov/office/ppa/**. For more information, see **https://www.uspto.gov/trademark/trademark-updates-and-announcements/procedures-submitting-amendmentscorrections-trademark**.

**Direct questions** about this notice to the Trademark Assistance Center (TAC)at 1-800-786-9199 (select option 1) or **TrademarkAssistanceCenter@uspto.gov**.

---

**Email Address(es):**

gubbala.rao@gmail.com
trademarks@unitedlegalexperts.com

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, December 17, 2019 01:15 AM |
| **To:** | XXXX |
| **Cc:** | XXXX |
| **Subject:** | Official USPTO Notice of Publication Confirmation: U.S. Trademark SN 88555046: Miscellaneous Design |

## *TRADEMARK OFFICIAL GAZETTE* PUBLICATION CONFIRMATION

**U.S. Serial Number:** 88555046
**Mark:** Miscellaneous Design
**International Class(es):** 025
**Owner:** Srinivasa Rao Gubbala
**Docket/Reference Number:**

The mark identified above has been published in the Trademark Official Gazette (TMOG) on Dec 17, 2019.

**To Review the Mark in the TMOG:**

   Click on the following link or paste the URL into an internet browser: https://tmog.uspto.gov/#issueDate=2019-12-17&serialNumber=88555046

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the TMOG for accuracy.  For corrections or amendments after publication, please use the Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment Form, accessible at https://teas.uspto.gov/office/ppa.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**Significance of Publication for Opposition:**

*   Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.  If no party files an opposition or extension request within thirty (30) days after the publication date, then eleven (11) weeks after the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a complete Statement of Use or Extension Request with the required fees within six (6) months after the NOA issues to avoid abandonment of the application.)

To check the status of the application, go to https://tsdr.uspto.gov/#caseNumber=88555046&caseType=SERIAL_NO&searchType=statusSearch or contact the Trademark Assistance Center at 1-800-786-9199.  Please check the status of the application at least every three (3) months after the application filing date.

To view this notice and other documents for this application on-line, go to https://tsdr.uspto.gov/#caseNumber=88555046&caseType=SERIAL_NO&searchType=documentSearch.  NOTE: This notice will only become available on-line the next business day after receipt of this e-mail.