

















**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

Lindsay Capps
Abercrombie & Fitch Trading Co.
6301 Fitch Path
New Albany, OH 43054

January 14, 2020

Serial No.: **88555046**

**ESTTA TRACKING NO: ESTTA1028774**

The request to extend time to oppose is granted until **4/15/2020** on behalf of potential opposer **Abercrombie & Fitch Trading Co.**.

Please do not hesitate to contact the Trademark Trial and Appeal Board at (571)272-8500 if you have any questions relating to this extension.

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA1049022**
Filing date: **04/14/2020**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

### Opposer Information

| | |
|---|---|
| Name | Abercrombie & Fitch Trading Co. |
| Granted to Date of previous extension | 04/15/2020 |
| Address | 6301 FITCH PATH<br>NEW ALBANY, OH 43054<br>UNITED STATES |

| | |
|---|---|
| Correspondence information | JOSE BAUTISTA<br>Legal Counsel<br>ABERCROMBIE & FITCH TRADING CO.<br>6301 FITCH PATH<br>NEW ALBANY, OH 43054<br>UNITED STATES<br>ipdocketingwest@anfcorp.com<br>614-283-6500 |

### Applicant Information

| | | | |
|---|---|---|---|
| Application No | 88555046 | Publication date | 12/17/2019 |
| Opposition Filing Date | 04/14/2020 | Opposition Period Ends | 04/15/2020 |
| Applicant | Srinivasa Rao Gubbala<br>6951 NW 170th Ave<br>Portland, OR 97229<br>UNITED STATES | | |

### Goods/Services Affected by Opposition

Class 025. First Use: 0 First Use In Commerce: 0
All goods and services in the class are opposed, namely: Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, baselayers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women andkids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athleticshirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulderwraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T-shirts; Tee-shirts; Woven shirts

### Grounds for Opposition

| | |
|---|---|
| Priority and likelihood of confusion | Trademark Act Section 2(d) |
| Dilution by blurring | Trademark Act Sections 2 and 43(c) |

### Marks Cited by Opposer as Basis for Opposition

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3745498 | Application Date | 07/10/2006 |
| Registration Date | 02/02/2010 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |
| Description of Mark | The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed. | | |
| Goods/Services | Class 025. First use: First Use: 2003/10/00 First Use In Commerce: 2003/10/00<br>Clothing, namely, [blazers, ] blouses, boxer shorts, camisoles, caps, coats, dresses, footwear,[ halter tops,] hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4022932 | Application Date | 05/16/2003 |
| Registration Date | 09/06/2011 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |
| Description of Mark | The mark consists of a bird design silhouette. | | |
| Goods/Services | Class 025. First use: First Use: 2003/08/08 First Use In Commerce: 2003/08/08<br>clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online websites | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3745497 | Application Date | 07/10/2006 |
| Registration Date | 02/02/2010 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |
| Description of Mark | The mark consists of a design appearingin the color proprietary burgundy-red outlined in a shade of white. | | |
| Goods/Services | Class 025. First use: First Use: 2003/10/00 First Use In Commerce: 2003/10/00<br>Clothing, namely, [ blazers, ] blouses,boxer shorts, camisoles, caps, coats, dresses, footwear, [ halter tops, ] hats,jackets, jeans, knit shirts, knit tops,loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear,t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3855891 | Application Date | 11/04/2009 |
| Registration Date | 10/05/2010 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |
| Description of Mark | The mark consists of a bird design silhouette. | | |
| Goods/Services | Class 025. First use: First Use: 2005/10/00 First Use In Commerce: 2005/10/00<br>Gloves; Headwear; [Mittens;] Scarves | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4091084 | Application Date | 06/29/2011 |
| Registration Date | 01/24/2012 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |
| Description of Mark | The mark consists of a bird design silhouette. | | |
| Goods/Services | Class 025. First use: First Use: 2003/08/08 First Use In Commerce: 2003/08/08<br>Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3588412 | Application Date | 11/16/2007 |
| Registration Date | 03/10/2009 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 035. First use: First Use: 2006/10/12 First Use In Commerce: 2006/10/12<br>On-line retail store services featuringpersonal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4384092 | Application Date | 05/16/2003 |
| Registration Date | 08/13/2013 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |
| Description of Mark | The mark consists of a bird design silhouette. | | |
| Goods/Services | Class 035. First use: First Use: 2006/02/00 First Use In Commerce: 2006/02/00<br>retail clothing store services | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3592454 | Application Date | 11/16/2007 |
| Registration Date | 03/17/2009 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |
| Description of Mark | The mark consists of a bird design appearing in the color proprietary burgundy-red outlined in a shade of white. | | |
| Goods/Services | Class 035. First use: First Use: 2006/10/12 First Use In Commerce: 2006/10/12<br>On-line retail store services featuringpersonal care products, clothing, jewelry, and bags; Retail stores featuring personal care products, clothing, jewelry,and bags | | |

| | |
|---|---|
| Attachments | 78926248#TMSN.png( bytes )<br>76979139#TMSN.png( bytes )<br>78926190#TMSN.png( bytes )<br>77865065#TMSN.png( bytes )<br>85359504#TMSN.png( bytes )<br>77331592#TMSN.png( bytes )<br>76516815#TMSN.png( bytes )<br>77331597#TMSN.png( bytes )<br>88555046 .pdf(184884 bytes ) |

| | |
|---|---|
| Signature | /JOSE BAUTISTA/ |
| Name | JOSE BAUTISTA |
| Date | 04/14/2020 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co.,
Opposer,
v.
Srinivasa Rao Gubbala
Applicant.

Opposition No. __________
Application No.: 88/555,046
Subject Mark:
Published: December 17, 2019

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, Srinivasa Rao Gubbala ("Applicant") is an individual with an address of 6951 NW 170th Ave., Portland, OR 97229, and owner of Application No. 88/555,046 (the "Application").

Opposer believes that it is or will be damaged by registration of the Application and hereby opposes registration of same.

The Application was filed for registration on the Principal Register on July 31, 2019 for use in connection with various clothing, footwear, headwear, and accessories in Class 25. The Application was published for opposition on December 17, 2019. An extension of time to oppose the Application was timely sought by Opposer and duly granted.

As grounds for the Opposition, it is alleged that:

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers, and retailers of high quality casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer, Abercrombie & Fitch Trading Co., is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous US registrations for the A&F Bird Design Marks:

| MARK | REG. NO./ APP. NO. | REG. DATE/ APP. DATE | GOODS | FIRST USE DATE |
|---|---|---|---|---|
| | Reg: 3745498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 4022932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | Reg: 3745497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 3855891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | Reg: 4091084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 08-AUG-2003 |
| | Reg: 3588412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 4384092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |
| | Reg: 3592454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |

4. In accordance with § 5 of the Federal Trademark Act, all use of the A&F Bird Design Marks by Opposer's affiliated and related companies, as alleged herein, inures to the benefit of Opposer.

5. All of Opposer's registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use these marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

6. Opposer's registrations for eight of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

7. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under A&F Bird Design Marks. Opposer and its predecessors in interest have also used the A&F Bird Design Marks for retail store services featuring those products in International Class 35, as detailed in the chart above.

8. Opposer's use of the A&F Bird Design Marks has been valid and continuous since at least as early as each of the respective dates of first use and has not been abandoned.

9. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on its mobile app, on its various social media platforms, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

10. Opposer's clothing and other products, including but not limited to footwear, headwear, and accessories, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

11. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer. Consequently, Opposer has established valuable goodwill and exclusive rights in the registered A&F Bird Design Marks.

12. Applicant is the owner of U.S. Application No. 88/555,046, which was filed on July 31, 2019 under § 1(b) of the Trademark Act, for the mark comprising a bird design with outstretched wings (hereinafter, the "Gubbala Bird Design Mark") for various clothing, footwear, headwear, and clothing accessories in International Class 25.

13. Opposer's A&F Bird Design Marks became famous in the United States well prior to the filing date of the Application.

14. Opposer's filing date to register and registrations of the A&F Bird Design Marks predates Applicant's filing date by well over a decade.

15. Opposer's use of the A&F Bird Design Marks predates Applicant's filing date.

16. Applicant's Gubbala Bird Design Mark so closely resemble Opposer's previously used and registered A&F Bird Design Marks in appearance and commercial impression so as to be likely to cause confusion, mistake or deception under Section 2(d) of the Trademark Act, 15 U.S.C. § 1052(d).

17. Applicant's applied-for goods as set forth in the Application are identical and/or closely related to the goods set forth in Opposer's registrations for the A&F Bird Design Marks.

18. Applicant's goods are likely to be sold to the same or overlapping classes of purchasers as Opposer's goods and are likely to be sold through the same channels of trade, as there are no limitations in the identification of goods and services in the respective registrations owned by Opposer and Applicant's Application.

19. Therefore, consumers are likely to be confused, mistaken, or deceived into the belief, contrary to the fact, that the goods offered by Applicant under the Gubbala Bird Design Mark emanate from and/or are in some way sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer.

20. Applicant's use and registration of the Gubbala Bird Design Mark is likely to dilute Opposer's A&F Bird Design Marks by impairing their distinctiveness and ability to exclusively identify goods from Opposer, which have acquired renown as used by Opposer in violation of § 43(c) of the Federal Trademark Act.

21. If Applicant's Gubbala Bird Design Mark is registered, Applicant will receive a *prima facie* nationwide exclusive right to use a mark that is likely to cause confusion as to source, sponsorship and affiliation with the A&F Bird Design Marks in commerce.

22. WHEREFORE, for the foregoing reasons, Opposer respectfully requests that the present Opposition be sustained in favor of A&F, and that Application No. 88/555,046 be refused registration.

Respectfully submitted,

Abercrombie & Fitch Trading Co.

Dated: 04/14/2020

By: /Jose Bautista /
Jose Bautista
Attorney for Opposer
6301 Fitch Path
Columbus, Ohio 43054
(614) 283-6500
Jose_Bautista@anfcorp.com
ipdocketingwest@anfcorp.com

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

April 14, 2020

Opposition No. 91255288
Serial No. 88555046

SRINIVASA RAO GUBBALA

6951 NW 170TH AVE
PORTLAND, OR 97229

*Abercrombie & Fitch Trading Co.*

*v.*

*Srinivasa Rao Gubbala*

JOSE BAUTISTA
ABERCROMBIE & FITCH TRADING CO.
6301 FITCH PATH
NEW ALBANY, OH 43054

**ESTTA1049022**

**NOTICE OF INSTITUTION**
The opposer (plaintiff) identified above has filed a notice of opposition to the registration sought by applicant (defendant) in the above-identified application. This notice of institution is forwarded pursuant to Trademark Rules 2.105(b) and (c), and constitutes service of the notice of opposition on applicant. An electronic version of the notice of opposition is viewable on TTABVUE at http://ttabvue.uspto.gov/ttabvue/. *See* Trademark Rule 2.105(a). The parties should diligently monitor this proceeding via TTABVUE.

**APPLICANT MUST FILE ANSWER THROUGH ESTTA**
As required in the schedule below, **applicant must file an answer within forty (40) days from the date of this order.** Failure to file a timely answer may result in the entry of default judgment and abandonment of the application. Regarding when a deadline falls on a Saturday, Sunday or federal holiday, *see* Trademark Rule 2.196. Applicant must file the answer through ESTTA - Electronic System for Trademark Trials and Appeals, unless ESTTA is unavailable due to technical problems or extraordinary circumstances are present. An answer filed on paper under these limited circumstances must be accompanied by a Petition to the Director (and the required fee under Trademark Rule 2.6). *See* Trademark Rule 2.106(b)(1). In substance, applicant's answer must comply with Fed. R. Civ. P. 8(b); it must admit or deny the allegations in the notice of opposition, and may include available defenses and counterclaims. Regarding the form and content of an answer, *see* Trademark Rule 2.106(b)(2) and TBMP § 311.

**DUTY TO MAINTAIN ACCURATE CORRESPONDENCE INFORMATION**
Throughout this proceeding, the parties, and their attorneys or representatives, must notify the Board of any correction or update of physical address and email address, and should use the ESTTA change of address form. *See* Trademark Rule 2.18(b); TBMP § 117.

**SERVICE OF ANSWER AND OF ALL SUBMISSIONS**
The service of the answer, and all other submissions in this proceeding, and of all matters that are required to be served but not required to be filed in the proceeding record, **must** be by **email** unless the parties stipulate otherwise. Trademark Rule 2.119(b). In the absence of a stipulation, service may be by other means **only** under the **limited** circumstances and in a manner specified in Trademark Rule 2.119(b). Regarding the signing and service of all submissions, *see* TBMP §§ 113-113.04.

The answer, and all other submissions, **must** include proof of service. As noted in TBMP § 113.03, proof of service may be in the following certificate of service form:

> *I hereby certify that a true and complete copy of the foregoing (insert title of submission) has been served on (insert name of opposing counsel or party) by forwarding said copy on (insert date of mailing), via email (or insert other appropriate method of delivery) to: (set out name, and address or email address of opposing counsel or party).*
>
> *Signature*__________________________
> *Date*______________________________

**SUBMIT ALL FILINGS ONLINE VIA ESTTA**
Submissions **must** be filed via ESTTA, the Board's online filing system, unless ESTTA is unavailable due to technical problems or extraordinary circumstances are present. Trademark Rule 2.126(a). Submissions may be filed in paper form **only** under the **limited** circumstances specified in Trademark Rule 2.126(b), with a required written explanation. ESTTA is accessible at the Board's web page:

http://estta.uspto.gov/. The page has instructions and tips. ESTTA offers various forms, some of which may require attachments and/or a fee. For technical questions, a party may call 571-272-8500 (Mon. - Fri. 8:30 - 5:00 ET) or email ESTTA@uspto.gov. This proceeding involves several deadlines, and due to potential technical issues, parties should not wait until the deadline to submit filings. The Board may **decline to consider** an untimely submission. Moreover, Trademark Rule 2.126 sets forth the required form and format for all submissions (*e.g.*, page limitations), and the Board may **decline to consider** any submission that does not comply with this rule, including, but not limited to motions, briefs, exhibits, and deposition transcripts.

**CONFERENCE, DISCOVERY, DISCLOSURE AND TRIAL SCHEDULE**

| | |
|---|---|
| Time to Answer | 5/24/2020 |
| Deadline for Discovery Conference | 6/23/2020 |
| Discovery Opens | 6/23/2020 |
| Initial Disclosures Due | 7/23/2020 |
| Expert Disclosures Due | 11/20/2020 |
| Discovery Closes | 12/20/2020 |
| Plaintiff's Pretrial Disclosures Due | 2/3/2021 |
| Plaintiff's 30-day Trial Period Ends | 3/20/2021 |
| Defendant's Pretrial Disclosures Due | 4/4/2021 |
| Defendant's 30-day Trial Period Ends | 5/19/2021 |
| Plaintiff's Rebuttal Disclosures Due | 6/3/2021 |
| Plaintiff's 15-day Rebuttal Period Ends | 7/3/2021 |
| Plaintiff's Opening Brief Due | 9/1/2021 |
| Defendant's Brief Due | 10/1/2021 |
| Plaintiff's Reply Brief Due | 10/16/2021 |
| Request for Oral Hearing (option) Due | 10/26/2021 |

**PARTIES ARE REQUIRED TO HOLD DISCOVERY CONFERENCE**
The parties are required to schedule and hold a discovery conference by the deadline in the schedule in this order, or as reset by the Board. In the conference, the parties are required to discuss, at a minimum, 1) the nature and basis of their claims and defenses, 2) the possibility of promptly settling, or at least narrowing the scope of claims or defenses, and 3) arrangements for disclosures, discovery, preserving discoverable information and introduction of evidence at trial. For guidance, *see* Fed. R. Civ. P. 26(f), Trademark Rule 2.120(a)(2)(i) and TBMP §§ 401.01 and 408.01(a).

The parties must hold the conference in person, by telephone or by a means on which they agree. A Board interlocutory attorney or administrative trademark

judge will participate in the conference either upon request of any party made no later than ten (10) days prior to the conference deadline, or when the Board deems it useful to have Board involvement. *See* Trademark Rule 2.120(a)(2)(i). A request for Board participation must be made either through ESTTA, or by telephone call to the assigned interlocutory attorney named on the TTABVUE record for this proceeding. A party requesting Board participation should first determine possible dates and times when all parties are available. A conference with a Board attorney's participation will be by telephone in accordance with the Board's instructions.

For efficiency, the parties may stipulate to various procedural and substantive disclosure, discovery and trial matters (*e.g.*, modification of deadlines and obligations) upon written stipulation and approval by the Board. Trademark Rule 2.120(a)(2)(iv) provides a non-exhaustive list of matters to which parties may stipulate. The best practice is to reduce all stipulations to writing. If email service is not practical, such as for voluminous document production in discovery, the parties should discuss in the conference how production will be made. The parties, and their attorneys or representatives, have **a duty to cooperate** in the discovery process. TBMP § 408.01.

**PROTECTIVE ORDER FOR CONFIDENTIAL INFORMATION**
The Board's Standard Protective Order is automatically imposed in all *inter partes* proceedings, and is available at: https://www.uspto.gov/trademarks-application-process/appealing-trademark-decisions/standard-documents-and-guidelines-0. During their conference, the parties should discuss whether they will use an alternative or modified protective order, subject to approval by the Board. *See* Trademark Rule 2.116(g) and TBMP § 412. The standard order does not automatically protect confidential information; its provisions for designating confidential information must be utilized as needed by the parties. Trademark Rule 2.126(c) sets forth the procedure for filing confidential submissions.

**ACCELERATED CASE RESOLUTION (ACR)**
During their conference, the parties are to discuss whether they wish to seek mediation or arbitration, and whether they can stipulate to the Board's Accelerated Case Resolution (ACR) process for a more efficient and cost-effective means of obtaining the Board's determination of the proceeding. For details, and examples of ACR proceedings, *see* TBMP § 528, and the Board's webpage: http://www.uspto.gov/ttab.

**INITIAL DISCLOSURES AND DISCOVERY**
Regarding the deadline for and contents of initial disclosures, *see* Trademark Rules 2.120(a)(1) and (2)(i), and TBMP § 401.02. Regarding deadlines for serving and responding to discovery, *see* Trademark Rule 2.120(a)(3) and TBMP § 403.03. Certain provisions of Fed. R. Civ. P. 26 are applicable in modified form. Note that written discovery (interrogatories, requests for production, requests for admission) must be served **early** enough so that responses will be due **no later than** the close of discovery. Regarding the scope and limits of discovery, *see* TBMP 414; discoverable items may include documents, tangible things, and electronically stored information (ESI).

**MOTIONS**
Certain provisions of Fed. R. Civ. P. 11 apply to all submissions in Board proceedings. *See* TBMP § 527.02. Regarding available motions, *see* TBMP Chapter 500. Regarding applicable deadlines to respond to motions, depending on the motion filed, *see* Trademark Rules 2.127(a) and (e)(1). When a party timely files a potentially dispositive motion the proceeding is suspended with respect to all matters not germane to the motion. *See* Trademark Rule 2.127(d). In addressing motions or other filings, if it appears to the Board that a telephone conference would be beneficial, or upon request of one or both parties, the Board may schedule a conference. *See* Trademark Rule 2.120(j)(1) and TBMP § 502.06(a).

**PRETRIAL DISCLOSURES, TRIAL AND BRIEFING**
Regarding the procedures and deadlines for pretrial disclosures and trial, and specifically the noticing, taking, serving and submitting of evidence and testimony, *see* Trademark Rules 2.120(k), 2.121, 2.122, 2.123 and 2.125, as well as TBMP Chapter 700. The parties should review these authorities. For example: witness testimony may be submitted in the form of affidavit or declaration subject to the right to oral cross examination; transcripts of testimony depositions, with exhibits, must be served on each adverse party within thirty (30) days after completion of taking the testimony; certified transcripts and exhibits must be filed, with notice of such filing served on each adverse party; and all notices of reliance must be submitted during the submitting party's assigned testimony period and must indicate generally the relevance the evidence and associate it with one or more issues.

Main briefs shall be filed in accordance with Trademark Rules 2.128(a) and (b). An oral hearing is not required, but will be scheduled upon separate notice timely filed pursuant to Trademark Rule 2.129(a). Regarding briefs and oral hearings, *see* TBMP §§ 801-802.

**TIPS FOR FILING EVIDENCE, TESTIMONY, OR LARGE DOCUMENTS**
The Board requires each submission to meet the following criteria before it will be considered: 1) pages must be legible and easily read on a computer screen; 2) page orientation should be determined by its ease of viewing relevant text or evidence,

for example, there should be no sideways or upside-down pages; 3) pages must appear in their proper order; 4) depositions and exhibits must be clearly labeled and numbered – use separator pages between exhibits and clearly label each exhibit using sequential letters or numbers - and 5) the entire submission should be text-searchable. Additionally, submissions must be compliant with Trademark Rules 2.119 and 2.126. Submissions failing to meet all of the criteria above may require re-filing. **Note:** Parties are strongly encouraged to check the entire document before filing.[1] The Board will not extend or reset proceeding schedule dates or other deadlines to allow time to re-file documents. For more tips and helpful filing information, please visit the please visit the ESTTA help webpage.

**LEGAL RESOURCES AVAILABLE AT WEB PAGE**
For a general description of Board proceedings, *see* TBMP §102.03. Proceedings are governed by the Trademark Rules of Practice in Parts 2 and 7 of Title 37 of the Code of Federal Regulations. These rules, the Manual of Procedure (TBMP), information on Accelerated Case Resolution (ACR) and Alternative Dispute Resolution (ADR), and many Frequently Asked Questions, are available on the Board's web page, at:
http://www.uspto.gov/ttab. The parties should check the web page for important changes, announcements, etc., many of which apply to proceedings already in progress.

**PARTIES NOT REPRESENTED BY COUNSEL**
This proceeding is similar to a civil action in a federal district court and can be complex. The Board **strongly** advises all parties to secure the services of an attorney who is familiar with trademark law and Board procedure. The Board cannot aid in the selection of an attorney. *See* TBMP § 114.02. The Board requires strict compliance with all applicable authorities whether or not the party is represented by counsel.

[1] To facilitate accuracy, ESTTA provides thumbnails to view each page before submitting.

**PARTIES WITHOUT A U.S. DOMICILE MUST SECURE U.S. COUNSEL**
Effective August 3, 2019, the USPTO amended its rules to require applicants, registrants or parties to a proceeding whose domicile is not located within the U.S. or its territories to be represented by an attorney who is an active member in good standing of the bar of the highest court of a state in the U.S., including the District of Columbia or any Commonwealth or territory. Attorney information requires applicant's appointed attorney to provide email and bar information as follows: Year of admission, State or territory of admission and, bar number if one is issued. 84 FR 31498 (Requirement of U.S. Licensed Attorney for Foreign Trademark Applicants and Registrants, July 2, 2019). Until ESTTA forms are available which will mask the bar information, an attorney may file the required information through ESTTA and select "confidential." A filing under "confidential" is not made available for public viewing.

**NOTIFY BOARD OF ALL PENDING ACTIONS**
If the parties are, or during the pendency of this proceeding become, parties in another Board proceeding or a civil action involving the same or related marks, or involving any issues of law or fact which are also in this proceeding, they shall notify the Board immediately. *See* Trademark Rule 2.106(b)(3)(i). The Board will consolidate and/or suspend related Board proceedings, as appropriate. *See* Trademark Rule 2.117(c); TBMP §§ 510 and 511.

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1055323**
Filing date: **05/14/2020**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding | 91255288 |
| Party | Defendant<br>Srinivasa Rao Gubbala |
| Correspondence Address | SRINIVASA RAO GUBBALA<br>6951 NW 170TH AVE<br>PORTLAND, OR 97229<br>gubbala.rao@gmail.com, trademarks@unitedlegalexperts.com<br>no phone number provided |
| Submission | Answer |
| Filer's Name | sstanislav |
| Filer's email | uspto@unitedlegalexperts.com, trademarks@unitedlegalexperts.com, sshamayev@shamayevlaw.com |
| Signature | /sstanislav/ |
| Date | 05/14/2020 |
| Attachments | Gannet Fisher 91255288 Opposition Response .pdf(306776 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**
**OPPOSITION No. 91255288**

------------------------------------------------X
Abercrombie & Fitch Trading Co.
6301 Fitch Path New Albany,
OH 43054 United States
ipdocketingwest@anfcorp.com

Opposer

**Opposition Number: 91255288**

**ANSWERS & AFFIRMATIVE DEFENSES**

Srinivasa Rao Gubbala
6951 NW 170th Ave
Portland, OR 97229
United States
trademarks@unitedlegalexperts.com

Applicant
------------------------------------------------X

**ANSWER**

Applicant Srinivasa Rao Gubbala ("Applicant"), hereby Answers the Opposition brought by Abercrombie & Fitch Trading Co. ("Opposer") to the application for Applicant design logo ("Gannet Bird"), as follows:

**AS TO THE NOTICE OF OPPOSITION**

**ON FACTS**

1. Opposer is without knowledge or information sufficient to form a belief as to the truth of the averments raised in paragraph 1 of the Notice of Opposition and, therefore, denies the same.
2. Para No 2, needs no response.
3. Para No. 3, Needs no response.
4. Para No 4, Needs no response
5. Para No 5, needs no response.
6. Para No 6 is incorrect, hence denied. Both marks are entirely different in design, appearance and sound therefore does not constitute an evidence against Applicant mark.
7. Para No 7, is incorrect, hence denied.
8. Para No 8, Needs no response.
9. Para No 9 is incorrect, hence denied.
10. Para No 10 is incorrect, hence denied.
11. Para No 11 is incorrect, hence denied.
12. Para No 12 is correct.
13. Para No 13 is incorrect, hence denied. Opposer does not fall under the definition of famous brand.
14. Para No 14, Needs no response.
15. Para No 15, Needs no response.
16. Para No 16 is incorrect, hence denied. Applicant mark and upper mark are entirely different in design, appearance and by bird names, therefore no confusion between the marks can be seen.
17. Para No 17, Needs no response.
18. Para No 18, is incorrect, hence denied.
19. Para No 19, is incorrect, hence denied.
20. Para No 20, is incorrect, hence denied.
21. Para No 21, is incorrect, hence denied.
22. Opposer is without knowledge or information sufficient to form a belief as to the truth of the averments and, therefore, denies the same.

**Grounds of Opposition**

1) **Trademark Act Sections 2(d)**
2) **Trademark Act Sections 2 and 43(c)**

*Opposer claimed the priority and likelihood of confusion on the basis of Trademark Act section 2(d) and Dilution by blurring Trademark Act section 2 and 43(c), however, Opposer trademark has no similarity or likelihood with the Applicant mark neither the opposer mark is a famous mark or well known mark. Therefore, Opposer claims have no legal standing to file the opposition, hence no grounds and denied the same.*

***Applicant Relies,***

*Each of the thirteen du Pont factors may be considered in weighing likelihood of confusion, if raised, and any one may be dispositive, especially where that single factor is dissimilarity of the marks. See TMEP 1207.1. See also Chanpagne Louis Roeder, S.A v. Delicato Vineyards, 148 F.3d 1373, 1375 (Fed. Cir. 1998).*

**AFFIRMATIVE DEFENSES**

1) Opposer has failed to state a claim upon which relief can be granted.
2) Opposer lacks standing, and Opposer's claims are barred, in whole or in part.
3) Opposer mark and Applicant marks are entirely different in their entireties. Therefore, different design and shape and thus doesn't not look similar or identical.
4) Mere similar family may be the only shared element with marks, containing common elements are not likely to be confused if " the matter common to the marks is not likely to be perceived by purchasers as distinguishing source because it is merely descriptive or diluted. TEMP 1207.01 (b)(iii); see, e.g., Shen Mfg Co. v. Ritz Hotel Ltd., 393 F,3d 1238, 73 USPQ 2d 1350 (Fed. Cir 2004).
5) The Opposer will not suffer any loss or damage because of the registration of Applicant mark.

**WHEREFORE**, Respondent prays that the Opposition to Application No. 88555046 be denied, and that the Trademark Trial and Appeal Board grant such other and further relief as it deems just and appropriate.

Date: May 14, 2020

Respectfully Submitted
Srinivasa Rao Gubbala

Through Attorney
Stanislav A Shamayev
United Legal Experts
uspto@unitedlegalexperts.com
601 S Federal Highway,
Hollywood, FL 33020

**POWER OF ATTORNEY**

[illegible]

**CERTIFICATE OF SERVICE**

It is hereby certified that a true and correct copy of the foregoing Answer & Affirmative Defenses and POA have been transmitted to counsel for opposing party at their address of record by Email on this date.

Date: May 14, 2020

Respectfully Submitted
Srinivasa Rao Gubbala

Through Attorney
Stanislav A Shamayev
uspto@unitedlegalexperts.com
United Legal Experts
601 S Federal Highway,
Hollywood, FL 33020

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1055316**
Filing date: **05/14/2020**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Change of Correspondence Address

| | |
|---|---|
| Proceeding. | 91255288 |
| Defendant | Defendant<br>Srinivasa Rao Gubbala |

Please change the correspondence address for the above party here as follows:

| | |
|---|---|
| Old Correspondence Address | SRINIVASA RAO GUBBALA<br>6951 NW 170TH AVE<br>PORTLAND, OR 97229<br>gubbala.rao@gmail.com, trademarks@unitedlegalexperts.com<br>no phone number provided |
| New Correspondence Address | Stanislav A Shamayev<br>United Legal Experts<br>601 S Federal Highway,<br>Hollywood, FL 33020<br>UNITED STATES<br>gubbala.rao@gmail.com,<br>sshamayev@shamayevlaw.com,<br>uspto@unitedlegalexperts.com<br>no phone number provided |

### Certificate of Service

The undersigned hereby certifies that a copy of this filing has been served upon all parties, at their address of record by Email on this date.

Respectfully submitted,
/sstanislav/
sstanislav
uspto@unitedlegalexperts.com
05/14/2020

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1073056**
Filing date: **08/05/2020**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding No. | 91255288 |
| Filing Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Other Party | Defendant<br>Srinivasa Rao Gubbala |
| Pending Motion | There is no motion currently pending and no other motion is being filed concurrent with this consent motion. |

## Consent Motion for Suspension for Settlement

The parties are actively engaged in negotiations for the settlement of this matter. Abercrombie & Fitch Trading Co. requests that this proceeding be suspended for 180 days to allow the parties to continue their settlement efforts.

Proceedings to resume on **02/02/2021**.

| | |
|---|---|
| Time to Answer | 05/24/2020 (CLOSED) |
| Deadline for Discovery Conference | 06/23/2020 (CLOSED) |
| Discovery Opens | 06/23/2020 (CLOSED) |
| Initial Disclosures Due | 07/23/2020 (CLOSED) |
| Expert Disclosures Due | 05/20/2021 |
| Discovery Closes | 06/19/2021 |
| Plaintiff's Pretrial Disclosures Due | 08/03/2021 |
| Plaintiff's 30-day Trial Period Ends | 09/17/2021 |
| Defendant's Pretrial Disclosures Due | 10/02/2021 |
| Defendant's 30-day Trial Period Ends | 11/16/2021 |
| Plaintiff's Rebuttal Disclosures Due | 12/01/2021 |
| Plaintiff's 15-day Rebuttal Period Ends | 12/31/2021 |
| Plaintiff's Opening Brief Due | 03/01/2022 |
| Defendant's Brief Due | 03/31/2022 |
| Plaintiff's Reply Brief Due | 04/15/2022 |
| Request for Oral Hearing (optional) Due | 04/25/2022 |

Abercrombie & Fitch Trading Co. has secured the express consent of all other parties to this proceeding for the suspension and resetting of dates requested herein.

### Certificate of Service

The undersigned hereby certifies that a copy of this filing has been served upon all parties, at their address of record by Email on this date.
Respectfully submitted,
/Anisha Mehta/
Anisha Mehta
anisha.mehta@klgates.com, susan.kayser@klgates.com, ANFteam@klgates.com, ipdocketingwest@anfcorp.com, watrademarks@klgates.com, ttablitigationdocket@klgates.com
08/05/2020

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

August 5, 2020

Proceeding No. 91255288

Abercrombie & Fitch Trading Co.

v.

Srinivasa Rao Gubbala

MOTION TO SUSPEND GRANTED

By the Trademark Trial and Appeal Board:

*Abercrombie & Fitch Trading Co.'s* motion, filed August 05, 2020, to suspend this proceeding for 180 days is granted.

Accordingly, proceedings are suspended, subject to the right of either party to request resumption at any time.[1] Trademark Rule 2.117(c).

In the event that there is no word from either party, proceedings shall resume on February 02, 2021 without further notice or order from the Board, upon the schedule set forth in the motion.

[1] The parties should note that if proceedings are suspended for a lengthy period of time pursuant to the filing of several motions to suspend for settlement, the Board retains discretion to condition the approval of any future consented or stipulated motion to suspend on a party or the parties providing necessary information about the status of settlement talks, discovery activities, or trial activities, as may be appropriate. See Trademark Rule 2.117(c).

During the suspension period, the parties shall notify the Board of any change of address or email address for either the parties or their counsel. See Trademark Rule 2.18(b)(1). In addition, the parties are to promptly inform the Board of any other related cases, even if they become aware of such cases during the suspension period. Upon resumption, if appropriate, the Board may consolidate related Board cases.

Generally, the Federal Rules of Evidence apply to Board trials. Trial testimony is taken and introduced out of the presence of the Board during the assigned testimony periods. The parties may stipulate to a wide variety of matters, and many requirements relevant to the trial phase of Board proceedings are set forth in Trademark Rules 2.121 through 2.125. These include pretrial disclosures, the manner and timing of taking testimony, matters in evidence, and the procedures for submitting and serving testimony and other evidence, including affidavits, declarations, deposition transcripts, and stipulated evidence. Trial briefs shall be submitted in accordance with Trademark Rules 2.128(a) and (b). Oral argument at final hearing will be scheduled only upon the timely submission of a separate notice as allowed by Trademark Rule 2.129(a).

TIPS FOR FILING EVIDENCE, TESTIMONY, OR LARGE DOCUMENTS

The Board requires each submission to meet the following criteria before it will be considered: 1) pages must be legible and easily read on a computer screen; 2) page orientation should be determined by its ease of viewing relevant text or evidence, for example, there should be no sideways or upside-down pages; 3) pages must appear in their proper order; 4) depositions and exhibits must be clearly

labeled and numbered – use separator pages between exhibits and clearly label each exhibit using sequential letters or numbers; and 5) the entire submission should be text-searchable. Additionally, submissions must be compliant with Trademark Rules 2.119 and 2.126. Submissions failing to meet all of the criteria above may require re-filing. Note: Parties are strongly encouraged to check the entire document before filing.[2] The Board will not extend or reset proceeding schedule dates or other deadlines to allow time to re-file documents. For more tips and helpful filing information, please visit the ESTTA help webpage.

[2] To facilitate accuracy, ESTTA provides thumbnails to view each page before submitting.

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1111802**
Filing date: **02/02/2021**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding No. | 91255288 |
| Filing Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Other Party | Defendant<br>Srinivasa Rao Gubbala |
| Pending Motion | There is no motion currently pending and no other motion is being filed concurrent with this consent motion. |

## Consent Motion to Extend

The Expert Disclosures Due is currently set to close on 05/20/2021. Abercrombie & Fitch Trading Co. requests that such date be extended for 30 days, or until 06/19/2021, and that all subsequent dates be reset accordingly.

| | |
|---|---|
| Time to Answer | 05/24/2020 (CLOSED) |
| Deadline for Discovery Conference | 06/23/2020 (CLOSED) |
| Discovery Opens | 06/23/2020 (CLOSED) |
| Initial Disclosures Due | 07/23/2020 (CLOSED) |
| Expert Disclosures Due | 06/19/2021 |
| Discovery Closes | 07/19/2021 |
| Plaintiff's Pretrial Disclosures Due | 09/02/2021 |
| Plaintiff's 30-day Trial Period Ends | 10/17/2021 |
| Defendant's Pretrial Disclosures Due | 11/01/2021 |
| Defendant's 30-day Trial Period Ends | 12/16/2021 |
| Plaintiff's Rebuttal Disclosures Due | 12/31/2021 |
| Plaintiff's 15-day Rebuttal Period Ends | 01/30/2022 |
| Plaintiff's Opening Brief Due | 03/31/2022 |
| Defendant's Brief Due | 04/30/2022 |
| Plaintiff's Reply Brief Due | 05/15/2022 |
| Request for Oral Hearing (optional) Due | 05/25/2022 |

The grounds for this request are as follows:

- *Parties are engaged in settlement discussions*

Abercrombie & Fitch Trading Co. has secured the express consent of all other parties to this proceeding for the extension and resetting of dates requested herein.

### Certificate of Service

The undersigned hereby certifies that a copy of this filing has been served upon all parties, at their address of record by Email on this date.
Respectfully submitted,
/Anisha Mehta/
Anisha Mehta
anisha.mehta@klgates.com, susan.kayser@klgates.com, ttablitigationdocket@klgates.com, watrademarks@klgates.com, ANFteam@klgates.com, ipdocketingwest@anfcorp.com

02/02/2021

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

February 2, 2021

Proceeding No. 91255288

Abercrombie & Fitch Trading Co.

v.

Srinivasa Rao Gubbala

MOTION TO EXTEND GRANTED

By the Trademark Trial and Appeal Board:

Abercrombie & Fitch Trading Co.'s consented motion to extend, filed February 02, 2021, to extend for 30 days is granted. Trademark Rule 2.127(a). Dates are reset as set out in the motion.

Generally, the Federal Rules of Evidence apply to Board trials. Trial testimony is taken and introduced out of the presence of the Board during the assigned testimony periods. The parties may stipulate to a wide variety of matters, and many requirements relevant to the trial phase of Board proceedings are set forth in Trademark Rules 2.121 through 2.125. These include pretrial disclosures, the manner and timing of taking testimony, matters in evidence, and the procedures for submitting and serving testimony and other evidence, including affidavits, declarations, deposition transcripts, and stipulated evidence. Trial briefs shall be

Proceeding No. 91255288

submitted in accordance with Trademark Rules 2.128(a) and (b). Oral argument at final hearing will be scheduled only upon the timely submission of a separate notice as allowed by Trademark Rule 2.129(a).

TIPS FOR FILING EVIDENCE, TESTIMONY, OR LARGE DOCUMENTS

The Board requires each submission to meet the following criteria before it will be considered: 1) pages must be legible and easily read on a computer screen; 2) page orientation should be determined by its ease of viewing relevant text or evidence, for example, there should be no sideways or upside-down pages; 3) pages must appear in their proper order; 4) depositions and exhibits must be clearly labeled and numbered – use separator pages between exhibits and clearly label each exhibit using sequential letters or numbers; and 5) the entire submission should be text-searchable. Additionally, submissions must be compliant with Trademark Rules 2.119 and 2.126. Submissions failing to meet all of the criteria above may require re-filing. Note: Parties are strongly encouraged to check the entire document before filing.[1] The Board will not extend or reset proceeding schedule dates or other deadlines to allow time to re-file documents. For more tips and helpful filing information, please visit the ESTTA help webpage.

[1] To facilitate accuracy, ESTTA provides thumbnails to view each page before submitting.

Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov
ESTTA Tracking number: **ESTTA1135026**
Filing date: **05/19/2021**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

**Change of Correspondence Address**

| | |
|---|---|
| Proceeding No. | 91255288 |
| Plaintiff | Plaintiff<br>Abercrombie & Fitch Trading Co. |

Please change the correspondence address for the above party here as follows:

| | |
|---|---|
| Old Correspondence Address | JOSE BAUTISTA<br>ABERCROMBIE & FITCH TRADING CO.<br>6301 FITCH PATH<br>NEW ALBANY, OH 43054<br>UNITED STATES<br>Primary Email: ipdocketingwest@anfcorp.com<br>614-283-6500 |
| New Correspondence Address | SUSAN M. KAYSER<br>K&L GATES LLP<br>1601 K STREET, N.W.<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary Email: Susan.kayser@klgates.com<br>Secondary Email(s): ipdocketingwest@anfcorp.com, WATrademarks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Docket Number | 0313231.0008 |

**Certificate of Service**

The undersigned hereby certifies that a copy of this submission has been served upon all parties, at their address of record by Email on this date.

Respectfully submitted,
/Susan M. Kayser/
Susan M. Kayser
Susan.kayser@klgates.com, ipdocketingwest@anfcorp.com, WATrademarks@klgates.com, ANFteam@klgates.com
05/19/2021

Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov
ESTTA Tracking number: **ESTTA1135147**
Filing date: **05/20/2021**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding No. | 91255288 |
| Filing Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Other Party | Defendant<br>Srinivasa Rao Gubbala |
| Pending Motion | There is no motion currently pending and no other motion is being filed concurrent with this consent motion. |

**Consent Motion for Suspension for Settlement**

The parties are actively engaged in negotiations for the settlement of this matter. Abercrombie & Fitch Trading Co. requests that this proceeding be suspended for 180 days to allow the parties to continue their settlement efforts.

Proceedings to resume on **11/17/2021**.

| | |
|---|---|
| Time to Answer | 05/24/2020 (CLOSED) |
| Deadline for Discovery Conference | 06/23/2020 (CLOSED) |
| Discovery Opens | 06/23/2020 (CLOSED) |
| Initial Disclosures Due | 07/23/2020 (CLOSED) |
| Expert Disclosures Due | 12/17/2021 |
| Discovery Closes | 01/16/2022 |
| Plaintiff's Pretrial Disclosures Due | 03/02/2022 |
| Plaintiff's 30-day Trial Period Ends | 04/16/2022 |
| Defendant's Pretrial Disclosures Due | 05/01/2022 |
| Defendant's 30-day Trial Period Ends | 06/15/2022 |
| Plaintiff's Rebuttal Disclosures Due | 06/30/2022 |
| Plaintiff's 15-day Rebuttal Period Ends | 07/30/2022 |
| Plaintiff's Opening Brief Due | 09/28/2022 |
| Defendant's Brief Due | 10/28/2022 |
| Plaintiff's Reply Brief Due | 11/12/2022 |
| Request for Oral Hearing (optional) Due | 11/22/2022 |

Abercrombie & Fitch Trading Co. has secured the express consent of all other parties to this proceeding for the suspension and resetting of dates requested herein.

**Certificate of Service**

The undersigned hereby certifies that a copy of this submission has been served upon all parties, at their address of record by Email on this date.
Respectfully submitted,
/Susan M. Kayser/
Susan M. Kayser
Susan.kayser@klgates.com, WATrademarks@klgates.com, ANFteam@klgates.com, DocketingWest@anfcorp.com
05/20/2021

UNITED STATES PATENT AND TRADEMARK OFFICE
Trademark Trial and Appeal Board
P.O. Box 1451
Alexandria, VA 22313-1451
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

May 20, 2021

Proceeding No. 91255288

Abercrombie & Fitch Trading Co.

v.

Srinivasa Rao Gubbala

MOTION TO SUSPEND GRANTED

By the Trademark Trial and Appeal Board:

Abercrombie & Fitch Trading Co.'s motion, filed May 20, 2021, to suspend this proceeding for 180 days is granted.

Accordingly, proceedings are suspended, subject to the right of either party to request resumption at any time.[1] Trademark Rule 2.117(c).

In the event that there is no word from either party, proceedings shall resume on November 17, 2021 without further notice or order from the Board, upon the schedule set forth in the motion.

[1] The parties should note that if proceedings are suspended for a lengthy period of time pursuant to the filing of several motions to suspend for settlement, the Board retains discretion to condition the approval of any future consented or stipulated motion to suspend on a party or the parties providing necessary information about the status of settlement talks, discovery activities, or trial activities, as may be appropriate. See Trademark Rule 2.117(c).

Proceeding No. 91255288

During the suspension period, the parties shall notify the Board of any change of address or email address for either the parties or their counsel. See Trademark Rule 2.18(b)(1). In addition, the parties are to promptly inform the Board of any other related cases, even if they become aware of such cases during the suspension period. Upon resumption, if appropriate, the Board may consolidate related Board cases.

Generally, the Federal Rules of Evidence apply to Board trials. Trial testimony is taken and introduced out of the presence of the Board during the assigned testimony periods. The parties may stipulate to a wide variety of matters, and many requirements relevant to the trial phase of Board proceedings are set forth in Trademark Rules 2.121 through 2.125. These include pretrial disclosures, the manner and timing of taking testimony, matters in evidence, and the procedures for submitting and serving testimony and other evidence, including affidavits, declarations, deposition transcripts, and stipulated evidence. Trial briefs shall be submitted in accordance with Trademark Rules 2.128(a) and (b). Oral argument at final hearing will be scheduled only upon the timely submission of a separate notice as allowed by Trademark Rule 2.129(a).

TIPS FOR FILING EVIDENCE, TESTIMONY, OR LARGE DOCUMENTS

The Board requires each submission to meet the following criteria before it will be considered: 1) pages must be legible and easily read on a computer screen; 2) page orientation should be determined by its ease of viewing relevant text or evidence, for example, there should be no sideways or upside-down pages; 3) pages must appear in their proper order; 4) depositions and exhibits must be clearly

Proceeding No. 91255288

labeled and numbered – use separator pages between exhibits and clearly label each exhibit using sequential letters or numbers; and 5) the entire submission should be text-searchable. Additionally, submissions must be compliant with Trademark Rules 2.119 and 2.126. Submissions failing to meet all of the criteria above may require re-filing. Note: Parties are strongly encouraged to check the entire document before filing.[2] The Board will not extend or reset proceeding schedule dates or other deadlines to allow time to re-file documents. For more tips and helpful filing information, please visit the ESTTA help webpage.

[2] To facilitate accuracy, ESTTA provides thumbnails to view each page before submitting.

Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov
ESTTA Tracking number: **ESTTA1153264**
Filing date: **08/13/2021**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

**Change of Correspondence Address**

| | |
|---|---|
| Proceeding No. | 91255288 |
| Defendant | Defendant<br>Srinivasa Rao Gubbala |

Please change the correspondence address for the above party here as follows:

| | |
|---|---|
| Old Correspondence Address | STANISLAV A SHAMAYEV<br>UNITED LEGAL EXPERTS<br>601 S FEDERAL HIGHWAY<br>HOLLYWOOD, FL 33020<br>UNITED STATES<br>Primary Email: gubbala.rao@gmail.com<br>Secondary Email(s): sshamayev@shamayevlaw.com, uspto@unitedlegalexperts.com<br>954-361-1222 |
| New Correspondence Address | LILLIAN KHOSRAVI<br>THE LAW OFFICE OF LILLIAN KHOSRAVI<br>1000 TOWN CENTER DR<br>SUITE 300<br>OXNARD, CA 93036<br>UNITED STATES<br>Primary Email: lillian.khosravi.law@gmail.com<br>Secondary Email(s): uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com<br>8054281253 |
| Docket Number | |

**Certificate of Service**

The undersigned hereby certifies that a copy of this submission has been served upon all parties, at their address of record by Email on this date.

Respectfully submitted,
/Lillian Khosravi/
Lillian Khosravi
lillian.khosravi.law@gmail.com
08/13/2021

Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov
ESTTA Tracking number: **ESTTA1203290**
Filing date: **04/15/2022**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M. KAYSER<br>K&L GATES LLP<br>1601 K STREET, N.W.<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrademarks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Stipulation of Facts |
| Filer's name | Susan M. Kayser |
| Filer's email | watrademarks@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 04/15/2022 |
| Attachments | Abercrombie v. Srinivasa - Joint Stipulations of Fact.pdf(235346 bytes )<br>Exhibit 1.pdf(1012588 bytes )<br>Exhibit 2.pdf(1214559 bytes )<br>Exhibit 3.pdf(1155847 bytes )<br>Exhibit 4.pdf(1231236 bytes )<br>Exhibit 5.pdf(1177309 bytes )<br>Exhibit 6.pdf(871665 bytes )<br>Exhibit 7.pdf(940875 bytes )<br>Exhibit 8.pdf(978767 bytes )<br>Exhibit 9.pdf(1132675 bytes )<br>Exhibit 10.pdf(1060555 bytes )<br>Exhibit 11.pdf(648192 bytes ) |

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co., Opposer, v. Srinivasa Rao Gubbala, Applicant.

Opposition No. 91255288

**JOINT STIPULATIONS OF FACT**

The undersigned counsel for Opposer, Abercrombie & Fitch Trading Co. ("Opposer" or "A&F"), and Applicant, Srinivasa Rao Gubbala ("Applicant"), jointly stipulate and agree to the admission and use at trial of the following facts to be entered into the record and admitted into evidence:

1. On July 31, 2019, Applicant filed intent-to-use U.S. trademark Application No. 88/555,046, for the mark ("Applicant's Mark"), covering "Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women and kids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for

clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T-shirts; Tee-shirts; Woven shirts" in International Class 25 ("Applicant's Application"). A true and correct printout dated March 24, 2022 of the Trademark Status & Document Retrieval ("TSDR") Record for Opposer's Reg. No. 4,022,932 is attached as **Exhibit 1**. *See also* Opposer's Requests for Admission ("RFAs") attached as **Exhibit 2**, at Request for Admission Nos. 1, 14.[1]

2. On July 10, 2006, Opposer filed U.S. trademark application No. 78/926,248 for the mark , which matured into U.S. trademark Registration No. 3,745,498 on February 2, 2010, covering "Clothing, namely, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website" in International Class 25, and claiming use in commerce since October 2003. Opposer's Declaration of Incontestability for Reg. No. 3,745,498 under Section 15 of the Trademark Act, 15 U.S.C. §1065, was accepted on April 4, 2016. A true and correct printout dated March 24, 2022 of the Trademark Status & Document Retrieval ("TSDR") Record for Opposer's Reg. No. 3,745,498 is attached as **Exhibit 3**. *See also* Exhibit 1 at Request for Admission Nos. 8, 17.

3. On May 16, 2003, Opposer filed U.S. application No. 76/979,139 for the mark , which matured into U.S. trademark Registration No. 4,022,932 on September 6, 2011

[1] Applicant's Requests for Admission are all deemed admitted by operation of law because Applicant did not timely respond. *See* Fed.R.Civ.P. 36 and TBMP 407.03(a).

covering "clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online web-sites" in International Class 25, and claiming use in commerce on August 8, 2003. Opposer's Declaration of Incontestability for Reg. No. 4,022,932 under Section 15 of the Trademark Act, 15 U.S.C. §1065, was accepted on April 28, 2017. A true and correct printout dated March 24, 2022 of the Trademark Status & Document Retrieval ("TSDR") Record for Opposer's Reg. No. 4,022,932 is attached as **Exhibit 4**. *See also* Exhibit 1 at Request for Admission Nos. 8, 16.

4. On July 10, 2006, Opposer filed U.S. application No. 78/926,190 for the mark , which matured into U.S. trademark Registration No. 3,745,497 on February 2, 2010 covering "Clothing, namely, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website" in International Class 25, and claiming use in commerce in October 2003. Opposer's Declaration of Incontestability for Reg. No. 3,745,497 under Section 15 of the Trademark Act, 15 U.S.C. §1065, was accepted on April 4, 2016. A true and correct printout dated March 24, 2022 of the Trademark Status & Document Retrieval ("TSDR") Record for Opposer's Reg. No. 3,745,497 is attached as **Exhibit 5**. *See also* Exhibit 1 at Request for Admission Nos. 8, 18.

5. On November 4, 2009, Opposer filed U.S. application No. 77/865,065 for the mark , which matured into U.S. trademark Registration No. 3,855,891 on October 5, 2010 covering "Gloves, Headwear, Scarves" in International Class 25, and claiming use in commerce in October 2005. Opposer's Declaration of Incontestability for Reg. No. 3,855,891 under Section

15 of the Trademark Act, 15 U.S.C. §1065, was accepted on October 7, 2016. A true and correct printout dated March 24, 2022 of the Trademark Status & Document Retrieval ("TSDR") Record for Opposer's Reg. No. 3,855,891 is attached as **Exhibit 6**. *See also* Exhibit 1 at Request for Admission Nos. 8, 19.

6. On June 29, 2011, Opposer filed U.S. application No. 85/359,504 for the mark , which matured into U.S. trademark Registration No. 4,091,084 on January 24, 2012 covering "Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments" in International Class 25, and claiming use in commerce on August 8, 2003. Opposer's Declaration of Incontestability for Reg. No. 4,091,084 under Section 15 of the Trademark Act, 15 U.S.C. §1065, was accepted on June 29, 2019. A true and correct printout dated March 24, 2022 of the Trademark Status & Document Retrieval ("TSDR") Record for Opposer's Reg. No. 4,091,084 is attached as **Exhibit 7**. *See also* Exhibit 1 at Request for Admission Nos. 8, 15.

7. On November 16, 2007, Opposer filed U.S. application No. 77/331,592 for the mark , which matured into U.S. trademark Registration No. 3,588,412 on March 10, 2009 covering "On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags" in International Class 35, and claiming use in commerce on October 12, 2006. Opposer's Declaration of Incontestability for Reg. No. 3,588,412 under Section 15 of the Trademark Act, 15 U.S.C. §1065, was accepted on September 30, 2015. A true and correct printout dated March 24, 2022 of the Trademark Status & Document Retrieval ("TSDR") Record for Opposer's Reg. No. 3,588,412 is attached as **Exhibit 8**. *See also* Exhibit 1 at Request for Admission Nos. 8, 20.

8. On May 16, 2003, Opposer filed U.S. application No. 76/516,815 for the mark , which matured into U.S. trademark Registration No. 4,384,092 on August 13, 2013 covering "retail clothing store services" in International Class 35, and claiming use in commerce in February 2006. Opposer's Declaration of Incontestability for Reg. No. 4,384,092 under Section 15 of the Trademark Act, 15 U.S.C. §1065, was accepted on September 1, 2018. A true and correct printout dated March 24, 2022 of the Trademark Status & Document Retrieval ("TSDR") Record for Opposer's Reg. No. 4,384,092 is attached as **Exhibit 9**. *See also* Exhibit 1 at Request for Admission Nos. 8, 21.

9. On November 16, 2007, Opposer filed U.S. application No. 77/331,597 for the mark , which matured into U.S. trademark Registration No. 3,592,454 on March 17, 2009 covering "On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags" in International Class 35, and claiming use in commerce on October 12, 2006. Opposer's Declaration of Incontestability for Reg. No. 3,592,454 under Section 15 of the Trademark Act, 15 U.S.C. §1065, was accepted on September 30, 2015. A true and correct printout dated March 24, 2022 of the Trademark Status & Document Retrieval ("TSDR") Record for Opposer's Reg. No. 3,592,454 is attached as **Exhibit 10**. *See also* Exhibit 1 at Request for Admission Nos. 8, 22.

10. Each of Opposer's Marks[2] was registered prior to the filing date of Applicant's Mark.

[2] Opposer's U.S. trademark Registration Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; 3,592,454, listed in Paragraphs 2–9, are collectively referred to as "Opposer's Marks".

11. Opposer used each of Opposer's Marks in commerce prior to the filing date of Applicant's Mark.

12. Opposer's U.S. trademark Registration Nos. 3,745,498; 4,022,932; 3,855,891; 4,091,084; 3,588,412; 4,384,092 are not limited to any particular color.

13. Applicant's Trademark Application depicts a gannet, which is a type of seabird, with outspread wings. *See* **Exhibit 2**, at Request for Admission No. 7.

14. Opposer's Marks depict a bird with outspread wings.

15. Applicant's Mark consists of a bird with outspread wings viewed from the side with the bird's head and beak facing to the left and the bird's outspread wings shown above the bird's body. *See* **Exhibit 2**, at Requests for Admission Nos. 2–6.

16. Opposer's Marks consist of a bird with outspread wings viewed from the side with the bird's head and beak facing to the left and the bird's outspread wings shown above the bird's body. *See* **Exhibit 2**, at Request for Admission Nos. 9–13.

17. Applicant's Application and Opposer's trademark Registration No. 3,745,498 both identify "blouses", "caps", "hats", "jackets", "dresses", "footwear" in the description of goods. *See* **Exhibit 2**, at Request for Admission Nos. 14, 17.

18. Applicant's Application and Opposer's trademark Registration No. 4,022,932 both identify "belts", "jackets", "shirts", "sweaters", "t-shirts" in the description of goods. *See* **Exhibit 2**, at Request for Admission Nos. 14, 16.

19. Applicant's Application and Opposer's trademark Registration No. 3,745,497 both identify "caps", "blouses", "jackets", "shirts", "skirts", "dresses", "footwear", "undergarments", "sweaters", "t-shirts", "hats", "vests" in the description of goods. *See* **Exhibit 2**, at Request for Admission Nos. 14, 18.

20. Applicant's Application and Opposer's trademark Registration No. 3,855,891 both identify "gloves" and headwear in the description of goods. *See* **Exhibit 2**, at Request for Admission Nos. 14, 19.

21. Applicant's Application and Opposer's trademark Registration No. 4,091,084 both identify "belts", "jackets", "footwear", "undergarments", and tops as clothing in the description of goods. *See* **Exhibit 2**, at Request for Admission Nos. 14–15.

22. Applicant has not yet started sales in USA. Applicant promotes its brand on its social media accounts on Twitter, LinkedIn, Instagram, and Facebook. Applicant intends to sell their goods through e-commerce platforms including Amazon, Walmart's online platform. *See* Applicant's "Response to Opposer's Interrogatories," attached as **Exhibit 11**, at Response to Interrogatory No. 4.

23. Applicant promotes its brand on its social media accounts on social media platforms Twitter, LinkedIn, Instagram, and Facebook. *See* **Exhibit 11** at Response to Interrogatory Nos. 4, 5.

24. Opposer's U.S. trademark Registration Nos. 3,855,891; 4,091,084; 3,588,412; 4,384,092; 3,592,454 do not contain any restrictions on channels of trade or classes of consumers.

25. There is no restriction on channels of trade or classes of consumers in Applicant's Application.

It is so stipulated and requested.

Dated: April 15, 2022

Respectfully submitted,
**K&L Gates LLP**

By: /Susan M. Kayser/
Susan M. Kayser
Eric W. Lee
1601 K Street, N.W.
Washington, DC 20006
202-778-9421
Susan.Kayser@klgates.com
Eric.Lee@klgates.com

*Attorneys for Abercrombie & Fitch Trading. Co.*

**Law Office of Lillian Khosravi, Attorney at Law**

By: /Lillian Khosravi/
Lillian Khosravi
1000 Town Center Drive
Suite 300
Oxnard, CA 93036
lillian.khosravi.law@gmail.com

*Attorney for Srinivasa Rao Gubbala*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Stipulation has been served on Applicant, Srinivasa Rao Gubbala, on April 15, 2022, via email at: lillian.khosravi.law@gmail.com, uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com.

/Eric W. Lee/
Eric W. Lee
*Attorney for Opposer Abercrombie and Fitch Trading Co.*

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 1**

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2022-04-05 16:56:02 EDT

**Mark:**

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88555046 | **Application Filing Date:** | Jul. 31, 2019 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Trademark | | |
| **TM5 Common Status Descriptor:** | LIVE/APPLICATION/Opposition Pending. The pending trademark application has been examined by the Office and was published for opposition, at which time one or more oppositions were filed but they have not yet been decided. | | |
| **Status:** | An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| **Status Date:** | Apr. 14, 2020 | | |
| **Publication Date:** | Dec. 17, 2019 | | |

### Mark Information

| | |
|---|---|
| **Mark Literal Elements:** | None |
| **Standard Character Claim:** | No |
| **Mark Drawing Type:** | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| **Description of Mark:** | The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth. |
| **Color(s) Claimed:** | The color(s) black, white, orange and blue is/are claimed as a feature of the mark. |
| **Design Search Code(s):** | 03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.25 - Woodpeckers; Cardinals; Crows; Doves; Other birds; Pigeons; Ravens; Robins<br>03.15.26 - Costumed birds and bats and those with human attributes<br>03.19.24 - Stylized fish, whales, seals, sea lions<br>03.19.25 - Piranhas; Salmon; Tuna; Other fish (this section includes basic fish); Catfish |

### Goods and Services

Note:
The following symbols indicate that theÂ registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| **For:** | Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women and kids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T-shirts; Tee-shirts; Woven shirts | | |
| **International Class(es):** | 025 - Primary Class | **U.S Class(es):** | 022, 039 |
| **Class Status:** | ACTIVE | | |
| **Basis:** | 1(b) | | |

### Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | No | **Currently Use:** | No |
| **Filed ITU:** | Yes | **Currently ITU:** | Yes |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

### Current Owner(s) Information

| | | | |
|---|---|---|---|
| **Owner Name:** | Srinivasa Rao Gubbala | | |
| **Owner Address:** | 6951 NW 170th Ave<br>Portland, OREGON UNITED STATES 97229 | | |
| **Legal Entity Type:** | INDIVIDUAL | **Citizenship:** | UNITED STATES |

### Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| **Attorney Name:** | LILLIAN KHOSRAVI | | |
| **Attorney Primary Email Address:** | lillian.khosravi.law@gmail.com | **Attorney Email Authorized:** | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| **Correspondent Name/Address:** | LILLIAN KHOSRAVI<br>THE LAW OFFICE OF LILLIAN KHOSRAVI<br>1000 TOWN CENTER DR<br>SUITE 300<br>OXNARD, CALIFORNIA UNITED STATES 93036 | | |
| **Phone:** | 8054281253 | | |
| **Correspondent e-mail:** | lillian.khosravi.law@gmail.com uspto@unitedlegalexperts.com lillian@khosravilaw.com gubbala.rao@gmail.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 14, 2020 | OPPOSITION INSTITUTED NO. 999999 | 255288 |
| Jan. 14, 2020 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Dec. 17, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 17, 2019 | PUBLISHED FOR OPPOSITION | |
| Nov. 27, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 12, 2019 | ASSIGNED TO LIE | 68123 |
| Nov. 05, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 05, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Nov. 04, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Nov. 04, 2019 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 03, 2019 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 03, 2019 | NON-FINAL ACTION E-MAILED | 6325 |
| Nov. 03, 2019 | NON-FINAL ACTION WRITTEN | 74819 |
| Oct. 26, 2019 | ASSIGNED TO EXAMINER | 74819 |
| Aug. 16, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Aug. 15, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 03, 2019 | NEW APPLICATION ENTERED IN TRAM | |

### TM Staff and Location Information

**TM Staff Information**

| | | | |
|---|---|---|---|
| **TM Attorney:** | EDWARDS, ALICIA COLLIN | **Law Office Assigned:** | LAW OFFICE 115 |

**File Location**

| | | | |
|---|---|---|---|
| **Current Location:** | PUBLICATION AND ISSUE SECTION | **Date in Location:** | Nov. 13, 2019 |

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 2**

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co., Opposer, v. Srinivasa Rao Gubbala, Applicant. ) Opposition No. 91255288

**OPPOSER'S FIRST SET OF REQUESTS FOR ADMISSION TO APPLICANT**

Opposer, Abercrombie & Fitch Trading Co. ("Opposer" or "A&F"), hereby requests that Applicant Srinivasa Rao Gubbala ("Applicant" or "Srinivasa"), pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure and Rule 2.120 of the Trademark Rules of Practice, admit in writing each of the requests for admission set forth below within thirty (30) days of the service hereof.

**DEFINITIONS**

For the definitions of the terms used herein, Opposer adopts and incorporates the Definitions set forth in Opposer's First Set of Interrogatories to Applicant.

**INSTRUCTIONS**

The following instructions apply to the requests for admission below and should be considered as part of each request:

A. Applicant shall repeat each request for admission in full immediately preceding the statement of any answer, response, or objection thereto.

B. Each request is to be answered fully, unless it is in good faith objected to, in such event the reasons for all of Applicant's objections shall be stated in detail. If an objection pertains to only a portion of a request, or to a word, phrase, or clause contained within such request,

Applicant shall state its objection to that portion only, and respond to the remainder of the request, using its best efforts to do so. No part of any request may be left unanswered merely because an objection is interposed to another part of the request.

C. If a request is silent as to the time period for which a response is sought, the response shall be made of all information within Applicant's possession, custody, or control at any time prior to and up through the date of Applicant's response, subject to Applicant's obligation to supplement under Fed. R. Civ. P. 26(e).

D. If, after exercising due diligence to secure the information requested, you are presently unable to respond to any of these requests in full, so state, and specify the portion of each request that cannot be responded to fully and completely. State what efforts were made to obtain the requested information and the facts relied upon that support the contentions that the request cannot be answered fully and completely; and state what knowledge, information, or belief Applicant has concerning the portion of any such requests that have no response.

E. Opposer requests that all information (including electronically stored information) that might have an impact on the subject matter of this litigation, including information responsive to these discovery requests, be preserved and that Applicant immediately cease any ongoing process of removal, discarding, and/or destruction of such information.

F. These requests are deemed to be continuing. With respect to any of the following requests as to which Applicant, after responding, discovers or acquires additional responsive material, Opposer requests that Applicant supplement its response in accordance with the Federal Rules of Civil Procedure promptly after Applicant discovers or acquires such additional information.

**REQUESTS FOR ADMISSION**

1. Admit that Applicant's trademark application (Serial No. 88/555,046) consists of the following drawing: .

**RESPONSE:**

2. Admit that Applicant's trademark application (Serial No. 88/555,046) includes a bird design.

**RESPONSE:**

3. Admit that Applicant's trademark application (Serial No. 88/555,046) includes a bird with outspread wings.

**RESPONSE:**

4. Admit Applicant's trademark application (Serial No. 88/555,046) includes a bird with outspread wings viewed from the side.

**RESPONSE:**

5. Admit Applicant's trademark application (Serial No. 88/555,046) includes a bird with outspread wings with the bird's head and beak facing to the left.

**RESPONSE:**

6. Admit Applicant's trademark application (Serial No. 88/555,046) includes a bird with outspread wings shown above the bird's body.

**RESPONSE:**

7. Admit Applicant's trademark application (Serial No. 88/555,046) includes a gannet, which is a type of seabird, with outspread wings.

**RESPONSE:**

8. Admit Opposer's Marks consist of the following drawings: (U.S. TM Reg. No. 3745498); (U.S. TM Registration No. 4022932); (U.S. TM Registration No. 3745497); (U.S. TM Registration No. 3855891); (U.S. TM Registration No. 4091084); (U.S. TM Registration No. 3588412); (U.S. TM Registration No. 4384092); (U.S. TM Registration No. 3592454).

**RESPONSE:**

9. Admit that Opposer's Marks include a bird design.

**RESPONSE:**

10. Admit that Opposer's Marks include a bird with outspread wings.

**RESPONSE:**

11. Admit that Opposer's Marks include a bird with outspread wings viewed from the side.

**RESPONSE:**

12. Admit that Opposer's Marks include a bird with outspread wings with the bird's head and beak facing to the left.

**RESPONSE:**

13. Admit that Opposer's Marks include a bird with outspread wings shown above the bird's body.

**RESPONSE:**

14. Admit that Applicant's Serial No. 88/555,046 includes "Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads

applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women and kids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T-shirts; Tee-shirts; Woven shirts" in the description of goods.

**RESPONSE:**

15. Admit that Opposer's Registration No. 4,091,084 includes "Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments" in the description of goods.

**RESPONSE:**

16. Admit that Opposer's Registration No. 4,022,932 includes "clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online web-sites" in the description of goods.

**RESPONSE:**

17. Admit that Opposer's Registration No. 3,745,498 includes "Clothing, namely, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear,[ halter tops,] hats, jackets, jeans,

knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website" in the description of goods.

**RESPONSE:**

18. Admit that Opposer's Registration No. 3,745,497 includes "Clothing, namely, [ blazers, ] blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, [ halter tops, ] hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website" in the description of goods.

**RESPONSE:**

19. Admit that Opposer's Registration No. 3,855,891 includes "Gloves; Headwear; Scarves" in the description of goods.

**RESPONSE:**

20. Admit that Opposer's Registration No. 3,588,412 includes On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags" in the description of goods.

**RESPONSE:**

21. Admit that Opposer's Registration No. 4,384,092 includes "retail clothing store services" in the description of goods.

**RESPONSE:**

22. Admit that Opposer's Registration No. 3,592,454 includes "On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail stores featuring personal care products, clothing, jewelry, and bags" in the description of goods.

**RESPONSE:**

Dated: December 13, 2021

Respectfully submitted,

/Susan M. Kayser/
Susan M. Kayser
Eric W. Lee
K&L GATES LLP
1601 K St. NW
Washington, DC 20006
susan.kayser@klgates.com
eric.lee@klgates.com

*Attorneys for Opposer*
*Abercrombie & Fitch Trading Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Opposer's First Set of Requests for Admission to Applicant has been served on Applicant, Srinivasa Rao Gubbala, on December 13, 2021, via email at lillian.khosravi.law@gmail.com, uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com.

/Eric W. Lee/
Eric W. Lee

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 3**

3/24/22, 5:23 PM Status Search SN 3,745,498

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2022-03-24 17:23:26 EDT
**Mark:**
**US Serial Number:** 78926248 **Application Filing Date:** Jul. 10, 2006
**US Registration Number:** 3745498 **Registration Date:** Feb. 02, 2010
**Register:** Principal
**Mark Type:** Trademark
**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active
The trademark application has been registered with the Office.
**Status:** The registration has been renewed.
**Status Date:** Mar. 25, 2020
**Publication Date:** Jul. 31, 2007 **Notice of Allowance Date:** Nov. 04, 2008

### Mark Information

**Mark Literal Elements:** None
**Standard Character Claim:** No
**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed.
**Color(s) Claimed:** Color is not claimed as a feature of the mark.
**Design Search Code(s):** 03.15.02 - Vultures; Hawks; Falcons; Condors
03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats
26.11.21 - Rectangles that are completely or partially shaded

### Goods and Services

Note:
The following symbols indicate that theÂ registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Clothing, namely, [blazers, ] blouses, boxer shorts, camisoles, caps, coats, dresses, footwear,[ halter tops,] hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website
**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039
**Class Status:** ACTIVE
**Basis:** 1(a)
**First Use:** Oct. 2003 **Use in Commerce:** Oct. 2003

### Basis Information (Case Level)

1
https://tsdr.uspto.gov/#caseNumber=3,745,498&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 1/3

3/24/22, 5:23 PM Status Search SN 3,745,498

**Filed Use:** No **Currently Use:** Yes
**Filed ITU:** Yes **Currently ITU:** No
**Filed 44D:** No **Currently 44E:** No
**Filed 44E:** No **Currently 66A:** No
**Filed 66A:** No **Currently No Basis:** No
**Filed No Basis:** No

### Current Owner(s) Information

**Owner Name:** Abercrombie & Fitch Trading Co.
**Owner Address:** 6301 Fitch Path
Attn: Jacob Kramer
New Albany, OHIO UNITED STATES 43054
**Legal Entity Type:** CORPORATION **State or Country Where Organized:** OHIO

### Attorney/Correspondence Information

**Attorney of Record**
**Attorney Name:** LINDSAY YEAKEL CAPPS
**Attorney Primary Email Address:** ipdocketingwest@anfcorp.com **Attorney Email Authorized:** Yes
**Correspondent**
**Correspondent Name/Address:** LINDSAY YEAKEL CAPPS
Attn: Lindsay Yeakel Capps
6301 Fitch Path
New Albany, OHIO UNITED STATES 43054
**Phone:** 6147654303 **Fax:** 6142838260
**Correspondent e-mail:** ipdocketingwest@anfcorp.com **Correspondent e-mail Authorized:** Yes
**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 25, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 25, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 77315 |
| Mar. 25, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 77315 |
| Mar. 25, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 77315 |
| Jan. 29, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| Feb. 02, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Apr. 04, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Apr. 04, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 66607 |
| Mar. 29, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Jan. 28, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Jan. 28, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 02, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 29, 2009 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 77075 |
| Dec. 29, 2009 | ASSIGNED TO LIE | 77075 |
| Dec. 17, 2009 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Nov. 27, 2009 | STATEMENT OF USE PROCESSING COMPLETE | 70565 |
| Nov. 04, 2009 | USE AMENDMENT FILED | 70565 |

2
https://tsdr.uspto.gov/#caseNumber=3,745,498&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 2/3

3/24/22, 5:23 PM Status Search SN 3,745,498

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2009 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70565 |
| Nov. 04, 2009 | TEAS STATEMENT OF USE RECEIVED | |
| Jul. 06, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 28, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 08, 2009 | EXTENSION 1 GRANTED | 98765 |
| Apr. 08, 2009 | EXTENSION 1 FILED | 98765 |
| Apr. 08, 2009 | TEAS EXTENSION RECEIVED | |
| Nov. 04, 2008 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 25, 2008 | TTAB RELEASE CASE TO TRADEMARKS | 180970 |
| Sep. 25, 2008 | OPPOSITION TERMINATED NO. 999999 | 180970 |
| Sep. 25, 2008 | OPPOSITION DISMISSED NO. 999999 | 180970 |
| Nov. 28, 2007 | OPPOSITION INSTITUTED NO. 999999 | 180970 |
| Aug. 29, 2007 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jul. 31, 2007 | PUBLISHED FOR OPPOSITION | |
| Jul. 11, 2007 | NOTICE OF PUBLICATION | |
| Jun. 23, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77978 |
| Jun. 21, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 21, 2007 | EXAMINER'S AMENDMENT ENTERED | 77978 |
| Jun. 19, 2007 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 19, 2007 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 19, 2007 | EXAMINERS AMENDMENT -WRITTEN | 76502 |
| Jun. 13, 2007 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jun. 11, 2007 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 61844 |
| Apr. 25, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77978 |
| Apr. 19, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 19, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77978 |
| Apr. 19, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77978 |
| Apr. 19, 2007 | ASSIGNED TO LIE | 77978 |
| Mar. 16, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 08, 2006 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 08, 2006 | NON-FINAL ACTION WRITTEN | 76502 |
| Dec. 07, 2006 | ASSIGNED TO EXAMINER | 76502 |
| Jul. 15, 2006 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Jul. 14, 2006 | NEW APPLICATION ENTERED IN TRAM | |

### TM Staff and Location Information

**TM Staff Information - None**
**File Location**
**Current Location:** GENERIC WEB UPDATE **Date in Location:** Mar. 25, 2020

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

3
https://tsdr.uspto.gov/#caseNumber=3,745,498&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 3/3

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 4**

3/24/22, 5:18 PM Status Search SN 4,022,932

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2022-03-24 17:17:51 EDT
**Mark:**
**US Serial Number:** 76979139 **Application Filing Date:** May 16, 2003
**US Registration Number:** 4022932 **Registration Date:** Sep. 06, 2011
**Register:** Principal
**Mark Type:** Trademark
**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active
The trademark application has been registered with the Office.
**Status:** The registration has been renewed.
**Status Date:** Sep. 20, 2021
**Publication Date:** Apr. 13, 2010 **Notice of Allowance Date:** Jun. 08, 2010

### Mark Information

**Mark Literal Elements:** None
**Standard Character Claim:** No
**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of a bird design silhouette.
**Design Search Code(s):** 03.15.09 - Seabirds; Pelicans; Gulls
03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats

### Related Properties Information

**Claimed Ownership of US Registrations:** 1448593
**Child Of:** 76516815

### Goods and Services

Note:
The following symbols indicate that theÂ registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online web-sites
**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039
**Class Status:** ACTIVE
**Basis:** 1(a)

1
https://tsdr.uspto.gov/#caseNumber=4,022,932&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 1/4

3/24/22, 5:18 PM Status Search SN 4,022,932

**First Use:** Aug. 08, 2003 **Use in Commerce:** Aug. 08, 2003

### Basis Information (Case Level)

**Filed Use:** No **Currently Use:** Yes
**Filed ITU:** Yes **Currently ITU:** No
**Filed 44D:** No **Currently 44E:** No
**Filed 44E:** No **Currently 66A:** No
**Filed 66A:** No **Currently No Basis:** No
**Filed No Basis:** No

### Current Owner(s) Information

**Owner Name:** ABERCROMBIE & FITCH TRADING CO.
**Owner Address:** Attn: Lindsay Capps
6301 Fitch Path
NEW ALBANY, OHIO UNITED STATES 43054
**Legal Entity Type:** CORPORATION **State or Country Where Organized:** OHIO

### Attorney/Correspondence Information

**Attorney of Record**
**Attorney Name:** Lindsay Capps
**Attorney Primary Email Address:** ipdocketingwest@anfcorp.com **Attorney Email Authorized:** Yes
**Correspondent**
**Correspondent Name/Address:** Lindsay Capps
6301 Fitch Path
Abercrombie & Fitch Attn: Lindsay Capps
New Albany, OHIO UNITED STATES 43054
**Phone:** 6147654303
**Correspondent e-mail:** ipdocketingwest@anfcorp.com **Correspondent e-mail Authorized:** Yes
**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 20, 2021 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Sep. 20, 2021 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 30006 |
| Sep. 20, 2021 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 30006 |
| Sep. 17, 2021 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Sep. 15, 2021 | OFFICE ACTION ISSUED POU1 | 30006 |
| Sep. 15, 2021 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 30006 |
| Aug. 31, 2021 | TEAS SECTION 8 & 9 RECEIVED | |
| Sep. 06, 2020 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Apr. 28, 2017 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Apr. 28, 2017 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 69615 |
| Apr. 27, 2017 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 69615 |
| Mar. 08, 2017 | TEAS SECTION 8 & 15 RECEIVED | |
| Mar. 08, 2017 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |

2
https://tsdr.uspto.gov/#caseNumber=4,022,932&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 2/4

3/24/22, 5:18 PM Status Search SN 4,022,932

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 13, 2014 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Sep. 06, 2011 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 30, 2011 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 29, 2011 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 68123 |
| Jul. 29, 2011 | ASSIGNED TO LIE | 68123 |
| Jul. 15, 2011 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jul. 14, 2011 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Jul. 13, 2011 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jul. 13, 2011 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Jul. 13, 2011 | ATTORNEY REVIEW COMPLETED | 72508 |
| Jul. 12, 2011 | NOTICE OF DIVIDED TRADEMARK APPLICATION MAILED | |
| Jul. 07, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 07, 2011 | NON-FINAL ACTION E-MAILED | |
| Jul. 07, 2011 | SU - NON-FINAL ACTION - WRITTEN | 72508 |
| Jul. 06, 2011 | DIVISIONAL PROCESSING COMPLETE | |
| Jun. 29, 2011 | DIVISIONAL REQUEST RECEIVED | |
| Jun. 29, 2011 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jul. 05, 2011 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | |
| Jul. 05, 2011 | NON-FINAL ACTION E-MAILED | |
| Jul. 05, 2011 | SU - NON-FINAL ACTION - WRITTEN | 72508 |
| Jul. 05, 2011 | STATEMENT OF USE PROCESSING COMPLETE | 69302 |
| Jun. 29, 2011 | USE AMENDMENT FILED | 69302 |
| Jun. 29, 2011 | TEAS STATEMENT OF USE RECEIVED | |
| Jun. 10, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 09, 2011 | EXTENSION 2 GRANTED | 69302 |
| Jun. 08, 2011 | EXTENSION 2 FILED | 69302 |
| Jun. 08, 2011 | TEAS EXTENSION RECEIVED | |
| Jan. 07, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 06, 2011 | EXTENSION 1 GRANTED | 69302 |
| Dec. 08, 2010 | EXTENSION 1 FILED | 69302 |
| Jan. 06, 2011 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 69302 |
| Dec. 08, 2010 | TEAS EXTENSION RECEIVED | |
| Jun. 08, 2010 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 13, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 13, 2010 | PUBLISHED FOR OPPOSITION | |
| Mar. 10, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76984 |
| Mar. 07, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 05, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 05, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 05, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 22, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 22, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 22, 2009 | NON-FINAL ACTION WRITTEN | 72508 |
| Oct. 22, 2009 | SUSPENSION CHECKED – TO ATTORNEY FOR ACTION | 76984 |
| Jul. 06, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 28, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

3
https://tsdr.uspto.gov/#caseNumber=4,022,932&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 3/4

3/24/22, 5:18 PM Status Search SN 4,022,932

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 22, 2009 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Apr. 22, 2009 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Apr. 22, 2009 | SUSPENSION LETTER WRITTEN | 72508 |
| Apr. 02, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 01, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 01, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 01, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 01, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 01, 2008 | NON-FINAL ACTION WRITTEN | 72508 |
| Sep. 09, 2008 | SUSPENSION CHECKED – TO ATTORNEY FOR ACTION | 76984 |
| Mar. 07, 2008 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 76984 |
| Mar. 07, 2008 | ASSIGNED TO LIE | 76984 |
| Sep. 07, 2007 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Mar. 07, 2007 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Sep. 07, 2006 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Jun. 21, 2006 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Mar. 07, 2006 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Feb. 02, 2006 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 02, 2006 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 27, 2006 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 07, 2005 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Feb. 28, 2005 | LETTER OF SUSPENSION MAILED | |
| Feb. 24, 2005 | SUSPENSION LETTER WRITTEN | 72508 |
| Feb. 04, 2005 | AMENDMENT FROM APPLICANT ENTERED | 68658 |
| Jan. 10, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68658 |
| Jan. 10, 2005 | PAPER RECEIVED | |
| Dec. 19, 2004 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 06, 2004 | NON-FINAL ACTION MAILED | |
| May 03, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 03, 2004 | PAPER RECEIVED | |
| Oct. 29, 2003 | NON-FINAL ACTION MAILED | |
| Oct. 28, 2003 | ASSIGNED TO EXAMINER | 72508 |

### TM Staff and Location Information

**TM Staff Information - None**
**File Location**
**Current Location:** GENERIC WEB UPDATE **Date in Location:** Sep. 20, 2021

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

4
https://tsdr.uspto.gov/#caseNumber=4,022,932&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 4/4

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 5**

3/24/22, 5:17 PM Status Search SN 3,745,497

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2022-03-24 17:16:02 EDT
**Mark:**
**US Serial Number:** 78926190 **Application Filing Date:** Jul. 10, 2006
**US Registration Number:** 3745497 **Registration Date:** Feb. 02, 2010
**Register:** Principal
**Mark Type:** Trademark
**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active
The trademark application has been registered with the Office.
**Status:** The registration has been renewed.
**Status Date:** Apr. 06, 2020
**Publication Date:** Jul. 31, 2007 **Notice of Allowance Date:** Nov. 04, 2008

### Mark Information

**Mark Literal Elements:** None
**Standard Character Claim:** No
**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of a design appearing in the color proprietary burgundy-red outlined in a shade of white.
**Color Drawing:** Yes
**Color(s) Claimed:** The color(s) proprietary burgundy-red and a shade of white is/are claimed as a feature of the mark.
**Design Search Code(s):** 03.15.19 - Birds or bats in flight or with outspread wings
03.15.25 - Robins; Ravens; Cardinals; Other birds; Doves; Crows; Woodpeckers; Pigeons

### Goods and Services

Note:
The following symbols indicate that theÂ registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Clothing, namely, [ blazers, ] blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, [ halter tops, ] hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website
**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039
**Class Status:** ACTIVE
**Basis:** 1(a)
**First Use:** Oct. 2003 **Use in Commerce:** Oct. 2003

### Basis Information (Case Level)

**Filed Use:** No **Currently Use:** Yes

1
https://tsdr.uspto.gov/#caseNumber=3,745,497&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 1/3

3/24/22, 5:17 PM Status Search SN 3,745,497

**Filed ITU:** Yes **Currently ITU:** No
**Filed 44D:** No **Currently 44E:** No
**Filed 44E:** No **Currently 66A:** No
**Filed 66A:** No **Currently No Basis:** No
**Filed No Basis:** No

### Current Owner(s) Information

**Owner Name:** Abercrombie & Fitch Trading Co.
**Owner Address:** Attn: Lindsay Yeakel Capps
6301 Fitch Path
New Albany, OHIO UNITED STATES 43054
**Legal Entity Type:** CORPORATION **State or Country Where Organized:** OHIO

### Attorney/Correspondence Information

**Attorney of Record**
**Attorney Name:** LINDSAY YEAKEL CAPPS
**Attorney Primary Email Address:** ipdocketingwest@anfcorp.com **Attorney Email Authorized:** Yes
**Correspondent**
**Correspondent Name/Address:** LINDSAY YEAKEL CAPPS
6301 FITCH PATH
Attn: Lindsay Yeakel Capps
NEW ALBANY, OHIO UNITED STATES 43054
**Phone:** 6147654303 **Fax:** 6142838260
**Correspondent e-mail:** ipdocketingwest@anfcorp.com **Correspondent e-mail Authorized:** Yes
**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 06, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 06, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 74704 |
| Apr. 06, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 74704 |
| Apr. 03, 2020 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Feb. 25, 2020 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 74704 |
| Feb. 24, 2020 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 74704 |
| Jan. 29, 2020 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 30, 2020 | NOTICE OF SUIT | |
| Jun. 27, 2019 | NOTICE OF SUIT | |
| Feb. 02, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Apr. 04, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Apr. 04, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 66607 |
| Mar. 29, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 66607 |
| Jan. 28, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Jan. 28, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Feb. 02, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 29, 2009 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 76984 |
| Dec. 29, 2009 | ASSIGNED TO LIE | 76984 |
| Dec. 17, 2009 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |

2
https://tsdr.uspto.gov/#caseNumber=3,745,497&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 2/3

3/24/22, 5:17 PM Status Search SN 3,745,497

| Date | Description | Proceeding Number |
|---|---|---|
| Nov. 27, 2009 | STATEMENT OF USE PROCESSING COMPLETE | 70565 |
| Nov. 04, 2009 | USE AMENDMENT FILED | 70565 |
| Nov. 27, 2009 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70565 |
| Nov. 04, 2009 | TEAS STATEMENT OF USE RECEIVED | |
| Jul. 06, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 28, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 08, 2009 | EXTENSION 1 GRANTED | 98765 |
| Apr. 08, 2009 | EXTENSION 1 FILED | 98765 |
| Apr. 08, 2009 | TEAS EXTENSION RECEIVED | |
| Nov. 04, 2008 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Sep. 25, 2008 | TTAB RELEASE CASE TO TRADEMARKS | 180970 |
| Sep. 25, 2008 | OPPOSITION TERMINATED NO. 999999 | 180970 |
| Sep. 25, 2008 | OPPOSITION DISMISSED NO. 999999 | 180970 |
| Nov. 28, 2007 | OPPOSITION INSTITUTED NO. 999999 | 180970 |
| Aug. 29, 2007 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jul. 31, 2007 | PUBLISHED FOR OPPOSITION | |
| Jul. 11, 2007 | NOTICE OF PUBLICATION | |
| Jun. 23, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77978 |
| Jun. 21, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 21, 2007 | EXAMINER'S AMENDMENT ENTERED | 77978 |
| Jun. 19, 2007 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 19, 2007 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Jun. 19, 2007 | EXAMINERS AMENDMENT -WRITTEN | 76502 |
| Jun. 13, 2007 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Jun. 11, 2007 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 61844 |
| Apr. 25, 2007 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 77978 |
| Apr. 19, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 19, 2007 | TEAS/EMAIL CORRESPONDENCE ENTERED | 77978 |
| Apr. 19, 2007 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 77978 |
| Apr. 19, 2007 | ASSIGNED TO LIE | 77978 |
| Mar. 16, 2007 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 08, 2006 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 08, 2006 | NON-FINAL ACTION WRITTEN | 76502 |
| Dec. 07, 2006 | ASSIGNED TO EXAMINER | 76502 |
| Jul. 15, 2006 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Jul. 14, 2006 | NEW APPLICATION ENTERED IN TRAM | |

### TM Staff and Location Information

**TM Staff Information - None**
**File Location**
**Current Location:** GENERIC WEB UPDATE **Date in Location:** Apr. 06, 2020

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

3
https://tsdr.uspto.gov/#caseNumber=3,745,497&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 3/3

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 6**

3/24/22, 5:19 PM Status Search SN 3,855,891

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2022-03-24 17:18:49 EDT
**Mark:**
**US Serial Number:** 77865065 **Application Filing Date:** Nov. 04, 2009
**US Registration Number:** 3855891 **Registration Date:** Oct. 05, 2010
**Filed as TEAS Plus:** Yes **Currently TEAS Plus:** Yes
**Register:** Principal
**Mark Type:** Trademark
**TM5 Common Status Descriptor:** LIVE/REGISTRATION/Issued and Active
The trademark application has been registered with the Office.
**Status:** The registration has been renewed.
**Status Date:** Jan. 18, 2020
**Publication Date:** Jul. 20, 2010

### Mark Information

**Mark Literal Elements:** None
**Standard Character Claim:** No
**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of a bird design silhouette.
**Color(s) Claimed:** Color is not claimed as a feature of the mark.
**Design Search Code(s):** 03.15.19 - Birds or bats in flight or with outspread wings
03.15.25 - Robins; Ravens; Cardinals; Other birds; Doves; Crows; Woodpeckers; Pigeons

### Related Properties Information

**Claimed Ownership of US Registrations:** 3426742, 3571820

### Goods and Services

Note:
The following symbols indicate that theÂ registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Gloves; Headwear; [Mittens;] Scarves

1
https://tsdr.uspto.gov/#caseNumber=3,855,891&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 1/3

3/24/22, 5:19 PM Status Search SN 3,855,891

**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039
**Class Status:** ACTIVE
**Basis:** 1(a)
**First Use:** Oct. 2005 **Use in Commerce:** Oct. 2005

### Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes
**Filed ITU:** No **Currently ITU:** No
**Filed 44D:** No **Currently 44E:** No
**Filed 44E:** No **Currently 66A:** No
**Filed 66A:** No **Currently No Basis:** No
**Filed No Basis:** No

### Current Owner(s) Information

**Owner Name:** Abercrombie & Fitch Trading Co.
**Owner Address:** Attn: LINDSAY YEAKEL CAPPS
6301 Fitch Path
New Albany, OHIO UNITED STATES 43054
**Legal Entity Type:** CORPORATION **State or Country Where Organized:** OHIO

### Attorney/Correspondence Information

**Attorney of Record**
**Attorney Name:** Lindsay Capps
**Attorney Primary Email Address:** ipdocketingwest@anfcorp.com **Attorney Email Authorized:** Yes
**Correspondent**
**Correspondent Name/Address:** Abercrombie & Fitch Trading Co.
6301 FITCH PATH
Attn: Lindsay Capps
NEW ALBANY, OHIO UNITED STATES 43054
**Phone:** 614-765-4303 **Fax:** 614-283-8260
**Correspondent e-mail:** ipdocketingwest@anfcorp.com **Correspondent e-mail Authorized:** Yes
**Domestic Representative**
**Domestic Representative Name:** Lindsay Capps **Phone:** 614-765-4303
**Fax:** 614-283-8260
**Domestic Representative e-mail:** ipdockeingwest@anfcorp.com **Domestic Representative e-mail Authorized:** No

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jan. 18, 2020 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Jan. 18, 2020 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 67723 |
| Jan. 18, 2020 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 67723 |
| Jan. 08, 2020 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |

2
https://tsdr.uspto.gov/#caseNumber=3,855,891&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 2/3







3/24/22, 5:19 PM Status Search SN 3,855,891

| | | |
|---|---|---|
| Jan. 07, 2020 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jan. 07, 2020 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Dec. 13, 2019 | POST REGISTRATION ACTION MAILED - SEC. 8 & 9 | 67723 |
| Dec. 13, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 67723 |
| Oct. 30, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 30, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Oct. 05, 2019 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Oct. 07, 2016 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Oct. 07, 2016 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| Oct. 07, 2016 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| Aug. 03, 2016 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 03, 2016 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Oct. 05, 2015 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 13, 2014 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Oct. 05, 2010 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 20, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 20, 2010 | PUBLISHED FOR OPPOSITION | |
| Jun. 12, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Jun. 10, 2010 | ASSIGNED TO LIE | 70468 |
| May 26, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 11, 2010 | ASSIGNED TO EXAMINER | 85329 |
| Apr. 13, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 12, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 12, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Dec. 08, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 08, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Dec. 08, 2009 | NON-FINAL ACTION WRITTEN | 75589 |
| Dec. 07, 2009 | ASSIGNED TO EXAMINER | 75589 |
| Nov. 10, 2009 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Nov. 09, 2009 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Nov. 07, 2009 | NEW APPLICATION ENTERED IN TRAM | |

**TM Staff and Location Information**

TM Staff Information - None

File Location

Current Location: GENERIC WEB UPDATE Date in Location: Jan. 18, 2020

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

Privacy - Terms

3

https://tsdr.uspto.gov/#caseNumber=3,855,891&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 3/3

---

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 7**

---

3/24/22, 5:19 PM Status Search SN 4,091,084

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS DOCUMENTS MAINTENANCE Back to Search Print

Generated on: This page was generated by TSDR on 2022-03-24 17:19:38 EDT

Mark:

US Serial Number: 85359504 Application Filing Date: Jun. 29, 2011

US Registration Number: 4091084 Registration Date: Jan. 24, 2012

Filed as TEAS Plus: Yes Currently TEAS Plus: Yes

Register: Principal

Mark Type: Trademark

TM5 Common Status Descriptor: LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: The registration has been renewed.

Status Date: Mar. 04, 2022

Publication Date: Nov. 08, 2011

**Mark Information**

Mark Literal Elements: None

Standard Character Claim: No

Mark Drawing Type: 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of a bird design silhouette.

Color(s) Claimed: Color is not claimed as a feature of the mark.

Design Search Code(s): 03.15.19 - Birds or bats in flight or with outspread wings
03.15.25 - Robins; Ravens; Cardinals; Other birds; Doves; Crows; Woodpeckers; Pigeons

**Related Properties Information**

Claimed Ownership of US Registrations: 3745497, 3745498, 3855891 and others

**Goods and Services**

Note:
The following symbols indicate that theÂ registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments

International Class(es): 025 - Primary Class U.S Class(es): 022, 039

Class Status: ACTIVE

Privacy - Terms

1

https://tsdr.uspto.gov/#caseNumber=4,091,084&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 1/3

---

3/24/22, 5:19 PM Status Search SN 4,091,084

Basis: 1(a)

First Use: Aug. 08, 2003 Use in Commerce: Aug. 08, 2003

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

**Current Owner(s) Information**

Owner Name: Abercrombie & Fitch Trading Co.

Owner Address: Attn: Lindsay Yeakel Capps
6301 Fitch Path
New Albany, OHIO UNITED STATES 43054

Legal Entity Type: CORPORATION State or Country Where Organized: OHIO

**Attorney/Correspondence Information**

Attorney of Record

Attorney Name: Lindsay Capp

Attorney Primary Email Address: ipdocketingwest@anfcorp.com Attorney Email Authorized: Yes

Correspondent

Correspondent Name/Address: Lindsay Capp
6301 FITCH PATH
Abercrombie & Fitch Attn: Lindsay Capps
NEW ALBANY, OHIO UNITED STATES 43054

Phone: 6147654303

Correspondent e-mail: ipdocketingwest@anfcorp.com Correspondent e-mail Authorized: Yes

Domestic Representative - Not Found

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 04, 2022 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Mar. 04, 2022 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 30049 |
| Mar. 04, 2022 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 30049 |
| Feb. 09, 2022 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Jan. 26, 2022 | OFFICE ACTION ISSUED POU1 | 30049 |
| Jan. 25, 2022 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 30049 |
| Jan. 06, 2022 | TEAS SECTION 8 & 9 RECEIVED | |
| Jan. 24, 2021 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Jun. 29, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Jun. 29, 2018 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 72156 |
| Jun. 25, 2018 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |

Privacy - Terms

2

https://tsdr.uspto.gov/#caseNumber=4,091,084&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 2/3

---

3/24/22, 5:19 PM Status Search SN 4,091,084

| | | |
|---|---|---|
| Jan. 31, 2018 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | 72156 |
| Jan. 24, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 72156 |
| Jan. 19, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jan. 19, 2018 | TEAS SECTION 8 & 15 RECEIVED | |
| Jan. 24, 2017 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 13, 2014 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Jan. 24, 2012 | REGISTERED-PRINCIPAL REGISTER | |
| Nov. 08, 2011 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Nov. 08, 2011 | PUBLISHED FOR OPPOSITION | |
| Sep. 28, 2011 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Sep. 28, 2011 | ASSIGNED TO EXAMINER | 69222 |
| Jul. 08, 2011 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Jul. 07, 2011 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 02, 2011 | NEW APPLICATION ENTERED IN TRAM | |

**TM Staff and Location Information**

TM Staff Information - None

File Location

Current Location: GENERIC WEB UPDATE Date in Location: Mar. 04, 2022

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

Privacy - Terms

3

https://tsdr.uspto.gov/#caseNumber=4,091,084&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 3/3

---

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 8**

---

3/24/22, 5:20 PM Status Search SN 3,588,412

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS DOCUMENTS MAINTENANCE Back to Search Print

Generated on: This page was generated by TSDR on 2022-03-24 17:20:16 EDT

Mark:

US Serial Number: 77331592 Application Filing Date: Nov. 16, 2007

US Registration Number: 3588412 Registration Date: Mar. 10, 2009

Filed as TEAS Plus: Yes Currently TEAS Plus: Yes

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor: LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: The registration has been renewed.

Status Date: Apr. 05, 2019

Publication Date: Mar. 04, 2008 Notice of Allowance Date: May 27, 2008

**Mark Information**

Mark Literal Elements: None

Standard Character Claim: No

Mark Drawing Type: 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

Color(s) Claimed: Color is not claimed as a feature of the mark.

Design Search Code(s): 03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats
03.15.25 - Cardinals; Pigeons; Other birds; Doves; Crows; Robins; Woodpeckers; Ravens

**Related Properties Information**

Claimed Ownership of US Registrations: 3337365

**Goods and Services**

Note:
The following symbols indicate that theÂ registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags

International Class(es): 035 - Primary Class U.S Class(es): 100, 101, 102

Class Status: ACTIVE

Privacy - Terms

1

https://tsdr.uspto.gov/#caseNumber=3,588,412&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 1/3

---

3/24/22, 5:20 PM Status Search SN 3,588,412

Basis: 1(a)

First Use: Oct. 12, 2006 Use in Commerce: Oct. 12, 2006

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

**Current Owner(s) Information**

Owner Name: Abercrombie & Fitch Trading Co.

Owner Address: ATTN: LINDSAY YEAKEL CAPPS
6301 Fitch Path
New Albany, OHIO UNITED STATES 43054

Legal Entity Type: CORPORATION State or Country Where Organized: OHIO

**Attorney/Correspondence Information**

Attorney of Record - None

Correspondent

Correspondent Name/Address: Abercrombie & Fitch Trading Co.
ATTN: LINDSAY YEAKEL CAPPS
6301 Fitch Path
New Albany, OHIO UNITED STATES 43054

Phone: 614-765-4303 Fax: 614-283-8260

Correspondent e-mail: ipdocketingwest@anfcorp.com Correspondent e-mail Authorized: Yes

Domestic Representative - Not Found

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 05, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 05, 2019 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 70833 |
| Apr. 05, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 70833 |
| Apr. 05, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70833 |
| Mar. 05, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 05, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 10, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 30, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 30, 2015 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| Sep. 30, 2015 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Apr. 06, 2015 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | 70132 |
| Mar. 20, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| Mar. 06, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |

Privacy - Terms

2

https://tsdr.uspto.gov/#caseNumber=3,588,412&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 2/3

---

3/24/22, 5:20 PM Status Search SN 3,588,412

| | | |
|---|---|---|
| Mar. 06, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 06, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 28, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 10, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 05, 2009 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 77075 |
| Feb. 05, 2009 | ASSIGNED TO LIE | 77075 |
| Feb. 04, 2009 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Jan. 23, 2009 | STATEMENT OF USE PROCESSING COMPLETE | 70565 |
| Jan. 07, 2009 | USE AMENDMENT FILED | 70565 |
| Jan. 23, 2009 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70565 |
| Jan. 07, 2009 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 25, 2008 | EXTENSION 1 GRANTED | 98765 |
| Nov. 25, 2008 | EXTENSION 1 FILED | 98765 |
| Nov. 25, 2008 | TEAS EXTENSION RECEIVED | |
| May 27, 2008 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 04, 2008 | PUBLISHED FOR OPPOSITION | |
| Feb. 13, 2008 | NOTICE OF PUBLICATION | |
| Jan. 25, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 71373 |
| Jan. 25, 2008 | ASSIGNED TO LIE | 71373 |
| Dec. 12, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 12, 2007 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 12, 2007 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 12, 2007 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 12, 2007 | EXAMINERS AMENDMENT -WRITTEN | 78373 |
| Dec. 10, 2007 | ASSIGNED TO EXAMINER | 78373 |
| Nov. 21, 2007 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Nov. 20, 2007 | NEW APPLICATION ENTERED IN TRAM | |

**TM Staff and Location Information**

TM Staff Information - None

File Location

Current Location: GENERIC WEB UPDATE Date in Location: Apr. 05, 2019

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

Privacy - Terms

3

https://tsdr.uspto.gov/#caseNumber=3,588,412&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 3/3

---

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 9**

---

3/24/22, 5:21 PM Status Search SN 4,384,092

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS DOCUMENTS MAINTENANCE Back to Search Print

Generated on: This page was generated by TSDR on 2022-03-24 17:21:04 EDT

Mark:

US Serial Number: 76516815 Application Filing Date: May 16, 2003

US Registration Number: 4384092 Registration Date: Aug. 13, 2013

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor: LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: A Sections 8 and 15 combined declaration has been accepted and acknowledged.

Status Date: Sep. 01, 2018

Publication Date: Apr. 13, 2010 Notice of Allowance Date: Jun. 08, 2010

**Mark Information**

Mark Literal Elements: None

Standard Character Claim: No

Mark Drawing Type: 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of a bird design silhouette.

Color(s) Claimed: Color is not claimed as a feature of the mark.

Design Search Code(s): 03.15.09 - Seabirds; Pelicans; Gulls
03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats

**Related Properties Information**

Claimed Ownership of US Registrations: 1448593

Parent Of: 76979139

**Goods and Services**

Note:
The following symbols indicate that theÂ registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: retail clothing store services

International Class(es): 035 - Primary Class U.S Class(es): 100, 101, 102

Privacy - Terms

1

https://tsdr.uspto.gov/#caseNumber=4,384,092&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 1/4

---

3/24/22, 5:21 PM Status Search SN 4,384,092

Class Status: ACTIVE

Basis: 1(a)

First Use: Feb. 2006 Use in Commerce: Feb. 2006

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

**Current Owner(s) Information**

Owner Name: ABERCROMBIE & FITCH TRADING CO.

Owner Address: 6301 FITCH PATH
Attn: Jacob Kramer, Senior Legal Counsel
NEW ALBANY, OHIO UNITED STATES 43054

Legal Entity Type: CORPORATION State or Country Where Organized: OHIO

**Attorney/Correspondence Information**

Attorney of Record - None

Correspondent

Correspondent Name/Address: ABERCROMBIE & FITCH TRADING CO.
6301 FITCH PATH
ATTN: LINDSAY YEAKEL CAPPS
NEW ALBANY, OHIO UNITED STATES 43054

Phone: 614-765-4303 Fax: 614-283-8940

Correspondent e-mail: ipdocketingwest@anfcorp.com Correspondent e-mail Authorized: Yes

Domestic Representative - Not Found

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 01, 2018 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 01, 2018 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 76293 |
| Sep. 01, 2018 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 76293 |
| Aug. 23, 2018 | TEAS SECTION 8 & 15 RECEIVED | |
| Aug. 23, 2018 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Aug. 13, 2018 | COURTESY REMINDER - SEC. 8 (6-YR) E-MAILED | |
| Aug. 13, 2014 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Aug. 13, 2013 | REGISTERED-PRINCIPAL REGISTER | |
| Jul. 12, 2013 | NOTICE OF ACCEPTANCE OF STATEMENT OF USE E-MAILED | |
| Jul. 11, 2013 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 74221 |
| Jul. 11, 2013 | ASSIGNED TO LIE | 74221 |
| Jun. 20, 2013 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |

Privacy - Terms

2

https://tsdr.uspto.gov/#caseNumber=4,384,092&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 2/4

---

3/24/22, 5:21 PM Status Search SN 4,384,092

| | | |
|---|---|---|
| Jun. 18, 2013 | STATEMENT OF USE PROCESSING COMPLETE | 69302 |
| Jun. 06, 2013 | USE AMENDMENT FILED | 69302 |
| Jun. 06, 2013 | TEAS STATEMENT OF USE RECEIVED | |
| Dec. 04, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Dec. 03, 2012 | EXTENSION 5 GRANTED | 69302 |
| Nov. 30, 2012 | EXTENSION 5 FILED | 69302 |
| Nov. 30, 2012 | TEAS EXTENSION RECEIVED | |
| Jul. 13, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jul. 12, 2012 | EXTENSION 4 GRANTED | 69302 |
| Jun. 08, 2012 | EXTENSION 4 FILED | 69302 |
| Jun. 08, 2012 | TEAS EXTENSION RECEIVED | |
| Jun. 07, 2012 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 06, 2012 | EXTENSION 3 GRANTED | 69302 |
| Dec. 07, 2011 | EXTENSION 3 FILED | 69302 |
| Jan. 04, 2012 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88889 |
| Jan. 04, 2012 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Jan. 04, 2012 | UNRESPONSIVE/DUPLICATE PAPER RECEIVED | |
| Dec. 07, 2011 | TEAS EXTENSION RECEIVED | |
| Jul. 07, 2011 | CORRECTED NOA E-MAILED | |
| Jul. 06, 2011 | DIVISIONAL PROCESSING COMPLETE | |
| Jun. 29, 2012 | DIVISIONAL REQUEST RECEIVED | |
| Jun. 29, 2011 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Jun. 10, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jun. 09, 2011 | EXTENSION 2 GRANTED | 69302 |
| Jun. 08, 2011 | EXTENSION 2 FILED | 69302 |
| Jun. 08, 2011 | TEAS EXTENSION RECEIVED | |
| Jan. 07, 2011 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jan. 06, 2011 | EXTENSION 1 GRANTED | 69302 |
| Dec. 08, 2010 | EXTENSION 1 FILED | 69302 |
| Jan. 06, 2011 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 69302 |
| Dec. 08, 2010 | TEAS EXTENSION RECEIVED | |
| Jun. 08, 2010 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Apr. 13, 2010 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 13, 2010 | PUBLISHED FOR OPPOSITION | |
| Mar. 10, 2010 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76984 |
| Mar. 07, 2010 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 05, 2010 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Mar. 05, 2010 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Mar. 05, 2010 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 22, 2009 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 22, 2009 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 22, 2009 | NON-FINAL ACTION WRITTEN | 72508 |
| Oct. 22, 2009 | SUSPENSION CHECKED – TO ATTORNEY FOR ACTION | 76984 |
| Jul. 06, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |

Privacy - Terms

3

https://tsdr.uspto.gov/#caseNumber=4,384,092&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 3/4

---

3/24/22, 5:21 PM Status Search SN 4,384,092

| | | |
|---|---|---|
| May 28, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Apr. 22, 2009 | NOTIFICATION OF LETTER OF SUSPENSION E-MAILED | 6332 |
| Apr. 22, 2009 | LETTER OF SUSPENSION E-MAILED | 6332 |
| Apr. 22, 2009 | SUSPENSION LETTER WRITTEN | 72508 |
| Apr. 02, 2009 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 01, 2009 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 01, 2009 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Oct. 01, 2008 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 01, 2008 | NON-FINAL ACTION E-MAILED | 6325 |
| Oct. 01, 2008 | NON-FINAL ACTION WRITTEN | 72508 |
| Sep. 09, 2008 | SUSPENSION CHECKED – TO ATTORNEY FOR ACTION | 76984 |
| Mar. 07, 2008 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | 76984 |
| Mar. 07, 2008 | ASSIGNED TO LIE | 76984 |
| Sep. 07, 2007 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Mar. 07, 2007 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Sep. 07, 2006 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Jun. 21, 2006 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Mar. 07, 2006 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Feb. 02, 2006 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Feb. 02, 2006 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Jan. 27, 2006 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Sep. 07, 2005 | REPORT COMPLETED SUSPENSION CHECK CASE STILL SUSPENDED | |
| Feb. 28, 2005 | LETTER OF SUSPENSION MAILED | |
| Feb. 24, 2005 | SUSPENSION LETTER WRITTEN | 72508 |
| Feb. 04, 2005 | AMENDMENT FROM APPLICANT ENTERED | 68658 |
| Jan. 10, 2005 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68658 |
| Jan. 10, 2005 | PAPER RECEIVED | |
| Dec. 19, 2004 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Jul. 06, 2004 | NON-FINAL ACTION MAILED | |
| May 03, 2004 | CORRESPONDENCE RECEIVED IN LAW OFFICE | |
| May 03, 2004 | PAPER RECEIVED | |
| Oct. 29, 2003 | NON-FINAL ACTION MAILED | |
| Oct. 28, 2003 | ASSIGNED TO EXAMINER | 72508 |

**TM Staff and Location Information**

TM Staff Information - None

File Location

Current Location: TMO LAW OFFICE 115 Date in Location: Sep. 01, 2018

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

Privacy - Terms

4

https://tsdr.uspto.gov/#caseNumber=4,384,092&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 4/4

---

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 10**

---

3/24/22, 5:22 PM Status Search SN 3,592,454

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS DOCUMENTS MAINTENANCE Back to Search Print

Generated on: This page was generated by TSDR on 2022-03-24 17:21:58 EDT

Mark:

US Serial Number: 77331597 Application Filing Date: Nov. 16, 2007

US Registration Number: 3592454 Registration Date: Mar. 17, 2009

Filed as TEAS Plus: Yes Currently TEAS Plus: Yes

Register: Principal

Mark Type: Service Mark

TM5 Common Status Descriptor: LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

Status: The registration has been renewed.

Status Date: Apr. 07, 2019

Publication Date: Mar. 04, 2008 Notice of Allowance Date: May 27, 2008

**Mark Information**

Mark Literal Elements: None

Standard Character Claim: No

Mark Drawing Type: 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

Description of Mark: The mark consists of a bird design appearing in the color proprietary burgundy-red outlined in a shade of white.

Color Drawing: Yes

Color(s) Claimed: The color(s) proprietary burgundy-red and a shade of white is/are claimed as a feature of the mark.

Design Search Code(s): 03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats
03.15.25 - Cardinals; Pigeons; Other birds; Doves; Crows; Robins; Woodpeckers; Ravens

**Related Properties Information**

Claimed Ownership of US Registrations: 3337365

**Goods and Services**

Note:

Privacy - Terms

1

https://tsdr.uspto.gov/#caseNumber=3,592,454+&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 1/4









The following symbols indicate that theÂ registrant/owner has amended the goods/services:

- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail stores featuring personal care produc clothing, jewelry, and bags | | |
| International Class(es): | 035 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |
| First Use: | Oct. 12, 2006 | Use in Commerce: | Oct. 12, 2006 |

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | Yes |
| Filed ITU: | Yes | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

| | | | |
|---|---|---|---|
| Owner Name: | Abercrombie & Fitch Trading Co. | | |
| Owner Address: | 6301 Fitch Path<br>New Albany, OHIO UNITED STATES 43054 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | OHIO |

## Attorney/Correspondence Information

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | Jacob Kramer | | |
| Attorney Primary Email Address: | ipdocketingwest@abercrombie.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | Abercrombie & Fitch Trading Co.<br>6301 Fitch Path<br>ATTN: LINDSAY YEAKEL CAPPS<br>New Albany, OHIO UNITED STATES 43054 | | |
| Phone: | 614-765-4303 | Fax: | 614-283-8260 |
| Correspondent e-mail: | ipdocketingwest@anfcorp.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 07, 2019 | NOTICE OF ACCEPTANCE OF SEC. 8 & 9 - E-MAILED | |
| Apr. 07, 2019 | REGISTERED AND RENEWED (FIRST RENEWAL - 10 YRS) | 70132 |

Privacy - Terms

| | | |
|---|---|---|
| Apr. 07, 2019 | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED | 70132 |
| Apr. 07, 2019 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| Mar. 06, 2019 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 06, 2019 | TEAS SECTION 8 & 9 RECEIVED | |
| Mar. 17, 2018 | COURTESY REMINDER - SEC. 8 (10-YR)/SEC. 9 E-MAILED | |
| Sep. 30, 2015 | NOTICE OF ACCEPTANCE OF SEC. 8 & 15 - E-MAILED | |
| Sep. 30, 2015 | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. | 70132 |
| Sep. 30, 2015 | TEAS RESPONSE TO OFFICE ACTION-POST REG RECEIVED | |
| Apr. 20, 2015 | POST REGISTRATION ACTION MAILED - SEC. 8 & 15 | 70132 |
| Mar. 20, 2015 | CASE ASSIGNED TO POST REGISTRATION PARALEGAL | 70132 |
| Mar. 06, 2015 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Mar. 06, 2015 | TEAS SECTION 8 & 15 RECEIVED | |
| Jul. 06, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Jul. 06, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| May 28, 2009 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| May 28, 2009 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Mar. 17, 2009 | REGISTERED-PRINCIPAL REGISTER | |
| Feb. 10, 2009 | LAW OFFICE REGISTRATION REVIEW COMPLETED | 76243 |
| Feb. 10, 2009 | ASSIGNED TO LIE | 76243 |
| Feb. 09, 2009 | ALLOWED PRINCIPAL REGISTER - SOU ACCEPTED | |
| Feb. 09, 2009 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 09, 2009 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | |
| Feb. 09, 2009 | EXAMINERS AMENDMENT E-MAILED | |
| Feb. 09, 2009 | SU-EXAMINER'S AMENDMENT WRITTEN | 78373 |
| Jan. 23, 2009 | STATEMENT OF USE PROCESSING COMPLETE | 70565 |
| Jan. 07, 2009 | USE AMENDMENT FILED | 70565 |
| Jan. 23, 2009 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 70565 |
| Jan. 07, 2009 | TEAS STATEMENT OF USE RECEIVED | |
| Nov. 25, 2008 | EXTENSION 1 GRANTED | 98765 |
| Nov. 25, 2008 | EXTENSION 1 FILED | 98765 |
| Nov. 25, 2008 | TEAS EXTENSION RECEIVED | |
| May 27, 2008 | NOA MAILED - SOU REQUIRED FROM APPLICANT | |
| Mar. 04, 2008 | PUBLISHED FOR OPPOSITION | |
| Feb. 13, 2008 | NOTICE OF PUBLICATION | |
| Jan. 25, 2008 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 71373 |
| Jan. 25, 2008 | ASSIGNED TO LIE | 71373 |
| Dec. 12, 2007 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 12, 2007 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Dec. 12, 2007 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 12, 2007 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Dec. 12, 2007 | EXAMINERS AMENDMENT -WRITTEN | 78373 |
| Dec. 10, 2007 | ASSIGNED TO EXAMINER | 78373 |
| Nov. 21, 2007 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Nov. 20, 2007 | NEW APPLICATION ENTERED IN TRAM | |

Privacy - Terms

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

| | | | |
|---|---|---|---|
| Current Location: | GENERIC WEB UPDATE | Date in Location: | Apr. 07, 2019 |

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

Privacy - Terms

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Joint Stipulations of Fact**
**Exhibit 11**

**Lillian Khosravi SBN 316930**
**Law Office of Lillian Khosravi**
**1000 Town Center Dr. Suite 300**
**Oxnard, CA 93036**
**(805) 428-1253**
**Lillian@KhosraviLaw.com**

**Attorney for Opposer**

**IN THE UNITED STATES**

**PATENT AND TRADEMARK OFFICE**

**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

**Abercrombie & Fitch Trading Co.,** ) Opposition No. 91255288
)
**Opposer,** ) Serial No. 88555046
**v.** )
)
**Srinivasa Rao Gubbala** )
)
**Applicant** )
)

# RESPONSE TO OPPOSER'S FIRST SET OF INTERROGATIES

**INTERROGATORY NO. 1:**

Identify the persons most knowledgeable with respect to Applicant's selection, creation, design and adoption of Applicant's Mark. For each person identified, their respective areas of knowledge should be briefly summarized.

**RESPONSE**:

Objection. INTERROGATORY NO. 1 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Srinivasa Rao Gubbala

**INTERROGATORY NO. 2:**

Identify and describe the facts relating or referring to the selection, creation, design, or adoption of Applicant's Mark, including, without limitation, the reasons for and date of the selection, creation, design, or adoption, and the identity of all persons (including Third Parties) who participated.

**RESPONSE:**

Objection. INTERROGATORY NO. 2 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Applicant has a strong love with the birds and nature and wished to create a clothing brand centered around a bird he loves. Applicant specifically selected the gannet because of symbolism for bravery and courage. The mark includes a fish within the beak of the gannet to showcase the gannet as a sporty hunter. Given that applicant sells sports wear, the gannet felt particularly appropriate. The gannet is also a sleek and elegant bird which translates well into what applicant felt individuals would be interested in for their fashion.

**INTERROGATORY NO. 3:**

Identify and describe facts relating to Applicant's past, current, proposed, or contemplated use of Applicant's Mark in the United States, including all uses of the marks by Applicant, and dates of such use.

**RESPONSE:**

Objection. INTERROGATORY NO. 3 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Applicant intends to use the mark in combination with the brand name Gannet Fisher. Applicant intends to sale its products through ecommerce platforms and promotes its mark through social media accounts.

**INTERROGATORY NO. 4:**

Identify all Third Parties through which Applicant has distributed, marketed, promoted, sold, offered for sale, or intends to sell goods bearing Applicant's Mark.

**RESPONSE:**

Objection. INTERROGATORY NO. 4 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Applicant has not yet started sales in USA. Applicant promotes its brand on its social media accounts on Twitter, LinkedIn, Instagram, and Facebook. Applicant intends to sell their goods through e-commerce platforms including Amazon, Walmart's online platform.

**INTERROGATORY NO. 5:**

Identify and describe any and all ways, including all distribution and marketing channels of trade, that Applicant markets, promotes and offers for sale, or intends to market, promote, or offer for sale, any goods or services bearing Applicant's Mark in the United States, including but not limited to brick and mortar retail locations, social media, your website, and Third Party websites.

**RESPONSE:**

Objection. INTERROGATORY NO. 5 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

At this time Applicant intends to sell their goods through 3rd party ecommerce platforms, social media channels, and their own website.

**INTERROGATORY NO. 6:**

Identify any and all Third Parties that have assisted in the sale, offer for sale, promotion, marketing, manufacture, distribution, or design relating to goods or services bearing Applicant's Mark.

**RESPONSE:**

Objection. INTERROGATORY NO. 6 is compound, vague and confusing as to the word "assisting", and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

No Third Parties have currently "assisted" in the sale , offer for sale, promotion, marketing, manufacture, distribution, or design relating to goods or services bearing Applicant's Mark.

**INTERROGATORY NO. 7:**

With respect to the applied-for goods intended to be sold or intended to be offered for sale under Applicant's Mark, describe in detail any and all plans and steps taken to commence use of the mark in connection with the applied-for goods.

**RESPONSE:**

Objection. INTERROGATORY NO. 7 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Applicant is in communication with several manufacturing companies in preparation for manufacturing the goods for its brand Gannet Fisher. Applicant wishes to start selling its brand through the website https://www.gannetfisher.com/ as well as through a cell phone application. Marketing has softly begun through applicant's social media channels.

**INTERROGATORY NO. 8:**

State all facts and information that you contend dispute or contradict any allegation contained in the Notice of Opposition filed in this Proceeding.

**RESPONSE:**

Objection. INTERROGATORY NO. 8 is compound, unduly burdensome, vague and confusion as to which allegations are being questioned about, and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Both marks are entirely different in design, appearance as do the companies completely differ when the brand names are spoken aloud. The marks descriptions are entirely different from each other:

**Applicant Description of mark:** The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth.

**Opposer description of mark:** The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed.

Further, the gannet is the largest seabird in the North Sea region. When it spreads its wings, it measures 2 meters in width. Gannets also swim and fly almost their entire lives in and above the sea, only coming to land to nest.

The gannet tracks its prey from the air and catches it by making a so-called jabbing dive. In order to seize its prey, the animal dives straight down into the water from a height of 30 meters. Folding its wings back and stretching its bill straight down, it reaches a speed close to 100 kilometers per hour, cleaving through the water surface like a living torpedo.

The opposer's marks relate to the family of Gulls, or colloquially seagulls, which are seabirds of the family Laridae in the suborder Lari. They are most closely related to terns (family Sternidae) and only distantly related to auks, skimmers and even more distantly to waders.

As such, the very animals that the marks are based on completely differ from each other, which is only emphasized more by the fact that applicant's brand is also named for the Gannet Fisher.

The applicant's mark consists of a black and white bird with straight outspread wings upwards, with an orange beak and a blue eye, holding a black fish in its mouth. The bird body is separated through colors, and feathers showing clearly at least through tale and the wings.

The opposer's mark, by contrast, is a shaded bird silhouette with a contrasting border, and outspread wings folded downwards . Opposer's bird mark has no eye, beak, feathers, colors, separations or designs on body. Though the color is not claimed as part of

design, the design itself cannot be made to be look exactly like applicant's mark, nor even similar.

**INTERROGATORY NO. 9:**

Identify each person with knowledge as to facts underlying your claims or defenses in this proceeding.

**RESPONSE:**

Objection. INTERROGATORY NO. 9 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Srinivasa Rao Gubbala

**INTERROGATORY NO. 10:**

State all facts that support Applicant's contention that the Applicant's Mark and Opposer's Marks are not similar.

**RESPONSE:**

Objection. INTERROGATORY NO. 10 is vague and confusing as to which of Opposer's marks are called into question, and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

The gannet is the largest seabird in the North Sea region. When it spreads its wings, it measures 2 meters in width. Gannets also swim and fly almost their entire lives in and above the sea, only coming to land to nest.

The gannet tracks its prey from the air and catches it by making a so-called jabbing dive. In order to seize its prey, the animal dives straight down into the water from a height of 30 meters. Folding its wings back and stretching its bill straight down, it reaches a speed close to 100 kilometers per hour, cleaving through the water surface like a living torpedo.

The opposer's marks relate to the family of Gulls, or colloquially seagulls, which are seabirds of the family Laridae in the suborder Lari. They are most closely related to

terns (family Sternidae) and only distantly related to auks, skimmers and even more distantly to waders.

As such, the very animals that the marks are based on completely differ from each other, which is only emphasized more by the fact that applicant's brand is also named for the Gannet Fisher.

The applicant's mark consists of a black and white bird with straight outspread wings upwards, with an orange beak and a blue eye, holding a black fish in its mouth. The bird body is separated through colors, and feathers showing clearly at least through tale and the wings.

The opposer's mark, by contrast, is a shaded bird silhouette with a contrasting border, and outspread wings folded downwards . Opposer's bird mark has no eye, beak, feathers, colors, separations or designs on body. Though the color is not claimed as part of design, the design itself cannot be made to be look exactly like applicant's mark, nor even similar.

**INTERROGATORY NO. 11:**

State all facts that support Applicant's contention that the goods in the description for Applicant's Mark and goods covered by Opposer's Marks are not similar.

**RESPONSE:**

Objection. INTERROGATORY NO. 11 is compound, unduly burdensome, vague and confusion as to which of Opposer's Marks are being questioned about, and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Opposer has several marks that they are bringing in this action, including two marks that fall within class 35, with a focus on bags and jewelry, which completely differs from Applicant's application for sportwear. Further, the clothing that is sold by Abercrombie and Fitch is designed to be worn by teenagers and is meant to look fashionable. Abercrombie's clothing is not known for being worn in for sport. Applicant's goods are primarily being sought for a sport clothing brand.

**INTERROGATORY NO. 12:**

Identify any Third Party marks that support Applicant's contention that no likelihood of confusion exists or will exist between the registration of Applicant's Mark and Opposer's Marks.

**RESPONSE:**

Objection. INTERROGATORY NO. 13 is compound, overbroad, unduly burdensome, irrelevant to likely lead to admissible evidence, vague and confusing as to the word "marks," and calls for an improper opinion from a lay witness.

Subject to and without waiving the foregoing objections respondent response as follows:

The evidence sought is also in the control of the propounding party.

**INTERROGATORY NO. 13:**

State all facts that support Applicant's contention that no likelihood of confusion exists or will exist between the registration of Applicant's Mark and Opposer's Marks.

**RESPONSE:**

Objection. INTERROGATORY NO. 13 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Both marks are entirely different in design, appearance as do the companies completely differ when the brand names are spoken aloud. The marks descriptions are entirely different from each other:

**Applicant Description of mark:** The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth.

**Opposer description of mark:** The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed.

Further, the gannet is the largest seabird in the North Sea region. When it spreads its wings, it measures 2 meters in width. Gannets also swim and fly almost their entire lives in and above the sea, only coming to land to nest.

The gannet tracks its prey from the air and catches it by making a so-called jabbing dive. In order to seize its prey, the animal dives straight down into the water from a height

of 30 meters. Folding its wings back and stretching its bill straight down, it reaches a speed close to 100 kilometers per hour, cleaving through the water surface like a living torpedo.

The opposer's marks relate to the family of Gulls, or colloquially seagulls, which are seabirds of the family Laridae in the suborder Lari. They are most closely related to terns (family Sternidae) and only distantly related to auks, skimmers and even more distantly to waders.

As such, the very animals that the marks are based on completely differ from each other, which is only emphasized more by the fact that applicant's brand is also named for the Gannet Fisher.

The applicant's mark consists of a black and white bird with straight outspread wings upwards, with an orange beak and a blue eye, holding a black fish in its mouth. The bird body is separated through colors, and feathers showing clearly at least through tale and the wings.

The opposer's mark, by contrast, is a shaded bird silhouette with a contrasting border, and outspread wings folded downwards . Opposer's bird mark has no eye, beak, feathers, colors, separations or designs on body. Though the color is not claimed as part of design, the design itself cannot be made to be look exactly like applicant's mark, nor even similar.

**INTERROGATORY NO. 14:**

State all facts that support Applicant's contention that no likelihood of confusion exists or will exist between the use of Applicant's Mark and Opposer's Marks.

**RESPONSE:**

Objection. INTERROGATORY NO. 14 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Both marks are entirely different in design, appearance as do the companies completely differ when the brand names are spoken aloud. The marks descriptions are entirely different from each other:

**Applicant Description of mark:** The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth.

**Opposer description of mark:** The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed.

Further, the gannet is the largest seabird in the North Sea region. When it spreads its wings, it measures 2 meters in width. Gannets also swim and fly almost their entire lives in and above the sea, only coming to land to nest.

The gannet tracks its prey from the air and catches it by making a so-called jabbing dive. In order to seize its prey, the animal dives straight down into the water from a height of 30 meters. Folding its wings back and stretching its bill straight down, it reaches a speed close to 100 kilometers per hour, cleaving through the water surface like a living torpedo.

The opposer's marks relate to the family of Gulls, or colloquially seagulls, which are seabirds of the family Laridae in the suborder Lari. They are most closely related to terns (family Sternidae) and only distantly related to auks, skimmers and even more distantly to waders.

As such, the very animals that the marks are based on completely differ from each other, which is only emphasized more by the fact that applicant's brand is also named for the Gannet Fisher.

The applicant's mark consists of a black and white bird with straight outspread wings upwards, with an orange beak and a blue eye, holding a black fish in its mouth. The bird body is separated through colors, and feathers showing clearly at least through tale and the wings.

The opposer's mark, by contrast, is a shaded bird silhouette with a contrasting border, and outspread wings folded downwards . Opposer's bird mark has no eye, beak, feathers, colors, separations or designs on body. Though the color is not claimed as part of design, the design itself cannot be made to be look exactly like applicant's mark, nor even similar.

**INTERROGATORY NO. 15:**

Identify each person that Applicant intends to rely on as witnesses during the trial period in this proceeding.

**RESPONSE:**

Objection. INTERROGATORY NO. 15 is vague and confusing as to which trial period and what kind of witnesses are being called into question.

Subject to and without waiving the foregoing objections respondent response as follows:

At this time, Applicant intends to rely on Srinivasa Rao Gubbala as a witness during the trial period in this proceeding.

Dated: January 12, 2022 By:

/s/ Lillian Khosravi
Lillian Khosravi
Law Office of Lillian Khosravi

**Attorney for Applicant**

**Certificate of Service**

I hereby certify that a true and complete copy of the foregoing RESPONSE TO OPPOSER'S FIRST SET OF INTERROGATORIES, dated January 12, 2022, has been served on Opponent's Attorney of Record by e-mail at the following address: Susan.kayser@klgates.com, ipdocketingwest@anfcorp.com, WATrademarks@klgates.com, ANFteam@klgates.com

Signature___/s/*Lillian Khosravi*_________
Lillian Khosravi
Date_____January 12, 2022__________

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1203341**
Filing date: **04/15/2022**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M. KAYSER<br>K&L GATES LLP<br>1601 K STREET, N.W.<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Plaintiff's Notice of Reliance |
| Filer's name | Susan M. Kayser |
| Filer's email | watrademarks@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 04/15/2022 |
| Attachments | Abercrombie v. Srinivasa - Notice of Reliance on Printed Publications .pdf(239653 bytes )<br>NOR Exhibit 01.pdf(1132520 bytes )<br>NOR Exhibit 02.pdf(2310871 bytes )<br>NOR Exhibit 03.pdf(928799 bytes )<br>NOR Exhibit 04.pdf(3858598 bytes )<br>NOR Exhibit 05.pdf(849662 bytes )<br>NOR Exhibit 06.pdf(859241 bytes )<br>NOR Exhibit 07.pdf(803877 bytes )<br>NOR Exhibit 08.pdf(776619 bytes )<br>NOR Exhibit 09.pdf(762772 bytes )<br>NOR Exhibit 10.pdf(905912 bytes )<br>NOR Exhibit 11.pdf(779351 bytes )<br>NOR Exhibit 12.pdf(833440 bytes )<br>NOR Exhibit 13.pdf(1559836 bytes )<br>NOR Exhibit 14.pdf(908817 bytes )<br>NOR Exhibit 15.pdf(793558 bytes )<br>NOR Exhibit 16.pdf(820274 bytes )<br>NOR Exhibit 17.pdf(586978 bytes )<br>NOR Exhibit 18.pdf(841708 bytes )<br>NOR Exhibit 19.pdf(457305 bytes )<br>NOR Exhibit 20.pdf(727681 bytes )<br>NOR Exhibit 21.pdf(875563 bytes )<br>NOR Exhibit 22.pdf(929470 bytes )<br>NOR Exhibit 23.pdf(942101 bytes )<br>NOR Exhibit 24.pdf(716456 bytes )<br>NOR Exhibit 25.pdf(227519 bytes )<br>NOR Exhibit 26.pdf(977789 bytes )<br>NOR Exhibit 27.pdf(279015 bytes )<br>NOR Exhibit 28.pdf(965096 bytes )<br>NOR Exhibit 29.pdf(1004610 bytes )<br>NOR Exhibit 30.pdf(748550 bytes )<br>NOR Exhibit 31.pdf(894968 bytes ) |

| | |
|---|---|
| | NOR Exhibit 32.pdf(866889 bytes )<br>NOR Exhibit 33.pdf(866881 bytes )<br>NOR Exhibit 34.pdf(804244 bytes )<br>NOR Exhibit 35.pdf(1061645 bytes )<br>NOR Exhibit 36.pdf(1020059 bytes )<br>NOR Exhibit 37.pdf(906159 bytes )<br>NOR Exhibit 38.pdf(554361 bytes )<br>NOR Exhibit 39.pdf(1017065 bytes )<br>NOR Exhibit 40.pdf(470514 bytes )<br>NOR Exhibit 41.pdf(1620881 bytes )<br>NOR Exhibit 42.pdf(1937751 bytes )<br>NOR Exhibit 43.pdf(772972 bytes )<br>NOR Exhibit 44.pdf(519196 bytes )<br>NOR Exhibit 45.pdf(604899 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| Abercrombie & Fitch Trading Co.,<br>Opposer,<br>v.<br>Srinivasa Rao Gubbala,<br>Applicant | Opposition No. 91255288<br>Application No. 88/555,046<br>Subject Mark:<br>Published: December 17, 2019 |

**OPPOSER ABERCROMBIE & FITCH'S NOTICE OF RELIANCE ON PRINTED PUBLICATIONS**

Pursuant to Rule 2.122(e) of the Trademark Rules of Practice, 37 C.F.R. § 2.122(e), and TBMP § 704.08, Opposer Abercrombie & Fitch Trading Co. ("A&F") hereby makes of record and notified Applicant Srinivasa Rao Gubbala ("Applicant") of A&F's reliance of the following printed publications:

1. A true and correct printout of the web page accessed at http://www.cosmomediakit.com/r5/showkiosk.asp?listing_id=4785160&category_code=circ&category_id=27808 published in 2021, a copy of which is attached hereto as **Exhibit 1**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

2. A true and correct printout of the web page accessed at https://www.similarweb.com/website/popsugar.com/ published in January 2022, a copy of which is attached hereto as **Exhibit 2**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

3. A true and correct printout of the web page accessed at https://www.theatlantic.com/press-releases/archive/2021/08/the-atlantics-paid-circulation-tops-830000/619697/ published in August 2021, a copy of which is attached hereto as **Exhibit 3**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

4. A true and correct printout of the web page accessed at https://static.billboard.com/files/2020/03/Billboard-Media-Kit-2020-1584476882.pdf published in January 2020, a copy of which is attached hereto as **Exhibit 4**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

5. A true and correct printout of the web page accessed at https://advertise.bizjournals.com/ accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 5**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

6. A true and correct printout of the web page accessed at https://pmc.com/our-brands/sourcing-journal/ accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 6**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

7. A true and correct printout of the web page accessed at https://www.earnshaws.com/new/wp-content/uploads/Earnshaws_18_media-kit_email_02.pdf

published in 2018, a copy of which is attached hereto as **Exhibit 7**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

8. A true and correct printout of the web page accessed at https://www.marketingdive.com/advertise/ accessed on April 6, 2022, a copy of which is attached hereto as **Exhibit 8**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

9. A true and correct printout of the web page accessed at http://echo-media.com/medias/details/5902/instinct+magazine accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 9**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

10. A true and correct printout of the web page accessed at https://npr.org/about-npr/559791315/npr-stations-audience-grows-for-fifth-consecutive-national-ratings-period/ published October 25, 2017, a copy of which is attached hereto as **Exhibit 10**. Opposer will rely on this web page to show the reach and readership of articles referenced discussing Opposer's marketing of and fame of its Hollister Bird Marks.

11. A true and correct printout of the web page accessed at https://us.fashionnetwork.com/stats/ published in April 2022, a copy of which is attached hereto as **Exhibit 11**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

12. A true and correct printout of the web page accessed at https://www.forbes.com/connect/audience/#:~:text=Every%20month%2C%20we%20reach%20more,for%20our%20key%20audience%20segments accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 12**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

13. A true and correct printout of the web page accessed at similarweb.com/website/justjared.com/#overview accessed on April 6, 2022, a copy of which is attached hereto as **Exhibit 13**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the promotion of and fame of the Hollister Bird Marks.

14. A true and correct printout of the web page accessed at http://www.pipersandler.com/private/pdf/TSWT_Fall2020_Infographic_11x17.pdf published in 2020, a copy of which is attached hereto as **Exhibit 14**. Opposer will rely on the results discussed in the survey on this web page to show the fame of the Hollister Bird Marks.

15. A true and correct printout of the web page accessed at http://www.pipersandler.com/2col.aspx?id=5553 published in 2019, a copy of which is attached hereto as **Exhibit 15**. Opposer will rely on the results discussed in the survey on this web page to show the fame of the Hollister Bird Marks.

16. A true and correct printout of the web page accessed at www.starstyle.com/miley-cyrus-out-hollywood-sp21222/ published on January 20, 2009, a copy of which is attached hereto as **Exhibit 16**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

17. A true and correct printout of the web page accessed at http://m.justjared.com/photo-gallery/1908141/halle-berry-hollister-gabriel-aubry-01/ published on May 8, 2009, a copy of which is attached hereto as **Exhibit 17**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

18. A true and correct printout of the web page accessed at http://www.starstyle.com/ashley-tisdale-leaving-patys-restaurant-hollywood-sp25603/ published on January 18, 2008, a copy of which is attached hereto as **Exhibit 18**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

19. A true and correct printout of the web page accessed at http://www.justjaredjr.com/photo-gallery/404127/chloe-moretz-ian4-premiere-18/ accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 19**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

20. A true and correct printout of a screen capture from a movie trailer accessed at https://www.youtube.com/watch?v=y8lFgF_IjPw published on March 14, 2018, a copy of which is attached hereto as **Exhibit 20**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

21. A true and correct printout of the web page accessed at https://www.the-numbers.com/movie/Eighth-Grade-(2018)#tab=summary accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 21**. Opposer will rely on this web page to show the viewership of the movie titled "Eighth Grade" to provide requisite context when discussing the fame of the Hollister Bird Marks.

22. A true and correct printout of the web page accessed at https://productplacementblog.com/tv-series/hollister-shirt-worn-by-jackson-white-as-brendan-in-

mrs-fletcher-season-1-episode-3-care-package-2019/ published on November 11, 2019, a copy of which is attached hereto as **Exhibit 22**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

23. A true and correct printout of the web page accessed at https://productplacementblog.com/tv-series/hollister-ultra-high-rise-mom-jean-black-in-trinkets-season-1-episode-6-rearview-mirror-2019/ published on June 15, 2019, a copy of which is attached hereto as **Exhibit 23**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

24. A true and correct printout of the web page accessed at https://tv.parrotanalytics.com/US/trinkets-netflix accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 24**. Opposer will rely on this web page to show the viewership of the Netflix series "Trinkets" to provide requisite context when discussing the fame of the Hollister Bird Marks.

25. A true and correct printout of the web page accessed at https://wornontv.net/58422/ published on June 3, 2016, a copy of which is attached hereto as **Exhibit 25**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

26. A true and correct printout of the web page accessed at https://teenwolf.fandom.com/wiki/Teen_Wolf_Ratings accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 26**. Opposer will rely on this web page to show the viewership of the MTV series "Teen Wolf" to provide requisite context when discussing the fame of the Hollister Bird Marks.

27. A true and correct printout of the web page accessed at https://productplacementblog.com/tv-series/hollister-jumper-worn-by-rio-mangini-as-ethan-in-

home-before-dark-s01e02-never-be-the-same-2020/ published on April 7, 2020, a copy of which is attached hereto as **Exhibit 27**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

28. A true and correct printout of the web page accessed at https://productplacementblog.com/tv-series/hollister-mens-short-sleeve-shirt-in-fuller-house-season-5-episode-6-the-mayors-bird-2019/ published on December 7, 2019, a copy of which is attached hereto as **Exhibit 28**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

29. A true and correct printout of the web page accessed at https://productplacementblog.com/tv-series/hollister-shirt-worn-by-coy-stewart-in-mr-iglesias-season-1-episode-5-everybody-hates-gabe-2019/ published on June 23, 2019, a copy of which is attached hereto as **Exhibit 29**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

30. A true and correct printout of the web page accessed at https://tv.parrotanalytics.com/US/mr-iglesias-netflix accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 30**. Opposer will rely on this web page to show the viewership of the Netflix series "Mr. Iglesais" to provide requisite context when discussing the fame of the Hollister Bird Marks.

31. A true and correct printout of the web page accessed at https://productplacementblog.com/movies/hollister-shirt-worn-by-miles-teller-in-only-the-brave-2017/ published on March 2, 2018, a copy of which is attached hereto as **Exhibit 31**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

32. A true and correct printout of the web page accessed at https://www.boxofficemojo.com/release/rl1602127361/ accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 32**. Opposer will rely on this web page to show the viewership of the movie titled "Only the Brave" to provide requisite context when discussing the fame of the Hollister Bird Marks.

33. A true and correct printout of the web page accessed at https://productplacementblog.com/movies/hollister-polo-shirt-worn-by-sarah-wright-in-the-house-bunny-2008/ published on January 8, 2018, a copy of which is attached hereto as **Exhibit 33**. Opposer will rely on this web page to show the fame of the Hollister Bird Marks.

34. A true and correct printout of the web page accessed at https://www.boxofficemojo.com/release/rl190547457/ accessed on April 5, 2022, a copy of which is attached hereto as **Exhibit 34**. Opposer will rely on this web page to show the viewership of the movie titled "The House Bunny" to provide requisite context when discussing the fame of the Hollister Bird Marks.

35. A true and correct printout of the web pages accessed at the below links, copies attached hereto as **Exhibit 35**. Opposer will rely on these web pages showing the social media following of other similarly situated retailers on Instagram to provide requisite context when discussing the fame of the Hollister Bird Marks:

a. https://www.instagram.com/bananarepublic/ accessed on April 5, 2022;
b. https://www.instagram.com/aeropostale/ accessed on April 5, 2022 and
c. https://www.instagram.com/americaneagle/ accessed on April 5, 2022.

36. A true and correct printout of the web pages accessed at the below links, copies attached hereto as **Exhibit 36**. Opposer will rely on these web pages showing the social media

following of other similarly situated retailers on Facebook to provide requisite context when discussing the fame of the Hollister Bird Marks:

a. https://www.facebook.com/BananaRepublic/ accessed on April 5, 2022;
b. https://www.facebook.com/Aeropostale/ accessed on April 5, 2022; and
c. https://www.facebook.com/americaneagle/ accessed on April 5, 2022;

37. A true and correct printout of the web page accessed at https://www.businessinsider.com/hollister-is-abercrombie-secret-weapon-photos-2018-9 published on September 23, 2018, a copy of which is attached hereto as **Exhibit 37**. Opposer will rely on this web page to show unsolicited third party commentary of the Hollister Bird Marks.

38. A true and correct printout of the web page accessed at https://www.similarweb.com/website/businessinsider.com/ published in January 2022, a copy of which is attached hereto as **Exhibit 38**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing unsolicited third party commentary of the Hollister Bird Marks.

39. A true and correct printout of the web pages accessed at https://www.famouslogos.org/logos/hollister-logo and https://www.famouslogos.org/about accessed on April 6, 2022, a copy of which is attached hereto as **Exhibit 39**. Opposer will rely on this web page to show unsolicited third party commentary of the Hollister Bird Marks.

40. A true and correct printout of the web page accessed at https://finance.yahoo.com/news/abercrombies-laid-back-little-brother-182238450.html published on April 9, 2016, a copy of which is attached hereto as **Exhibit 40**. Opposer will rely on this web page to show unsolicited third party commentary of the Hollister Bird Marks.

41. A true and correct printout of the web page accessed at https://www.similarweb.com/website/finance.yahoo.com published in January 2022, a copy of which is attached hereto as **Exhibit 41**. Opposer will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing unsolicited third party commentary of the Hollister Bird Marks.

42. A true and correct printout of the web page accessed at https://www.similarweb.com/website/starstyle.com/#overview published in February 2022, a copy of which is attached hereto as **Exhibit 42**. Opposer will rely on this web page to show the reach and readership of articles referenced discussing Opposer's marketing of and fame of its Hollister Bird Marks.

43. A true and correct printout of the web page accessed at https://tv.parrotanalytics.com/US/home-before-dark-apple-tv-plus accessed on April 11, 2022, a copy of which is attached hereto as **Exhibit 43**. Opposer will rely on this web page to show the viewership of the Apple TV+ series "Home Before Dark" to provide requisite context when discussing the fame of the Hollister Bird Marks.

44. A true and correct printout of the web page accessed at https://showbuzzdaily.com/articles/showbuzzdailys-top-150-Sunday-cable-originals-network-finals-11-10-2019.html published on November 10, 2019, a copy of which is attached hereto as **Exhibit 44**. Opposer will rely on this web page to show the viewership of the HBO Prime series "Mrs. Fletcher" to provide requisite context when discussing the fame of the Hollister Bird Marks.

45. A true and correct printout of the web page accessed at https://www.imdb.com/title/tt3986586/awards accessed on April 11, 2021, a copy of which a

copy of which is attached hereto as **Exhibit 45**. Opposer will rely on this web page to show the viewership of the Netflix series "Fuller House" to provide requisite context when discussing the fame of the Hollister Bird Marks.

**Exhibits 1 – 13,** and **42** are true and correct copies of webpages, relevant to provide context of the readership of articles referenced discussing Opposer's marketing of and fame of its Hollister Bird Marks.

**Exhibits 14 – 19, 20, 22, 23, 25, 27 – 29, 31,** and **33** are true and correct copies of webpages, relevant to show the fame of Opposer's Hollister Bird Marks.

**Exhibits 21, 24, 26, 30, 32, 34, 43 – 45** are true and correct copies of webpages, relevant to provide context of the viewership of television shows and movies referenced discussing the fame of Opposer's Hollister Bird Marks.

**Exhibits 35** and **36** are true and correct copies of web pages, relevant to provide context of the social media following of similarly situated retailers when discussing the fame of Opposer's Hollister Bird Marks.

**Exhibits 37, 39, and 40** are true and correct copies of web pages, relevant to show unsolicited third party commentary of the Hollister Bird Marks.

**Exhibits 38,** and **42** are true and correct copies of web pages, relevant to provide context of the readership of articles referenced discussing unsolicited third party commentary of the Hollister Bird Marks.

In addition to the foregoing, Opposer also intends to rely on the testimonial declaration of J.J. Kramer and the Exhibits attached thereto, which will be filed separately in accordance with 37 C.F.R. § 2.123.

Date: April 15, 2022

Respectfully submitted,

/Susan M. Kayser/
Susan M. Kayser
Eric W. Lee
Terrance D. Roberts
Kristin E. Wells
Attorneys for Opposer
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 778-9421
Fax: (202) 778-9100

*Attorneys for Abercrombie & Fitch Trading. Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Notice of Reliance on Printed Publications has been served on Applicant, Srinivasa Rao Gubbala, on April 15, 2022, via email at lillian.khosravi.law@gmail.com, uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com.

/Eric W. Lee/
Eric W. Lee

*Attorney for Opposer Abercrombie and Fitch Trading Co.*

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 1**





COSMOPOLITAN
2021
62 MILLION
COSMOPOLITAN

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 2**

similarweb
popsugar.com
3,829
1,057
18
popsugar.com Ranking

similarweb
Competitors
Traffic and Engagement

similarweb
Geography & Country Targeting
Top Countries

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 3**

The Atlantic
The Atlantic's Paid Circulation Tops 830,000, a Jump of 280,000 Subscribers in a Year

MOST POPULAR

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 4**

billboard

MUSIC'S MOST INFLUENTIAL VOICE

BILLBOARD CHARTS: MUSIC'S GOLDEN BENCHMARK

THE DESTINATION FOR MUSIC FANS

WHERE INSIDERS ARE INFORMED

THE POWER OF LIVE

























MAKING BRANDS POP
billboard

ON TOP OF THE WORLD
7.4M
37%
billboard

PERFECT HARMONY
79M
26.6M
239,818
VIBE
3.3M
2.4M
billboard

PRINT SPECS

CONTACTS
billboard

THE LEGACY LIVES ON.
THANK YOU.

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 5**

THE BUSINESS JOURNALS
LOCAL BUSINESS
ABOUT THE BUSINESS JOURNALS
79%
62%

OUR NATIONAL AUDIENCE

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 6**

SOURCING JOURNAL

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 7**

Earnshaw's
2018 Media Kit

Earnshaw's
About Us
2018 Media Kit

Earnshaw's
Earnshaws.com
2018 Media Kit

Earnshaw's
Creative Services
2018 Media Kit
















Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 8**

Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 9**

Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 10**

4/11/22, 6:42 PM NPR Reaches 99 Million People Monthly, GenXers And Millennials Drive Growth : NPR

HOURLY NEWS
LISTEN LIVE
PLAYLIST

npr maine public DONATE

About NPR Diversity Organization Support Careers Connect Press Ethics

Press Releases and Statements

Media Assets Media Contacts

# NPR Reaches 99 Million People Monthly, GenXers And Millennials Drive Growth

***NPR Stations' Audience Grows For Fifth Consecutive National Ratings Period***

Stephen Voss/NPR

1

https://www.npr.org/about-npr/559791315/npr-stations-audience-grows-for-fifth-consecutive-national-ratings-period 1/5

4/11/22, 6:42 PM NPR Reaches 99 Million People Monthly, GenXers And Millennials Drive Growth : NPR

October 25, 2017; Washington D.C. - NPR's journalism and original programming reaches at least 99 million people every month across all platforms – broadcast and digital. This cross-platform estimate is based on Spring 2017's monthly broadcast cume, NPR.org visitors and podcast users.

"This stellar accomplishment is a measure of just how much America depends on NPR every day, from breaking news to investigative reporting to podcasting to music and cultural programs that celebrate the human experience," said NPR President and CEO Jarl Mohn.

## Broadcast

NPR Member stations have grown their audience for five consecutive ratings periods in a row.

According to Nielsen Audio Spring 2017 ratings, the total weekly listeners for all programming on NPR stations reached an all-time high of 37.7 million.

**There was no post-election drop:** both *Morning Edition* and *All Things Considered* retained the remarkable growth seen during the Fall 2016 election cycle. Their weekly audience is at 14.63 million and 14.6 million listeners, respectively – continuing to be two of the largest news/talk radio programs in the country, and larger than many well-known television news programs. AQH growth continues to be strongest among those 25-44.

**Millennials and GenXers are listening:** across the country, over a quarter (28%) of all 25-54 year olds listened to an NPR Member station at least once a month, 16% listened at least once a week and 6% of all 25-54 listened at least once a day.

**Increase in diverse audiences:** *Morning Edition* saw a 10% gain, year over year, in weekly Hispanic listeners and 16% gain in Black/African American listeners while *All Things Considered* saw a 9% gain in Hispanic listeners and an 18% gain in Black/African American listeners.

As of August 2017, NPR Member stations are the leading radio news stations in 26 of the top 50 markets in mornings and 27 of 50 for afternoons (25-54 AQH). And public radio stations are the number one stations, all persons, for the full week in San Diego; Seattle; Portland; Washington, DC; San Francisco; and Boston (WBUR and WGBH

2

https://www.npr.org/about-npr/559791315/npr-stations-audience-grows-for-fifth-consecutive-national-ratings-period 2/5

4/11/22, 6:42 PM NPR Reaches 99 Million People Monthly, GenXers And Millennials Drive Growth : NPR

combined.) There are other markets where it happens regularly like Austin, Texas and Raleigh-Durham, North Carolina.

Source for all the broadcast data is 2017 The Nielsen Company. May not be quoted or reproduced without the prior written permission of Nielsen.

## Podcasts

NPR's monthly podcast audience continues to reach new heights with 15.5 million unique users and 82 million downloads. (Source: Splunk.)

This growth has been fueled by new extremely popular offerings like *Up First, How I Built This* and the always strong *Hidden Brain, Planet Money, NPR Politics,* and *Fresh Air.*

With 41 active programs, NPR remains the leading publisher of podcasts per the Podtrac industry ranker, holding the #1 spot since they began counting in May 2016.

## Digital

The NPR.org audience remains high at an average of 37 million users per month. NPR content is available on more platforms than ever before— including the growing Smart Speaker segment. NPR One app is available on Amazon's suite of smart home assistants including the Echo, Dot and other Alexa-enabled devices; as well as Google Home and Apple's Siri-enabled devices. Listeners can ask for a live stream of their local station, get a quick national news briefing— updated every hour—or play the latest episode of a podcast.

**About NPR**

NPR's rigorous reporting and unsurpassed storytelling connect with millions of Americans everyday—on the air, online, and in person. NPR strives to create a more informed public—one challenged and invigorated by a deeper understanding and appreciation of events, ideas, and cultures. With a nationwide network of award-winning journalists and 17 international bureaus, NPR and its Member Stations are never far from where a story is unfolding. Listeners consider public radio an enriching and enlightening companion; they trust NPR as a daily source of unbiased independent news, and inspiring insights on life and the arts. More information at npr.org/aboutnpr and following NPR Extra on Facebook, Twitter and Instagram.

3

https://www.npr.org/about-npr/559791315/npr-stations-audience-grows-for-fifth-consecutive-national-ratings-period 3/5

4/11/22, 6:42 PM NPR Reaches 99 Million People Monthly, GenXers And Millennials Drive Growth : NPR

**Contact**

NPR Media Relations

Email: mediarelations@npr.org

**Press Releases and Statements**

READ & LISTEN
Home
News
Culture
Music
Podcasts & Shows

CONNECT
Newsletters
Facebook
Twitter
Instagram
Press
Contact & Help

ABOUT NPR
Overview
Diversity
Ethics
Finances
Public Editor
Corrections

GET INVOLVED
Support Public Radio
Sponsor NPR
NPR Careers
NPR Shop
NPR Events
NPR Extra

terms of use
privacy
your privacy choices
text only
© 2022 npr

4

https://www.npr.org/about-npr/559791315/npr-stations-audience-grows-for-fifth-consecutive-national-ratings-period 4/5

4/11/22, 6:42 PM NPR Reaches 99 Million People Monthly, GenXers And Millennials Drive Growth : NPR

5

https://www.npr.org/about-npr/559791315/npr-stations-audience-grows-for-fifth-consecutive-national-ratings-period 5/5













*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

Notice of Reliance

Exhibit 11

FASHION

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

Notice of Reliance

Exhibit 12

Forbes
The Forbes Consumer
The Perfect Partner

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

Notice of Reliance

Exhibit 13

similarweb
justjared.com
6,053
2,108
45
justjared.com Ranking

similarweb
Competitors
Traffic and Engagement

similarweb
Geography & Country Targeting
Top Countries

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

Notice of Reliance

Exhibit 14

PIPER SANDLER
40th Semi-Annual Taking Stock With Teens® Survey, Fall 2020
9,800
48
15.8
$67,500
33%

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

Notice of Reliance

Exhibit 15

PIPER SANDLER

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

Notice of Reliance

Exhibit 16





Abercrombie & Fitch Trading Co. v.
Svitlana Rae Gulthaie

Opposition No. 91255284

Offering Party: Abercrombie &
Fitch Trading Co.

**Notice of Reliance**

**Exhibit 17**









Abercrombie & Fitch Trading Co. v.
Svitlana Rae Gulthaie

Opposition No. 91255284

Offering Party: Abercrombie &
Fitch Trading Co.

**Notice of Reliance**

**Exhibit 18**



Abercrombie & Fitch Trading Co. v.
Svitlana Rae Gulthaie

Opposition No. 91255284

Offering Party: Abercrombie &
Fitch Trading Co.

**Notice of Reliance**

**Exhibit 19**





Abercrombie & Fitch Trading Co. v.
Svitlana Rae Gulthaie

Opposition No. 91255284

Offering Party: Abercrombie &
Fitch Trading Co.

**Notice of Reliance**

**Exhibit 20**



Abercrombie & Fitch Trading Co. v.
Svitlana Rae Gulthaie

Opposition No. 91255284

Offering Party: Abercrombie &
Fitch Trading Co.

**Notice of Reliance**

**Exhibit 21**







Ranking on other Records and Milestones

© 1997-2022 Nash Information Services, LLC. All rights reserved.

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 22**

4/5/22, 10:24 PM Hollister Shirt Worn By Jackson White As Brendan In Mrs. Fletcher Season 1 Episode 3 "Care Package" (2019)

Product Placement Blog
Brands Seen In Movies, TV Series & Music

Home Movies TV Shows Reality TV Animation Music Foreign Search Lists Info

Product Placement Blog → Clothing & Outfits

## Hollister Shirt Worn by Jackson White as Brendan in Mrs. Fletcher Season 1 Episode 3 "Care Package" (2019)

November 11, 2019 / Sergey / TV Show

Hi! On Monday, November 11, I analyzed a TV Show and product placement was spotted: Hollister Shirt Worn by Jackson White as Brendan in Mrs. Fletcher Season 1 Episode 3 "Care Package" (2019). Here are 2 image(s) below:

FOLLOW US

WHERE ARE YOU?

SEARCH BRAND, PRODUCT OR VIDEO

Search ...

TRENDING TOPICS

Land Rover Freelander | Mr. Chow | Paco Rabanne | Fosse/Verdon TV Show | Pullovers | The Road Within (2014) Movie | Honey, I Shrunk the Kids (1989) Movie | London Fog | Lululemon | ProKennex | Homefree | Idaho Spuds | Herbie: Fully Loaded (2005) Movie | Soccer | Almost Paradise TV Show | The Red Sea Diving Resort (2019) Movie | Mosley Tribes | Silk | Aveda | Aquafresh | Nuby | Hot Wheels | The Departed (2006) Movie | Joe Rocket | Tuscan Dairy Farms

1

https://productplacementblog.com/tv-series/hollister-shirt-worn-by-jackson-white-as-brendan-in-mrs-fletcher-season-1-episode-3-care-package-2019/ 1/3

4/5/22, 10:24 PM Hollister Shirt Worn By Jackson White As Brendan In Mrs. Fletcher Season 1 Episode 3 "Care Package" (2019)

More From: Clothing & Outfits | Hollister Co. | Mrs. Fletcher TV Show | Shirts

Shop Related Products

Author | Recent Posts

Sergey
Movie & TV show addicted. I like to watch films and to spot product placement examples. Also, I'm an "IT Guy" and a professional economist.

Related Posts:

Interesting Findings:

1. Wrigley Company
2. 21 Bridges (2019) Movie
3. White Castle
4. A&W Restaurants
5. Sterling Vineyards

2

https://productplacementblog.com/tv-series/hollister-shirt-worn-by-jackson-white-as-brendan-in-mrs-fletcher-season-1-episode-3-care-package-2019/ 2/3

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 23**

4/5/22, 10:24 PM Hollister Ultra High-Rise Mom Jean (Black) In Trinkets - Season 1, Episode 6, "Rearview Mirror" (2019)

Product Placement Blog
Brands Seen In Movies, TV Series & Music

Home Movies TV Shows Reality TV Animation Music Foreign Search Lists Info

Product Placement Blog → Clothing & Outfits

## Hollister Ultra High-Rise Mom Jean (Black) in Trinkets – Season 1, Episode 6, "Rearview Mirror" (2019)

June 15, 2019 / Sergey / TV Show

Hi! On Saturday, June 15, I analyzed a TV Show and product placement was spotted: Hollister Ultra High-Rise Mom Jean (Black) in Trinkets Season 1, Episode 6, "Rearview Mirror" (2019). Here are 2 image(s) below:

FOLLOW US

WHERE ARE YOU?

SEARCH BRAND, PRODUCT OR VIDEO

Search ...

TRENDING TOPICS

Chick Fight (2020) Movie | Jeep Liberty | Johnson's Baby | The Transporter Refueled (2015) Movie | Omcan | Superdry | Renolux | Soccer Teams | Good Humor | Escape Room (2019) Movie | Basic Instinct 2 (2006) Movie | Billy Ray Cyrus | Greed (2019) Movie | Polar Tech | Super Bowl | Revolution Brewing | Fischer Adelscott | Boy Erased (2018) Movie | Goodyear | Rutherford Falls TV Show | Unbreakable Kimmy Schmidt: Kimmy vs the Reverend (2020) Movie | Bugatti | Overtime | Maple Hill Creamery | Tile

1

https://productplacementblog.com/tv-series/hollister-ultra-high-rise-mom-jean-black-in-trinkets-season-1-episode-6-rearview-mirror-2019/ 1/3

4/5/22, 10:24 PM Hollister Ultra High-Rise Mom Jean (Black) In Trinkets - Season 1, Episode 6, "Rearview Mirror" (2019)

More From: Clothing & Outfits | Hollister Co. | Jeans | Pants | Trinkets TV Show

Shop Related Products

Author | Recent Posts

Sergey
Movie & TV show addicted. I like to watch films and to spot product placement examples. Also, I'm an "IT Guy" and a professional economist.

Related Posts:

Interesting Findings:

1. Websites
2. Black Widow (2021) Movie
3. Happy Tea
4. W.E. Mason
5. Transformers: The Last Knight (2017) Movie

2

https://productplacementblog.com/tv-series/hollister-ultra-high-rise-mom-jean-black-in-trinkets-season-1-episode-6-rearview-mirror-2019/ 2/3

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 24**

PARROT ANALYTICS

## United States TV audience demand for Trinkets

Trinkets

2.7x

-12.0%

1

91.2%

100%

Powering the content industry

2

Maximize advertising revenues from new audiences.

How popular is Trinkets around the world?

Discover more insights

3

Relevant industry news and insights

4

Global TV content analytics for the attention economy

5

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 25**

4/5/22, 10:30 PM WornOnTV: Scott's blue shirt with patterned pocket on Teen Wolf | Tyler Posey | Clothes and Wardrobe from TV

Scott's blue shirt with patterned pocket on Teen Wolf

SHOP THIS STYLE

Asos
$29

OUTFIT DETAILS

Shirt: Shirt with Contrast Pocket Short Sleeves by Hollister

Worn on: Teen Wolf episode "Codominance" - 5x13

Worn by: Scott McCall played by Tyler Posey

Posted on: June 3, 2016

Posted by: Linda

Tags: Hollister, mens, Teen Wolf Season 5 Episode 13, Teen Wolf, Scott McCall

1

https://wornontv.net/58422/ 1/3

4/5/22, 10:30 PM WornOnTV: Scott's blue shirt with patterned pocket on Teen Wolf | Tyler Posey | Clothes and Wardrobe from TV

OUTFIT IMAGES

Hollister Shirt with Contrast Pocket Short Sleeves worn by Scott McCall (Tyler Posey) on Teen Wolf

Scott McCall (played by Tyler Posey) on Teen Wolf on MTV was spotted wearing this blue shirt with patterned pocket on Teen Wolf on episode " (5x13) in Jun 2016. Scott's Shirt is the Shirt with Contrast Pocket Short Sleeves by Hollister. For shoppable links visit wornontv.net/58422

OUTFITS FROM THIS EPISODE

See all outfits from this episode »

2

https://wornontv.net/58422/ 2/3





*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 26**

Official Teen Wolf Wiki

in: Teen Wolf, Season 1, Season 2, and 4 more

# Teen Wolf Ratings

00:00 / 01:44

The following are the initial ratings for each episode of *Teen Wolf* through the first half of Season 5.

Expanded ratings are not included but would increase the number of viewers significantly for each episode as the Nielsen Company reports only 41% of the Teen Wolf audience watch the show live during the initial broadcast

| Teen Wolf Ratings | |
|---|---|
| Description | How Popular is Teen Wolf |
| First Appearance | June 2011 |
| Last Appearance | Aug 2015 |

EDITOR'S NOTE: With the rapid shift in American television viewing habits, the traditional ratings system no longer accurately reflects the number of total viewers for each episode. The Nielsen Company does not provide the full audience numbers including all forms of streaming, DVR viewing and other means by which people watch the show so we currently have no means of reliable audience reporting.

## Season Averages

| Season | U.S. Viewers (Millions) |
|---|---|
| Season 1 | 1.69 |
| Season 2 | 1.70 |
| Season 3(a) | 1.9 |
| Season 3(b) | 2.05 |
| Season 4 | 1.61 |

## Season 1

| Episode | U.S. Viewers (Millions) |
|---|---|

| Episode | U.S. Viewers (Millions) |
|---|---|
| 501-Creatures of the Night | 1.527[61] (http://tvbythenumbers.zap2it.com/2015/06/30/monday-cable-ratings-love-hip-hop-atlanta-tops-night-street-outlaws-wwe-raw-t-i-tiny-more/424791/) |
| 502-Parasomnia | 1.176[62] (http://tvbythenumbers.zap2it.com/2015/07/01/tuesday-cable-ratings-deadliest-catch-tops-night-the-haves-and-the-have-nots-pretty-little-liars-rizzoli-isles-more/424853/) |
| 503-Dreamcatcher | 1.380[63] (http://tvbythenumbers.zap2it.com/2015/07/08/monday-cable-ratings-love-hip-hop-atlanta-wins-night-shark-week-wwe-raw-teen-wolf-the-fosters-more/427920/) |

| Episode | U.S. Viewers (Millions) |
|---|---|
| 504-Condition Terminal | 1.012[64] (http://tvbythenumbers.zap2it.com/2015/07/14/monday-cable-ratings-home-run-derby-wins-night-wwe-raw-major-crimes-the-fosters-teen-wolf-more/430448/) |
| 505-A Novel Approach | 1.263[65] (http://tvbythenumbers.zap2it.com/2015/07/21/monday-cable-ratings-love-hip-hop-atlanta-wins-night-wwe-raw-major-crimes-teen-wolf-the-fosters-tut-more/434173/) |
| 506-Required Reading | 1.137[66] (http://tvbythenumbers.zap2it.com/2015/07/28/monday-cable-ratings-love-and-hip-hop-atlanta-tops-night-monday-night-raw-street-outlaws-t-i-tiny-more/438605/) |

| Episode | U.S. Viewers (Millions) |
|---|---|
| 507-Strange Frequencies | 1.092[67] (http://tvbythenumbers.zap2it.com/2015/08/04/monday-cable-ratings-love-hip-hop-atlanta-wins-night-wwe-raw-major-crimes-teen-wolf-the-fosters-unreal-more/442378/) |
| 508-Ouroboros | 1.104[68] (http://tvbythenumbers.zap2it.com/2015/08/11/monday-cable-ratings-love-hip-hop-atlanta-tops-night-monday-night-raw-shes-got-game-real-housewives-of-orange-county-more/446375/) |
| 509-Lies of Omission | 1.100[69] (http://tvbythenumbers.zap2it.com/2015/08/18/monday-cable-ratings-love-hip-hop-atlanta-wins-night-wwe-raw-the-fosters-devious-maids-teen-wolf-more/449907/) |

| Episode | U.S. Viewers (Millions) |
|---|---|
| 510-Status Asthmaticus | 0.958[70] (http://tvbythenumbers.zap2it.com/2015/08/25/monday-cable-ratings-love-hip-hop-atlanta-tops-night-preseason-football-monday-night-raw-black-ink-crew-more/452758/) |

## Twitter Ratings

In 2013, the Nielsen Ratings introduced the Twitter TV Ratings as a measure of social media activity on the twitter platform surrounding the initial broadcast of television shows.

*Anchors* is the first Teen Wolf Episode broadcast under the new scheme. The episode ranked second only to ABC's *The Bachelor* in total twitter impressions across all network programming for the night.

In June 2014, Variety released an assessment of the new Twitter Ratings for the 2013-2014 US television season.

Teen Wolf was one of the highest rated scripted shows ranking #6 on the Twitter Reach list, generating an average of 3.3 million impressions for each Season 3(b) episode.

## Ratings Trivia

- Most watched episode in Season 1 is *Wolf Moon*, the least watched episode is *Heart Monitor*.
- Most watched episode in Season 2 is *Omega*, the least watched episode is *Raving*.
- The most watched episode from Season 3 is *Anchors*, the least watched episode is *Frayed*.
- The most watched episode from Season 4 is *The Dark Moon*, the least watched episode is *A Promise To The Dead*.
- The most watched episode out of all the episodes is *Anchors*, the least watched episode out of all the episodes, as of Season 5, is *Status Asthmaticus*.
- Season 3(a) averaged 1.9 million viewers per episode meaning an average of 200,000 more people watched each episode compared to the Season 2 average.
- Season 4 averaged 1.61 million viewers per episode. This is an 18% drop in viewers from Season 3.

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 27**

Product Placement Blog
Brands Seen In Movies, TV Series & Music

Home Movies TV Shows Reality TV Animation Music Foreign Search Lists Info

Product Placement Blog → Clothing & Outfits

# Hollister Jumper Worn by Rio Mangini as Ethan in Home Before Dark S01E02 "Never Be the Same" (2020)

April 7, 2020 / Sergey / TV Show

Hi! On Tuesday, April 7, I analyzed a TV Show and product placement was spotted: Hollister Jumper Worn by Rio Mangini as Ethan in Home Before Dark S01E02 "Never Be the Same" (2020). Here are 1 image(s) below:

More From: Clothing & Outfits | Hollister Co. | Home Before Dark TV Show | Sweaters

Shop Related Products
1. Hollister M9 Odor Eliminator Spray - Unscented - 8 O $14.60
2. Adapt Barrier Paste - 2 o Tube - Pack of 2 $18.25
3. Hollister Jake Men Cologne Spray, 1.7 Fluid Ounce $36.15

Ads by Amazon

FOLLOW US

WHERE ARE YOU?

SEARCH BRAND, PRODUCT OR VIDEO

Search ...

TRENDING TOPICS

After the Wedding (2019) Movie | Audi S7 | Health Care | T-Shirts | Forza | Daddy's Home 2 (2017) Movie | The Big Green Egg | Dairylea Cooperative | The Guilty (2021) Movie | Snapchat | Burroughs Corporation | Almdudler | Nesquik | Mead Johnson | AltaVista | Daftboy | Shot Caller (2017) Movie | Snickers | NongShim | Peter Luger Steak House | Mr. Bricolage | Royal Caribbean International | Bel-Air TV Show | Summer '03 (2018) Movie | Kilauea Fire

Author | Recent Posts

**Sergey**
Movie & TV show addicted. I like to watch films and to spot product placement examples. Also, I'm an "IT Guy" and a professional economist.

Related Posts:

Interesting Findings:

1. Hunter Killer (2018) Movie
2. Rolls-Royce
3. Mopar
4. Zoolander (2001) Movie
5. Carvey

LEAVE A REPLY

Your email address will not be published. Required fields are marked *

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 28**

Product Placement Blog
Brands Seen In Movies, TV Series & Music

Home Movies TV Shows Reality TV Animation Music Foreign Search Lists Info

Product Placement Blog → Clothing & Outfits

# Hollister Men's Short Sleeve Shirt in Fuller House Season 5 Episode 6 "The Mayor's Bird" (2019)

December 7, 2019 / Sergey / TV Show

Hi! On Saturday, December 7, I analyzed a TV Show and product placement was spotted: Hollister Men's Short Sleeve Shirt in Fuller House Season 5 Episode 6 "The Mayor's Bird" (2019). Here are 1 image(s) below:

More From: Clothing & Outfits | Fuller House TV Show | Hollister Co. | Shirts

Shop Related Products
1. Hollister Men's Beach Prep Jogger Shorts (7" Inseam) HOM-44 (Large, 1286-610) $39.95
2. Hollister Men's Beach Prep Fit Flat Front Shorts (7" Inseam) HOM-45 (30, 0595-330.) $39.95
3. Hollister Men's Graphic Fleece Jogger Shorts (7" Inseam) HOM-1 (Small, 0187-900) $39.95
4. Hollister Men's Graphic Fleece Shorts (Navy Embroidered Logo, Extra Small) $34.90

Ads by Amazon

FOLLOW US

WHERE ARE YOU?

SEARCH BRAND, PRODUCT OR VIDEO

Search ...

TRENDING TOPICS

BenQ | Cycling | Purell | Kelly Tires | VISA | Hawaiian Brand Snacks | Daybreak TV Show | Lamborghini Murci lago | Chevrolet SS | Vodafone | Apple Pay | Kleenex | Dunlop | Killerman (2019) Movie | Mindray | FriendFinder.com | Classic Equine | Locke & Key TV Show | The Opening Act (2020) Movie | Promobot | TJ Maxx | Levi Strauss & Co. (Levi's) | SoFi | Home Before Dark TV Show | Miramax

Author | Recent Posts

**Sergey**
Movie & TV show addicted. I like to watch films and to spot product placement examples. Also, I'm an "IT Guy" and a professional economist.

Related Posts:

Interesting Findings:

1. Soda
2. Ole & Steen
3. Forbes
4. Arenna
5. Chappie (2015) Movie

LEAVE A REPLY

Your email address will not be published. Required fields are marked *

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 29**

Product Placement Blog
Brands Seen In Movies, TV Series & Music

Home Movies TV Shows Reality TV Animation Music Foreign Search Lists Info

Product Placement Blog → Clothing & Outfits

# Hollister Shirt Worn by Coy Stewart in Mr. Iglesias – Season 1, Episode 5, "Everybody Hates Gabe" (2019)

June 23, 2019 / Sergey / TV Show

Hi! On Sunday, June 23, I analyzed a TV Show and product placement was spotted: Hollister Shirt Worn by Coy Stewart in Mr. Iglesias Season 1, Episode 5, "Everybody Hates Gabe" (2019). Here are 3 image(s) below:

FOLLOW US

WHERE ARE YOU?

SEARCH BRAND, PRODUCT OR VIDEO

Search ...

TRENDING TOPICS

The Kooples | Badoit | The Russian Tea Room | Rold Gold | Alien: Covenant (2017) Movie | The Peninsula Hotels | A Black Lady Sketch Show TV Show | Canyon Ranch | Whatchamacallit | Laneige | Descente | Vision Street Wear | Big Shot TV Show | Monique Lhuillier | Vachon | Game Night (2018) Movie

More From: Clothing & Outfits | Hollister Co. | Mr. Iglesias TV Show | Shirts

Shop Related Products

Author | Recent Posts

**Sergey**
Movie & TV show addicted. I like to watch films and to spot product placement examples. Also, I'm an "IT Guy" and a professional economist.

Related Posts:






*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 30**

United States TV audience demand for Mr. Iglesias
Mr. Iglesias

Powering the content industry

DEMAND360LITE
$99

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 31**

Hollister Shirt Worn by Miles Teller in Only the Brave (2017)

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 32**

Box Office Mojo
Only the Brave
Grosses

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 33**

Hollister Polo Shirt Worn by Sarah Wright in The House Bunny (2008)

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 34**

Box Office Mojo
The House Bunny
Grosses

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 35**











*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 36**

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 37**

US MARKETS CLOSED In the news

Dow Jones -0.8% Nasdaq -2.26% S&P 500 -1.25% TSLA -4.73% FB -0.88% BABA -5.19%

INSIDER

Log in Subscribe

HOME > RETAIL

## We went shopping at Hollister and saw how it could be Abercrombie's secret weapon

Jessica Tyler Sep 23, 2018, 3:47 PM

**Hollister was dimly lit, and most products still had a Hollister logo on them.** Business Insider/Jessica Tyler

- **Abercrombie & Fitch has made some major changes in the past few years while its sister store, Hollister, has performed consistently well.**
- **In the second quarter, comparable sales were up 2% at Abercrombie's namesake store and 4% at Hollister, according to a company press release. It was the seventh consecutive quarter of**

**growth for the Hollister brand.**

- **Abercrombie & Fitch CEO Fran Horowitz said in an August earnings call that Hollister has been successful because of its product assortment and marketing strategy.**
- **We paid a visit to a Hollister store in New York City and saw that it hasn't changed much over the years while its sister brand, Abercrombie, has worked to reinvent itself.**

While Abercrombie & Fitch has had to make some major changes to its brand over the past few years, its sister brand Hollister has been doing relatively well.

Hollister is generally priced lower than Abercrombie and tends to support it similarly to how Old Navy supports Gap. It's meant to appeal to a younger crowd of shoppers and has a California-inspired theme. In the second quarter, comparable sales were up 2% at Abercrombie and 4% at Hollister, according to a company press release. It was the seventh consecutive quarter of growth for the Hollister brand.

In its August earnings call, the company discussed plans to open 22 new stores in 2018, 13 of which would be Hollister stores. Last year, it remodeled 35 Hollister stores. But according to Retail Dive, the company as a whole has closed 400 stores since 2010, and it may close as many as 60 this year.

Though Hollister hasn't vowed to make the same drastic changes its sister brand Abercrombie has, it has been quietly working on improving its stores and marketing strategy, Abercrombie & Fitch CEO Fran Horowitz said in the earnings call. Most recently, Hollister launched a campaign featuring Khalid and Noah Cyrus.

On a recent trip to a Hollister store in New York City, we noticed that many products bore a huge logo — a design feature that Abercrombie has been criticized for in the past.

Here's what else we found when we visited Hollister:

**We went to the Hollister store in Soho. Outside was a clearance sale sign advertising $29 hoodies and $20 jeans.**

Business Insider/Jessica Tyler

**Also in the entryway was a sign advertising Hollister's "click & collect" program, which allows customers to shop online and pick up in store.**

Business Insider/Jessica Tyler

**I noticed right away how many deals and promotions there were. Most things were on sale in some capacity. A sign advertised that if you spend $75 or more, you could get a free Hollister blanket.**

Business Insider/Jessica Tyler

**Even though Abercrombie stores have evolved to be brighter and quieter, Hollister was still pretty dark on the**

**inside, and the distinct smell of cologne still lingered. It didn't seem to have changed a ton in the past few years.**

Business Insider/Jessica Tyler

*Source: Business Insider*

**The employees at the store, though very helpful, were overwhelming. In each section of the store I walked towards, I was repeatedly asked if I needed help.**























Business Insider/Jessica Tyler

**The store is generally less expensive than its sister store Abercrombie. Everything cost $10-20 less than at Abercrombie, even though the products seemed to be very similar.**

Business Insider/Jessica Tyler

**There were $20 fleece sweatpants ...**

Business Insider/Jessica Tyler

**... $20 sweaters ...**

Business Insider/Jessica Tyler

**... and denim that was buy one, get one 50% off. There were a ton of different denim options organized by style and size.**

Business Insider/Jessica Tyler

**There was also a collection from a campaign with Noah Cyrus. The styles were very simple, and everything was pretty high-quality for the price.**

Business Insider/Jessica Tyler

**There were still some summer clothes on display, but they were in the back of the store.**

Business Insider/Jessica Tyler

**The store was divided up into smaller rooms. It seemed like there was another one around every corner. Some of the rooms had hoodies, some sold accessories, some held T-shirts — there was no obvious method to how it**

**was organized. But, within each room, everything was well-organized by size.**

Business Insider/Jessica Tyler

**The lower level of the store didn't seem to be selling anything drastically different from the upper level. It definitely got repetitive walking through the store.**

**Hollister was dimly lit, and most products still had a Hollister logo on them.** Business Insider/Jessica Tyler

**Logos were very common. About half of the products in the store had "Hollister" written in big letters across it, or they had a big logo on the front. Having too many logos was a common complaint from Abercrombie shoppers in the past.**

Business Insider/Jessica Tyler

**There were a few more sales downstairs ...**

Business Insider/Jessica Tyler

**... along with backpacks and other random accessories.**

Business Insider/Jessica Tyler

**About half of the lower level was a massive clearance section where most products cost under $20. There were a lot of deals throughout the store.**

Business Insider/Jessica Tyler

**All in all, Hollister had a lot of products that were similar to what is usually stocked in its sister store, Abercrombie, but at lower prices. It was a mostly pleasant shopping experience, and even though Hollister hasn't changed drastically, it is still likely Abercrombie's biggest strength.**

Business Insider/Jessica Tyler

KEEP READING

Premium ADVERTISING
How big brands like Poshmark and eBay are using TikTok to reach customers and boost sales, based on 100+ earnings calls

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 38**

similarweb

businessinsider.com VS. +

January 2022

## businessinsider.com

insider tells the global tech, finance, markets, media, healthcare, and strategy stories you want to know.

| | |
|---|---|
| Company | Business Insider, Inc. |
| Year Founded | 2007 |
| Employees | 501 - 1000 |
| HQ | United States, New York, New York |
| Annual Revenue | $100.0M - $200.0M |
| Industry | News and Media |

Connect this website

Global Rank #546 ▾ 8

Country Rank #197 ▾ 7 United States

Category Rank #18 News and Media (In United States)

| Total Visits | Bounce Rate | Pages per Visit | Avg Visit Duration |
|---|---|---|---|
| 90.9M | 75.76% | 2.16 | 00:01:03 |

### businessinsider.com Ranking

Website ranking helps evaluate the value of a business. Over the last three months, businessinsider.com's global ranking has increased from 572 to 546.

Global Rank | Country Rank In United States | Category Rank News and Media (In United States)

Overview Ranking Audience Competitors Marketing channels Outgoing links

similarweb

businessinsider.com VS.

1000
DEC
JAN
FEB

Competitors

| | |
|---|---|
| 544 | perfectgirls.net |
| 545 | app.link |
| 546 | businessinsider.com |
| 547 | uptodown.com |
| 548 | etoro.com |

See top websites →

### Traffic and Engagement

Reveal how well a website meets visitor expectations and captures their interest. businessinsider.com's traffic has decreased by 4.07% compared to last month. (On Desktop & Mobile, Worldwide)

**Traffic & Engagement Last Month**

Total Visits 90.9M

Last Month Change 4.07%

Avg Visit Duration 00:01:03

Bounce Rate 75.76%

Pages per Visit 2.16

Overview Ranking Audience Competitors Marketing channels Outgoing links

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 39**

FAMOUS LOGOS

The most famous logos and brands in the world

Home About Privacy Logo Design News

Logo 〉 Hollister Logo 〉

« Fallen Logo Hurley Logo »

## Hollister Logo

3 Jun 2010 | Famous Logos

The Hollister Company (or simply Hollister) is a popular American lifestyle brand owned by Abercrombie & Fitch Co. The company targets customers in the age group of 14 to 18 years. Its popularity is evident from the fact that it was ranked as the second most preferred teen clothing brand behind a long list of actual west coast companies in 2008 by US Bancorp Piper Jaffray. It focuses on one central theme for both dudes and bettys–the surfing lifestyle in South California. The Hollister style is casual and laid back. It is perfect for the young people who lead audacious and rugged lifestyles.

Hollister's story is based on a fictional character named John M. Hollister who is an adventurous young boy and he spent his youth practicing sports in the waters of Maine and later founded a merchant shop in Southern California in 1922, which he named after himself. The idea behind this story was to set the brand apart from others and help it gain instant recognition.

The company's first store was launched in July 2000 at the Easton Town Center in Columbus, Ohio.

### DESIGN ELEMENTS OF THE HOLLISTER LOGO:

The Hollister logo is an example of a good professional logo. It is designed very thoughtfully as it truly depicts the brand's identity and origin.

**Shape of the Hollister logo:**
The Hollister logo features a flying seagull which is usually associated with sea coasts.

**Color of the Hollister logo:**
The maroon color in the Hollister logo relates to joy, courage and strength which are the

Famous Logos

ABC Logo
Adidas Logo
Air Jordan Logo
Amazon Logo
American Express Logo
Apple Logo
Armani Logo
Atlanta Braves Logo
Audi Logo
Avaya Logo
Aviva Logo
AXA Logo
Axon Logo
Batman Logo
BBC Logo
Bluetooth Logo
BMW Logo
Boston Red Sox Logo
Burger King Logo
Carolina Panthers Logo
CBS Logo
Chevy Logo
Chivas Regal Logo
Cisco Logo
CISCO Logo
CNN Logo
Coca-Cola Logo
Copyright Logo
Dallas Cowboys Logo
DC Logo
Diners Club International Logo
Discovery Channel Logo
Disturbed Logo
Dogpile Logo
Dow Logo
Element Logo
Facebook Logo
Fallen Logo
Fargo Logo
FedEx Logo
Ferrari Logo
Fila Logo
Flash Logo
Ford Logo
Fox Racing Logo
Girl Scout Logo
GoDaddy Logo
Google Logo
Gucci Logo
Haribo Logo
Harley Davidson Logo

traits associated with the fictional character, John M. Hollister, created by Abercrombie & Fitch Co,.

**Font of the Hollister logo:**
Besides the flying seagull, the Hollister logo also comprises of the brand name itself and its origin so that customers just have to look at it and relate it with the interesting story of John M. Hollister. The font is simple yet gives an instant recognition to the brand.

### Leave a Reply

**Author** (required)

**Email** (will not be published)(required)

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

« Fallen Logo Hurley Logo »

Honda Logo
HP Logo
Hurley Logo
I Love NY Logo
IBM Logo
Intel Logo
Internet Explorer Logo
iOS Logo
Iron Maiden Logo
ISO Logo
Jaguar Logo
John Deere Logo
Kimberly-Clark Logo
Lakers Logo
Lamborghini Logo
Lucent Technologies Logo
MasterCard Logo
Mazda Logo
McAfee Logo
McDonald's Logo
Mercedes Logo
Metallica Logo
MGM Logo
Mitsubishi Motors Logo
Mobil Logo
Monster Energy Logo
NASCAR Logo
NBA Logo
New England Patriots Logo
New Orleans Saints Logo
New York Giants Logo
NFL Logo
Nike Logo
Nintendo Logo
NIVEA Logo
Nokia Logo
Nortel Logo
NTT Logo
NY-Yankees Logo
Oracle Logo
Pepsi Logo
Perrier Logo
Philadelphia Eagles Logo
Pink Floyd Logo
Playboy Logo
Premier League Logo
Puma Logo
Queen Logo
Recycle Logo
Rolls Royce Logo
Roxy Logo
Seattle Mariners Logo
Seattle Seahawks Logo
Shell Logo
Slipknot Logo
Sony Ericsson Logo
Spiderman Logo
Starbucks Logo
Steelers Logo
Sun Microsystems Logo
Superman Logo
The Gap Logo
The Rolling Stones Logo
Toyota Logo
TrackMania Logo
Trend Micro Logo
Twix Logo
Unilever Logo
UPS Logo
US Army Logo
USB Logo
Vans Logo
Virgin Logo
Volcom Logo

FAMOUS LOGOS

The most famous logos and brands in the world

Home About Privacy Logo Design News

About 〉

Ad removed. Details

## About

Thank you for visiting Famouslogos.org.

Famous Logos is a website dedicated to deliver some of the best news, reviews, and information related to the logo design industry. We have a brainy team of bloggers that keep Famous Logos skipping along.

Logo Design and Graphic design have evolved immensely in the past decade. Our goal is to keep you up to date on the most relevant logo design and graphic design news.

We realize there is a broad spectrum of beliefs and thoughts in the industry. Many of our readers are looking for a custom, high end logo. Many are searching for knowledge about the history and design of famous logos. Some visitors are looking for an inexpensive emblem to use for their new start-up business. Each visitor has unique motivation for being here and reading Famous Logos. We try our best to offer something to each that is unique to their needs. We strongly support the graphic design and logo design industries and work hard to highlight high end design firms as much as possible. With that said, some of our visitors are looking for a design contest or a large inexpensive online logo company. We do not endorse, nor condemn this part of the industry. We are here to offer a robust blog of thoughts from all aspects of the industry.

I am the Famous Logos administrator and would be happy to help you in any way possible. Famous Logos features reviews, news and articles from our team of avid logo designers and logo enthusiasts.

**Please contact us at admin@famouslogos.org for an questions or for ad ertising opportunities.**

Find imagery for any season
Search Now

Famous Logos

ABC Logo
Adidas Logo
Air Jordan Logo
Amazon Logo
American Express Logo
Apple Logo
Armani Logo
Atlanta Braves Logo
Audi Logo
Avaya Logo
Aviva Logo
AXA Logo
Axon Logo
Batman Logo
BBC Logo
Bluetooth Logo
BMW Logo
Boston Red Sox Logo
Burger King Logo
Carolina Panthers Logo
CBS Logo
Chevy Logo
Chivas Regal Logo
Cisco Logo
CISCO Logo
CNN Logo
Coca-Cola Logo
Copyright Logo
Dallas Cowboys Logo
DC Logo
Diners Club International Logo
Discovery Channel Logo
Disturbed Logo
Dogpile Logo
Dow Logo
Element Logo
Facebook Logo
Fallen Logo
Fargo Logo
FedEx Logo
Ferrari Logo
Fila Logo
Flash Logo
Ford Logo
Fox Racing Logo
Girl Scout Logo
GoDaddy Logo
Google Logo
Gucci Logo
Haribo Logo
Harley Davidson Logo

### Leave a Reply

**Author** (required)

**Email** (will not be published)(required)

Website

☐ Save my name, email, and website in this browser for the next time I comment.

Post Comment

Hollister Logo

Honda Logo
HP Logo
Hurley Logo
I Love NY Logo
IBM Logo
Intel Logo
Internet Explorer Logo
iOS Logo
Iron Maiden Logo
ISO Logo
Jaguar Logo
John Deere Logo
Kimberly-Clark Logo
Lakers Logo
Lamborghini Logo
Lucent Technologies Logo
MasterCard Logo
Mazda Logo
McAfee Logo
McDonald's Logo
Mercedes Logo
Metallica Logo
MGM Logo
Mitsubishi Motors Logo
Mobil Logo
Monster Energy Logo
NASCAR Logo
NBA Logo
New England Patriots Logo
New Orleans Saints Logo
New York Giants Logo
NFL Logo
Nike Logo
Nintendo Logo
NIVEA Logo
Nokia Logo
Nortel Logo
NTT Logo
NY-Yankees Logo
Oracle Logo
Pepsi Logo
Perrier Logo
Philadelphia Eagles Logo
Pink Floyd Logo
Playboy Logo
Premier League Logo
Puma Logo
Queen Logo
Recycle Logo
Rolls Royce Logo
Roxy Logo
Seattle Mariners Logo
Seattle Seahawks Logo
Shell Logo
Slipknot Logo
Sony Ericsson Logo
Spiderman Logo
Starbucks Logo
Steelers Logo
Sun Microsystems Logo
Superman Logo
The Gap Logo
The Rolling Stones Logo
Toyota Logo
TrackMania Logo
Trend Micro Logo
Twix Logo
Unilever Logo
UPS Logo
US Army Logo
USB Logo
Vans Logo
Virgin Logo

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 40**

















HOME MAIL NEWS FINANCE SPORTS ENTERTAINMENT LIFE SEARCH SHOPPING YAHOO PLUS MORE... yahoo!finance
Search for news, symbols or companies Sign in Mail
Finance Watchlists My Portfolio Cryptocurrencies Yahoo Finance Plus Screeners Markets News Personal Finance

U.S. markets closed

| S&P Futures | Dow Futures | Nasdaq Futures | Russell 2000 Futures | Crude Oil |
|---|---|---|---|---|
| 4,517.50 | 34,525.00 | 14,806.50 | 2,042.10 | 101.90 |
| -2.75 (-0.06%) | -25.00 (-0.07%) | -21.50 (-0.14%) | -0.80 (-0.04%) | -0.06 (-0.06%) |

BUSINESS INSIDER

# Abercrombie's laid-back little brother is dominating teen retail

Mallory Schlossberg
April 9, 2016

hollister model

(Hollister)

Hollister has been Abercrombie & Fitch's unsung hero.

The beachy California-themed teen brand has helped Abercrombie & Fitch's parent company reverse negative sales for the first time since 2012.

Designer Accesso
Tradesy

Quote Lookup

TRENDING
1. Oil Pares Declines as EU Avoids Sanctions on Russian Crude
2. Stocks, Bonds Drop as Hawkish Fed Dents Sentiment: Markets Wrap
3. GLOBAL MARKETS-Asian stocks skid, bond yields up after hawkish Fed comments
Second booster shields elderly from

succeeding while its parent company's namesake brand, Abercrombie, is trying to improve.

"We put the customer at the center of everything that we do today," Abercrombie & Fitch Co. President and Chief Merchandising Officer Fran Horowitz said during a recent store walk through at the Westfield Garden State Plaza in New Jersey.

- ADVERTISEMENT -

That's more important than ever, especially considering the ever increasing demands of Gen Z — the generation to which Hollister aims to cater.

First: The company retired its storefront porches for a more modern look, video screens.

Hollister

(Mallory Schlossberg/Business Insider)

Most noticeably, the remodeled stores open up the space, so that sales associates can see shoppers and focus on them, rather than just on their own appearances and how the stores look.

Hollister

(Mallory Schlossberg/Business Insider)

Horowitz conceded that before the remodeling, the stores were "difficult to shop."

"Before, someone could be in one of the rooms [and] we wouldn't even seem them ... in the stores."

The company is also filtering out incessant heavy promotions. Horowitz pointed out that the lower-priced, discounted items are still there, as they are important for the younger consumers in the store, but they might come back with their parents to buy something more expensive, like outerwear.

Hollister

(Mallory Schlossberg/Business Insider)

Hollister is also capitalizing on the ever important experience component of shopping. The retailer was the first to adopt a Snapchat geofilter, Horowotiz said. That way, teens can take photos of themselves in the dressing room and send the Snaps — complete with Hollister's continually changing geofilter — and send it to their friends.

"It's something that I think all retailers today are debating," Horowitz said. "You have an opportunity to shop online [but] there's also an experiential and social part of their lives that is still about ... going to the mall." And Gen Z is all about experiences.

These changes have been happening rapidly; Horowitz joined in October 2014.

Hollister reported a 4% increase in comparable sales for the fourth quarter of fiscal 2015, compared with a slight decline for Abercrombie's namesake brand.

Once these changes are implemented in more of Hollisters units, the company anticipates double-digit growth. (There are 414 Hollisters in the US, and 139 international stores as of the fourth quarter.)

But in the meantime, even though Hollister does sell looks as trendy as one might find at Zara, it has a reason for holding strong in an otherwise troubled time for malls and the apparel sector: It hasn't abandoned its target audience.

"Hollister is benefiting from a consistency of positioning in ... both in terms of target customer, lifestyle [and] life stage," Abercrombie & Fitch Chairman Arthur Martinez said to Business Insider last month, adding that the "product is designed for that customer in that place."

Its apparel indicates that, too.

Hollister

(Mallory Schlossberg/Business Insider)

Hollister also is free of Abercrombie & Fitch's troubled history.

"The Abercrombie brand itself carries with it, if you will some of the ... baggage that has befallen the entire company," Martinez said in March. "The brand as we go to market and the name of the corporation is the same and any short-falling of the corporation's performance [and] attitude ... translates to the brand."

And Hollister has big ambitions that go beyond merely succeeding.

Horowitz wants Hollister to be the "first brand [teens] think of."

"Our goal is to be the global high-school consumer brand."

NOW WATCH: Nike will release a 'Back to the Future' inspired self-lacing sneaker this year

**More From Business Insider**

- Hollister is making major changes that are saving parent company Abercrombie & Fitch
- Facebook is cracking down on clothing ads that consumers say are scams
- Victoria's Secret supermodel reveals her surprising diet

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 41**

similarweb

finance.yahoo.com VS.

January 2022

## finance.yahoo.com

at yahoo finance, you get free stock quotes, up-to-date news, portfolio management resources, international market data, social
Show more

| | |
|---|---|
| Company | - - |
| Year Founded | - - |
| Employees | - - |
| HQ | - - |
| Annual Revenue | - - |
| Industry | - - |

Connect this website

Global Rank #157 ▾ 1

Country Rank #72 ▾ 5 United States

Category Rank #6 News and Media (In United States)

| Total Visits | Bounce Rate | Pages per Visit | Avg Visit Duration |
|---|---|---|---|
| 243.2M | 50.58% | 4.51 | 00:06:08 |

### finance.yahoo.com Ranking

Website ranking helps evaluate the value of a business. Over the last three months, finance.yahoo.com's global ranking has decreased from 161 to 157.

Global Rank Country Rank Category Rank

similarweb

finance.yahoo.com VS.

250
NOV
DEC
JAN

Competitors

| | |
|---|---|
| 155 | amazon.fr |
| 156 | service.gov.uk |
| 157 | finance.yahoo.com |
| 158 | wellsfargo.com |
| 159 | foxnews.com |

See top websites →

### Traffic and Engagement

Reveal how well a website meets visitor expectations and captures their interest. finance.yahoo.com's traffic has decreased by 8.68% compared to last month.
(On Desktop & Mobile, Worldwide)

**Traffic & Engagement Last Month**

Total Visits
243.2M

Last Month Change
8.68% ▾

Avg Visit Duration
00:06:08

Bounce Rate
50.58%

similarweb

finance.yahoo.com VS.

Total Visits Last 3 Months

264.2M
266.3M
243.2M
NOV
DEC
JAN

### Geography & Country Targeting

Identify the geographic location of a site's core audience over the last month. The country sending the most traffic to finance.yahoo.com is United States.
(On Desktop)

Top Countries

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 42**

similarweb

starstyle.com VS.

February 2022

## starstyle.com

star style identifies the exact clothing that celebrities are seen wearing and shopping links to where you can

| | |
|---|---|
| Company | Star Styles |
| Year Founded | - - |
| Employees | 1 - 10 |
| HQ | United States |
| Annual Revenue | < $1.0M |
| Industry | Lifestyle > Fashion and Apparel |

Connect this website

Global Rank #218,742 ▾ 17562

Country Rank #93,774 ▾ 14809 United States

Category Rank #2,596 ▾ 397 Lifestyle > Fashion and Apparel (In United States)

| Total Visits | Bounce Rate | Pages per Visit | Avg Visit Duration |
|---|---|---|---|
| 215.3K | 57.24% | 2.86 | 00:01:45 |

### starstyle.com Ranking

Website ranking helps evaluate the value of a business. Over the last three months, starstyle.com's global ranking has increased from 222905 to 218742.

Global Rank Country Rank Category Rank

similarweb

starstyle.com VS.

62500
125000
DEC
JAN
FEB

Competitors

| | |
|---|---|
| 93772 | mydex.com |
| 93773 | makerdao.com |
| 93774 | starstyle.com |
| 93775 | firstib.com |
| 93776 | travelmadmum.com |

See top websites →

### Traffic and Engagement

Reveal how well a website meets visitor expectations and captures their interest. starstyle.com's traffic has increased by 11.23% compared to last month.
(On Desktop & Mobile, Worldwide)

**Traffic & Engagement Last Month**

Total Visits
215.3K

Last Month Change
11.23% ▴

Avg Visit Duration
00:01:45

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 43**

## United States TV audience demand for Home Before Dark

### Home Before Dark

2.9x

+16.4%

91.7%

100%

### Powering the content industry









4

5

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 44**

1

2

3

4

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Notice of Reliance**

**Exhibit 45**

1

https://www.imdb.com/title/tt3986586/awards/

2

https://www.imdb.com/title/tt3986586/awards/

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*

ESTTA Tracking number: **ESTTA1203369**

Filing date: **04/15/2022**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M. KAYSER<br>K&L GATES LLP<br>1601 K STREET, N.W.<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Testimony For Plaintiff |
| Filer's name | Susan M. Kayser |
| Filer's email | watrademarks@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 04/15/2022 |
| Attachments | Kramer Declaration - REDACTED.pdf(210271 bytes )<br>K Decl EX 01 - 18.pdf(2589166 bytes )<br>K Decl EX 19 - 22.pdf(5640355 bytes )<br>K Decl EX 23 - 27.pdf(2894324 bytes )<br>K Decl EX 28.pdf(2650037 bytes )<br>K Decl EX 29.pdf(3931266 bytes )<br>K Decl EX 30 - 40.pdf(3018331 bytes )<br>K Decl EX 41 - 44.pdf(1448189 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co., Opposer,

v.

Srinivasa Rao Gubbala, Applicant

Opposition No. 91255288

Application No. 88/555,046

Subject Mark: 

Published: December 17, 2019

**TESTIMONY DECLARATION OF J.J. KRAMER**

I, J.J. Kramer, declare as follows,

1. I am the Group Vice President & Associate General Counsel Legal – Intellectual Property for Abercrombie & Fitch Trading Co. and its related companies (collectively "A&F"). I have firsthand knowledge of the facts set forth below, or by virtue of my position am aware of, or have been made aware of through review of company records and documents kept in the ordinary course of business, the following matters:

2. The parent company of Abercrombie & Fitch Trading Co., Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers and retailers of high quality, casual apparel and accessories for men, women and children with an active, youthful lifestyle in the United States. Since 2000, Opposer's parent company and its predecessors in interest have manufactured and sold high-quality apparel and related accessories in the United States, through its Hollister Co. clothing brand. Since 2003 (nearly two decades), A&F has used its Hollister Bird Mark  on apparel in connection with its Hollister Co. clothing brand.

1

**A&F's Marks**

3. A&F uses the marks , , and  subject of Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454 (collectively the "Hollister Bird Marks") on apparel and accessories sold and marketed in connection with its Hollister Co. brand in the United States.

4. A&F has been using the Hollister Bird Mark, , in solid form (Reg. No. 4,091,084) in commerce in connection with the following goods since at least as early as August 8, 2003: Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; and Undergarments in International Class 25.

5. A&F has been using the Hollister Bird Mark, , in solid form (Reg. No. 4,384,092) in commerce in connection with retail clothing store services in International Class 35 since at least as early as February 2006.

**A&F's Sales**

6. From 2005 to 2021, A&F has sold over [redacted] dollars of products bearing the Hollister Bird Marks. Annual sales of products bearing the Hollister Bird Marks from 2005 through 2021 totaled over [redacted] dollars each year. These figures are taken from records kept in the ordinary course of a regularly conducted business activity, it is A&F's regular practice to make such records, the records were made by or from information transmitted by a person with knowledge, and such records were made at or near the time of the event.

7. Since at least as early as 2003, A&F has taken, organized, and archived photographs of all apparel and accessories offered for sale and sold through its www.hollisterco.com e-commerce website. These photographs are taken, organized, and archived by the year and

2

season in which the corresponding item was offered for sale. These photographs are taken, organized, and archived in the ordinary course of A&F's regularly conducted business activity, it is A&F's regular practice to make such records, these records were made by or from information transmitted by a person with knowledge, and such records were made at or near the time of the offering for sale. A sampling of true and correct images from A&F's internal business records showing apparel featuring the Hollister Bird Marks that A&F offered for sale and sold through its e-commerce website each year from 2003 to 2021 are attached as follows:

| | |
|---|---|
| 2003 | **Exhibit 1** |
| 2004 | **Exhibit 2** |
| 2005 | **Exhibit 3** |
| 2006 | **Exhibit 4** |
| 2007 | **Exhibit 5** |
| 2008 | **Exhibit 6** |
| 2009 | **Exhibit 7** |
| 2010 | **Exhibit 8** |
| 2011 | **Exhibit 9** |
| 2012 | **Exhibit 10** |
| 2013 | **Exhibit 11** |
| 2014 | **Exhibit 12** |
| 2015 | **Exhibit 13** |
| 2016 | **Exhibit 14** |
| 2017 | **Exhibit 15** |
| 2018 | **Exhibit 16** |
| 2019 | **Exhibit 17** |
| 2020 | **Exhibit 18** |
| 2021 | **Exhibit 19** |

8. A&F sells the following goods, among others, that bear the Hollister Bird Marks: belts, blouses, caps, hats, dresses, footwear, gloves, jackets, shorts, sweaters, sweatshirts, t-

3

shirts, shirts, skirts, undergarments, sleepwear, collared shirts, polo shirts, denim jackets, leather jackets, and vests.

9. From 2005 to 2021, A&F has sold over [redacted] products bearing the Hollister Bird Marks prominently on the items themselves, on an interior tag or hangtag affixed to the item, or on other product packaging/labeling. Rounded estimates of the annual number of products sold bearing the Hollister Bird Marks for each year from 2005 to 2021 are set forth below. Actual numbers exceed each of these rounded estimates. These rounded estimates are based on actual figures taken from records kept in the ordinary course of a regularly conducted business activity, it is A&F's regular practice to make such records, the records were made by or from information transmitted by a person with knowledge, and such records were made at or near the time of the event.

| | |
|---|---|
| 2005 | [redacted] |
| 2006 | [redacted] |
| 2007 | [redacted] |
| 2008 | [redacted] |
| 2009 | [redacted] |
| 2010 | [redacted] |
| 2011 | [redacted] |
| 2012 | [redacted] |
| 2013 | [redacted] |
| 2014 | [redacted] |
| 2015 | [redacted] |
| 2016 | [redacted] |
| 2017 | [redacted] |
| 2018 | [redacted] |
| 2019 | [redacted] |
| 2020 | [redacted] |

4

2021 [redacted]

10. A&F's website, www.hollisterco.com, prominently displays and offers for sale apparel bearing the Hollister Bird Marks. True and correct copies of sample pages from A&F's website showing how A&F uses and highlights the Hollister Bird Marks are attached as **Exhibit 20**.

11. The A&F website www.hollisterco.com received at least the below number of visits each year from 2005 through 2021. These figures are rounded estimates taken from actual figures in records that were kept in the ordinary course of a regularly conducted business activity, it is A&F's regular practice to make such records, the records were made by or from information transmitted by a person with knowledge, and such records were made at or near the time of the event. Actual numbers exceed these rounded estimates.

| | |
|---|---|
| 2005 | [redacted] |
| 2006 | [redacted] |
| 2007 | [redacted] |
| 2008 | [redacted] |
| 2009 | [redacted] |
| 2010 | [redacted] |
| 2011 | [redacted] |
| 2012 | [redacted] |
| 2013 | [redacted] |
| 2014 | [redacted] |
| 2015 | [redacted] |
| 2016* | [redacted] |
| 2017* | [redacted] |
| 2018* | [redacted] |
| 2019* | [redacted] |
| 2020* | [redacted] |

*Views include website, mobile, and mobile app

5























12. Apparel and accessories bearing the Hollister Bird Marks are prominently displayed and offered for sale in A&F's Hollister Co. retail stores in over 360 locations across the United States.

13. On many of A&F's products the Hollister Bird Marks are the only visible trademark when worn.

**Marketing and Promotion**

14. A&F has invested substantial sums in marketing and promotion of products bearing the Hollister Bird Marks. The total monetary amounts spent for marketing and promotion of the Hollister brand in the United States from 2015 through 2021, which includes products bearing the Hollister Bird Marks, exceeded [redacted] dollars. Below are rounded estimates for marketing and promotional spend in each year specified. The actual figures exceed each rounded estimate. These rounded estimates are based on actual figures taken from records that were kept in the ordinary course of a regularly conducted business activity, it is A&F's regular practice to make such records, the records were made by or from information transmitted by a person with knowledge, and such records were made at or near the time of the event.

| | |
|---|---|
| 2015 | [redacted] |
| 2016 | [redacted] |
| 2017 | [redacted] |
| 2018 | [redacted] |
| 2019 | [redacted] |
| 2020 | [redacted] |
| 2021 | [redacted] |

15. A&F actively promotes the Hollister Bird Marks through regularly sending promotional e-mails regarding products prominently bearing the Hollister Bird Marks.

16. As of March 2021, there were over [redacted] US and Canadian subscribers to the Hollister Co. e-mail distribution list. This figure was taken from records that were kept in the ordinary course of a regularly conducted business activity, it is A&F's regular practice to make such records, the records were made by or from information transmitted by a person with knowledge, and such records were made at or near the time of the event. **Exhibit 21** contains a sampling of true and correct copies of promotional e-mails sent to subscribers to the e-mail distribution lists that have featured goods bearing the Hollister Bird Marks.

17. A&F also actively promotes the Hollister Bird Marks through social media accounts including Facebook, Instagram, and Twitter. As of March 2022, the Hollister Co. Facebook Page Account had received over 12 million "likes" from Facebook users. **Exhibit 22** contains a sampling of true and correct copies of Facebook posts that have featured goods bearing the Hollister Bird Marks. As of March 2022, Hollister Co. Instagram Account had over 5 million followers. **Exhibit 23** contains a sampling of true and correct copies of Instagram posts that have featured goods bearing the Hollister Bird Marks. As of March 2022, Hollister Co. Twitter Account had over 665 thousand followers. **Exhibit 24** contains a sampling of true and correct copies of Twitter posts that have featured goods bearing the Hollister Bird Marks.

18. A&F also actively promotes the Hollister Bird Marks through limited series on YouTube called "This is Summer," under the YouTube channel operated by AwesomenessTV. As of March 2022, videos for the 24 episode series "This is Summer" had on average received more than six hundred thousand (600,000+) views from YouTube users. **Exhibit 25** contains a sampling of true and correct copies of screenshots from "This is Summer" series on YouTube that have featured goods bearing the Hollister Bird Marks.

19. A&F also actively promotes the Hollister Bird Marks through limited series on YouTube called "The Carpe Life" under the YouTube channel operated by AwesomenessTV. As of March 2022, videos for the 11 part series "The Carpe Life" had on average received more than one million (1,000,000+) views from YouTube users. **Exhibit 26** contains a sampling of true and correct copies of screenshots from "The Carpe Life" series on YouTube that have featured goods bearing the Hollister Bird Marks.

20. A&F also actively promotes the Hollister Bird Marks through limited series on YouTube called "The Carpe Challenge" under the YouTube channel operated by AwesomenessTV. As of March 2021, videos for the 21 episode series "The Carpe Challenge" had on average received more than two hundred thousand (200,000+) views, with many videos exceeding one million and two million (1,000,000 - 2,000,000) views from YouTube users. **Exhibit 27** contains a sampling of true and correct copies of screenshots from "The Carpe Challenge" series on YouTube that have featured goods bearing the Hollister Bird Marks.

21. A&F actively promotes the Hollister Bird Marks through partnerships with social media influencers, musicians, and celebrities such as TikTok influencers Charli D'Amelio (139 million followers) and Dixie D'Amelio (57.2 million followers), American engineer and TV star Bill Nye (4.9 million Facebook followers), musicians Khalid (7.4 million Instagram followers, and Noah Cyrus (6.1 million Instagram followers), and YouTube influencer Emma Chamberlin (15.3 million YouTube subscribers). **Exhibit 28** contains a sampling of internet articles discussing A&F's partnerships with these celebrities discussing their promotion of the Hollister Co. brand and goods bearing the Hollister Bird Marks.

22. A&F has promoted the Hollister Bird Marks through partnerships with various organizations that work with high school students such as High School Nation (The High

School Nation Tour is a creative arts festival that exclusively visits high school campuses and has reached over half a million students), Sit With Us (mobile application with over 100,000 users for connecting students), GLSEN (GLSEN programs and resources reach millions of students and educators in K-12 schools), and The Academy Group (creates and provides academic support, mentoring, and work opportunities for youth in the most resilient communities across the U.S.). A&F also promotes environmentally conscious initiatives through its partnership with ThredUP (online consignment and thrift store for clothing). **Exhibit 29** contains a sampling of internet articles discussing A&F's partnerships with these groups where the Hollister Bird Marks are prominently featured and representative examples.

23. A&F invested well over [redacted] dollars in 2021 in connection with supplies bearing the Hollister Bird Marks including packaging, tissue paper, boxes, and gift card holders. This figure was taken from records that were kept in the ordinary course of a regularly conducted business activity, it is A&F's regular practice to make such records, the records were made by or from information transmitted by a person with knowledge, and such records were made at or near the time of the event. **Exhibit 30** contains a sampling of webpage images with representative examples.

**Enforcement**

24. Given the popularity of the Hollister Bird Marks, A&F is vigilant in policing third party uses that could lead to consumer confusion as to the source of particular products and services or that could otherwise impair the trademark function of the Hollister Bird Marks. A&F regularly sends cease and desist letters to third parties regarding use and potential registration of marks that could lead to consumer confusion. Representative enforcement

efforts that resulted in companies agreeing to cease use of similar marks or to abandon applications for similar marks include the following:

- **Exhibit 31** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against Mosafer Inc.'s Application No. 88/350,105 to register , a mark similar to the Hollister Bird Marks, the judgment issued against Mosafer Inc., and a TSDR report reflecting the deletion of Class 25 from Mosafer Inc.'s application;
- **Exhibit 32** contains a true and correct copy of the Request for Extension of Time to Oppose filed by A&F against Hawk's Bay Collection Inc.'s Application No. 88/572,404 to register , a mark similar to the Hollister Bird Marks, the Request of Express Abandonment filed by Hawk's Bay Collection Inc., and a copy of the Notice Of Abandonment issued by the USPTO for Hawk's Bay Collection Inc.'s application;
- **Exhibit 33** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against Fairwinds Technologies LLC's Application No. 88/238,859 to register , a mark similar to the Hollister Bird Marks, the judgment issued against Fairwinds Technologies LLC., and a TSDR report reflecting the deletion of Class 25 from Fairwinds Technologies LLC's application;
- **Exhibit 34** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against MSME's Application No. 88/284,582 to register

, a mark similar to the Hollister Bird Marks, the judgment dismissing the Opposition against MSME after the Applicant filed an abandonment of its application, and a TSDR report reflecting the abandonment of the application;
- **Exhibit 35** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against A.M.N Intertrading Company Limited's Application No. 79/254,303 to register , a mark similar to the Hollister Bird Marks, the judgment sustaining the Opposition against A.M.N Intertrading Company Limited, and a TSDR report reflecting the abandonment of the application;
- **Exhibit 36** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against The Brighton and Hove Albion Football Club Limited's Application No. 79/218,752 to register , a mark similar to the Hollister Bird Marks, the judgment dismissing the Opposition against The Brighton and Hove Albion Football Club Limited after the Applicant filed an abandonment of its application, and a TSDR report reflecting the abandonment of the application;
- **Exhibit 37** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against Wilson Land's Application No. 88/103,373 to register , a mark similar to the Hollister Bird Marks, the judgment

sustaining the Opposition against Wilson Land, and a TSDR report reflecting the abandonment of the application;
- **Exhibit 38** contains a true and correct copy of the Request for Extension of Time to Oppose filed by A&F against AIDA Cruises' Application No. 79/225,781 to register , a mark similar to the Hollister Bird Marks, the Post Publication Amendment by AIDA Cruises' requesting the deletion of Class 25 from the application, and a TSDR report reflecting the deletion of Class 25 from the application;
- **Exhibit 39** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against Hangzhou Maiyang E-commerce Co., Ltd.'s Application No. 88/060,637 to register , a mark similar to the Hollister Bird Marks, the judgment sustaining the Opposition against Hangzhou Maiyang E-commerce Co., Ltd., and a TSDR report reflecting the abandonment of the application;
- **Exhibit 40** contains a true and correct copy of the Request for Extension of Time to Oppose filed by A&F against Adam Rubman's Application No. 87/464,692 to register , a mark similar to the Hollister Bird Marks, the Request of Express Abandonment filed by Adam Rubman, and a copy of the Notice Of Abandonment issued by the USPTO for Adam Rubman's application;

- **Exhibit 41** contains a true and correct copy of the Petition for Cancellation (without the exhibits) filed by A&F against Lele Inc.'s Registration No. 5,159,984 to register , a mark similar to the Hollister Bird Marks, the order granting the Cancellation against Lele Inc., and a TSDR report reflecting the cancellation of the registration;
- **Exhibit 42** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against Lele Inc.'s Application No. 87/126,195 for , a mark similar to the Hollister Bird Marks, the order sustaining the Opposition against Lele Inc., and a TSDR report reflecting the abandonment of the application;
- **Exhibit 43** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against Eddie Domani, LLC.'s Application No. 85/734,403 to register , a mark similar to the Hollister Bird Marks, the judgment sustaining the Opposition against Eddie Domani, LLC, and a TSDR report reflecting the abandonment of the application;
- **Exhibit 44** contains a true and correct copy of the Notice of Opposition (without the exhibits) filed by A&F against Kevin Barnett's Application No. 88,101,882 to register , a mark similar to the Hollister Marks, the judgment sustaining the Opposition against Kevin Barnett, and a TSDR report reflecting the abandonment of the application.

25. As a result of A&F's enforcement activities, A&F's use of the Hollister Bird Marks is exclusive and I am aware of no third parties using the Hollister Bird Marks or any confusingly similar mark in connection with related goods or services.

26. All of the foregoing sales, advertising, and publicity under the Hollister Bird Marks have resulted in extremely strong consumer recognition of the Hollister Bird Marks in the United States.

27. A&F has no business relationship with Applicant Srinivasa Rao Gubbala ("Srinivasa") and has never authorized Srinivasa or otherwise permitted Srinivasa to use or register the mark shown in U.S. Trademark Application No. 88/555,046 or any other mark similar to the Hollister Bird Marks.

28. If Srinivasa is permitted to obtain registration for the mark shown in U.S. Trademark Application No. 88/555,046, not only do I expect Srinivasa's use of the mark will confuse consumers as to the source and/or affiliation of its products, but also Srinivasa's use of the mark will devalue the Hollister Bird Marks and cause significant harm to A&F by diluting the distinctiveness of A&F's famous Hollister Bird Marks.

29. Because of the overwhelming success and appeal of the Hollister Bird Marks, and A&F's exclusive use of the Hollister Bird Marks in connection with the above-discussed goods and services, the Hollister Bird Marks have acquired enormous value and become extremely well known to the public and to the trade as identifying and distinguishing A&F exclusively and uniquely as the source of goods and services under the Hollister Bird Marks.

The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting

therefrom, declares that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

Respectfully submitted,

Abercrombie & Fitch Trading Co.

Executed: 4/14/2022

By: DocuSigned by: JJ Kramer
J.J. Kramer

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Declaration of J.J. Kramer has been served on counsel for Applicant, Srinivasa Rao Gubbala, on April 15, 2022, via email to:

lillian.khosravi.law@gmail.com
uspto@unitedlegalexperts.com
lillian@khosravilaw.com
gubbala.rao@gmail.com

/Susan M. Kayser/
Susan M. Kayser

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 1**

Hollister

*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*

Opposition No. 91255288

*Offering Party: Abercrombie &*
*Fitch Trading Co.*

**Kramer Declaration**
**Exhibit 2**









*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*

Opposition No. 91255288

*Offering Party: Abercrombie & Fitch*
*Trading Co.*

**Kramer Declaration**
**Exhibit 3**











*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*

Opposition No. 91255288

*Offering Party: Abercrombie & Fitch*
*Trading Co.*

**Kramer Declaration**
**Exhibit 4**















Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gubbala
Opposition No. 91253204
Offering Party: Abercrombie & Fitch
Trading Co.

Kramer Declaration
Exhibit 5











Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gubbala
Opposition No. 91253204
Offering Party: Abercrombie & Fitch
Trading Co.

Kramer Declaration
Exhibit 6











Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gubbala
Opposition No. 91253204
Offering Party: Abercrombie & Fitch
Trading Co.

Kramer Declaration
Exhibit 7











Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gubbala

Opposition No. 91251204

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**
**Exhibit 8**









Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gubbala

Opposition No. 91251204

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**
**Exhibit 9**













Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gubbala

Opposition No. 91253284

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**
**Exhibit 10**

  




Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gubbala

Opposition No. 91253284

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**
**Exhibit 11**





Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gubbala

Opposition No. 91253284

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**
**Exhibit 12**



 

*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*

Opposition No. 91253288

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**
**Exhibit 13**





*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*

Opposition No. 91253288

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**
**Exhibit 14**







*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*

Opposition No. 91253288

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**
**Exhibit 15**







*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*

Opposition No. 91253288

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**
**Exhibit 16**









Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gabbeta

Opposition No. 91251204

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration
Exhibit 17**







Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gabbeta

Opposition No. 91251204

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration
Exhibit 18**






Abercrombie & Fitch Trading Co. v.
Srinivasa Rao Gabbeta

Opposition No. 91251204

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration
Exhibit 19**













Abercrombie & Fitch Trading Co. v.
Interxxxx Kee Gubbala
Opposition No. 91251298

Offering Party: Abercrombie & Fitch
Trading Co.

**Kramer Declaration**

**Exhibit 20**















































*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 21**

11

12

13

| | |
|---|---|
| **From:** | Hollister |
| **To:** | promotional_emails |
| **Subject:** | "Amazing. 1000/10 recommend." |
| **Mail Received Date:** | 08/08/2020 07:50:45 AM |

1

2

3

| | |
|---|---|
| **From:** | Hollister |
| **To:** | promotional_emails |
| **Subject:** | "The fabric is amazing!" |
| **Mail Received Date:** | 07/09/2020 07:58:54 AM |

4

5

6

| | |
|---|---|
| **From:** | Hollister |
| **To:** | promotional_emails |
| **Subject:** | Introducing the Hollister Renew Capsule. |
| **Mail Received Date:** | 09/02/2020 02:45:17 AM |

7

8

9

| | |
|---|---|
| **From:** | Hollister |
| **To:** | promotional_emails |
| **Subject:** | The only tops you need, to be honest. |
| **Mail Received Date:** | 08/18/2020 07:36:24 AM |

10

11

12

HOLLISTER
WE ONLY SEND FUN EMAILS
STUFF WE'LL EMAIL YOU ABOUT

CAUSES WE'RE SUPPORTING
SWEET SAVES
EVERYONE HAS A HAPPY PLACE. FIND YOURS IN GILLY HICKS.

15% OFF
YOUR ENTIRE PURCHASE
CLUB CALI
THIS CLUB IS MONEY

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 22**

SPRING DAZE
Hollister Co.

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 23**

Instagram
hollisterco









*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**
**Exhibit 24**

1

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**
**Exhibit 25**

1

2

3

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**
**Exhibit 26**

1

2

3

4

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**
**Exhibit 27**








1

2

3

4

5

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 28**

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

COSMOPOLITAN subscribe SIGN IN

celebs style beauty lifestyle shopping

We may earn commission from links on this page, but we only recommend products we love. Promise.

## Exclusive: Charli and Dixie D'Amelio's New Job? Testing out Hollister Jeans

The two chat about this exciting new partnership, what it's like being in the limelight with your sister, and how their parents are better at TikTok.

by LAUREN ADHAV JUL 14, 2020

1

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

The D'Amelio sisters are TikTok's biggest stars (between them, they have 100 million followers), but more than Charli's enviable dance moves or Dixie's amazing voice (she has a new single out called "Be Happy"), the duo also has a cool, low-key sense of style. They've always been self-professed fans of Hollister jeans, and now, they're the faces (resident Jeaneaologists, to be specific) of the brand's Jean Lab back-to-school campaign.

The behind-the-scenes pics show them in cute cropped tees, sweatshirts, flannels, and, of course, all sorts of denim—from ultra-skinny to distressed straight-leg styles—and they'll be available to shop online July 16. ICYMI, it's been a hectic month for the two between shutting down exes and facing a potential ban of the app that made them so famous, but luckily, they had some time in their busy schedule to chat about this HUGE new partnership.

COSMO: HOW DID THIS COLLABORATION COME ABOUT?

more from cosmopolitan

The Best Looks From the 2022 Oscars

**Dixie:** We've worn Hollister pretty much all our lives, so when they came to us, we were so excited just because we had the opportunity to work with them.

2

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

I ALSO READ THAT YOU TESTED OUT THE JEANS WITH BILL NYE. WHAT WAS IT LIKE MEETING HIM?

**Charli:** Actually, for safety reasons, we couldn't shoot on the same day as other people, so we didn't get to meet him. But we got to wear little science coats and play with beakers, and it was so much fun because we were able to be Hollister Jeanealogists.

We got to test out all of the different ways that jeans might be a little bit difficult for people—like making sure the waist isn't too big when you're sitting down and that it really fits to your body.

AND DID YOU DO ANY DANCES AT ALL TO TEST THEM OUT?

**Charli:** Yeah, it was obviously super important. Especially for me, being a dancer, you always need to be able to move in whatever you wear. I was actually able to create a dance for the campaign, called the #MoreHappyDenimDance. And at the top of my list, I was able to do all my tricks and leg holds in the different jeans.

DO YOU HAVE A SPECIFIC MEMORY OF SHOPPING AT HOLLISTER?

**Dixie:** Last December, just when TikTok really started blowing up, so I wasn't as recognizable out in public that much yet—I went out to the mall in Wellington, Florida. I was in Hollister with my best friend and a fan came up and asked me for a picture.

5

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

It's such a small area, and I was like, *How do people know who I am?* That was one of the first times that happened to me, and it was in a Hollister.

6

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

I HEARD THAT YOU HAD DESIGNED SOME PIECES DROPPING LATER IN SEPTEMBER. WHAT WAS THAT PROCESS LIKE?

**Charli:** It was a little bit crazy, especially because I'm so indecisive. I was like, "I don't know what to pick!" They gave us so many options, and Dixie was even able to draw some designs for the sweatshirt I wanted. It's just so cool to see it really be personalized to us and make it exactly how we wanted it to look. When we got to see them in person, it really all came together. We got to pick the colors, the design, the fabric we wanted it on. It was really amazing.

DO YOU SEE YOURSELVES DOING YOUR OWN COLLECTION SOMETIME IN THE FUTURE?

**Dixie:** I would definitely love to. It was so fun, like, working with the design team and I enjoyed every part of working on that.

YOU TWO DEFINITELY HAVE THIS LAID-BACK WEST COAST STYLE—AND IT SEEMS LIKE IT'S BECOME HUGE ACROSS ALL OF TIKTOK.

7

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

8

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

**Charli:** I feel like with a lot of teens, they choose the more comfy route or jeans and a T-shirt. Those pieces are in everyone's wardrobe and they are super simple but make an outfit super cute. That's definitely my style.

I've been going to dance class every day all year for my entire life, so I never really knew how to wear anything besides leggings and a sports bra. Working with Hollister really helped me understand how I can make things work and try different styles of jeans. When I worked with them, it was the first time I really wore anything besides skinny jeans! Now I love the long jean style and the vintage-looking ones. That's what's so amazing about Hollister. They have all the styles fit for anyone, any body type, all sizes.

YOU GUYS ARE BICOASTAL. DOES THE BACK-AND-FORTH BETWEEN CT AND L.A. EVER FEEL OVERWHELMING?

**Charli:** I was a little bit nervous always feeling like I had to pack for long periods of time when I would be in California for a few weeks. But now that we have a place here and aren't living out of an Airbnb, it's really nice to be able to see my friends on the East Coast *and* the West Coast. We really love both places. Connecticut will always be our home, but obviously, we love California and the warm weather.

THERE HAVE BEEN HINTS OF A REALITY SHOW ABOUT YOUR FAMILY. ARE THERE ANY UPDATES ON THAT FRONT?

**Charli:** We definitely hope so, and there are some things in the works. I'm just excited for people to see more of our family dynamic—that's really what makes us who we are. We are super close as a family, so that's something I'd love to bring more light to and just have fun with it. That would be exciting, and I really hope it does happen.

9

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

3/28/22, 10:42 PM Exclusive: Charli & Dixie D'Amelio Announce Hollister Partnership

10

https://www.cosmopolitan.com/style-beauty/fashion/a33301465/charli-and-dixie-damelio-hollister-jeans-campaign-launch/?

















































TIKTOK IS ONE THING, BUT HAVING CAMERAS AROUND YOU ALL THE TIME IS SOMETHING ELSE ENTIRELY.

**Dixie:** I think there will be some moments when we will be a little nervous and getting used to it, but it's also so exciting knowing that people will get to know us and our personalities more.

HAS YOUR RELATIONSHIP CHANGED WITH YOUR FOLLOWER COUNTS? ARE YOU COMPETITIVE? MORE PROTECTIVE OF EACH OTHER?

**Charli:** Definitely protective of each other. I know Dixie will always be my older sister and she will always want everything to go right for me. We've never been competitive ever in our lives because we've always just been happy for one another whenever something good happens, so we've never had to worry about that.

YOU'RE QUARANTINED TOGETHER—HAVE YOU EVER GOTTEN TIRED OF EACH OTHER, LIKE IF SOMEONE WANTS TO DO A TIKTOK AND YOU'RE JUST LIKE, "NOT NOW, PLEASE!"?

**Charli:** With every relationship, I feel like there's always ups and downs, which is extremely normal. And I feel like we don't fight as much. The only thing we fight about is clothes because we're the same size, so we share a lot or steal from one another. That's something that we always get in arguments over, but we've gotten better at it.

COURTESY

DO YOU HAVE FAVORITE CLOTHES FROM THE OTHER PERSON THAT YOU LIKE TO STEAL OVER AND OVER AGAIN?

**Charli:** Oh, yeah. Sometimes, it'll be in her closet after a while and I'll be like, *It is what it is, she wears it more than I do.*

YOUR PARENTS ARE ALSO ON TIKTOK. HAVE YOU HAD TO TEACH THEM HOW TO USE IT?

**Charli:** My parents will always be like, "Oh, you should do this trend!" or they'll see someone make a dance and they're like, "This dance is so good, you should do it," so they're definitely helpful with finding new dances to do, which I really love.

**Dixie:** My dad comes to us all the time. He's like, "Why are you editing on this app? You need to edit on TikTok," and I'm like, "How do you know that?" But they're very good, and most of the time, they teach us.

*Interview has been edited and condensed for clarity.*

LAUREN ADHAV associate fashion editor
I'm Cosmopolitan's Associate Fashion Editor and write about any and all trends, major celeb fashion moments, and why wide-leg jeans are basically the best.

MORE FROM
style

TECHNOLOGY

# Emma Chamberlain Is the Most Important YouTuber Today

Teens are abandoning hyper-produced personalities for people who seem just like them.

By Taylor Lorenz

Emma Chamberlain

JULY 3, 2019 SHARE

**The most talked-about teen influencer in the world doesn't airbrush her photos.** She doesn't have a team of editors and photographers following her around and taking aspirational "plandids." In fact, she doesn't make her life seem very aspirational at all: In many of her videos, she looks like she just

rolled out of bed. Emma Chamberlain shuns makeup, sometimes skips a shower, and doesn't seem to care if she looks weird or if her camera is poised at an unflattering angle. While other YouTube stars—like Jake and Logan Paul, Bethany Mota, and Lele Pons—rely on hyper-produced, staged videos with bright thumbnails and clickbait titles, Chamberlain posts lo-fi vlogs using default fonts, clashing color schemes, and lowercase titles that never overpromise.

All of this has gained the 18-year-old some 8 million YouTube subscribers and 7.7 million Instagram followers in less than two years; her YouTube channel is one of the fastest growing in the U.S., according to the company. The analytics site SocialBlade estimates Chamberlain may be earning nearly $2 million in ad revenue on her YouTube videos alone. In the past year, she launched a podcast that promptly hit No. 1 on podcast charts in 50 countries, introduced a line of self-branded merchandise, and attended Paris Fashion Week, where she was seated in the front row at the Louis Vuitton show. "Her growth has been so fucking insane," says Mai Linh Nguyen, a producer and YouTube strategist who has worked for many top YouTubers.

Even if you haven't seen one of Chamberlain's videos, you've likely seen traces of her influence all over the internet. She's the closest thing to an overnight success YouTube has had in years, and represents a dramatic shift in what young audiences want from the platform and its top creators: videos that feel authentic.

Many modern YouTube stars first got big on other platforms, like Vine or Instagram, or appeared in collaborations with other, more famous stars, which built their audience over time. Chamberlain, on the other hand, is sui generis, which is surely part of her appeal. She started out editing cheerleading videos and dance routines with friends and posting them to Instagram before moving to YouTube; by all accounts, the platform wasn't a place to launch an entertainment career, but rather just another place to express herself, via low-production-value fashion videos and vlogs about daily tribulations of teenage life, like taking her driving test and why she needed a fidget spinner. Her first subscriber was her dad.

Most of Chamberlain's early videos netted about 1,000 viewers each, but on July 27, 2017, she uploaded a video that would change her life, a dollar-store "haul." "That was apparently a YouTube trend at the time, and it ended up working in my favor," she told *W* magazine last month. (Chamberlain wasn't available for an interview with *The Atlantic*). Haul videos were indeed cresting then, but most featured smiling beauty or fashion vloggers carefully displaying all the amazing products they'd purchased for the camera. Chamberlain's version was irreverent, weird, and slightly demented—a half-ironic, half-earnest cataloging of all the Frozen-themed Q-tips and fur-covered pens her allowance could buy. It got half a million views. After that, she began gaining tens of thousands of subscribers a month. Teen girls couldn't get enough.

RECOMMENDED READING

The Nasty Logistics of Returning Your Too-Small Pants
AMANDA MULL

The Case Against Grit
ASHLEY FETTERS

The New Puritans
ANNE APPLEBAUM

Aesthetically, Chamberlain's style is fast, jumpy, and very funny; she favors quick cuts, facial distortions, unaligned fonts, goofy music, and effects similar to the Superzoom feature on Instagram Stories. Throughout her vlogs she intersperses reaction shots of herself while she's editing, or old clips of herself, giving voice to what the audience might be

thinking as they watch. "She has stuff going on every four seconds," says Sara Dietschy, a YouTuber with more than half a million subscribers. "It makes it so that a 17-minute video seems like you just blinked."

"It's a very memey editing style," Nguyen says. She formerly worked as a videographer for Jake Paul, a job that included editing footage and photos for social media. "I'd take photos on a Monday night at 6 p.m., and they'd be ready to go at 10 p.m. that night to be posted that morning," she told me. "If [Chamberlain] is taking a photo at 4 p.m. on a Saturday, it's up five minutes later with no editing."

The shift away from hyper-posed, overedited content has been happening on Instagram for a while. But Chamberlain is credited with being the one who popularized it on YouTube, and her popularity growth is very much a reaction to the traditional influencer-style content that had become so pervasive before her. Chamberlain is relatable, her fans say: Unlike those *other* YouTubers living in mansions with perfect hair and expensive clothes, she's just an average teen. Sure, she lives in L.A. herself now and is undoubtedly a multimillionaire, but the point is, she doesn't *care*. She doesn't take herself so seriously.

"The thing that feels so notable is that [Chamberlain's videos] are the first generation of reaction against things that were established in this medium," says Kevin Allocca, the head of culture and trends at YouTube. "You have this creative counterculture that counters a culture we were just getting used to."

Fans call the style "slacker YouTube" or "relatable YouTube," and Chamberlain is no longer its only high-profile practitioner. Joana Ceddia, an 18-year-old

*The Atlantic* Sign In Subscribe

quirky videos of her life as an average teen. Others include Summer McKeen, Hannah Meloche, Hailey Sani, Ellie Thuman, and Haley Pham. "I've been on the platform for over 10 years," says Alisha Marie, a YouTuber with more than 8 million subscribers, "but I feel like there's this new wave."

The aesthetic has made its way to pop music too. The 17-year-old musician Billie Eilish has one of the best-selling records in the country right now, and an Instagram full of unposed photos of herself in baggy clothing. Ariana Grande recently put out a music video for her song Monopoly that features a Chamberlain-esque jumble of low-quality video, bouncing JPEGs, and sped-up sequences. Even brands are trying to trying to cash in: Chamberlain has now done ads for Curology, Hollister, and Audible.

It's a big shift for a platform that was, until recently, "a super-high-production place where you were buying these expensive tools to make your videos seem high value," Abby Adesanya, the head of talent and influencers for Bustle Digital Group told me. "If you look at beauty-vlogger videos, some of their most popular videos are 'what is my setup,' and you'll see these big-box lights, a DSLR camera. That's what YouTube was. Then Emma came along with her iPhone, laying in bed editing with food on her chest and was like, 'I'm not going to curate myself like that.' And people just loved it."

Making a video look casual, however, is still an enormous amount of work. Chamberlain reportedly spends 20 to 30 hours editing each video and does all the work herself. "I've cried multiple times after posting a video," she told *W*. "So much work goes into each video that I don't know how I'm still alive." Summer McKeen, a 20-year-old with more than 2.3 million subscribers on YouTube, also spends hours on each of her videos. "It's the same amount of work as the old way," she told me. "It's just a more casual feel to the video."

Of course, "relatable" is relative. In one video called "The Relatable White Girl Trend," a young black vlogger who goes by AsToldByKenya on YouTube skewers the style: "You have to be pretty; you have to be funny. You have to curse but not curse too much that you're seen as vulgar, but you still have to curse to be seen as relatable. You have to have cute outfits. Your outfits have to be from Urban Outfitters, honey … You have to be attractive to boys, but not actually come across like you're attractive to boys." In another video, titled "I Was a Relatable Youtuber for a Day! *cough* Emma Chamberlain," Don Bbw, a young black YouTuber, says, "I actually don't know what's relatable, because what's relatable to you might not be relatable to me," before joking that he "forgot the most relatable part of being a relatable YouTuber, having a pimple."

"I feel like that [Emma Chamberlain] aesthetic trend is definitely a suburban white girl trend," said Adesanya, adding that the look is something YouTubers of color mostly don't have access to. "These YouTubers of color, their whole vibe is received so differently than the Summers and the Hannahs and the Emmas." (Chamberlain has not been particularly outspoken about race, but did cut ties with a partner, Dote, after black influencers accused the clothing brand of segregating them from white influencers at the brand's Coachella house.)

While Chamberlain's particular style may not feel accessible to all, the broader shift toward messier, less filtered content is bigger than one star or one look. "Millennials are so curated, and Gen Z is very not," said Adesanya. "Millennials used social media as a highlight reel … Gen Z is like, 'Hey, this is what I'm doing right now, this is what I look like right now.'"

And for many young creators, Chamberlain's style is simply the default way to vlog. "I don't feel like I need to put on a different face or put on an act when I'm filming," said McKeen, who has been vlogging since she was 13. "I just feel like I'm hanging out with my friends. My camera is my friend. It's always been that way."

Taylor Lorenz is a former staff writer at *The Atlantic*.

Twitter

MOST POPULAR

ADVERTISEMENT

PROFILE 30 Under 30 - Social Media (2021)

# Emma Chamberlain

YouTuber | Los Angeles, California

Forbes
30

Chamberlain's distinctive editing style and comedic timing have turned her into one of YouTube's most influential stars. After growing up on the site's videos, she began making her own as a teenager, eventually growing popular enough to drop out of high school. She has 9.5 million subscribers and has been a spokesperson for brands like Hollister and Five Below. In the past year, she's launched a podcast, ?Anything Goes with Emma Chamberlain,? which reached hit No. 1 on Apple's podcast charts, as well as an eponymous coffee company.

ADVERTISEMENT

Forbes Lists

2021 30 Under 30 - Social Media

More on Forbes

billboard SUBSCRIBE

MUSIC NEWS 07/12/2018

# Khalid & Noah Cyrus On Being the New Faces for Hollister's Back-to-School Campaign: Exclusive

Khalid and Noah Cyrus are the new faces of Hollister Co.'s #CarpeNow campaign.

By Melinda Newman

Khalid and Noah Cyrus in Hollister's new #CarpeNow campaign.
Lowfield

Khalid and Noah Cyrus are the new faces of Hollister (https://www.billboard.com/t/hollister/) Co. s #CarpeNow campaign.

The global teen retail brand s back-to-school promotion kicks off Friday with the slogan Carpe the Out of Denim. The two emerging music stars will also be part of an anti-bullying initiative that begins in September, as well as Hollister s holiday

campaign that launches in October. Silence by Marshmello featuring Khalid and Team by Cyrus will be featured in the campaign.

Khalid and Noah are highly relatable to our teen audience and both talk openly about their passion for acceptance and inclusivity, a focus that ties to Hollister s value of celebrating the freedom to belong, Hollister VP of marketing Michael Scheiner told *Billboard*. Khalid and Noah bring strong followings and we see a lot of overlap among our combined fan base. Hollister s primary age demographic is 131-to-18, which overlaps with both Cyrus and Khalid s young audiences.

EXPLORE
SEE LATEST VIDEOS, CHARTS AND NEWS

(/artist/khalid)
Khalid (/artist/khalid)

(/artist/noah-cyrus)
Noah Cyrus (/artist/noah-cyrus)

Both Khalid, 20, and Cyrus, 18, grew up with Hollister clothing. Every kid in my high school or middle school had a pair of Hollister jeans and Hollister flannel, Khalid said My career has lit up so fast, unbelievable, and I was in high school two years ago, so what s super cool is in that little small town that I m from near Carthage, New York, there are going to be kids who probably know I lived there for a little bit of my life who are going to walk into Hollister and see my face and I hope that that inspires them.

Cyrus memories are a little closer to home: My brothers loved Hollister underwear, she said, adding that she is a big fan of the company s jeans. Their jeans are the only ones that fit me. I had trouble getting jeans when I was growing up. I had little skinny legs and this booty that came out of nowhere. I said, Just pay me in jeans.

Given that teens are digital natives, the campaign will live primarily online, as well as in Hollister s 540 stores globally. We look to connect with them whenever, wherever and however they choose to engage with our brand, Scheiner said. Our marketing efforts will predominantly be on Instagram, Facebook, Snapchat, YouTube and Spotify. On our owned channels, the campaigns can be seen globally through video and through in-store marketing in our 500-plus stores. Content will also be shared on our website, email, our social channels and our Hollister app.

Both Khalid and Cyrus are most enthusiastic about the anti-bullying campaign, for which Hollister will align with Sit With Us, an app that connects disenfranchised students with other kids to eat lunch together.

I ve definitely been a new kid and I ve not necessarily been pushed to the side, but treated as if Im of no importance because I was new. It was definitely hard for me not having a place to sit, Khalid told *Billboard*.

3/28/22, 10:48 PM Khalid & Noah Cyrus On Being the New Faces for Hollister s Back-to-School Campaign: Exclusive | Billboard Billboard

Cyrus wasn t physically bullied, but did get teased so much that she switched schools. I had some shitty kids in school say some stuff to me about my family or my last name, so my father or brother would sit with me at school even though we only had 45 kids, she says. Lunchtime is hard when you don t have a lot of friends.

Details of the Sit With Us affiliation are still being firmed up, but Khalid says he believes part of it will include his performing an acoustic set for some high school students.

The best part of shooting the campaign for Cyrus was I had to get all flirty with Khalid. I love him. He s like a big, snuggly bear. I hopped in his lap, she said. It was so fun. I loved getting cuddles from Khalid.

Khalid returned the compliment: I really love Noah and I love how she s not afraid to express herself in any terms. She s so bright and so much fun.

Hollister s 2016 back-to-school campaign featured Echosmith, while Charlie Puth was the face of the 2017 program.

billboard
Get weekly rundowns straight to your inbox
SUBSCRIBE

SPONSORED STORIES
Recommended by Outbrain

Protect Your Eyes From Blue Light
Zenni

Sunburn Memes That Remind Us All to Wear Sunblock
refinery29.com

How To Entirely Empty Your Bowels Each Morning (1 Min Routine)
Your Gut Reboot

This Game is So Beautiful. If You Have a Computer it's a Must-Have.

We are selling off our remaining magic metal windmills.

"Marchesa Notte Bridesmaids"
FARFETCH

27

https://www.billboard.com/music/music-news/khalid-noah-cyrus-hollisters-back-to-school-campaign-interviews-8465251/ 3/5

28

29

3/28/22, 10:53 PM Hollister Turns to TikTok for Back-to-School Denim Campaign Sourcing Journal

rivet

HOME > DENIM > BRANDS

# HOLLISTER TURNS TO TIKTOK FOR BACK-TO-SCHOOL CAMPAIGN FEATURING BILL NYE

BY LIZ WARREN JULY 21, 2020 5:00PM

30

https://sourcingjournal.com/denim/denim-brands/hollister-back-to-school-jeans-tik-tok-bill-nye-222268/ 1/3

3/28/22, 10:53 PM Hollister Turns to TikTok for Back-to-School Denim Campaign Sourcing Journal

CHARLI AND DIXIE D'AMELIO FOR HOLLISTER COURTESY

With the theme "Pain Points Persist," SJ's virtual Global Outlook Conference April 26th HKT | April 27th EDT will not only discuss the state of the industry ...forts and opportunities that will allow us to build a stronger and more resilient infrastructure.
BUY TICKETS

Teen apparel brand Hollister (https://sourcingjournal.com/tag/hollister/) is getting in the back-to-school spirit with a denim-focused digital campaign (https://sourcingjournal.com/tag/campaign/) full of stars from the past and present.

The campaign features science educator and '90s TV personality Bill Nye, along with TikTok (https://sourcingjournal.com/tag/tiktok/) stars and "jeanealogists" Charli and Dixie D'Amelio and Noah Pugliano, and shows them engaging in a series of "experiments" that demonstrate the science behind the brand's denim fits. The jeans, which were each tested and approved by Charli and Dixie, are immediately available in stores and online.

Denim in the women's collection features smoothing pockets, curvy fit styles and new soft stretch fabrics that mold to the wearer's form. The men's collection focuses on three variations of skinny jeans (skinny, super skinny and extreme skinny), as well as dad jeans, taper and slim straight. Prices start at $49.95.

The campaign will be featured across Hollister's social channels and in stores throughout the fall.

"The 'jeanealogy' experience was amazing for us because Hollister has always been one of our favorite brands," Charli and Dixie said in a joint statement. "We've been buying their denim for years and even borrowing each other's. We loved being able to perfect our favorite denim and share it with everyone else."

But no campaign featuring TikTok stars would be complete without a dancing component. As part of the partnership, the stars will launch a TikTok challenge based on Charli's choreography to celebrate the comfort of Hollister's denim. Using the hashtag "#MoreHappyDenimDance," users can share a clip of their moves and enter for a chance to virtually meet Charli and Dixie.

RIVET DAILY
Receive Our Daily Newsletter & Special Offers
SIGN UP

31

https://sourcingjournal.com/denim/denim-brands/hollister-back-to-school-jeans-tik-tok-bill-nye-222268/ 2/3

32

33

34

35

36

37

38

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 29**

4/8/22, 5:28 PM High School Nation | Facebook

**High School Nation**

@highschoolnation · Festival

Learn more

highschoolnation.com

Home Li e Sho s Abo t Photos More

Like Message

General

11,837 people like this

12,087 people follow this

Festival · Visual Arts

Additional contact info

http://www.HighSchoolNation.org/

mandi@highschoolnation.org

Send message

More info

Abo t

Keeping music and art alive, one school at a time!

Twitter: @hsntours
Instagram: @highschoolnation
Snapchat and Twitter: @hsntours

1

https://www.facebook.com/highschoolnation/about/?ref=page_internal 1/1

4/8/22, 5:27 PM High School Nation | Facebook

**High School Nation**

@highschoolnation · Festival

Learn more

Home Live Shows About Photos More

Albums

Cover photos

Profile pictures

Wekiva High School-Roland

All photos

2

https://www.facebook.com/highschoolnation/photos/?ref=page_internal 1/6

4/8/22, 5:27 PM High School Nation | Facebook

3

https://www.facebook.com/highschoolnation/photos/?ref=page_internal 2/6









































FASHION NETWORK

# Hollister launches anti-bullying campaign for back-to-school season

Fashion brand Hollister is focusing on eliminating bullying this back-to-school season, with a new partnership.

The teen label, which is a division of Abercrombie & Fitch Co., has teamed up with the organization DoSomething.org to launch 'Cancel Bullying,' a campaign designed to fight bullying with positivity.

The initiative encourages students to print off positive affirmation tear sheets and post them around their schools to help spread good vibes and counter negativity. Hollister will promote the campaign in its stores and donate the proceeds of a special, limited-edition collection to DoSomething.org, up to the amount of $25,000. It is also working with the organization High School Nation (HSN), whose 'Lunch Series' tour, designed to encourage students to take action against bullying, will head to 50 schools in the US.
Hollister shoppers in the US will be given the option of pitching in for the cause by rounding up their in-store purchases to support DoSomething.org and its anti-bullying campaigns.

"We are passionate about this cause; it aligns with our mission to celebrate individuality, and to unconditionally support each other," said Michael Scheiner, SVP of Marketing at Hollister, in a statement. "We're committed to helping promote positive affirmations to create safe spaces in schools. We know our Gen Z customer is naturally inclined to taking action, so we're excited to partner with DoSomething, and together, encourage students to spread positivity."

Copyright © 2022 AFP-Relaxnews. All rights reserved.

HOURLY NEWS Maine Public LISTEN LIVE On Air Now PLAYLIST

npr maine public DONATE

TECHNOLOGY

## Teen Creates 'Sit With Us' App For Bullied Kids

September 9, 2016 · 4:31 PM ET
Heard on All Things Considered

3-Minute Listen PLAYLIST Download Transcript

You know when you're at a cafeteria, you've got your lunch and then you just don't know where to sit? You don't want to sit alone, but you also don't know who would be friendly and let you sit with them. Sixteen-year-old Natalie Hampton has been there. She's an 11th grader from Sherman Oaks, Calif., and the creator of a new app called Sit With Us.

AUDIE CORNISH, HOST:

You know when you're at a cafeteria and you've got your lunch, and then you just don't know where to sit? You don't want to sit alone, but you also don't know who would be friendly, who might let you sit with them. Well, 16-year-old Natalie Hampton has been there. She's an 11th grader from Sherman Oaks, Calif., and now the creator of a new app called Sit With Us. Natalie Hampton joins us now. Hey there, Natalie.

NATALIE HAMPTON: Hi.

CORNISH: So this is a great idea, but I understand it kind of comes from a sad place, right? I mean, essentially because you had a pretty lonely experience at lunchtime.

HAMPTON: Yeah, I did. At my old school, I was completely ostracized by all of my classmates, and so I had to eat lunch alone every day. When you walk into the lunchroom and you see all the tables of everyone sitting there and you know that going up to them would only end in rejection, you feel extremely alone and extremely isolated, and your stomach drops. And you are searching for a place to eat, but you know that if you sit by yourself, there'll be so much embarrassment that comes with it

because people will know and they'll see you as the girl who has nowhere to sit. So there's so many awful feelings that come along with it.

CORNISH: You eventually changed schools, and you did make friends in this new school, but it sounds like you couldn't shake that feeling, right, that experience.

HAMPTON: Well, I felt that if I was thriving in a new school but didn't do anything about the people who feel like this every single day, then I'm just as bad as the people who watched me eat alone. I felt like, with my story, it was my job to stand up and do something about all the kids who feel like this every day. And I wanted to create something that would address bullying, but in a positive way.

CORNISH: So you get this idea for an app, and how did you want it to work?

HAMPTON: The way that it works is it's a free lunch-planning app where kids can find lunch tables if they feel like they have nowhere to go. Pretty much, kids can sign up as ambassadors for a Sit With Us club and agree to post open lunches so that anyone who has the app and has nowhere to go can find a table and hopefully make some new friends.

CORNISH: Now, it seems like the kind of kid who would do that would be the kind of person you could walk up to and say, hey, can I sit with you, so why have an app? Why not the low-tech version, which is just ask to sit down?

HAMPTON: Because the way it was at my old school, I tried many times to reach out to someone, but I was rejected on many times. And you feel like you're labeling yourself as an outcast when you ask to join a table with someone you don't know. This way it's very private. It's through the phone. No one else has to know. And you know that you're not going to be rejected once you get to the table.

CORNISH: So your app launched this week. Have you had a chance to see the app in action just yet?

HAMPTON: So far, the results have been very, very positive. I had my first club meeting the other day, and everyone was very excited. And people are already posting open lunches at my school. So I'm very excited that things are already kicking off with a great start.

CORNISH: Well, Natalie Hampton, thank you so much for speaking with us.

HAMPTON: Thank you so much for having me.

CORNISH: Natalie Hampton - her app is called Sit With Us. She's 16 years old from Sherman Oaks, Calif.

*Copyright © 2016 NPR. All rights reserved. Visit our website terms of use and permissions pages at www.npr.org for further information.*

*NPR transcripts are created on a rush deadline by an NPR contractor. This text may not be in its final form and may be updated or revised in the future. Accuracy and availability may vary. The authoritative record of NPR's programming is the audio record.*

Sign Up For Breaking News Alerts

Stay on top of the latest stories and developments, sent when news breaks.

What's your email? SUBSCRIBE

By subscribing, you agree to NPR's terms of use and privacy policy. NPR may share your name and email address with your NPR station. See Details. This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

More Stories From NPR

TECHNOLOGY

JustJared Jr. MAIN ABOUT US ADVERTISING FAQ JUST JARED E-mail tips@justjaredjr.com

MUSIC FASHION TV MOVIES BOOKS EXCLUSIVES

Noah Beck Books His First Movie Role & It's a Lead - Get the Scoop!
You Have to See What Cole Sprouse Has Said About 'Riverdale'
Who Stars In the New Series 'The Fairly OddParents: Fairly Odder'? Meet The Cast Here!
These Marvel Stars Are Reuniting For a New Movie

Older Newer

TUE, 16 OCTOBER 2018 AT 11:48 AM Tweet Like Share 0

## Khalid Attends Hollister x Sit With Us Anti-Bullying Event at a California High School!

Khalid is bringing the love!

The 20-year-old star both attended and performed at the ***Hollister x Sit With Us*** event, which was hosted at John Burroughs High School on Monday (October 15) in Burbank, Calif.

PHOTOS: Check out the latest pics of Khalid

The program is a collaboration between Hollister and 18-year-old **Natalie Hampton** s antibullying app, Sit With Us, which helps students find allies and lunch buddies at school

Since 2013, *Hollister* has raised and donated slightly over $1.7 million to local, national and global organizations that support antibullying efforts, and awarded scholarships to 50 students who have overcome bullying in their lives.

Thank you so much for an inspiring afternoon❤️ @sit.with.us @hollisterco, he wrote on his Instagram after the event.

Top Celebs

Selena Gomez
Vanessa Hudgens
One Direction
Miley Cyrus
Demi Lovato
Zac Efron
Justin Bieber
Ashley Tisdale
Zendaya

ARTS

## Khalid On Going Back To School To Help Kids Being Bullied

**Steve Baltin** Senior Contributor
*I write about music and the business of music.*
Follow

Oct 19, 2018, 12:22pm EDT

BURBANK, CA - OCTOBER 15: Khalid performs onstage at the Hollister x Khalid Performance at John... [+]

Our school assemblies were never like this. It's a Monday afternoon in Burbank, California and the first of two groups of 1500 high school students at John Burroughs High School have been ushered into the auditorium for a school assembly. Little do the kids know that after a brief intro by L.A. hip-hop station Power 106 and Natalie Hampton, the teen creator of the very impressive app, Sit With Us, created to help kids find safe havens for lunch so they have people to sit with, Grammy-nominated Khalid will take the stage for four songs.

When he is introduced to the unassuming students there are BTS-esque shrieks and every song is punctuated with multiple "I love you, Khalid," from the grateful students.

It is a special day, made more so by the message that brought Khalid to the school, namely to do everything he can to help stamp out bullying. "Kids are my focus," he says proudly when we speak before he stage, pointing out he was bullied.

That made him the perfect spokesperson to team with Sit With Us and fashion brand Hollister, who he has joined forces with on a new collection, in part brought together by music power player Marcie Allen and her company MAC Presents as well as his agent, Cara Lewis and his manager, Courtney Stewart.

"Khalid is a very honest, well-spoken artist our consumers looks up to," Michael Scheiner, VP and Head Of Marketing for Hollister tells me. "And that was really a big part of what attracted us to work with him. Specific to the bullying campaign, as we got to know him, he was bullied as a younger guy and so for us it was the perfect connection. Our customers can relate to him, our customers looks up to him as someone who can inspire them. We're focused on being inclusive and really making change and in speaking with him we felt like it was the perfect partnership."

Before his performance I spoke with Khalid in the greenroom about his high school experiences, why his new EP, *Suncity*, is a different direction for him, and being told in high school he would never made it in music.

**Steve Baltin: Where did you go to high school?**

Khalid: Multiple places. I lived in Northern New York for four years actually. I went there for three out of my four years of high school, then I moved to El Paso, Texas, graduated there.

**Baltin: How did you come together with this high school?**

Khalid: For us, it's really more about the Sit With Us campaign and that's something I'm a big advocate for. I've been bullied before and I've seen things I wish I would've spoken up on when I was younger. That's what you acknowledge when you grow up. I feel like we've all been in that situation where we've grown up and we wish that we would've spoken up when we had the chance. So luckily I have this beautiful platform, I've gained so many amazing fans who are around high school age and older and I just feel it's necessary.

**Baltin: The ability to speak up also gets stronger and easier as you get older and get more comfortable in life. So what do you say to kids who are not yet ready to speak up?**

Khalid: It comes with age and comes from who you surround yourself with. High school is a discovery period, you get your trial and error of how many friends you want, who you think you're gonna surround yourself with after high school. And I feel like when it comes down to being an advocate and speaking up for bullying, a lot of people are afraid of what other people are gonna think about them. And it comes down to the situation where it's like, "Why care too much about what other people are gonna think about you defending someone who needs to be defended?"

**Baltin: But when you are younger it's such a myopic world. So talk about how important it is to make people understand you were bullied and then you went to the Grammys. You are proof things can change.**

Khalid: I go on these long car rides and sometimes I find myself dazing out of my window and I look in someone else's car and I try to create a story of their life and everything they've gone through. We all do it sometimes. But no one really knows what someone else is going through other than yourself. So when it comes down to bullying, you see someone getting bullied, no one really knows what's happening to that person who's being bullied at home, at their work circumstances or whatever they're going through in school. No one really knows what's happening with that person and I feel like since a lot of people don't know a lot of people forget to care. But it's necessary, you should care. You should care about everyone that you're meeting, you should care about how you surround yourself, or how you portray yourself to everyone that you're meeting. That's something I learned. Now I just move on with a smile on my face because I think my one smile could brighten someone's day because they've had a terrible day. Today I had a really bad morning. I spilled my tea all over my phone, my

bank account got locked and I had to unlock my bank account. I had so much I had to do. But my assistant comes into my house with a smile on her face, I'm like, "Okay." I feel like that's something that kids may understand, but they don't grasp the importance of it cause at least I didn't grasp the importance of being nice.

**Baltin: As terrible a morning as you had I am sure it's made much better by coming here. It is a great feeling to get to give back and talk to kids.**

Khalid: It's so rewarding. I love kids, I was just a kid last year (laughs). So for me to have this platform, I could have done anything else, but I told everybody my focus is kids. Everybody on my team knows I love kids because I was that kid who sat in my assembly meeting and listened to a teacher tell me that my dream was too far from reach and that I should settle, get a job, be content with that and keep it as a hobby, keep my voice as a hobby, keep singing as a hobby. I didn't think that was right and I remember, I was a sophomore in high school, and those words pierced through my brain. For the rest of my life I'm always gonna remember that. If we are that impressionable as people where someone can say one phrase to you that can stick with you for the rest of your life, why not let that phrase be a good phrase and be a phrase for courage and be a phrase for inspiration?

**Baltin: Who would have been the musician you would've wanted to come speak to you in high school?**

Khalid: Ooh, that's so tricky. Now I'm taking myself back to my sophomore year of high school, who I loved. I loved Frank Ocean a lot, I still do, so that would've been crazy. Me being a sophomore is what, 2014? Not that long ago, so I'm thinking of who was making music. Everybody making music now was making music then. But yeah definitely Frank Ocean.

**Baltin: Who are the artists you admire for the way they've mixed different things with their music, whether it's activism or other business ventures like fashion?**

Khalid: Someone who I really admire for being completely themselves in this industry is Alessia Cara. I love what her music is about and I love what it stands for. I love her as a person, I think she's a huge advocate and she's so successful because of that, because she stays true to herself. There are so many other artists; I love Kendrick Lamar, I think he does a great job of utilizing his platform to spread messages that he believes in, that he talks to, especially that involve his community, he's someone I look up to a lot. J Cole

as well. J Cole is so awesome, his storytelling is crazy and he can put you int he shoes sometimes you live beside and don't even acknowledge. So I think those are three standouts I can think of right now.

**Baltin: Talk about the fashion line, how you hooked up with Hollister and how much the music and fashion creatively fuel each other.**

Khalid: It's so cool. One, it's something I never would have imagined years ago that I would be here in this position where I would have the ability to create something that I would wear, that I want to wear, that I like to wear, that my friends are wearing. It's cool, I see my friends wearing me all the time. I look, I think, "That's cool, I did that. That's really cool." But it's also super cool because partnering with Hollister, especially for their key demographic is high school kids. I can remember when I was a freshman in high school, I wanted to work at Hollister so bad, but I didn't have a car, I couldn't drive, I literally didn't get a car until I graduated high school, so I never had a job in high school. And Hollister was always one I wanted. All the cool kids in high school worked at Hollister. And I was like, "Oh, I want to work there so much." It's crazy cause a lot of the kids who worked at Hollister when I was...cause it's only two, three years ago, still work at Hollister and they send me pictures of the wall with my face on it. This is a complete full circle. They're sending me pictures and say, "The clothes you picked are the only ones I want to wear right now." I just think that's so cool.

**Baltin: What are some songs that speak to you as a songwriter?**

Khalid: I love Father John Misty, any of his songs are great. I love James Blake, "Retrograde," that's someone who I looked to before I started making my own music. Also, Sam Smith "Stay With Me" is a song that kind of changed my perception. I actually wrote one of my first songs after listening to "Stay With Me." And when I was a junior in high school and literally my last recital before I moved to Texas I sang that with my friend, who played piano behind me. I sang it and I cried because I was thinking, "Wow, I suddenly have to leave everything that I built myself up to." I didn't know what my life was gonna be like. I didn't really have high hopes for it. Then I moved and that changed my life for the better.

**Baltin: What do you want to add?**

Khalid: There's an EP I'm releasing that I'm so stoked about. I feel like it's definitely a change of sound and pace for me. And I'm nervous about it, but hopefully it's gonna be cool. It's called *Suncity*. It's really the start of a new era for myself.

GLSEN
RESPECT EVERYWHERE
respect
MONDAY, MAY 18
TUESDAY, MAY 19

WEDNESDAY, MAY 20
THURSDAY, MAY 21
FRIDAY, MAY 22
SENIOR PARTNERS
HOLLISTER
Jim Parsons & Todd Spiewak

JUNIOR PARTNERS
Michel Mercure & David Dechman
Ryan Pedlow & Cameron Kessel
WELLS FARGO
SOPHOMORE PARTNERS
FRESHMAN PARTNERS
Bloomberg Philanthropies
COMCAST NBCUNIVERSAL
Goldman Sachs
CREDIT SUISSE
Michael Manthei & Benjamin Manthei
Jon Stryker & Slobodan Randjelovic
MEDIA PARTNERS
Entertainment
People

GLSEN
2017 GLSEN Respect Awards Raises 1.2M
Carla Gugino, Ann Clark, Ryan Pedlow, Roland Pard Elementary/Middle School & First Data Honored At 2017 GLSEN Respect Awards - NEW YORK

20

21

22

23

24

25

26

27

28

29

30

31

32

33

34

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 30**









3/30/22, 11:04 PM Hollister - Mail a Gift Card

## GIFT CARDS

Select Gift Card Design

Gift Card Amount

Select Amount ($25 to $200)

Who is this gift for?

Recipient's Name

Personal Message

Message

Who is this gift from?

Name

Your Email

ADD TO BAG

1

https://giftcards.hollisterco.com/gifter/1?culture=en-us&callbackUrl=https%3A%2F%2Fwww.hollisterco.com%2Fshop%2FEGifterOrderItemAdd%3Fsto... 1/1

3/30/22, 11:06 PM Hollister | Party Supplies | New Hollister California Medium Sized Gift Box | Poshmark

POSHMARK

New Hollister California Medium Sized Gift Box

Hollister

$9 ~~$0~~

Buy Now

Buy now with PayPal

OTHER PARTY SUPPLIES YOU MAY LIKE

TRENDING NOW

ABOUT THE SELLER

2

https://poshmark.com/listing/New-Hollister-California-Medium-Sized-Gift-Box-6135e5d4b5125636e502f13b#utm_source=gdm_unpaid 1/2

3/30/22, 11:06 PM Hollister | Party Supplies | New Hollister California Medium Sized Gift Box | Poshmark

POSHMARK

SHOP CATEGORIES | POPULAR BRANDS | COMPANY | BUY AND SELL ON APP

3

https://poshmark.com/listing/New-Hollister-California-Medium-Sized-Gift-Box-6135e5d4b5125636e502f13b#utm_source=gdm_unpaid 2/2

3/30/22, 11:10 PM Hollister - Mail a Gift Card

## GIFT CARDS

Select Gift Card Design

Gift Card Amount

Select Amount ($25 to $200)

Who is this gift for?

Recipient's Name

Personal Message

Message

Who is this gift from?

Name

Your Email

ADD TO BAG

4

https://giftcards.hollisterco.com/gifter/1?culture=en-us&callbackUrl=https%3A%2F%2Fwww.hollisterco.com%2Fshop%2FEGifterOrderItemAdd%3Fsto... 1/1

3/25/2021 Hollister Navy Betty Knit Hat and Infinity Set Scarf/Wrap - Tradesy

TRADESY Log In

Search "Louis Vuitton Totes"

Join our email list to get $50 off your very first purchase when you spend $400+.

Email Address Join

Shop / Accessories / Scarves & Wraps / Hollister Scarves & Wraps

**Hollister**

Navy Betty Knit Hat and Infinity Set Scarf/Wrap

Item #: 5284513

Today only! EVERYTHING is an extra **10% off** sitewide with code: **PERFECT10**

Maximum discount of $200. Cannot be combined with other offers.

**Sold For: $26.49** Shipping Included

Est. Retail Price: $49.50

Waitlist

5

https://www.tradesy.com/i/hollister-navy-betty-knit-hat-and-infinity-set-scarfwrap/5284513/ 1/7

3/25/2021 Shopping bags – J.THEISS

J. Theiss

6

jtheiss.com/project/hollister-shopping-bags 3/5

3/25/2021 Shopping bags – J.THEISS

J. Theiss

7

jtheiss.com/project/hollister-shopping-bags 4/5

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 31**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| Abercrombie & Fitch Trading Co., Opposer, | Opposition No. __________ |
| | Application Nos.: 88/350,105 |
| v. | Subject Mark: |
| Mosafer, Inc. | Published: July 16, 2019 |
| Applicant. | |

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, Mosafer, Inc. ("Applicant") is a Delaware corporation with an address of 24 West 57th Street, New York, NY 10019, and owner of Application No. 88/350,105 (the "Application").

Opposer believes that it is or will be damaged by registration of the Applications and hereby opposes registration of same.

The Application was filed for registration on the Principal Register on March 21, 2019 for use in connection with, among other things, retail store services featuring travel accessories in Class 35, and leather shoes in Class 25. The Application was published for opposition on July 16, 2019. An extension of time to oppose the Application was timely sought by Opposer and duly granted.

As grounds for the Opposition, it is alleged that:

1

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers, and retailers of high quality casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer, Abercrombie & Fitch Trading Co., is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous US registrations for the A&F Bird Design Marks:

| MARK | REG. NO./ APP. NO. | REG. DATE/ APP. DATE | GOODS | FIRST USE DATE |
|---|---|---|---|---|
| | Reg: 3745498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 4022932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | Reg: 3745497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 3855891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | Reg: 4091084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 08-AUG-2003 |
| | Reg: 5,546,031 | 21-AUG-2018 | 25 – Bottoms as clothing; Coats; Headwear; Hoodies; Jackets; Sleepwear; Sweat shorts; Swimwear; Tops as clothing. | 10-DEC-2015 |
| | Reg: 5,680,548 | 19-FEB-2019 | 25 – Swimwear | 04-DEC-2017 |

2

| | | | | |
|---|---|---|---|---|
| | Reg: 3588412 | 10-MAR-2009 | 35 – On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags | 12-OCT-2006 |
| | Reg: 4384092 | 13-AUG-2013 | 35 – Retail clothing store services | 00-FEB-2006 |
| | Reg: 3592454 | 17-MAR-2009 | 35 – On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail stores featuring personal care products, clothing, jewelry, and bags | 12-OCT-2006 |

4. In accordance with § 5 of the Federal Trademark Act, all use of the A&F Bird Design Marks by Opposer's affiliated and related companies, as alleged herein, inures to the benefit of Opposer.

5. All of Opposer's registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use these marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

6. Opposer's registrations for eight of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

7. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under A&F Bird Design Marks. Opposer and its predecessors in interest have also used the A&F Bird Design Marks for retail store services featuring those products in International Class 35, as detailed in the chart above.

3

8. Opposer's use of the A&F Bird Design Marks has been valid and continuous since at least as early as each of the respective dates of first use and has not been abandoned.

9. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on its mobile app, on its various social media platforms, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

10. Opposer's clothing and other products, including but not limited to footwear, bags, and accessories, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

11. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer. Consequently, Opposer has established valuable goodwill and exclusive rights in the registered A&F Bird Design Marks.

12. Applicant is the owner of U.S. Application No. 88/350,105, which was filed on March 21, 2019 under § 1(b) of the Trademark Act, for a mark comprising a bird design with outstretched wings (hereinafter, "Mosafer Bird Design Mark") for leather shoes in International Class 25, and on-line retail store services featuring luggage and travel accessories, and retail consignment stores featuring luggage and travel accessories in International Class 35.

13. Opposer's A&F Bird Design Marks became famous in the United States well prior to the filing date of the Application.

14. Opposer's filing date to register and registrations of the A&F Bird Design Marks predates Applicant's filing date by over a decade.

15. Opposer's use of the A&F Bird Design Marks predates Applicant's filing dates.

4

16. Applicant's Mosafer Bird Design Mark so closely resemble Opposer's previously used and registered A&F Bird Design Marks in appearance and commercial impression so as to be likely to cause confusion, mistake or deception under Section 2(d) of the Trademark Act, 15 U.S.C. § 1052(d).

17. Applicant's applied-for goods and services as set forth in the Application are identical and/or closely related to the goods and services set forth in Opposer's registrations for the A&F Bird Design Marks.

18. Applicant's goods and services are likely to be sold to the same or overlapping classes of purchasers as Opposer's goods and services and are likely to be sold through the same channels of trade, as there are no limitations in the identification of goods or services in the respective registrations owned by Opposer and Applicant's Application.

19. Therefore, consumers are likely to be confused, mistaken, or deceived into the belief, contrary to the fact, that the goods and services offered by Applicant under the Mosafer Bird Design Mark emanates from and/or are in some way is sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer.

20. Registration of Applicant's Mosafer Bird Design Mark will inevitably capitalize upon the distinctiveness of the A&F Bird Design Marks, which have acquired renown as used by Opposer.

21. If Applicant's Mosafer Bird Design Mark is registered, Applicant will receive a *prima facie* nationwide exclusive right to use a mark that is likely to cause confusion as to source, sponsorship and affiliation with the A&F Bird Design Marks in commerce.

22. WHEREFORE, for the foregoing reasons, Opposer respectfully requests that the present Opposition be sustained in favor of A&F, and that Application No. 88/350,105 be refused registration.

5

Dated: 01/10/2020

Respectfully submitted,

Abercrombie & Fitch Trading Co.

By: /Terrance Roberts /
Terrance Roberts
Lindsay Yeakel Capps
Attorneys for Opposer
6301 Fitch Path
Columbus, Ohio 43054
(614) 283-6500
Terrance_Roberts@anfcorp.com
Lindsay_Capps@anfcorp.com
ipdocketingwest@anfcorp.com

6

UNITED STATES PATENT AND TRADEMARK OFFICE
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

ey/kb

January 11, 2021

Opposition No. 91253394

*Abercrombie & Fitch Trading Co.*

*v.*

*Mosafer, Inc.*

**By the Trademark Trial and Appeal Board:**

On January 30, 2020, Applicant filed a proposed amendment to its involved application Serial No. 88350105 with allegation of Opposer's consent, and Opposer's withdrawal of the opposition, contingent upon entry of the amendment. On September 18, 2020, the Board issued an order deferring consideration of the proposed amendment to International Class 35 and allowing Applicant time to submit Opposer's written consent to the abandonment of International Class 25. No response to the order has been filed.

As previously noted in the order dated September 18, 2020, by the proposed amendment, Applicant seeks to amend the identification of goods and services in the opposed classes of the subject application.[1]

[1] No changes were proposed to unopposed classes 9, 16, and 18.

7

Opposition No. 91253394

**International Class 35**

Applicant seeks to amend the recitation of services in International Class 35 of the subject application as follows:[2]

From: On-line retail store services featuring luggage ~~and travel accessories~~; Retail consignment stores featuring luggage ~~and travel accessories~~

To: On-line retail store services featuring luggage; Retail consignment stores featuring luggage.

The amendment is limiting in nature, as required by Trademark Rule 2.71(a). Because Opposer consents thereto, the amendment is **approved and entered**. *See* Trademark Rule 2.133(a).

**International Class 25**

Applicant seeks to delete the identification of goods in International Class 25 in its entirety.

In an opposition to an application having multiple classes, if the applicant files a request to amend the application to delete an opposed class in its entirety, the request for amendment is, in effect, an abandonment of the application with respect to that class, and is governed by Trademark Rule 2.135. *See* TBMP § 602.01 (2015).

Trademark Rule 2.135 provides as follows:

> After the commencement of an opposition, concurrent use, or interference proceeding, if the applicant files a written abandonment of the application or of the mark without the written consent of every adverse party to the proceeding, judgment shall be entered against the applicant. The written consent of an adverse party may be signed by the adverse party or by the adverse party's attorney or other authorized representative.

[2] Proposed deletions are shown in strikethrough.

2
8







Opposition No. 91253394

In view thereof, and because Opposer's written consent to the abandonment is not of record, Applicant's application in International Class 25 is abandoned with prejudice.

The contingency in Opposer's withdrawal having now been met, the opposition is dismissed in accordance with the agreement between the parties.

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2022-04-04 14:57:03 EDT

**Mark:** O

**US Serial Number:** 88350105 **Application Filing Date:** Mar. 21, 2019
**Filed as TEAS Plus:** Yes **Currently TEAS Plus:** Yes
**Register:** Principal
**Mark Type:** Trademark, Service Mark
**TM5 Common Status Descriptor:** LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A second request for extension of time to file a Statement of Use has been granted.
**Status Date:** Mar. 01, 2022
**Publication Date:** Jul. 16, 2019 **Notice of Allowance Date:** Mar. 02, 2021

### Mark Information

**Mark Literal Elements:** O
**Standard Character Claim:** No
**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of the letter "O" stylized with wing-like extensions in the upper left and right to suggest a "flying O".
**Color(s) Claimed:** Color is not claimed as a feature of the mark.
**Design Search Code(s):** 03.17.01 - Wings, birds'
27.01.04 - Letters forming objects; Numbers forming objects; Punctuation forming objects; Objects composed of letters or numerals

### Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Adapter plugs; Plug adaptors; Power adapters
**International Class(es):** 009 - Primary Class **U.S Class(es):** 021, 023, 026, 036, 038
**Class Status:** ACTIVE
**Basis:** 1(b)

**For:** Passport cases; Passport covers; Passport holders; Passport holders in the form of wallets
**International Class(es):** 016 - Primary Class **U.S Class(es):** 002, 005, 022, 023, 029, 037, 038, 0

**Class Status:** ACTIVE
**Basis:** 1(b)

**For:** Duffel bags; Duffel bags for travel; Garment bags for travel made of leather; Garment bags for travel; Leather bags; Leather bags and wallets; Leather bags, suitcases and wallets; Leather leashes; Leather briefcases; Leather cases; Leather handbags; Leather purses; Leather straps; Luggage; Luggage tags; Shoe bags for travel; Straps for luggage; Travel baggage; Travel bags; Travel cases; Travelling bags; Travelling cases of leather; Wallets; Wallets made of leather or other materials; Fitted belts for luggage
**International Class(es):** 018 - Primary Class **U.S Class(es):** 001, 002, 003, 022, 041
**Class Status:** ACTIVE
**Basis:** 1(a)
**First Use:** May 01, 2016 **Use in Commerce:** May 01, 2016

**For:** On-line retail store services featuring luggage; Retail consignment stores featuring luggage
**International Class(es):** 035 - Primary Class **U.S Class(es):** 100, 101, 102
**Class Status:** ACTIVE
**Basis:** 1(b)

### Basis Information (Case Level)

**Filed Use:** Yes **Currently Use:** Yes
**Filed ITU:** Yes **Currently ITU:** Yes
**Filed 44D:** No **Currently 44E:** No
**Filed 44E:** No **Currently 66A:** No
**Filed 66A:** No **Currently No Basis:** No
**Filed No Basis:** No

### Current Owner(s) Information

**Owner Name:** Mosafer, Inc.
**Owner Address:** 24 West 57th Street
New York, NEW YORK UNITED STATES 10019
**Legal Entity Type:** CORPORATION **State or Country Where Organized:** DELAWARE

### Attorney/Correspondence Information

**Attorney of Record**
**Attorney Name:** Steven Scott Lloyd
**Attorney Primary Email Address:** slloyd@offitkurman.com **Attorney Email Authorized:** Yes

**Correspondent**
**Correspondent Name/Address:** Steven Scott Lloyd
OFFIT KURMAN
7501 Wisconsin Avenue
Suite 1000W
Bethesda, MARYLAND UNITED STATES 20814
**Phone:** 301-575-0357 **Fax:** 3015750335
**Correspondent e-mail:** slloyd@offitkurman.com trademarks@offitkurman.com **Correspondent e-mail Authorized:** Yes
**Domestic Representative - Not Found**

### Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 03, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Mar. 01, 2022 | EXTENSION 2 GRANTED | 98765 |
| Mar. 01, 2022 | EXTENSION 2 FILED | 98765 |
| Mar. 01, 2022 | TEAS EXTENSION RECEIVED | |
| Dec. 08, 2021 | TEAS CHANGE OF CORRESPONDENCE RECEIVED | |
| Dec. 08, 2021 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Dec. 08, 2021 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Sep. 04, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Sep. 02, 2021 | EXTENSION 1 GRANTED | 98765 |
| Sep. 02, 2021 | EXTENSION 1 FILED | 98765 |
| Sep. 02, 2021 | TEAS EXTENSION RECEIVED | |
| Mar. 02, 2021 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jan. 11, 2021 | TTAB RELEASE CASE TO TRADEMARKS | 253394 |
| Jan. 11, 2021 | OPPOSITION TERMINATED NO. 999999 | 253394 |
| Jan. 11, 2021 | OPPOSITION DISMISSED NO. 999999 | 253394 |
| Jan. 10, 2020 | OPPOSITION INSTITUTED NO. 999999 | 253394 |
| Aug. 15, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jul. 16, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jul. 16, 2019 | PUBLISHED FOR OPPOSITION | |
| Jun. 26, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Jun. 10, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jun. 03, 2019 | ASSIGNED TO EXAMINER | 72152 |
| Apr. 09, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Apr. 08, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 25, 2019 | NEW APPLICATION ENTERED IN TRAM | |

### TM Staff and Location Information

**TM Staff Information**
**TM Attorney:** OH, WON TEAK **Law Office Assigned:** LAW OFFICE 114
**File Location**
**Current Location:** INTENT TO USE SECTION **Date in Location:** Mar. 02, 2021

### Assignment Abstract Of Title Information - Click to Load

### Proceedings - Click to Load

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 32**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Applicants | Hawk's Bay Collection, Inc. |
| Application Serial Number | 88572404 |
| Application Filing Date | 08/08/2019 |
| Mark | |
| Date of Publication | 12/24/2019 |
| Potential Opposer's Correspondence Information | Jose Bautista<br>Assistant Legal Counsel<br>Abercrombie & Fitch Trading Co<br>6301 Fitch Path<br>New Albany, OH 43054<br>UNITED STATES<br>ipdocketingwest@anfcorp.com<br>6147653775 |

**First 90 Day Request for Extension of Time to Oppose for Good Cause**

Pursuant to 37 C.F.R. Section 2.102, Abercrombie & Fitch Trading Co, 6301 Fitch Path, New Albany, OH 43054, UNITED STATES, a corporation organized under the laws of Ohio, respectfully requests that it be granted a 90-day extension of time to file a notice of opposition against the above-identified mark for cause shown.

Potential opposer believes that good causes are established for this request by:

- The potential opposer needs additional time to investigate the claim
- The potential opposer needs additional time to confer with counsel

The time within which to file a notice of opposition is set to expire on 01/23/2020. Abercrombie & Fitch Trading Co respectfully requests that the time period within which to file an opposition be extended until 04/22/2020.

Respectfully submitted,
/Jose Bautista/
Jose Bautista
ipdocketingwest@anfcorp.com
01/07/2020

PTO- 2202
Approved for use through 12/31/2020. OMB 0651-0054

**Request for Express Abandonment**

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 88572404 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 125 |
| **PUBLISH FOR OPPOSITION DATE** | 12/24/2019 |
| **MARK SECTION** | |
| **MARK** | Design only |
| **REQUEST FOR EXPRESS ABANDONMENT SECTION** | |
| **STATEMENT** | The applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. |
| **SIGNATURE SECTION** | |
| **SIGNATURE** | /victorwu/ |
| **SIGNATORY NAME** | Victor Wu |
| **SIGNATORY DATE** | 04/12/2020 |
| **SIGNATORY POSITION** | Attorney of record |
| **ROLE OF AUTHORIZED SIGNATORY** | Applicant Authorization |
| **SIGNATURE METHOD** | Signed directly within the form |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Apr 13 01:34:37 ET 2020 |
| **TEAS STAMP** | USPTO/REA-XX.XX.XX.XXX-20200413013437272244-88572404-7105972878a8691d79c304bf93a5c9406fdb4bc9d8c5dccafa5694d42fef893040-N/A-N/A-20200413013352648727 |

PTO- 2202
Approved for use through 12/31/2020. OMB 0651-0054

**Request for Express Abandonment**

To the Commissioner for Trademarks:

**MARK:** Design only
**SERIAL NUMBER:** 88572404

By submission of this request, the applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. Except as provided in 37 C.F.R Section 2.135. (concerning the commencement of an opposition, concurrent use, or interference proceeding), the fact that an application has been expressly abandoned shall not, in any proceeding in the United State Patent and Trademark Office, affect any right that the applicant may have in the mark which is the subject of the abandoned application.

Signature: /victorwu/ Date: 04/12/2020
Signatory's Name: Victor Wu
Signatory's Position: Attorney of record
Signature method: Signed directly within the form

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 88572404
Internet Transmission Date: Mon Apr 13 01:34:37 ET 2020
TEAS Stamp: USPTO/REA-XX.XX.XX.XXX-20200413013437272
244-88572404-7105972878a8691d79c304bf93a
5c9406fdb4bc9d8c5dccafa5694d42fef893040-
N/A-N/A-20200413013352648727

**From:** TMOfficialNotices@USPTO.GOV
**Sent:** Thursday, April 16, 2020 06:07 PM
**To:** victorwutrademark@gmail.com
**Subject:** Official USPTO Notification: U.S. Trademark SN 88572404 -- Docket/Reference No. 1295

OFFICIAL USPTO NOTICE OF ABANDONMENT

**TRADEMARK APPLICATION EXPRESSLY ABANDONED**

**U.S. Application Serial No.** 88572404
**Mark:** Miscellaneous Design
**Owner:** Hawk's Bay Collection, Inc.
**Docket/Reference No.** 1295

**Issue Date:** April 16, 2020

On April 13, 2020 , you filed a request to expressly abandon your application after publication and before registration. Your application is now abandoned and we will take no further action on it.

For questions about this notice, contact the Trademark Assistance Center at 1-800-786-9199 (select option 1) or at TrademarkAssistanceCenter@uspto.gov.

View this notice and other documents for this application online in the Trademark Status and Document Retrieval (TSDR) database.

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 33**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co., Opposer,

v.

Fairwinds Technologies, LLC., Applicant.

Opposition No. __________

Application No. 88/238,859

Subject Mark: 

Published: April 30, 2019

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, Fairwinds Technologies, LLC ("Applicant") is a United States limited liability company with an address of 5913 NE 127th Avenue, Ste. 400, Vancouver, WA 98682, and owner of Application No. 88/238,859 (the "Application").

Opposer believes that it is or will be damaged by registration of the Application and hereby opposes registration of same.

The Application was filed for registration on the Principal Register on December 21, 2018 for use in connection with, among other things, cosmetics and essential oils in Class 03, and hats, hoodies, shirts, sweat shirts, t-shirts, and hooded sweat shirts in International Class 25. The Application was published for opposition on April 30, 2019. An extension of time to oppose was timely sought by Opposer and duly granted.

As grounds for the Opposition, it is alleged that:

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers, and retailers of high quality casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer, Abercrombie & Fitch Trading Co., is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous US registrations for the A&F Bird Design Marks:

| MARK | REG. NO./ APP. NO. | REG. DATE/ APP. DATE | GOODS | FIRST USE DATE |
|---|---|---|---|---|
|  | Reg: 3745498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
|  | Reg: 4022932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
|  | Reg: 3745497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
|  | Reg: 3855891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
|  | Reg: 4091084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 08-AUG-2003 |
|  | Reg: 3588412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
|  | Reg: 4384092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |
|  | Reg: 3592454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
|  | Reg: 4498342 | 18-MAR-2014 | 3 – Fragrances and skincare products | 00-SEPT-2007 |

| | | | | |
|---|---|---|---|---|
|  | Reg: 3756961 | 9-MAR-2010 | 3 – Fragrances and skincare products | 00-OCT-2006 |

4. In accordance with § 5 of the Federal Trademark Act, all use of the A&F Bird Design Marks by Opposer's affiliated and related companies, as alleged herein, inures to the benefit of Opposer.

5. All of Opposer's registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use these marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

6. Opposer's registrations for nine of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; 3,592,454; and 3,756,961) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

7. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under the A&F Bird Design Marks. Opposer and its predecessors in interest have also used the A&F Bird Design Marks on fragrances and personal care products in International Class 3, and retail store services in International Class 35, as detailed in the chart above.

8. Opposer's use of the A&F Bird Design Marks has been valid and continuous since at least as early as each of the respective dates of first use and has not been abandoned.

9. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on its mobile app, on its various social media platforms, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

10. Opposer's clothing and other products, including but not limited to hats, hoodies, shirts, sweat shirts, t-shirts, and personal care products, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

11. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer, as a consequence of which Opposer has established valuable goodwill and exclusive rights in the A&F Bird Design Marks.

12. Opposer's A&F Bird Design Marks became famous in the United States prior to any use by Applicant of its mark and application for registration thereof.

13. Applicant is the owner of U.S. Application No. 88/238,859, which was filed on December 21, 2018 under § 1(b) of the Trademark Act, for the mark comprising a bird design with outstretched wings (hereinafter, "Fairwinds Bird Design Mark") for among other things cosmetics; essential oils for personal use; beauty gels; and skin moisturizing gel in International Class 03, and hats; hoodies; shirts; sweat shirts; t-shirts; and hooded sweat shirts in International Class 25.

14. Applicant's Fairwinds Bird Design Mark so closely resembles Opposer's previously used and registered A&F Bird Design Mark in appearance and commercial impression so as to be likely to cause mistake, or to deceive, or to cause confusion as to source, sponsorship or affiliation.

15. Applicant's applied-for goods are identical to Opposer's goods under its A&F Bird Design Marks in International Class 25. Additionally, Applicant's applied for goods in International Class 03 are nearly identical and/or closely related to Opposer's registered goods in International Class 03. Therefore, consumers are likely to be confused, mistaken or deceived into the belief, contrary to the fact, that the goods offered by Applicant under the Fairwinds Bird Design Mark emanate from and/or

are in some way sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer, thereby damaging Opposer.

16. Applicant's goods are likely to be sold to the same or overlapping classes of purchasers as Opposer's goods and are likely to be sold through the same channels of trade.

17. Applicant's use and registration of the Fairwinds Bird Design Mark is likely to dilute Opposer's A&F Bird Design Marks by impairing their distinctiveness and ability to exclusively identify goods from Opposer.

18. Applicant is not lawfully entitled to the registration which it seeks for the reasons, *inter alia*, that Applicant's mark so resembles the A&F Bird Design Marks as to be likely to cause confusion, to cause mistake, or to deceive within the meaning of § 2(d) of the Federal Trademark Act and because Applicant's mark is likely to dilute Opposer's A&F Bird Design Marks in violation of § 43(c) of the Federal Trademark Act.

19. WHEREFORE, Opposer believes that it will be damaged by registration of the Applicant's mark and respectfully requests that the present Opposition be sustained, and that Application No. 88/238,859 be refused.

Respectfully submitted,

Abercrombie & Fitch Trading Co.

Dated: October 28, 2019

By: /Terrance Roberts/
Terrance Roberts
Lindsay Yeakel Capps
Attorneys for Opposer
6301 Fitch Path
Columbus, Ohio 43054
(614) 283-6500
Terrance_Roberts@anfcorp.com
Lindsay_Capps@anfcorp.com
ipdocketingwest@anfcorp.com

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

Bukrinsky/Winter

June 22, 2020

Opposition No. 91251889

*Abercrombie & Fitch Trading Co.*

*v.*

*Fairwinds Technologies, LLC*

**BY THE TRADEMARK TRIAL AND APPEAL BOARD:**

This proceeding commenced with the filing of a notice of opposition against registration of the involved mark in connection with the goods in International Classes 3 and 25. On February 4, 2020, Applicant filed the parties' stipulated proposed amendment to Applicant's application Serial No. 88238859, and Opposer's withdrawal of the opposition, contingent upon entry of the amendment.

**Abandonment of Goods in International Class 25**

By the proposed amendment, Applicant seeks to change the identification of goods by deleting, in their entirety, the goods in International Class 25 from the application.[1]

[1] Applicant's proposed amendment to its identifications of goods and services leaves unchanged the identifications in International Classes 5, 34, and 44.

Opposition No. 91251889

In an opposition to an application having multiple classes, if the applicant files a request to amend the application to delete an opposed class, the request for amendment is, in effect, an abandonment of the application with respect to that class, and is governed by Trademark Rule 2.135. *See* 37 C.F.R. § 2.135; TBMP § 602.01.

In view thereof, and because Opposer's written consent to the abandonment of International Class 25 is of record, application Serial No. 88238859 stands abandoned only as to the goods in International Class 25.

**Amendment to Goods in International Class 3**

Applicant also seeks to amend the goods in Class 3 in application Serial No. 88238859 as follows (~~stricken~~ text deleted, **bold** text inserted):

From: ~~Cosmetics;~~ Essential oils for personal use; ~~Beauty gels~~ Electronic cigarette liquid (e-liquid) comprised of essential oils; Massage gels, other than for medical purposes; ~~Skin moisturizing gel;~~ Terpenes being essential oils

To:[2] Essential oils for personal use; **m**assage gels, other than for medical purposes; terpenes being essential oils; **all of the foregoing intended to penetrate the epidermis; e**lectronic cigarette liquid (e-liquid) comprised of essential oils

The amendment is limiting in nature, as required by Trademark Rule 2.71(a). Because Opposer consents thereto, the amendment is approved and entered. *See* Trademark Rule 2.133(a).

The contingency in Opposer's withdrawal having now been met, and because Applicant's consent is of record, the opposition is dismissed pursuant to the parties' stipulation. Trademark Rule 2.106(c).

[2] In addition to deleting "cosmetics," "beauty gels," and "skin moisturizing gel," Applicant has changed the order of the goods in the identification.

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS DOCUMENTS Back to Search Print

**Generated on:** This page was generated by TSDR on 2022-04-04 15:01:29 EDT

**Mark:**

**US Serial Number:** 88238859 **Application Filing Date:** Dec. 21, 2018

**Filed as TEAS Plus:** Yes **Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** LIVE/APPLICATION/Under Examination

The trademark application has been accepted by the Office (has met the minimum filing requirements) and that this application has been assigned to an examiner.

**Status:** A third request for extension of time to file a Statement of Use has been granted.

**Status Date:** Feb. 02, 2022

**Publication Date:** Apr. 30, 2019 **Notice of Allowance Date:** Aug. 04, 2020

**Mark Information**

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of a bird in flight with wings that resemble serrated edged leaves.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats
03.15.25 - Cardinals; Pigeons; Other birds; Doves; Crows; Robins; Woodpeckers; Ravens

**Related Properties Information**

**Parent Of:** 88980633

**Goods and Services**

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

Privacy - Terms

**For:** Essential oils for personal use; massage gels, other than for medical purposes; terpenes being essential oils; all of the foregoing intended to penetrate the epidermis; electronic cigarette liquid (e-liquid) comprised of essential oils

**International Class(es):** 003 - Primary Class **U.S Class(es):** 001, 004, 006, 050, 051, 052

**Class Status:** ACTIVE

**Basis:** 1(b)

**For:** Gels for use as personal lubricant; Gels, creams and solutions for dermatological use; Smoking cessation preparations; Herbal t for medical purposes; Medicated cosmetics; Personal sexual lubricants

**International Class(es):** 005 - Primary Class **U.S Class(es):** 006, 018, 044, 046, 051, 052

**Class Status:** ACTIVE

**Basis:** 1(b)

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

**Current Owner(s) Information**

**Owner Name:** FAIRWINDS TECHNOLOGIES, LLC

**Owner Address:** 5913 NE 127TH Ave, Ste 400
VANCOUVER, WASHINGTON UNITED STATES 98682

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** WASHINGTON

**Attorney/Correspondence Information**

**Attorney of Record**

**Attorney Name:** NEIL JUNEJA

**Attorney Primary Email Address:** NEIL@GLEAMLAW.COM **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** NEIL JUNEJA
GLEAM LAW, PLLC
613 19TH AVENUE E
SEATTLE, WASHINGTON UNITED STATES 98112

**Phone:** 206-693-2900

**Correspondent e-mail:** NEIL@GLEAMLAW.COM AMMON@GLEAMLAW.COM amrit@GLEAMLAW.COM **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 04, 2022 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |

Privacy - Terms

| | | |
|---|---|---|
| Feb. 02, 2022 | EXTENSION 3 GRANTED | 98765 |
| Feb. 02, 2022 | EXTENSION 3 FILED | 98765 |
| Feb. 02, 2022 | TEAS EXTENSION RECEIVED | |
| Jan. 03, 2022 | ASSIGNED TO EXAMINER | 91167 |
| Jul. 16, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jul. 14, 2021 | EXTENSION 2 GRANTED | 98765 |
| Jul. 14, 2021 | EXTENSION 2 FILED | 98765 |
| Jul. 14, 2021 | TEAS EXTENSION RECEIVED | |
| Jul. 06, 2021 | NOTICE OF APPROVAL OF EXTENSION REQUEST E-MAILED | |
| Jul. 03, 2021 | EXTENSION 1 GRANTED | 74055 |
| Feb. 04, 2021 | EXTENSION 1 FILED | 74055 |
| Apr. 06, 2021 | NOTICE OF REVIVAL - E-MAILED | |
| Apr. 05, 2021 | EXTENSION RECEIVED WITH TEAS PETITION | |
| Apr. 05, 2021 | PETITION TO REVIVE-GRANTED | 88889 |
| Apr. 05, 2021 | TEAS PETITION TO REVIVE RECEIVED | |
| Mar. 02, 2021 | ABANDONMENT NOTICE E-MAILED - NO USE STATEMENT FILED | |
| Mar. 02, 2021 | ABANDONMENT - NO USE STATEMENT FILED | 67110 |
| Feb. 23, 2021 | CORRECTED NOA E-MAILED | |
| Feb. 22, 2021 | DIVISIONAL PROCESSING COMPLETE | |
| Feb. 04, 2021 | DIVISIONAL REQUEST RECEIVED | |
| Feb. 19, 2021 | CASE ASSIGNED TO INTENT TO USE PARALEGAL | 30053 |
| Feb. 04, 2021 | TEAS REQUEST TO DIVIDE RECEIVED | |
| Aug. 04, 2020 | NOA E-MAILED - SOU REQUIRED FROM APPLICANT | |
| Jun. 22, 2020 | TTAB RELEASE CASE TO TRADEMARKS | 251889 |
| Jun. 22, 2020 | OPPOSITION TERMINATED NO. 999999 | 251889 |
| Jun. 22, 2020 | OPPOSITION DISMISSED NO. 999999 | 251889 |
| Oct. 30, 2019 | APPLICANT/CORRESPONDENCE CHANGES (NON-RESPONSIVE) ENTERED | 88888 |
| Oct. 30, 2019 | TEAS CHANGE OF OWNER ADDRESS RECEIVED | |
| Oct. 30, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Oct. 30, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Oct. 28, 2019 | OPPOSITION INSTITUTED NO. 999999 | 251889 |
| May 29, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Apr. 30, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 30, 2019 | PUBLISHED FOR OPPOSITION | |
| Apr. 10, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 18, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 18, 2019 | ASSIGNED TO EXAMINER | 91236 |
| Jan. 16, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 15, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 25, 2018 | NEW APPLICATION ENTERED IN TRAM | |

**TM Staff and Location Information**

**TM Staff Information**

**TM Attorney:** KEELEY, ALISON REBECCA **Law Office Assigned:** LAW OFFICE 113

**File Location**

Privacy - Terms

**Current Location:** INTENT TO USE SECTION **Date in Location:** Feb. 22, 2021

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

Privacy - Terms

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 34**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| Abercrombie & Fitch Trading Co., | Opposition No. __________ |
| Opposer, | Application No. 88/284,582 |
| v. | Subject Mark: |
| MSME, | |
| Applicant. | Published: May 21, 2019 |

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, MSME ("Applicant") is a North Carolina limited liability company with an address of 102 College Station Drive, Brevard, North Carolina, 28712, and owner of Application No. 88/284,582 (the "Application").

Opposer believes that it is or will be damaged by registration of the Application and hereby opposes registration of same.

The Application was filed for registration on the Principal Register on January 31, 2019 for use in connection with among other things, notebooks and stickers in International Class 16, and clothing, namely, bottoms as clothing, headwear, jackets, leggings, shorts, sweaters, t-shirts, tops as clothing, and undergarments in International Class 25. The Application was published for opposition on May 21, 2019. An extension of time to oppose the Application was timely sought by Opposer and duly granted.

As grounds for the Opposition, it is alleged that:

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers, and retailers of high quality casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer, Abercrombie & Fitch Trading Co., is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous US registrations and applications for the A&F Bird Design Marks:

| MARK | REG. NO./ APP. NO. | REG. DATE/ APP. DATE | GOODS | FIRST USE DATE |
|---|---|---|---|---|
| | Reg: 3745498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 4022932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | Reg: 3745497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 3855891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | Reg: 4091084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 08-AUG-2003 |
| | Reg: 3588412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 4384092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |
| | Reg: 3592454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 3659488 | 21-JULY-2009 | 18 – Backpacks, duffel bags, gym bags, handbags, tote bags and travel bags | 1-AUG-2007 |
| | Reg: 3337365 | 13-NOV-2007 | 14 – Jewelry | 00-JAN-2007 |
| | Reg: 3756961 | 9-MAR-2010 | 3 – Fragrances and skincare products | 00-OCT-2006 |
| | Reg: 4874959 | 22-DEC-2015 | 9 – Cell phone and portable media accessories and sunglasses | 00-OCT-2013 |
| | Reg: 5046054 | 20-SEP-2016 | 26 – Arm bands and hair accessories | 25-MAY-2013 |
| | Reg: 5617334 | 27-NOV-2018 | 4 – Candles | 27-OCT-2017 |
| HOLLISTER | Reg: 4800076 | 25-AUG-2015 | 24 – Blankets and towels | 00-MAR-2013 |
| | App. No: 88614689 | 12-SEP-2019 | 16 – Gift boxes made of cardboard; Stickers; Paper shopping bags | 00-MAY-2009 |

4. In accordance with § 5 of the Federal Trademark Act, all use of the A&F Bird Design Marks by Opposer's affiliated and related companies, as alleged herein, inures to the benefit of Opposer.

5. All of Opposer's registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use these marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

6. Opposer's registrations for eleven of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; 3,592,454; 3,659,488; 3,337,365; and 3,756,961) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

7. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under the A&F Bird Design Marks. Opposer and its predecessors in interest have also used the A&F Bird Design Marks with related goods in International Classes 3, 4, 9, 14, 18, 24, and 26 and retail store services in International Class 35, as detailed in the chart above.

8. Opposer's use of the A&F Bird Design Marks has been valid and continuous since at least as early as each of the respective dates of first use and has not been abandoned.

9. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on its mobile app, on its various social media platforms, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

10. Opposer's clothing and other products, including but not limited to hats, footwear, bags, and personal care products, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

11. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer, as a consequence of which Opposer has established valuable goodwill and exclusive rights in the A&F Bird Design Marks.

12. Opposer's A&F Bird Design Marks became famous prior to Applicant's filing of a trademark application for its mark and prior to any alleged use upon which Applicant can rely.

13. Applicant is the owner of U.S. Application No. 88/284,582 which was filed on January 31, 2019 under § 1(b) of the Trademark Act, for the mark comprising a bird design with outstretched wings (hereinafter, "MSME Bird Mark") for "bumper stickers, folders, magnetic decals, notebooks, stationery, and stickers" in International Class 16, and "bottoms as clothing, headwear, jackets, leggings, shorts, sweaters, t-shirts, tops as clothing, and undergarments" in International Class 25 (Applicant's Goods").

14. Applicant's MSME Bird Mark so closely resembles Opposer's previously used and registered A&F Bird Design Marks in appearance and commercial impression so as to be likely to cause mistake, or to deceive, or to cause confusion as to source, sponsorship or affiliation.

15. Applicant's applied-for goods are identical to Opposer's goods under its A&F Bird Design Marks in International Class 25. Additionally, Applicant's applied for goods in International Class 16 are closely related to Opposer's registered goods and fall within Opposer's natural zone of expansion, and in fact Opposer owns various trademark registrations and applications in International Class 16. Therefore, consumers are likely to be confused, mistaken or deceived into the belief, contrary to the fact, that the goods offered by Applicant under the MSME Bird Mark emanate from and/or are in some way sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer, thereby damaging Opposer.

16. Applicant's Goods are likely to be sold to the same or overlapping classes of purchasers as Opposer's goods and are likely to be sold through the same channels of trade.

17. Applicant's use and registration of the MSME Bird Mark is likely to dilute Opposer's A&F Bird Design Marks by impairing their distinctiveness and ability to exclusively identify goods from Opposer.

18. Applicant is not lawfully entitled to the registration which it seeks for the reasons, *inter alia*, that Applicant's mark so resembles the A&F Bird Design Marks as to be likely to cause confusion, to cause mistake, or to deceive within the meaning of § 2(d) of the Federal Trademark Act and because Applicant's mark is likely to dilute Opposer's A&F Bird Design Marks in violation of § 43(c) of the Federal Trademark Act.

19. WHEREFORE, Opposer believes that it will be damaged by registration of the Applicant's mark and respectfully requests that the present Opposition be sustained, and that Application No. 88/284,582 be refused.

Respectfully submitted,

Abercrombie & Fitch Trading Co.

Dated: September 18, 2019

By: /Terrance Roberts/
Terrance Roberts
Lindsay Capps
Attorneys for Opposer
6301 Fitch Path
Columbus, Ohio 43054
(614) 283-6500
Terrance_Roberts@anfcorp.com
Lindsay_Capps@anforp.com

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

lw

October 22, 2019

Opposition No. 91251015

*Abercrombie & Fitch Trading Co.*

*v.*

*MSME*

**By the Trademark Trial and Appeal Board:**

On October 14, 2019, and October 16, 2019, Applicant filed an abandonment of its application Serial No. 88284582, with Opposer's written consent.

In view thereof, application Serial No. 88284582 stands abandoned, and the opposition is dismissed without prejudice. *See* Trademark Rule 2.135.

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS DOCUMENTS Back to Search Print

**Generated on:** This page was generated by TSDR on 2022-04-04 15:02:47 EDT

**Mark:**

**US Serial Number:** 88284582 **Application Filing Date:** Jan. 31, 2019

**Filed as TEAS Plus:** Yes **Currently TEAS Plus:** Yes

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned after an inter partes decision by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Oct. 22, 2019

**Publication Date:** May 21, 2019

**Date Abandoned:** Oct. 22, 2019

**Mark Information**

**Mark Literal Elements:** None

**Standard Character Claim:** No

**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of an iconic line design with use of positive and negative space that shows a bird flying to the upper right or head bull facing the lower left.

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 03.07.01 - Cattle; Oxen, cows, calves, bulls; Steers
03.07.03 - Heads of oxen, cows, calves, bulls
03.07.24 - Stylized bovines, deer, antelopes, goats, sheep, pigs, cows, bulls, buffalo, moose
03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats
03.15.25 - Crows; Doves; Other birds; Pigeons; Ravens; Robins; Cardinals; Woodpeckers

**Goods and Services**

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Bumper stickers; Folders; Magnetic decals; Notebooks; Stationery; Stickers

**International Class(es):** 016 - Primary Class **U.S Class(es):** 002, 005, 022, 023, 029, 037, 03

**Class Status:** ABANDONED

**Basis:** 1(b)

Privacy - Terms

**For:** Bottoms as clothing; Headwear; Jackets; Leggings; Shorts; Sweaters; T-shirts; Tops as clothing; Undergarments

**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039

**Class Status:** ABANDONED

**Basis:** 1(b)

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

**Current Owner(s) Information**

**Owner Name:** MSME

**Owner Address:** 102 College Station Drive
Brevard, NORTH CAROLINA UNITED STATES 28712

**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NORTH CAROLINA

**Attorney/Correspondence Information**

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** MSME
102 COLLEGE STATION DRIVE
BREVARD, NORTH CAROLINA UNITED STATES 28712

**Phone:** 912-247-5293

**Correspondent e-mail:** mapeddy@yahoo.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Oct. 22, 2019 | ABANDONMENT NOTICE E-MAILED - INTER PARTES DECISION | |
| Oct. 22, 2019 | ABANDONMENT - AFTER INTER PARTES DECISION | |
| Oct. 22, 2019 | OPPOSITION TERMINATED NO. 999999 | 251015 |
| Oct. 22, 2019 | OPPOSITION DISMISSED NO. 999999 | 251015 |
| Sep. 18, 2019 | OPPOSITION INSTITUTED NO. 999999 | 251015 |
| Jun. 20, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| May 21, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| May 21, 2019 | PUBLISHED FOR OPPOSITION | |
| May 01, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 12, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Apr. 12, 2019 | ASSIGNED TO EXAMINER | 93414 |
| Mar. 21, 2019 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |

Privacy - Terms

| | | |
|---|---|---|
| Feb. 23, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 04, 2019 | NEW APPLICATION ENTERED IN TRAM | |

**TM Staff and Location Information**

**TM Staff Information**

**TM Attorney:** LINDEMYER, ANKHI MUKHE **Law Office Assigned:** LAW OFFICE 123

**File Location**

**Current Location:** TTAB **Date in Location:** Oct. 22, 2019

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

Privacy - Terms

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 35**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| Abercrombie & Fitch Trading Co., | Opposition No. __________ |
| Opposer, | Application No. 79/254,303 |
| v. | Subject Mark: |
| A.M.N. Intertrading Company Ltd., | Published: May 07, 2019 |
| Applicant. | |

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, The A.M.N. Intertrading Company Limited ("Applicant") is a Limited Company of Thailand with an address of 11/38 Village No. 19, Phuttha Monthon Sai 2 Road, Sala Thamma, Thailand and owner of Application No. 79/254,303 (the "Application").

Opposer believes that it is or will be damaged by registration of the Application and hereby opposes registration of same.

The Application was filed on March 14, 2019 under Section 66(a) of the Trademark Act with an effective filing date of November 6, 2018, covering underwear and underpants in International Class 25. The Application was published for opposition on May 7, 2019. An extension of time to oppose was timely sought by Opposer and duly granted.

As grounds for the Opposition, it is alleged that:

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers, and retailers of high quality casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer, Abercrombie & Fitch Trading Co., is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous US registrations for the A&F Bird Design Marks:

| MARK | REG. NO./ APP. NO. | REG. DATE/ APP. DATE | GOODS | FIRST USE DATE |
|---|---|---|---|---|
| | Reg: 3745498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 4022932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | Reg: 3745497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 3855891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | Reg: 4091084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 08-AUG-2003 |
| | Reg: 3588412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 4384092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |
| | Reg: 3592454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| HOLLISTER | Reg: 4538019 | 27-MAY-2014 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops | 08-AUG-2003 |

| | | | | |
|---|---|---|---|---|
| HOLLISTER | Reg: 3815111 | 06-JULY-2010 | 25 – Clothing (various) | 07-DEC-2005 |
| HOLLISTER | Reg: 3783586 | 04-MAY-2010 | 35 – Retail store services | 00-DEC-2008 |

4. In accordance with § 5 of the Federal Trademark Act, all use of the A&F Bird Design Marks by Opposer's affiliated and related companies, as alleged herein, inures to the benefit of Opposer.

5. All of Opposer's registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use these marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

6. Opposer's registrations for ten of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; 3,592,454; 3,815,111; and 3,783,586) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

7. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under the A&F Bird Design Marks ("Opposer's Goods"). Opposer and its predecessors in interest have also sold goods under the A&F Bird Design Marks in related classes and offered retail store services under the A&F Bird Design Marks.

8. Opposer's use of the A&F Bird Design Marks has been valid and continuous since at least as early as each of the respective dates of first use and has not been abandoned.

9. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on its mobile app, on its various social media platforms, on in-store

photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

10. Opposer's clothing and other products, including but not limited to underwear, footwear, jewelry, bags, and personal care products, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

11. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer, as a consequence of which Opposer has established valuable goodwill and exclusive rights in the A&F Bird Design Marks.

12. Opposer's A&F Bird Design Marks became famous in the United States long prior to any use by Applicant of its mark and application for registration thereof.

13. Applicant is the owner of U.S. Application No. 79/254,303 which was filed on March 14, 2019 under § 66(a) of the Trademark Act with an effective filing date of November 06, 2018, for the mark comprising a bird design with outstretched wings over the word "Anny" (hereinafter, "A.M.N. Bird Mark") for underwear and underpants in International Class 25 ("Applicant's Goods").

14. Applicant's use of the A.M.N. Bird Mark will inevitably capitalize upon the fame and distinctiveness of Opposer's A&F Bird Design Marks, which have acquired renown in connection with clothing and accessories.

15. Applicant's A.M.N. Bird Mark so closely resembles Opposer's previously used and registered A&F Bird Design Mark in appearance and commercial impression so as to be likely to cause mistake, or to deceive, or to cause confusion as to source, sponsorship or affiliation.

16. Applicant's applied-for goods are identical to Opposer's Goods. Therefore, consumers are likely to be confused, mistaken or deceived into the belief, contrary to the fact, that the goods

offered by Applicant under the A.M.N. Bird Mark emanate from and/or are in some way sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer, thereby damaging Opposer.

17. The trade channels and consumers for Applicant's Goods and Opposer's Goods are legally identical.

18. Applicant's use and registration of the A.M.N. Bird Mark is likely to dilute Opposer's A&F Bird Design Marks by impairing their distinctiveness and ability to exclusively identify goods from Opposer.

19. Applicant is not lawfully entitled to the registration which it seeks for the reasons, *inter alia*, that Applicant's mark so resembles the A&F Bird Design Marks as to be likely to cause confusion, to cause mistake, or to deceive within the meaning of § 2(d) of the Federal Trademark Act and because Applicant's mark is likely to dilute Opposer's A&F Bird Design Marks in violation of § 43(c) of the Federal Trademark Act.

20. WHEREFORE, Opposer believes that it will be damaged by registration of the Applicant's mark and respectfully requests that the present Opposition be sustained, and that Application No. 79/254,303 be refused.

Respectfully submitted,

Abercrombie & Fitch Trading Co.

Dated: September 5, 2019

By: _/Terrance Roberts/_
Terrance Roberts
Lindsay Yeakel Capps
Attorneys for Opposer
6301 Fitch Path
Columbus, Ohio 43054
(614) 283-6500
Terrance_Roberts@anfcorp.com
Lindsay_Capps@anfcorp.com
ipdocketingwest@anfcorp.com

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

WF

February 10, 2020

Opposition No. 91250720

*Abercrombie & Fitch Trading Co.*

*v.*

*A.M.N Intertrading Company Limited*

**By the Trademark Trial and Appeal Board:**

On January 6, 2020, the Board issued an order requiring Applicant to show cause as to why judgment should not be entered against it based on its apparent loss of interest in defending the involved application based upon Applicant's failure to secure United States counsel, or to even respond to the U.S. counsel requirement order of November 18, 2019. 5 TTABVUE.

No response to the show cause order has been filed.

Accordingly, judgment is entered against Applicant, the notice of opposition is sustained, and registration to Applicant is refused.

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2022-04-04 15:03:50 EDT

**Mark:** ANNY

**US Serial Number:** 79254303 **Application Filing Date:** Nov. 06, 2018

**Register:** Principal

**Mark Type:** Trademark

**TM5 Common Status Descriptor:** DEAD/APPLICATION/Refused/Dismissed or Invalidated

This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.

**Status:** Abandoned after an inter partes decision by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.

**Status Date:** Feb. 10, 2020

**Publication Date:** May 07, 2019

**Date Abandoned:** Feb. 10, 2020

**Mark Information**

**Mark Literal Elements:** ANNY

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the stylized wording "ANNY" in orange letters below a light orange flying bird shape with grey shading border a tilted at 45 degrees angle.

**Color Drawing:** Yes

**Color(s) Claimed:** The color(s) orange, light orange and grey is/are claimed as a feature of the mark.

**Design Search Code(s):** 03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats
03.15.25 - Cardinals; Pigeons; Other birds; Doves; Crows; Robins; Woodpeckers; Ravens

**Related Properties Information**

**International Registration Number:** 1455583

**International Registration Date:** Nov. 06, 2018

**Goods and Services**

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Underwear; Underpants

**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039

**Class Status:** ABANDONED

**Basis:** 66(a)

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | Yes |
| Filed 66A: | Yes | Currently No Basis: | No |
| Filed No Basis: | No | | |

**Current Owner(s) Information**

**Owner Name:** A.M.N Intertrading Company Limited

**Owner Address:** 11/38 Village No.19
Phuttha Monthon Sai 2 Road, Sala Thamma
THAILAND

**Legal Entity Type:** Limited Company **State or Country Where Organized:** THAILAND

**Attorney/Correspondence Information**

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** SUPMANEE UENGHIRANPAISAN
AMN INTERTRADING COMPANY LIMITED
11/38 VILLAGE NO 19 PHUTTHA MONTHON SAI2 ROAD
SALA THAMMASOP
BANGKOK THAILAND 10170

**Domestic Representative - Not Found**

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 28, 2021 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Feb. 10, 2021 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Feb. 10, 2021 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Sep. 04, 2020 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Aug. 19, 2020 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Aug. 19, 2020 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| Feb. 11, 2020 | ABANDONMENT NOTICE MAILED - INTER PARTES DECISION | |
| Feb. 10, 2020 | ABANDONMENT - AFTER INTER PARTES DECISION | |
| Feb. 10, 2020 | OPPOSITION TERMINATED NO. 999999 | 250720 |
| Feb. 10, 2020 | OPPOSITION SUSTAINED NO. 999999 | 250720 |

| | | |
|---|---|---|
| Sep. 20, 2019 | REFUSAL PROCESSED BY IB | |
| Sep. 07, 2019 | OPPOSITION INSTITUTED NO. 999999 | 250720 |
| Sep. 05, 2019 | OPPOSITION NOTICE (IB REFUSAL) SENT TO IB | |
| Sep. 05, 2019 | OPPOSITION NOTICE (IB REFUSAL) CREATED | |
| Jun. 05, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| May 07, 2019 | PUBLISHED FOR OPPOSITION | |
| Apr. 17, 2019 | NOTICE OF PUBLICATION | |
| Mar. 25, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 22, 2019 | APPLICATION FILING RECEIPT MAILED | |
| Mar. 18, 2019 | ASSIGNED TO EXAMINER | 92833 |
| Mar. 18, 2019 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Mar. 14, 2019 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

**International Registration Information (Section 66a)**

**International Registration Number:** 1455583 **International Registration Date:** Nov. 06, 2018

**Intl. Registration Status:** REQUEST FOR EXTENSION OF PROTECTION PROCESSED **Date of International Registration Status:** Mar. 14, 2019

**Notification of Designation Date:** Mar. 14, 2019 **Date of Automatic Protection:** Sep. 14, 2020

**International Registration Renewal Date:** Nov. 06, 2028

**First Refusal Flag:** Yes

**TM Staff and Location Information**

**TM Staff Information**

**TM Attorney:** ONUOHA, UKACHUKWU FRED **Law Office Assigned:** LAW OFFICE 121

**File Location**

**Current Location:** TTAB **Date in Location:** Feb. 10, 2020

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 36**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| Abercrombie & Fitch Trading Co., | Opposition No. __________ |
| Opposer, | Application No. 79/218,752 |
| v. | Subject Mark: |
| The Brighton and Hove Albion Football Club Limited, | Published: January 08, 2019 |
| Applicant. | |

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, The Brighton and Hove Albion Football Club Limited ("Applicant") is a United Kingdom private limited company with an address of American Express Community Stadium, Village Way, Brighton, United Kingdom BN1 9BL and owner of Application No. 79/218,752 (the "Application").

Opposer believes that it is or will be damaged by registration of the Application and hereby opposes registration of same.

The Application was filed on July 18, 2017 under Section 66(a) of the Trademark Act covering among other things, printed materials in International Class 16, sports equipment in International Class 28, and providing online non-downloadable electronic publications in International Class 41. The Application was published for opposition on January 8, 2019. An extension of time to oppose was timely sought by Opposer and duly granted.

As grounds for the Opposition, it is alleged that:

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers, and retailers of high quality casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer, Abercrombie & Fitch Trading Co., is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous US registrations for the A&F Bird Design Marks:

| MARK | REG. NO./ APP. NO. | REG. DATE/ APP. DATE | GOODS | FIRST USE DATE |
|---|---|---|---|---|
| | Reg: 3745498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 4022932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | Reg: 3745497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 3855891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | Reg: 4091084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 08-AUG-2003 |
| | Reg: 3588412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 4384092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |
| | Reg: 3592454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 3659488 | 21-JULY-2009 | 18 – Backpacks, duffel bags, gym bags, handbags, tote bags and travel bags | 1-AUG-2007 |

| | | | | |
|---|---|---|---|---|
| | Reg: 3337365 | 13-NOV-2007 | 14 – Jewelry | 00-JAN-2007 |
| | Reg: 4498342 | 18-MAR-2014 | 3 – Fragrances and skincare products | 00-SEPT-2007 |
| | Reg: 3756961 | 9-MAR-2010 | 3 – Fragrances and skincare products | 00-OCT-2006 |
| | Reg: 4874959 | 22-DEC-2015 | 9 – Cell phone and portable media accessories and sunglasses | 00-OCT-2013 |
| | Reg: 5046054 | 20-SEP-2016 | 26 – Arm bands and hair accessories | 25-MAY-2013 |
| | Reg: 5617334 | 27-NOV-2018 | 4 – Candles | 27-OCT-2017 |
| HOLLISTER | Reg: 4800076 | 25-AUG-2015 | 24 – Blankets and towels | 00-MAR-2013 |

4. In accordance with § 5 of the Federal Trademark Act, all use of the A&F Bird Design Marks by Opposer's affiliated and related companies, as alleged herein, inures to the benefit of Opposer.

5. All of Opposer's registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use these marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

6. Opposer's registrations for eleven of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; 3,592,454; 3,659,488; 3,337,365; and 3,756,961) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

7. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under the A&F Bird Design Marks. Opposer and its predecessors in interest have also

used the A&F Bird Design Marks with related goods in International Classes 3, 4, 9, 14, 18, 24, and 26 and retail store services in International Class 35, as detailed in the chart above.

8. Opposer's use of the A&F Bird Design Marks has been valid and continuous since at least as early as each of the respective dates of first use and has not been abandoned.

9. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on its mobile app, on its various social media platforms, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

10. Opposer's clothing and other products, including but not limited to footwear, jewelry, bags, and personal care products, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

11. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer, as a consequence of which Opposer has established valuable goodwill and exclusive rights in the A&F Bird Design Marks.

12. Opposer's A&F Bird Design Marks became famous in the United States prior to any use by Applicant of its mark and application for registration thereof.

13. Applicant is the owner of U.S. Application No. 79/218,752, which was filed on July 18, 2017 under § 66(a) of the Trademark Act, for the mark comprising a bird design with outstretched wings (hereinafter, "Brighton Bird Design Mark") for among other things paper; stickers; iron-on transfers; stationery; pens; and pencil cases in International Class 16, games and sports equipment in International Class 28, and providing online non-downloadable electronic publications in International Class 41.

14. Applicant's Brighton Bird Design Mark so closely resembles Opposer's previously used and registered A&F Bird Design Mark in appearance and commercial impression so as to be likely to cause mistake, or to deceive, or to cause confusion as to source, sponsorship or affiliation.

15. Applicant's applied-for goods are closely related to Opposer's registered goods and fall within Opposer's natural zone of expansion, and in fact Opposer owns various trademark registrations in International Classes 16, 28, and 41. Therefore, consumers are likely to be confused, mistaken or deceived into the belief, contrary to the fact, that the goods offered by Applicant under the Brighton Bird Design Mark emanate from and/or are in some way sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer, thereby damaging Opposer.

16. Applicant's goods are likely to be sold to the same or overlapping classes of purchasers as Opposer's goods and are likely to be sold through the same channels of trade.

17. Applicant's use and registration of the Brighton Bird Design Mark is likely to dilute Opposer's A&F Bird Design Marks by impairing their distinctiveness and ability to exclusively identify goods from Opposer.

18. Applicant is not lawfully entitled to the registration which it seeks for the reasons, *inter alia*, that Applicant's mark so resembles the A&F Bird Design Marks as to be likely to cause confusion, to cause mistake, or to deceive within the meaning of § 2(d) of the Federal Trademark Act and because Applicant's mark is likely to dilute Opposer's A&F Bird Design Marks in violation of § 43(c) of the Federal Trademark Act.

19. WHEREFORE, Opposer believes that it will be damaged by registration of the Applicant's mark and respectfully requests that the present Opposition be sustained, and that Application No. 79/218,752 be refused.

Respectfully submitted,

Abercrombie & Fitch Trading Co.

Dated: July 8, 2019

By: _/Terrance Roberts/________
Terrance Roberts
Lindsay Yeakel Capps
Attorneys for Opposer
6301 Fitch Path
Columbus, Ohio 43054
(614) 283-6500
Terrance_Roberts@anfcorp.com
Lindsay_Capps@anfcorp.com
ipdocketingwest@anfcorp.com

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

vw

September 12, 2019

Opposition No. 91249369

*Abercrombie & Fitch Trading Co.*

*v.*

*The Brighton and Hove Albion Football Club Limited*

**By the Trademark Trial and Appeal Board:**

On September 9, 2019, Applicant filed an abandonment of its involved application Serial No. 79218752, with Opposer's written consent.

In view thereof, application Serial No. 79218752 stands abandoned, and the opposition is dismissed without prejudice. *See* Trademark Rule 2.135.

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | Back to Search | Print

| | |
|---|---|
| Generated on: | This page was generated by TSDR on 2022-04-04 15:05:03 EDT |
| Mark: | |
| US Serial Number: | 79218752 |
| Application Filing Date: | Jul. 18, 2017 |
| Register: | Principal |
| Mark Type: | Trademark, Service Mark |
| TM5 Common Status Descriptor: | DEAD/APPLICATION/Refused/Dismissed or Invalidated<br>This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active. |
| Status: | Abandoned after an inter partes decision by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. |
| Status Date: | Sep. 12, 2019 |
| Publication Date: | Jan. 08, 2019 |
| Date Abandoned: | Sep. 12, 2019 |

**Mark Information**

| | |
|---|---|
| Mark Literal Elements: | None |
| Standard Character Claim: | No |
| Mark Drawing Type: | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of a stylized white seagull outlined in black with a yellow beak. The remaining color white represents background does not form part of the mark. |
| Color Drawing: | Yes |
| Color(s) Claimed: | The color(s) black, white and yellow is/are claimed as a feature of the mark. |
| Design Search Code(s): | 03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.25 - Robins; Ravens; Cardinals; Other birds; Doves; Crows; Woodpeckers; Pigeons |

**Related Properties Information**

| | |
|---|---|
| International Registration Number: | 1370537 |
| International Registration Date: | Jul. 18, 2017 |

**Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Paper, cardboard; printed material, namely, books, magazines, periodicals, brochures, leaflets, event programs, all in ... albums, namely, photo albums, sticker albums; photographs; postcards; posters; calendars; diaries; greeting cards; s

stickers; iron-on transfers; cheque book holders; drink coasters of cardboard; stationery; pens, pencils, crayons, pencil sharpeners, erasers, ungraduated rulers, writing pads, pencil cases

| | | | |
|---|---|---|---|
| International Class(es): | 016 - Primary Class | U.S Class(es): | 002, 005, 022, 023, 029, 037, 038, 050 |
| Class Status: | ABANDONED | | |
| Basis: | 66(a) | | |

For: Toys, games and playthings, namely, play balls, baby rattles, playing cards and card games, stuffed and plush toys, bath toys; sport equipment, namely, soccer balls, shin pads for use in soccer, goalkeepers' gloves, golf tees, golf ball markers, golf gloves, golf divot repair tools, head covers for golf clubs

| | | | |
|---|---|---|---|
| International Class(es): | 028 - Primary Class | U.S Class(es): | 022, 023, 038, 050 |
| Class Status: | ABANDONED | | |
| Basis: | 66(a) | | |

For: Education, namely, providing classes and tuition in the field of soccer; providing of training in the field of soccer; organization of soc related sporting events for cultural or educational purposes; live entertainment services in the field of sport, namely, soccer matches provision of sporting activities, namely, live soccer matches; providing sports facilities; rental of stadium facilities; soccer coaching; arranging and conducting of education and training in the field of soccer; arranging and conducting of soccer instructional courses; personal fitness training services; health club services, namely, providing instruction and equipment in the field of physical exercise; sport camp services; arranging and conducting of games, contests and competitions all in the field of sports for entertainment purpo arranging and conducting conferences, workshops, seminars, conventions, events and exhibitions in the field of sports; soccer fan c services in the nature of entertainment; booking and ticket reservation services for sports, cultural and educational events; productio sound and video recordings of soccer performances; production of sports television and radio sports programs; publication of books other printed material; providing online non-downloadable electronic publications, namely, magazines, articles and blogs in the field sports; provision of online news in the field of sport; information relating to sport provided online from a computer database or the Internet; information, advice and consultancy relating to the aforesaid services

| | | | |
|---|---|---|---|
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ABANDONED | | |
| Basis: | 66(a) | | |

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | Yes |
| Filed 66A: | Yes | Currently No Basis: | No |
| Filed No Basis: | No | | |

**Current Owner(s) Information**

| | | | |
|---|---|---|---|
| Owner Name: | The Brighton and Hove Albion Football Club Limited | | |
| Owner Address: | American Express Community Stadium,<br>Village Way Brighton BN1 9BL<br>UNITED KINGDOM | | |
| Legal Entity Type: | COMPANY | State or Country Where Organized: | UNITED KINGDOM |

**Attorney/Correspondence Information**

Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Richard D. Getz | Docket Number: | 1018-0080 |
| Attorney Primary Email Address: | rgetz@osheagetz.com | Attorney Email Authorized: | Yes |

Correspondent

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | RICHARD D GETZ<br>O'SHEA GETZ PC<br>10 WATERSIDE DRIVE SUITE 205<br>FARMINGTON, CONNECTICUT UNITED STATES 06032 | | |
| Phone: | 850-470-4701 | Fax: | 860-606-9818 |
| Correspondent e-mail: | rgetz@osheagetz.com uspto@osheagetz.com | Correspondent e-mail Authorized: | Yes |

Domestic Representative - Not Found

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Dec. 01, 2020 | LIMITATION FROM THE IB EXAMINED, NO ACTION IS NEEDED | 74217 |
| Oct. 14, 2020 | LIMITATION FROM THE IB EXAMINED, NO ACTION IS NEEDED | 72629 |
| Oct. 03, 2020 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Sep. 14, 2020 | FINAL DISPOSITION NOTICE SENT TO IB | |
| Sep. 12, 2020 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Jul. 17, 2020 | LIMITATION OF GOODS RECEIVED FROM IB | |
| Oct. 18, 2019 | LIMITATION OF GOODS RECEIVED FROM IB | |
| Sep. 12, 2019 | ABANDONMENT NOTICE E-MAILED - INTER PARTES DECISION | |
| Sep. 12, 2019 | ABANDONMENT - AFTER INTER PARTES DECISION | |
| Sep. 12, 2019 | OPPOSITION TERMINATED NO. 999999 | 249369 |
| Sep. 12, 2019 | OPPOSITION DISMISSED NO. 999999 | 249369 |
| Sep. 09, 2019 | ATTORNEY/DOM.REP.REVOKED AND/OR APPOINTED | |
| Sep. 09, 2019 | TEAS REVOKE/APP/CHANGE ADDR OF ATTY/DOM REP RECEIVED | |
| Aug. 02, 2019 | REFUSAL PROCESSED BY IB | |
| Jul. 10, 2019 | OPPOSITION INSTITUTED NO. 999999 | 249369 |
| Jul. 09, 2019 | OPPOSITION NOTICE (IB REFUSAL) SENT TO IB | |
| Jul. 09, 2019 | OPPOSITION NOTICE (IB REFUSAL) CREATED | |
| Apr. 05, 2019 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Mar. 20, 2019 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Mar. 20, 2019 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| Feb. 01, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 09, 2019 | EXPARTE APPEAL TERMINATED | 218752 |
| Jan. 09, 2019 | EXPARTE APPEAL DISMISSED AS MOOT | 218752 |
| Jan. 08, 2019 | PUBLISHED FOR OPPOSITION | |
| Dec. 19, 2018 | NOTICE OF PUBLICATION | |
| Nov. 13, 2018 | EXPARTE APPEAL TERMINATED | 218752 |
| Nov. 13, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 13, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 59554 |
| Nov. 13, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 59554 |
| Nov. 09, 2018 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Nov. 09, 2018 | EX PARTE APPEAL-INSTITUTED | 218752 |
| Nov. 09, 2018 | JURISDICTION RESTORED TO EXAMINING ATTORNEY | 218752 |
| Nov. 09, 2018 | EXPARTE APPEAL RECEIVED AT TTAB | |
| May 11, 2018 | FINAL REFUSAL MAILED | |
| May 11, 2018 | FINAL REFUSAL WRITTEN | 76465 |

| | | |
|---|---|---|
| May 01, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Apr. 30, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Apr. 30, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Nov. 17, 2017 | REFUSAL PROCESSED BY IB | |
| Oct. 31, 2017 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Oct. 31, 2017 | REFUSAL PROCESSED BY MPU | 72629 |
| Oct. 27, 2017 | APPLICATION FILING RECEIPT MAILED | |
| Oct. 25, 2017 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Oct. 24, 2017 | NON-FINAL ACTION WRITTEN | 76465 |
| Oct. 23, 2017 | ASSIGNED TO EXAMINER | 76465 |
| Oct. 23, 2017 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Oct. 19, 2017 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

**International Registration Information (Section 66a)**

| | | | |
|---|---|---|---|
| International Registration Number: | 1370537 | International Registration Date: | Jul. 18, 2017 |
| Priority Claimed Flag: | Yes | Date of Section 67 Priority Claim: | Jan. 23, 2017 |
| Intl. Registration Status: | REQUEST FOR EXTENSION OF PROTECTION PROCESSED | Date of International Registration Status: | Oct. 19, 2017 |
| Notification of Designation Date: | Oct. 19, 2017 | Date of Automatic Protection: | Apr. 19, 2019 |
| International Registration Renewal Date: | Jul. 18, 2027 | | |
| First Refusal Flag: | Yes | | |

**TM Staff and Location Information**

TM Staff Information

| | | | |
|---|---|---|---|
| TM Attorney: | FLETCHER, TRACY L | Law Office Assigned: | LAW OFFICE 115 |

File Location

| | | | |
|---|---|---|---|
| Current Location: | TTAB | Date in Location: | Sep. 12, 2019 |

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

**Kramer Declaration**

**Exhibit 37**

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | |
|---|---|
| Abercrombie & Fitch Trading Co., | Opposition No. __________ |
| Opposer, | Application No. 88/103,373 |
| v. | Subject Mark: BRDY |
| Wilson Land, | |
| Applicant. | Published: January 22, 2019 |

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, Wilson Land ("Applicant") is an individual with an address of 5412 Oakmont Cir., Nashville, Tennessee, 37209, and owner of Application No. 88/103,373 (the "Application").

Opposer believes that it is or will be damaged by registration of the Application and hereby opposes registration of same.

The Application was filed for registration on the Principal Register on September 04, 2018 for use in connection with clothing, namely, golf shirts, shirts, hats, socks, sweaters, jackets, and pants in International Class 25. The Application was published for opposition on January 22, 2019. An extension of time to oppose the Application was timely sought by Opposer and duly granted.

As grounds for the Opposition, it is alleged that:

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers, and retailers of high quality casual apparel and accessories for men,

women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer, Abercrombie & Fitch Trading Co., is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous US registrations for the A&F Bird Design Marks:

| MARK | REG. NO. | REG. DATE | GOODS | FIRST USE DATE |
|---|---|---|---|---|
| | Reg: 3,745,498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 4,022,932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | Reg: 3,745,497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 3,855,891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | Reg: 4,091,084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 08-AUG-2003 |
| HOLLISTER | Reg: 4,538,019 | 27-MAY-2014 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swim wear; Tops | 01-MAR-2005 |
| HOLLISTER | Reg: 3,815,111 | 06-JULY-2010 | 25 – Clothing (various) | 07-DEC-2005 |
| HOLLISTER | Reg: 3,783,586 | 04-May-2010 | 35 – Retail store services | 31-DEC-2008 |
| | Reg: 5,546,031 | 21-AUG-2018 | 25 – Bottoms as clothing; Coats; Headwear; Hoodies; Jackets; Sleepwear; Sweat shorts; Swimwear; Tops as clothing. | 10-DEC-2015 |

| | | | | |
|---|---|---|---|---|
| | Reg: 5,680,548 | 19-FEB-2019 | 25 – Swimwear | 04-DEC-2017 |
| | Reg: 3588412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 4384092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |
| | Reg: 3592454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 3659488 | 21-JULY-2009 | 18 – Backpacks, duffel bags, gym bags, handbags, tote bags and travel bags | 1-AUG-2007 |
| | Reg: 4498342 | 18-MAR-2014 | 3 – Fragrances and skincare products | 00-SEPT-2007 |
| | Reg: 3756961 | 9-MAR-2010 | 3 – Fragrances and skincare products | 00-OCT-2006 |

4. In accordance with § 5 of the Federal Trademark Act, all use of the A&F Bird Design Marks by Opposer's affiliated and related companies, as alleged herein, inures to the benefit of Opposer.

5. All of Opposer's registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use these marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

6. Opposer's registrations for twelve of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,815,111; 3,783,586; 3,588,412; 4,384,092; 3,592,454; 3,659,488; and 3,756,961) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

7. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under the A&F Bird Design Marks. Opposer and its predecessors in interest have also

used the A&F Bird Design Marks with related goods in International Classes 3, and 18 and retail store services in International Class 35, as detailed in the chart above ("Opposer's Goods and Services").

8. Opposer's use of the A&F Bird Design Marks has been valid and continuous since at least as early as each of the respective dates of first use and has not been abandoned.

9. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

10. Opposer's clothing and other products, including but not limited to hats, footwear, bags, and personal care products, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

11. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer, as a consequence of which Opposer has established valuable goodwill and exclusive rights in the A&F Bird Design Marks.

12. Opposer's A&F Bird Design Marks became famous prior to Applicant's filing of a trademark application for its mark and prior to any alleged use upon which Applicant can rely.

13. Applicant is the owner of U.S. Application No. 88/103,373 which was filed on September 04, 2018 under § 1(b) of the Trademark Act, for the mark comprising a bird design with outstretched wings over the word "BRDY" (hereinafter, "BRDY Mark") for "Clothing, namely, golf shirts, shirts, hats, socks, sweaters, jackets, and pants" in International Class 25 (Applicant's Goods").

14. Applicant's use of the BRDY Mark will inevitably capitalize upon the fame and distinctiveness of Opposer's A&F Bird Design Marks, which have acquired renown in connection with clothing and accessories.

15. Applicant's BRDY Mark so closely resembles Opposer's previously used and registered A&F Bird Design Marks in appearance and commercial impression so as to be likely to cause mistake, or to deceive, or to cause confusion as to source, sponsorship or affiliation.

16. Applicant's applied-for goods are identical to Opposer's Goods and Services under its A&F Bird Design Marks. Therefore, consumers are likely to be confused, mistaken or deceived into the belief, contrary to the fact, that the goods offered by Applicant under the BRDY Mark emanate from and/or are in some way sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer, thereby damaging Opposer.

17. The trade channels and consumers for Applicant's Goods and Opposer's Goods and Services are legally identical.

18. Applicant's use and registration of the BRDY Mark is likely to dilute Opposer's A&F Bird Design Marks by impairing their distinctiveness and ability to exclusively identify goods from Opposer.

19. Registration of Applicant's mark will lessen the capacity of Opposer's mark to identify and distinguish its goods.

20. Applicant is not lawfully entitled to the registration which it seeks for the reasons, *inter alia*, that Applicant's mark so resembles the A&F Bird Design Marks as to be likely to cause confusion, to cause mistake, or to deceive within the meaning of § 2(d) of the Federal Trademark Act and because Applicant's mark is likely to dilute Opposer's A&F Bird Design Marks in violation of § 43(c) of the Federal Trademark Act.

21. WHEREFORE, Opposer believes that it will be damaged by registration of the Applicant's mark and respectfully requests that the present Opposition be sustained, and that Application No. 88/103,373 be refused.

Respectfully submitted,

Abercrombie & Fitch Trading Co.

Dated: May 21, 2019

By: _/Terrance Roberts/________
Terrance Roberts
Lindsay Capps
Attorneys for Opposer
6301 Fitch Path
Columbus, Ohio 43054
(614) 283-6500
Terrance_Roberts@anfcorp.com
Lindsay_Capps@anforp.com

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

lw

August 26, 2019

Opposition No. 91248311

*Abercrombie & Fitch Trading Co.*

*v.*

*Wilson Land*

**By the Trademark Trial and Appeal Board:**

On July 10, 2019, the Board issued a notice of default to Applicant because no answer had been filed.

No response to the notice of default has been filed.

Accordingly, judgment by default is hereby entered against Applicant, the opposition is sustained, and registration to Applicant is refused. *See* Fed. R. Civ. P. 55(b), and Trademark Rule 2.106(a).

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | Back to Search | Print

| | | | |
|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2022-04-04 15:05:35 EDT | | |
| Mark: | BRDY | | |
| US Serial Number: | 88103373 | Application Filing Date: | Sep. 04, 2018 |
| Filed as TEAS RF: | Yes | Currently TEAS RF: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | DEAD/APPLICATION/Refused/Dismissed or Invalidated<br>This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active. | | |
| Status: | Abandoned after an inter partes decision by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| Status Date: | Aug. 26, 2019 | | |
| Publication Date: | Jan. 22, 2019 | | |
| Date Abandoned: | Aug. 26, 2019 | | |

**Mark Information**

| | |
|---|---|
| Mark Literal Elements: | BRDY |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of the stylized word "BRDY" and above the stylized word is a stylized silhouette of a bird with it's wings spread. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Design Search Code(s): | 03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.24 - Stylized birds and bats<br>03.15.25 - Cardinals; Pigeons; Other birds; Doves; Crows; Robins; Woodpeckers; Ravens |

**Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Clothing, namely, golf shirts, shirts, hats, socks, sweaters, jackets, and pants | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
| Class Status: | ABANDONED | | |

Basis: 1(b)

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

**Current Owner(s) Information**

| | | | |
|---|---|---|---|
| Owner Name: | Land, Wilson | | |
| Owner Address: | 5412 Oakmont Cir<br>Nashville, TENNESSEE UNITED STATES 37209 | | |
| Legal Entity Type: | INDIVIDUAL | Citizenship: | UNITED STATES |

**Attorney/Correspondence Information**

Attorney of Record - None

Correspondent

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | WILSON LAND<br>5412 OAKMONT CIR<br>NASHVILLE, TENNESSEE UNITED STATES 37209 | | |
| Correspondent e-mail: | Land.wilsonr@gmail.com | Correspondent e-mail Authorized: | Yes |

Domestic Representative - Not Found

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 26, 2019 | ABANDONMENT NOTICE E-MAILED - INTER PARTES DECISION | |
| Aug. 26, 2019 | ABANDONMENT - AFTER INTER PARTES DECISION | |
| Aug. 26, 2019 | OPPOSITION TERMINATED NO. 999999 | 248311 |
| Aug. 26, 2019 | OPPOSITION SUSTAINED NO. 999999 | 248311 |
| May 21, 2019 | OPPOSITION INSTITUTED NO. 999999 | 248311 |
| Feb. 08, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 22, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 22, 2019 | PUBLISHED FOR OPPOSITION | |
| Jan. 02, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Dec. 15, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Dec. 15, 2018 | ASSIGNED TO EXAMINER | 81094 |
| Sep. 12, 2018 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Sep. 11, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |

**TM Staff and Location Information**

TM Staff Information

| | | | |
|---|---|---|---|
| TM Attorney: | KUNG, KAELIE ELIZABETH | Law Office Assigned: | LAW OFFICE 103 |

| File Location | | | |
|---|---|---|---|
| Current Location: | TTAB | Date in Location: | Aug. 26, 2019 |

▾ Assignment Abstract Of Title Information - Click to Load

▾ Proceedings - Click to Load

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 38**

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA974674**
Filing date: **05/17/2019**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Applicants | AIDA Cruises - German Branch of Costa Crociere S.p.A. |
| Application Serial Number | 79225781 |
| Application Filing Date | 08/18/2017 |
| Mark | |
| Date of Publication | 04/23/2019 |
| Potential Opposer's Correspondence Information | Terrance Roberts<br>Assistant Legal Counsel<br>Abercrombie & Fitch Trading Co.<br>6301 FITCH PATH<br>NEW ALBANY, OH 43054<br>UNITED STATES<br>ipdocketingwest@anfcorp.com<br>6142836228 |

## First 90 Day Request for Extension of Time to Oppose for Good Cause

Pursuant to 37 C.F.R. Section 2.102, Abercrombie & Fitch Trading Co., 6301 FITCH PATH, NEW ALBANY, OH 43054, UNITED STATES, a corporation organized under the laws of Ohio, respectfully requests that it be granted a 90-day extension of time to file a notice of opposition against the above-identified mark for cause shown.

Potential opposer believes that good causes are established for this request by:

- The potential opposer needs additional time to investigate the claim
- The potential opposer needs additional time to confer with counsel

The time within which to file a notice of opposition is set to expire on 05/23/2019. Abercrombie & Fitch Trading Co. respectfully requests that the time period within which to file an opposition be extended until 08/21/2019.

Respectfully submitted,
/Terrance Roberts/
Terrance Roberts
ipdocketingwest@anfcorp.com
05/17/2019

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1771 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

## Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 79225781 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 124 |
| **MARK SECTION** | |
| MARK FILE NAME | https://tmng-al.uspto.gov/resting2/api/img/79225781/large |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| **EXPLANATION OF FILING** | |
| To avoid a dispute with another party, Applicant has agreed to make several revisions to its application. | |
| **GOODS AND/OR SERVICES SECTION (003)(current)** | |
| INTERNATIONAL CLASS | 003 |
| DESCRIPTION | |
| Cosmetics; perfumery; essential oils; cotton wool for cosmetic purposes | |
| **GOODS AND/OR SERVICES SECTION (003)(proposed)** | |
| INTERNATIONAL CLASS | 003 |
| TRACKED TEXT DESCRIPTION | |
| ~~Cosmetics~~; cotton wool for cosmetic purposes; ~~perfumery~~; ~~essential oils~~ | |
| FINAL DESCRIPTION | cotton wool for cosmetic purposes |
| **GOODS AND/OR SERVICES SECTION (008)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (009)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (012)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (014)(class deleted)** | |
| **GOODS AND/OR SERVICES SECTION (016)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (018)(class deleted)** | |
| **GOODS AND/OR SERVICES SECTION (020)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (021)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (024)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (025)(class deleted)** | |
| **GOODS AND/OR SERVICES SECTION (026)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (027)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (028)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (030)(no change)** | |

| | |
|---|---|
| **GOODS AND/OR SERVICES SECTION (032)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (033)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (034)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (035)(current)** | |
| INTERNATIONAL CLASS | 035 |
| DESCRIPTION | |
| Advertising; retail store services featuring cosmetics, perfumery, essential oils, jewelry, precious stones, horological and chronometric instruments, glassware, porcelain and earthenware, clothing, footwear, headwear, lanyards, games, toys, gymnastic equipment, outdoor sporting game equipment, trunks and travelling bags, umbrellas and parasols, shopping bags, handbags, valises and travel requisites, namely, newspapers, periodicals, road maps, city plans, travel books, pens, pencils, tobacco products, cut flowers, travel toiletry preparations, exposed camera film, recording devices for sound carriers, first aid kits, foodstuffs and luxury foods; arranging of contracts, for others, for the providing of services | |
| **GOODS AND/OR SERVICES SECTION (035)(proposed)** | |
| INTERNATIONAL CLASS | 035 |
| TRACKED TEXT DESCRIPTION | |
| Advertising; ~~retail store services featuring cosmetics, perfumery, essential oils, jewelry, precious stones, horological and chronometric instruments, glassware, porcelain and earthenware, clothing, footwear, headwear, lanyards, games, toys, gymnastic equipment, outdoor sporting game equipment, trunks and travelling bags, umbrellas and parasols, shopping bags, handbags, valises and travel requisites, namely, newspapers, periodicals, road maps, city plans, travel books, pens, pencils, tobacco products, cut flowers, travel toiletry preparations, exposed camera film, recording devices for sound carriers, first aid kits, foodstuffs and luxury foods~~; retail store services featuring glassware, porcelain and earthenware, lanyards, games, toys, gymnastic equipment, outdoor sporting game equipment, valises and travel requisites, namely, newspapers, periodicals, road maps, city plans, travel books, pens, pencils, tobacco products, cut flowers, exposed camera film, recording devices for sound carriers, first aid kits, foodstuffs and luxury foods; arranging of contracts, for others, for the providing of services | |
| FINAL DESCRIPTION | |
| Advertising; retail store services featuring glassware, porcelain and earthenware, lanyards, games, toys, gymnastic equipment, outdoor sporting game equipment, valises and travel requisites, namely, newspapers, periodicals, road maps, city plans, travel books, pens, pencils, tobacco products, cut flowers, exposed camera film, recording devices for sound carriers, first aid kits, foodstuffs and luxury foods; arranging of contracts, for others, for the providing of services | |
| **GOODS AND/OR SERVICES SECTION (036)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (039)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (040)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (041)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (043)(no change)** | |
| **GOODS AND/OR SERVICES SECTION (044)(no change)** | |
| **ATTORNEY SECTION (current)** | |
| NAME | William E O'Brien |
| ATTORNEY BAR MEMBERSHIP NUMBER | NOT SPECIFIED |
| YEAR OF ADMISSION | NOT SPECIFIED |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | NOT SPECIFIED |
| FIRM NAME | LAW OFFICES OF WILLIAM E OBRIEN, LLC |
| INTERNAL ADDRESS | SUITE 200 |
| STREET | 2 CONNECTOR ROAD |
| CITY | WESTBOROUGH |
| STATE | Massachusetts |

| | |
|---|---|
| POSTAL CODE | 01581 |
| COUNTRY | US |
| PHONE | 7819565363 |
| EMAIL | william@masstechlawyer.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | 244007 |
| **ATTORNEY SECTION (proposed)** | |
| NAME | William E O'Brien |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | LAW OFFICES OF WILLIAM E OBRIEN, LLC |
| INTERNAL ADDRESS | SUITE 200 |
| STREET | 2 CONNECTOR ROAD |
| CITY | WESTBOROUGH |
| STATE | Massachusetts |
| POSTAL CODE | 01581 |
| COUNTRY | United States |
| PHONE | 7819565363 |
| EMAIL | william@masstechlawyer.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | 244007 |
| **CORRESPONDENCE SECTION (current)** | |
| NAME | WILLIAM E O'BRIEN |
| FIRM NAME | LAW OFFICES OF WILLIAM E OBRIEN, LLC |
| INTERNAL ADDRESS | SUITE 200 |
| STREET | 2 CONNECTOR ROAD |
| CITY | WESTBOROUGH |
| STATE | Massachusetts |
| POSTAL CODE | 01581 |
| COUNTRY | US |
| PHONE | 7819565363 |
| EMAIL | william@masstechlawyer.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | 244007 |
| **CORRESPONDENCE SECTION (proposed)** | |
| NAME | William E O'Brien |
| FIRM NAME | LAW OFFICES OF WILLIAM E OBRIEN, LLC |

| | |
|---|---|
| INTERNAL ADDRESS | SUITE 200 |
| STREET | 2 CONNECTOR ROAD |
| CITY | WESTBOROUGH |
| STATE | Massachusetts |
| POSTAL CODE | 01581 |
| COUNTRY | United States |
| PHONE | 7819565363 |
| EMAIL | william@masstechlawyer.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| DOCKET/REFERENCE NUMBER | 244007 |
| **SIGNATURE SECTION** | |
| RESPONSE SIGNATURE | /william e obrien/ |
| SIGNATORY'S NAME | William E O'Brien Esq. |
| SIGNATORY'S POSITION | Attorney |
| SIGNATORY'S PHONE NUMBER | 7819565363 |
| DATE SIGNED | 08/09/2019 |
| AUTHORIZED SIGNATORY | YES |
| **FILING INFORMATION SECTION** | |
| SUBMIT DATE | Fri Aug 09 14:38:42 EDT 2019 |
| TEAS STAMP | USPTO/PPA-XX.XX.XXX.XXX-2<br>0190809143842458795-79225<br>781-610462b7029e88b05dfd4<br>9effbceaa2dd397d52eaad2f9<br>87581bef0c5f81b7292-N/A-N<br>/A-20190809143134332448 |

Under the Paperwork Reduction Act of 1995 no persons are required to respond to a collection of information unless it displays a valid OMB control number.
PTO Form 1771 (Rev 10/2011)
OMB No. 0651-0050 (Exp 09/20/2020)

## Post-Approval/Publication/Post-Notice of Allowance (NOA) Amendment

**To the Commissioner for Trademarks:**

Application serial no. **79225781** (Stylized and/or with Design, see https://tmng-al.uspto.gov/resting2/api/img/79225781/large) has been amended as follows:

**EXPLANATION OF FILING**
To avoid a dispute with another party, Applicant has agreed to make several revisions to its application.

**CLASSIFICATION AND LISTING OF GOODS/SERVICES**

**Applicant hereby deletes the following class of goods/services from the application.**
Class 014 for Jewels; ornaments of precious metal in the nature of jewelry; precious stones; chronoscopes; time instruments, namely, wrist watches

**Applicant hereby deletes the following class of goods/services from the application.**
Class 018 for Leather and imitation leather; trunks and travelling bags; luggage bags; umbrellas; parasols; walking sticks; textile and canvas shopping bags; handbags; holdalls

**Applicant hereby deletes the following class of goods/services from the application.**
Class 025 for Clothing, namely, t-shirts, sweatshirts, shirts, polo shirts, pants, shorts, tops, skirts, waistcoats, jackets, masquerade costumes, coats, socks, stockings, underwear, scarves, shawls, neckties, gloves, belts, pajamas, nightgowns, bathing suits, bathing shorts, bathing gowns, bathrobes, sports shirts, sports jackets, sports shorts and sports suits, socks; footwear; headwear

**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 003 for Cosmetics; perfumery; essential oils; cotton wool for cosmetic purposes
Original Filing Basis:
**Filing Basis Section 66(a)** , Request for Extension of Protection to the United States. Section 66(a) of the Trademark Act, 15 U.S.C. §1141f.

**Proposed:**
**Tracked Text Description:** ~~Cosmetics~~; cotton wool for cosmetic purposes; ~~perfumery~~; ~~essential oils~~

Class 003 for cotton wool for cosmetic purposes

**Filing Basis Section 66(a)** , Request for Extension of Protection to the United States. Section 66(a) of the Trademark Act, 15 U.S.C. §1141f.

**Applicant proposes to amend the following class of goods/services in the application:**
**Current:** Class 035 for Advertising; retail store services featuring cosmetics, perfumery, essential oils, jewelry, precious stones, horological and chronometric instruments, glassware, porcelain and earthenware, clothing, footwear, headwear, lanyards, games, toys, gymnastic equipment, outdoor sporting game equipment, trunks and travelling bags, umbrellas and parasols, shopping bags, handbags, valises and travel requisites, namely, newspapers, periodicals, road maps, city plans, travel books, pens, pencils, tobacco products, cut flowers, travel toiletry preparations, exposed camera film, recording devices for sound carriers, first aid kits, foodstuffs and luxury foods; arranging of contracts, for others, for the providing of services
Original Filing Basis:
**Filing Basis Section 66(a)** , Request for Extension of Protection to the United States. Section 66(a) of the Trademark Act, 15 U.S.C. §1141f.

**Proposed:**
**Tracked Text Description:** Advertising; ~~retail store services featuring cosmetics, perfumery, essential oils, jewelry, precious stones, horological and chronometric instruments, glassware, porcelain and earthenware, clothing, footwear, headwear, lanyards, games, toys, gymnastic equipment, outdoor sporting game equipment, trunks and travelling bags, umbrellas and parasols, shopping bags, handbags, valises and travel requisites, namely, newspapers, periodicals, road maps, city plans, travel books, pens, pencils, tobacco products, cut flowers, travel toiletry preparations, exposed camera film, recording devices for sound carriers, first aid kits, foodstuffs and luxury foods~~; retail store services featuring glassware, porcelain and earthenware, lanyards, games, toys, gymnastic equipment, outdoor sporting game equipment, valises and travel requisites, namely, newspapers, periodicals, road maps, city plans, travel books, pens, pencils, tobacco products, cut flowers, exposed camera film, recording devices for sound carriers, first aid kits, foodstuffs and luxury foods; arranging of contracts, for others, for the providing of services

Class 035 for Advertising; retail store services featuring glassware, porcelain and earthenware, lanyards, games, toys, gymnastic equipment, outdoor sporting game equipment, valises and travel requisites, namely, newspapers, periodicals, road maps, city plans, travel books, pens, pencils, tobacco products, cut flowers, exposed camera film, recording devices for sound carriers, first aid kits, foodstuffs and luxury foods; arranging of contracts, for others, for the providing of services

**Filing Basis Section 66(a)** , Request for Extension of Protection to the United States. Section 66(a) of the Trademark Act, 15 U.S.C. §1141f.

The applicant's current attorney information: William E O'Brien. William E O'Brien of LAW OFFICES OF WILLIAM E OBRIEN, LLC, is located at

SUITE 200
2 CONNECTOR ROAD
WESTBOROUGH, Massachusetts 01581
US
The docket/reference number is 244007.

The phone number is 7819565363.

The email address is william@masstechlawyer.com

The applicants proposed attorney information: William E O'Brien. William E O'Brien of LAW OFFICES OF WILLIAM E OBRIEN, LLC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at

SUITE 200
2 CONNECTOR ROAD
WESTBOROUGH, Massachusetts 01581
United States
The docket/reference number is 244007.

The phone number is 7819565363.

The email address is william@masstechlawyer.com

William E O'Brien submitted the following statement: I attest that I am an attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory).

The applicant's current correspondence information: WILLIAM E O'BRIEN. WILLIAM E O'BRIEN of LAW OFFICES OF WILLIAM E OBRIEN, LLC, is located at

SUITE 200
2 CONNECTOR ROAD
WESTBOROUGH, Massachusetts 01581
US
The docket/reference number is 244007.

The phone number is 7819565363.

The email address is william@masstechlawyer.com

The applicants proposed correspondence information: William E O'Brien. William E O'Brien of LAW OFFICES OF WILLIAM E OBRIEN, LLC, is located at

SUITE 200
2 CONNECTOR ROAD
WESTBOROUGH, Massachusetts 01581
United States
The docket/reference number is 244007.

The phone number is 7819565363.

The email address is william@masstechlawyer.com

**SIGNATURE(S)**

Signature: /william e obrien/ Date: 08/09/2019
Signatory's Name: William E O'Brien Esq.
Signatory's Position: Attorney

Signatory's Phone Number: 7819565363

The signatory has confirmed that he/she is a U.S.-licensed attorney who is an active member in good standing of the bar of the highest court of a U.S. state (including the District of Columbia and any U.S. Commonwealth or territory); and he/she is currently the owner's/holder's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S.-licensed attorney not currently associated with his/her company/firm previously represented the owner/holder in this matter: the owner/holder has revoked their power of attorney by a signed revocation or substitute power of attorney with the USPTO; the USPTO has granted that attorney's withdrawal request; the owner/holder has filed a power of attorney appointing him/her in this matter; or the owner's/holder's appointed U.S.-licensed attorney has filed a power of attorney appointing him/her as an associate attorney in this matter.

Mailing Address: WILLIAM E O'BRIEN
LAW OFFICES OF WILLIAM E OBRIEN, LLC

SUITE 200
2 CONNECTOR ROAD
WESTBOROUGH, Massachusetts 01581
Mailing Address: William E O'Brien
LAW OFFICES OF WILLIAM E OBRIEN, LLC
SUITE 200
2 CONNECTOR ROAD
WESTBOROUGH, Massachusetts 01581

Serial Number: 79225781
Internet Transmission Date: Fri Aug 09 14:38:42 EDT 2019
TEAS Stamp: USPTO/PPA-XX.XX.XXX.XXX-2019080914384245
8795-79225781-610462b7029e88b05dfd49effb
ceaa2dd397d52eaad2f987581bef0c5f81b7292-
N/A-N/A-20190809143134332448

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

| | | | |
|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2022-04-04 23:11:45 EDT | | |
| Mark: |  | | |
| US Serial Number: | 79225781 | Application Filing Date: | Aug. 18, 2017 |
| US Registration Number: | 5929081 | Registration Date: | Dec. 10, 2019 |
| Register: | Principal | | |
| Mark Type: | Trademark, Service Mark | | |
| TM5 Common Status Descriptor: | LIVE/REGISTRATION/Issued and Active<br>The trademark application has been registered with the Office. | | |
| Status: | Registered. The registration date is used to determine when post-registration maintenance documents are due. | | |
| Status Date: | Dec. 10, 2019 | | |
| Publication Date: | Apr. 23, 2019 | | |

▾ **Mark Information**

| | |
|---|---|
| Mark Literal Elements: | None |
| Standard Character Claim: | No |
| Mark Drawing Type: | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of a stylized light blue flying seagull. The color white represents background, outlining, shading and/or trans areas and is not part of the mark. |
| Color Drawing: | Yes |
| Color(s) Claimed: | The color(s) light blue is claimed as a feature of the mark. |
| Design Search Code(s): | 03.15.09 - Seabirds; Pelicans; Gulls<br>03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.24 - Stylized birds and bats |

▾ **Related Properties Information**

| | |
|---|---|
| International Registration Number: | 1386491 |
| International Registration Date: | Aug. 18, 2017 |

▾ **Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;

- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Cotton wool for cosmetic purposes | | |
| International Class(es): | 003 - Primary Class | U.S Class(es): | 001, 004, 006, 050, 051, 052 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Tableware being cutlery, namely, knives, forks, and spoons; cutlery holders, namely, racks specially adapted for holding cutlery | | |
| International Class(es): | 008 - Primary Class | U.S Class(es): | 023, 028, 044 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Apparatus for recording, transmission or reproduction of sound or images; pre-recorded magnetic data carriers featuring images [illegible] | | |
| International Class(es): | 009 - Primary Class | U.S Class(es): | 021, 023, 026, 036, 038 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Vehicles, namely, boats; passenger ships; personal transporters in the nature of motorized, electric-powered, self-propelled, [illegible] | | |
| International Class(es): | 012 - Primary Class | U.S Class(es): | 019, 021, 023, 031, 035, 044 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Printed matter, namely, magazines and books in the fields of travel and tourism, geography, nautical practice, [illegible] | | |
| International Class(es): | 016 - Primary Class | U.S Class(es): | 002, 005, 022, 023, 029, 037, 038, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Furniture; mirrors made of silvered glass; picture frames | | |
| International Class(es): | 020 - Primary Class | U.S Class(es): | 002, 013, 022, 025, 032, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Household or kitchen utensils and containers, [illegible] | | |
| International Class(es): | 021 - Primary Class | U.S Class(es): | 002, 013, 023, 029, 030, [illegible] |
| Class Status: | ACTIVE | | |

| | | | |
|---|---|---|---|
| Basis: | 66(a) | | |
| For: | Textiles and textile goods, namely, tapestries, wall hangings, and banners; bedding, namely, blankets and sheets, [illegible] | | |
| International Class(es): | 024 - Primary Class | U.S Class(es): | 042, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | artificial flowers | | |
| International Class(es): | 026 - Primary Class | U.S Class(es): | 037, 039, 040, 042, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Door mats; carpets; floor coverings | | |
| International Class(es): | 027 - Primary Class | U.S Class(es): | 019, 020, 037, 042, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Games and toys, namely, board games, action skill games, darts, jigsaw puzzles, dolls, action figures, plush toys, [illegible] | | |
| International Class(es): | 028 - Primary Class | U.S Class(es): | 022, 023, 038, 050 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Coffee, tea, cocoa, chocolate; pastries, cakes; bread; edible ices; honey; muesli; pizza; puddings; [illegible] | | |
| International Class(es): | 030 - Primary Class | U.S Class(es): | 046 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Beers; mineral and aerated waters; non-alcoholic beverages, namely, carbonated beverages and cola; fruit beverages and fruit [illegible] syrups and syrup substitutes for making beverages | | |
| International Class(es): | 032 - Primary Class | U.S Class(es): | 045, 046, 048 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Alcoholic beverages, except beers | | |
| International Class(es): | 033 - Primary Class | U.S Class(es): | 047, 049 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Tobacco; smokers articles, namely, cigars, cigarettes, cigarette papers, cigar wraps, ashtrays for smokers, [illegible] | | |

| | | | |
|---|---|---|---|
| International Class(es): | 034 - Primary Class | U.S Class(es): | 002, 008, 009, 017 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Advertising; retail store services featuring glassware, porcelain and earthenware, lanyards, games, toys, gymnastic equipment, [illegible] | | |
| International Class(es): | 035 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Insurance brokerage | | |
| International Class(es): | 036 - Primary Class | U.S Class(es): | 100, 101, 102 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Organization of travel, in particular sea travel; Arranging of boat cruises; [illegible] | | |
| International Class(es): | 039 - Primary Class | U.S Class(es): | 100, 105 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Photographic film development; photographic printing | | |
| International Class(es): | 040 - Primary Class | U.S Class(es): | 100, 103, 106 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Physical education services, education services, namely, providing classes, seminars, workshops, [illegible] | | |
| International Class(es): | 041 - Primary Class | U.S Class(es): | 100, 101, 107 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Providing temporary accommodation, restaurants, cafeterias, cafes, bars and providing food and drink; [illegible] | | |
| International Class(es): | 043 - Primary Class | U.S Class(es): | 100, 101 |
| Class Status: | ACTIVE | | |
| Basis: | 66(a) | | |
| For: | Medical assistance; floral design; manicuring; beauty salons; massage; providing public bath facilities; [illegible] | | |
| International Class(es): | 044 - Primary Class | U.S Class(es): | 100, 101 |

| | |
|---|---|
| Class Status: | ACTIVE |
| Basis: | 66(a) |

▾ **Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | Yes |
| Filed 66A: | Yes | Currently No Basis: | No |
| Filed No Basis: | No | | |

▾ **Current Owner(s) Information**

| | | | |
|---|---|---|---|
| Owner Name: | AIDA Cruises - German Branch of Costa Crociere S.p.A. | | |
| Owner Address: | Am Strande 3d<br>18055 Rostock<br>GERMANY | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | ITALY |

▾ **Attorney/Correspondence Information**

**Attorney of Record**

| | | | |
|---|---|---|---|
| Attorney Name: | William E O'Brien | Docket Number: | 244007 |
| Attorney Primary Email Address: | william@masstechlawyer.com | Attorney Email Authorized: | Yes |

**Correspondent**

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | William E O'Brien<br>LAW OFFICES OF WILLIAM E OBRIEN, LLC<br>2 CONNECTOR ROAD<br>SUITE 200<br>WESTBOROUGH, MASSACHUSETTS UNITED STATES 01581 | | |
| Phone: | 7819565363 | | |
| Correspondent e-mail: | william@masstechlawyer.com | Correspondent e-mail Authorized: | Yes |

**Domestic Representative - Not Found**

▾ **Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| May 21, 2020 | NEW REPRESENTATIVE AT IB RECEIVED | |
| May 08, 2020 | FINAL DECISION TRANSACTION PROCESSED BY IB | |
| Mar. 21, 2020 | GENERIC MADRID TRANSACTION SENT TO IB | |
| Mar. 21, 2020 | GENERIC MADRID TRANSACTION CREATED | 76533 |
| Mar. 10, 2020 | FINAL DISPOSITION NOTICE CREATED, TO BE SENT TO IB | |
| Dec. 10, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Oct. 31, 2019 | EXTENSION OF TIME TO OPPOSE PROCESS - TERMINATED | |
| Oct. 08, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70468 |

| | | |
|---|---|---|
| Oct. 08, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70468 |
| Oct. 08, 2019 | DATA MODIFICATION COMPLETED | 70468 |
| Aug. 27, 2019 | CHANGES/CORRECTIONS AFTER PUB APPROVAL ENTERED | 66303 |
| Aug. 26, 2019 | ASSIGNED TO PETITION STAFF | 66303 |
| Aug. 09, 2019 | TEAS POST PUBLICATION AMENDMENT RECEIVED | 1111 |
| Jul. 18, 2019 | NOTIFICATION OF POSSIBLE OPPOSITION - PROCESSED BY IB | |
| Jul. 03, 2019 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Jul. 03, 2019 | NOTIFICATION OF POSSIBLE OPPOSITION CREATED, TO BE SENT TO IB | |
| May 17, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Apr. 23, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 23, 2019 | PUBLISHED FOR OPPOSITION | |
| Apr. 19, 2019 | NOTIFICATION PROCESSED BY IB | |
| Apr. 03, 2019 | NOTIFICATION OF POSSIBLE OPPOSITION SENT TO IB | |
| Apr. 03, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Apr. 03, 2019 | NOTICE OF START OF OPPOSITION PERIOD CREATED, TO BE SENT TO IB | |
| Mar. 21, 2019 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 70468 |
| Mar. 18, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 18, 2019 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Mar. 18, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 18, 2019 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Mar. 18, 2019 | EXAMINERS AMENDMENT -WRITTEN | 85327 |
| Mar. 15, 2019 | PREVIOUS ALLOWANCE COUNT WITHDRAWN | |
| Mar. 15, 2019 | WITHDRAWN FROM PUB - OG REVIEW QUERY | 86610 |
| Feb. 27, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Feb. 27, 2019 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Feb. 27, 2019 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 27, 2019 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Feb. 27, 2019 | EXAMINERS AMENDMENT -WRITTEN | 85327 |
| Feb. 26, 2019 | TEAS/EMAIL CORRESPONDENCE ENTERED | 70468 |
| Feb. 26, 2019 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 70468 |
| Feb. 25, 2019 | ASSIGNED TO LIE | 70468 |
| Feb. 19, 2019 | TEAS REQUEST FOR RECONSIDERATION RECEIVED | |
| Aug. 28, 2018 | NOTIFICATION OF FINAL REFUSAL EMAILED | |
| Aug. 28, 2018 | FINAL REFUSAL E-MAILED | |
| Aug. 28, 2018 | FINAL REFUSAL WRITTEN | 85327 |
| Aug. 10, 2018 | TEAS/EMAIL CORRESPONDENCE ENTERED | 88889 |
| Aug. 10, 2018 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 88889 |
| Aug. 10, 2018 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Mar. 02, 2018 | REFUSAL PROCESSED BY IB | |
| Feb. 12, 2018 | NON-FINAL ACTION MAILED - REFUSAL SENT TO IB | |
| Feb. 12, 2018 | REFUSAL PROCESSED BY MPU | 70029 |
| Feb. 09, 2018 | NON-FINAL ACTION (IB REFUSAL) PREPARED FOR REVIEW | |
| Feb. 09, 2018 | APPLICATION FILING RECEIPT MAILED | |
| Feb. 08, 2018 | NON-FINAL ACTION WRITTEN | 85327 |





| | | |
|---|---|---|
| Feb. 05, 2018 | ASSIGNED TO EXAMINER | 85327 |
| Feb. 05, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Feb. 01, 2018 | SN ASSIGNED FOR SECT 66A APPL FROM IB | |

**International Registration Information (Section 66a)**

International Registration Number: 1386491
International Registration Date: Aug. 18, 2017
Priority Claimed Flag: Yes
Date of Section 67 Priority Claim: Feb. 20, 2017
Intl. Registration Status: REQUEST FOR EXTENSION OF PROTECTION PROCESSED
Date of International Registration Status: Feb. 01, 2018
Notification of Designation Date: Feb. 01, 2018
Date of Automatic Protection: Aug. 01, 2019
International Registration Renewal Date: Aug. 18, 2027
First Refusal Flag: Yes

**TM Staff and Location Information**

TM Staff Information - None
File Location
Current Location: PUBLICATION AND ISSUE SECTION
Date in Location: Dec. 10, 2019

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 39**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co., Opposer,
v.
Hangzhou Maiyang E-commerce Co., Ltd. Applicant.

Opposition No. __________
Application No. 88/060,637
Subject Mark:
Published: January 01, 2019

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, Hangzhou Maiyang E-commerce Co., Ltd. ("Applicant") is a Chinese limited liability company with an address of Rm 2003, Unit 1, Bldg 5, Fengyaqiantang, Century Garden, Changhe St., Binjiang Dist., Hangzhou, Zhenjiang, China, 310051, and owner of Application No. 88/060,637 (the "Application").

Opposer believes that it is or will be damaged by registration of the Application and hereby opposes registration of same.

The Application was filed for registration on the Principal Register on August 01, 2018 for use in connection with, among other things, clothing, swimwear, and shoes in International Class 25. The Application was published for opposition on January 01, 2019. An extension of time to oppose the Application was timely sought by Opposer and duly granted.

As grounds for the Opposition, it is alleged that:

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers, and retailers of high quality casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer, Abercrombie & Fitch Trading Co., is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous US registrations for the A&F Bird Design Marks:

| MARK | REG. NO. | REG. DATE | GOODS | FIRST USE DATE |
|---|---|---|---|---|
| | Reg: 3,745,498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 4,022,932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | Reg: 3,745,497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 3,855,891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | Reg: 4,091,084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 08-AUG-2003 |
| | Reg: 5,546,031 | 21-AUG-2018 | 25 – Bottoms as clothing; Coats; Headwear; Hoodies; Jackets; Sleepwear; Sweat shorts; Swimwear; Tops as clothing. | 10-DEC-2015 |
| | Reg: 5,680,548 | 19-FEB-2019 | 25 – Swimwear | 04-DEC-2017 |
| | Reg: 3,588,412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |

| | | | | |
|---|---|---|---|---|
| | Reg: 4,384,092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |
| | Reg: 3,592,454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 3,659,488 | 21-JULY-2009 | 18 – Backpacks, duffel bags, gym bags, handbags, tote bags and travel bags | 1-AUG-2007 |
| | Reg: 4,498,342 | 18-MAR-2014 | 3 – Fragrances and skincare products | 00-SEPT-2007 |
| | Reg: 3,756,961 | 9-MAR-2010 | 3 – Fragrances and skincare products | 00-OCT-2006 |
| | Reg: 4,874,959 | 22-DEC-2015 | 9 – Carrying cases for mobile computers; Cases for mobile phones; Ear buds; Headphones; Protective covers and cases for cell phones and portable media players; Sunglasses | 00-OCT-2013 |
| | Reg: 5,341,002 | 21-NOV-2017 | 14 – Jewelry | 01-JAN-2006 |

4. In accordance with § 5 of the Federal Trademark Act, all use of the A&F Bird Design Marks by Opposer's affiliated and related companies, as alleged herein, inures to the benefit of Opposer.

5. All of Opposer's Registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use these marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

6. Opposer's registrations for ten of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; 3,592,454; 3,659,488; and 3,756,961) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

7. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under the A&F Bird Design Marks. Opposer and its predecessors in interest have also used the A&F Bird Design Marks with related goods ("Opposer's Goods") and services, illustrated by examples detailed in the above chart.

8. Opposer's use of the A&F Bird Design Marks has been valid and continuous since at least as early as each of the respective dates of first use and has not been abandoned.

9. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

10. Opposer's Goods, including but not limited to shirts, swimwear, outerwear, footwear, dresses and bottoms, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

11. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer, as a consequence of which Opposer has established valuable goodwill and exclusive rights in the A&F Bird Design Marks.

12. Opposer's A&F Bird Design Marks became famous long prior to Applicant's first use date of May 05, 2015.

13. Applicant is the owner of U.S. Application No. 88/060,637 which was filed on August 1, 2018 under § 1(a) of the Trademark Act, for the mark comprising a bird design with outstretched wings (hereinafter, "Hangzhou Bird Mark") for "Bikinis; Coats; Dresses; Overcoats; Sandals; Shirts; Shoes; Skirts; Slippers; Swimsuits; Swimwear; Tee shirts; and Trousers" in International Class 25 (Applicant's Goods").

14. Applicant's use of the Hangzhou Bird Mark will inevitably capitalize upon the fame and distinctiveness of Opposer's A&F Bird Design Marks, which have acquired renown in connection with clothing and accessories.

15. Applicant's Hangzhou Bird Mark so closely resembles Opposer's previously used and registered A&F Bird Design Marks in appearance and commercial impression so as to be likely to cause mistake, or to deceive, or to cause confusion as to source, sponsorship or affiliation.

16. Applicant's applied-for goods are identical to Opposer's Goods. Therefore, consumers are likely to be confused, mistaken or deceived into the belief, contrary to the fact, that the goods offered by Applicant under the Hangzhou Bird Mark emanate from and/or are in some way sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer, thereby damaging Opposer.

17. The trade channels and consumers for Applicant's Goods and Opposer's Goods are legally identical.

18. Applicant's use and registration of the Hangzhou Bird Mark is likely to dilute Opposer's A&F Bird Design Marks by impairing their distinctiveness and ability to exclusively identify goods from Opposer.

19. Registration of Applicant's mark will lessen the capacity of Opposer's mark to identify and distinguish its goods.

20. Applicant is not lawfully entitled to the registration which it seeks for the reasons, *inter alia*, that Applicant's mark so resembles the A&F Bird Design Marks as to be likely to cause confusion, to cause mistake, or to deceive within the meaning of § 2(d) of the Federal Trademark Act and because Applicant's mark is likely to dilute Opposer's A&F Bird Design Marks in violation of § 43(c) of the Federal Trademark Act.

21. WHEREFORE, Opposer believes that it will be damaged by registration of the Applicant's mark and respectfully requests that the present Opposition be sustained, and that Application No. 88/060,637 be refused.

Respectfully submitted,

Abercrombie & Fitch Trading Co.

Dated: April 29, 2019

By: _/Terrance Roberts/_
Terrance Roberts
Lindsay Capps
Attorneys for Opposer
6301 Fitch Path
Columbus, Ohio 43054
(614) 283-6500
Terrance_Roberts@anfcorp.com
Lindsay_Capps@anfcorp.com

UNITED STATES PATENT AND TRADEMARK OFFICE
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

RA

August 1, 2019

Opposition No. 91247949

*Abercrombie & Fitch Trading Co.*

*v.*

*Hangzhou Maiyang E-commerce Co., Ltd.*

**By the Trademark Trial and Appeal Board:**

On June 22, 2019, the Board issued a notice of default to Applicant because no answer had been filed.

No response to the notice of default has been filed.

Accordingly, judgment by default is hereby entered against Applicant, the opposition is sustained, and registration to Applicant is refused. *See* Fed. R. Civ. P. 55(b), and Trademark Rule 2.106(a).

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS DOCUMENTS Back to Search Print

Generated on: This page was generated by TSDR on 2022-04-04 23:17:47 EDT
Mark:
US Serial Number: 88060637
Application Filing Date: Aug. 01, 2018
Filed as TEAS Plus: Yes
Currently TEAS Plus: Yes
Register: Principal
Mark Type: Trademark
TM5 Common Status Descriptor: DEAD/APPLICATION/Refused/Dismissed or Invalidated
This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.
Status: Abandoned after an inter partes decision by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.
Status Date: Aug. 01, 2019
Publication Date: Jan. 01, 2019
Date Abandoned: Aug. 01, 2019

**Mark Information**

Mark Literal Elements: None
Standard Character Claim: No
Mark Drawing Type: 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)
Description of Mark: The mark consists of the drawing like a seagull in Blue.
Color Drawing: Yes
Color(s) Claimed: The color(s) blue is/are claimed as a feature of the mark.
Design Search Code(s): 03.15.09 - Seabirds; Pelicans; Gulls
03.15.19 - Birds or bats in flight or with outspread wings

**Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

For: Bikinis; Coats; Dresses; Overcoats; Sandals; Shirts; Shoes; Skirts; Slippers; Swimsuits; Swimwear; Tee shirts; Trousers
International Class(es): 025 - Primary Class
U.S Class(es): 022, 039
Class Status: ABANDONED
Basis: 1(a)
First Use: May 05, 2015
Use in Commerce: May 05, 2015

**Basis Information (Case Level)**

Filed Use: Yes
Currently Use: Yes
Filed ITU: No
Currently ITU: No
Filed 44D: No
Currently 44E: No
Filed 44E: No
Currently 66A: No
Filed 66A: No
Currently No Basis: No
Filed No Basis: No

**Current Owner(s) Information**

Owner Name: Hangzhou Maiyang E-commerce Co., Ltd.
Owner Address: Rm 2003, Unit 1, Bldg 5, Fengyaqiantang
Century Garden,Changhe St,Binjiang Dist.
Hangzhou, Zhejiang CHINA 310051
Legal Entity Type: LIMITED LIABILITY COMPANY
State or Country Where Organized: CHINA

**Attorney/Correspondence Information**

Attorney of Record - None
Correspondent
Correspondent Name/Address: CHE LU HU
HANGZHOU MAIYANG E-COMMERCE CO LTD
BINJIANG CHANGHE FENGYAQIANTANG5-2004
CENTURY GARDEN CHANGHE ST BINJIANG DIST
HANGZHOU ZHEJIANG CHINA 310051
Phone: +86-17682314184
Correspondent e-mail: suben@mightyoung.com linbin@mightyoung.com
Correspondent e-mail Authorized: Yes
Domestic Representative - Not Found

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Aug. 01, 2019 | ABANDONMENT NOTICE E-MAILED - INTER PARTES DECISION | |
| Aug. 01, 2019 | ABANDONMENT - AFTER INTER PARTES DECISION | |
| Aug. 01, 2019 | OPPOSITION TERMINATED NO. 999999 | 247949 |
| Aug. 01, 2019 | OPPOSITION SUSTAINED NO. 999999 | 247949 |
| May 03, 2019 | OPPOSITION INSTITUTED NO. 999999 | 247949 |
| Jan. 29, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 01, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 01, 2019 | PUBLISHED FOR OPPOSITION | |
| Dec. 12, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 23, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 19, 2018 | ASSIGNED TO EXAMINER | 93681 |
| Aug. 08, 2018 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Aug. 07, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 04, 2018 | NEW APPLICATION ENTERED IN TRAM | |

**TM Staff and Location Information**

TM Staff Information
TM Attorney: WRIGHT, LAURA M
Law Office Assigned: LAW OFFICE 125
File Location
Current Location: TTAB
Date in Location: Aug. 01, 2019

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 40**

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA860078**
Filing date: **11/22/2017**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Applicant: | **Rubman, Adam** |
| Application Serial Number: | **87464692** |
| Application Filing Date: | **05/25/2017** |
| Mark: | **FLIPPIN BOARD CO GIVE ' EM THE BIRD.** |
| Date of Publication | **10/24/2017** |

## First 30 Day Request for Extension of Time to Oppose

Pursuant to 37 C.F.R. Section 2.102, Abercrombie & Fitch Trading Co., 6301 Fitch Path, New Albany, OH 43054, UNITED STATES, a corporation organized under the laws of Ohio , respectfully requests that it be granted a 30-day extension of time to file a notice of opposition against the above-identified mark .

The time within which to file a notice of opposition is set to expire on 11/23/2017. Abercrombie & Fitch Trading Co. respectfully requests that the time period within which to file an opposition be extended until 12/23/2017.

Respectfully submitted,
/Jose C. Bautista/
11/22/2017
**Jose C. Bautista**
**Legal Counsel**
**Abercrombie & Fitch Trading Co.**
**6301 Fitch Path**
**New Albany, OH 43054**
**UNITED STATES**
**ipdocketingwest@anfcorp.com**
**6147653775**

PTO- 2202
Approved for use through 12/31/2020. OMB 0651-0054

## Request for Express Abandonment

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| SERIAL NUMBER | 87464692 |
| LAW OFFICE ASSIGNED | LAW OFFICE 115 |
| PUBLISH FOR OPPOSITION DATE | 10/24/2017 |
| MARK SECTION | |
| MARK | FLIPPIN BOARD CO GIVE ' EM THE BIRD. (stylized and/or with design, see https://tmng-al.uspto.gov/resting2/api/img/87464692/large) |
| REQUEST FOR EXPRESS ABANDONMENT SECTION | |
| STATEMENT | The applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. |
| SIGNATURE SECTION | |
| SIGNATURE | /Adam Rubman/ |
| SIGNATORY NAME | Adam Rubman |
| SIGNATORY DATE | 02/13/2018 |
| SIGNATORY POSITION | owner |
| SIGNATORY PHONE NUMBER | 3216954072 |
| ROLE OF AUTHORIZED SIGNATORY | Applicant Authorization |
| SIGNATURE METHOD | Signed directly within the form |
| FILING INFORMATION SECTION | |
| SUBMIT DATE | Tue Feb 13 13:02:22 EST 2018 |
| TEAS STAMP | USPTO/REA-XX.XX.XX.XX-201 80213130222997478-8746469 2-51095f75a50b445c5171188 83a47c2dcda05e374d36db40d 0594f8ff2eeb0873b-N/A-N/A -20180213125517804184 |

PTO- 2202
Approved for use through 12/31/2020. OMB 0651-0054

## Request for Express Abandonment

To the Commissioner for Trademarks:

**MARK:** FLIPPIN BOARD CO GIVE ' EM THE BIRD. (stylized and/or with design, see https://tmng-al.uspto.gov /resting2/api/img/8746469 2/large)
**SERIAL NUMBER:** 87464692

By submission of this request, the applicant hereby expressly abandons the application for trademark registration made under the serial number identified above. Except as provided in 37 C.F.R Section 2.135. (concerning the commencement of an opposition, concurrent use, or interference proceeding), the fact that an application has been expressly abandoned shall not, in any proceeding in the United State Patent and Trademark Office, affect any right that the applicant may have in the mark which is the subject of the abandoned application.

Signature: /Adam Rubman/ Date: 02/13/2018
Signatory's Name: Adam Rubman
Signatory's Position: owner
Signature method: Signed directly within the form

The signatory has confirmed that he/she is not represented by either an authorized attorney or Canadian attorney/agent, and that he/she is either: (1) the applicant ; or (2) a person(s) with legal authority to bind the applicant; and if an authorized U.S. attorney or Canadian attorney/agent previously represented him/her in this matter, either he/she has filed a signed revocation of power of attorney with the USPTO or the USPTO has granted the request of his/her prior representative to withdraw.

Serial Number: 87464692
Internet Transmission Date: Tue Feb 13 13:02:22 EST 2018
TEAS Stamp: USPTO/REA-XX.XX.XX.XX-201802131302229974
78-87464692-51095f75a50b445c517118883a47
c2dcda05e374d36db40d0594f8ff2eeb0873b-N/
A-N/A-20180213125517804184



**UNITED STATES PATENT AND TRADEMARK OFFICE**

Commissioner for Trademarks
P.O. Box 1451
Alexandria, VA 22313-1451
www.uspto.gov

Feb 15, 2018

**NOTICE OF ABANDONMENT**

TM115

RUBMAN, ADAM
3701 RYEGRASS ST
CLERMONT, FL 34714

ATTORNEY REFERENCE NUMBER:

**SERIAL NUMBER:** 87/464692
**MARK:** FLIPPIN BOARD CO GIVE ' EM THE BIRD.
**APPLICANT:** Rubman, Adam

THE ABOVE IDENTIFIED TRADEMARK APPLICATION WAS ABANDONED AFTER PUBLICATION AND BEFORE REGISTRATION. NO FURTHER ACTION WILL BE TAKEN ON THE APPLICATION.

FOR ADDITIONAL INFORMATION, REVIEW THE STATUS OF THE APPLICATION AND VIEW THE DOCUMENTS IN THE FILE RECORD FOR THIS APPLICATION AVAILABLE AT THE USPTO WEBSITE: HTTP://WWW.USPTO.GOV. IF YOU ARE UNABLE TO GET THE INFORMATION YOU NEED FROM THE WEBSITE, CALL THE TRADEMARK ASSISTANCE CENTER AT 1-800-786-9199.

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*
Opposition No. 91255288
Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**
**Exhibit 41**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co.,
Petitioner,
v.
LeLe Inc.,
Registrant.

Cancellation No. ____________
Registration No.: 5,159,984
Date of Issue: March 14, 2017
Subject Mark:

**PETITION FOR CANCELLATION**

Petitioner, Abercrombie & Fitch Trading Co. (hereinafter "Petitioner" or "A&F"), an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054, believes that it is and will be damaged by the continued existence on the Principal Register of Registration No. 5,159,984 in Class 25, and hereby petitions to cancel the same in its entirety pursuant to 15 U.S.C. § 1064.

As grounds for this Petition it is alleged that:

**Factual Background**

1. The parent company of Petitioner, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers and retailers of high quality, casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Petitioner's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States through its Hollister Co. clothing brand, with its signature logo comprising a bird design with outstretched wings, which Petitioner has registered in various forms (the "A&F Bird Design Marks").

2. Petitioner Abercrombie & Fitch Trading Co. is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Petitioner is the owner of numerous U.S. registrations for the A&F Bird Design Marks (registration certificates and TSDR printouts attached as Exhibit A):

| Mark | Reg. No. | Reg. Date | Goods/Services (Summarized) | First Use Date |
|---|---|---|---|---|
| | 3745498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | 4022932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | 3745497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | 3855891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | 4091084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 8-AUG-2003 |
| | 3588412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | 4384092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |

| Mark | Reg. No. | Reg. Date | Goods/Services (Summarized) | First Use Date |
|---|---|---|---|---|
| | 3592454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | 3659488 | 21-JULY-2009 | 18 – Backpacks, duffel bags, gym bags, handbags, tote bags and travel bags | 1-AUG-2007 |
| | 3337365 | 13-NOV-2007 | 14 – Jewelry | 00-JAN-2007 |
| | 4498342 | 18-MAR-2014 | 3 – Fragrances and skincare products | 00-SEPT-2007 |
| | 3756961 | 9-MAR-2010 | 3 – Fragrances and skincare products | 00-OCT-2006 |

4. All of Petitioner's Registrations identified in the chart above are *prima facie* evidence of the validity thereof and Petitioner's ownership and exclusive right to use those marks in commerce, and are constructive notice of Petitioner's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

5. Petitioner's registrations for nine of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 3,588,412; 3,592,454; 3,659,488; 3,337,365; and 3,756,961) are incontestable under 15 U.S.C. §1065, and as such, these registrations are

conclusive evidence of the validity of the registered marks, of Petitioner's ownership of the marks, and of Petitioner's exclusive right to use the A&F Bird Design Marks in commerce.

6. Since at least as early as August of 2003, Petitioner and its predecessors in interest have sold clothing under the A&F Bird Design Marks. Petitioner and its predecessors in interest have also used the A&F Bird Design Marks with related goods in International Classes 3, 14 and 18 and retail store services in International Class 35, as detailed in the chart above and in Exhibit A ("A&F's Goods and Services").

7. Petitioner's uses of the A&F Bird Design Marks have been valid and continuous since at least as early as each of the respective dates of first use and have not been abandoned.

8. Petitioner actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

9. Petitioner's clothing and other products, including but not limited to footwear, jewelry, bags, and personal care products, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

10. As a result of Petitioner's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Petitioner and an indication of origin in Petitioner, as a consequence of which Petitioner has established valuable goodwill and exclusive rights in the A&F Bird Design Marks.

11. Upon information and belief, Registrant LeLe Inc. (hereinafter, "Registrant" or "LeLe") is a Hawaii corporation with an address of 74-1420 Hao Kuni Street, Kailua-Kona, Hawaii 96740.

12. Registrant is the owner of Registration No. 5,159,984 comprising a bird design with outstretched wings (hereinafter, "LeLe Bird Design Mark").

13. Registrant's LeLe Bird Design Mark covers "board shorts; hats; hoodies; jackets; pareos; polo shirts; sarongs; T-shirts; tank tops" in International Class 25 ("Registrant's Goods").

14. The LeLe Bird Design Mark for Application No. 87/112,338 was filed on July 21, 2016 on the Principal Register.

15. Registration No. 5,159,984 for the LeLe Bird Design Mark was issued to LeLe on the Principal Register on March 14, 2017.

**Priority and Likelihood of Confusion**

16. All of Petitioner's registrations for its A&F Bird Design Marks predates the filing date for Registrant's LeLe Bird Design Mark.

17. Petitioner's use of its A&F Bird Design Marks also well predate Registrant's claimed first use date.

18. Registrant's LeLe Bird Design Mark so closely resembles Petitioner's previously used and registered A&F Bird Design in appearance and commercial impression so as to be likely to cause confusion, mistake or deception under Section 2(d) of the Trademark Act, 15 U.S.C. § 1052(d).

19. Upon information and belief, Registrant is engaged in the business of selling apparel, including but not limited to those identified in the registration as Registrant's Goods.

20. Registrant's Goods are identical and/or closely related to A&F's Goods and Services under its A&F Bird Design Marks. Therefore, consumers are likely to be confused, mistaken or deceived into the belief, contrary to fact, that the goods offered by Registrant under the LeLe Bird Design Mark emanate from and/or are in some way sponsored or approved by Petitioner and/or that Registrant is somehow affiliated with Petitioner, thereby damaging Petitioner.

21. The trade channels and consumers for Registrant's Goods and A&F's Goods and Services are legally identical.

22. Registrant's continued registration of its LeLe Bird Design Mark in the United States inevitably commercializes and capitalizes upon the distinctiveness of the A&F Bird Design Marks, which have acquired renown in connection with apparel and accessories.

23. Registrant is not affiliated with or sponsored by Petitioner, and has never been authorized by Petitioner or any of its predecessors in interest, related companies, subsidiaries, affiliates or authorized agents to use the A&F Bird Design Marks or any of Petitioner's other marks in any form.

24. The continued registration of the LeLe Bird Design Mark is damaging and will continue to damage Petitioner by interfering with Petitioner's *prima facie* nationwide exclusive right to use the A&F Bird Design Marks, thereby allowing Registrant to continue using a mark that is likely to cause confusion as to source, sponsorship and affiliation with Petitioner's A&F Bird Design Marks in commerce and, as such, be inconsistent with and infringe Petitioner's prior rights.

**Dilution**

25. The A&F Bird Design Marks are distinctive and famous.

26. Petitioner's A&F Bird Design Marks became famous long prior to the July 21, 2016 filing date, March 14, 2017 registration date and Registrant's claimed use of the LeLe Bird Design Mark.

27. Continued registration of Registrant's LeLe Bird Design Mark will lessen the capacity of Petitioner's prior filed and registered, distinctive and famous A&F Bird Design Marks to identify and distinguish A&F's Goods and Services, and is therefore likely to dilute Petitioner's A&F Bird Design Marks.

WHEREFORE, for the foregoing reasons, Petitioner respectfully requests that the Petition for Cancellation be sustained in favor of A&F and Registration No. 5,159,984 be cancelled in its entirety.

Respectfully submitted,
Abercrombie & Fitch Trading Co.

Date: May 5, 2017

By: /Susan M. Kayser/
Susan M. Kayser
Aryane Garansi
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939
skayser@jonesday.com
agaransi@jonesday.com

*Attorneys for Petitioner*
*Abercrombie & Fitch Trading Co.*

Tyson

U. S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

Abercrombie & Fitch Trading Co.

v.

Lele Inc.

———

Cancellation No. 92066078

———

Susan M Kayser of Jones Day for Abercrombie & Fitch Trading Co.

Lele Inc. pro se.

The petition of Abercrombie & Fitch Trading Co. having been granted on February 16, 2018, Registration No. 5159984 is hereby cancelled.

[illegible] 23 2018

Mary Boney Denison
Commissioner for Trademarks

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | MAINTENANCE | Back to Search | Print

**Generated on:** This page was generated by TSDR on 2022-04-04 15:27:50 EDT
**Mark:**

| | | | |
|---|---|---|---|
| **US Serial Number:** | 87112338 | **Application Filing Date:** | Jul. 21, 2016 |
| **US Registration Number:** | 5159984 | **Registration Date:** | Mar. 14, 2017 |
| **Filed as TEAS Plus:** | Yes | **Currently TEAS Plus:** | Yes |

**Register:** Principal
**Mark Type:** Trademark
**TM5 Common Status Descriptor:** DEAD/REGISTRATION/Cancelled/Invalidated
The trademark application was registered, but subsequently it was cancelled or invalidated and removed from the registry.
**Status:** Registration cancelled under Section 18 by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.
**Status Date:** Feb. 23, 2018
**Publication Date:** Dec. 27, 2016
**Date Cancelled:** Feb. 23, 2018

**Mark Information**

**Mark Literal Elements:** None
**Standard Character Claim:** No
**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of a shaded, stylized design of a bird appearing in flight.
**Color(s) Claimed:** Color is not claimed as a feature of the mark.
**Design Search Code(s):** 03.15.19 - Birds or bats in flight or with outspread wings
03.15.25 - Robins; Ravens; Cardinals; Other birds; Doves; Crows; Woodpeckers; Pigeons

**Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Board shorts; Hats; Hoodies; Jackets; Pareos; Polo shirts; Sarongs; T-shirts; Tank tops
**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039
**Class Status:** SECTION 18 - CANCELLED
**Basis:** 1(a)

Privacy - Terms

| | | | |
|---|---|---|---|
| **First Use:** | Oct. 15, 2010 | **Use in Commerce:** | Oct. 15, 2010 |

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

**Current Owner(s) Information**

**Owner Name:** Lele Inc.
**Owner Address:** 74-1420 Hao Kuni Street
Kailua-Kona, HAWAII UNITED STATES 96740
**Legal Entity Type:** CORPORATION **State or Country Where Organized:** HAWAII

**Attorney/Correspondence Information**

**Attorney of Record**
**Attorney Name:** Scott F March
**Attorney Primary Email Address:** scott@marchlaw.com **Attorney Email Authorized:** Yes

**Correspondent**
**Correspondent Name/Address:** LELE INC
74-1420 HAO KUNI STREET
KAILUA-KONA, HAWAII UNITED STATES 96740
**Phone:** 808.325.6500
**Correspondent e-mail:** scott@marchlaw.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 23, 2018 | CANCELLED SECTION 18-TOTAL | |
| Feb. 23, 2018 | CANCELLATION TERMINATED NO. 999999 | 66078 |
| Feb. 16, 2018 | CANCELLATION GRANTED NO. 999999 | 66078 |
| May 10, 2017 | CANCELLATION INSTITUTED NO. 999999 | 66078 |
| Mar. 14, 2017 | REGISTERED-PRINCIPAL REGISTER | |
| Dec. 27, 2016 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 27, 2016 | PUBLISHED FOR OPPOSITION | |
| Dec. 07, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 18, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 76568 |
| Nov. 17, 2016 | ASSIGNED TO LIE | 76568 |
| Nov. 02, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 01, 2016 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Nov. 01, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |

Privacy - Terms

| | | |
|---|---|---|
| Nov. 01, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Nov. 01, 2016 | EXAMINERS AMENDMENT -WRITTEN | 92567 |
| Nov. 01, 2016 | ASSIGNED TO EXAMINER | 92567 |
| Jul. 28, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jul. 27, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jul. 25, 2016 | NEW APPLICATION ENTERED IN TRAM | |

**TM Staff and Location Information**

**TM Staff Information - None**
**File Location**
**Current Location:** TTAB **Date in Location:** Feb. 23, 2018

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

Privacy - Terms

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*
Opposition No. 91255288
Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**
**Exhibit 42**

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co.,
Opposer,
v.
LeLe Inc.,
Applicant.

Opposition No. ___________
Application No. 87/126,195
Filed: August 3, 2016
Published: January 3, 2017

**NOTICE OF OPPOSITION**

Opposer, Abercrombie & Fitch Trading Co. (hereinafter "Opposer" or "A&F"), an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054, believes that it will be damaged by the registration of the mark shown in Application Serial No. 87/126,195, and therefore opposes registration of the same under Section 13 of the Trademark Act of 1946, 15 U.S.C. § 1063.

**Factual Background**

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers and retailers of high quality, casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer Abercrombie & Fitch Trading Co. is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous U.S. registrations for the A&F Bird Design Marks (registration certificates and TSDR printouts attached as Exhibit A):

| Mark | Reg. No. | Reg. Date | Goods/Services (Summarized) | First Use Date |
|---|---|---|---|---|
| | 3745498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | 4022932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | 3745497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | 3855891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | 4091084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 8-AUG-2003 |
| | 3588412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | 4384092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |
| | 3592454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |





















| Mark | Reg. No. | Reg. Date | Goods/Services (Summarized | First Use Date |
|---|---|---|---|---|
| | 3659488 | 21-JULY-2009 | 18 – Backpacks, duffel bags, gym bags, handbags, tote bags and travel bags | 1-AUG-2007 |
| | 3337365 | 13-NOV-2007 | 14 – Jewelry | 00-JAN-2007 |
| | 4498342 | 18-MAR-2014 | 3 – Fragrances and skincare products | 00-SEPT-2007 |
| | 3756961 | 9-MAR-2010 | 3 – Fragrances and skincare products | 00-OCT-2006 |

4. All of Opposer's Registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use those marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

5. Opposer's registrations for nine of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 3,588,412; 3,592,454; 3,659,488; 3,337,365; and 3,756,961) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

6. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under the A&F Bird Design Marks. Opposer and its predecessors in interest have also used the A&F Bird Design Marks with related goods in International Classes 3, 14 and

18 and retail store services in International Class 35, as detailed in the chart above and in Exhibit A ("A&F's Goods and Services").

7. Opposer's uses of the A&F Bird Design Marks have been valid and continuous since at least as early as each of the respective dates of first use and have not been abandoned.

8. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

9. Opposer's clothing and other products, including but not limited to footwear, jewelry, bags, and personal care products, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

10. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer, as a consequence of which Opposer has established valuable goodwill and exclusive rights in the A&F Bird Design Marks.

11. Applicant is the owner of Application No. 87/126,195 comprising a bird design with outstretched wings with the wording "LELE" (hereinafter, "LeLe Bird Design Mark").

12. Applicant's LeLe Bird Design Mark covers "board shorts; hats; hoodies; jackets; pareos; polo shirts; sarongs; T-shirts; tank tops" in International Class 25 ("Applicant's Goods").

13. The LeLe Bird Design Mark application was filed on August 3, 2016.

14. The LeLe Bird Design Mark application was published for opposition in the *Trademark Official Gazette* on January 3, 2017.

15. Opposer timely filed an extension of the opposition period to May 3, 2017.

**Priority and Likelihood of Confusion**

16. Opposer's applications and registrations for its A&F Bird Design Marks predate the filing date for Applicant's LeLe Bird Design Mark by more than ten years.

17. Opposer's use of its A&F Bird Design Marks also well predate Applicant's claimed first use date.

18. Applicant's LeLe Bird Design Mark so closely resembles Opposer's previously used and registered A&F Bird Design in appearance and commercial impression so as to be likely to cause confusion, mistake or deception under Section 2(d) of the Trademark Act, 15 U.S.C. § 1052(d).

19. Upon information and belief, Applicant is engaged in the business of selling apparel, including but not limited to those identified in the application as Applicant's Goods, and accessories.

20. Applicant's Goods are identical and/or closely related to A&F's Goods and Services under its A&F Bird Design Marks. Therefore, consumers are likely to be confused, mistaken or deceived into the belief, contrary to fact, that the goods offered by Applicant under the LeLe Bird Design Mark emanate from and/or are in some way sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer, thereby damaging Opposer.

21. The trade channels and consumers for Applicant's Goods and A&F's Goods and Services are legally identical.

22. Applicant's LeLe Bird Design Mark will inevitably commercialize and capitalize upon the distinctiveness of the A&F Bird Design Marks, which have acquired renown in connection with apparel and accessories.

23. Applicant is not affiliated with or sponsored by Opposer, and has never been authorized by Opposer or any of its predecessors-in-interest, related companies, subsidiaries, affiliates or authorized agents to use the A&F Bird Design Marks or any of Opposer's other marks in any form.

24. If Applicant's mark is registered, Applicant will receive a *prima facie* nationwide exclusive right to use a mark that is likely to cause confusion as to source, sponsorship and affiliation with Opposer's A&F Bird Design Marks in commerce and, as such, would be inconsistent with and infringe Opposer's prior rights.

**Dilution**

25. The A&F Bird Design Marks are distinctive and famous.

26. Opposer's A&F Bird Design Marks became famous long prior to the August 3, 2016 filing date of Applicant's application for the LeLe Bird Design Mark or Applicant's claimed use of the LeLe Bird Design Mark.

27. Registration of Applicant's LeLe Bird Design Mark will lessen the capacity of Opposer's prior filed and registered, distinctive and famous A&F Bird Design Marks to identify and distinguish Opposer's goods and services, and is therefore likely to dilute Opposer's A&F Bird Design Marks.

WHEREFORE, for the foregoing reasons, Opposer respectfully requests that the present opposition be sustained in favor of A&F and Application Serial No. 87/126,195 be refused registration.

Respectfully submitted,

Date: May 3, 2017

By: /Susan M. Kayser/
Susan M. Kayser
Aryane Garansi
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
Email: skayser@jonesday.com
agaransi@jonesday.com

*Attorneys for Opposer*
*Abercrombie & Fitch Trading Co.*

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500

Mt

Mailed: February 16, 2018

Opposition No. 91234355 (parent)
Cancellation No. 92066078

*Abercrombie & Fitch Trading Co.*

*v.*

*Lele Inc.*

**By the Trademark Trial and Appeal Board:**

On January 2, 2018, the Board issued an order to show cause in view of Applicant's apparent loss of interest in this proceeding.

Inasmuch as no response to the Board's order has been filed, judgment is hereby entered against Applicant. The opposition is accordingly sustained and registration to Applicant is refused.

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS | DOCUMENTS | Back to Search | Print

| | | | |
|---|---|---|---|
| Generated on: | This page was generated by TSDR on 2022-04-04 15:28:25 EDT | | |
| Mark: | LELE | | |
| US Serial Number: | 87126195 | Application Filing Date: | Aug. 03, 2016 |
| Filed as TEAS Plus: | Yes | Currently TEAS Plus: | Yes |
| Register: | Principal | | |
| Mark Type: | Trademark | | |
| TM5 Common Status Descriptor: | DEAD/APPLICATION/Refused/Dismissed or Invalidated<br>This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active. | | |
| Status: | Abandoned after an inter partes decision by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. | | |
| Status Date: | Feb. 16, 2018 | | |
| Publication Date: | Jan. 03, 2017 | | |
| Date Abandoned: | Feb. 16, 2018 | | |

**Mark Information**

| | |
|---|---|
| Mark Literal Elements: | LELE |
| Standard Character Claim: | No |
| Mark Drawing Type: | 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of an unshaded, stylized design of a bird appearing in flight on a shaded square background with the bottom two corners of the square appearing rounded. The wording "LELE" appears in shaded, stylized font to the right of the square design. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Design Search Code(s): | 03.15.19 - Birds or bats in flight or with outspread wings<br>03.15.25 - Robins; Ravens; Pigeons; Woodpeckers; Other birds; Cardinals; Doves; Crows<br>26.09.21 - Squares that are completely or partially shaded<br>26.09.25 - Squares with curved sides |

**Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | Board shorts; Hats; Hoodies; Jackets; Pareos; Polo shirts; Sarongs; T-shirts; Tank tops | | |
| International Class(es): | 025 - Primary Class | U.S Class(es): | 022, 039 |
| Class Status: | ABANDONED | | |
| Basis: | 1(a) | | |
| First Use: | Oct. 15, 2010 | Use in Commerce: | Oct. 15, 2010 |

Privacy - Terms

**Basis Information (Case Level)**

| | | | |
|---|---|---|---|
| Filed Use: | Yes | Currently Use: | Yes |
| Filed ITU: | No | Currently ITU: | No |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

**Current Owner(s) Information**

| | | | |
|---|---|---|---|
| Owner Name: | Lele Inc. | | |
| Owner Address: | 74-1420 Hao Kuni Street<br>Kailua-Kona, HAWAII UNITED STATES 96740 | | |
| Legal Entity Type: | CORPORATION | State or Country Where Organized: | HAWAII |

**Attorney/Correspondence Information**

Attorney of Record

| | | | |
|---|---|---|---|
| Attorney Name: | Scott F March | | |
| Attorney Primary Email Address: | scott@marchlaw.com | Attorney Email Authorized: | Yes |

Correspondent

| | | | |
|---|---|---|---|
| Correspondent Name/Address: | LELE INC<br>74-1420 HAO KUNI STREET<br>KAILUA KONA, HAWAII UNITED STATES 96740 | | |
| Phone: | 808.325.6500 | | |
| Correspondent e-mail: | scott@marchlaw.com | Correspondent e-mail Authorized: | Yes |

Domestic Representative - Not Found

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Feb. 16, 2018 | ABANDONMENT NOTICE MAILED - INTER PARTES DECISION | |
| Feb. 16, 2018 | ABANDONMENT - AFTER INTER PARTES DECISION | |
| Feb. 16, 2018 | OPPOSITION TERMINATED NO. 999999 | 234355 |
| Feb. 16, 2018 | OPPOSITION SUSTAINED NO. 999999 | 234355 |
| May 03, 2017 | OPPOSITION INSTITUTED NO. 999999 | 234355 |
| Feb. 02, 2017 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jan. 03, 2017 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jan. 03, 2017 | PUBLISHED FOR OPPOSITION | |
| Dec. 14, 2016 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 28, 2016 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 73797 |
| Nov. 19, 2016 | ASSIGNED TO LIE | 73797 |
| Nov. 04, 2016 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Nov. 03, 2016 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Nov. 03, 2016 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Nov. 03, 2016 | EXAMINERS AMENDMENT E-MAILED | 6328 |

Privacy - Terms

| | | |
|---|---|---|
| Nov. 03, 2016 | EXAMINERS AMENDMENT -WRITTEN | 92567 |
| Nov. 01, 2016 | ASSIGNED TO EXAMINER | 92567 |
| Aug. 09, 2016 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Aug. 08, 2016 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Aug. 06, 2016 | NEW APPLICATION ENTERED IN TRAM | |

**TM Staff and Location Information**

TM Staff Information

| | | | |
|---|---|---|---|
| TM Attorney: | SPARER, KATERINA DOROT | Law Office Assigned: | LAW OFFICE 120 |

File Location

| | | | |
|---|---|---|---|
| Current Location: | TTAB | Date in Location: | Feb. 16, 2018 |

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

Privacy - Terms

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 43**

*Trademark Trial and Appeal Board Electronic Filing System.* http://estta.uspto.gov
ESTTA Tracking number: **ESTTA554588**
Filing date: **08/16/2013**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

### Opposer Information

| | |
|---|---|
| Name | Abercrombie & Fitch Trading Co. |
| Granted to Date of previous extension | 08/18/2013 |
| Address | 6301 Fitch Path<br>New Albany, OH 43054<br>UNITED STATES |

| | |
|---|---|
| Attorney information | Christopher M. Ott<br>Vorys, Sater, Seymour and Pease LLP<br>PO Box 2255 IPLaw@Vorys<br>Columbus, OH 43216-2255<br>UNITED STATES<br>iplaw@vorys.com,cmott@vorys.com,behogue@vorys.com,ipdocketingwest@abercrombie.com Phone:202.467.8800 |

### Applicant Information

| | | | |
|---|---|---|---|
| Application No | 85734403 | Publication date | 02/19/2013 |
| Opposition Filing Date | 08/16/2013 | Opposition Period Ends | 08/18/2013 |
| Applicant | Eddie Domani, L.L.C.<br>1935 Third Avenue<br>New York, NY 10029<br>UNITED STATES | | |

### Goods/Services Affected by Opposition

Class 025.
All goods and services in the class are opposed, namely: Jeans; Shirts; Shorts; T-shirts

### Grounds for Opposition

| | |
|---|---|
| Priority and likelihood of confusion | Trademark Act section 2(d) |
| Dilution | Trademark Act section 43(c) |

### Mark Cited by Opposer as Basis for Opposition

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4022932 | Application Date | 05/16/2003 |
| Registration Date | 09/06/2011 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark | | | |

| | |
|---|---|
| Description of Mark | The mark consists of a bird design silhouette. |
| Goods/Services | Class 025. First use: First Use: 2003/08/08 First Use In Commerce: 2003/08/08<br>clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online web-sites |

| | |
|---|---|
| Attachments | Notice of Opposition- Bird Design with Exhibits.pdf(2468732 bytes ) |

### Certificate of Service

The undersigned hereby certifies that a copy of this paper has been served upon all parties, at their address record by First Class Mail on this date.

| | |
|---|---|
| Signature | /Chris Ott/ |
| Name | Christopher M. Ott |
| Date | 08/16/2013 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In re Serial No. 85/734403

ABERCROMBIE & FITCH TRADING CO.,
Opposer,
v.
EDDIE DOMANI, L.L.C.,
Applicant.

Opposition No. _________

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation located at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, Eddie Domani, L.L.C. ("Applicant") is a New York limited liability company located at 1935 Third Avenue, New York, New York 10029 and owns U.S. Trademark Application Serial No. 85/734403 (the "Application").

Opposer believes that it is and will continue to be damaged should the Application register and opposes it as set forth below.

**Factual Background**

1. Opposer is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., a Delaware corporation, and one of the largest manufacturers, wholesalers and retailers of high quality, casual apparel and accessories for men, women, and children with an active, youthful lifestyle in the United States. The parent company and its predecessors-in-interest have manufactured and sold high-end apparel and related accessories in the United States for more than 10 years under its Bird Design logo, which it has registered in various forms ("Opposer's Mark(s)").

2. Since at least as early as August 8, 2003, Opposer and its predecessors-in-interest have continuously used Opposer's Marks on apparel and related goods including personal fragrances, jewelry, and bags (collectively, "Opposer's Goods") and in connection with retail store services ("Opposer's Services").

3. More than 10 years ago, on May 16, 2003, Opposer's predecessor-in-interest filed a U.S. trademark application for Opposer's Mark for use with Opposer's Goods, which on September 6, 2011 matured to Registration No. 4,022,932.

4. Opposer has registered Opposer's Marks for use in connection with Opposer's Goods and Opposer's Services at least 12 other times including (collectively, with Registration No. 4,022,932, these are "Opposer's Registrations" and TSDR printouts are attached as Exhibit A):

| Registration No. | Mark | Filing Date | Use Date | Class: Goods/Services |
|---|---|---|---|---|
| 4,022,932 | | 5.16.2003 | 8.8.2003 | 25: clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online web-sites |
| 4,384,092 | | 5.16.2003 | 8.13.2013 | 35: Retail clothing store services |
| 3,588,412 | | 11.16.2007 | 10.12.2006 | 35: On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags |
| 3,592,454 | | 11.16.2007 | 10.12.2006 | 35: On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail stores featuring personal care products, clothing, jewelry, and bags |

| | | | | |
|---|---|---|---|---|
| 3,855,891 | | 11.4.2009 | 10.00.2005 | 25: Gloves; headwear; mittens; scarves |
| 3,819,025 | | 7.25.2008 | 2.12.2006 | 25: Belts; Boxer shorts; Hooded sweat shirts; Jackets; Knit shirts; Loungewear; Polo shirts; Shirts; Short-sleeved or long-sleeved t-shirts; Short-sleeved shirts; Shorts; Sweat shirts; Swimming trunks; Swimwear; T-shirts; Undershirts; Underwear |
| 3,815,111 | HOLLISTER | 8.8.2008 | 12.7.2005 | 25: Bathing suits; belts; boxer shorts; camisoles; caps; coats; dresses; fleece pullovers; fleece shorts; flip flops; footwear; gloves; halter tops; hats; hooded pullovers; hooded sweat shirts; jackets; jeans; knit shirts; leggings; long-sleeved shirts; lounge pants; loungewear; pants; polo shirts; shirts; shoes; shorts; skirts; sweat pants; sweat shirts; sweat shorts; sweaters; swim trunks; swimwear; T-shirts; tank tops; tops; underwear |
| 3,783,586 | HOLLISTER | 5.6.2009 | 12.00.2008 | 35: On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail stores featuring personal care products, clothing, jewelry, and bags |
| 4,338,971 | | 5.6.2009 | 2.00.2012 | 35: Retail stores featuring personal care products, clothing, jewelry, and bags; On-line ordering services featuring personal care products, clothing, jewelry, and bags |
| 3,745,497 | | 7.10.2006 | 10.00.2003 | 25: Clothing, namely, blazers, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, halter tops, hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and |

| | | | | |
|---|---|---|---|---|
| | | | | Hollister website |
| 3,745,498 | | 7.10.2006 | 10.00.2003 | 25: Clothing, namely, blazers, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, halter tops, hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website |
| 4,091,084 | | 6.29.2011 | 1.24.2012 | 25: Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments |
| 4,317,178 | 1922 | 9.4.2012 | 12.31.2006 | 25: Tops |

5. Opposer also owns a pending intent to use trademark application for Opposer's Marks for use in connection with Opposer's Goods ("Opposer's Application" and TSDR printout is attached as Exhibit B):

| Serial No. | Mark | Filing Date | Class: Goods/Services |
|---|---|---|---|
| 85/193,900 | HOLLISTER | 12.9.2010 | 25: Belts; Bottoms; Coats; Dresses; Footwear; Gloves; Headwear; Jackets; Leggings; Scarves; Sleepwear; Swim wear; Tops; Undergarments |

6. Opposer also has common law rights in Opposer's Marks that it relies on in its opposition to the Application.

7. Opposer's Registrations are *prima facie* evidence of the validity of Opposer's Marks and Opposer's ownership and exclusive right to use those marks in commerce and provide constructive notice of Opposer's ownership of the marks, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

8. Opposer and its predecessors in interest have sold a wide variety of men's and women's clothing, footwear, and accessories under the Bird Design marks beginning at least as early as August 8, 2003.

9. Opposer and its predecessors in interest have continuously used Opposer's Marks with Opposer's Goods and Opposer's Services since at least as early as the first use dates identified in the various registrations and have never abandoned those marks.

10. Opposer's total sales revenue for the "Hollister" brand, which includes Opposer's Marks, is in the multi-billions; in 2010, sales revenue for the "Hollister" brand was approximately $1.5 billion; in 2011, over $2 billion; and from January to April 2012, more than $463 million.

11. Branded goods bearing Opposer's Mark are sold in Opposer's Hollister stores as well as through its website www.hollisterco.com.

12. The public recognizes Opposer's Marks as exclusively identifying Opposer's Goods and Opposer's Services and Opposer's Marks embody the goodwill and reputation that Opposer and its predecessors-in-interest have developed by using Opposer's Marks for nearly 10 years.

13. As a result of Opposer and its predecessors in interest's long and continuous use since at least as early August 8, 2003, and its substantial investment in advertising and promotion, Opposer's Bird Design marks have become famous and well-known among its actual and target purchasers of casual apparel as well as other members of the public, as a distinctive symbol of Opposer's goodwill.

14. Opposer's Bird Design marks became famous and well-known prior to any use by Applicant of its mark or application to register it.

15. On September 20, 2012, well after the filing dates of the applications that became Opposer's Registrations or the filing dates of Opposer's Application, Applicant filed the Application for a Stylized Bird Design ("Applicant's Mark") for use with *Jeans; Shirts; Shorts; T-shirts* based on an intent to use that mark in commerce.

16. The Application was published for opposition on February 19, 2013 and Opposer obtained an extension of time to Oppose the Application through August 18, 2013.

**Likelihood Of Confusion**

17. Applicant's Mark is nearly identical to Opposer's Marks because they contain nearly identical flying birds and Applicant merely changed the direction in which Opposer's Marks faces.

18. Applicant's Goods are identical to Opposer's Goods and are closely related to Opposer's Services.

19. Applicant's Goods and Opposer's Goods and Opposer's Services could be marketed to the same consumers through the same trade channels.

20. Opposer has priority over the adoption, after May 16, 2003, of marks that are the same as or similar to Opposer's Marks and are used with goods or services that are the same as, or are related to, Opposer's Goods or Opposer's Services.

21. Opposer and its predecessors-in-interest had continuously used Opposer's Marks in connection with Opposer's Goods and Opposer's Services for nearly 10 years before September 20, 2012, the date Applicant filed the Application.

22. Opposer's predecessor-in-interest filed its first federal application for Opposer's Marks nearly 10 years before September 20, 2012, the date Applicant filed the Application.

23. Allowing the Application to register would damage Opposer by interfering with Opposer's exclusive right to use Opposer's Marks in connection with Opposer's Goods and Services.

24. Because of the similarity between Opposer's Marks and Applicant's Mark, and the relatedness of Opposer's Goods and Opposer's Services and Applicant's Goods, Applicant's Mark is likely to cause confusion, cause mistake or deceive the public, and cause the public to believe, incorrectly, that Applicant's Goods emanate from, are authorized or endorsed by, or are otherwise connected with Opposer in violation of Section 2(d) of the Lanham Act, 15 U.S.C. §1052(d).

**Dilution**

25. As a result of Opposer's long and continuous use of Opposer's Marks since at least as early as August 8, 2003, and its substantial investment in advertising and promotion, Opposer's Marks have became famous and well-known among its actual and target purchasers of casual apparel as well as other members of the public, as distinctive symbols of Opposer's goodwill.

26. Opposer's Bird Design Mark became famous and well-known long prior to the September 20, 2012 filing date of the Application.

27. Applicant's intended use and registration of Applicant's Mark is likely to dilute Opposer's Marks.

28. Registration of Applicant's mark will lessen the capacity of Opposer's famous mark to identify and distinguish Opposer's Goods and Opposer's services.

* * *

THEREFORE, Opposer prays that the Trademark Trial and Appeal Board sustain this Notice of Opposition to Application Serial No. 85/734403 for the Stylized Bird Design.

The required fee accompanies this Notice. Please charge any additional fees to Deposit Account No. 22-0585 (Attorney Docket No. 026600-001416).

Please recognize Cory M. Amron, William H. Oldach III, and Christopher M. Ott, all members of the bar of the District of Columbia, and the firm of Vorys, Sater, Seymour and Pease, LLP, as Opposer's attorneys to prosecute this Notice of Opposition and to transact all related business in the Patent and Trademark Office.

Respectfully submitted,

Date: August 16, 2013

Cory M. Amron
William H. Oldach III
Christopher M. Ott
VORYS, SATER, SEYMOUR & PEASE LLP
1909 K Street, NW
Ninth Floor
Washington, DC 20006
Telephone: 202.467.8800
Facsimile: 202.533.9099
E-Mail: iplaw@vorys.com

Attorneys for Opposer
ABERCROMBIE & FITCH TRADING CO.

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500

JMW

Mailed: April 2, 2015

Opposition No. 91212064

Abercrombie & Fitch Trading Co.

v.

Eddie Domani, L.L.C.

**By the Trademark Trial and Appeal Board:**

On March 24, 2015, Applicant filed an abandonment of its application Serial No. 85734403 under Trademark Rule 2.68 with prejudice.

Trademark Rule 2.135, provides that if, in an inter partes proceeding, the Applicant files an abandonment without the written consent of every adverse party to the proceeding, judgment shall be entered against the Applicant.

Accordingly, because Opposer's written consent to the abandonment is not of record, judgment is entered against Applicant with prejudice, the opposition is sustained and registration to Applicant is refused.

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS DOCUMENTS Back to Search Print

**Generated on:** This page was generated by TSDR on 2022-04-04 23:29:33 EDT

**Mark:**

**US Serial Number:** 85734403 **Application Filing Date:** Sep. 20, 2012
**Filed as TEAS Plus:** Yes **Currently TEAS Plus:** Yes
**Register:** Principal
**Mark Type:** Trademark
**TM5 Common Status Descriptor:** DEAD/APPLICATION/Refused/Dismissed or Invalidated
This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.
**Status:** Abandoned after an inter partes decision by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.
**Status Date:** Apr. 02, 2015
**Publication Date:** Feb. 19, 2013
**Date Abandoned:** Apr. 02, 2015

## Mark Information

**Mark Literal Elements:** None
**Standard Character Claim:** No
**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of A profile of a Flying Bird Design, with both wings spread.
**Color(s) Claimed:** Color is not claimed as a feature of the mark.
**Design Search Code(s):** 03.15.19 - Birds or bats in flight or with outspread wings
03.15.25 - Robins; Ravens; Cardinals; Other birds; Doves; Crows; Woodpeckers; Pigeons

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Jeans; Shirts; Shorts; T-shirts
**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039

**Class Status:** ABANDONED
**Basis:** 1(b)

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| Filed Use: | No | Currently Use: | No |
| Filed ITU: | Yes | Currently ITU: | Yes |
| Filed 44D: | No | Currently 44E: | No |
| Filed 44E: | No | Currently 66A: | No |
| Filed 66A: | No | Currently No Basis: | No |
| Filed No Basis: | No | | |

## Current Owner(s) Information

**Owner Name:** Eddie Domani, L.L.C.
**Owner Address:** 1935 Third Avenue
New York, NEW YORK UNITED STATES 10029
**Legal Entity Type:** LIMITED LIABILITY COMPANY **State or Country Where Organized:** NEW YORK

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Ezra Sutton, Esq. **Docket Number:** Domani 10.1-
**Attorney Primary Email Address:** esutton@ezrasutton.com **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** JOSEPH E SUTTON
LAW OFFICES EZRA SUTTON PA
PLAZA 9 900 ROUTE 9
SUITE 201
WOODBRIDGE, NEW JERSEY UNITED STATES 07095-1024
**Phone:** 732-634-3520
**Correspondent e-mail:** esutton@ezrasutton.com trademarks@ezrasutton.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Apr. 02, 2015 | ABANDONMENT NOTICE MAILED - INTER PARTES DECISION | |
| Apr. 02, 2015 | ABANDONMENT - AFTER INTER PARTES DECISION | |
| Apr. 02, 2015 | OPPOSITION TERMINATED NO. 999999 | 212064 |
| Apr. 02, 2015 | OPPOSITION SUSTAINED NO. 999999 | 212064 |
| Aug. 16, 2013 | OPPOSITION INSTITUTED NO. 999999 | 212064 |
| Mar. 21, 2013 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Feb. 19, 2013 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Feb. 19, 2013 | PUBLISHED FOR OPPOSITION | |
| Jan. 30, 2013 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |

| | | |
|---|---|---|
| Jan. 09, 2013 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Jan. 09, 2013 | ASSIGNED TO EXAMINER | 82104 |
| Sep. 26, 2012 | NOTICE OF DESIGN SEARCH CODE MAILED | |
| Sep. 25, 2012 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Sep. 24, 2012 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information**

**TM Attorney:** KAUFMAN, LAURIE R **Law Office Assigned:** LAW OFFICE 114

**File Location**

**Current Location:** TTAB **Date in Location:** Apr. 02, 2015

## Assignment Abstract Of Title Information - Click to Load

## Proceedings - Click to Load

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*
Opposition No. 91255288
Offering Party: Abercrombie & Fitch Trading Co.

**Kramer Declaration**

**Exhibit 44**

*Trademark Trial and Appeal Board Electronic Filing System. http://estta.uspto.gov*

ESTTA Tracking number: **ESTTA967152**
Filing date: **04/16/2019**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

## Notice of Opposition

Notice is hereby given that the following party opposes registration of the indicated application.

### Opposer Information

| | |
|---|---|
| Name | Abercrombie & Fitch Trading Co. |
| Granted to Date of previous extension | 04/17/2019 |
| Address | 6301 Fitch Path<br>New Albany, OH 43054<br>UNITED STATES |

| | |
|---|---|
| Correspondence information | Terrance Roberts<br>Assistant Legal Counsel<br>Abercrombie & Fitch Trading Co.<br>6301 Fitch Path<br>New Albany, OH 43054<br>UNITED STATES<br>ipdocketingwest@anfcorp.com<br>6142836228 |

### Applicant Information

| | | | |
|---|---|---|---|
| Application No | 88101882 | Publication date | 12/18/2018 |
| Opposition Filing Date | 04/16/2019 | Opposition Period Ends | 04/17/2019 |
| Applicant | Kevin Barnett<br>31922 foxmoor ct<br>westlake village, CA 91361<br>UNITED STATES | | |

### Goods/Services Affected by Opposition

Class 025. First Use: 0 First Use In Commerce: 0
All goods and services in the class are opposed, namely: Bottoms as clothing; Hats; Jumpers; Jumpsuits; Shoes; Tops as clothing; Wetsuits for surfing

### Grounds for Opposition

| | |
|---|---|
| Priority and likelihood of confusion | Trademark Act Section 2(d) |
| Dilution by blurring | Trademark Act Sections 2 and 43(c) |

### Marks Cited by Opposer as Basis for Opposition

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3745498 | Application Date | 07/10/2006 |
| Registration Date | 02/02/2010 | Foreign Priority | NONE |

| | | | |
|---|---|---|---|
| | | Date | |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed. | | |
| Goods/Services | Class 025. First use: First Use: 2003/10/00 First Use In Commerce: 2003/10/00<br>Clothing, namely, [blazers, ] blouses, boxer shorts, camisoles, caps, coats, dresses, footwear,[ halter tops,] hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4022932 | Application Date | 05/16/2003 |
| Registration Date | 09/06/2011 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a bird design silhouette. | | |
| Goods/Services | Class 025. First use: First Use: 2003/08/08 First Use In Commerce: 2003/08/08<br>clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online websites | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3745497 | Application Date | 07/10/2006 |
| Registration Date | 02/02/2010 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |

| | | | |
|---|---|---|---|
| Design Mark |  | | |
| Description of Mark | The mark consists of a design appearingin the color proprietary burgundy-red outlined in a shade of white. | | |
| Goods/Services | Class 025. First use: First Use: 2003/10/00 First Use In Commerce: 2003/10/00<br>Clothing, namely,[blazers,] blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, [halter tops,] hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts,shorts, skirts, sleepwear, sweat pants,sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3855891 | Application Date | 11/04/2009 |
| Registration Date | 10/05/2010 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a bird design silhouette. | | |
| Goods/Services | Class 025. First use: First Use: 2005/10/00 First Use In Commerce: 2005/10/00<br>Gloves; Headwear; Mittens; Scarves | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4091084 | Application Date | 06/29/2011 |
| Registration Date | 01/24/2012 | Foreign Priority Date | NONE |

| | | | |
|---|---|---|---|
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a bird design silhouette. | | |
| Goods/Services | Class 025. First use: First Use: 2003/08/08 First Use In Commerce: 2003/08/08<br>Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 5546031 | Application Date | 03/15/2018 |
| Registration Date | 08/21/2018 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a bird design silhouette inside of a circle. | | |
| Goods/Services | Class 025. First use: First Use: 2015/12/10 First Use In Commerce: 2015/12/10<br>Bottoms as clothing; Coats; Headwear; Hoodies; Jackets; Sleepwear; Sweat shorts; Swimwear; Tops as clothing | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 5680548 | Application Date | 07/06/2018 |

| | | | |
|---|---|---|---|
| Registration Date | 02/19/2019 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a bird design silhouette inside of two circles where the bottom of both circles are incomplete, and where the outside circle has multiple lines radiating out from the circle in order to depict rays of light radiating from the sun. | | |
| Goods/Services | Class 025. First use: First Use: 2017/12/04 First Use In Commerce: 2017/12/04<br>Swimwear | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3588412 | Application Date | 11/16/2007 |
| Registration Date | 03/10/2009 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | NONE | | |
| Goods/Services | Class 035. First use: First Use: 2006/10/12 First Use In Commerce: 2006/10/12<br>On-line retail store services featuringpersonal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4384092 | Application Date | 05/16/2003 |
| Registration Date | 08/13/2013 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a bird design silhouette. | | |
| Goods/Services | Class 035. First use: First Use: 2006/02/00 First Use In Commerce: 2006/02/00<br>retail clothing store services | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3592454 | Application Date | 11/16/2007 |
| Registration Date | 03/17/2009 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a bird design appearing in the color proprietary burgundy-red outlined in a shade of white. | | |
| Goods/Services | Class 035. First use: First Use: 2006/10/12 First Use In Commerce: 2006/10/12<br>On-line retail store services featuringpersonal care products, clothing, jewelry, and bags; Retail stores featuring personal care products, clothing, jewelry,and bags | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3659488 | Application Date | 07/10/2006 |
| Registration Date | 07/21/2009 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed. The rectangular gray background is not claimed as a part or feature of the mark and is included merely to show the contrasting border. | | |
| Goods/Services | Class 018. First use: First Use: 2007/08/01 First Use In Commerce: 2007/08/01<br>Backpacks, duffel bags, gym bags, handbags, tote bags and travel bags | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 4498342 | Application Date | 05/14/2010 |
| Registration Date | 03/18/2014 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |
| Design Mark |  | | |
| Description of Mark | The mark consists of a BIRD DESIGN SILHOUETTE. | | |
| Goods/Services | Class 003. First use: First Use: 2007/09/00 First Use In Commerce: 2007/09/00<br>Body creams; Body lotions; Body spray used as a personal deodorant and as fragrance; Body sprays; Body wash; Cologne; Deodorants for personal use; Fragrances for personal use; Hair shampoos; Hand creams; Hand lotions; Perfume | | |

| | | | |
|---|---|---|---|
| U.S. Registration No. | 3756961 | Application Date | 05/06/2009 |
| Registration Date | 03/09/2010 | Foreign Priority Date | NONE |
| Word Mark | NONE | | |

| | |
|---|---|
| Design Mark | |
| Description of Mark | The mark consists of a bird design silhouette. |
| Goods/Services | Class 003. First use: First Use: 2006/10/00 First Use In Commerce: 2006/10/00<br>Cologne; Fragrances for personal use; Perfume; Body Lotion; Body Wash |

| | |
|---|---|
| Attachments | 78926248#TMSN.png( bytes )<br>76979139#TMSN.png( bytes )<br>78926190#TMSN.png( bytes )<br>77865065#TMSN.png( bytes )<br>85359504#TMSN.png( bytes )<br>87835230#TMSN.png( bytes )<br>88028247#TMSN.png( bytes )<br>77331592#TMSN.png( bytes )<br>76516815#TMSN.png( bytes )<br>77331597#TMSN.png( bytes )<br>78926255#TMSN.png( bytes )<br>85039107#TMSN.png( bytes )<br>77730244#TMSN.png( bytes )<br>88101882.pdf(222926 bytes ) |

| | |
|---|---|
| Signature | /Terrance Roberts/ |
| Name | Terrance Roberts |
| Date | 04/16/2019 |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co.,
Opposer,
v.
Kevin Barnett
Applicant.

Opposition No. __________
Application No. 88/101,882
Subject Mark:
Published: December 18, 2018

**NOTICE OF OPPOSITION**

Abercrombie & Fitch Trading Co. ("Opposer") is an Ohio corporation with its principal place of business at 6301 Fitch Path, New Albany, Ohio 43054.

To the best of Opposer's knowledge, Kevin Barnett ("Applicant") is an individual with an address of 31922 Foxmoor Ct., Westlake Village, California, 91361, and owner of Application No. 88/101,882 (the "Application").

Opposer believes that it is or will be damaged by registration of the Application and hereby opposes registration of same.

The Application was filed for registration on the Principal Register on September 01, 2018 for use in connection with, among other things, clothing, hats, and shoes in International Class 25. The Application was published for opposition on December 18, 2018. An extension of time to oppose the Application was timely sought by Opposer and duly granted.

As grounds for the Opposition, it is alleged that:

1. The parent company of Opposer, Abercrombie & Fitch Co., is one of the largest manufacturers, wholesalers, and retailers of high quality casual apparel and accessories for men,

women, and children with an active, youthful lifestyle in the U.S.A. For well over a decade, Opposer's parent company and its predecessors in interest have manufactured and sold high-end apparel and related accessories in the United States, through its Hollister Co. clothing brand, with its signature logo comprising a bird design, which Opposer has registered in various forms (the "A&F Bird Design Marks").

2. Opposer, Abercrombie & Fitch Trading Co., is a wholly owned subsidiary and holding company of Abercrombie & Fitch Co., the parent company, a Delaware corporation.

3. Opposer is the owner of numerous US registrations for the A&F Bird Design Marks:

| MARK | REG. NO. | REG. DATE | GOODS | FIRST USE DATE |
|---|---|---|---|---|
| | Reg: 3,745,498 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 4,022,932 | 6- SEPT-2011 | 25 – Clothing (various) | 8-AUG-2003 |
| | Reg: 3,745,497 | 2-FEB-2010 | 25 – Clothing (various) | 00-OCT-2003 |
| | Reg: 3,855,891 | 5-OCT-2010 | 25 – Gloves; Headwear; Mittens; Scarves | 00-OCT-2005 |
| | Reg: 4,091,084 | 24-JAN-2012 | 25 – Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments | 08-AUG-2003 |
| | Reg: 5,546,031 | 21-AUG-2018 | 25 – Bottoms as clothing; Coats; Headwear; Hoodies; Jackets; Sleepwear; Sweat shorts; Swimwear; Tops as clothing. | 10-DEC-2015 |
| | Reg: 5,680,548 | 19-FEB-2019 | 25 – Swimwear | 04-DEC-2017 |
| | Reg: 3588412 | 10-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 4384092 | 13-AUG-2013 | 35 – Retail store services | 00-FEB-2006 |

| | | | | |
|---|---|---|---|---|
| | Reg: 3592454 | 17-MAR-2009 | 35 – Retail store services | 12-OCT-2006 |
| | Reg: 3659488 | 21-JULY-2009 | 18 – Backpacks, duffel bags, gym bags, handbags, tote bags and travel bags | 1-AUG-2007 |
| | Reg: 4498342 | 18-MAR-2014 | 3 – Fragrances and skincare products | 00-SEPT-2007 |
| | Reg: 3756961 | 9-MAR-2010 | 3 – Fragrances and skincare products | 00-OCT-2006 |

4. In accordance with § 5 of the Federal Trademark Act, all use of the A&F Bird Design Marks by Opposer's affiliated and related companies, as alleged herein, inures to the benefit of Opposer.

5. All of Opposer's Registrations identified in the chart above are *prima facie* evidence of the validity thereof and Opposer's ownership and exclusive right to use these marks in commerce, and are constructive notice of Opposer's ownership thereof, all as provided by §§ 7(b) and 22 of the Federal Trademark Act of 1946, as amended.

6. Opposer's registrations for ten of the A&F Bird Design Marks (Reg. Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; 3,592,454; 3,659,488; and 3,756,961) are incontestable under 15 U.S.C. §1065, and as such, these registrations are conclusive evidence of the validity of the registered marks, of Opposer's ownership of the marks, and of Opposer's exclusive right to use the A&F Bird Design Marks in commerce.

7. Since at least as early as August of 2003, Opposer and its predecessors in interest have sold clothing under the A&F Bird Design Marks. Opposer and its predecessors in interest have also used the A&F Bird Design Marks with related goods in International Classes 3, and 18 and retail store services in International Class 35, as detailed in the chart above ("Opposer's Goods and Services").

8. Opposer's use of the A&F Bird Design Marks has been valid and continuous since at least as early as each of the respective dates of first use and has not been abandoned.

9. Opposer actively promotes its A&F Bird Design Marks on its website at www.hollisterco.com, on in-store photographs, on tags and packaging, and has spent substantial sums advertising its A&F Bird Design Marks.

10. Opposer's clothing and other products, including but not limited to hats, footwear, bags, and personal care products, bearing the A&F Bird Design Marks are sold in its Hollister Co. stores, as well as through its website www.hollisterco.com.

11. As a result of Opposer's long and continuous use of the A&F Bird Design Marks since at least as early as August of 2003, and its substantial investment in advertising and promotion, the A&F Bird Design Marks are famous and consumers have come to recognize the A&F Bird Design Marks as uniquely associated with Opposer and an indication of origin in Opposer, as a consequence of which Opposer has established valuable goodwill and exclusive rights in the A&F Bird Design Marks.

12. Opposer's A&F Bird Design Marks became famous prior to Applicant's filing of a trademark application for its mark and prior to any alleged use upon which Applicant can rely.

13. Applicant is the owner of U.S. Application No. 88/101,882 which was filed on September 1, 2018 under § 1(b) of the Trademark Act, for the mark comprising a bird design with outstretched wings inside an outline of an incomplete "heart" shape (hereinafter, "Barnett Bird Mark") for "Bottoms as clothing; Hats; Jumpers; Jumpsuits; Shoes; Tops as clothing; and Wetsuits for surfing" in International Class 25 (Applicant's Goods").

14. Applicant's use of the Barnett Bird Mark will inevitably capitalize upon the fame and distinctiveness of Opposer's A&F Bird Design Marks, which have acquired renown in connection with clothing and accessories.

15. Applicant's Barnett Bird Mark so closely resembles Opposer's previously used and registered A&F Bird Design Marks in appearance and commercial impression so as to be likely to cause mistake, or to deceive, or to cause confusion as to source, sponsorship or affiliation.

16. Applicant's applied-for goods are identical and closely related to Opposer's Goods and Services under its A&F Bird Design Marks. Therefore, consumers are likely to be confused, mistaken or deceived into the belief, contrary to the fact, that the goods offered by Applicant under the Barnett Bird Mark emanate from and/or are in some way sponsored or approved by Opposer and/or that Applicant is somehow affiliated with Opposer, thereby damaging Opposer.

17. The trade channels and consumers for Applicant's Goods and Opposer's Goods and Services are legally identical.

18. Applicant's use and registration of the Barnett Bird Mark is likely to dilute Opposer's A&F Bird Design Marks by impairing their distinctiveness and ability to exclusively identify goods from Opposer.

19. Registration of Applicant's mark will lessen the capacity of Opposer's mark to identify and distinguish its goods.

20. Applicant is not lawfully entitled to the registration which it seeks for the reasons, *inter alia*, that Applicant's mark so resembles the A&F Bird Design Marks as to be likely to cause confusion, to cause mistake, or to deceive within the meaning of § 2(d) of the Federal Trademark Act and because Applicant's mark is likely to dilute Opposer's A&F Bird Design Marks in violation of § 43(c) of the Federal Trademark Act.

21. WHEREFORE, Opposer believes that it will be damaged by registration of the Applicant's mark and respectfully requests that the present Opposition be sustained, and that Application No. 88/101,882 be refused.

Respectfully submitted,

Abercrombie & Fitch Trading Co.

Dated: April 16, 2019

By: _/Terrance Roberts/________
Terrance Roberts
Lindsay Capps
Attorneys for Opposer
6301 Fitch Path
Columbus, Ohio 43054
(614) 283-6500
Terrance_Roberts@anfcorp.com
Lindsay_Capps@anforp.com

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

nmt

September 21, 2021

Opposition No. 91247585

*Abercrombie & Fitch Trading Co.*

*v.*

*Kevin Barnett*

**By the Trademark Trial and Appeal Board:**

On September 10, 2021, Applicant filed an abandonment of its application Serial No. 88101882.

Trademark Rule 2.135 provides that if, in an *inter partes* proceeding, the Applicant files an abandonment without the written consent of every adverse party to the proceeding, judgment shall be entered against Applicant.

In view thereof, and because Opposer's written consent to the abandonment is not of record, judgment is entered against Applicant, the opposition is sustained and registration to Applicant is refused.

3/30/22, 9:07 PM Status Search SN 88,101,882

**For assistance with TSDR**, email teas@uspto.gov and include your serial number, the document you are looking for, and a screenshot of any error messages you have received.

**Processing Wait Times:** Please note that due to an extraordinary surge in applications, processing times are longer than usual. See current trademark processing wait times for more information.

STATUS DOCUMENTS Back to Search Print

**Generated on:** This page was generated by TSDR on 2022-03-30 21:07:15 EDT

**Mark:**

**US Serial Number:** 88101882 **Application Filing Date:** Sep. 01, 2018
**Filed as TEAS Plus:** Yes **Currently TEAS Plus:** Yes
**Register:** Principal
**Mark Type:** Trademark
**TM5 Common Status Descriptor:** DEAD/APPLICATION/Refused/Dismissed or Invalidated
This trademark application was refused, dismissed, or invalidated by the Office and this application is no longer active.
**Status:** Abandoned after an inter partes decision by the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page.
**Status Date:** Sep. 21, 2021
**Publication Date:** Dec. 18, 2018
**Date Abandoned:** Sep. 21, 2021

**Mark Information**

**Mark Literal Elements:** None
**Standard Character Claim:** No
**Mark Drawing Type:** 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S)
**Description of Mark:** The mark consists of a bird flying head on with wings outspread, inside of a heart that does not completely make the full shape. It does not touch at top, or is open at the top.
**Color(s) Claimed:** Color is not claimed as a feature of the mark.
**Design Search Code(s):** 02.11.01 - Hearts excluding hearts as carriers or depicted on playing cards
03.15.19 - Birds or bats in flight or with outspread wings
03.15.24 - Stylized birds and bats
03.15.25 - Pigeons; Other birds; Doves; Crows; Cardinals; Robins; Woodpeckers; Ravens

**Goods and Services**

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Bottoms as clothing; Hats; Jumpers; Jumpsuits; Shoes; Tops as clothing; Wetsuits for surfing
**International Class(es):** 025 - Primary Class **U.S Class(es):** 022, 039
**Class Status:** ABANDONED
**Basis:** 1(b)

https://tsdr.uspto.gov/#caseNumber=88,101,882&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 1/3

3/30/22, 9:07 PM Status Search SN 88,101,882

**Basis Information (Case Level)**

**Filed Use:** No **Currently Use:** No
**Filed ITU:** Yes **Currently ITU:** Yes
**Filed 44D:** No **Currently 44E:** No
**Filed 44E:** No **Currently 66A:** No
**Filed 66A:** No **Currently No Basis:** No
**Filed No Basis:** No

**Current Owner(s) Information**

**Owner Name:** Kevin Barnett
**Owner Address:** 31922 foxmoor ct
westlake village, CALIFORNIA UNITED STATES 91361
**Legal Entity Type:** INDIVIDUAL **Citizenship:** UNITED STATES

**Attorney/Correspondence Information**

**Attorney of Record - None**

**Correspondent**

**Correspondent Name/Address:** KEVIN BARNETT
31922 FOXMOOR CT
WESTLAKE VILLAGE, CALIFORNIA UNITED STATES 91361
**Phone:** 818-540-8087
**Correspondent e-mail:** wonderlandclothingco@gmail.com **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

**Prosecution History**

| Date | Description | Proceeding Number |
|---|---|---|
| Sep. 21, 2021 | ABANDONMENT NOTICE E-MAILED - INTER PARTES DECISION | |
| Sep. 21, 2021 | ABANDONMENT - AFTER INTER PARTES DECISION | |
| Sep. 21, 2021 | OPPOSITION TERMINATED NO. 999999 | 247585 |
| Sep. 21, 2021 | OPPOSITION SUSTAINED NO. 999999 | 247585 |
| Apr. 16, 2019 | OPPOSITION INSTITUTED NO. 999999 | 247585 |
| Jan. 15, 2019 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Dec. 18, 2018 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Dec. 18, 2018 | PUBLISHED FOR OPPOSITION | |
| Nov. 28, 2018 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Nov. 09, 2018 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 74221 |
| Nov. 08, 2018 | ASSIGNED TO LIE | 74221 |
| Oct. 24, 2018 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Oct. 24, 2018 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Oct. 24, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 24, 2018 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 24, 2018 | EXAMINERS AMENDMENT -WRITTEN | 80805 |
| Oct. 24, 2018 | EXAMINER'S AMENDMENT ENTERED | 88888 |
| Oct. 24, 2018 | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 24, 2018 | EXAMINERS AMENDMENT E-MAILED | 6328 |
| Oct. 24, 2018 | EXAMINERS AMENDMENT -WRITTEN | 80805 |
| Oct. 24, 2018 | ASSIGNED TO EXAMINER | 80805 |
| Sep. 11, 2018 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |

https://tsdr.uspto.gov/#caseNumber=88,101,882&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 2/3

3/30/22, 9:07 PM Status Search SN 88,101,882

| | |
|---|---|
| Sep. 10, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM |
| Sep. 05, 2018 | NEW APPLICATION ENTERED IN TRAM |

**TM Staff and Location Information**

**TM Staff Information**

**TM Attorney:** VALLILLO, MELISSA C **Law Office Assigned:** LAW OFFICE 105

**File Location**

**Current Location:** TTAB **Date in Location:** Sep. 21, 2021

**Assignment Abstract Of Title Information - Click to Load**

**Proceedings - Click to Load**

https://tsdr.uspto.gov/#caseNumber=88,101,882&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch 3/3

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1215792**
Filing date: **06/15/2022**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Defendant<br>Srinivasa Rao Gubbala |
| Correspondence address | LILLIAN KHOSRAVI<br>THE LAW OFFICE OF LILLIAN KHOSRAVI<br>1000 TOWN CENTER DR<br>SUITE 300<br>OXNARD, CA 93036<br>UNITED STATES<br>Primary email: lillian.khosravi.law@gmail.com<br>Secondary email(s): uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com<br>8054281253 |
| Submission | Defendant's Notice of Reliance |
| Filer's name | Lillian Khosravi |
| Filer's email | lillian@khosravilaw.com, lillian.khosravi.law@gmail.com |
| Signature | /Lillian Khosravi/ |
| Date | 06/15/2022 |
| Attachments | Notice of Reliance Exhibits 1-4.pdf(3224441 bytes )<br>Notice of Reliance Exhibits 5-6.pdf(3794218 bytes )<br>Notice of Reliance Exhibit 7.pdf(4635215 bytes )<br>Notice of Reliance Exhibits 8-9.pdf(2556921 bytes )<br>Notice of Reliance.pdf(101258 bytes )<br>Notice of Reliance Exhibits 10-12.pdf(2193154 bytes ) |

*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*
*Opposition No. 91255288*
*Offering Party: Srinivasa Rao Gubbala*

Notice of Reliance
Exhibit 1

https://www.youtube.com/watch?v=07QUbf9IR4s&t=1s

*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*
*Opposition No. 91255288*
*Offering Party: Srinivasa Rao Gubbala*

Notice of Reliance
Exhibit 2

https://www.youtube.com/c/GannetCelluloid

GANNET CELLULOID
Gannet Celluloid

*Abercrombie & Fitch Trading Co. v.*
*Instexum Bux Gakbalx*

*Opposition No. 91251248*

*Offering Party: Instexum Bux Gakbalx*

**Notice of Reliance**

**Exhibit 3**



https://www.tripadvisor.com/Attraction_Review-g57789-d645444-Reviews-Ecomorpa-De_Korea_Scont_North_Holland_Province.html

*Abercrombie & Fitch Trading Co. v.*
*Instexum Bux Gakbalx*

*Opposition No. 91251248*

*Offering Party: Instexum Bux Gakbalx*

**Notice of Reliance**

**Exhibit 4**











https://www.pewresearch.org/fact-tank/2016/01/18/wikipedia-at-15/

*Abercrombie & Fitch Trading Co. v.*
*Instexum Bux Gakbalx*

*Opposition No. 91251248*

*Offering Party: Instexum Bux Gakbalx*

**Notice of Reliance**

**Exhibit 5**











https://www.semrush.com/website/wikidiff.com/overview/

*Abercrombie & Fitch Trading Co. v.*
*Instexum Bux Gakbalx*

*Opposition No. 91251248*

*Offering Party: Instexum Bux Gakbalx*

**Notice of Reliance**

**Exhibit 6**

























https://www.wildlifetrusts.org/sites/default/files/2020-11/DOC1_IMPACT_REPORT_19-20_EMAIL.pdf

Attrevanbie & Fitch Trading Co v.

Sotevano Bose Gabbala

Opposition No. 91255230

Offering Party: Sotevano Bose Gabbala

Notice of Reliance

Exhibit 7






















Abercrombie & Fitch Trading Co. v.
Sretovac Bas Gabbala
Opposition No. 91231288
Offering Party: Sretovac Bas Gabbala

Notice of Reliance

Exhibit 8





https://www.rspb.org.uk/globalassets/downloads/annual-report-2021/rspb-annual-report-2020-2021_digital.pdf?versionId=mHWF389hKUI















https://www.wildlifetrusts.org/how-identify-identify-gulls?_ga=2.Community%20and%20Like%20%20Dbase%20&gclid=Cj0KCQiw%20and%20Community%20Community%20and%20species%20%20Wildlife%20Extended%20Identify

Abercrombie & Fitch Trading Co. v.
Sretovac Bas Gabbala
Opposition No. 91231288
Offering Party: Sretovac Bas Gabbala

Notice of Reliance

Exhibit 9























https://www.ecomare.nl/en/in-depth/reading-material/animals/seabirds/gannet/

**Lillian Khosravi SBN 316930**
**Law Office of Lillian Khosravi**
**1000 Town Center Dr. Suite 300**
**Oxnard, CA 93036**
**(805) 428-1253**
**Lillian@KhosraviLaw.com**

**Attorney for Opposer**

**IN THE UNITED STATES**

**PATENT AND TRADEMARK OFFICE**

**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | | |
|---|---|---|
| **Abercrombie & Fitch Trading Co.,** | ) | Opposition No. 91255288 |
| **Opposer,** | ) | Serial No. 88555046 |
| **v.** | ) | |
| **Srinivasa Rao Gubbala** | ) | |
| **Applicant** | ) | |

**APPLICANT SRINIVASA RAO GUBBALA'S NOTICE OF RELIANCE ON PRINTED PUBLICATIONS**

Pursuant to Rule 2.122(e) of the Trademark Rules of Practice, 37 C.F.R. § 2.122(e), and TBMP § 704.08, Applicant Srinivasa Rao Gubbala ("Applicant") hereby makes of record and notified Opposer Abercrombie & Fitch Trading Co. ("Opposer") of Applicant's reliance of the following printed publications:

1. A true and correct printout of the web page https://www.youtube.com/watch?v=07QUbf9IR4s&t=1s accessed at accessed on June 13,

2022, a copy of which is attached hereto as **Exhibit 1**. Opposer will rely on this web page to show the viewership of the Film "Arjun Chakravarthy" produced by Gannet Celluloid to provide requisite context when discussing the fame of the Gannet Fisher Bird Mark.

2. A true and correct printout of the web page https://www.youtube.com/c/GannetCelluloid accessed at accessed on June 13, 2022, a copy of which is attached hereto as **Exhibit 2**. Opposer will rely on this web page to show to provide requisite context when discussing the fame of the Gannet Fisher Bird Mark.

3. A true and correct printout of the web page accessed at https://www.tripadvisor.com/Attraction_Review-g652308-d645444-Reviews-Ecomare-De_Koog_Texel_North_Holland_Province.html accessed on June 13, 2022 a copy of which is attached hereto as **Exhibit 3**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

4. A true and correct printout of the web page accessed at https://www.pewresearch.org/fact-tank/2016/01/14/wikipedia-at-15/ published on January 14, 2016 a copy of which is attached hereto as **Exhibit 4**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

5. A true and correct printout of the web page accessed at https://www.semrush.com/website/wikidiff.com/overview/ published on May 27, 2022 a copy of which is attached hereto as **Exhibit 5**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

6. A true and correct printout of the web page accessed at https://www.wildlifetrusts.org/sites/default/files/2020-11/20OCT_IMPACT_REPORT_19-20_EMAIL.pdf published on October 11, 2020 a copy of which is attached hereto as **Exhibit 6**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

7. A true and correct printout of the web page accessed at https://www.rspb.org.uk/globalassets/downloads/annual-report-2021/rspb-annual-report-2020-2021_digital.pdf?sourcecode=GENWEB0026 published on August 31, 2021 a copy of which is attached hereto as **Exhibit 7**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

8. A true and correct printout of the web page accessed at https://www.wildlifetrusts.org/how-identify/identify-gulls#:~:text=Common%20gull,-

Like%20a%20much&text=Adults%20have%20pale%20grey%20upperparts,the%20head%20is%20streaked%20grey accessed on June 13, 2022 a copy of which is attached hereto as **Exhibit 8**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

9. A true and correct printout of the web page accessed at https://www.ecomare.nl/en/in-depth/reading-material/animals/seabirds/gannet/ accessed on June 13, 2022 a copy of which is attached hereto as **Exhibit 9**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

10. A true and correct printout of the web page accessed at https://wikidiff.com/seagull/gannet accessed on June 13, 2022 a copy of which is attached hereto as **Exhibit 10**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

11. A true and correct printout of the web page accessed at https://en.wikipedia.org/wiki/Gannet updated on May 31, 2022 a copy of which is attached hereto as **Exhibit 11**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

12. A true and correct printout of the web page accessed at https://www.rspb.org.uk/birds-and-wildlife/wildlife-guides/bird-a-z/gannet/ accessed on June 13, 2022 a copy of which is attached hereto as **Exhibit 12**. Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

**Exhibits 1 –2** are true and correct copies of webpages, relevant to provide context of the readership of articles referenced discussing Applicant's marketing of and fame of its Gannet Fisher Bird Marks.

**Exhibits 3-7** are true and correct copies of webpages, relevant to provide context of the readership of articles referenced discussing dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

**Exhibits 8-12** are true and correct copies of webpages, relevant to show the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

In addition to the foregoing, Opposer also intends to rely on the testimonial declaration of J.J. Kramer and the Exhibits attached thereto, which will be filed separately in accordance with 37 C.F.R. § 2.123.

Date: June 15, 2022

By:

/s/ Lillian Khosravi
Lillian Khosravi
Law Office of Lillian Khosravi

**Attorney for Applicant**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing **APPLICANT SRINIVSAS RAO GUBBALA'S NOTICE OF RELIANCE ON PRINTED PUBLICATIONS and EXHIBITS 1-12** has been served on counsel for Opposition, Abercrombie and Fitch, on June 15, 2022, via email to:

susan.kayser@klgates.com;

anfteam@klgates.com;

eric.lee@klgates.com

kristin.wells@klgates.com

/s/ Lillian Khosravi
Lillian Khosravi
Law Office of Lillian Khosravi

**Attorney for Applicant**

*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*
*Opposition No. 91255288*
*Offering Party: Srinivasa Rao Gubbala*

Notice of Reliance

Exhibit 10

**WikiDiff**

## Seagull vs Gannet - What's the difference?

**seagull** | **gannet**

https://wikidiff.com/seagull/gannet

*Abercrombie & Fitch Trading Co. v.*
*Srinivasa Rao Gubbala*
*Opposition No. 91255288*
*Offering Party: Srinivasa Rao Gubbala*

Notice of Reliance

Exhibit 11

WIKIPEDIA

## Gannet






References
External links

## Mating and nesting

### Northern gannets

## Systematics and evolution

Cultural references

References

https://en.wikipedia.org/wiki/Gannet

*Abercrombie & Fitch Trading Co. v.*

*Srinivasa Rao Gubbala*

*Opposition No. 91255288*

*Offering Party: Srinivasa Rao Gubbala*

Notice of Reliance

Exhibit 12

rspb

# Gannet

Audio

Key information

What they eat:

Measurements:

Population:

Identifying features:

Gannet (adult)

Gannet (juvenile)

Similar birds:

Where and when to see them

RSPB reserves

Cookie Preferences

Essential cookies are required

Enable analytics cookies

Enable marketing cookies

https://www.rspb.org.uk/birds-and-wildlife/wildlife-guides/bird-a-z/gannet/

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*

ESTTA Tracking number: **ESTTA1215795**
Filing date: **06/15/2022**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Defendant<br>Srinivasa Rao Gubbala |
| Correspondence address | LILLIAN KHOSRAVI<br>THE LAW OFFICE OF LILLIAN KHOSRAVI<br>1000 TOWN CENTER DR<br>SUITE 300<br>OXNARD, CA 93036<br>UNITED STATES<br>Primary email: lillian.khosravi.law@gmail.com<br>Secondary email(s): uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com<br>8054281253 |
| Submission | Testimony For Defendant |
| Filer's name | Lillian Khosravi |
| Filer's email | lillian@khosravilaw.com, lillian.khosravi.law@gmail.com |
| Signature | /Lillian Khosravi/ |
| Date | 06/15/2022 |
| Attachments | Testimony Declaration of Srinivasa Rao.pdf(126522 bytes )<br>Exhibit 1.pdf(1002633 bytes )<br>Exhibit 2.pdf(1789483 bytes )<br>Exhibit 3.pdf(805177 bytes )<br>Exhibit 4.pdf(3391444 bytes )<br>Exhibit 5.pdf(4992767 bytes ) |

**Lillian Khosravi SBN 316930**
**Law Office of Lillian Khosravi**
**1000 Town Center Dr. Suite 300**
**Oxnard, CA 93036**
**(805) 428-1253**
**Lillian@KhosraviLaw.com**

**Attorney for Opposer**

**IN THE UNITED STATES**
**PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

**Abercrombie & Fitch Trading Co.,** ) Opposition No. 91255288
**Opposer,** ) Serial No. 88555046
**v.** )
**Srinivasa Rao Gubbala** )
**Applicant** )

**TESTIMONY DECLARATION OF SRINIVASA RAO GUBBALA**

I, Srinivasa Rao Gubbala, declare as follows:

1. I am the Manager Member of Gannetfisher, LLC and the Applicant for trademark 88555046. I have firsthand knowledge of the facts set forth below, or by virtue of my position am aware of, or have been made aware of through review of company records and documents kept in the ordinary course of business, the following matters:
2. Gannetfisher LLC is an LLC incorporated in the State of Oregon that was incorporated in 2019. Gannetfisher LLC is the company that will be selling the goods created using the disputed mark. I also own Gannet Celluloid, a private limited company based in

Indian created for the Indian film industry, which is a sister company to Gannetfisher, LLC. Both companies heavily feature the Gannet bird throughout their advertising through various designs.

**Gannetfisher's Marks**

3. Srinivasa Rao Gubbala applied for a trademark on its bird design mark  on July 31, 2019. The application was filed for "Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women and kids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short

sleeves; T-shirts; Tee-shirts; Woven shirts The application was not deemed to be likely to cause confusion by the examining attorney and proceeded to be published on December 17, 2019.

**Gannetfisher's Sales**

4. Given the current dispute with Abercrombie and Fitch, I, nor Gannetfisher LLC, have not yet sold any items bearing the applied for mark while waiting for the outcome of the dispute.
5. Gannetfisher LLC has created mockups for the products that will be sold. The focus of the products will predominately be sportswear. **Exhibit 1**

**Marketing and Promotion**

6. I and Gannetfisher LLC have created multiple social media accounts and invested in creating a website and other marketing materials. **(Exhibits 2, 3, 4).**
7. Both of my companies feature the Gannet bird in the company name as well as in the imagery, I intentionally created used the Gannet bird because it is the symbol of bravery and courage. This bird is also known for its hunting skills as a fisher. In India, fishermen go into small and dangerous boats to catch fish in deep areas of the sea. Just as the Gannet bird, they have the courage to go deep into the sea to catch fish. By using this mark, I and Gannetfisher LLC want to emulate courage and success for the individuals who will wear our clothing.

**Popularity of Birds in Logos**

8. While no formal search was conducted, it is clear that birds are a popular choice for various logos. I have seen many kinds of bird logos in my everyday life. I did not copy any of those designs, however, when the Gannetfisher design mark was created. Since the beginning of this opposition I have come to learn that there are over 500 live bird marks currently with the USPTO. **Exhibit 5**.
9. I do not believe that our mark is confusingly similar to the mark of Abercrombie and Fitch, nor have we experienced any kind of customer confusion regarding our mark and the mark of Abercrombie and Fitch. Our mark is a colored mark, the bird in our mark is holding a fish in its beak, it's wings are bent, and it is a completely different kind of bird. The Hollister mark is a seagull, our mark is a Gannet.
10. Given the alleged fame of the Hollister bird mark, it is clear to me that no reasonable consumer would confuse the products that will be sold by my company under my mark and the products sold by Abercrombie. I believe that such an allegedly recognizable mark would be clearly distinguishable from our Gannet mark.
11. I believe if Abercrombie is allowed to bar my design mark from registering, it will create an unfair monopoly in bird design marks for Abercrombie wherein no future businesses are allowed to have flying birds as part of their logo. This creates an unfair precedent.

This signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting there from, declares that all statements made of his own knowledge are true and all statements made on information and belief are believed to be true.

Respectfully submitted,

Srinivasa Rao Gubbala

By:____/s/ Srinivasa Rao Gubbala______________

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing **TESTIMONY DECLARATION OF SRINIVSAS RAO GUBBALA** has been served on counsel for Opposition, Abercrombie and Fitch, on June 15, 2022, via email to:

susan.kayser@klgates.com; anfteam@klgates.com; eric.lee@klgates.com; kristin.wells@klgates.com

/s/ Lillian Khosravi
Lillian Khosravi
Law Office of Lillian Khosravi

**Attorney for Applicant**








































































gannetfisher
Follow
33 posts
19 followers
3 following
Gannet Fisher
POSTS
TAGGED
EVERY MOMENT CAN BE PERFECT
MAKE A STATEMENT
CONQUER
BE A BETTER VERSION OF YOURSELF
IS PROGRESS YOUR PASSION
DONE IS BETTER THAN PERFECT
DREAM BIGGER DO BETTER
RAISE THE BAR

SURPASS
OUTDOORS OR GYM?
ACTIVE MODE ON
RISE ABOVE
ALL DAY EVERY DAY
TRANSCEND
CHOOSE FREEDOM
SAY BYE-BYE TO STRESS
OVERCOME
LET YOUR CONFIDENCE DO THE TALKING
TIME TO
WHAT'S YOUR

LET YOUR STYLE SPELL COMFORT
LOVE YOUR GYM BUDDY?
GO TO THE GYM, AND THEN EVERYWHERE ELSE!
FIT IS FUN
TICK ALL THE BOXES
COMPROMISE NO MORE
0:30:42
THE SWEAT IS WORTH IT!
GET OUT OF THE CUBICLE

Meta About Blog Jobs Help API Privacy Terms Top Accounts Hashtags Locations Instagram Lite
Contact Uploading & Non-Users
English
© 2022 Instagram from Meta

Gannetfisher
GANNETFISHER
COMING SOON
Apparel & Fashion

Say Hello!

2. Get in
1. About

# Knockout Report

**Design Description**
flying bird

**Classes**
025

**Goods and Services**
tops as clothing [025]; bottoms as clothing [025]; hats [025]

**Jurisdiction**
US

06/15/2022 06:14 PM CDT

| | Mark | Details | Goods/Services | Owner |
|---|---|---|---|---|
| 1. | Jurisdiction: US<br>Reg: 6509611<br>Serial: 90397334<br><br>The mark consists of a flying bird shape.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Curved lines, bands or bars [261709]<br>Letters or numerals, including punctuation, forming representations of animals or parts of animals [270102]<br>Representations of animals or parts of animals forming letters | Registered<br>Reg: 10/05/2021<br>Pub: 07/20/2021<br>Filed: 12/21/2020<br>First Use: 08/12/2020<br>Current Basis: Use | **025** bodices; hats; jumpsuits; tracksuits; athletic tights; baseball caps; bottoms as clothing; cycling bib shorts; cycling caps; cycling shorts; cyclists' jerseys; one-piece play suits; riding coats; skirts and dresses; sports shirts; swimwear; tops as clothing; working overalls | Xigu Trading (Dongguan) Co., LTD.<br>Room 302, Building 2, No.2, 3rd Lane, Chaosha Street, Luwu, Chashan Town, Dongguan, Guangdong 523000 CN<br>Attorney: Li Weng |

1

| | Mark | Details | Goods/Services | Owner |
|---|---|---|---|---|
| | or numerals, including punctuation [270303] | | | |
| 2. | Jurisdiction: US<br>Reg: 5064496<br>Serial: 85731797<br>Citations: 1 1<br><br>The mark consists of a stylized flying bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 10/18/2016<br>Pub: 07/16/2013<br>Filed: 09/18/2012<br>First Use: 04/11/2014<br>Current Basis: Use | **009** portable led safety lighting devices for personal use for safety purposes, namely, headlights for joggers<br>**011** portable apparatus for lighting, namely, head lamps<br>**018** bags, namely, beach bags<br>**019** non-metal beach shelter structures<br>**025** men's athletic jacket; men's performance base layer top; men's performance base layer pants; athletic jackets; shirts; pants; under garments; socks; athletic wear textiles, namely, socks, pants, shorts, tank tops, jackets, gloves, underwear; functional wear, namely, shirts, pants, tops<br>**028** swing sticks, namely, baseball bats; exercise equipment, namely, kettle bells; baseball sets primarily comprised of baseball bats and also containing baseballs | ALDI Inc.<br>1200 N. Kirk Road Batavia ILLINOIS 60510 US<br>Attorney: Vincent J. Elders |
| 3. | Jurisdiction: US<br>Reg: 4739707<br>Serial: 85983740<br>Citations: 2 2<br><br>The mark consists of a stylized flying bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Affidavits: 15<br>Reg: 05/19/2015<br>Pub: 07/16/2013<br>Filed: 09/18/2012<br>First Use: 10/27/2012<br>Current Basis: Use | **009** goggles for sports, namely, swimming<br>**010** monitors, testers and systems used for measuring and/or recording different physiological or other parameters, namely, heart rate monitors<br>**014** electronic sports watches; watches; sports watches<br>**025** shapewear, namely, slimmer belt<br>**028** weights for exercise; multi-purpose workout bar for pull-ups and chin-ups, namely, exercise bars; fitness bands, namely, stretch bands used for physical fitness purposes; exercise balls, namely, core training ball; resistance tubing for exercise; push-up bars; yoga mats; jogging | ALDI Inc.<br>1200 N. Kirk Road Batavia ILLINOIS 60510 US<br>Attorney: Vincent J. Elders |

2

| | Mark | Details | Goods/Services | Owner |
|---|---|---|---|---|
| | | | trampolines; exercise ball, sports mats, namely, personal exercise mats; mats, namely, personal exercise mats; manually-operated exercise equipment for abdominals; fitness mats, namely, personal exercise mats; gym balls for exercise, namely, exercise balls; ankle weights for exercise; wrist weights for exercise; exercise equipment, namely, balance discs; power steppers, namely, aerobic step machines | |
| 4. | Jurisdiction: US<br>Serial: 88955722<br>Citations: 3 0<br><br>The mark consists of a stylized flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 12/08/2020<br>Filed: 06/09/2020<br>Current Basis: ITU | **007** pneumatically driven compressed air pumps; electrically driven compressed air pumps<br>**009** safety products, namely, reflective safety bands to be worn on the body; ergometers not for medical purposes; monitors, testers and systems used for measuring and recording different parameters, namely, time clocks, speed indicators, acceleration sensors, automatic altitude indicators, environmental temperature indicators, and electric humidity meters and electric sensors that measure humidity also providing alarm and reporting functions; computer interfaces for the aforementioned goods and downloadable software for accessing and controlling the aforementioned goods; protective helmets for sports; goggles for sports, namely, sport goggles for use in skiing, snowboarding, cycling; sunglasses<br>**010** monitors, testers and systems used for measuring and recording different physiological and other medical parameters, namely, heart rate variability monitors, blood pressure monitors, skin ventilation monitors for medical use, electric body temperature monitors for medical use, skin conductivity monitors for medical use, blood glucose level monitors for medical use, lactic acid level monitors | ALDI Inc.<br>1200 N. Kirk Road Batavia ILLINOIS 60510 US<br>Attorney: Vincent J. Elders |

3

| | Mark | Details | Goods/Services | Owner |
|---|---|---|---|---|
| | | | for medical use, and blood purity level monitors for medical use; neoprene orthopedic supports; massaging apparatus for personal use<br>**012** inflatable boat; inflatable craft, namely, inflatable boats; air pumps for inflatable dinghies; electric air pumps for inflatable dinghies; luggage bags specially adapted for use on bicycles<br>**014** electronic clocks for sporting activities and sports equipment; stopwatches<br>**018** rucksacks for cycling and sports; nordic walking poles; rubber stoppers in the nature of tips specially adapted for nordic walking poles<br>**020** inflatable air beds, not for medical purposes; inflatable camping mattresses; camping beds; tripod stools in the nature of fishing tripod stools<br>**022** commercial nets; tents; tarpaulins for use in blocking wind<br>**025** supports for footwear, namely, gel insoles and heatable insoles for footwear; men's athletic pants; men's cycling socks; athletic wear textiles, namely, hooded sweatshirts, caps being headwear, headbands, sweatpants, track shirts, hats; bath and fitness mules; aqua shoes; boots; anti-slip shoe grips; jodhpurs; headbands; scarves; tubular neck warmers in the nature of clothing; knitted hats; fleece hats; caps being headwear with leds in the nature of clothing incoporating leds; gloves for sports, namely, bicycle gloves; footwear; sandals<br>**026** trouser clips for cyclists<br>**027** floor mats for exercise equipment; gymnastic mats<br>**028** gloves for sports, namely, boxing gloves, workout gloves in the nature of | |

4

| | Mark | Details | Goods/Services | Owner |
|---|---|---|---|---|
| | | | gym gloves, golf gloves; exercise equipment, namely, duo abdominal exercise wheel rollers for fitness purposes; home gym items, namely, exercise machines in the nature of a cross training exercise machine, exercise machines for cross training; trampoline with safety net; footballs; sport kite; ab-gym abdominal weight lifting belts; snow sleds for recreational uses; roller skates; manually-operated exercise equipment for the back; ice skate guard sets; fishing poles; rods for fishing; artificial fishing bait; telescopic landing nets; cricket sets primarily comprised of cricket bats and also containing cricket balls; reels for fishing; fly fishing sets primarily comprised of fishing poles and also containing fishing fly boxes; golf tees; golf clubs, namely, wood golf clubs; golf clubs in the nature of golf putter chippers; swim floats in the form of vests for recreational use; floating recreational lounge chairs; skipping ropes; tackle sets primarily comprised of fishing tackle and also containing fishing tackle bags; soccer balls; badminton balls, namely, shuttlecocks; neoprene tennis balls; tennis balls; baseballs; golf balls; badminton rackets; tennis rackets; table tennis rackets; body boards; electronic game playing apparatus for full court wireless basketball game; water slides; inflatable craft in the nature of surf skis<br>**042** providing on-line non-downloadable software for accessing and controlling monitors, testers and systems used for measuring and recording different physiological or other parameters in the nature of time clocks, speed indicators, acceleration sensors, automatic altitude indicators, environmental temperature indicators, ergometers not for medical purposes, | |

5

| | Mark | Details | Goods/Services | Owner |
|---|---|---|---|---|
| | | | and electric humidity meters and sensors that measure humidity with alarm and reporting functions | |
| 5. | Jurisdiction: US<br>Reg: 4932606<br>Serial: 86819006<br><br>The mark consists of a stylized flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | Registered<br>Reg: 04/05/2016<br>Pub: 01/19/2016<br>Filed: 11/13/2015<br>First Use: 10/01/2006<br>Current Basis: Use | **025** bras; skirts | Retail Royalty Company<br>101 Convention Center Drive Las Vegas NEVADA 89109 US<br>Attorney: Theodore R. Remaklus |
| 6. | Jurisdiction: US<br>Reg: 6102333<br>Serial: 87166351<br>Citations: 1 1<br><br>The mark consists of a stylized flying bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 07/14/2020<br>Pub: 04/11/2017<br>Filed: 09/09/2016<br>First Use: 03/13/2017<br>Current Basis: Use | **028** home gym items, namely, stationary exercise bike, abdominal boards, namely, abdominal trimmer, dumbbell set, stationary speed exercise bike, stationary exercise bicycles; fitness expander set, primarily comprised of exercise equipment, namely, fitness expanders, namely, chest-tube expander, chest ring-tube expanders, and chest cross-tube expanders; inline roller skates; children's inline roller skates; soccer goal with target sheet<br>**025** adult running shoes; ladies' fitness shoes; athletic shoes; athletic wear textiles, namely, leggings, bras, tights<br>**024** towels<br>**009** snorkel masks, snorkels and scuba fins sold as a unit | ALDI Inc.<br>1200 N. Kirk Road Batavia ILLINOIS 60510 US<br>Attorney: Vincent J. Elders |
| 7. | Jurisdiction: US<br>Serial: 90654125 | Published<br>Pub: 11/23/2021 | **018** bags, namely, duffle bags; sports bags | ALDI Inc.<br>1200 N. Kirk Road Batavia ILLINOIS 60510 |

6

| | Mark | Details | Goods/Services | Owner |
|---|---|---|---|---|
| | <br>The mark consists of a stylized flying bird.<br>Storks, flamingos, heron and other long-legged waders [031508]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Filed: 04/19/2021<br>Current Basis: ITU | | US<br>Attorney: Vincent J. Elders |
| 8. | Jurisdiction: US<br>Reg: 5619680<br>Serial: 79225492<br><br>The mark consists of a stylized flying bird.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716] | Registered<br>Reg: 12/04/2018<br>Pub: 09/18/2018<br>Filed: 08/11/2017<br>Current Basis: Madrid | **042** scientific and technological services, namely, research and design in the field of civil engineering; industrial analysis and research services in the field of civil engineering; design and development of computers and software; technical project planning in the field of civil engineering; research and development in the field of natural sciences, technical sciences and construction; development and testing of computing methods, algorithms and software; maintenance and updating of software; consulting services in the design, development and use of computer hardware and software; technical support services relating to software, namely, troubleshooting of computer software problems; electronic data storage; design and development of virtual reality software; hosting of servers; technical server administration; design and development of operating software used for accessing and using a cloud computing network; provision of temporary use of on-line non-downloadable operating software for accessing and using a cloud computer | Screening Eagle Technologies AG<br>Ringstrasse 2 CH-8603 Schwerzenbach CH |

7

| | Mark | Details | Goods/Services | Owner |
|---|---|---|---|---|
| | | | network; cloud computing, namely, cloud hosting provider services; defect inspection on buildings and other structures; engineering services, namely, surveying; engineering; quality control for buildings and other structures; rental of data processing equipment<br>**038** telecommunication services, namely, providing access to pictures, video, alarm status, building plans and other building and security information at a remote station; provision of access to databases; provision of access to computer networks; electronic exchange of data stored in databases accessible via telecommunication networks; provision of access to platforms on the internet<br>**037** construction of buildings, tunnels, and bridges; repair of buildings, tunnels, and bridges; installation services for buildings, namely, electrical systems, windows, plumbing; construction, maintenance and repair of buildings and other structures, namely, tunnels, and bridges and provision of information of the aforesaid services; consultancy services related to the maintenance, repair and renovation of buildings and other structures, namely, tunnels, and bridges; installation, maintenance and repair of electricity and water output measuring apparatus<br>**009** apparatus for recording, transmission or reproduction of sound or images; blank magnetic storage media; blank compact disks; blank dvds; blank digital storage media; data processing equipment and computers; computer software for interaction and for data exchange between several computers, data carriers and software applications; electronic navigational positioning apparatus and | |

8

| | Mark | Details | Goods/Services | Owner |
|---|---|---|---|---|
| | | | instruments; operating software for gps navigation systems; downloadable software for remote monitoring and analysis of environmental conditions and controlling devices within a building, facility, grounds or designated spatial area; communication software used for connecting global computer networks; application software for cloud computing services, namely, software for storing and managing electronic data; software provided as an integrated management software package, namely, software for planning the use of company resources; pattern recognition systems composed of computer chips, computer hardware and computer operating software; software for diagnostics and troubleshooting of defects and anomalies in the structural health of a building, facility, structure, grounds or designated spatial area; software for creating, facilitating and managing access to remote local and global networks, and communicating with such networks; software for data and document capture, transmission, storage and indexing; mobile meters being energy meters for tracking and monitoring energy usage; interfaces for computers; electronic apparatus for wireless reception, storage and transmission of data and messages; electronic apparatus for the input, extraction, transmission and storage of data; remote control apparatus for controlling devices within a building, facility, grounds or designated spatial area to facilitate maintenance; printers for use with computers for printing photographs and documents; visual display units, namely, electronic lcd display unit with multi-networking (tcp/ip) capabilities; touch-sensitive plasma display and control screens; virtual reality software for infrastructure inspection and | |

9

| | | | | |
|---|---|---|---|---|
| | | | management; servers for computer networks; cloud computing network servers; access points to a local area network (lan) for connecting computer network users; data exchange device, namely, blank floppy computer discs and blank flash drives; ultrasonic sensors; ultrasonic meters; virtual reality helmets; two and three-dimensional electronic displays screens worn on the head; human-computer interface devices, namely, headsets, remote controls and portable electronic devices for connection to computers and mobile computers | |
| 9. | **LITTLE FLY BIRD**<br>Jurisdiction: US<br>Reg: 5467261<br>Serial: 87427126<br>Citations: 2 0<br>The mark consists of the wording "LITTLE FLY BIRD". | Registered<br>Reg: 05/15/2018<br>Pub: 02/27/2018<br>Filed: 04/26/2017<br>First Use: 01/25/2017<br>Current Basis: Use | **025** caps being headwear; coats; cyclists' jerseys; gloves as clothing; heelpieces for stockings; hosiery; leg warmers; leggings; neckties; pantyhose; shirts; socks; sports jerseys; stockings; sweat-absorbent socks; sweat-absorbent stockings; tee shirts; trousers; underpants; sports shoes | Ye Qiangfeng<br>No. 607, Block 1, Qihai Garden, No. 99 Guanfengting Street, Gulou District<br>Fuzhou, Fujian CN |
| 10. | Jurisdiction: US<br>Reg: 4873832<br>Serial: 86628052<br>The mark consists of a lighthouse and flying birds.<br>Birds or bats in flight or with outspread wings | Registered<br>Reg: 12/22/2015<br>Pub: 10/06/2015<br>Filed: 05/13/2015<br>First Use: 10/28/2014<br>Current Basis: Use | **025** footwear; shoes | Fish LLC<br>#302<br>3651 Peachtree Pkwy<br>Suwanee GEORGIA 30024<br>US<br>Attorney: Gregory J. Kirsch |

| | | | | |
|---|---|---|---|---|
| | [031519]<br>Other birds [031525]<br>Lighthouses [070309] | | | |
| 11. | Jurisdiction: US<br>Serial: 88523856<br>Citations: 0 1<br>The mark consists of a depiction of five flying birds.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 11/19/2019<br>Filed: 07/19/2019<br>Current Basis: ITU | **025** baby layettes for clothing; body suits for exercise and casual wear; bottoms as clothing; bottoms as clothing for exercise and casual wear; clothing extension used to extend the normal size range of clothing items to accommodate pregnancy size changes; clothing items, namely, adhesive pockets that may be affixed directly to the body as a decorative piece of clothing with utility; clothing items, namely, adhesive pockets that may be affixed directly to the inside of clothing for storage and safekeeping of personal items; clothing items, namely, blindfolds worn over the eyes; clothing items, namely, gags worn over the mouth; clothing layettes; clothing wraps; clothing for athletic use, namely, padded pants; clothing for athletic use, namely, padded shirts; clothing for athletic use, namely, padded shorts; clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; clothing, namely, arm warmers; clothing, namely, base layers; clothing, namely, cowls and smoke ring scarves; clothing, namely, crops; clothing, namely, folk costumes; clothing, namely, hand-warmers; clothing, namely, khakis; clothing, namely, knee warmers; clothing, namely, neck tubes; clothing, namely, neck warmers; clothing, namely, thobes; clothing, namely, wrap-arounds; coats for exercise and casual wear; collar guards for protecting clothing collars; collar liners for protecting clothing collars; collar protector pads for application to clothing collars; combinations; corsets being clothing; corsets being foundation clothing; drawers as | DBA ACT Pilates Fusion + Yoga<br>ACT Studio, LLC<br>3581 East Harmony Road, Suite 170<br>Fort Collins COLORADO 80528<br>US<br>Attorney: Cheryl L. Burbach |

| | | | | |
|---|---|---|---|---|
| | | | clothing; dresses for casual wear; fingerless gloves as clothing; foulards; gloves as clothing; head wraps; headbands for clothing; headwear for exercise and casual wear; hoodies; hoods; infant and toddler one piece clothing; jackets; jackets for exercise and casual wear; jerseys; knitwear, namely, sweaters jogging pants; leather belts; leather harnesses worn by people as clothing; mantles; non-disposable cloth training pants; outerwear, namely, sweaters jackets; pajamas for sleeping in; pants for exercise and casual wear; paper hats for use as clothing items; parts of clothing, namely, gussets for tights, gussets for stockings, gussets for bathing suits, gussets for underwear, gussets for leotards and gussets for footlets; parts of clothing, namely, underarm gussets; perspiration absorbent underwear clothing; pockets for clothing; ready-made linings being parts of clothing; shifts as clothing; short sets; shorts for exercise and casual wear; shoulder wraps; shoulder wraps for clothing; sun protective clothing, namely, t shirts and hoodies; sweaters for exercise and casual wear; sweatpants for exercise and casual wear; sweatshirts for exercise and casual wear; t-shirts for exercise and casual wear; ties as clothing; tops as clothing; tops as clothing for exercise and casual wear; travel clothing contained in a package comprising reversible jackets, pants, skirts, tops and a belt or scarf; trousers for fashion; underarm clothing shields; wearable garments and clothing, namely, shirts; women's clothing, namely, shirts, dresses, skirts, blouses; wrist bands as clothing; wristbands as clothing<br>**028** manually-operated exercise equipment | |

| | | | | |
|---|---|---|---|---|
| | | | **041** pilates instruction; providing fitness and exercise studio services, namely, pilates instruction and training; providing physical fitness and exercise service, namely, indoor cycling and yoga instruction; yoga instruction | |
| 12. | Jurisdiction: US<br>Reg: 5567727<br>Serial: 79221017<br>The mark consists of a design of a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 09/25/2018<br>Pub: 07/10/2018<br>Filed: 04/10/2017<br>Current Basis: Madrid | **018** pocket wallets; purses; leather straps; rucksacks; handbags; bags for sports; bags for campers, namely, all-purpose carrying bags for use by campers; shopping bags, namely, reusable shopping bags, canvas shopping bags, textile shopping bags, mesh shopping bags<br>**025** clothing, namely, underwear, trousers, neckties, gaiters, sports jerseys, hosiery, tights, suits, jackets, leggings, trousers, mittens, socks, overcoats, dresses, sweaters, shirts, underpants, tee-shirts, dressing gowns, skirts; caps being headwear; footwear, namely, sports shoes, sneakers, boots, shoes, beach shoes | Fedorova Elena Anatolyevna<br>Pulkovskoe sh., d. 13, korp. 2, kv. 45<br>RU-196240 Saint-Petersburg<br>RU<br>Attorney: Mark Andrew Goldstein |
| 13. | Jurisdiction: US<br>Reg: 5754830<br>Serial: 87873463<br>The mark consists of a figure like a flying bird's head.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716] | Registered<br>Reg: 05/21/2019<br>Pub: 03/05/2019<br>Filed: 04/11/2018<br>First Use: 02/10/2017<br>Current Basis: Use | **025** boots; coats; cyclists' jerseys; hats; tee shirts; waterproof jackets and pants | Beijing Paisifan Technology Co., Ltd.<br>Rm605, 6F, Inside101, 2-12 Layers,Bldg 1<br>No15 Yard, Hongjunying South Rd,Chaoyang<br>Beijing 100012<br>CN |
| 14. | Jurisdiction: US | Registered | **016** decals | Board of Regents of the |

| | | | | |
|---|---|---|---|---|
| | Reg: 4784215<br>Serial: 86195241<br>The mark consists of a stylized design of a flying bird.<br>Owls [031507]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Affidavits: 8; 15<br>Reg: 08/04/2015<br>Pub: 05/27/2014<br>Filed: 02/17/2014<br>First Use: 06/12/2012<br>Current Basis: Use | **024** cloth and felt pennants<br>**025** hats; sweatshirts; t-shirts | University System of Georgia<br>270 Washington Street, SW<br>Atlanta GEORGIA 30334<br>US<br>Attorney: Anthony B. Askew |
| 15. | Jurisdiction: US<br>Reg: 6564130<br>Serial: 90174362<br>The mark consists of a fanciful depiction of a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Registered<br>Reg: 11/16/2021<br>Pub: 02/23/2021<br>Filed: 09/11/2020<br>First Use: 01/01/2021<br>Current Basis: Use | **025** hats; t-shirts | OPCIP-Holdco, LLC<br>2300 University Drive East<br>Huron OHIO 44839<br>US<br>Attorney: Thomas Kern |
| 16. | Jurisdiction: US<br>Serial: 97288343 | Pending<br>Filed: 02/28/2022<br>First Use: 02/03/2022<br>Current Basis: Use | **025** pajamas; pants; shirts; shorts; skiwear; skorts; socks; swimsuits; underwear; coats made of cotton; cosplay costumes; hoodies; snow suits; thermal underwear; women's clothing, namely, shirts, dresses, skirts, blouses; yoga pants | Han Chen<br>No.227,ï¿¿Minyiï¿¿Vil.,ï¿¿Binhaiï¿¿Town<br>Wenlingï¿¿City,ï¿¿Zhejiang 317503<br>CN<br>Attorney: Xionghui Murong |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a flying bird design in stylized format.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| 17. | Jurisdiction: US<br>Reg: 5265419<br>Serial: 87303781<br>The mark consists of a figure designed like a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 08/15/2017<br>Pub: 05/30/2017<br>Filed: 01/17/2017<br>First Use: 03/08/2014<br>Current Basis: Use | **025** belts; bikinis; bottoms; bras; caps; clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; coats; dresses; pajamas; scarfs; shirts; shoes; skirts; suits; swimwear; t-shirts; tops; trousers; underwear; wedding dresses | Xingcheng Kaijie Garment Co., Ltd<br>No. 64, TieXi Road, Ningyuan Office<br>Xingcheng City CN |
| 18. | **CRANE**<br>Jurisdiction: US<br>Reg: 5195803<br>Serial: 85038553<br>Citations: 6 4<br>The mark consists of a stylized flying bird above the word "CRANE".<br>Stylized birds and bats [031524] | Registered<br>Reg: 05/02/2017<br>Pub: 12/03/2013<br>Filed: 05/14/2010<br>First Use: 10/13/2012<br>Current Basis: Use | **009** portable led safety lighting devices for personal use for safety purposes, namely, headlights for joggers; snorkel masks, snorkels and fins sold as a unit<br>**012** inflatable boat<br>**018** athletic bags made of textiles<br>**025** slimmer belt; men's athletic jacket; men's performance base layer pant; athletic jackets; shirts; pants; under garments; socks; athletic wear textiles, namely, socks, pants, shorts, tanktops, jackets, gloves, underwear, all sold only in grocery stores of aldi inc., its affiliated companies or subsidiaries | Aldi Inc.<br>1200 N. Kirk Road<br>Batavia ILLINOIS 60510<br>US<br>Attorney: Allen L. Landmeier |

| | | | | |
|---|---|---|---|---|
| | Other birds [031525] | | **028** multi-purpose workout bar for pull-ups and chin-ups, namely, exercise bars; fitness bands, namely, stretch bands used for physical fitness purposes; exercise balls, namely, core training ball; resistance tubing for exercise; push-up bars; yoga mats; jogging trampolines; home gym items, namely, ab trimmer, exercise ball, sports mats, mats, ankle/wrist weights; manually-operated exercise equipment for abdominals; fitness mats, namely, personal exercise mats; gym balls for exercise; sport mat; soccer goal with target sheet; ankle weights for exercise; wrist weights for exercise | |
| 19. | Jurisdiction: US<br>Reg: 5851308<br>Serial: 88324590<br>The mark consists of a stick-figure flying bird with outstretched wings.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 09/03/2019<br>Pub: 06/18/2019<br>Filed: 03/04/2019<br>First Use: 12/01/2018<br>Current Basis: Use | **025** women's clothing, namely, shirts, blouses, skirts, dresses, sweaters, pants, shorts, halter tops, wrap tops, slipover tops, tops as clothing, scarves and belts, rompers and jumpsuits, kimonos | Italian Connection, Inc.<br>2330 E. Olympic Blvd.<br>Los Angeles CALIFORNIA 90021<br>US<br>Attorney: Thomas S. Kidde |
| 20. | **CRANE**<br>Jurisdiction: US<br>Reg: 6639104<br>Serial: 90650473 | Registered<br>Reg: 02/08/2022<br>Pub: 11/23/2021<br>Filed: 04/16/2021<br>First Use: 08/06/2020 | **025** union suits | ALDI Inc.<br>1200 N. Kirk Road<br>Batavia ILLINOIS 60510<br>US<br>Attorney: Vincent J. Elders |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized flying bird above the word "CRANE".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Current Basis: Use | | |
| 21. | Jurisdiction: US<br>Reg: 5114880<br>Serial: 86219701<br>The mark consists of A stylized origami-like bird or flying implement.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 01/03/2017<br>Pub: 07/29/2014<br>Filed: 03/12/2014<br>First Use: 06/28/2016<br>Current Basis: Use | **025** clothing, namely, shirts, collared shirts, t-shirts, hats, shorts, pants, jackets, sweatshirts, hooded sweatshirts, shoes and gloves | Steven Navarro<br>1641 South Baker Avenue<br>Ontario CALIFORNIA 91761<br>US<br>Attorney: Sandra P. Thompson, PhD |
| 22. | **ANGON WING**<br>Jurisdiction: US<br>Reg: 5318198<br>Serial: 87121901 | Registered<br>Reg: 10/24/2017<br>Pub: 03/21/2017<br>Filed: 07/29/2016<br>First Use: 08/25/2017 | **025** babies' trousers; boots; caps; coats; footwear; girdles; half-boots; leather belts; pelerines; pyjamas; sandals; scarfs; shoes; slippers; sports shoes; tee-shirts; trousers; underpants | Yi Wu Bian Mei Trading Co., Ltd.<br>Room 603, No.1<br>Yingbin Road, Jiangdong Street<br>Yiwu, Zhejiang CN |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized wording "ANGON WING" below a stylized bird spreading its wings to fly. The stylized bird is within a bird-shape shadow.<br>Birds or bats in flight or with outspread wings [031519]<br>Wings [031701] | Current Basis: Use | | |
| 23. | **X**<br>Jurisdiction: US<br>Reg: 5913236<br>Serial: 88382130<br>The mark consists of a lightning crossing a flying bird shadow to form a stylized "X".<br>Lightning or electricity [011502]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Representations of animals or parts of animals forming letters or numerals, including punctuation [270303] | Registered<br>Reg: 11/19/2019<br>Pub: 09/03/2019<br>Filed: 04/11/2019<br>Current Basis: Foreign Registration | **025** aprons; caps being headwear; coats; gloves as clothing; headbands for clothing; hosiery; leather belts; leisure suits; neckties; pants; rain boots; raincoats; scarfs; scarves; shoes; socks; sports jackets; sports jerseys; sports pants; sports shirts; tee-shirts; trousers; bathing caps; knitted gloves; wearable garments and clothing, namely, shirts | JAXSON INTERNATIONAL CO., LTD.<br>1F., No.11,<br>Ln. 727, Zhonghua Rd.,<br>Yongkang Dist.<br>Tainan 710<br>TW<br>Attorney: Che-Yang Chen |
| 24. | **FLEW**<br>Jurisdiction: US<br>Reg: 6011176<br>Serial: 88311706<br>Citations: 0 1 | Registered<br>Reg: 03/17/2020<br>Pub: 12/31/2019<br>Filed: 02/22/2019 | **025** jackets | Mickey Mondaye Flewellen<br>AKA FLEW<br>1713 Lyon Street<br>Des Moines IOWA 50316<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a shaded silhouette of a flying bird above the word "FLEW".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | First Use: 09/03/2013<br>Current Basis: Use | | |
| 25. | Jurisdiction: US<br>Reg: 4949411<br>Serial: 86590645<br>The mark consists of a stylized flying bird character with a black outline, with outspread wings.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | Registered<br>Reg: 05/03/2016<br>Pub: 02/16/2016<br>Filed: 04/08/2015<br>Current Basis: Foreign Registration | **025** leggings; ankle socks; beoseon (korean socks); stockings; socks; tights; underclothing; singlets; brassieres; panties; caps with visors; skull caps; shoes; sports shoes; jackets; outer clothing, namely, jackets, coats, shirts, blouses, dresses, pants, gloves; shorts; skirts; blue jeans | WILL-K Corp.<br>#1309, Hyundai Hyel<br>2-36, Hangangno 2-Ga,<br>Yongsan-Gu<br>Seoul KR<br>Attorney: Jun Jeong Park |
| 26. | **NAA**<br>Jurisdiction: US<br>Reg: 4308148<br>Serial: 85652146 | Registered<br>Affidavits: 8; 15<br>Reg: 03/26/2013<br>Pub: 01/08/2013<br>Filed: 06/14/2012 | **025** t-shirts; hats; caps; jackets | The Boeing Company<br>7755 E. Marginal Way S.<br>Seattle WASHINGTON 98108<br>US<br>Attorney: James L. Vana |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the letters "N-A-A" enclosed in a triangle with a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Triangles as borders or carriers [260501] | First Use: 07/31/2009<br>Current Basis: Use | | |
| 27. | **VENOSAN**<br>Jurisdiction: US<br>Reg: 6610238<br>Serial: 79303188<br>The mark consists of a winged bird flying over a semi-circle over the stylized wording "VENOSAN".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Curved lines, bands or bars [261709] | Registered<br>Reg: 01/11/2022<br>Pub: 10/26/2021<br>Filed: 12/15/2020<br>Current Basis: Madrid | **010** compression stockings; compression tights; graduated medical hosiery, namely, graduated compression stockings, graduated compression tights; medical compression hosiery, namely, compression stockings, compression tights; stockings for varicose veins; hosiery for medical use, namely, support pantyhose, support stockings; elastic stockings for surgical use; orthopedic knee bandages; socks for diabetics; elastic bandages; compression garments; support compression tights for medical use; orthopedic bandages for joints; orthopedic belts; orthopedic supports; orthopedic support bandages; orthopedic cast padding; anti-embolism stockings; elastic stockings for medical use<br>**025** socks; stockings; tights; hosiery; knee-high stockings; ankle socks; body suits; body stockings; teddies being underclothing | Swisslastic AG St.Gallen<br>Rorschacher Strasse 304<br>CH-9016 St. Gallen<br>CH<br>Attorney: H. David Starr |
| 28. | Jurisdiction: US<br>Serial: 90751532<br>Citations: 7 0 | Pending<br>Filed: 06/03/2021<br>Current Basis: ITU | **003** non-medical lip balm<br>**005** hand sanitizing preparations<br>**006** clips of metal for sealing bags | Somerset Trust Company<br>151 West Main Street<br>Somerset PENNSYLVANIA |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a rising sun above rolling hills with a winged bird flying above the hills.<br>Sun, rising or setting (partially exposed or partially obstructed) [010501]<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Mountains, mountain landscapes [060104] | | **009** mobile phone cases; cases for mobile phones; mobile phone accessories namely, stabilizers for smartphones; sunglasses; digital signage<br>**016** pens; pencils; markers; highlighters; stickers; labels; notebooks; notepads; tablets; adhesive note pads; bookmarks; folders; portfolios; wristbands; rulers; letter openers; paper tablecloths; display banners of paper; display banners of cardboard<br>**018** credit card holders; tote bags<br>**021** coffee mugs; tea mugs; insulated travel mugs; water bottles; cups; cup holders; cleaning cloths; insulated bags for food or beverage for domestic use<br>**022** awnings of textile or synthetic materials<br>**025** apparel, namely, t-shirts, hats, sweatshirts, hoodies, and socks<br>**028** flying discs; stress relief exercise balls<br>**036** financial services, namely, banking; loan services, namely, mortgage lending, financial services in the field of money lending, consumer lending services, providing home equity loans; investment services, namely, investment advisory services, mutual fund investment, investment of funds for others, investment banking services, retirement services, namely, financial planning consultation for retirement, estate planning, estate trust management; trust services, namely, financial trust operations, trust management accounts, investment and trust company services, estate trust management; planning services, namely, estate planning, financial planning, financial planning consultation; credit card services | 15501<br>US<br>Attorney: Michael E. Dukes |

| | | | | |
|---|---|---|---|---|
| 29. | **GLYDER**<br>Jurisdiction: US<br>Reg: 5585621<br>Serial: 87832775<br>Citations: 0 1<br>The mark consists of "Glyder" with a round circle. Inside the circle it looks like a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Circles that are totally or partially shaded. [260121] | Registered<br>Reg: 10/16/2018<br>Pub: 07/31/2018<br>Filed: 03/13/2018<br>First Use: 02/04/2012<br>Current Basis: Use | **025** athletic jackets; athletic pants; athletic shirts; athletic shorts; athletic tights; bras; gym pants; gym shorts; leggings; long-sleeved shirts; outerwear, namely, jacket, pullover, hoodie; sweat pants; tank tops; tee shirts; tights; yoga pants; yoga shirts; baselayer bottoms; baselayer tops; crop pants; crop tops; fleece bottoms; fleece tops; halter tops; hooded sweat shirts; jogging pants; knit bottoms; knit tops; sports bra; sports bras; tank-tops; women's athletic tops with built-in bras | Glyder<br>AKA Glyder Apparel<br>1401 Village Way, Suite B<br>Santa Ana CALIFORNIA 92705<br>US |
| 30. | **V**<br>Jurisdiction: US<br>Serial: 88856044<br>The mark consists of a stylized design of birds flying in a pattern that forms the letter "V".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 07/28/2020<br>Filed: 04/01/2020<br>Current Basis: ITU | **025** clothing, namely, shirts, hats, sweatpants, jackets, socks, sneakers, bathing suits, scarfs | Ferrari, Gerald<br>2388 31st Street, Apartment 3A<br>Astoria NEW YORK 11105<br>US<br>Attorney: Bret J. Danow |

| | | | | |
|---|---|---|---|---|
| | Representations of animals or parts of animals forming letters or numerals, including punctuation [270303] | | | |
| 31. | **KAEWA**<br>Jurisdiction: US<br>Reg: 5357179<br>Serial: 79203418<br>Translated: The English translation of "KAEWA" in the mark is "TO WANDER."<br>The mark consists of the wording "KAEWA" in a stylized font; a stylized flying bird is above the "K."<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 12/19/2017<br>Pub: 10/03/2017<br>Filed: 12/01/2016<br>Current Basis: Madrid | **018** backpacks<br>**009** magnifying lenses; telescopes; optical lens sights; telescopic sights for firearms; telescopic riflescopes; binoculars; hunting binoculars; microscopes<br>**025** clothing for sports, namely, sports socks; sports singlets; sport coats; sweat shorts; sweatpants; training shoes; hunting shirts; hunting jackets; hunting vests; hunting pants; bib overalls for hunting | KONUS ITALIA GROUP S.P.A.<br>Via Fleming, 18<br>I-37026 Settimo di Pescantina<br>Verona IT |
| 32. | Jurisdiction: US<br>Reg: 6555010<br>Serial: 90471079<br>Citations: 0 5<br>The mark consists of three birds depicted by the silhouette of three multi-sized birds flying in | Registered<br>Reg: 11/09/2021<br>Pub: 08/24/2021<br>Filed: 01/17/2021<br>First Use: 01/01/2019<br>Current Basis: Use | **025** anoraks; aprons; ascots; bandanas; beachwear; beanies; berets; blazers; blouses; booties; boots; bras; briefs; capes; capris; cardigans; cloaks; coats; coveralls; culottes; dresses; footwear; gloves; hats; headbands; headwear; hosiery; insoles; jeans; leggings; lingerie; loungewear; mittens; neckerchiefs; neckwear; nighties; overalls; pajamas; pants; pantyhose; parkas; ponchos; pullovers; rainwear; robes; sandals; sarongs; scarves; shirts; shorts; shrugs; singlets; skirts; skorts; slacks; sleepwear; slippers; smocks; suits; | Free Hueman, LLC<br>1449 1/2 N Mansfield Ave<br>Los Angeles CALIFORNIA 90028<br>US |

| | | | | |
|---|---|---|---|---|
| | a V formation. The top right bird has a head popping out its silhouette. The bottom bird has a bend in the left wing. The birds as a collective create a smiling face.<br>Smiley faces [021116]<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | | suspenders; sweaters; sweatpants; sweatshirts; swimwear; t-shirts; tankinis; tights; trousers; underwear; uniforms; vests; windshirts; baby bibs not of paper; bathing trunks; belts; blue jeans; body stockings; boxer shorts; caps with visors; crop tops; denim jeans; dress shirts; ear muffs; fleece vests; g-strings; halter tops; heavy coats; hooded sweat shirts; hoodies; infant wear; jackets; jerseys; jogging suits; jump suits; jumpers; knee highs; leg-warmers; long underwear; night gowns; night shirts; over coats; play suits; pocket squares; polo shirts; rugby shirts; shell jackets; ski bibs; ski wear; snow suits; stretch pants; surf wear; sweat bands; sweat shorts; swim trunks; tank tops; tennis wear; thermal underwear; thong underwear; ties as clothing; tops as clothing; track suits; tube tops; turtlenecks; undergarments; undershirts; visors being headwear; warm up suits; wristbands as clothing; clothing layettes; clothing wraps; heelpieces for footwear; shirt-jacs | |
| 33. | Jurisdiction: US<br>Reg: 6218675<br>Serial: 88979458<br>Citations: 0 1<br>The mark consists of a palm tree and two flying birds situated within an incomplete circle, atop two wavy lines.<br>Sun, rising or setting (partially exposed or partially obstructed) [010501] | Registered<br>Reg: 12/08/2020<br>Pub: 08/13/2019<br>Filed: 08/31/2018<br>First Use: 03/15/2015<br>Current Basis: Use | **025** clothing, namely, dresses, skirts, blouses, loungewear; swimwear; maillots; bodysuits; jumpsuits; rompers; beach cover-ups; beachwear; cover-ups; tops as clothing; t-shirts; tunics; tank tops; slips being underclothing | Nanjing Kapeixi Network Technology Co., Ltd.<br>Room 7315, Bldg 7, 23 Huashen Ave<br>Yuhuatai District, Nanjing<br>Jiangsu 210012<br>CN<br>Attorney: Charlene Minx |

| | | | | |
|---|---|---|---|---|
| | Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Palm trees [050103]<br>Open sea, stretches of water without shore, multiple waves [060303]<br>Incomplete circles (more than semi-circles) [260103]<br>Wavy lines, bands or bars [261702] | | | |
| 34. | Jurisdiction: US<br>Serial: 88101598<br>Citations: 1 0<br>The mark consists of a palm tree and two flying birds situated within an incomplete circle, atop two wavy lines.<br>Sun, rising or setting (partially exposed or partially obstructed) [010501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Palm trees [050103]<br>Open sea, stretches of water without shore, multiple waves [060303]<br>Incomplete circles (more than semi-circles) [260103]<br>Wavy lines, bands or bars [261702] | Published<br>Pub: 08/13/2019<br>Filed: 08/31/2018<br>Current Basis: ITU | **025** clothing, namely, jeans, leggings, coats, jackets, sweatshirts, sweatpants, and sleepwear; rash guards; shawls; pants; shorts; camisoles; belts; headwear; hats; footwear | Nanjing Kapeixi Network Technology Co., Ltd.<br>Room 7315, Bldg 7, 23 Huashen Ave<br>Yuhuatai District, Nanjing<br>Jiangsu 210012<br>CN<br>Attorney: Charlene Minx |

| | | | | |
|---|---|---|---|---|
| 35. | **T TRAPANAIRE**<br>Jurisdiction: US<br>Serial: 97442066<br>The mark consists of BIRDS FLYING ON BOTH SIDES OF THE LETTER T WITH THE WORD TRAPANAIRE AT THE BOTTOM.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pending<br>Filed: 06/03/2022<br>Current Basis: ITU | **025** shirts for fashion | TRAPANAIRE LLC DBA TRAPANAIRE CLOTHING BRAND<br>619 CENTRAL AVENUE CINCINNATI OHIO 45202 US |
| 36. | **BURGER**<br>Jurisdiction: US<br>Reg: 4716017<br>Serial: 86376867<br>Citations: 0 1<br>The mark consists of the word BURGER in stylized font with a bird flying in front of the word BURGER.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Affidavits: 8; 15<br>Reg: 04/07/2015<br>Pub: 01/20/2015<br>Filed: 08/26/2014<br>First Use: 02/25/1923<br>Current Basis: Use | **016** pens<br>**021** coffee mugs<br>**025** apparel, namely, shirts, jackets, sweatshirts, hats, and visors<br>**037** ship building | Shipbuilders of Wisconsin, Inc.<br>1811 Spring Street Manitowoc WISCONSIN 54220 US<br>Attorney: Jonathan L. Kennedy |
| 37. | **FEELIN' FLY**<br>Jurisdiction: US<br>Reg: 6398222 | Registered<br>Reg: 06/22/2021 | **025** clothing, namely, shirts, sweat shirts, pants, socks, hats, tank tops | Nelson, Nicholas<br>108 Williams Ave Evergreen ALABAMA |

| | | | | |
|---|---|---|---|---|
| | Serial: 90052774<br>The mark consists of the wording "FEELIN' FLY" in white and black. Between the words "FEELIN'" and "FLY" is a design element of a red and black bird's face with white and black eye.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pub: 12/22/2020<br>Filed: 07/14/2020<br>First Use: 10/11/2020<br>Current Basis: Use | | 36401 US |
| 38. | Jurisdiction: US<br>Reg: 5656642<br>Serial: 87450129<br>The mark consists of a double-lined square with a stylized drawing of trees, mountain and a flying bird in center.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Evergreens and other trees or bushes of triangular or conical shape [050101]<br>More than one tree or bush; thicket; group of | Registered<br>Reg: 01/15/2019<br>Pub: 09/26/2017<br>Filed: 05/15/2017<br>First Use: 12/13/2017<br>Current Basis: Use | **025** hats | Mill Valley Chamber of Commerce & Visitor Center<br>85 Throckmorton Avenue Mill Valley CALIFORNIA 94941 US<br>Attorney: Linda Joy Kattwinkel |

| | | | | |
|---|---|---|---|---|
| | trees [050110]<br>Mountains, mountain landscapes [060104]<br>Squares inside one another [260920] | | | |
| 39. | **TF**<br>Jurisdiction: US<br>Reg: 5375341<br>Serial: 87490811<br>Citations: 0 1<br>The mark consists of a bird flying up like a phonix forming the letters "TF" with its beak and wings.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Letters or numerals, including punctuation, forming representations of animals or parts of animals [270102] | Registered<br>Reg: 01/09/2018<br>Pub: 10/24/2017<br>Filed: 06/15/2017<br>First Use: 09/26/2016<br>Current Basis: Use | **025** boxer shorts; coats; hats; jackets; jackets and socks; leggings; pants; shirts; shorts; socks; t-shirts; underwear; gym shorts | Tranzfit Apparel<br>14 S Franklin Ave Lynbrook NEW YORK 11563 US |
| 40. | Jurisdiction: US<br>Reg: 5545538<br>Serial: 87761529<br>The mark consists of two flying birds and a palm tree on top of two | Registered<br>Reg: 08/21/2018<br>Pub: 06/05/2018<br>Filed: 01/19/2018<br>First Use: 01/16/2018<br>Current Basis: Use | **025** bikinis; coats; shirts; shoes; sweaters; underwear | HU, XIYING<br>BEIDAJIE 4 PAI NO. 20 ZHAOZHUANG CUN KAIPINGZHEN, KAIPING QU TANGSHAN, HEBEI 063021 CN<br>Attorney: Charlene Minx |

| | | | | |
|---|---|---|---|---|
| | wavy lines within an incomplete circle.<br>Palm trees [050103]<br>Incomplete circles (more than semi-circles) [260103]<br>Wavy lines, bands or bars [261702]<br>Horizontal lines, bands or bars [261705] | | | |
| 41. | **B**<br>Jurisdiction: US<br>Serial: 90606279<br>The mark consists of a stylized letter "B" with white and brown outlining, within which appears a design of a blue sky with two flying birds in a lighter shade of blue and one flying bird in white, white and brown grass, and a stylized dog colored in shades of brown and white.<br>Dogs [030108]<br>Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124]<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Grasses [051303] | Published<br>Pub: 06/21/2022<br>Filed: 03/26/2021<br>Current Basis: ITU | **025** shirts; shirts and short-sleeved shirts; sweatshirts; athletic shirts; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; camouflage shirts; clothing, namely, shirts; clothing, namely, pants; clothing, namely, hats; clothing, namely, jackets; clothing, namely, sweaters; fishing shirts; hooded sweatshirts; hooded sweat shirts; hunting shirts; long-sleeved shirts; polo shirts; short-sleeved shirts; sports shirts; sweat shirts; t-shirts; tee shirts; tee-shirts<br>**041** providing facilities for recreational activities, namely, hunting; recreational services, namely, providing hunting preserves | The Bama Companies, Inc.<br>2745 E. 11th Street Tulsa OKLAHOMA 74104 US<br>Attorney: Robert K Alderson |
| 42. | **FOREVER**<br>Jurisdiction: US | Registered | **025** athletic jackets; athletic pants; athletic shirts; athletic shorts; athletic | Hooper, Cortney |

| | | | | |
|---|---|---|---|---|
| | Reg: 6174911<br>Serial: 88856375<br>Citations: 0 4<br>The mark consists of birds flying from a feather with a anchor, infinity symbol holding it all together with words "forever".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Feathers [031702]<br>Anchors [181105]<br>Infinity symbol [241712] | Reg: 10/13/2020<br>Pub: 07/28/2020<br>Filed: 04/01/2020<br>First Use: 01/01/1900<br>Current Basis: Use | tops and bottoms for working out; shorts; tee shirts | 19695 Wexford St Detroit MICHIGAN 48234 US |
| 43. | **SOAR 3 SUCCESSFULLY OVERCOME ALL ADVERSITIES AND RISE**<br>Jurisdiction: US<br>Reg: 6670913<br>Serial: 90621941<br>The mark consists of the overlapping capital letters "S", "O", "A" and "R", the superscript number three "3" after the letter "A", as well as a wavy line symbolizing | Registered<br>Reg: 03/15/2022<br>Pub: 12/28/2021<br>Filed: 04/02/2021<br>First Use: 12/01/2020<br>Current Basis: Use | **025** short-sleeved t-shirts | WE ARE MORE LLC<br>3626 NORTH HALL STREET (TWO OAK LAWN) SUITE 610 DALLAS TEXAS 75219 US |

| | | | | |
|---|---|---|---|---|
| | a silhouette of a flying bird. The silhouette of a flying bird overlaps the letters "S", "O", "A", and "R". As the silhouette of a flying bird overlaps the letters previously listed, the silhouette also creates the horizontal line for the letter "A". The words located below the silhouette, letters, and superscript reads, Successfully Overcome All Adversities And Rise.<br>Stylized birds and bats [031524]<br>Geometric figures or combinations of geometric figures representing an animal [040707]<br>Wavy lines, bands or bars [261702]<br>Geometric figures forming letters or numerals, including punctuation [270301] | | | |
| 44. | **FLY & GIFTED FG**<br>Jurisdiction: US<br>Reg: 6540559<br>Serial: 88836191<br>The mark consists of the stylized wording "FLY" positioned above two birds that form the letters "FG", all of which is positioned above the stylized wording "GIFTED". The ampersand symbol appears between the two birds. | Registered<br>Reg: 10/26/2021<br>Pub: 07/14/2020<br>Filed: 03/16/2020<br>First Use: 05/12/2021<br>Current Basis: Use | **025** bottoms as clothing; headwear; tops as clothing | Luther B. Scott<br>200 Almond Lane Wilkes Barre PENNSYLVANIA 18702 US<br>Attorney: Alexander JSW Johnson |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| 45. | **BIFIO**<br>Jurisdiction: US<br>Reg: 5967831<br>Serial: 87413109<br>Citations: 0 1<br>The mark consists of two parts, the upper part is the stylized writing "BIFIO", the lower part is the wings of flying bird.<br>Wings [031701]<br>Triangles that are completely or partially shaded [260521]<br>Quadrilaterals that are completely or partially shaded [261321] | Registered<br>Reg: 01/21/2020<br>Pub: 12/11/2018<br>Filed: 04/16/2017<br>First Use: 01/11/2019<br>Current Basis: Use | **025** belts; bottoms for babies, adults, children, women, men; bras; caps being headwear; corsets being foundation clothing; costumes for use in role-playing games; cravats; down jackets; dress shirts; eyeshades; formalwear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; gloves; knickers; loungewear; negligees; one-piece garments for children; one piece garment for infants and toddlers; overcoats; shapewear, namely, girdles, bras; shawls and stoles; shoes; short-sleeved or long-sleeved t-shirts; shortalls; shorts; silk scarves; skirts and dresses; sleep masks; socks; suits; suits of leather; surf wear; sweaters; sweatshirts for babies, adults, children, women, men; t-shirts; tops; trousers; underwear; waist belts; wedding gowns; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; men's and women's jackets, coats, trousers, vests | Putian Chengxiang District Huaxin TradeCo.,Ltd.<br>305,Building 3,Huiyou Estate Yongle Road,Chengxiang District Putian,Fujian 351100 CN<br>Attorney: WILLIAM SCOTT GOLDMAN |
| 46. | **BLUEBIRD BEST ENJOY THE LIFE**<br>Jurisdiction: US<br>Reg: 6344476<br>Serial: 88571418<br>Citations: 2 1<br>The mark consists of a design of a flying bluebird with the wording "BLUEBIRD | Registered<br>Reg: 05/11/2021<br>Pub: 02/23/2021<br>Filed: 08/08/2019<br>First Use: 07/01/2019<br>Current Basis: Use | **025** clothing, namely, t-shirts, polo shirts, long pants, short pants, blouses, skirts, socks, hats, underwear, tube tops, tank tops, sweatshirts, hoodies, jogging pants, leggings, bikinis, jackets, sweaters, cardigan sweaters, shoes, belts for clothing, suspenders, beanies, bonnets, shawls, scarves, ties as clothing, shoes, gloves, muffs | Santos, Antonio<br>15936 Eagles Landing Ct Chesterfield MISSOURI 63017 US |

| | | | | |
|---|---|---|---|---|
| | BEST" above the bird design and the wording "ENJOY THE LIFE" below the bird design.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| 47. | **BLUEBIRD OUTERWEAR**<br>Jurisdiction: US<br>Serial: 97236965<br>The mark consists of a flying humming bird with circle behind the bird with a mountain silhouette. To the right are the words Bluebird in bold print and under that outerwear in a smaller print.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Mountains, mountain landscapes [060104]<br>Plain single line circles [260102] | Pending<br>Filed: 01/25/2022<br>Current Basis: ITU | **025** clothing, namely, overalls | Rutherford, William<br>1133 W. Columbia Ave. Moses Lake WASHINGTON 98837 US |
| 48. | **FIVE BIRDIES**<br>Jurisdiction: US<br>Reg: 5996498<br>Serial: 88561300 | Registered<br>Reg: 02/25/2020<br>Pub: 12/10/2019 | **025** golf shirts; polo shirts; t-shirts | Innovative Designs and Sales, LLC DBA Innovative Designs and Sales<br>5280 Kilauea Ave Honolulu HAWAII 96816 |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the outline of a flying bird inside of a circle. Directly beneath the circle is the wording 'Five Birdies'.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Plain single line circles [260102] | Filed: 08/02/2019<br>First Use: 07/31/2019<br>Current Basis: Use | | US |
| 49. | **PELICANWILD**<br>Jurisdiction: US<br>Reg: 5903368<br>Serial: 88493536<br>Citations: 0 1<br>The mark consists of A simple line drawing of a flying pelican seen in profile, with the words 'PelicanWild' in a semicircle underneath the bird.<br>Sea birds (including gulls and pelicans) [031509]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 11/05/2019<br>Pub: 08/20/2019<br>Filed: 06/28/2019<br>First Use: 10/12/2016<br>Current Basis: Use | **025** t-shirts; graphic t-shirts; short-sleeved; long-sleeved t-shirts; hoodies; sweatshirts; hooded sweatshirts; tee shirts; leggings; skirts; dresses; tank tops; shorts; swimwear; pants; bodysuits; baby bodysuits; socks; hats; fleece jackets; fleece pullovers; hooded pullovers; sports bras; crop tops; shoes | Tcherniavskaia, Natalia<br>1001 W Park Blvd Apt 165 Plano TEXAS 75075 US |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524] | | | |
| 50. | **FOREVER FLY**<br>Jurisdiction: US<br>Reg: 6365611<br>Serial: 88838109<br>Citations: 0 3<br>The mark consists of a stylized image of a lady bug with an opened bird wings design appearing below the stylized wording "forever fly".<br>Wings [031701]<br>Beetles, ladybugs, waterbugs, roaches, termites, fireflies (lightning bugs) [032314]<br>Stylized insects, spiders and micro-organisms [032324]<br>Yin-Yang symbol [241718] | Registered<br>Reg: 05/25/2021<br>Pub: 07/14/2020<br>Filed: 03/17/2020<br>First Use: 06/20/2020<br>Current Basis: Use | **025** clothing, namely, shirts, sweatshirts, shorts, pants and shoes | Fly Bug Forever Inc<br>4067 Hardwick St. Lakewood CALIFORNIA 90712 US |
| 51. | Jurisdiction: US<br>Reg: 4098577<br>Serial: 85342930<br>The mark consists of the shape of a flying bird facing the right, with wings outstretched, tail pointed up, and feathery tips on the wings and tail. | Registered<br>Affidavits: 8; 15<br>Reg: 02/14/2012<br>Pub: 11/29/2011<br>Filed: 06/10/2011<br>First Use: 08/01/2009<br>Current Basis: Use | **025** tee shirts; polo shirts; shorts; coats; woven shirts; pants; jackets; long sleeve shirts | S.A.S.C.O. Trading, Inc.<br>1410 Broadway, Suite 1908 New York NEW YORK 10018 US<br>Attorney: Steven M. Gerber |

| | | | | |
|---|---|---|---|---|
| | Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | | | |
| 52. | **CHARMING DOVE**<br>Jurisdiction: US<br>Reg: 5695549<br>Serial: 88014541<br>The mark consists of the stylized wording "CHARMING DOVE", with a flying bird above of the letter "C". There is a line underneath the wording "DOVE".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>A single line, band, bar or diagonal [261708] | Registered<br>Reg: 03/12/2019<br>Pub: 12/25/2018<br>Filed: 06/25/2018<br>First Use: 04/21/2018<br>Current Basis: Use | **025** children's underwear; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; knitwear, namely, shirts, dresses, sweaters; nightgowns; pajamas; pullovers; shirts; sleepwear; sports jerseys; suits; togas; tops as clothing; trousers | Nantong Dayang Garments CO.,LTD<br>No.30, Fuxing Rd., Nantong Economic Technological Development Area, Jiangsu 226009 CN |
| 53. | Jurisdiction: US<br>Serial: 97347341<br>The mark consists of a dark circle with a top down view of a bird flying upward with a 2 point tail and wings spread out. | Pending<br>Filed: 04/05/2022<br>Current Basis: ITU | **025** footwear; headwear; bottoms as clothing; swim wear; tops as clothing<br>**028** kiteboards; surfboards; hydrofoils for surfboards, paddleboards, kiteboards; leashes used in conjunction with surfing | Matthew Elsasser<br>805 May St, Apt A Hood River OREGON 97031 US<br>Attorney: Ravi P. Varma |

| | | | | |
|---|---|---|---|---|
| | Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Circles as carriers or as single line borders [260101] | | | |
| 54. | **KUKUSOMA**<br>Jurisdiction: US<br>Reg: 6028015<br>Serial: 88606783<br>The mark consists of the word "Kukusoma" with a chick flying above it holding a flower in its beak. It has a Heart shaped bird wing.<br>Hearts [021101]<br>Chickens, hens, roosters [031503]<br>Birds or bats in flight or with outspread wings [031519]<br>Other flowers including daffodils and irises [050525]<br>Three circles [260115]<br>Circles that are totally or partially shaded. [260121] | Registered<br>Reg: 04/07/2020<br>Pub: 01/21/2020<br>Filed: 09/06/2019<br>First Use: 11/01/2018<br>Current Basis: Use | **025** children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; children's and infants' cloth bibs; children's headwear; hats for infants, babies, toddlers and children; bandanas for children; caps being headwear for children; infant and toddler one piece clothing; mittens; shirts for infants, babies, toddlers and children; swaddling clothes; children's underwear; coats for children; costumes for use in children's dress up play; dresses; hooded sweatshirts for children; jackets for children; one piece garment for infants and toddlers; shoes for children; shorts for children; sweaters for children; sweatpants for children; sweatshirts for children; woven shirts for children; infant wearable blankets; infant sleepers being clothing; baby clothing layettes; booties | Pitula, Ekaterina<br>7208 Dana Irvine CALIFORNIA 92618 US |
| 55. | **AOTENG STAR**<br>Jurisdiction: US<br>Reg: 5941234<br>Serial: 87959458 | Registered<br>Reg: 12/24/2019<br>Pub: 10/08/2019<br>Filed: 06/12/2018<br>First Use: 02/02/2018 | **025** bathing suits; gloves for apparel; hats; hosiery; infant wear; leisure suits; scarfs; shoes; sports shoes; waist belts | Hu, Aoteng<br>No. 94-3 Lucuo, Wengcuo Village Daitou Town, Xiuyu District Putian City, Fujian 351100 CN |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized wording "AOTENG STAR" beneath a square with a pentagram on it, in the center of the pentagram there is a flying bird.<br>A single star with five points [010103]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Four or more triangles [260515]<br>Squares that are completely or partially shaded [260921] | Current Basis: Use | | |
| 56. | **QUEENIEKE**<br>Jurisdiction: US<br>Reg: 5344312<br>Serial: 87207837<br>Translated: The wording "QUEENIEKE" has no meaning in a foreign language.<br>Citations: 0 1<br>The mark consists of the stylized letter "K" next to a flying bird all within a border of concentric | Registered<br>Reg: 11/28/2017<br>Pub: 09/12/2017<br>Filed: 10/18/2016<br>First Use: 04/01/2016<br>Current Basis: Use | **018** all-purpose carrying bags; all-purpose reusable carrying bags; animal skins; bags for sports; canes; clothing for animals; leather straps; rucksacks; slings for carrying infants; travel cases; travelling bags; travelling bags; travelling trunks; umbrellas; briefcases; garment bags for travel made of leather; pet clothing for pigs, dogs, cats; travelling bags; travelling bags<br>**025** bathing suits; cyclists' jerseys; girdles; gloves; gloves as clothing; gym pants; gym shorts; gym suits; hats; hosiery; neckties; shoes; knitwear, namely, shirts, dresses, sweaters, coats, pants, trousers; shapewear, namely, girdles | Quanzhou Nike Network Technology Co., Ltd.<br>No.8, Row 6, Caiweiyuan,Qianyishanzhuang Donghai Sub-district, Fengze District Quanzhou, Fujian 362000 CN |

| | | | | |
|---|---|---|---|---|
| | circles, all of the foregoing above the wording "QUEENIEKE".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Ribbons, bows [090104]<br>Three or more concentric circles [260118]<br>Circles that are totally or partially shaded. [260121] | | | |
| 57. | **F**<br>Jurisdiction: US<br>Reg: 5788678<br>Serial: 87684522<br>The mark consists of a stylized letter "F" separated into four parts that resembles a stylized design of a bird flying and appears inside of a circle.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Circles that are totally or partially shaded. [260121] | Registered<br>Reg: 06/25/2019<br>Pub: 04/10/2018<br>Filed: 11/14/2017<br>First Use: 10/04/2017<br>Current Basis: Use | **025** bottoms as clothing; footwear; hats; head wear; shirts; sweatshirts; tops as clothing; hooded sweatshirts<br>**041** educational services namely, providing classes, seminars, workshops, presentations and retreats dealing with issues of concerns for young girls and adult women in the field of personal development and personal relationships; social club services, namely, arranging, organizing, and hosting social events, get-togethers, and parties for club members | BRAY, CHARLIE<br>2044 N. CAHUENGA BLVD. LOS ANGELES CALIFORNIA 90068 US |
| 58. | **SHENGSHINIAO**<br>Jurisdiction: US<br>Reg: 5616260 | Registered<br>Reg: 11/27/2018 | **025** belts; clothing layettes; coats; dresses; gloves as clothing; gym suits; | TANG, HONGCHENG<br>NO. 25, LANE 9, XIATIANPIAN, |

| | | | | |
|---|---|---|---|---|
| | Serial: 87865597<br>Translated: The English translation of three Chinese characters transliterate to "SHENG SHI NIAO" in the mark is "flourishing age bird".<br>The mark consists of a stylized flying bird surrounded by nine five-pointed stars, the design is centered above the word "SHENGSHINIAO" which is centered above three Chinese characters.<br>Stars grouped in circles, semi-circles, ovals or geometric figures [010303]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Geometric figures, objects, humans, plants or animals forming or bordering the perimeter of a circle. [260109]<br>Inscriptions in Chinese, Japanese, Korean, Vietnamese or other Asian characters [280103] | Pub: 09/11/2018<br>Filed: 04/06/2018<br>First Use: 11/30/2017<br>Current Basis: Use | hats; hosiery; neckties; pants; shoes; skirts; suits; wedding dresses | SHANTOUGUAN DISTRICT, XIXI TOWN, HUILAI COUNTY, JIEYANG CITY,GUANGDONG 515235 CN |
| 59. | Jurisdiction: US<br>Serial: 97333991 | Pending<br>Filed: 03/28/2022 | **009** musical video recordings; sound recordings featuring music and songs; audio and video recordings featuring | David Konheim |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a high-contrast, paint brushed, stylized image of a flying Raven shown in right profile with right wing outstretched and bird beak facing right.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Current Basis: ITU | music and artistic performances; downloadable musical sound recordings; musical sound recordings; series of musical sound recordings<br>**016** stickers; posters made of paper; printed posters; printed advertising posters<br>**025** hats; t-shirts; t-shirts for men, women and children; baseball caps and hats; graphic t-shirts; short-sleeved or long-sleeved t-shirts; sports caps and hats<br>**041** entertainment in the nature of live performances by individuals and groups of musicians; entertainment information services, namely, providing information and news releases about a musical artist; entertainment services in the nature of live musical performances; entertainment services in the nature of live vocal performances by singer/songwriters and others; entertainment services in the nature of live musical performances; entertainment services in the nature of presenting live musical performances; entertainment, namely, live music concerts; entertainment, namely, live performances by a musical band; entertainment, namely, live performances by musical bands; organization of entertainment events in the nature of live musical performances; organization of exhibitions for musical entertainment; providing information in the field of music and entertainment via a website | 163 S. Rodeo Drive Beverly Hills CALIFORNIA 90212 US<br>Attorney: Greg Victoroff |
| 60. | **FLY BY NATURE**<br>**FLY BY NATURE**<br>**FLY BY NATURE**<br>**FLY BY NATURE**<br>**FLY BY NATURE**<br>**FLY BY NATURE**<br>**FLY BY NATURE**<br>**FLY BY NATURE** | Registered<br>Reg: 04/07/2020<br>Pub: 01/21/2020<br>Filed: 08/26/2019 | **025** clothing namely, tops, bottoms, sweatshirts, sweatpants, shorts, headwear, footwear, hats, beanies, and headbands | Marks, Roslyn<br>2625 Country Glade Dr Cordova TENNESSEE 38016 US |

**NATURE TURE Y NATURE BY NATURE FLY BY FLY BY FLY BY FLY BY**
Jurisdiction: US
Reg: 6027495
Serial: 88592497
Citations: 1 0

The mark consists of a head of a lion wearing a bandana on its mouth. The terms "FLY BY NATURE FLY BY NATURE FLY BY NATURE FLY BY NATURE FLY BY NATURE FLY BY NATURE FLY BY NATURE FLY BY NATURE NATURE TURE Y NATURE BY NATURE FLY BY FLY BY FLY BY FLY BY " in stylized font inside the bandanna. The bandanna is around the mouth of a lion.

Lions [030101]

Heads of cats, dogs, wolves, foxes,bears, lions and tigers [030116]

Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124]

Scarves, bandanas, neckerchiefs, and other neckwear [090308]

First Use: 03/19/2015
Current Basis: Use

**61.** **THOUSANDS COLORS**
Jurisdiction: US
Reg: 6033674
Serial: 88627376

Registered
Reg: 04/14/2020
Pub: 01/28/2020

**025** hats; pajamas; pants; polo shirts; pullovers; sweaters; tee shirts; tops as clothing; infant wearable blankets; short sets

Zubieta Alvarado, Jose Simon

Chorillos
Los Poetas 150, Urb.

Citations: 0 1

The mark consists of the design of a tree showing its roots below with a bird flying to its upper left side. Below appear the stylized words "THOUSANDS COLORS".

Birds or bats in flight or with outspread wings [031519]

Stylized birds and bats [031524]

Other birds [031525]

Other trees or bushes [050125]

Roots, including ginger and ginseng [051301]

Filed: 09/23/2019
First Use: 04/30/2015
Current Basis: Use

Matellini
Lima PE

Attorney: MARIA PARJUS

**62.** **W RUIDENG**
Jurisdiction: US
Serial: 90754043
Citations: 1 0

The mark consists of the stylized word "RUIDENG"and a transformed letter "W". The transformed letter "W" features a bird spreading its wings flying above the stylized word "RUIDENG".

Birds or bats in flight or with outspread wings

Pending
Filed: 06/04/2021
First Use: 02/25/2021
Current Basis: Use

**025** gloves; hats; raincoats; scarfs; shoes; sneakers; socks; trousers; clothing, namely, folk costumes; top coats

Jinjiang Xinchen Trading Co., Ltd

3rd Floor, 1297 Yangguang Road
Huatingkou Village, Chendai Town
Jinjiang, Fujian 362211
CN

Attorney: Jianmin Zhou

[031519]

Stylized birds and bats [031524]

Representations of animals or parts of animals forming letters or numerals, including punctuation [270303]

**63.** **PROTO X TYPE**
Jurisdiction: US
Reg: 6252200
Serial: 88499565

The mark consists of the stylized word "PROTOXTYPE", under an image of a flying bird and a sunrise, the "X" being in a larger letter than the rest of the word.

Sun, rising or setting (partially exposed or partially obstructed) [010501]

Birds or bats in flight or with outspread wings [031519]

Stylized birds and bats [031524]

Other birds [031525]

Registered
Reg: 01/19/2021
Pub: 03/31/2020
Filed: 07/03/2019
First Use: 08/01/2012
Current Basis: Use

**018** briefcases; imitation leather; luggage; satchels; travelling bags; trunks being luggage and suitcases

**025** athletic apparel, namely, shirts, pants, jackets, hats and caps, athletic uniforms; bathing suits; blouses; coats; jackets; jumpers; pants; shirts; shorts; sweaters; sweatshirts; t-shirts; tops as clothing; underwear; wet suits

EUASIA D.T.A. HONG KONG LIMITED

10/F. KAISER ESTATE, PHASE 3, FLAT 'P2'
11 HOK YUEN STREET
HUNGHOM - KOWLOON
HK

Attorney: JOHN P. MURTAUGH

**64.** **TROPICAL BLVD**
Jurisdiction: US
Serial: 90125296
Citations: 1 1

Pending
Filed: 08/19/2020
First Use: 10/05/2017
Current Basis: Use; ITU

**020** 3d decorative ornaments made from plastic; 3d ornaments made from plastic; accent furniture; accent pillows; ambroid plates; armchairs; armoires; bamboo curtains; bamboo furniture; bamboo poles; bar carts; barstools; bath pillows; bathroom furniture; bathroom vanity mirrors; beach chairs; beach tables; bean bag chairs; bean bag pillows; bed pillows;

His and Hers All Day DBA Tropical Blvd

4572 Chicago Ave
4572 Chicago Ave
Fair Oaks CALIFORNIA 95628
US

Attorney: Tyler Q. Dahl

The mark consists of the stylized wording "TROPICAL BLVD" wherein the term "TROPICAL" appears above the term "BLVD" and the dot above the letter "I" is represented by a stylized flying bird.

Birds or bats in flight or with outspread wings [031519]

Stylized birds and bats [031524]

Other birds [031525]

Representations of animals or parts of animals forming letters or numerals, including punctuation [270303]

bed rests; beds; bedside tables; bedsprings; benches; birdhouses; book stands; bookshelves; bottle racks; boxes of wood or plastic; breakfronts; cabinets; cabinets for display purposes; cabinetwork; camping mattresses; camping tables; cat beds; ceramic pulls for cabinets, drawers and furniture; chair beds; chair cushions; chair mats in the nature of a pillow or seat liner; chair pads; chairs; chests, not of metal; cheval glasses; closet accessories, namely, belt racks; closet accessories, namely, clothes bars; closet accessories, namely, shoe racks; closet accessories, namely, sliding clothes rails; clothes hangers; coat hangers; coat racks; coat stands; combination kneeler and seat for gardening; computer furniture; console tables; corkboards; couches; crate covers for pets; crates; cribs for babies; cupboards; curtain rails; curtain rods; cushions; cushions; deck chairs; decorative 3d pillows and cushions; decorative bead curtains; decorative boxes made of wood; decorative decoys made of plastic; decorative glitter; decorative mirrors; decorative mobiles; decorative polymer spheres for use in flower arrangements; decorative wooden wall letters for spelling names and words; desks; dining chairs; dining room tables; dining tables; dish cabinets; display stands; divans; dividers for drawers; dog beds; drapery hardware, namely, traverse rods, poles, curtain hooks, curtain rods and finials; drawer organizers; drawer organizers for silverware; dressers; dressing tables; easy-chairs; embroidery frames; end tables; entertainment centers; extendible sofas; fabric cake toppers; fabric figurines; felt pads for furniture legs; figures made of rattan; fire fenders; fishing stools; fixed napkin dispensers not of metal; floor pillows;

flower-stands; folding chairs; folding shelves; folding tables; foot rests; frames for oil paintings; free standing office partitions; free-standing tool racks; furniture; furniture chests; furniture fittings, not of metal; furniture in the nature of sectionals; furniture made from wood or substitutes for wood; furniture of metal; furniture partitions of wood; furniture shelves; furniture; mirrors; picture frames; furniture, namely, dressers; furniture, namely, showcases; furniture, namely, wall units; furniture, namely, wardrobes; futons; glass for use in framing art; hairdressers' chairs; hammock stands; hat boxes for storage made of plastic; hat racks; hat stands; high chairs; holiday ornaments of plastic; holiday ornaments, namely, molded plastic easter eggs; identity plates, not of metal; imitation foods comprised of plastic; inflatable figures for use as outdoor holiday decorations; inflatable pillows; japanese floor cushions (zabuton); japanese style low desks (wazukue); japanese style low tables (zataku); jewelry organizer displays; jewelry wax molds; kitchen-type cabinets for outdoor use; lap desks; leather picture frames; letter boxes of plastic; library furniture; library shelves; looking glasses; lounge chairs; lounge furniture; love seats; magazine racks; massage tables; mattress cushions; metal chairs; metal curtain rails; metal curtain rods; metal furniture; metal furniture and furniture for camping; metal storage cabinets; mirror frames; mirrored cabinets; mirrors; mirrors enhanced by electric lights; mosaic tables; moses baskets; nagamochi chests; nameplates, not of metal; nap mats; night tables; nightstands; non-metal barrels; non-metal chests; non-metal clothes hooks; non-metal curtain rails; non-metal curtain rods; non-metal fabric hanging organizer; non-

metal picture hangers; non-metal plant hangers; non-metal portable stairs for pets; non-metal storage boxes for general use; non-metallic bottle caps; non-metallic chests; nonmetal mirror hangers; novelty pillows; occasional tables; office chairs; office desks; office furniture; office seats; office tables; ornaments made of seashells, not being christmas tree ornaments; ornaments made of textiles; ornaments of acrylic resins; ottoman seats; ottomans; outdoor furniture; oyster shells; paper photo frames; patio furniture; pet crates; pet cushions; pet furniture; picture and photograph frames; picture frame moldings; picture frame mouldings; picture frames; picture frames; picture frames with plush decorative outer surface; pillowforms; pillows; placards of plastic; placards of wood; plant racks; plastic bins; plastic boxes; plastic cake decorations; plastic caps; plastic cases; plastic containers and covers sold as a unit to the fast food industry for made to order food products; plastic containers, namely, tubs for consumer products packaging; plastic crates; plastic decorative mounting hardware used in the assembling and securing of christmas decorations, namely, hooks, stakes, supports and tree clips; plastic furniture for gardens; plastic mesh cushioning sheets for lining shelves; plastic sculptures; plastic statues; plastic statuettes; polymer clay figurines; porcelain pulls; porch swings; portable bassinets; portable cradles; portable desks; portable folding stadium seats; pot racks; recliners; reclining armchairs; reclining chairs; registration plates, not of metal; residential and commercial furniture; rocking chairs; school furniture; screens; screws, not of metal; sea shells; seating furniture; shells; unworked; semi-worked;

shelves; shelves for books; shelves for storage; shelving; shoe cabinets; shoe dowels, not of metal; shoe pegs, not of metal; shoe racks; shoe valets; shower curtain hooks; shower curtain rods; shower rods; showshelves; side tables; sleeper sofas; sleeping mats; sofa beds; sofas; soft sculpture wall decorations; statues of plaster; statues of wood, wax, plaster or plastic; stone furniture; stools; stoppers of cork or cork imitations; storage and organization systems comprising shelves, drawers, cupboards, baskets and clothes rods, sold as a unit; storage racks; storage racks for firewood; storage racks for storing hanging works of art; table tops; tables; tables of metal; tea carts; tea tables; tea trolleys; television stands; three dimensional plastic ornaments; throw pillows; tie racks; tie racks; tissue box covers of wood; toilet mirrors being hand-held mirrors; tool boxes not of metal; towel hooks not of metal; towel racks; towel stands; towel stands; toy organizers comprised of shelves and removable storage bins sold as a unit; travel pillows; u-shaped pillows; umbrella stands; umpire chairs; upholstered furniture; vats, not of metal; vise benches being furniture; wall fixtures, namely, plastic three-dimensional designs to be attached to the walls of bathrooms; wall plaques made of plastic or wood; wardrobes; waterbeds, not for medical purposes; wax figurines; wine crates of wood; wine racks; wood bedsteads; wood bins; wood boxes; wood carvings; wood cases; wooden craft sticks; wooden display stands; wooden sculptures; wooden signboards; workbenches; works of art in mixed media composed primarily of polymers; works of art made of amber; works of art made of wax; works of art made of wood; works of art of bamboo; works of art of plastic; works

of art of wood, wax, plaster or plastic; workstations having multi-use work surfaces for use in a wide variety of fields

**024** aromatic herb-filled quilts; aromatic herb-filled quilts for pets; baby bedding, namely, bundle bags, swaddling blankets, crib bumpers, fitted crib sheets, crib skirts, crib blankets, and diaper changing pad covers not of paper; baby blankets; baby buntings; bands of elastic fabric to be stretched around luggage for the purpose of luggage identification; bath gloves; bath linen; bath mitts; bath sheets; bath towels; beach towels; bed and table linen; bed and table linen, wall hangings of textile; bed blankets; bed covers; bed linen; bed pads; bed sheets; bed skirts; bed spreads; bed throws; bed valances; bedsheets; bedspreads; blanket throws; blankets for household pets; blankets for outdoor use; box spring covers; canvas for tapestry or embroidery; cashmere blankets; cheese cloth; children's bed sheets, pillow cases, and blankets; children's blankets; children's towels; cloth cover for the face that is placed around the hair line of the head to protect the skin of the forehead, ears, side of face, and neck while using hair curling irons or flat iron; cloths used for wrapping goods; compressed towels; cotton towels; coverlets; covers for cushions; covers for mattresses; covers for sleeping mats; crib sheets; curtain holders of textile material; curtain liners; curtain loops of textile material; curtains; curtains and towels; curtains made of textile fabrics; curtains of plastic; curtains of textile or plastic; cushion covers; denim fabric; dining linens; dish towels; door curtains; draperies; drapery; duvet covers; duvets; eiderdowns; fabric bed valances; face cloths; fitted bed

sheets for pet beds; fitted sheets for sleeping mats; futon quilts; gift wrap of fabric; gift wrap of textile; glass cloths being towels; hand towels; hand towels of textile; hand-towels made of textile fabrics; hooded towels; individual place mats made of textile; indoor and outdoor curtains; insecticide-treated mosquito nets; kitchen linens; kitchen towels of cloth; lap rugs; lap-robes; large bath towels; mosquito nets; nursing covers; pet blankets; pet overnight sets composed primarily of a pet blanket and also including pet pajamas sold as a unit in a bag; picnic blankets; pillow cases; pillow covers; pillow shams; pillow-top; low-profile bed skirts; pillowcases; pillowcases; place mats of textile; place mats of textile material; plastic handkerchiefs; plastic table covers; printers' blankets of textile; quilt covers; quilts; quilts of textile; quilts of towel; sackcloth; serviettes of textile; shams; shower curtain liners; shower curtains; shower curtains of textile or plastic; shower room curtains; silk bed blankets; silk blankets; silk filled quilts; sleeping bag liners; sleeping bags for babies; spirit-filled quilts for pets; table and bed linen; table cloth of textile; table linen; table linen, namely, coasters; table linen, not of paper; table napkins of textile; table runners of plastic; table runners of textile; table runners, not of paper; tablecloths of textiles; tablemats of textile; tea towels; textile handkerchiefs; textile place mats; textile printers' blankets; textile wall hangings; throws; throws for traveling; toilet tank covers made of fabric or fabric substitutes; towel sets; towel sheet; towels; towels for use in salons and barber shops; towels made of textile materials; towels that may be worn as a dress or similar garment; travelling blankets; travelling rugs; turban towels for

drying hair; turkish towel; wall hangings of textile; window curtains

**025** (based on use in commerce) bomber jackets; socks(based on intent to use) a-shirts; adhesive bras; adhesive brassieres; ankle boots; ankle socks; anklets; anti-sweat underclothing; aqua shoes; artificial flower headdresses; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; athletic bottoms; athletic footwear; athletic pants; athletic shirts; athletic shoes; athletic shorts; athletic skirts; athletic sweaters; athletic tights; athletic tops; athletic uniforms; babies' pants; baby bodysuits; baby bottoms; baby tops; bandanas; bath sandals; bathing caps; bathing costumes for women; bathing suits; bathing suits for men; bathing trunks; bathrobes; beach cover-ups; beach coverups; beach footwear; beach hats; beach shoes; beachwear; belts; belts for clothing; belts made from imitation leather; belts made of leather; belts made out of cloth; belts of textile; bermuda shorts; bib shorts; bibs for babies, sleeved, not of paper; bikinis; birding vests; blazers; blouses; blousons; blue jeans; board shorts; boat shoes; body shirts; body suits; bodysuits; boleros; booties; boots; boots for sport; bottoms as clothing; boxer briefs; boxer shorts; bra extenders; braces as suspenders; bralettes; bras; brassieres; briefs; brogue shoes; bucket hats; button down shirts; camisettes; camp shirts; canvas shoes; cap visors; capri pants; capris; caps with visors; cargo pants; cat suits; catsuits; chemises; chemisettes; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; children's and infants' cloth bibs; children's cloth eating bibs; children's headwear; christening

gowns; christening robes; clothing for athletic use, namely, padded pants; clothing for athletic use, namely, padded shirts; clothing for athletic use, namely, padded shorts; clothing items, namely, blindfolds worn over the eyes; clothing items, namely, gags worn over the mouth; clothing layettes; clothing, namely, arm warmers; clothing, namely, hand-warmers; clothing, namely, khakis; clothing, namely, knee warmers; clothing, namely, neck warmers; coats; coats for men and women; coats made of cotton; cocktail dresses; combinations; corduroy pants; corduroy shirts; corsets being clothing; corsets being foundation clothing; costumes for use in children's dress up play; cravates; cravats; crew neck sweaters; crew necks; crop tops; cycling caps; denim jackets; denim jeans; denim pants; denim shorts; denim skirts; denims; down jackets; dress pants; dress shirts; dress shoes; dress suits; dresses; dresses that may also be used as towels; dressing gowns; dressing gowns and bath robes; dry suits; ear bands; ear warmers; ear warmers being clothes; earbands; earmuffs; espadrilles; esparto shoes or sandals; eternity scarves; evening coats; evening dresses; evening gowns; eyeshades as headwear; fabric belts; fascinator hats; fashion hats; fingerless gloves; fishermen's jackets; fishing vests; fishing waders; fitted swimming costumes with bra cups; flannel shirts; fleece jackets; fleece shorts; fleece vests; flight suits; flip flops; flip-flops for use as footwear; flower headdresses; footwear; footwear; footwear for men; footwear for men and women; footwear for track and field athletics; footwear for women; footwear made of vinyl; footwear not for sports; footwear uppers; footwear, namely, pumps; footwear, namely, rubbers;

formalwear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; fur coats and jackets; fur hats; fur muffs; gloves; gloves as clothing; gloves for apparel; gym boots; gym pants; gym shorts; gym suits; halloween costumes and masks sold in connection therewith; hats; hats for infants, babies, toddlers and children; head scarves; head sweatbands; head wear; head wraps; headbands; headscarfs; headwear; heels; hiking jackets; hiking trousers; hip-guards especially made for fishing; hooded bathrobes; hooded pullovers; hooded sweat shirts; hooded sweatshirts; hoods; hoods; housecoats; infant and toddler one piece clothing; infant sleepers being clothing; infant wear; infant wearable blankets; infants' shoes and boots; infantwear; infinity scarves; jackets; jackets and socks; jeans; jeggings; jeggings, namely, pants that are partially jeans and partially leggings; jerkins; jogging outfits; jogging pants; jogging suits; jump suits; jumpers; jumpsuits; knee-high stockings; knit bottoms; knit dresses; knit face masks being headwear; knit skirts; knit tops; knitted baby shoes; knitted caps; lace boots; ladies' boots; ladies' suits; ladies' underwear; leather belts; leather boots; leather coats; leather hats; leather headwear; leather jackets; leather pants; leather shirts; leather shoes; leather skirts; leather slippers; leather vests; leg shapers; leg warmers; leg-warmers; leggings; leggins; legwarmers; leisure shoes; leisure suits; light-reflecting coats; light-reflecting jackets; lingerie; lingerie accessories, namely, removable silicone breast enhancer pads used in a bra; loafers; long jackets; long sleeve pullovers; long sleeved vests; long underwear; long-sleeved shirts; lounge pants; loungewear; maillots; mantles;

mantles; maternity leggings, namely, leggings featuring built-in maternity bands; maternity lingerie; maternity sleepwear; men's and women's jackets, coats, trousers, vests; men's dress socks; men's socks; men's suits; men's suits, women's suits; men's underwear; miniskirts; mittens; mock turtle-neck sweaters; moisture-wicking sports bras; moisture-wicking sports pants; moisture-wicking sports shirts; morning coats; mules; muscle tops; neck bands; neckwear; night shirts; nightcaps; nightdresses; nightgowns; nighties; nightshirts; nightwear; non-slip socks; one piece garment for infants and toddlers; one-piece garments for children; one-piece play suits; open-necked shirts; outdoor gloves; outer jackets; overalls; oxford shoes; padding jackets; pajama bottoms; pajamas; pantaloons; panties; panties; shorts; briefs; pants; pantsuits; pantyhose; paper hats for use as clothing items; pareos; pareu; pareus; platform shoes; play suits; polo knit tops; polo shirts; ponchos; pullovers; pumps as footwear; pyjamas; quilted vests; rain boots; rain coats; rain hats; rain jackets; rain slickers; rain suits; rain trousers; rain wear; raincoats; rainproof jackets; rainwear; reversible jackets; robes; rompers; ruanas; rubber shoes; running shoes; running suits; sailor suits; sandal-clogs; sandals; sandals and beach shoes; scarfs; scarves; shampoo capes; shirts; shirts and short-sleeved shirts; shirts for infants, babies, toddlers and children; shirts for suits; shoe liners; shoe straps; shoes; shoes for protection of airline passengers' feet during airport security screening; short sets; short-sleeve shirts; short-sleeved or long-sleeved t-shirts; short-sleeved shirts; shortalls; shorts; shoulder wraps for clothing; shower caps; silk scarves; skirt suits; skirts; skirts and dresses;

sleep masks; sleep pants; sleep shirts; sleeping garments; sleepsuits; sleepwear; sleeveless jerseys; slipovers; slipper socks; slippers; small hats; sneakers; socks and stockings; spats; sport coats; sport shirts; sport stockings; sports bra; sports bras; sports caps and hats; sports jackets; sports jerseys; sports jerseys and breeches for sports; sports pants; sports shirts; sports shirts with short sleeves; sports shoes; sports singlets; sports vests; stocking hats; stocking suspenders; stockings; strapless bras; strapless brassieres; straps for bras; stretch pants; suede jackets; suit coats; suits; sun leggings; sun sleeves; sundresses; sunsuits; surf wear; suspenders; sweat bands; sweat jackets; sweat pants; sweat shirts; sweat shorts; sweat suits; sweat-absorbent socks; sweat-absorbent stockings; sweat-absorbent underwear; sweatbands; sweaters; sweatpants; sweatshirts; sweatsocks; sweatsuits; swim caps; swim suits; swim trunks; swim wear; swim wear for gentlemen and ladies; swimming caps; swimming caps; swimming costumes; swimming trunks; swimsuits; swimwear; swimwear in the nature of mermaid tails; t-shirts; tangas being swimwear; tangas being underwear; tank tops; tank-tops; tankinis; tee shirts; tee-shirts; tennis shoes; thermal socks; thermal underwear; thong sandals; tights; toboggan hats; pants; caps; toe caps; top coats; top hats; topcoats; track pants; track suits; training shoes; training suits; travel clothing contained in a package comprising reversible jackets, pants, skirts, tops and a belt or scarf; trekking jackets; trekking trousers; trench coats; turtle neck shirts; turtleneck pullovers; turtleneck sweaters; turtlenecks; tuxedo belts; under garments; underclothes; underclothing; undergarments;

underpants; undershirts; underskirts; underwear; underwear, namely, boy shorts; v-neck sweaters; vested suits; walking shorts; warm up outfits; warm up suits; warm-up suits; water repelling boots; water repelling footwear; water repelling leather boots; water repelling leather shoes and boots; water socks; waterproof boots; waterproof footwear; waterproof jackets and pants; waterproof leather boots; waterproof leather shoes; wearable blankets in the nature of blankets with sleeves; welts for footwear; wet suit gloves; wet suits; wet suits for water-skiing; wet suits for water-skiing and sub-aqua; wetsuits; wetsuits for surfing; wetsuits for water-skiing; wind coats; wind pants; wind resistant jackets; wind shirts; wind suits; wind vests; wind-jackets; wind-resistant vests; windshirts; women's athletic tops with built-in bras; women's clothing, namely, shirts, dresses, skirts, blouses; women's foldable slippers; women's hats and hoods; women's shoes; women's shoes, namely, foldable flats; women's tops, namely, camis; women's underwear; wooden shoes; woollen socks; woollen tights; woolly hats; woven tops; wraparound skirts; yoga pants; yoga shirts; yoga socks; yoga tops

**65.** **FLY HIGH FOREVER**
Jurisdiction: US
Serial: 90283650

The mark consists of a shield containing the

Published
Pub: 08/03/2021
Filed: 10/28/2020
First Use: 05/22/2014
Current Basis: Use

**025** coats; gloves; hats; headbands; panties; pants; socks; sweatshirts; underwear; boxer briefs; boxer shorts; hoodies; sweat pants; t-shirts; tank tops

Jones, Tarelle

307 Spencer ave
Pittsburgh PENNSYLVANIA 15227
US

stylized wording "FLY HIGH" shown against a pair of outstretched bird wings with a banner containing the stylized word "FOREVER" across the bottom of the shield.

Wings [031701]

Shields or crests with figurative elements contained therein or superimposed thereon [240102]

Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon [240103]

Banners [240907]

**66.** Jurisdiction: US
Serial: 90848193

The mark consists of a smiling flying figure with fangs with a halo on top, with the left wing resembling a bat's wing with a claw, and the right wing resembling a bird's wing with feathers.

Teeth, dentures [021105]

Wings [031701]

Angels, winged personages, including cherubs and cupids; humans or animals with halos [040102]

Mythological beings, superbeings, ghosts, aliens [040107]

Published
Pub: 05/24/2022
Filed: 07/26/2021
Current Basis: ITU

**025** headwear; bottoms as clothing; hoodies; tops as clothing

JULIACHS ENTERPRISES LLC

461 NW 87th Ter Apt. 403
Plantation FLORIDA 33324
US

Attorney: Sean Marshall Ulrich

| | | | | |
|---|---|---|---|---|
| 67. ☆ | **BIRDIE THREADS**<br>Disclaims: "THREADS"<br>Jurisdiction: US<br>Reg: 5750820<br>Serial: 88137935<br>The mark consists of a bird with a sewing needle for a beak flys above the word "Birdie Threads" the "t" in "threads" is stylized in a way that the top of the "T" is elongated as if its still being threaded by the bird above.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Thread and wool (wound or unwound), including thread on spools and skeins of yarn [090101]<br>Needles, pins, crochet hooks, knitting needles [090901]<br>Representations of objects forming letters or numerals, including punctuation [270305] | Registered<br>Reg: 05/14/2019<br>Pub: 02/26/2019<br>Filed: 10/01/2018<br>First Use: 08/20/2018<br>Current Basis: Use | **025** clothing, namely, hats, shirts, polos, pants, shorts, socks, jackets, vests | Global Wealth<br>2066 Lyndhurst Ave<br>Camarillo CALIFORNIA 93010<br>US |
| 68. ☆ | **MEXICAN CHIDO**<br>Jurisdiction: US<br>Serial: 97227635<br>Translated: The English translation of CHIDO in the mark is COOL. | Pending<br>Filed: 01/19/2022<br>First Use: 05/24/2021<br>Current Basis: Use | **025** clothing, namely, t-shirts | Antonio, Marco<br>Privada 37<br>Oriente 808 Interior 6A, Col Anzures<br>Puebla 72530<br>MX |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized image of a flying eagle above the phrase MEXICAN CHIDO, with MEXICAN on the top line and CHIDO beneath it, both center justified beneath the bird and in stylized font.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519] | | | Attorney: Jalissa Bauman Horne |
| 69. ☆ | **EASTERN THE GREAT SILVER FLEET**<br>Jurisdiction: US<br>Serial: 97140533<br>The mark consists of the image of a a stylized, flying bird of prey, enclosed in a circle, with the wording "EASTERN" written above and "THE GREAT SILVER FLEET" written below, surrounded by two additional concentric circles.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Published<br>Pub: 07/12/2022<br>Filed: 11/23/2021<br>First Use: 12/08/2016<br>Current Basis: Use | **025** t-shirts | Malibu Shirts, Inc.<br>4760 Calle Quetzal<br>Camarillo CALIFORNIA 93012<br>US<br>Attorney: Angela Small Booth |

| | | | | |
|---|---|---|---|---|
| | Other birds [031525]<br>Three or more concentric circles [260118] | | | |
| 70. ☆ | **KENNESAW STATE OWLS**<br>Disclaims: "STATE" AS TO THE SERVICES IN INTERNATIONAL CLASS 41<br>Jurisdiction: US<br>Reg: 5085049<br>Serial: 86789351<br>2(f) claim<br>Citations: 0 1<br>The mark consists of a stylized design of a flying bird sitting on top of the word "KENNESAW" over the word "STATE" over the word "OWLS" with the word "OWLS" included in a stylized representation of a banner.<br>Owls [031507]<br>Birds or bats in flight or with outspread wings [031519]<br>Banners [240907] | Registered<br>Reg: 11/22/2016<br>Pub: 09/06/2016<br>Filed: 10/15/2015<br>First Use: 06/12/2012<br>Current Basis: Use | **012** trailer hitch covers<br>**016** decals; decals and stickers for use as home decor; decorative decals for vehicle windows; magnetic decals<br>**020** non-metal novelty license plates; portable folding stadium seats; stadium cushions<br>**021** bird houses; bottle openers; coasters, not of paper and other than table linen; cups and mugs; drinking glasses; insulated containers for beverage cans for domestic use; portable coolers<br>**024** banners and flags of textile; blanket throws<br>**025** caps; hats; jackets; shirts; sweatshirts; t-shirts<br>**028** footballs; stuffed toy animals<br>**041** providing collegiate athletic and sporting events | Board of Regents of the University System of Georgia<br>270 Washington Street, SW<br>Atlanta GEORGIA 30334<br>US<br>Attorney: Anthony B. Askew |
| 71. ☆ | Jurisdiction: US<br>Reg: 5038886<br>Serial: 86590511 | Registered<br>Reg: 09/13/2016<br>Pub: 06/28/2016<br>Filed: 04/08/2015 | **025** leggings; ankle socks; beoseon (korean socks); stockings; socks; tights; underclothing; singlets; brassieres; panties; caps with visors; skull caps; shoes; sports shoes; jackets; outer clothing, namely, jackets, coats, shirts, blouses, | WILL-K Corp.<br>#1309, Hyundai Hyel<br>2-36, Hangangno 2-Ga, Yongsan-Gu<br>Seoul KR<br>Attorney: Jun Jeong Park |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a flying eagle-like bird, with a number of white stars on the blue background in its left wing, and with horizontal stripes of red alternating with white in its body and right wing.<br>Three or more stars [010110]<br>More than one star with five points [010113]<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>American flags in any form [240905]<br>Straight lines, bands or bars [261701]<br>Horizontal lines, bands or bars [261705] | Current Basis: Foreign Registration | dresses, pants, gloves; shorts; skirts; blue jeans | |
| 72. ☆ | **BEACHTOWN KILLA**<br>Disclaims: DESIGN OF THE STATE OF CALIFORNIA<br>Jurisdiction: US<br>Reg: 5107600<br>Serial: 86790368<br>Citations: 1 1 | Registered<br>Reg: 12/27/2016<br>Pub: 10/11/2016<br>Filed: 10/16/2015<br>First Use: 07/01/2013<br>Current Basis: Use | **025** board shorts; dresses; hats; pants; pullovers; rash guards; shirts; shorts; sports bras; sweaters; tank tops; tights; vests | Beachtownkilla<br>1020 E St.#1<br>San Diego CALIFORNIA 92101<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of palm trees and city skyline over a home plate shaped box. "BEACHTOWN KILLA" is inside the box with the silhouette of the state of California below. Three birds flying are above "BEACHTOWN KILLA".<br>United States [011708]<br>Palm trees [050103]<br>Cities from a distant perspective, skylines [060701]<br>Playing fields and courts of all types [060908] | | | |
| 73. ☆ | **BLACK N' FLY BLACK IS FLY**<br>Jurisdiction: US<br>Serial: 88664317<br>Citations: 1 0<br>The mark consists of the stylized wording "BLACK N' FLY BLACK IS FLY" and design featuring BLACK N' FLY in red, BLACK IS FLY in white with a gold and black winged lion sitting above the wording.<br>Lions [030101]<br>Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124]<br>Wings [031701] | Abandoned (Revivable)<br>Abandon: 05/23/2022<br>Filed: 10/22/2019<br>Current Basis: ITU | **025** do rags for use as headwear | Black Buttafly<br>1376 Via De Pepi<br>Boynton Beach FLORIDA 33426<br>US |
| 74. ☆ | **FF FORTUNE·FLY**<br>Jurisdiction: US<br>Reg: 4798985<br>Serial: 86492818 | Registered<br>Affidavits: 8<br>Reg: 08/25/2015 | **025** beanies; hats; shirts; sweaters | Ruiz, Roman<br>13413 Dalwood Ave<br>Norwalk CALIFORNIA |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the wording "FORTUNE FLY" in stylized font, with a shaded diamond appearing between the words "FORTUNE" and "FLY" and a horizontal line appearing under the wording. All of the aforementioned appears below a stylized bird design consisting of a diamond shape with wings and tail feathers and with the letters "FF" appearing back to back in the diamond shape.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Plain diamonds with single or multiple line borders [260701]<br>Letters or words underlined and/or overlined by one or more strokes or lines [261713] | Pub: 06/09/2015<br>Filed: 12/30/2014<br>First Use: 12/05/2013<br>Current Basis: Use | | 90650<br>US |
| 75. ☆ | **PIKOLINOS**<br>Jurisdiction: US<br>Reg: 3885087<br>Serial: 77872802<br>Translated: The wording "PIKOLINOS" has no meaning in a foreign language. | Registered<br>Renewal: 11/26/2020<br>Affidavits: 8<br>Reg: 12/07/2010<br>Pub: 09/21/2010<br>Filed: 11/14/2009<br>Current Basis: Foreign Registration | **025** beach shoes; belts for clothing; boots; clogs; espadrilles; footwear; foulards; insoles; sandals; scarfs; scarves; shoes; slippers; socks and stockings; soles for footwear; sweaters; t-shirts | MOLICOPI, S.L.<br>Calle Galileo Galilei, 2<br>Elche Parque Industrial<br>Elche, Alicante 03203<br>ES<br>Attorney: Stewart J. Bellus |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a rectangle inside of which appears the word "PIKOLINOS" in stylized capital letters and the design of a bird with its wings extended as if flying. The color red appears in the bird and in the background area of the rectangle over which the word "PIKOLINOS" appears. The color white appears in the word "PIKOLINOS" as well as in the background area of the rectangle over which the bird design appears.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Rectangles inside another rectangle [261120]<br>Rectangles that are completely or partially shaded [261121] | | | |
| 76. ☆ | **FLY LONDON**<br>Disclaims: "LONDON"<br>Jurisdiction: US<br>Reg: 5964330<br>Serial: 86966018<br>Citations: 1 1 | Registered<br>Reg: 01/21/2020<br>Pub: 11/05/2019<br>Filed: 04/06/2016<br>First Use: 05/01/1994<br>Current Basis: Use | **009** eyewear; eyewear, namely, eyeglasses, sunglasses, anti-glare glasses, sports glasses, spectacles, spectacle frames, and spectacle cases; optical frames; optical glasses; cases for spectacles and sunglasses<br>**018** backpacks; beach bags; cases of leather or leatherboard; handbags; holdalls; key cases; pouches for holding make-up, keys and other | Fortunato O Frederico & Ca., Lda.<br>Penselo<br>Rua 24 de Junho, No. 453<br>Guimaraes 4800-128<br>PT<br>Attorney: Ryan A. McGonigle |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized depiction of a fly underneath which appears the stylized word "FLY." Underneath the stylized word "FLY," appears the stylized word "LONDON.".<br>Flies, mosquitos, ticks, fleas and mites [032309] | | personal items; pouches made from imitation leather; pouches made out of cloth; purses; satchels; travel bags; travel cases; travelling bags; trunks; vanity cases sold empty; wallets; all-purpose carrying bags; carry-all bags; carry-on bags; carrying cases; leather bags and wallets; leather cases; leather pouches; leather and imitation leather bags<br>**025** belts; boots; boots for sport; footwear; heel inserts; heel pieces for shoes; heels; insoles for footwear; sandals; shoes; slippers; sneakers; soles for footwear; athletic shoes; leather shoes; sports shoes<br>**035** on-line retail store services featuring footwear, eyewear, all-purpose carrying bags, purses, handbags, wallets, and key cases; retail store services featuring footwear, eyewear, all-purpose carrying bags, purses, handbags, wallets, and key cases | |
| 77. ☆ | **TURTLE DOVES**<br>Jurisdiction: US<br>Reg: 5677367<br>Serial: 79238050<br>Citations: 0 1<br>The mark consists of two flying turtle doves, in cream color, outlined in black, one on the right and one on the left, meeting in the middle, with wording "Turtle Doves", in black, appearing in the middle of the two birds, stretching from the lower wing of the left | Registered<br>Reg: 02/19/2019<br>Pub: 12/04/2018<br>Filed: 02/08/2018<br>Current Basis: Madrid | **040** recycling of clothing<br>**042** design of hand-made clothing from recycled materials<br>**025** clothing, namely, footwear, hand warmers, wrist warmers, fingerless mittens, gloves, skirts, jeans, hats, jumpers, scarves, slippers | Turtle Doves (Not Just Gloves) Ltd<br>60 Porthill Road<br>Shrewsbury<br>Shropshire SY3 8RN<br>GB |

| | | | | |
|---|---|---|---|---|
| | bird to the lower wing of the right bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| 78. ☆ | **FLY**<br>Jurisdiction: US<br>Serial: 90810898<br>The mark consists of The words FLY in stylized lettering surrounding a flying eagle.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Pending<br>Filed: 07/05/2021<br>First Use: 09/06/2012<br>Current Basis: Use | **025** hats; pants; shirts; sweatshirts; shirts and short-sleeved shirts; bottoms as clothing; fashion hats; graphic t-shirts; hooded sweatshirts; hoodies; jogging suits; long-sleeved shirts; short-sleeve shirts; sweat shirts; sweat suits; t-shirts; tops as clothing; warm up suits | All Things Fly LLC<br>167 -28 146th Rd<br>Jamaica NEW YORK 11434<br>US<br>Attorney: Alexandra DeNeve |
| 79. ☆ | Jurisdiction: US<br>Reg: 6244409<br>Serial: 90003482<br>The mark consists of a silhouette of a artificial fly used for fly fishing.<br>Stylized insects, spiders and micro-organisms [032324] | Registered<br>Reg: 01/12/2021<br>Pub: 10/27/2020<br>Filed: 06/16/2020<br>First Use: 04/30/2005<br>Current Basis: Use | **025** hats; belts for clothing; long-sleeved shirts; short-sleeved shirts; sport shirts | Black Fly Outfitters, Inc.<br>6310 Solano Creek Road<br>Elkton FLORIDA 32033<br>US<br>Attorney: Alex C. Najarian, Esq. |

| | | | | |
|---|---|---|---|---|
| | Other insects [032325]<br>Fishing rods, tackle, nets, hooks and lures [210308] | | | |
| 80. ☆ | **MAVEN**<br>Jurisdiction: US<br>Reg: 5378461<br>Serial: 87475230<br>Citations: 0 3<br>The mark consists of the word "Maven" is written in stylized font and on top of the letter "E" and a little on top of the letter "V" there is a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 01/16/2018<br>Pub: 10/31/2017<br>Filed: 06/05/2017<br>First Use: 09/29/2008<br>Current Basis: Use | **025** clothing for women, men and children and maternity clothing for women, namely, shirts, tops, pants, trousers, jeans, blouses, t-shirts, dresses, shorts, jumpsuits, suits, rompers and one-piece garments, tankinis, leggings, coats, headwear, sweaters, sweatpants, sweatshirts, hoodies, sleepwear, underwear, pajamas, socks, jackets, neckties, long-sleeved shirts, short-sleeve shirts, hats, caps, baseball hats, suspenders, belts, swimsuits, beach cover-ups, bath robes, shapewear, namely, girdles and bras, and footwear | Mina Atigehchi<br>2802 Deep Canyon Drive<br>Beverly Hills CALIFORNIA 90210<br>US |
| 81. ☆ | **ODDNESS FLY FLY CO. SINCE 1982 .LLC**<br>Disclaims: "CO. SINCE 1982 .LLC"<br>Jurisdiction: US<br>Reg: 6302442<br>Serial: 88760858<br>The mark consists of a rectangular shape with notches in each corner | Registered<br>Reg: 03/23/2021<br>Pub: 09/08/2020<br>Filed: 01/15/2020<br>First Use: 11/01/2020<br>Current Basis: Use | **025** hats; caps being headwear; shirts; pants; sweaters; jackets | Taveras, Alison<br>1139 Nelson ave Apt 4D<br>167 street<br>Bronx NEW YORK 10452<br>US |

| | | | | |
|---|---|---|---|---|
| | surrounding the stylized wording "ODDNESS FLY" with a fly in between the words "ODDNESS" and "FLY", which are above a horizontal line, which is above the wording "FLY CO. SINCE 1982 .LLC".<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Stylized insects, spiders and micro-organisms [032324]<br>Patterns for clothing [090906]<br>Rectangles inside another rectangle [261120]<br>Miscellaneous designs with overall rectangular shape [261128] | | | |
| 82. ☆ | **SWAG SOLDIER WITH AN AWESOME GOD**<br>Jurisdiction: US<br>Serial: 97264771<br>The mark consists of a fanciful picture of a soldier with his sword sitting on a flying bird. The stylized word "SWAG" appears below in a larger font with "SOLDIER WITH AN AWESOME GOD" in smaller font on the bottom.<br>Soldiers, cavalrymen, men in military uniform, including men dressed in band uniforms with a | Pending<br>Filed: 02/12/2022<br>Current Basis: ITU | **021** cups; cookware, namely, pots and pans; frying pans; salad spinners; insulated food bags for salads and sandwiches; stainless steel cups; stainless steel bowls; stainless steel serving trays; household utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, whisks, strainers, kitchen tongs, sieves, grill presses, graters, wire baskets to organize cooking utensils or to hold fruit; cooking utensils, namely, grill covers; non-electric griddles; kitchen utensil crocks; ice scoops being barware; compostable; biodegradable plates; cups; trays; dishes and plates not of precious metal; potholders; tea pots; coffee pots; pot lids; pot cleaning brushes; mugs; cups and mugs; carving boards; knife boards; cutting boards; silicone baking cups; silicone muffin baking liners; silicone cupcake baking liners; ice cube molds; drinking straws for babies and children; drinking cups for babies and children; training cups for babies and children; infant bathtubs; dish drying racks; | I am a SWAG, LLC<br>Suite 109, no 124<br>4611 Hard Scrabble Rd<br>Columbia NORTH CAROLINA 29229<br>US<br>Attorney: Justin Brown |

| | | | | |
|---|---|---|---|---|
| | military appearance [020124]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Swords, sabers, rapeirs, foils, epees [230101] | | dishwashing brushes; plastic storage containers for domestic use; carafes; marshmallow cooking forks; cooking utensils, namely, grills; non-stick barbecue grill cooking mats for use on grills; cooking utensils, namely, barbecue branders; utensils for barbecues, namely, forks, tongs, turners; cleaning brushes for barbecue grills; cookery molds; bowls; mason jars; cookie jars; glass jars; glass storage jars; plastic household storage containers for cereals, crayons, vehicle keys; waste bins for household use; drinking glasses; drinking straw dispensers; jugs; ice cube mold; salt and pepper shakers; dishers; dishers for ice cream; kitchen containers; kitchen grinders; non-electric; rotating holders for kitchen utensils; lunch boxes; lunch boxes made of plastic; lunch boxes made of metal; plastic food storage containers for household use; reusable self-sealing lids for household use for bowls, cups, containers and the storage of food; colanders; colanders for household use; cooking utensil, namely, batter dispenser; cake domes; cheese domes; ice cubes molds; non-electric ice cream makers; lockable non-metal household containers for food; plastic egg holders for domestic use<br>**025** t-shirts; caps being headwear; caps with visors; athletic clothing, namely, sports jerseys, athletic uniforms; athletic pants; athletic shirts; athletic shorts; athletic skirts; bathing suits; bath robes; blouses; bottoms as clothing; crop tops; dresses; golf caps; golf shirts; golf shorts; hats; hooded sweatshirts; sweat shirts; sweat pants; jackets; knit tops; pants; shirts; shoes; shorts; skirts; socks; suits; sweaters; swim caps; swim suits; swim trunks; swim wear; tops as clothing; toques as clothing; vests; winter coats; athletic shoes; athletic sweaters; bandanas; | |

| | | | | |
|---|---|---|---|---|
| | | | hockey shoes; leisure shoes; long jackets; outer jackets; short-sleeved or long-sleeved tshirts; sports shirts; training shoes; training suits; slippers; sleep masks; underwear; pajamas; night gowns; leggings; scarves; formalwear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; athletic footwear; gloves; mittens; belts; suspenders | |
| 83. ☆ | **FFNR FOREVER FLY NEVER REGULAR**<br>Jurisdiction: US<br>Reg: 4924689<br>Serial: 76718184<br>The mark consists of the stylized wording "FFNR FOREVER FLY NEVER REGULAR" with a depiction of a bird sitting on the letter "R" in "FFNR." The shaded rectangle is for background purposes only and is not part of the mark.<br>Other birds [031525] | Registered<br>Reg: 03/29/2016<br>Pub: 01/12/2016<br>Filed: 06/24/2015<br>First Use: 03/31/2015<br>Current Basis: Use | **025** clothing, namely, shirts, hats and pants | Freeman, Domonick<br>15289 grist mill terrace<br>woodbridge VIRGINIA 22191<br>US |
| 84. ☆ | Jurisdiction: US<br>Serial: 97068121<br>The mark consists of fence, in the snow, in the shape of Long | Pending<br>Filed: 10/11/2021<br>First Use: 06/01/2020<br>Current Basis: Use | **025** pajamas; sweatshirts; t-shirts; tops as clothing | Dina Underwood<br>150 River Avenue<br>Patchogue PENNSYLVANIA 11772<br>US<br>Attorney: Lane J Fisher |

| | | | | |
|---|---|---|---|---|
| | Island, NY with two sea birds, one flying above, and another perched on the fence, with reeds on the far left side and shadowing from the sun in the foreground.<br>Maps or outlines of other geographical areas, such as cities, bodies of water and counties within states [011725]<br>Sea birds (including gulls and pelicans) [031509]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Grasses [051303]<br>Walls, fences, gates [071109] | | | |
| 85. ☆ | Jurisdiction: US<br>Reg: 5974083<br>Serial: 88343794<br>The mark consists of the design of a fly fishing fly lure coming out of a zipper.<br>Textile and clothing zippers [090905]<br>Fishing rods, tackle, nets, hooks and lures [210308] | Registered<br>Reg: 01/28/2020<br>Pub: 07/23/2019<br>Filed: 03/18/2019<br>First Use: 01/01/2019<br>Current Basis: Use | **025** hats; headwear; shirts; tops as clothing; t-shirts | Boutin Jr, N Richard<br>Post Office Box 5859<br>Destin FLORIDA 32540<br>US |
| 86. ☆ | **BIRD CREEK RANCH TULSA, OKLAHOMA** | Pending<br>Filed: 03/26/2021 | **025** shirts; shirts and short-sleeved shirts; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; camouflage | The Bama Companies, Inc.<br>2745 E. 11th Street<br>Tulsa OKLAHOMA 74104 |

| | | | | |
|---|---|---|---|---|
| | Disclaims: "BIRD CREEK RANCH"<br>Jurisdiction: US<br>Serial: 90606032<br>Citations: 3 0<br>The mark consists of the words "BIRD CREEK RANCH TULSA, OKLAHOMA", in white and brown text, positioned under the image of a lighter brown canine sitting in dark brown and white grass or shrubbery with white and blue or teal birds flying in a blue or teal sky. The entire image, including the text, is surrounded by a thin white border and a thicker brown border.<br>Dogs [030108]<br>Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124]<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Grasses [051303]<br>Oblongs as carriers for words, letters or designs. [261126] | Current Basis: ITU | shirts; clothing, namely, shirts; clothing, namely, pants; clothing, namely, hats; clothing, namely, jackets; clothing, namely, sweaters; fishing shirts; hooded sweatshirts for hunting; hooded sweat shirts; hunting shirts; long-sleeved shirts; short-sleeved shirts; sports shirts; tee shirts<br>**041** providing facilities for recreational activities, namely, hunting; recreational services, namely, providing hunting preserves | US<br>Attorney: Robert K Alderson |
| 87. ☆ | **FLYING CHANCLAS DE SAN ANTONIO**<br>Disclaims: "SAN ANTONIO" | Registered<br>Reg: 11/13/2018<br>Pub: 08/28/2018 | **025** clothing, namely, athletic uniforms, caps being headwear, children's wear, namely, shirts and t-shirts, coats, golf shirts, gym shorts, hats, jackets, jerseys, knit shirts, polo | San Antonio Missions Baseball Club, Inc.<br>5757 Highway 90 West<br>San Antonio TEXAS 78227 |

| | | | | |
|---|---|---|---|---|
| | Jurisdiction: US<br>Reg: 5606656<br>Serial: 87860582<br>The mark consists of the stylized words "Flying Chanclas de San Antonio" with a sandal in a flying motion over "Flying Chanclas".<br>Wooden shoes (clogs), sandals, shoes without heels, including bedroom slippers, moccasins, ballet shoes and rubbers [090704] | Filed: 04/03/2018<br>First Use: 03/20/2018<br>Current Basis: Use | shirts, pullovers, sweaters, sweat shirts, socks, sport shirts, t-shirts, tank tops, visors being headwear, wind resistant jackets, and wristbands as clothing | US<br>Attorney: Maryann E. Licciardi |
| 88. ☆ | **TYNE FLYS**<br>Jurisdiction: US<br>Serial: 90289630<br>The mark consists of a shaded fishing fly with a shaded elk on its hook and three shaded ducks flying over it. The words "TYNE FLYS" are written in uppercase lettering located below the shaded elk.<br>Deer, elk, reindeer, fawns, antelopes, moose, gazelles [030707]<br>Ducks, geese, swans [031506] | Published<br>Pub: 05/11/2021<br>Filed: 10/30/2020<br>First Use: 12/20/2020<br>Current Basis: ITU | **025** clothing, namely, hats and shirts | Curiel III., Eliseo<br>2300 SCR 1046<br>Stanton TEXAS 79782<br>US |

| | | | | |
|---|---|---|---|---|
| | Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Fishing rods, tackle, nets, hooks and lures [210308] | | | |
| 89. ☆ | **DW ACTA NON VERBA DUCKWORTH BOZEMAN MONTANA**<br>Disclaims: "BOZEMAN MONTANA"<br>Jurisdiction: US<br>Reg: 6084234<br>Serial: 88689486<br>Translated: The English translation of the word "ACTA NON VERBA" in the mark is "ACTION NOT WORDS"<br>The mark consists of the letters "DW" superimposed over the silhouette of a shaded flying bird with the wording "ACTA NON VERBA" superimposed on the "W" letter. Below is the wording "DUCKWORTH" on top of "BOZEMAN MONTANA" with a vertical line in between "BOZEMAN" and "MONTANA".<br>Birds or bats in flight or with outspread wings | Registered<br>Reg: 06/23/2020<br>Pub: 04/07/2020<br>Filed: 11/12/2019<br>First Use: 08/01/2014<br>Current Basis: Use | **025** wearing apparel, namely, sweatshirts, pants; tee-shirts; tank tops; jogging suits; shorts; shirts; pants; gloves; underwear; jerseys; jackets; shell jackets; vests; headwear; shoes; belts; socks; hats; scarfs; wool apparel, namely, sweaters, scarves, knitted gloves, shirts, shorts, jackets | Duckworth Inc<br>37 E. Main St. Suite 15<br>Bozeman MONTANA 59715<br>US<br>Attorney: Samantha C. Markley |

| | | | | |
|---|---|---|---|---|
| | [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Straight lines, bands or bars [261701]<br>Vertical lines, bands or bars [261704] | | | |
| 90. ☆ | **SUNIES**<br>Jurisdiction: US<br>Reg: 6327995<br>Serial: 90144649<br>The mark consists of The stylized mint green title case word "SUNIES" with the dot over the letter "I" being replaced with a stylized flying mint green bird. The color white represents background or transparency and is not claimed as a feature of the mark.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Representations of animals or parts of animals forming letters or numerals, including punctuation [270303] | Registered<br>Reg: 04/20/2021<br>Pub: 02/02/2021<br>Filed: 08/28/2020<br>First Use: 08/28/2020<br>Current Basis: Use | **025** sandals | Sunies GmbH<br>Top 4<br>Grinzinger Allee 74<br>Vienna 1190<br>AT<br>Attorney: Jeremy Peter Green |
| 91. ☆ | **FÉ**<br>Jurisdiction: US<br>Serial: 97355773 | Pending<br>Filed: 04/10/2022<br>First Use: 02/28/2022 | **025** shirts; graphic t-shirts; t-shirts | Alim Joseph S<br>DBA Fly élan<br>3050 Tamaya Blvd apt 1328<br>3050 Tamaya Blvd apt 1328<br>Jacksonville FLORIDA |

| | | | | |
|---|---|---|---|---|
| | The mark consists of Fly élan.<br>Wings [031701] | Current Basis: Use | | 32246<br>US |
| 92. ☆ | Jurisdiction: US<br>Reg: 4513029<br>Serial: 79119291<br>Citations: 0 3<br>The mark consists of a dragon fly.<br>Dragonflies [032308] | Registered<br>Reg: 04/15/2014<br>Pub: 01/28/2014<br>Filed: 07/09/2012<br>Current Basis: Madrid | **003, 005, 009, 027, 028**<br>**016** posters; writing pads; note books; postcards<br>**020** mobile decoration; furniture; mirrors; boxes of wood; cases made of wood; tables; tea tables<br>**043** services for providing food and drink; providing temporary accommodation; hotel services; catering; tea rooms; hotel and boarding house room reservations; rental of conference rooms and meeting hall rooms for social functions<br>**021** figurines of porcelain; table plates; drinking glasses; dishes; brush-making materials; porcelain and earthenware not included in other classes, namely, candlesticks and mugs; ceramics, namely, ceramic sculptures, vases, vessels, bowls, plates and pots for household purposes; non-electric candelabra; candlesticks; works of art made of porcelain; bowls; cups; tea services; pottery, namely, vases; candlesticks; vases; porcelain and earthenware, not included in other classes<br>**024** fabrics and textile goods not included in other classes, namely, bath linen except clothing, hand towels, face towels and mini-towels, washing mitts, bath sheets<br>**025** clothing, namely, shirts; bath robes; baby clothes, namely, pants | QUINTA ESSENTIA HOLDING LIMITED<br>14 Curzon Street<br>London W1J 5HN<br>GB<br>Attorney: JOSEPH SOFER |

| | | | | |
|---|---|---|---|---|
| | | | and t-shirts<br>**039** organization of excursions, namely, walk tours; organization of excursions relating to nature; agency services, namely, provision of information regarding travel and excursions<br>**041** organizing sporting and cultural activities; organization of exhibitions for cultural or educational purposes; organization of educational games , particularly for discovering nature, forests and ponds; providing equipment in the field of physical exercise; provision of sporting and leisure installations, namely, swimming pools<br>**044** beauty care for human beings, beauty salons; manicure parlor services, namely, manicure services, massage, beauty care and consulting services; health and fitness services, namely, massage therapy services; sauna services, hammams in the nature of bath houses and providing public bath facilities with high-pressure water jets; providing balneotherapy in the nature providing bath houses; beauty salon services | |
| 93. ☆ | Jurisdiction: US<br>Serial: 87853705<br>The mark consists of a fly design.<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Stylized insects, spiders and micro-organisms [032324] | Published<br>Pub: 08/28/2018<br>Filed: 03/28/2018<br>First Use: 07/12/2018<br>Current Basis: ITU | **012** airplanes, aircraft, and apparatus for motorized locomotion by air, namely, personal air vehicles<br>**025** articles of clothing, namely, t-shirts, shirts; headgear, namely, caps | OPENER, LLC<br>1029 CORPORATION WAY<br>PALO ALTO CALIFORNIA<br>94303<br>US<br>Attorney: Cathleen E. Stadecker |

| | | | | |
|---|---|---|---|---|
| | Other insects [032325]<br>Two ovals [260313] | | | |
| 94. ☆ | Jurisdiction: US<br>Reg: 4873735<br>Serial: 86625004<br>The mark consists of a flying goose.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Affidavits: 8; 15<br>Reg: 12/22/2015<br>Pub: 10/06/2015<br>Filed: 05/11/2015<br>First Use: 12/31/1973<br>Current Basis: Use; Foreign Registration | **025** footwear, namely, boots | Indeka Imports Ltd.<br>2120 Bristol Circle<br>Oakville, Ontario L6H5R3<br>CA<br>Attorney: James C. Watson |
| 95. ☆ | Jurisdiction: US<br>Reg: 4381662<br>Serial: 79117326<br>The mark consists of a stylized fly.<br>Flies, mosquitos, ticks, fleas and mites [032309] | Registered<br>Reg: 08/13/2013<br>Pub: 05/28/2013<br>Filed: 06/08/2012<br>Current Basis: Madrid | **003, 009, 016, 024, 026, 035**<br>**014** jewellery<br>**018** leather; animal skins; travelling bags<br>**025** clothing articles, namely, shirts, t-shirts, blouses, skirts, shorts, trousers, dresses, men suits, women's suits, pants, coats, overcoats, overalls, underwear, ties, jackets, sweaters, pullovers, jumpers, sweatshirts, vests, parkas, rainwear, swimwear, shawls, scarves, gloves, belts, footwear; headgear, namely, hats and caps | Tessilform Spa<br>Via Gobetti, 7/9<br>I-50013 Campi Bisenzio (FI)<br>IT<br>Attorney: Matthew J. Himich |
| 96. ☆ | **TETON ROD CO.**<br>Disclaims: "ROD CO."<br>Jurisdiction: US<br>Reg: 6126386<br>Serial: 88689792<br>Citations: 0 1 | Registered<br>Reg: 08/11/2020<br>Pub: 04/07/2020<br>Filed: 11/12/2019<br>First Use: 06/01/2019<br>Current Basis: Use | **025** shirts; hats<br>**028** fly-fishing rods | Sites, Eric<br>10352 S. 400 E.<br>Walton INDIANA 46994<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the bold word "Teton" in all caps, and bisected by a fly rod with a reel attached to the fly rod. The fly rod is extends to the left and right of the word "Teton". The fly rod has fly line running through the guides the length of the rod, and then curls back above the word "Teton" to demonstrate a tight loop fly cast. The words, "Rod Co.", are smaller than the word "Teton" and they are split above and below the tip of the rod on the far right.<br>Fishing rods, tackle, nets, hooks and lures [210308] | | | |
| 97. ☆ | **MF MIGHTY FLY UNIQUE · DOPE · FLY**<br>Jurisdiction: US<br>Serial: 97055459<br>The mark consists of an eagle. The stylized letters "M" and "F" form the body of the eagle. The words "Mighty" and "Fly" are under the eagle in sylized font. The words "Unique, "Dope", and "Fly" | Pending<br>Filed: 09/30/2021<br>First Use: 02/28/2021<br>Current Basis: Use | **025** beanies; headwear; leggings; shirts; sweatpants; sweatshirts; bottoms as clothing; caps being headwear; hats; hoodies; jackets; knit face masks being headwear; shirts and short-sleeved shirts; sweat pants; tops as clothing; track suits; twin sets; athletic shirts; hooded sweatshirts; hooded sweat shirts; short-sleeved or long-sleeved t-shirts; short-sleeved shirts; t-shirts | MIGHTY FLY DESIGNS LLC<br>6918 S. Michigan Ave.<br>Chicago ILLINOIS 60637<br>US<br>Attorney: Natasha Jean-Pierre |

| | | | | |
|---|---|---|---|---|
| | appear below the words "Mighty" and "Fly". A dot is placed between the words "Unique" and "Dope" and "Dope" and "Fly".<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Circles that are totally or partially shaded. [260121] | | | |
| 98. ☆ | **TRIPLE F.A.T. GOOSE**<br>Disclaims: "GOOSE"<br>Jurisdiction: US<br>Reg: 4012419<br>Serial: 85225633<br>The mark consists of the words "TRIPLE F.A.T. GOOSE" and the design of a flying goose flying above the words.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Renewal: 10/05/2020<br>Affidavits: 8; 15<br>Reg: 08/16/2011<br>Pub: 05/31/2011<br>Filed: 01/25/2011<br>First Use: 07/01/1987<br>Current Basis: Use | **025** down jackets made primarily of goose down | Turbo Holdings Inc<br>FORMERLY Turbo Sportswear Inc<br>2600 Main Street Ext<br>Sayreville NEW JERSEY<br>08872<br>US |
| 99. ☆ | Jurisdiction: US<br>Reg: 4492060<br>Serial: 85746263 | Registered<br>Affidavits: 8<br>Reg: 03/04/2014<br>Pub: 03/12/2013<br>Filed: 10/04/2012 | **035** retail store, online retail store and mail order catalog services featuring clothing, footwear, eyewear, headwear, bags, luggage and bedding<br>**018** back packs; carry-all packs; wheeled and non-wheeled duffel bags; luggage; shoulder bags; sling bags; all purpose carrying bags; overnight bags | Eddie Bauer Licensing Services LLC<br>10401 Northeast 8th Street, Suite 500<br>Bellevue WASHINGTON<br>98004<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized flying goose.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | First Use: 04/01/2008<br>Current Basis: Use | **025** clothing for men, women and children, namely, sweaters, pullovers, shirts, blouses, polo shirts, t-shirts, jeans, pants; outerwear, namely, jackets, wind resistant jackets, parkas, coats, raincoats, mittens, gloves; headwear and footwear; hats; caps; shoes; boots | Attorney: Bridgette Fitzpatrick |
| 100. ☆ | Jurisdiction: US<br>Reg: 5630217<br>Serial: 86655189<br>Citations: 0 1<br>The mark consists of a stylized fly design.<br>Flies, mosquitos, ticks, fleas and mites [032309] | Registered<br>Reg: 12/18/2018<br>Pub: 12/08/2015<br>Filed: 06/08/2015<br>First Use: 03/30/2014<br>Current Basis: Use | **025** athletic apparel, namely, shirts, pants, jackets, hats and caps, athletic uniforms; baseball caps and hats; collared shirts; hooded sweatshirts; sweatshirts; tops | Phillips, John<br>2520 Charonier Road<br>Florissant MISSOURI 63031<br>US<br>Attorney: Timothy Philipp |
| 101. ☆ | Jurisdiction: US<br>Serial: 97009581<br>The mark consists of a stylized flying fish.<br>Wings [031701] | Published<br>Pub: 07/05/2022<br>Filed: 09/02/2021<br>First Use: 07/01/2014<br>Current Basis: Use | **025** clothing, namely, t-shirts and headwear | HOLUALOA ENTERPRISES LLC<br>#1107<br>75-5669 Alii Drive<br>Kailua-Kona HAWAII 96740<br>US<br>Attorney: Martin E. Hsia, 32,471 |

| | | | | |
|---|---|---|---|---|
| | Stylized fish, whales, seals and sea lions [031924]<br>Other fish [031925] | | | |
| 102. ☆ | **BIG FLY BF**<br>Jurisdiction: US<br>Reg: 6258407<br>Serial: 88979913<br>Citations: 0 1<br>The mark consists of the stylized lettering of the words "BIG FLY" with a diamond shaped design containing the letters "BF" appearing underneath the word "FLY".<br>Plain diamonds with single or multiple line borders [260701] | Registered<br>Reg: 01/26/2021<br>Pub: 07/16/2019<br>Filed: 11/27/2018<br>First Use: 02/10/2019<br>Current Basis: Use | **025** apparel, namely, t-shirts, pullovers, sweatshirts; hats | Big Fly! Media Corporation<br>2800 SW 3rd Avenue<br>Miami FLORIDA 33190<br>US<br>Attorney: Oliver A. Ruiz, Esq. |
| 103. ☆ | Jurisdiction: US<br>Reg: 5885700<br>Serial: 87094244<br>The mark consists of a circle with black fly wings and eyeglasses over grid-like eyes, giving the appearance of a fly with large eyes wearing eyeglasses.<br>Flies, mosquitos, ticks, fleas and mites [032309] | Registered<br>Reg: 10/15/2019<br>Pub: 12/20/2016<br>Filed: 07/06/2016<br>First Use: 11/01/2018<br>Current Basis: Use | **016** arts and craft paint kits; cards bearing universal greetings; craft paper; stationery; stationery boxes; sticker albums; sticker books; stickers; children's arts and crafts paper kits; greeting cards; greetings cards and postcards; note cards; occasion cards; paper gift cards; post cards; school supply kits containing various combinations of selected school supplies, namely, writing instruments, pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders, notebooks, paper, protractors, paper clips, pencil sharpeners, writing grips, glue and book marks; writing pen kits comprising parts for making writing pens | Isaac Morris Ltd.<br>20 West 33rd Street<br>9th Floor<br>New York NEW YORK<br>10001<br>US<br>Attorney: Courtney Jackson |

| | | | | |
|---|---|---|---|---|
| | Stylized insects, spiders and micro-organisms [032324]<br>Costumed insects, spiders, and micro-organisms and those with human attributes [032326]<br>Eyeglasses, eyeglass frames, sunglasses, goggles and safety goggles [160307] | | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; athletic pants; athletic shirts; athletic shorts; athletic tights; baby bottoms; baby tops; blazers; boots; bottoms; denim jackets; denims; dresses; hats; hats for infants, babies, toddlers and children; headwear; hosiery; jackets; leggings; lounge pants; pants; sandals and beach shoes; shirts; shoes; shorts; sneakers; socks; sweat bands; sweat jackets; sweat pants; sweat shirts; swim wear; tights; underwear; wind-jackets; yoga pants; yoga shirts; anklets; anti-perspirant socks; board shorts; boxer shorts; button down shirts; caps; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; clothing layettes; fleece shorts; hooded sweat shirts; jogging pants; ladies' underwear; leotards and tights for women, men and children of nylon, cotton or other textile fibers; long underwear; men's underwear; moisture-wicking sports shirts; non-slip socks; outer jackets; panties; shorts; briefs; sleep shirts; slipper socks; sports pants; sweat-absorbent underwear; t-shirts; thermal socks; thermal underwear; women's athletic tops with built-in bras<br>**028** plush dolls; plush toys; action figure toys; action figures; cases for action figures; fantasy character toys; gift baskets containing plush toys; play figures; rubber character toys; stuffed and plush toys; toy figures<br>**035** on-line retail department store services; on-line retail gift shops; operating an on-line shopping site in the field of consumer products, namely, wearing apparel, headwear, footwear, paper goods, and toys<br>**045** preparation of customized gift baskets; preparation of customized gift | |

| | | | | |
|---|---|---|---|---|
| | | | boxes | |
| 104. ☆ | Jurisdiction: US<br>Reg: 5649221<br>Serial: 87958387<br>Citations: 0 1<br>The mark consists of black fly fishing knot.<br>Rope, string, shoe laces, braids, cords [090113] | Registered<br>Reg: 01/08/2019<br>Pub: 10/23/2018<br>Filed: 06/12/2018<br>First Use: 10/01/2015<br>Current Basis: Use | **025** tops as clothing<br>**028** fishing equipment, namely, fishing lure retriever | Jonga Enterprises LLC<br>DBA Hackle<br>1806 NE 57th Ave<br>Portland OREGON 97213<br>US |
| 105. ☆ | Jurisdiction: US<br>Reg: 6494294<br>Serial: 88846145<br>Citations: 0 1<br>The mark consists of line drawing of a fly.<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Stylized insects, spiders and micro-organisms [032324] | Registered<br>Reg: 09/21/2021<br>Pub: 11/10/2020<br>Filed: 03/24/2020<br>First Use: 12/31/2020<br>Current Basis: Use | **018** backpacks; duffel bags; messenger bags; fanny packs; drawstring bags; drawstring backpacks; book bags; sports bags; purses; satchels; sling backpacks; umbrellas; reusable grocery bags; tote bags; canvas bags, namely, shopping bags, library bags, book bags; toiletry bags sold empty; suitcases; briefcases<br>**025** clothing, namely, shirts, jackets, pants, sweatshirts; shirts; jackets; pants; coats; bandanas; scarves; hats; caps being headwear; socks; shoes; hoodies; pullovers; sweatshirts; skull caps; joggers, namely, sweatshirts, jogging suits, jogging pants; shorts; letterman jackets; windbreakers; track suits; headbands; wristbands as clothing; visors being headwear; t shirts; long sleeved shirts; hosiery; tights; leggings; pajamas; sports bras; tank tops; high socks; underwear; flip flops; stocking caps | Jason Terrale Wimes<br>206 Tyndall Way<br>Perry GEORGIA 31069<br>US<br>Attorney: Bootcheck, Michael J |
| 106. ☆ | **EZEKIEL'S WHEEL HIGHER INTELLIGENCE**<br>Jurisdiction: US | Pending<br>Filed: 04/14/2021 | **025** bottoms as clothing; footwear; headwear; tops as clothing | Stewart, Shaun<br>3852 Sherman Oaks Avenue<br>Virginia Beach VIRGINIA |

| | | | | |
|---|---|---|---|---|
| | Serial: 90645980<br>The mark consists of Its A Alien In A Flying Saucer With A Marijuana Leaf Engraved On The Flying Saucer And Above The Flying Saucer Logo In Capitol Letters Is "EZEKIEL'S WHEEL" And Below The Logo In Capitol Letters It Says A "HIGHER INTELLIGENCE".<br>Full moons [011101]<br>Mythological beings, superbeings, ghosts, aliens [040107]<br>Fern or palm fronds [050305]<br>Marijuana plants [051309]<br>Other clothing including robes [090325]<br>Other air or space vehicles, including satellites and flying saucers [180925]<br>Portable oxygen tanks and scuba tanks [190723]<br>Letters, numerals or punctuation forming or bordering the perimeter of a circle [260108]<br>Circles that are totally or partially shaded. [260121]<br>Five or more circles [260131]<br>Wavy lines, bands or bars [261702] | First Use: 01/28/2021<br>Current Basis: Use | | 23456<br>US |

| | | | | |
|---|---|---|---|---|
| | Curved lines, bands or bars [261709] | | | |
| 107. ☆ | Jurisdiction: US<br>Serial: 90460725<br>The mark consists of the side view of a flying fish facing to the right above the side view of a second flying fish facing to the left.<br>Stylized fish, whales, seals and sea lions [031924]<br>Other fish [031925] | Published<br>Pub: 08/17/2021<br>Filed: 01/12/2021<br>Current Basis: ITU | **025** shirts; t-shirts; vests; headwear; hats; visors being headwear; neck gaiters; gloves; pants; shorts; footwear; beach footwear; board shorts; bathing suits; rain wear; jackets | Ferguson, John<br>6 Johnson Road<br>Charleston SOUTH CAROLINA 29407<br>US<br>Attorney: Kathryn Jennison Shultz |
| 108. ☆ | Jurisdiction: US<br>Serial: 90460709<br>The mark consists of the sideview of a flying fish.<br>Stylized fish, whales, seals and sea lions [031924]<br>Other fish [031925] | Published<br>Pub: 08/17/2021<br>Filed: 01/12/2021<br>Current Basis: ITU | **025** shirts; t-shirts; vests; headwear; hats; visors being headwear; neck gaiters; gloves; pants; shorts; footwear; beach footwear; board shorts; bathing suits; rain wear; jackets | Ferguson, John<br>6 Johnson Road<br>Charleston SOUTH CAROLINA 29407<br>US<br>Attorney: Kathryn Jennison Shultz |
| 109. ☆ | Jurisdiction: US<br>Serial: 90866532 | Published<br>Pub: 06/07/2022<br>Filed: 08/05/2021<br>Current Basis: ITU | **025** coats; hats; pants; shirts; hoodies; jackets; sweat shirts; tops as clothing; hooded sweat shirts<br>**041** charitable services, namely, mentoring of victims of domestic abuse and violence in the field of personal development; charitable services, namely, mentoring of victims of emotional and sexual abuse in the | Stephen Crook<br>289 Topside Dr<br>St. John's FLORIDA 32259<br>US<br>Attorney: JUSTIN JOHANSON |

| | | | | |
|---|---|---|---|---|
| | The mark consists of stylized design of a flying Frigatebird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | field of personal development; charitable services, namely, mentoring of victims of abuse and violence in the field of mental and emotional healing; charitable services, namely, providing training in the field of mental and emotional healing; educational services, namely, conducting programs in the field of personal development; educational services, namely, conducting programs in the field of victims of domestic abuse and violence; educational services, namely, conducting programs in the field of victims of sexual abuse; educational services, namely, conducting programs in the field of victims of emotional abuse; educational services, namely, conducting programs in the field of mental and emotional healing; educational services, namely, conducting courses, classes, webinars, seminars, conferences, workshops in the field of personal development; educational services, namely, conducting courses, classes, webinars, seminars, conferences, workshops in the field of victims of domestic abuse and violence; educational services, namely, conducting courses, classes, webinars, seminars, conferences, workshops in the field of victims of sexual abuse; educational services, namely, conducting courses, classes, webinars, seminars, conferences, workshops in the field of victims of emotional abuse; educational services, namely, conducting courses, classes, webinars, seminars, conferences, podcasts, and workshops in the field of mental and emotional healing; life coaching services in the field of personal development; life coaching services in the field of victims of domestic abuse and violence; life coaching services in the field of victims of sexual abuse; life | |

| | | | | |
|---|---|---|---|---|
| | | | coaching services in the field of victims of emotional abuse; life coaching services in the field of mental and emotional healing; on-line journals, namely, blogs featuring personal development; on-line journals, namely, blogs featuring articles and information for victims of domestic abuse and violence | |
| 110. ☆ | **BIRDHUNTER GOLF**<br>Disclaims: "GOLF"<br>Jurisdiction: US<br>Serial: 90504108<br>Citations: 1 0<br>The mark consists of an image of three birds with outspread wings flying in unison appearing within a target sight comprising three single line circles and four straight lines intersecting the circles on the top, bottom, left, and right. The target sight appears above the stylized wording "BIRDHUNTER" above the stylized wording "GOLF".<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Three circles [260115]<br>Circles within a circle [260120]<br>Four or more triangles [260515] | Pending<br>Filed: 02/02/2021<br>Current Basis: ITU | **025** hats; sweatshirts; t-shirts; jackets; polo shirts | Timothy Finnegan<br>13901 Midway Road, Suite 102 - 487<br>Dallas TEXAS 75244<br>US<br>Attorney: Herbert J. Hammond |

| | | | | |
|---|---|---|---|---|
| | Triangles that are completely or partially shaded [260521] | | | |
| 111. ☆ | **FLYJA**<br>Jurisdiction: US<br>Serial: 90843189<br>Translated: The English translation of FLYJA in the mark is flee, escape, break loose, break away.<br>The mark consists of the word FLYJA with the design of a wizard above the letters "F" and "L". The design of the wizard has a beard, a tall hat, and an overcoat. The design of the wizard is shown casting a fly rod in the direction of the letter "A". The design of the fly rod is shown with a fly line and fly affixed to the end of the line.<br>Hair, locks of hair, wigs, beards, mustaches [021106]<br>Other supernatural, fictional or legendary characters Including: Witches, genies, Robin Hood, Paul Bunyan and other giants, the Pied Piper, and Wizards [040125]<br>Other clothing including robes [090325]<br>Sombreros, cowboy hats (10 gallon hats), other broad-brimmed hats [090505] | Pending<br>Filed: 07/22/2021<br>First Use: 05/22/2019<br>Current Basis: Use | **025** hats; headwear; pants; shirts; trousers; bottoms as clothing for outdoor activities; fishing vests; hats for infants, babies, toddlers and children; head wear; hoodies; jackets; shirts and short-sleeved shirts; tops as clothing; athletic bottoms; athletic jackets; athletic pants; athletic shirts; athletic tops; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; athletic tops and bottoms for outdoor activities; baseball caps and hats; baselayer bottoms; beach hats; button down shirts; camp shirts; caps being headwear; children's headwear; clothing, namely, tops, shirts, pants, bottoms, headwear, belts, bandanas, neck gaiters, outerwear, and footwear; fishermen's jackets; fishing shirts; flannel shirts; graphic t-shirts; headwear, namely, hats, beanies, and sun hats; hiking jackets; hiking trousers; hooded sweat shirts; long-sleeved shirts; men's and women's jackets, coats, trousers, vests; moisture-wicking sports pants; moisture-wicking sports shirts; outerwear, namely, jackets, coats, vests, and headwear; rain jackets; rain trousers; rainproof jackets; short-sleeve shirts; short-sleeved shirts; short-sleeved or long-sleeved t-shirts; sleeved jackets; sleeved or sleeveless jackets; sports jackets; sports shirts; sports shirts with short sleeves; sports caps and hats; stocking hats; sun protective clothing, namely, shirts, tops, pants, bottoms, bandanas, neck gaiters, headwear, and outerwear; sun visors being headwear; sweat pants; sweat shirts; t-shirts; tee shirts; tee-shirts; trekking trousers; visors being headwear; waterproof jackets; waterproof pants; waterproof jackets | FLYJA LLC<br>5626 Preston Oaks Roads<br>Unit 4A<br>Dallas TEXAS 75254<br>US<br>Attorney: Rebecca Milne |

| | | | | |
|---|---|---|---|---|
| | Fishing rods, tackle, nets, hooks and lures [210308]<br>Rectangles that are completely or partially shaded [261121] | | and pants; wearable garments and clothing, namely, shirts; wind pants; wind shirts; wind resistant jackets; wind-jackets | |
| 112. ☆ | Jurisdiction: US<br>Reg: 5468546<br>Serial: 87634733<br>The mark consists of a imaginary symbol of flying eagle.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Horizontal lines, bands or bars [261705] | Registered<br>Reg: 05/15/2018<br>Pub: 02/27/2018<br>Filed: 10/05/2017<br>First Use: 08/15/2017<br>Current Basis: Use | **025** bottoms as clothing; footwear; headwear; pants; shirts; shoes; tops as clothing | Putian Yangkai Trading Co., Ltd<br>Room 712, Dexin Building, 88 Xueyuan Roa d;<br>Putial 351100<br>CN |
| 113. ☆ | Jurisdiction: US<br>Reg: 6144739<br>Serial: 88380243<br>The mark consists of a flying dove inside a flame.<br>Flames emanating from objects, numbers or words [011515]<br>Doves [031510]<br>Birds or bats in flight or with outspread wings | Registered<br>Reg: 09/08/2020<br>Pub: 06/23/2020<br>Filed: 04/10/2019<br>First Use: 12/18/2009<br>Current Basis: Use | **016** books in the field of christianity; printed publications, namely, brochures, booklets, and teaching materials in the field of christianity.; stationery; blank journals<br>**025** bottoms as clothing; footwear; headwear; tops as clothing<br>**041** entertainment services, namely, providing podcasts in the field of christianity; entertainment services, namely, an ongoing series featuring christianity teachings provided through cable television, webcasts, radio broadcasts; on-line journals, namely, blogs featuring christianity teachings | David Hernandez Ministries<br>17605 Fabrica Way Suite I<br>Cerritos CALIFORNIA 90703<br>US |

| | | | | |
|---|---|---|---|---|
| | [031519]<br>Stylized birds and bats [031524] | | | |
| 114. ☆ | Jurisdiction: US<br>Serial: 90266912<br>The mark consists of a flying saucer with two wings.<br>Wings [031701]<br>Other air or space vehicles, including satellites and flying saucers [180925]<br>Ovals that are completely or partially shaded [260321]<br>Miscellaneous designs with overall oval shape, including amoeba-like shapes and irregular ovals [260328]<br>Triangles with one or more curved sides [260525] | Published<br>Pub: 04/27/2021<br>Filed: 10/20/2020<br>First Use: 10/15/2020<br>Current Basis: ITU | **025** hats; hoodies; polo shirts; shorts; sweat suits; t-shirts | HAMILTON, ROBERT<br>1609 SW 116th Ave<br>Pembroke Pines FLORIDA 33325<br>US |
| 115. ☆ | **FLY DOPE**<br>Jurisdiction: US<br>Serial: 97318401<br>The mark consists of Fly Dope written as a design.<br>Three or more stars [010110] | Pending<br>Filed: 03/17/2022<br>Current Basis: ITU | **025** dresses; footwear; headwear; pants; shirts; clothing layettes; clothing wraps; clothing, namely, arm warmers; clothing, namely, crops; clothing, namely, thobes; dress shields; dress straps; footwear; footwear for men; footwear for women; footwear uppers; footwear, namely, pumps; footwear, namely, rubbers; shirts and short-sleeved shirts; a-shirts; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; athletic footwear; athletic pants; athletic shirts; balloon pants; beach footwear; belts; camouflage pants; camouflage shirts; camp shirts; | Fly Dope, LLC<br>5 Rockdale Ave.<br>Lowell MASSACHUSETTS 01854<br>US |

| | | | | |
|---|---|---|---|---|
| | More than one star with five points [010113]<br>Three or more concentric circles [260118] | | capri pants; cargo pants; chef pants; chef shirts; children's headwear; children's and infant's apparel, namely, jumper coveralls, overall sleepwear, pajamas, rompers and one-piece garments; collared shirts; combinations; crop pants; denim pants; denims; dress pants; dress shirts; flower headdresses; foulards; furs being clothing; gloves as clothing; gloves for apparel; golf shirts; gym pants; head wraps; hoods; horse-riding pants; hunting pants; insoles for footwear; jackets; jerseys; jogging pants; knit shirts; leather headwear; leather pants; leather shirts; leather belts; mantles; night shirts; nurse pants; pockets for clothing; polo shirts; ramie shirts; short sets; shoulder wraps; ski pants; skirts and dresses; sleep pants; snow pants; sports pants; stretch pants; sweat pants; sweat shirts; t-shirts; tap pants; tee shirts; tee-shirts; thong footwear; tips for footwear; viscous gel polymer sold as a component of finished custom cushioned footwear for non-orthopedic purposes and apparel; yoga pants | |
| 116. ☆ | Jurisdiction: US<br>Reg: 3019882<br>Serial: 78390216<br>The mark consists of a flying fish with extended fins.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized fish, whales, seals and sea lions [031924] | Registered<br>Renewal: 08/17/2016<br>Affidavits: 8; 15<br>Reg: 11/29/2005<br>Pub: 09/06/2005<br>Filed: 03/24/2004<br>First Use: 02/09/2004<br>Current Basis: Use | **025** clothing, namely, shorts, tee shirts, tank tops, sweatshirts, and bathing suits; headwear; footwear<br>**028** kiteboards; kiteboard accessories, namely, fins, kites, bars, ropes, lines, deck pads, bindings, harnesses, impact vests, bags for kiteboards, foot straps, splash guards, and heel bars | Best Kiteboarding, LLC<br>1305 Poinsettia Suite 7<br>Delray Beach FLORIDA 334441251<br>US<br>Attorney: Mark D. Bowen, Esq. |

| | | | | |
|---|---|---|---|---|
| 117. ☆ | Jurisdiction: US<br>Reg: 6058681<br>Serial: 88667082<br>The mark consists of an outline of a flying hummingbird profile.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 05/19/2020<br>Pub: 03/03/2020<br>Filed: 10/24/2019<br>First Use: 01/10/2015<br>Current Basis: Use | **025** bottoms as clothing; crop tops; hats; headbands; leggings; loungewear; sports bras; tops as clothing | Trevino, Teresa<br>114 Sea Breeze Ln<br>Boulder City NEVADA 89005<br>US |
| 118. ☆ | Jurisdiction: US<br>Reg: 5897331<br>Serial: 88462717<br>The mark consists of a stylized design of a flying Seahawk.<br>Falcons, hawks, vultures, condors [031502]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 10/29/2019<br>Pub: 08/13/2019<br>Filed: 06/06/2019<br>First Use: 01/06/2004<br>Current Basis: Use | **025** collared shirts; golf shirts; hats; hooded sweatshirts; hoodies; polo shirts; t-shirts; graphic t-shirts; short-sleeved or long-sleeved t-shirts | DBA Keiser University Everglades College, Inc.<br>1900 West Commercial Blvd. Suite 180<br>Fort Lauderdale FLORIDA 33309<br>US<br>Attorney: John Taddeo |
| 119. ☆ | **CATCH YOU ON THE FLY**<br>Jurisdiction: US<br>Serial: 90555848 | Published<br>Pub: 11/02/2021<br>Filed: 03/02/2021<br>First Use: 03/31/2021 | **025** caps with visors; crew necks; fishing shirts; hats; moisture-wicking sports shirts; toboggan hats; pants; caps<br>**040** custom imprinting of athletic apparel, namely, shirts, caps and hats, | Kevin McClellan<br>3929 Johns Way<br>Doylestown<br>PENNSYLVANIA 18902<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the words "CATCH YOU ON THE FLY" with the "C" in "CATCH" comprising the hook portion of a stylized dry fishing fly, with the feather right below the "C", the hackle hanging below the word ""CATCH", the knot underneath "YOU" and the line underneath "ON THE FLY".<br>Feathers [031702]<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Straight lines, bands or bars [261701]<br>Horizontal lines, bands or bars [261705]<br>Representations of objects forming letters or numerals, including punctuation [270305] | Current Basis: ITU | with decorative designs | |
| 120. ☆ | Jurisdiction: US<br>Serial: 90866632<br>The mark consists of an airplane flying above waves of air.<br>Open sea, stretches of water without shore, multiple waves [060303] | Published<br>Pub: 06/14/2022<br>Filed: 08/05/2021<br>Current Basis: ITU | **025** caps as headwear, hats, shirts, short sleeved shirts, tee-shirts<br>**039** transportation of people, goods and cargo by air, private jet charter services, jet sharing services | DBA Noble Air Charter Venture Air Solutions, Inc.<br>14950 NW 44th Court, Suite 16<br>Opa-Locka FLORIDA 33054<br>US<br>Attorney: James Dodrill, Esq. |

| | | | | |
|---|---|---|---|---|
| | Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901]<br>Curved lines, bands or bars [261709] | | | |
| 121. ☆ | **D**<br>Jurisdiction: US<br>Reg: 5413128<br>Serial: 86328246<br>The mark consists of the letter "D" with a flying wing.<br>Wings [031701] | Registered<br>Reg: 02/27/2018<br>Pub: 11/18/2014<br>Filed: 07/03/2014<br>First Use: 07/01/2014<br>Current Basis: Use | **041** educational services, namely, providing college and graduate level courses of instruction; entertainment services, namely, organizing and conducting collegiate athletic competitions and musical performances<br>**025** tops; bottoms; t-shirts; sweatshirts; sweatpants; sweaters; turtlenecks; coats; jackets; cheerleading uniforms; neckties; shorts; windpants; golf shirts; windshirts; gloves; jerseys; socks; sleepwear; headwear; footwear; loungewear; infantwear; children's apparel, namely, cloth baby bibs, sleepwear, tops, bottoms, sweatshirts, headwear and footwear | University of Dayton<br>300 College Park<br>Dayton OHIO 45469<br>US<br>Attorney: Sarah Otte Graber |
| 122. ☆ | Jurisdiction: US<br>Reg: 5733700<br>Serial: 88123178<br>The mark consists of a circle, the bottom half of said circle including a series of horizontal lines extending across the circle, and the top-half of said circle including a skyline on top of the aforementioned horizontal line and a depiction of a flock of birds flying over and above the skyline; and further consisting of a | Registered<br>Reg: 04/23/2019<br>Pub: 02/05/2019<br>Filed: 09/19/2018<br>First Use: 12/01/2017<br>Current Basis: Use | **025** hats; graphic t-shirts; short-sleeved or long-sleeved t-shirts<br>**035** on-line retail store services featuring apparel, namely, hats and t-shirts | Austin Blanks, LLC<br>6005 Cameron Road, Unit B<br>Austin TEXAS 78723<br>US<br>Attorney: JT Morris |

| | | | | |
|---|---|---|---|---|
| | circular moon overlayed on the upper left quadrant of the circle, where the aforementioned flock of birds is depicted in front of the circular moon.<br>Full moons [011101]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Cities from a distant perspective, skylines [060701]<br>Semi-circles [260106]<br>Circles with bars, bands and lines [260112]<br>Circles that are totally or partially shaded. [260121] | | | |
| 123. ☆ | Jurisdiction: US<br>Serial: 90799335<br>The mark consists of a fly fishing lure in silhouette encircled by a ring formed by a line which completely surrounds the fly fishing lure.<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Circles as carriers or as single line borders [260101] | Published<br>Pub: 05/10/2022<br>Filed: 06/28/2021<br>Current Basis: ITU | **025** baseball caps and hats; polo shirts<br>**036** financial services, namely, wealth management services | Peters, Michael J.<br>11 Golden Shore Suite 370<br>Long Beach CALIFORNIA 90802<br>US<br>Attorney: Marcus Dawes |
| 124. | Jurisdiction: US<br>Reg: 4545557 | Registered | **007** power sport vehicle structural parts, namely, exhaust pipes for land | Arctic Cat Inc. |

| | | | | |
|---|---|---|---|---|
| ☆ | Serial: 77295648<br>Citations: 1 2<br>The mark consists of a depiction of a flying cat.<br>Tigers and other large cats (such as leopards or jaguars) [030103]<br>Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124] | Affidavits: 8; 15<br>Reg: 06/10/2014<br>Pub: 09/07/2010<br>Filed: 10/03/2007<br>First Use: 02/28/2006<br>Current Basis: Use | vehicles, air filters for vehicles engines, snow plow blades for vehicles, winches for use with power sport vehicles, snowmobiles, and side-by-side land vehicles, winch kits primarily consisting of parts for winches, namely, clutches, brakes, cables, and faireads; snowmobile exhaust pipes; atv fuel filters; the aforementioned vehicle parts refer to all such parts being for power sport vehicles, and excluding typical passenger cars, such as sedans, station wagons, pickup trucks and suvs<br>**012** power sport vehicles; power sport vehicle structural parts, namely, grill, towing hitch, trailers, tires and wheels, bumpers, grab bars, arms, axles, clutch, frame guards, fuel system primarily comprised of fuel lines for vehicles and also containing throttle bodies, fuel injectors, and fuel tanks for land vehicles, sold as a unit, steering bars, tie rods, cardan shafts; atv body parts, namely, body panels, skid plates, side guards, cab kits primarily consisting of windshields, doors, roof, and rear panels, handguards, fender boxes, power sport vehicle engine, tires, rear independent suspension parts, namely, suspension arms, shocks, and springs, and structural parts therefor, cargo carriers for power sport vehicles, windshields, tool holders and baskets specially adapted for power sport vehicles, automotive cargo racks, auxiliary seat backs; power sport vehicle accessories specially adapted for use with power sport vehicles, namely, automotive cargo rack for holding bags, cargo carriers, namely, cargo basket mounts, vehicle bed wall extenders; snowmobiles; snowmobile structural parts, namely, towing hitch, trailers, bumpers, arms, axles, clutch, fuel system primarily | 601 Brooks Avenue S.<br>Thief River Falls<br>MINNESOTA 56701<br>US<br>Attorney: Timothy D. Sitzmann |

| | | | | |
|---|---|---|---|---|
| | | | comprised of fuel lines for vehicles and also containing throttle bodies, fuel injectors, and fuel tanks for land vehicles, sold as a unit, steering bars, tie rods, and shafts, engine, windshields, tool holders and baskets specially adapted for snowmobiles, automotive cargo racks, snowmobile wheel suspensions, namely, front and rear wheel suspension systems comprised primarily of wheel suspension and structural parts therefor; snowmobile structural accessories and parts specially adapted for use with snowmobiles, namely, hand guard mounts, tank pads, windscreens, flyscreens, windshields, ski handles, handlebar grips, handlebar covers, ski saddles, belly pans, grip plates, hood covers, skid plates, hood screens, wear strips, skid wheels, recoil handles, snowflaps, windshield-mounted rearview mirrors, hood-mounted rearview mirrors, cargo sleds for transport purposes, cargo sled covers for cargo sleds for transport purpose and snowmobile runner kits primarily consisting of wearbars and also containing nuts and carbides, automotive cargo racks, gear cradles, utility bars, cargo carriers for vehicles, namely, bucket holders, light bars, wearbars, runners, caddies, jack stands, sled lifts, shop dollies; side-by-side multi-purpose land vehicles; side-by-side multi-purpose structural land vehicle parts, namely, grill, towing hitch, trailers, tires and wheels, bumpers, grab bars, arms, axles, clutch, frame guards, fuel system primarily comprised of fuel lines for vehicles and also containing throttle bodies, fuel injectors, and fuel tanks for land vehicles, sold as a unit, steering bars, tie rods and shafts, engine, tires, rear independent suspension parts, namely, suspension arms, shocks, and springs, and | |

| | | | | |
|---|---|---|---|---|
| | | | structural parts therefor, cargo carriers for vehicles, windshields, cargo carriers for vehicles, namely, tool holders and baskets specially adapted for side-by-side land vehicles, automotive cargo racks, auxiliary seat backs; side-by-side multipurpose land vehicle structural parts and accessories specially adapted for use with side-by-side land vehicles, namely, automotive cargo rack for carrying bags, automotive cargo carriers, namely, cargo basket mounts, bed wall extenders; the aforementioned vehicles refer to all such vehicles being designed for off-highway use and all such parts being for off-highway vehicles, and excluding typical passenger cars, such as sedans, station wagons, pickup trucks and suvs<br>**025** power sport vehicle-specific clothing; including protective outerwear; balaclavas; face masks | |
| 125. ☆ | **S & A FLY TEES**<br>Disclaims: "TEES"<br>Jurisdiction: US<br>Reg: 6081392<br>Serial: 88396913<br>The mark consists of "S&A Fly Tees" and wings.<br>Wings [031701] | Registered<br>Reg: 06/16/2020<br>Pub: 08/20/2019<br>Filed: 04/22/2019<br>First Use: 12/15/2019<br>Current Basis: Use | **025** baseball caps and hats; shorts; tee shirts; gift packages sold as a unit consisting primarily of a sweatshirt and also including a photo frame, a coffee mug, and a tote bag | CANTON, AKENO A<br>PO BOX 1056<br>KINGSHILL VIRGIN ISLANDS, U.S. 00851<br>US |
| 126. ☆ | **JAY BIRDS BECAUSE WE CARE.**<br>Jurisdiction: US<br>Serial: 88139278 | Published<br>Pub: 11/10/2020<br>Filed: 10/02/2018 | **025** footwear | JMD Innovations, LLC<br>9220 Pulaski Highway<br>Baltimore MARYLAND 21220<br>US |

| | | | | |
|---|---|---|---|---|
| | Citations: 1 1<br>The mark consists of a blue and yellow bird outlined in black with the words "JAY BIRDS" in yellow underneath the bird design and the terms "BECAUSE WE CARE" in black underneath "JAY BIRDS".<br>Feet, toes, imprints of feet or toes, legs [021108]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Current Basis: ITU | | Attorney: JEFFREY H. GREGER |
| 127. ☆ | **SPACE CITY FLY COMPANY**<br>Disclaims: THE OUTLINE DESIGN OF THE STATE OF TEXAS AND THE WORDING "SPACE CITY FLY COMPANY"<br>Jurisdiction: US<br>Reg: 5773835<br>Serial: 88141702<br>Citations: 0 1<br>The mark consists of the outline of the state of Texas, with a fishing fly inlaid across the middle | Registered<br>Reg: 06/11/2019<br>Pub: 03/26/2019<br>Filed: 10/03/2018<br>First Use: 08/16/2016<br>Current Basis: Use | **025** hats; sweaters; t-shirts<br>**041** fishing guide services; hunting guide services | Daubert, Matt<br>15315 Wisteria Springs Dr<br>Cypress TEXAS 77433<br>US |

| | | | | |
|---|---|---|---|---|
| | in a northeasterly/southwestern direction. The text "Space City Fly Company" is included at the bottom of the image, mostly centered, "Fly Company" is underneath the first two words and slightly right aligned.<br>State of Texas [011712]<br>Fishing rods, tackle, nets, hooks and lures [210308] | | | |
| 128. ☆ | **THE DRY FLY SOCIETY**<br>Jurisdiction: US<br>Serial: 97012135<br>The mark consists of the words THE DRY FLY SOCIETY with a circular element with wings between the words "DRY" and "FLY" and lines on each side of the word "SOCIETY".<br>Birds or bats in flight or with outspread wings [031519]<br>Wings [031701]<br>Two concentric circles [260117]<br>Three or more squares [260914]<br>Squares touching or intersecting [260916]<br>Horizontal lines, bands or bars [261705] | Pending<br>Filed: 09/03/2021<br>First Use: 07/16/2021<br>Current Basis: Use | **025** clothing, namely, tops, t-shirts, short-sleeved shirts, long-sleeved shirts, sweatshirts, hooded sweatshirts and jackets | The Dry Fly Society, LLC<br>419 Bayhill Dr.<br>Newport Beach<br>CALIFORNIA 92660<br>US<br>Attorney: Steven J. Nataupsky |
| 129. | **WILD CO SHARE** | Registered | **025** clothing, namely, t-shirts, shirts, | MESA COUNTY |

| | | | | |
|---|---|---|---|---|
| ☆ | **THE ADVENTURE**<br>Disclaims: "CO"<br>Jurisdiction: US<br>Reg: 5472710<br>Serial: 87315769<br>The mark consists of the wording "WILD CO SHARE THE ADVENTURE" in stylized font. The "C" in "CO" is on top of a shaded circle, which is partially covered by the "C". "WILD CO" appears above "SHARE THE ADVENTURE". Above the wording is a stylized design of three mountain peaks with a bird flying above.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Mountains, mountain landscapes [060104] | Reg: 05/22/2018<br>Pub: 07/25/2017<br>Filed: 01/27/2017<br>First Use: 01/01/2016<br>Current Basis: Use | hats, jackets<br>**021** water bottles sold empty<br>**009** downloadable mobile application for researching information on outdoor recreation, outdoor guidebooks, outdoor education and wildlife; downloadable mobile application providing an interactive database featuring information about outdoor recreation, outdoor guidebooks, outdoor education and wildlife; downloadable mobile application providing a searchable database for information on outdoor recreation, outdoor guidebooks, outdoor education and wildlife; downloadable mobile application for taking and sharing photographs of wildlife, adding and sharing field notes and storing information and photographs in a personal collection | PUBLIC LIBRARY DISTRICT<br>443 N. 6TH STREET<br>GRAND JUNCTION<br>COLORADO 81501<br>US<br>Attorney: Pamela N. Hirschman |
| 130. ☆ | **SLICKER BEAUT**<br>Jurisdiction: US<br>Reg: 6248988<br>Serial: 88891777<br>The mark consists of an orange circle with a black circle inside and an image of black palm trees in a black island | Registered<br>Reg: 01/19/2021<br>Pub: 11/03/2020<br>Filed: 04/28/2020<br>First Use: 01/01/2019<br>Current Basis: Use | **016** decorative decals for vehicle windows; 3d decals for use on any surface; stickers<br>**024** cloth flags<br>**025** shirts; t-shirts; sweatshirts; hoodies; crop tops; hats; caps being headwear; beanies; visors being headwear; shorts; swimsuits<br>**035** online retail store services featuring clothing, hats, swimsuits, decals, flags, and fishing equipment | 10/10 Slicker Beaut LLC<br>1009 Cordova Road<br>Fort Lauderdale FLORIDA 33316<br>US<br>Attorney: Camille M. Miller |

| | | | | |
|---|---|---|---|---|
| | with black birds flying and water in black within the black circle with an orange background and the words "SLICKER BEAUT" in white scripted font. The black square background is not part of the mark.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Palm trees [050103]<br>Islands, reefs [060302]<br>Two concentric circles [260117]<br>Straight lines, bands or bars [261701]<br>Horizontal lines, bands or bars [261705] | | | |
| 131. ☆ | Jurisdiction: US<br>Reg: 4726954<br>Serial: 86379125<br>Citations: 0 1<br>The mark consists of an abstract representation of a person flying.<br>Grotesque men formed by letters, numbers, punctuation or geometric shapes [020133]<br>Flying (self-propelled) [020912]<br>Geometric figures or combinations of geometric figures representing a person [040703] | Registered<br>Affidavits: 8; 15<br>Reg: 04/28/2015<br>Pub: 02/10/2015<br>Filed: 08/27/2014<br>First Use: 06/01/2010<br>Current Basis: Use | **018** luggage, duffel bags and all purpose carrying bags<br>**025** clothing, namely, shirts, jackets, hats, underwear, gloves, and sweatshirts | IFly Holdings<br>6200 Bridgepoint Pkwy, Bldg 4, Suite 500<br>Austin TEXAS 78730<br>US<br>Attorney: David Orms |

| | | | | |
|---|---|---|---|---|
| | Circles that are totally or partially shaded. [260121] | | | |
| 132. ☆ | Jurisdiction: US<br>Reg: 6174033<br>Serial: 88847609<br>The mark consists of an irregular pattern design like a flying swallow.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Geometric figures or combinations of geometric figures representing an animal [040707] | Registered<br>Reg: 10/13/2020<br>Pub: 07/28/2020<br>Filed: 03/25/2020<br>First Use: 01/18/2020<br>Current Basis: Use | **025** brassieres; cyclists' jerseys; gloves; hats; leggings; neck scarfs; pants; shoes; skirts and dresses; sleepwear; socks; sports jerseys; tops as clothing; undergarments; yoga pants; yoga shirts; yoga tops; athletic tops and bottoms for yoga; gym shorts | Mo Xiabing<br>No. 63, Youlanmen, Zhaijiao Village<br>Committee, Huashi Town<br>Luoding, Guangdong 527200<br>CN<br>Attorney: Adriano Pacifici |
| 133. ☆ | Jurisdiction: US<br>Reg: 6374493<br>Serial: 88981159<br>Citations: 0 1<br>The mark consists of a stylized design of a flying bald eagle.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Registered<br>Reg: 06/01/2021<br>Pub: 05/19/2020<br>Filed: 03/09/2020<br>First Use: 07/01/2020<br>Current Basis: Use | **003** fragrances, perfume, cologne, eau de toilette, cosmetics, body lotion, aftershave, body wash, body sprays, non-medicated skin care preparations in the nature of body mist<br>**025** clothing, namely, shirts, t-shirts, tops as clothing, fleece shirts, jeans, pants, dresses, skirts, shorts, bottoms as clothing, leggings, jogging pants, sweat pants, sweatshirts; outerwear, namely, coats, jackets, parkas, anoraks, vests, and gloves; socks; sweaters; pajamas; belts; blazers; loungewear; underwear; boxer shorts; swimwear; scarves; footwear, namely, shoes, sandals, and slippers; headwear; hats | Retail Royalty Company<br>101 Convention Center Drive<br>Las Vegas NEVADA 89109<br>US<br>Attorney: Theodore R. Remaklus |

| | | | | |
|---|---|---|---|---|
| 134. ☆ | **B**<br>Jurisdiction: US<br>Serial: 90714883<br>The mark consists of An Eagle is flying and taking money pouch.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Costumed birds and bats and those with human attributes [031526]<br>Eyeglasses, eyeglass frames, sunglasses, goggles and safety goggles [160307]<br>Yokes, collars, leashes, and harnesses for other animals [181305]<br>Other small bags, including money bags, sachets, tea bags and laundry bags [190713]<br>Other paper goods bearing handwritten or printed texts or tables [200324]<br>Dollar symbol ($) [241703] | Pending<br>Filed: 05/17/2021<br>First Use: 06/18/2018<br>Current Basis: Use | **025** coats; pants; dresses; dressing gowns; jackets; jackets and socks; jeans; shirts; shirts and short-sleeved shirts; shirts for suits; athletic shirts; denim jackets; denim jeans; denims; dress shirts; evening dresses; long-sleeved shirts; open-necked shirts; polo shirts; short-sleeve shirts; short-sleeved shirts; skirts and dresses; sport shirts; sports jackets; sports pants; sports shirts; sports shirts with short sleeves; sweat jackets; sweat pants; sweat shirts; t-shirts; top coats; women's clothing, namely, shirts, dresses, skirts, blouses | DBA Roadrunnerz Britney Pinelton<br>751 W 9 Mile<br>Ferndale MICHIGAN 48220<br>US |
| 135. ☆ | Jurisdiction: US<br>Reg: 4449571<br>Serial: 79126933 | Registered<br>Reg: 12/17/2013<br>Pub: 10/01/2013<br>Filed: 01/22/2013 | **025** shoes; ready-made clothing, namely, coats; hosiery | FuJian MiJinNu Sports Products Co. Ltd.<br>NO. 136, YuYe Village<br>MeiLin Office, NanAn City 362300<br>FujianProvince 362300<br>CN |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a logo, which looks like a flying swallow.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other lines, bands or bars [261725] | Current Basis: Madrid | | Attorney: Joe McKinney Muncy |
| 136. | **FLYING ANGEL**<br>Jurisdiction: US<br>Serial: 88417713<br>Citations: 2 1<br>The mark consists of the wording "FLYING ANGEL" in a stylized font. | Pending<br>Filed: 05/06/2019<br>First Use: 04/27/2022<br>Current Basis: Use | **025** denim jeans; denims; jeans; blue jeans | GOGO JEANS, INC.<br>1407 Broadway, Suite 1801<br>New York NEW YORK 10018<br>US<br>Attorney: Sean P. McMahon |
| 137. | **TWO RIVERS WISCONSIN**<br>Disclaims: "TWO RIVERS WISCONSIN"<br>Jurisdiction: US<br>Serial: 90226618<br>Citations: 1 0 | Published<br>Pub: 04/26/2022<br>Filed: 09/30/2020<br>First Use: 08/29/2020<br>Current Basis: Use | **025** apparel and accessories, namely, shirts, t-shirts, sweatshirts, pullovers, polo shirts, caps, knit face masks being headwear, and bandanas<br>**035** business administration and management of city services | City of Two Rivers<br>1717 East Park Street<br>Two Rivers WISCONSIN 54241<br>US<br>Attorney: James F. Boyle |

106

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized wording "TWO RIVERS WISCONSIN" with each word stacked above the next, with all words next to a shaded circle containing the outlines of a boat in water to the left of a lighthouse with a bird flying above the boat.<br>Sea birds (including gulls and pelicans) [031509]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Open sea, stretches of water without shore, multiple waves [060303]<br>Lighthouses [070309]<br>Recreational motor boats, yachts [180712]<br>Other motor boats, including tugboats, ferry boats and fishing boats [180713]<br>Circles that are totally or partially shaded. [260121] | | | |
| 138. | **THE FLYING LARK**<br>Jurisdiction: US<br>Serial: 90461426<br>The mark consists of the words "FLYING LARK" in stylized font with the word "THE" in a smaller font above the "Y" in "FLYING"; the "F" in | Published<br>Pub: 02/22/2022<br>Filed: 01/12/2021<br>Current Basis: ITU | **025** clothing, namely, t-shirts, sweatshirts, hoodies, polo shirts, jackets, swimsuits, shorts, pants, aprons, scarves, socks, uniforms; headwear; footwear | TMB Racing, LLC<br>1331 NW Lovejoy St., Suite 950<br>Portland OREGON 97209<br>US<br>Attorney: Sheila Fox Morrison |

107

| | | | | |
|---|---|---|---|---|
| | "FLYING" is stylized to form the impression of a horse's head wearing a bridle; the "G" in "FLYING" is stylized to form the impression of a race track in the tail; the top of the "L" in "LARK" is stylized to form the shape of a riding crop crossing the "L".<br>Horses [030501]<br>Heads of horses, donkeys and zebras [030516]<br>Stylized horses, donkeys and zebras [030524]<br>Saddles, harnesses for horses [181303]<br>Other equipment for horses [181304]<br>Letters or numerals, including punctuation, forming representations of animals or parts of animals [270102] | | | |
| 139. | **THAI BIRD**<br>Jurisdiction: US<br>Reg: 5476479<br>Serial: 87294999<br>Citations: 0 1<br>The mark consists of a cartoon bird with the words "THAI BIRD" underneath.<br>Other birds [031525] | Registered<br>Reg: 05/22/2018<br>Pub: 05/16/2017<br>Filed: 01/10/2017<br>First Use: 06/01/2017<br>Current Basis: Use | **025** hats; shirts | Kang, Tae<br>105 Clinton st rm 11<br>New York NEW YORK 10002<br>US |
| 140. | **FLYING DEER**<br>Jurisdiction: US<br>Reg: 4540487 | Registered<br>Affidavits: 8 | **025** footwear | FLYING DEER SHOES GROUP, INC. |

108

| | | | | |
|---|---|---|---|---|
| | Serial: 86014780<br>The mark consists of Two Stylized English words reading "FLYING DEER". | Reg: 05/27/2014<br>Pub: 12/10/2013<br>Filed: 07/19/2013<br>First Use: 08/13/2013<br>Current Basis: Use | | 4960 NW 165th Street, B18<br>Miami Lakes FLORIDA 33014<br>US<br>Attorney: (Kenneth) Cang Li |
| 141. | **BURST BIRD**<br>Jurisdiction: US<br>Reg: 6193528<br>Serial: 88832847<br>The mark consists of the wording BURST BIRD and a highly stylized design of a bird; the wording BURST BIRD is in black; the design appears above the wording BURST BIRD and consists of the image of a white bird with white extended wings consisting of a set of five white curved lines on either side of the bird; the bird had a white feather above the head; the white bird is superimposed on a red incomplete circle; the remaining white in the drawing represents background and is not part of the mark.<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 11/10/2020<br>Pub: 08/25/2020<br>Filed: 03/12/2020<br>First Use: 03/09/2020<br>Current Basis: Use | **025** apparel for dancers, namely, tee shirts, sweatshirts, pants, leggings, shorts and jackets; shirts; shoes; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; athletic shoes; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; dress shirts; dress shoes; head wraps; hoodies; leisure shoes; running shoes; sandals and beach shoes; short-sleeved or long-sleeved t-shirts; sleep shirts; sweat shirts; t-shirts; tee shirts; wearable garments and clothing, namely, shirts; women's shoes; work shoes and boots | PureFit Inc.<br>2301 W Plano Pkwy Ste. 102<br>Plano TEXAS 75075<br>US<br>Attorney: Joanna Y Tsai |

109

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524]<br>Other birds [031525]<br>Circles with a decorative border, including scalloped, ruffled and zig-zag edges [260107] | | | |
| 142. | **FLY NERD APPAREL**<br>Disclaims: "APPAREL"<br>Jurisdiction: US<br>Reg: 5512063<br>Serial: 87689304<br>Citations: 0 1<br>The mark consists of a stylized drawing of a person's head wearing glasses and a hat over the words "FLY NERD APPAREL" with a five-pointed star between the words "FLY" and "NERD".<br>A single star with five points [010103]<br>Boys [020505]<br>Stylized children, including children depicted in caricature form [020524]<br>Caps, including visors, military caps and baseball caps [090501]<br>Eyeglasses, eyeglass frames, sunglasses, goggles and safety goggles [160307]<br>Rectangles that are completely or partially shaded [261121] | Registered<br>Reg: 07/10/2018<br>Pub: 04/24/2018<br>Filed: 11/17/2017<br>First Use: 05/10/2013<br>Current Basis: Use | **025** clothing, namely, shirts, t-shirts, tank tops, sweatshirts, hoodies, dresses, hats | MimiDre, LLC<br>1029 Evesham Avenue<br>Baltimore MARYLAND 21212<br>US<br>Attorney: Julie A. Hopkins |

110

| | | | | |
|---|---|---|---|---|
| 143. | **CALISON**<br>Jurisdiction: US<br>Reg: 3339793<br>Serial: 78925087<br>Citations: 1 3<br>The color blue appears in the wording CALISON and the outer curve flying over the top of the wording, and the color red appears in the inner curve flying over the wording CALISON.<br>Curved lines, bands or bars [261709] | Registered<br>Renewal: 10/18/2017<br>Affidavits: 8<br>Reg: 11/20/2007<br>Pub: 09/04/2007<br>Filed: 07/08/2006<br>First Use: 01/01/2006<br>Current Basis: Use | **025** clothing, namely, bathing suits, bathrobes, blouses, body suits, bras, dresses, dressing gowns, evening gowns, fur coats and jackets, gym suits, hand-knitted sweaters, jackets, jeans, jogging suits, lingerie, night gowns, night shirts, pajamas, pants, rain coats, scarves, shirts, shorts, skirts, slacks, suits, sportswear, namely, tops, shorts, and pants; sweaters; sweat pants; sweat suits; ties; t-shirts; underwear | Calison, Inc.<br>2447 Lee Ave<br>S. El Monte CALIFORNIA 91733<br>US<br>Attorney: Hock Yong |
| 144. | Jurisdiction: US<br>Reg: 6246632<br>Serial: 88605770<br>The mark consists of stylized fly fishing reel.<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Letters, numerals, punctuation, geometric figures, objects, humans, plants or animals comprising a circle [260111]<br>Three or more concentric circles [260118]<br>Circles within a circle [260120] | Registered<br>Reg: 01/12/2021<br>Pub: 08/25/2020<br>Filed: 09/05/2019<br>First Use: 11/30/2013<br>Current Basis: Use | **025** t-shirts, sweatshirts, caps in the nature of baseball caps, and polo shirts | Matthew Kelleher<br>19 Lowell St.<br>Beverly MASSACHUSETTS 01915<br>US<br>Attorney: Michael E. Attaya |

111

| | | | | |
|---|---|---|---|---|
| | Circles that are totally or partially shaded. [260121]<br>Five or more circles [260131] | | | |
| 145. | **SWAMP N STOMP**<br>Jurisdiction: US<br>Reg: 6175225<br>Serial: 88861763<br>Citations: 0 3<br>The mark consists of an image consisting of a bird with its wings open flying off from an object resembling a deer antler and underneath the image, is the word "SWAMP" in a stylized font and below it is the word "STOMP", which is connected to the "SWAMP" by the letter "N" placed in-between them.<br>Horns (alone, not part of heads), antlers [031303]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 10/13/2020<br>Pub: 07/28/2020<br>Filed: 04/06/2020<br>First Use: 01/01/2019<br>Current Basis: Use | **025** caps being headwear; hats; hooded pullovers; hooded sweatshirts; hoods; hunting boot bags; hunting boots; hunting jackets; hunting pants; hunting shirts; hunting vests; jackets; pants; shirts; shoes; shorts; socks; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; t-shirts | Swamp N Stomp LLC<br>13661 Orange Grove Blvd<br>West Palm Beach FLORIDA 33441<br>US |
| 146. | **ISLAND PASSION**<br>Jurisdiction: US<br>Serial: 97038963 | Pending<br>Filed: 09/22/2021<br>Current Basis: ITU | **025** tops as clothing<br>**043** providing of food and drink via a mobile truck; restaurant services | Denroy Dasent<br>P.O. Box 9388<br>South Burlington<br>VERMONT 05407<br>US<br>Attorney: Niki Mirshams |

112

| | | | | |
|---|---|---|---|---|
| | The mark consists of an image with the wording "Island passion", to the left of the wording is a palm tree. Underneath the wording is a wooden platform with a pumpkin, a basket with other mixed vegetables and a scooper filled with seeds sitting on top of it. On the top of the wording are four birds flying.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Palm trees [050103]<br>Seeds, including sunflower and pumpkin seeds [050706]<br>Pumpkins [050912]<br>Baskets, bowls, and other containers of vegetables [051110]<br>Representations of wood [071504]<br>Other non-electric kitchen utensils, utensil holders [110125] | | | |
| 147. | Jurisdiction: US<br>Reg: 3338824<br>Serial: 77119525 | Registered<br>Renewal: 05/31/2018<br>Affidavits: 8<br>Reg: 11/20/2007<br>Pub: 09/04/2007 | **025** blouses; t-shirts | TOTO NYC, INC.<br>45 PARK AVENUE #1105<br>NEW YORK NEW YORK 10016<br>US<br>Attorney: Lisa A. Pieroni |

113

| | | | | |
|---|---|---|---|---|
| | The mark consists of the outline of two small birds facing each other. The bird on the left appears to be feeding the bird on the right..<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Filed: 03/01/2007<br>First Use: 07/25/2005<br>Current Basis: Use | | |
| 148. | **VEDALIA**<br>Jurisdiction: US<br>Reg: 6404089<br>Serial: 88443953<br>The mark consists of a stylized flying insect above the word "VEDALIA".<br>Stylized insects, spiders and micro-organisms [032324]<br>Other insects [032325] | Registered<br>Reg: 06/29/2021<br>Pub: 09/17/2019<br>Filed: 05/23/2019<br>First Use: 04/15/2021<br>Current Basis: Use | **025** hats; beanies | Vedalia Living, Inc.<br>61 Lexington Ave.<br>Needham Heights<br>MASSACHUSETTS 02494<br>US<br>Attorney: Lucy D. Lovrien |
| 149. | **BIRDS OF CONDOR**<br>Jurisdiction: US<br>Reg: 5614621<br>Serial: 87627340<br>The mark consists of three stylised birds | Registered<br>Reg: 11/27/2018<br>Pub: 06/12/2018<br>Filed: 09/29/2017<br>Current Basis: Foreign Registration | **025** clothing and apparel for adult men and women, namely, caps, hats, shorts, pants, shirts, jackets, underwear, sport socks excluding tights; footwear; golf clothing, except gloves, namely, golf caps and hats, golf shirts, golf pants, golf shirts, golf sweaters, golf socks; none of the foregoing being clothing for children and expressly excluding tights and socks for children | Francis Kimpton<br>PO BOX 2015<br>BYRON BAY NSW 2481<br>AU |

114

| | | | | |
|---|---|---|---|---|
| | above the words "BIRDS OF CONDOR".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| 150. | **RAINBOW BIRD**<br>Jurisdiction: US<br>Reg: 6159671<br>Serial: 88563379<br>The mark consists of the stylized wording "RAINBOW BIRD" with a circular shape of a bird above. At the middle of this bird design are three leaf designs.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Maple leaf [050303]<br>More than one leaf, including scattered leaves, bunches of leaves not attached to branches [050308]<br>Curved lines, bands or bars [261709] | Registered<br>Reg: 09/22/2020<br>Pub: 12/31/2019<br>Filed: 08/02/2019<br>First Use: 05/14/2020<br>Current Basis: Use | **025** baby layettes for clothing; bathing suits; business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; drawers as clothing; footwear; girdles; gloves as clothing; hats; hosiery; knitwear, namely, shirts, dresses, sweaters; masquerade costumes; neckties; outer jackets; overalls; overcoats; shirts; skirts; tee shirts; trousers; underpants | Sun Xiaojun<br>1-5, No.9 Shanshuijiayuan, Jiangbei Dist<br>Chongqing 400000<br>CN<br>Attorney: MEIYU BAO |
| 151. | **MONA FLYING**<br>Jurisdiction: US<br>Reg: 5617274<br>Serial: 87883198 | Registered<br>Reg: 11/27/2018<br>Pub: 09/11/2018 | **025** footwear; shoes; soles for footwear | Guang zhou meng you na Co.,Ltd<br>Rm.A-1213, 2F, Yingfu Clothing Zone<br>No.218, Guangyuan West |

115

| | | | | |
|---|---|---|---|---|
| | The mark consists of the word "MONA FLYING" in stylized script font. | Filed: 04/18/2018<br>First Use: 02/21/2016<br>Current Basis: Use | | Rd., Yuexiu Dist.<br>Guangzhou, Guangdong 510030<br>CN<br>Attorney: Elizabeth Oliner |
| 152. | **DID DAT**<br>Jurisdiction: US<br>Reg: 4230054<br>Serial: 85574645<br>The mark consists of one flying pig with the stylized text "Did Dat".<br>Pigs, boars [030709]<br>Wings [031701]<br>Curved lines, bands or bars [261709] | Registered<br>Affidavits: 8<br>Reg: 10/23/2012<br>Pub: 08/07/2012<br>Filed: 03/20/2012<br>First Use: 09/01/2011<br>Current Basis: Use | **025** caps; hats; jackets; scarves; shirts; t-shirts | Stewart, Arden<br>4032 Prytania Apt. G<br>New Orleans LOUISIANA 70115<br>US |
| 153. | Jurisdiction: US<br>Reg: 5851521<br>Serial: 88328491<br>The mark consists of a jet flying through the sky with 3 windows.<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901] | Registered<br>Reg: 09/03/2019<br>Pub: 06/18/2019<br>Filed: 03/06/2019<br>First Use: 01/10/2012<br>Current Basis: Use | **025** belts; coats; gloves; hats; headbands; hoodies; jackets; pants; shirts; shoes; socks; undergarments; underwear; vests | Harris, Oswald<br>212<br>394 S Harrison St<br>East Orange NEW JERSEY 07018<br>US |

116

| | | | | |
|---|---|---|---|---|
| 154. | **FLYING TERN**<br>Jurisdiction: US<br>Reg: 6299233<br>Serial: 90090903<br>The mark consists of stylized letter "FLYING TERN" under a stylized swallow graphic.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 03/23/2021<br>Pub: 01/05/2021<br>Filed: 08/04/2020<br>First Use: 08/01/2020<br>Current Basis: Use | **025** hats; hoods; jumpsuits; leotards; loungewear; scarves; shoes; socks; stockings; turbans; cyclists' jerseys; snowboard gloves; sweat-absorbent socks; swim suits; socks and stockings | Hangzhou Lunxin Sports Goods Co.,Ltd<br>Room 507-1,Building 1,No.10<br>Xinxiqiao Village,Jincheng Street,Lin'an<br>Hangzhou 310000<br>CN<br>Attorney: SHAN ZHU |
| 155. | **THORN BIRD**<br>Jurisdiction: US<br>Reg: 5426177<br>Serial: 87404513<br>The mark consists of the stylized wording "THORN BIRD" beneath a stylized bird design.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Two Triangles [260513]<br>Representations of animals or parts of animals forming letters | Registered<br>Reg: 03/20/2018<br>Pub: 01/02/2018<br>Filed: 04/10/2017<br>First Use: 02/14/2017<br>Current Basis: Use | **025** gloves; outer clothing, namely, jackets; caps being headwear; headbands; shawls; clothing, namely, shirts, pants, jackets, gloves; skirts; dresses; children's clothing, namely, pants, jackets, shirts; down garments, namely, jackets; tee-shirts; bathing trunks; swimsuits; bathing caps; scarfs; masquerade costumes; cheongsam; hosiery; ski gloves; trousers | FRONTIER INTERNATIONAL CARGO (SHANGHAI) LTD<br>ROOM 210-446,NO.15,LANE 110,GUYUAN ROAD<br>HONGKOU DISTRICT<br>SHANGHAI CN |

117

| | | | | |
|---|---|---|---|---|
| | or numerals, including punctuation [270303] | | | |
| 156. | **FLY**<br>Jurisdiction: US<br>Reg: 4266105<br>Serial: 79076494<br>Citations: 7 6<br>The mark consists of the wording "FLY" with a design of a wing.<br>Wings [031701] | Registered<br>Reg: 01/01/2013<br>Pub: 10/16/2012<br>Filed: 08/12/2009<br>Current Basis: Madrid | **018** diaper bags; school children's backpacks; backpacks; travel bags; school satchels; handbags<br>**025** blousons; anoraks; jackets; jumpers; women's waistcoats; sweat shirts; sports shirts; jerseys; vests; cardigans; polo shirts; t-shirts; headwear, namely, caps; parkas; sports anoraks | KIM, Jin Sung<br>495-4, Seobu-dong<br>Dong-gu,; Ulsan<br>KR<br>Attorney: Jeannine A Rittenhouse |
| 157. | Jurisdiction: US<br>Reg: 3344610<br>Serial: 76489217<br>The mark consists of open-fly jeans that include a representation of denim.<br>Trousers, slacks, shorts, bloomers [090302]<br>Buttons [090903]<br>Textile and clothing zippers [090905] | Registered<br>Renewal: 12/21/2017<br>Affidavits: 8; 15<br>Reg: 11/27/2007<br>Pub: 05/04/2004<br>Filed: 02/11/2003<br>First Use: 06/06/2007<br>Current Basis: Use | **025** apparel, namely, underwear | ISAAC ZELCER REVOCABLE TRUST<br>9999 COLLINS AVE APT 18K<br>BAL HARBOUR FLORIDA 33154<br>US<br>Attorney: Scott W. Smilie |
| 158. | Jurisdiction: US<br>Reg: 5312018<br>Serial: 86800795 | Registered<br>Reg: 10/17/2017<br>Pub: 03/29/2016<br>Filed: 10/27/2015 | **012** aircraft; light aircraft; apparatus for locomotion by air, namely, personal take-off and landing aircraft; apparatus for locomotion by air, namely, personal vertical take-off and landing (vtol) aircraft powered by gas turbine engines | Jetpack Aviation Limited<br>2120 Leighton Centre<br>Leighton Road<br>Causeway Bay HK<br>Attorney: Colin P. Abrahams |

118

| | | | | |
|---|---|---|---|---|
| | The mark consists of the representation of a flying man.<br>Other men, including frogmen, men wearing space suits and men wearing monocles [020132] | First Use: 09/01/2016<br>Current Basis: Use | **025** clothing, namely, shirts, t-shirts, polo shirts, pants, jackets, sweat shirts, sweat pants, caps | |
| 159. | Jurisdiction: US<br>Reg: 5608488<br>Serial: 87709689<br>The mark consists of a flying bee wearing a cap.<br>Bees, wasps, hornets [032306]<br>Costumed insects, spiders, and micro-organisms and those with human attributes [032326]<br>Caps, including visors, military caps and baseball caps [090501] | Registered<br>Reg: 11/13/2018<br>Pub: 04/24/2018<br>Filed: 12/06/2017<br>First Use: 04/12/2018<br>Current Basis: Use | **025** clothing, namely, athletic uniforms, caps, hats, jerseys, polo shirts, sweat shirts, sport shirts, t-shirts, tank tops, and visors | GREENJACKETS BASEBALL LLC<br>78 Milledge Road<br>Augusta GEORGIA 30904<br>US<br>Attorney: Robert Fountain |
| 160. | **FLY EMIRATES**<br>Jurisdiction: US<br>Reg: 3690260<br>Serial: 77488567<br>Citations: 0 1 | Registered<br>Renewal: 01/10/2020<br>Affidavits: 8; 15<br>Reg: 09/29/2009<br>Pub: 11/04/2008 | **025** clothing, namely, t-shirts, sweatshirts, sweatpants, jackets, ties, jerseys, shorts, shoes, sneakers, socks, caps, sun visors, hats, belts, wristbands and headbands, undergarments, scarves, pants, jackets and uniforms | Emirates<br>Emirates Group Headquarters<br>Airport Road<br>Dubai AE<br>Attorney: Kristin Cornuelle |

119

| | | | | |
|---|---|---|---|---|
| | The mark consists of the letters "FLY" and "EMIRATES" in stylized form. | Filed: 06/02/2008<br>First Use: 06/01/1999<br>Current Basis: Use | | |
| 161. | **IOWA STATE CYCLONES**<br>Jurisdiction: US<br>Reg: 4127961<br>Serial: 85278604<br>2(f) claim<br>The mark consists of bird head with the words "IOWA STATE CYCLONES" above the bird head.<br>Other birds [031525]<br>Heads of birds [031716]<br>Ovals that are completely or partially shaded [260321] | Registered<br>Renewal: 03/15/2022<br>Affidavits: 8; 15<br>Reg: 04/17/2012<br>Pub: 08/30/2011<br>Filed: 03/28/2011<br>First Use: 10/21/2010<br>Current Basis: Use | **025** clothing, namely, t-shirts, tops, sweatshirts, skirts, dresses, knit shirts, blouses, sweaters, tank tops, beachwear, loungewear, undergarments, jerseys, vests, caps, hats, belts, pants, shirts, gloves, mittens, ties, suspenders, scarves, socks, ponchos, jackets, coats, rainwear, knitted coats and sweaters, bandannas, jogging and warm-up suits, athletic jerseys, head wear and painters caps, children's and infant clothing, namely, nightshirts, pajamas and baby bunting; footwear, namely, shoes, sandals, boots, and sneakers | Iowa State University of Science and Technology<br>3550 Beardshear Hall<br>Ames IOWA 500112045<br>US |
| 162. | **BIRD WITH FRY CORP.**<br>Disclaims: "CORP."<br>Jurisdiction: US<br>Reg: 6071541<br>Serial: 88752200<br>Supplemental Reg. | Registered<br>Reg: 06/02/2020<br>Filed: 01/09/2020<br>First Use: 01/07/2020<br>Current Basis: Use | **025** shirts | Bird with Fry Corp<br>106 Sycamore Road<br>Douglassville<br>PENNSYLVANIA 19518<br>US<br>Attorney: Brian P. Gregg |

120

| | | | | |
|---|---|---|---|---|
| | The mark consists of a drawing of a bird holding a French fry in its beak. To the right of the bird are the words "BIRD WITH FRY CORP".<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other meat or fish products [081125] | | | |
| 163. | Jurisdiction: US<br>Reg: 5535523<br>Serial: 87746178<br>The mark consists of the image of a flying owl.<br>Owls [031507]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 08/07/2018<br>Pub: 05/22/2018<br>Filed: 01/07/2018<br>First Use: 10/01/2017<br>Current Basis: Use | **025** clothing, namely, sweatshirts, t-shirts, baseball caps, socks, shirts, shorts, neckties and jackets | William Marsh Rice University<br>6100 Main Street<br>Houston TEXAS 77005<br>US<br>Attorney: Shannon T. Vale |
| 164. | **FARM CHIC GIRL**<br>Jurisdiction: US<br>Serial: 90865542 | Pending<br>Filed: 08/04/2021<br>First Use: 05/01/2019<br>Current Basis: Use; ITU | **003** organic soap bars<br>**025** hats; headwear; aprons; tops as clothing<br>**035** on-line retail store services featuring household goods, personal care items; apparel; customized gift boxes<br>**045** preparation of customized gift boxes | Justine Carr<br>7484 W. Teton Rd.<br>Tucson ARIZONA 85757<br>US<br>Attorney: Cher Sauer |

121

| | | | | |
|---|---|---|---|---|
| | The mark consists of a circle with a baby bird inside. The bird has a bow on it. Below the bird is "farm chic girl" in stylized font.<br>Chickens, hens, roosters [031503]<br>Ribbons, bows [090104]<br>Plain single line circles [260102] | | | |
| 165. ☆ | **MALZE' TREAL**<br>Jurisdiction: US<br>Reg: 4289357<br>Serial: 77947289<br>Translated: The wording "MALZE' TREAL" has no meaning in a foreign language.<br>The mark consists of a fly with the eyes in the shape of stars and numerous stars within each of the star shaped eyes; the wording "MALZE' TREAL" are featured to the left of the fly design.<br>More than one star with five points [010113]<br>Flies, mosquitos, ticks, fleas and mites [032309] | Registered<br>Affidavits: 8; 15<br>Reg: 02/12/2013<br>Pub: 07/27/2010<br>Filed: 03/01/2010<br>First Use: 04/01/2012<br>Current Basis: Use | **025** shirts; sweat shirts; tee shirts | Brown, William<br>5746 S. Honore Street<br>Chicago ILLINOIS 60636<br>US<br>Attorney: Daniel S. Kirshner |
| 166. ☆ | Jurisdiction: US<br>Reg: 5070249<br>Serial: 86980212 | Registered<br>Reg: 10/25/2016<br>Pub: 04/26/2016<br>Filed: 11/09/2015 | **016** general feature magazines<br>**025** clothing, namely, golf shirts, jackets, gloves<br>**036** residential real estate agency services; real estate services, namely, rental property management | Oconee Golf Company LLC<br>1000 Vista Drive<br>Greensboro GEORGIA 30642<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a flying duck within an oval.<br>Ducks, geese, swans [031506]<br>Plain single line ovals [260302] | First Use: 10/01/2015<br>Current Basis: Use | **037** real estate development<br>**039** marina services, namely, berthing, mooring, and storage; transportation services, namely, providing shuttle services for golfers<br>**041** country clubs; organization of golf tournaments; golf instruction; tennis instruction; providing recreation facilities; day camp services; education services, namely, providing classes, seminars and workshops in the field of cultural lifestyle experiences; providing on-line non-downloadable general feature magazines<br>**043** restaurant services | Attorney: Nadya M. Sand |
| 167. ☆ | Jurisdiction: US<br>Reg: 6178106<br>Serial: 88706793<br>The mark consists of an image of a flying eagle with outstretched wings.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Registered<br>Reg: 10/20/2020<br>Pub: 08/04/2020<br>Filed: 11/26/2019<br>First Use: 01/30/2018<br>Current Basis: Use | **012** fitted vehicle hood covers<br>**025** headwear for women; hooded sweatshirts for women; shirts for women; shoes for women; t-shirts for women<br>**044** providing in-person energy healing services; providing long-distance energy healing services | Bielecka, Martyna<br>6481 Atlantic Ave., Apt. 237N<br>Long Beach CALIFORNIA 90805<br>US<br>Attorney: Jarom J. Bergeson |
| 168. ☆ | Jurisdiction: US<br>Serial: 90808899<br>Citations: 3 0 | Pending<br>Filed: 07/02/2021<br>First Use: 06/01/2021<br>Current Basis: Use | **025** hats; shoes; socks; scarves; sneakers; sports jackets; sports jerseys; sports shoes; sports vests; basketball shoes; clothing, namely, shirts, pants, t-shirts, skirts, dresses, jackets, blouses; golf pants; shirts; skirts; running shoes | Lidan Zhang<br>138-18 Elder Avenue, FL2<br>Flushing NEW YORK 11355<br>US<br>Attorney: Xin Shi, Esq. |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a drawing in the shape similar to a flying arrow.<br>Other arrows [241525] | | | |
| 169. ☆ | Jurisdiction: US<br>Reg: 6086287<br>Serial: 88059848<br>The mark consists of a stylized goose flying in front of a stylized sun.<br>Sun, rising or setting (partially exposed or partially obstructed) [010501]<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 06/23/2020<br>Pub: 01/22/2019<br>Filed: 07/31/2018<br>First Use: 06/01/2019<br>Current Basis: Use | **025** apparel, namely, hats, t-shirts, sweatshirts | Wild Goose Holding Co., Inc.<br>260 West Baltimore Pike<br>Wawa PENNSYLVANIA 19063<br>US<br>Attorney: Douglas Panzer |
| 170. ☆ | **FOGGY DOCK OUTDOORS**<br>Jurisdiction: US<br>Serial: 90622470<br>Citations: 1 0<br>The mark consists of a circle made with the words "Foggy Dock Outdoors" in all capital letters. The words "Foggy" and "Dock" are on the top and going clockwise, and the word "Outdoors" is on the | Abandoned (Revivable)<br>Abandon: 05/25/2022<br>Filed: 04/03/2021<br>Current Basis: ITU | **025** hats; shirts and short-sleeved shirts; baseball caps and hats; camouflage shirts; hooded sweatshirts; hunting shirts | Sears, Benjamin<br>c/o Eric S. Thistle, P.O. Box 7030<br>Portland MAINE 04112<br>US<br>Attorney: Eric Thistle |

| | | | | |
|---|---|---|---|---|
| | bottom going counterclockwise. Inside the circle is a large capital "F" and a large capital "D" with flowing font. Within the "D" is a small flying bird.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Letters, numerals or punctuation forming or bordering the perimeter of a circle [260108] | | | |
| 171. ☆ | **FLY X NIGHT**<br>Jurisdiction: US<br>Serial: 90504127<br>Citations: 1 1<br>The mark consists of the stylized wording "FLY X NIGHT", with a dove replacing the letter "L" in "FLY", and a crescent moon and star replacing the "I" in "NIGHT" Below the foregoing are three doves.<br>A single star with five points [010103]<br>Partial moons, including half moons and crescent moons [011102]<br>Doves [031510]<br>Representations of animals or parts of animals forming letters or numerals, including punctuation [270303]<br>Representations of objects forming letters | Pending<br>Filed: 02/02/2021<br>Current Basis: ITU | **025** clothing, namely, shirts, sweatshirts, hats | moore, eugene<br>231 SURF DR<br>BRONX NEW YORK 10473<br>US |

| | | | | |
|---|---|---|---|---|
| | or numerals, including punctuation [270305] | | | |
| 172. ☆ | **AMERICAN EAGLE OUTFITTERS**<br>Disclaims: "OUTFITTERS"<br>Jurisdiction: US<br>Reg: 5093622<br>Serial: 86620660<br>Citations: 2 3<br>The mark consists of the words "AMERICAN EAGLE OUTFITTERS" below a flying eagle design.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 12/06/2016<br>Pub: 09/20/2016<br>Filed: 05/06/2015<br>First Use: 01/01/2013<br>Current Basis: Use | **025** shirts; fleece shirts; pants; boxer shorts | Retail Royalty Company<br>101 Convention Center Drive<br>10<br>Las Vegas NEVADA 89109<br>US<br>Attorney: Theodore R. Remaklus |
| 173. ☆ | Jurisdiction: US<br>Reg: 5163069<br>Serial: 86883193<br>Supplemental Reg.<br>The mark consists of duck flying perpendicular to horizon while its head remains level.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings | Registered<br>Reg: 03/14/2017<br>Filed: 01/22/2016<br>First Use: 09/01/2015<br>Current Basis: Use | **025** shirts | Sideways, LLC<br>6438 Deerfoot Crossing Dr.<br>Trussville ALABAMA 35173<br>US<br>Attorney: David Benton King |

| | | | | |
|---|---|---|---|---|
| | [031519] | | | |
| 174. ☆ | Jurisdiction: US<br>Reg: 5454429<br>Serial: 87235963<br>Citations: 0 1<br>The mark consists of fanciful flying dragon with extended wings and a long tail.<br>Dragons and griffons (half eagle, half lion) [040501] | Registered<br>Reg: 04/24/2018<br>Pub: 04/11/2017<br>Filed: 11/14/2016<br>First Use: 08/01/2017<br>Current Basis: Use | **025** articles of ladies', men's and children's clothing, namely, shirts, pants, denim pants, chino pants, jeggings, shorts, coats, petticoats, saris, kurtis, kurtas, stoles, polo shirts, tank tops, hoodies, jumpsuits, pullovers, shawls, skirts, stockings, suits, blazers, cuffs, dressing gowns, frocks, hosiery, jackets, jerseys, leggings, tights, pajamas, bathing suits, sweaters, swimsuits, tee-shirts, tights, trousers, turbans, belts, neckties, underclothing, underpants, underwear, uniforms, vests, waistcoats, gloves; footwear, namely, sandals, bath sandals, slippers, bath slippers, shoes, beach shoes, sneakers, jogging shoes, boots, pumps, loafers, and espadrilles; headgear in the nature of caps, hats, and headbands | Shehzad Rahim Saya<br>G-33, Block-06, P.E.C.H.S.<br>Karachi PK<br>Attorney: Harold L. Novick |
| 175. ☆ | **GURUJICOMIC**<br>Jurisdiction: US<br>Serial: 88486036<br>The mark consists of a curvy line representing a mountain top with two peaks, floating above which are two human figures, each sitting cross-legged in meditation lotus posture; the leftmost human figure has six beams of light radiating outward from it, while the rightmost figure has two flying birds to its right, with the word "GURUJICOMIC" | Published<br>Pub: 10/27/2020<br>Filed: 06/24/2019<br>Current Basis: ITU | **016** books, namely, comic books, books containing a compendium of comic strips, comic magazines, graphic novels, greeting cards, printed stories in illustrated and graphic form, art prints and posters, illustrated prints and posters, and drawing prints and posters<br>**025** casual clothing, namely, t-shirts, sweatshirts, shirts, long-sleeve pullover sweatshirts, hooded sweatshirts, jackets, coats, and hats<br>**035** online retail store services featuring books, namely, comics, comic books, books containing a compendium of comic strips, graphic novels, greeting cards, printed stories in illustrated and graphic form, art prints and posters, illustrated prints and posters, drawing prints and posters, and casual clothing, namely, t-shirts, sweatshirts, shirts, long-sleeve pullover sweatshirts, hooded sweatshirts, jackets, coats, and hats | 11460617 Canada Inc.<br>120 Catharine St<br>Belleville K8P1M5<br>CA<br>Attorney: Todd Braverman |

| | | | | |
|---|---|---|---|---|
| | underneath the design in stylized text.<br>Religious figures, men wearing robes, shepherds, monks and priests [020104]<br>Groups of males [020701]<br>Grotesque groups of men, women and/or children having human features [020726]<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Mountains, mountain landscapes [060104] | | | |
| 176. ☆ | **FLY SECRETS LIVE LIFE ABOVE**<br>Jurisdiction: US<br>Reg: 5894275<br>Serial: 88003675<br>The mark consists of the stylized wording "FLY SECRETS", with the wording featuring light shading with darker shading around the edges. The end of the letter "Y" in "FLY" is stylized to resemble a jet plane in flight, with speed lines depicted along the aircraft. Below "FLY SECRETS" and the jet plane design is the stylized wording "LIVE LIFE ABOVE".<br>Airplanes, including gliders, propeller and | Registered<br>Reg: 10/29/2019<br>Pub: 08/13/2019<br>Filed: 06/18/2018<br>First Use: 07/14/2017<br>Current Basis: Use | **025** belts; hats; jackets; jeans; shirts; skirts; skirts and dresses; socks; socks and stockings; ankle socks; blue jeans; collared shirts; denim jeans; dress shirts; graphic t-shirts; long-sleeved shirts; open-necked shirts; polo shirts; sport shirts; sports shirts; sweat shirts; t-shirts; tee shirts; tee-shirts; trouser socks; yoga shirts | Wright Christian M<br>107 Oxford Court<br>Richmond TEXAS 77469<br>US<br>Attorney: Francis John Ciaramella, Esquire |

| | | | | |
|---|---|---|---|---|
| | jet-powered planes, ultra lights [180901]<br>Lines depicting speed, propulsion, heat or wind [261707] | | | |
| 177. ☆ | **BAR FLY**<br>Jurisdiction: US<br>Reg: 5842247<br>Serial: 87902153<br>Citations: 0 1<br>The mark consists of a cartoon character of a fly sitting at a bar with a beer in one hand and a beer tap on the other side. There is a shaded circle behind the fly. Below the bar is the wording "BAR FLY" in stylized uppercase lettering where the end of the letter "Y" extends and underlines the wording.<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Costumed insects, spiders, and micro-organisms and those with human attributes [032326]<br>Tankards, glasses with handles, beer mugs, steins [110302]<br>Tables, including pool tables [120107]<br>Water turn-on valves, spigots, faucets [120304]<br>Circles that are totally or partially shaded. [260121] | Registered<br>Reg: 08/27/2019<br>Pub: 06/11/2019<br>Filed: 05/01/2018<br>First Use: 10/01/2017<br>Current Basis: Use | **025** clothing, namely, sweatshirts, long sleeve and short sleeve shirts, and hats | Ronne, Susan<br>41 Gurnet Road<br>Duxbury<br>MASSACHUSETTS 02332<br>US |

| | | | | |
|---|---|---|---|---|
| 178. ☆ | Jurisdiction: US<br>Reg: 5440439<br>Serial: 79206291<br>The mark consists of a design of a fuzzy bird in which the fuzzy body appears in shades of light blue and turquoise blue, as do the feathers atop the bird's head. The bird's feet are orange, as is the bird's beak. The bird's eyes have an orange outer ring, a ring in the colors brown and light brown inside of this, and the whites of the bird's eyes appear in the color white. The bird's eyes are shades of turquoise blue and light blue, with black pupils.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Costumed birds and bats and those with human attributes [031526]<br>Other supernatural, fictional or legendary characters Including: Witches, genies, Robin Hood, Paul Bunyan and other giants, the Pied Piper, and Wizards [040125] | Registered<br>Reg: 04/10/2018<br>Pub: 01/23/2018<br>Filed: 08/16/2016<br>Current Basis: Madrid | **043** services for providing food and drink; providing temporary housing accommodations; providing temporary accommodation; restaurant services; cafeterias; ice cream parlor services; hotels and hostels; boarding house services; providing temporary accommodation for tourists and holiday travelers; hotels; day-nursery services; providing day-care centers; providing elderly care facilities; accommodation bureau services, namely, booking of temporary accommodation and providing information in the field of temporary lodging and accommodations<br>**032** non-alcoholic beverages, namely, carbonated beverages, mineral and aerated waters, mineral and aerated flavored waters, drinking water, bottled water, spring water, flavored waters, coconut waters, fruit drinks and fruit juices, non-alcoholic fruit juice beverages, sparkling fruit juice beverages, non-alcoholic cider, vegetable juices, non-alcoholic beer, non-alcoholic wine, non-alcoholic cocktails; preparations for making beverages, namely, syrups, syrup substitutes for making beverages, syrups for making soft drinks, fruit-based syrup for making fruit juices and fruit drinks, non-alcoholic fruit extracts used in the preparation of beverages, and concentrates in tablet form for making effervescent soft drinks; juices, namely, herbal juices, fruit juices, aerated fruit juices; flavored carbonated beverages, namely, sodas, sarsaparilla soft drinks, cola drinks, cola beverages, carbonated non-alcoholic frozen flavored beverages; energy drinks; beverages, namely, coconut milk; beverages, namely, almond milk; non-alcoholic beverages, namely, peanut milk; rice-based beverages, other than milk substitutes; soya-based beverages, | Rovio Entertainment Corporation<br>Keilaranta 7<br>FI-02150 Espoo<br>FI<br>Attorney: Christine B. Redfield |

| | | | | |
|---|---|---|---|---|
| | | | other than milk substitutes; other non-alcoholic drinks, namely, energy shots, isotonic non-alcoholic drinks, sherbet beverages and lemonades; non-alcoholic cordials; orange squash<br>**025** footwear; hats; clothing, namely, shirts, jackets, pants, dresses, shorts, t-shirts, tank tops, jerseys, tights, stockings, leotards, unitards, body suits, leg warmers, leggings, socks, gloves, athletic uniforms, parkas, ponchos, beach cover-ups, overalls, swimwear, sweaters, sweat shirts with hoods, fleece pullovers, sweat suits, jogging suits, rain suits, ski wear, cycling shorts, slacks, jeans, men's and women's suits, vests, undergarments, muffs, shawls, stoles, blazers, coats, robes, sleepwear, suspenders, bandanas, and loungewear; sports shirts with short sleeves; menswear, namely, blazers, trousers, suits, jackets, and shirts; casual shirts; casual trousers; leisurewear, namely, leisure suits; clothing layettes; swimming trunks; sports clothing other than golf gloves, namely, cap visors, socks, sports bras, and athletic tops and bottoms for runners, yoga, and cycling; sportswear, namely, shorts, track suits, sports bras, sweat-absorbent underclothes, swim suits, tennis wear, jerseys; tops; coats and socks; tee-shirts; sweatpants; socks; shorts; slipovers; blousons; long jackets; long sleeve pullovers; printed t-shirts; shirts; loungewear; outer clothing for men, namely, coats, jackets, cloaks, ponchos, capes, and parkas; short-sleeve shirts; short-sleeved or long-sleeved t-shirts; trousers for children; children's wear, namely, dresses, jumpers, shirts, jackets, pants, shorts, t-shirts, tank tops, jerseys, tights, stockings, leotards, unitards, body suits, leg warmers, leggings, socks, gloves, athletic uniforms, parkas, | |

| | | | | |
|---|---|---|---|---|
| | | | ponchos, swimwear, sweaters, sweat shirts with hoods, fleece pullovers, sweat suits, jogging suits, rain suits, ski wear, slacks, jeans, vests, undergarments, sweaters, blazers, coats, robes, sleepwear, and loungewear, and cloth bibs; skirt suits; gloves; collared shirts; running suits; hooded sweatshirts; hooded tops; slacks; skirts; denim jeans; sweat shirts; sweat suits; denim jackets; sun hats; peaked headwear in the nature of cap peaks; caps with visors; bonnets; children's headwear; headwear in the nature of bonnets; headwear in the nature of sun visors; headwear in the nature of caps; footwear in the nature of pumps; football boots; footwear for men; canvas shoes; espadrilles; basketball sneakers; gym boots; children's footwear; running shoes; training shoes; leather shoes; footwear for women; slip-on shoes; booties; slippers; shoes with hook and pile fastening tapes; sandals; infants' footwear; beach shoes; cycling shoes; leisure shoes; costumes for use in children's dress up play and for use as halloween costumes<br>**021** cosmetic utensils, namely, cosmetic brushes, make up applicators in the nature of applicator sticks for applying make-up and make up brushes, shaving brushes, stands for shaving brushes, hair brushes and combs; toilet utensils, namely, toilet brushes and toilet sponges; bathroom articles, namely, bathroom pails, toilet paper holders, stands specially adapted for toothbrushes, and toothbrush cases; brushes, namely, brushes for cleaning footwear, cleaning brushes for household use, toothbrushes, nail brushes, and brushes for pets; brush-making materials; statues, figurines, plaques, and works of art made of porcelain, | |

| | | | | |
|---|---|---|---|---|
| | | | terra-cotta, or glass; tableware, namely, tea services and coffees services; cookware, namely, cooking pots and pans, glass dishes; containers for household or kitchen use; glasses, namely, drinking glasses and beverage glassware; drinking vessels; barware, namely, seltzer bottles, cocktail shakers, beverage glassware, coffee mugs, beer mugs, and earthenware mugs; serving dishes; household utensils, namely, dishes<br>**014** jewels; jewelry boxes and presentation boxes for watches; gemstones, pearls, and precious metals, and imitations thereof; ornaments in the nature of jewelry, ornamental lapel pins, personal ornaments in the nature of jewelry, holiday ornaments not tree ornaments, shoe jewelry, and hat jewelry made of or coated with precious or semi-precious metals or stones, or imitations thereof; statutes and figurines made of or coated with precious or semi-precious metals or stones, or imitations thereof; trinkets or fobs in the nature of key rings; trinkets coated with precious metals, namely, rings and key rings; key fob rings coated with precious metals<br>**009** animated cartoons recorded on pre-recorded video cassettes and digital media, namely, dvds, digital video discs, digital versatile discs, high definition digital discs, cd-rom discs, and downloadable audio and video recordings; audio recordings featuring music, fiction and nonfiction textual works, comedy, and recorded podcasts in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; | |

| | | | | |
|---|---|---|---|---|
| | | | audio visual recordings featuring music; images; motion picture films; animated cartoons; music videos; computer games; digital music downloadable from a computer database or the internet; downloadable electronic publications in the nature of books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; instruction manuals in downloadable electronic format; exposed cinematographic films; pre-recorded audio tapes featuring music, fiction and nonfiction textual works, comedy, and recorded podcasts in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; exposed film, namely, exposed camera film, exposed photographic film, and exposed slide films; digital music downloadable provided from mp3 internet web sites, namely, downloadable mp3 files and mp3 recordings from the internet and featuring music, fiction and nonfiction textual works, comedy, and recorded podcasts in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; holographic images, holographic displays, and holograms, all, namely, photographic recordings of a light field used to reconstruct and display a fully | |

| | | | | |
|---|---|---|---|---|
| | | | three-dimensional image of a subject or scene in space with coherent light, featuring animated cartoons; digital music downloadable from the internet; weekly publications downloaded in electronic form from the internet in the nature of books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, satire, art, general trivia, computer games, home video games, and animation; recorded discs bearing images featuring animated cartoons; downloadable graphics for mobile phones; downloadable musical sound recordings; downloadable music files; musical video recordings; talking books in the nature of audio books in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; phonograph records in the nature of sound recordings featuring music, fiction and nonfiction textual works, comedy, and recorded podcasts in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; recorded discs bearing sound, namely, dvds, digital video discs, digital versatile discs, high definition digital discs, and cd-rom discs featuring music, images, motion picture films, animated cartoons, music videos, and computer games; musical sound recordings; pre-recorded cd's featuring musical | |

| | | | | |
|---|---|---|---|---|
| | | | recordings; pre-recorded videos, namely, pre-recorded video cassettes and digital media, namely, dvds, digital video discs, digital versatile discs, high definition digital discs, cd-rom discs, and downloadable audio and video recordings featuring music, images, motion picture films, animated cartoons, music videos, and computer games; pre-recorded tape recordings, namely, audio tapes featuring music; downloadable electronic publications in machine-readable format, namely, books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; downloadable electronic publications in optically recorded format, namely, books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; downloadable electronic publications, namely, previously printed publications, that are now in electronically readable format, namely, books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; cinematographic films featuring | |

| | | | | |
|---|---|---|---|---|
| | | | animated cartoons; downloadable podcasts in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; computer documentation in electronic form, namely, downloadable documents in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation provided via a website; electronic publications, namely, books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation recorded on computer media; training manuals in the form of a computer program, namely, computer software comprising a training manual used for training purposes; exposed sensitized films, namely, sensitized cinematographic film, sensitized photographic film, and sensitized x-ray film; exposed photosensitive media films, namely, exposed slide film, exposed camera film, exposed cinematographic film, and exposed photographic film; exposed cinematographic film; video recordings, namely, musical video recordings and audiovisual video recordings featuring music, images, motion picture films, animation, and music videos; recorded data files, namely, downloadable electronic data files featuring audio, video, text, | |

binary, still images, graphics and multimedia files; computer game software; computer software for computer games, video games and processing digital images; electronic databases in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation recorded on computer media; computer game software downloadable via the internet; downloadable electronic game programs; downloadable computer game programs; computer game software, namely, downloadable video game programs; computer software programs for video games; computer video game software contained on cartridges for personal computers, home video game consoles, arcade-based video game consoles, slot machines, and video lottery terminals; recorded computer game programs; computer games, namely, computer game programs, computer programs for pre-recorded games, computer game software for use on mobile and cellular phones, interactive multimedia computer game programs, computer game software downloadable from a global computer network, the internet, and wireless devices; interactive video game programs; computer programs stored in digital form, namely, computer programs for using the internet and the world wide web; computer software for electronic publishing; personal computer application software for managing document control systems; computer software downloaded from the internet for games for mobile devices, games for personal computers, games for consoles, games for tablets, electronic game programs, downloadable

electronic game programs, downloadable computer game programs, interactive game programs, and interactive game software; interactive computer software for games for mobile devices, games for personal computers, games for consoles, games for tablets, electronic game programs, downloadable electronic game programs, downloadable computer game programs, interactive game programs, and interactive game software; interactive multimedia computer programs for games for mobile devices, games for personal computers, games for consoles, games for tablets, electronic game programs, downloadable electronic game programs, downloadable computer game programs, interactive game programs, and interactive game software; computer software for games for mobile devices, games for personal computers, games for consoles, games for tablets, electronic game programs, downloadable electronic game programs, downloadable computer game programs, interactive game programs, and interactive game software that permits games to be played; computer application software for mobile phones, portable media players, handheld computers, portable computers, and tablets, namely, software for games for mobile devices, games for personal computers, games for consoles, games for tablets, electronic game programs, downloadable electronic game programs, downloadable computer game programs, interactive game programs, and interactive game software; computer software for education featuring instruction in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign

languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; computer software for games for mobile devices, games for personal computers, games for consoles, games for tablets, electronic game programs, downloadable electronic game programs, downloadable computer game programs, interactive game programs, and interactive game software downloadable from global computer information networks; children's educational software; data recorded electronically, namely, computer programs recorded on data media designed for recreational game playing purposes; audio cassettes, namely, pre-recorded cassettes featuring music, fiction and nonfiction textual works, comedy, and recorded podcasts in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; compact discs featuring music, fiction and nonfiction textual works, comedy, and recorded podcasts in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; dvds, namely, pre-recorded dvds featuring music, images, motion picture films, animated cartoons, music videos, and computer games; electronic data carriers, namely, secure digital memory cards, flash drives, usb flash drives, usb cards featuring computer game software and computer game programs; pre-recorded compact discs featuring music, fiction and nonfiction

textual works, comedy, and recorded podcasts in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; information technology equipment, namely, computers and audiovisual equipment, namely, cameras and flashes for cameras, cases for cameras and photographic equipment, movie projectors, multimedia projectors, picture projectors, sound-reproducing apparatus, high definition televisions, and transmitting and receiving apparatus for radio and television broadcasting and for long-distance transmission; computer operating systems

**003** essential oils and aromatic extracts in the nature of perfumes; non-medicated toiletries; perfumery and fragrances; oral hygiene preparations, namely, dentifrices, toothpaste, and non-medicated mouthwash; body cleaning and beauty care preparations, namely, non-medicated soap, shower gels, facial and body scrubs, facial cleansers and skin cleansers in the nature of body cleansers, skin cleansers, non-medicated body soaks, non-medicated exfoliating preparations for skin, perfumed body powders, body creams and lotions, face creams and lotions, after-shave lotions, antiperspirants, deodorants for personal use, non-medicated sun care preparations, hair shampoo, hair conditioners, hair gels, hair creams, cosmetics, lotions for cosmetic purposes, nail polishes, nail varnishes, nail enamel, nail gel, nail glitter, false nails, adhesives for artificial nails, decorative fingernail decals for cosmetic purposes, nail cream, false eyelashes, hair dyes, hair

spray, beauty masks, make-up, makeup powder, make-up preparations, make-up removing preparations, baby oil, baby powder, baby bath gel and baby lotion, lip gloss, and non-medicated lip balm; cleaning preparations; fragrancing preparations, namely, perfuming sachets, air fragrancing preparations, and room fragrancing preparations

**016** disposable paper products, namely, paper cartons for delivering goods, paper lunch bags, advertising signs of paper, advertising signs of cardboard, art paper, bibs of paper, blank or partially printed paper labels, blank paper notebooks, lined and unlined writing pads, memo pads, notepads, book cover paper, business card paper, calendared paper, gift-wrapping paper, packaging in the nature of blister cards, paper towels, notebook paper, paper folders, paper envelopes for packaging, table cloths of paper, table linens of paper, paper napkins, toilet paper, boxes of cardboard or paper, gift boxes made of cardboard, cardboard cartons, cardboard containers, paper handkerchiefs, paper napkins for removing make-up, paper flags, paper banners, protective covers for notebooks, place mats and coasters of paper and cardboard, and disposable paper sheets for personal hygienic use in the nature of disposable headrest covers not for medical use; decoration materials, namely, paper party decorations, paper cake decorations, decorations of paper for lunch boxes and foodstuffs, decorative paper centerpieces, and party ornaments of paper; art materials, namely, paint brushes, water color paints, drawing ink, pastels, crayons, pencils, pens, chalk, artists' watercolor saucers, molds for modeling clays, blackboards, drawing boards, easels,

and canvas for painting; art media, namely, arts and crafts clay kits, arts and craft paint kits, coloring books, stencils for face painting, rubber marking stamps, temporary tattoo transfers similar to decals, stickers and sticker albums, blackboards and scrap books; pastes and adhesives for stationery or household purposes; printed matter, namely, note cards, greeting cards, books, booklets, printed periodicals, magazines including gaming magazines, manuals, newspapers, newsletters, journals, children's books, baby books, comic books, coloring and children's activity books, instructional and teaching materials, all in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; paper and cardboard; books in the field of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; stationery; educational supplies, namely, two-ring and three-ring binders, desk pencil holders, desk pencil stands, paper folders, calendars, paperweights, pencil sharpeners, electric pencil sharpeners, paper clips, thumb tacks and push pins, document folders, index cards, and school supply kits containing various combinations of selected school supplies, namely, writing instruments, pens, pencils, mechanical pencils, erasers, markers, crayons, highlighter pens, folders, notebooks, paper, protractors, paper clips, pencil sharpeners, writing grips, glue for stationery or household

purposes and book marks; works of art made of paper and cardboard; figurines of paper and cardboard, namely, papier-mâché figurines, and architects' models; bags, namely, paper bags, merchandise bags, grocery bags, paper party bags, party goodie bags of paper or plastic, plastic or paper bags for household use; articles for packaging made of paper, cardboard, or plastics, namely, cardboard boxes for packaging, paper bags for packaging, paper pouches for packaging, paper roll stock for packaging, padded paper envelopes for mailing or packaging, paper for wrapping and packaging, and storage containers and packaging containers made of paper or cardboard; articles for wrapping made of paper, cardboard, or plastic, namely, gift-wrapping paper, paper gift wrap bows, paper and plastic gift wrapping ribbons, food wrapping plastic film, sheets of cellophane paper for wrapping, and plastic packaging wrap for commercial or industrial use; articles for storage made of paper, cardboard, or plastics, namely, plastic food storage bags for household use and containers for storage or transport made of paper or cardboard; drawing materials, namely, pencils, pastels, crayons, ink for writing instruments, color pencils, markers, dry erase markers, permanent markers, and highlighting markers; drawing paper; arts and crafts equipment, namely, arts and crafts clay kits, colored craft and art sand, children's arts and crafts paper kits, and arts and craft paint kits; modelling equipment, namely, molds for modeling clays, modeling clay, and modeling clay for children

**018** walking sticks; luggage; bags in the nature of handbags, purses, fabric and leather pouches, coin purses, and cosmetic purses sold empty; wallets;

other carriers, namely, duffel bags, beach bags, backpacks, sports bags, diaper bags, briefcases, leather and canvas shopping bags, business card holders in the nature of card cases, leather briefcase-type portfolios, carry-all school bags, and tool bags of leather or imitations of leather sold empty; umbrellas; parasols

**024** fabrics for textile use; textile goods, namely, textile table linens, bedcovers and plastic table covers, bed canopies, individual place mats made of textile, tapestries of textiles, gift wrap of textile, textile wall hangings, fitted toilet seat covers made of fabrics, curtain tiebacks in the nature of textile curtain holders, and textile fabrics for use in making clothing and household furnishings; textile substitute materials made from synthetic materials; linens, namely, bed linens, bath linen, table linen, household linen, linen cloth, and kitchen linens; textiles made of flannel; textile tissues, namely, textile handkerchiefs; household textile articles, namely, towels, bed sheets, dish towels, kitchen towels, fabric place mats, bath mitts, fabric table runners, and cloth coasters; handkerchiefs of textile; household textiles, namely, textile fabrics for use in making clothing and household furnishings; textiles for furnishings, namely, furnishing and upholstery fabrics

**028** fairground apparatus, namely, amusement park rides, rollercoasters, and carousels; playground apparatus, namely, sand boxes, swing sets, slides for playgrounds, and playground sports training apparatus to improve strength, toning, conditioning, balance and proprioception, namely, pitching machines, ball return machines, electronic sports training simulators for

simulating defensive basketball plays and sports defense; festive decorations for christmas trees and artificial christmas trees; toys, namely, children's multiple activity toys, dolls, puppets, plush toys, soft dolls, teddy bears, toy figures and play sets consisting of action figures, attachable articles of clothing for toys, rocking horses, bathtub toys, ride-on toys, balls for sports, yo-yos, balls for games, playground balls, rubber balls, mah-jong sets, marbles for games, toy vehicles, electric toy vehicles, toy scooters, toy air pistols, toy building blocks, water squirting toys, and magnetic toy figurines attachable to mobile phones; games, namely, action skill games, action target games, arcade-type electronic education video games, board games, card games, building games, educational card games, electronic educational game machines for children, hand held units for playing electronic games other than those adapted for use with an external display screen or monitor, promotional game cards, puzzle games, and video game consoles for use with an external display screen or monitor; playthings, namely, puppet theatres, beanbags in the form of playthings, dolls' beds, dolls' clothes, dolls' houses, and dolls' rooms; novelties, namely, toy and novelty face masks, toy foam novelty items, namely, foam fingers and hands, and novelty vampire teeth; sporting articles and equipment, namely, tennis balls, footballs, soccer balls, baseballs, volleyballs, tennis rackets, table tennis rackets, paddle rackets for use in paddle ball games, badminton rackets, squash rackets, sailboards, skateboards, snowboards, skis, waterskis, roller skates, ice skates, floats for bathing and swimming, dumb-bells, elbow guards being sport articles for athletic use, knee guards

being sport articles for athletic use, archery sets, bocce ball sets comprised of bocce balls, spring boards and golf ball dispensers, golf bags, golf clubs, golf gloves, and gloves for games and sports, namely, baseball gloves, golf gloves, boxing gloves, hockey gloves, bowling gloves, and football gloves; video game apparatus, namely, video game joysticks, video game consoles, handheld units for playing video games other than those adapted for use with an external display screen or monitor, and hand-held units for playing electronic games for use with external display screen or monitor; balloons; fabric toys, namely, stuffed and plush toys; carnival caps, namely, plastic party hats and paper party hats; face masks being playthings; children's multiple activity toys; children's bicycles for use other than for transport; board games; kites; toy hats, namely, toy pirate hats and toy costume hats; toy tableware; playing balls; toy sporting apparatus, namely, toy game balls, paddles for use in paddle ball games, outdoor activity game equipment sold as a unit comprising sports balls, baseball bats, bases, basketball goals, soccer goals, hockey goals, hockey sticks, for playing games; toy vehicles with transforming parts; toys simulating objects used by adults in day to day activity, namely, toy watches, toy telephones, toy cell phones, toy computers, toy television sets, toy bakeware and cookware, toy knives, toy forks, toy spoons, toy pots and pans, toy bowls, toy rolling pins, toy spatulas, toy tea sets, toy cosmetics, toy makeup, toy non-electric shaver, toy keys, toy banks, toy drones, toy furniture, and toy jewelry; battery-operated action toys; toy figurines, namely, modeled plastic toy figurines and attachable, wearable, magnetic

toy figurines; counters for games; scale model vehicles; miniature car models in the nature of toy model cars and playthings, namely, toy model kit cars; inflatable toys; building games; sports games, namely, target games, action skill games, horseshoe games, and paddle ball games

**030** processed grains; starches, namely, food starch; baking preparations and yeasts, namely, yeast, baking powders, and food flavorings other than essential oils; ice; ice creams; frozen yogurts; sorbets; coffee and coffee substitutes; teas and tea substitutes; cocoa and cocoa substitutes, namely, cocoa, cocoa powder, and cocoa mixes; bakery goods; confectioneries, namely, frozen confectioneries, chocolate confections, confectionery made of sugar, yogurt covered nuts, confectionery chips for baking, pastilles, crystal sugar pieces and jelly confections; chocolate; desserts, namely, dessert mousse, ice cream desserts, and dessert puddings; sugars and natural sweeteners; sweet coatings, namely, frosting; fillings for cakes in the nature of buttercream, caramel, chocolate, pudding, and custard; bee products in the nature of honey; salt; food seasonings; food flavorings, other than essential oils; condiments, namely, sauces, ketchup, mustard, salsas, and dipping sauces; pastries; cakes; tarts; biscuits; chocolates; foodstuffs, namely, confectionery products containing cocoa as the main ingredient; confectionery in frozen form

**041** publishing, namely, publishing books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign

languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; reporting, namely, photographic reporting, news syndication reporting, and editorial reporting services; education services, namely, conducting classes, on-line classes, seminars, and workshops, all in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; entertainment services, namely, conducting contests, the creation, development, and production of cinematographic films, animation and animated films, and television programs for others, providing facilities for and arranging entertainment, namely, concerts, cabarets, circuses, shows featuring comedy, live musical performance, theatrical performances, exhibitions in the fields of art, education, culture, sports and entertainment, sports competitions, sporting and cultural activities, and live performances showcasing talent, live show performances, sports tournaments, games, recreation activities and cultural activities in the nature of hunting, fishing, cultural shows, and cultural dance exhibitions, all for entertainment purposes; sports services, namely, conducting sports camps, rental of sports equipment, except vehicles, and organizing sports events, namely, swimming meets, soccer competitions, baseball competitions, football competitions, volleyball competitions, golf competitions, tennis competitions, and hockey competitions; translation and interpretation services; news reporting services; news program services,

namely, providing current event news via a global computer network, photographic reporting, news syndication reporting, and editorial reporting services; publishing of stories, namely, novels, short stories in printed book and electronic book form, children's stories in printed book and electronic book form, animal stories in printed book and electronic book form, and family oriented stories which are recorded by family members and put into electronic book form to preserve their heritage; publication of printed matter; publication of the editorial content of sites accessible via a global computer network; publishing of electronic publications; providing electronic non-downloadable publications in the nature of books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; providing on-line non-downloadable electronic publications, in the nature of books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; publication of texts; on-line publication of non-downloadable electronic books and journals; providing online non-downloadable comic books and graphic novels; providing on-line non-downloadable general feature magazines; music publishing services; music recording services, namely,

production of sound and music video recordings; on-line publishing services, namely, online electronic publishing of books and periodicals, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets; publication and editing of printed matter; publication of printed matter relating to education; publication of educational books; publication of educational teaching materials, namely, publication of educational texts, books, instruction manuals, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets; publication of instructional literature, namely, publication of musical texts, books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets; publication of printed matter; publication of newspapers, periodicals, catalogs, and brochures; publication of books; consultation services relating to the publication of books; publishing services for books and magazines; publication and editing of books; publication of electronic books and journals on-line; electronic desktop publishing; publication of books relating to entertainment; electronic publishing of the text of others on cd, dvd, on-line, and high definition digital discs, and downloadable audio and video recordings from the internet featuring animation, music, fiction and nonfiction textual works on a variety of topics, and comedy; provision of non-downloadable electronic publications, in the nature of books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy,

art, general trivia, computer games, home video games, and animation; publication of electronic magazines; entertainment, namely, live performances by a musical band; arranging of visual entertainment, namely, entertainment services in the nature of live visual performances by actors, singers, dancers, and comedians; arranging of visual and musical entertainment, namely, namely, musical, variety, news and comedy shows; organization of recreational activities, namely, organizing community festivals featuring a variety of activities, namely, art exhibitions, heritage markets, and ethnic dances; provision of recreational events, namely, organizing community festivals featuring primarily sporting events, art exhibitions, ethnic dance performances, dance performances, ice dancing performances, plays, musical performances, and magic shows and also providing flea markets, dinners, lunches, food tasting, and wine tasting; providing recreational areas in the nature of play areas for children; providing online information in the field of entertainment via the internet and via computer databases; entertainment services in the nature of an amusement park show; entertainment, namely, conducting carnivals; provision of entertainment services through the media of video-films, namely, movie showings and planning and conducting a series of film festivals; provision of entertainment services through the media of publications, namely, magazine publishing, book publishing, music publishing, and electronic book rental via the internet; amusement centers; production of shows in the nature of operas, television shows, plays, live dance shows, and live music shows;

entertainment, education and instruction services, namely, providing motivational and educational speakers; video entertainment services, namely, providing video podcasts, producing videos, filming videos, directing videos, editing videos, all in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; exhibition of video films, namely, movie showings and providing a website for entertainment purposes featuring on-line non-downloadable videos about fictional stories, computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; provision of facilities for recreational activities in the nature of skiing, hunting, fishing, providing recreational camps for children, providing play facilities for children, providing fitness and exercise facilities, arranging and conducting canoe expeditions for recreational purposes, arranging and conducting jungle and safari expeditions for recreational purposes, providing sports facilities, providing swimming pools, and providing horseback riding facilities for recreational purposes; providing facilities for leisure activities, namely, arranging and conducting fishing tournaments, golf tournaments, music concerts, and theater shows, and providing information in the field of leisure activities, namely, hunting, fishing, swimming, surfing, and bowling; sporting and cultural activities, namely, organizing sporting events, namely, triathlons and golf

tournaments; computer services, namely, providing on-line computer games, and entertainment services in the nature of video game amusement services, namely, providing temporary use of non-downloadable video games; providing information on-line relating to computer games and computer enhancements for games; providing on-line information in the field of computer gaming entertainment; television entertainment, namely, television news shows; entertainment services in the nature of an ongoing reality based television program; entertainment services in the nature of an ongoing fictional television show in the field of children's entertainment; entertainment services in the nature of an ongoing television game show; entertainment services in the nature of an ongoing animated television show featuring cartoons; providing theme park services; theatre entertainment, namely, theater productions; theatre services, in the nature of ticket reservation and booking services for recreational and leisure events, namely, music concerts, theater shows, and live dance performances; entertainment in the nature of theatre productions; adventure playground services, namely, providing amusement parks and provision of children's playgrounds at service stations; popular entertainment services, namely, personal appearances by a movie star, sports celebrity, and fictional character; provision of online computer games; providing online non-downloadable game software accessible by means of computer terminals and mobile telephones; provision of on-line entertainment, namely, providing an on-line virtual environment for trading virtual sports trading cards and tokens, providing online video games,

and providing online reviews of movies, books, music, and computer games; on-line gaming services, namely, providing online video and computer games and entertainment services, namely, providing temporary use of non-downloadable interactive games; electronic games services provided from a computer database, namely, providing information on-line through a computer database in the field of computer games; musical entertainment services, namely, organization of exhibitions for musical entertainment; entertainment services in the nature of live performance of music and singing by a singer and musical band; children's adventure playground services, namely, arranging and conducting live, interactive, treasure hunt game adventures; organization of cultural events; entertainment services in the nature of organizing social entertainment events; organization of sporting competitions; organization of balls; providing non-downloadable computer games via the internet; electronic game services, namely, provision of computer games by means of the internet; electronic game services and competitions provided by means of the internet; amusement and theme park services; organizing of shows, namely, fashion shows, circus shows, laser shows, and game shows for entertainment purposes; film distribution; cinematographic entertainment services, namely, rental of cinematographic machines and apparatus, motion picture film production, film and video production consulting services, and film editing; distribution of motion picture films; rental of motion pictures; live entertainment in the nature of live music concerts, dance performances, magic performances, and theatrical performances; cinema presentations,

in the nature of planning arrangement of showing movies; electronic games services provided from a computer database, namely, providing online electronic games by means of the internet; electronic games services, namely, provision of computer games on-line or by means of a global computer network; entertainment services in the form of ongoing television programs in the field of musical, variety, news and comedy shows; entertainment services, namely, production of motion pictures; entertainment services for producing live television shows; entertainment services in the form of cinema performances, namely, provision of cinema facilities and movie showings; provision of entertainment services through the media of audio tapes, namely, production of audio recordings; provision of entertainment services through the media of television, namely, production of television programs; entertainment in the form of recorded music, namely, production of musical sound recordings; provision of entertainment services through the media of cine-films, namely, production and distribution of movies; electronic online publication of periodicals and books in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; arranging of games, namely, arranging and conducting triathlon, cycling, walking, and running events; organization of games and sports competitions; educational services, namely, adult training in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign

languages, writing, geology, phonics, sports, music, film, comedy, art, general trivia, computer games, home video games, and animation; training in the field of electronic data processing; education and instruction, namely, providing classes in the field of computer literacy; arranging and conducting conferences in the field of sporting events, art exhibitions, animal exhibitions, dance performances, ice dancing performances, plays, musical performances, and magic shows; providing facilities for sports and physical fitness training; video production, production of audio recording, and photography; training in the field of electronics; provision of education courses in the field of electronics; english language education services, namely, language schools featuring the english language; arranging training courses, namely, conducting classes in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; education services for imparting language teaching methods, namely, providing classes in the field of language teaching skills; provision of language schools featuring french, spanish, german, finnish, swedish, english, chinese, japanese, and arabic, and provision of language courses, namely, language instruction, language translation, and language interpreting; organization of language courses, namely, conducting after-school foreign language tutoring programs; provision of information on employment training; professional consultancy relating to education, namely, providing consultation concerning education options to pursue career opportunities;

educational advisory services, namely, providing advice concerning education options to pursue career opportunities; organizing of educational games, namely, spelling competitions and educational card games; providing computer-delivered educational testing and assessments; provision of day-care educational units, namely, providing nursery schools for children; educational testing; provision of training and education, namely, providing classes in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; training consultancy, namely, business training consultancy services; provision of education courses, namely, providing classes in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; training and further training consultancy, namely, business training consultancy services; organization of training courses in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; provision of training courses in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; development of educational materials, namely,

publication of educational textbooks; dissemination of printed educational material for others, namely, educational textbooks, books, magazines, journals, articles, comic books, cartoon strips, newsletters, and pamphlets in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; arranging teaching programs, namely, conducting educational programs in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; provision of acting, sports, physical fitness, animation, and film production training facilities; education services relating to the development of children's intellectual faculties, namely, teaching at elementary schools, providing classes and camps for children in the fields of animation, film production, acting, music, art, comedy, computer games, and video games; education services relating to computers, namely, providing classes in the field of computer science and computer literacy; education services relating to computer systems, namely, providing classes in the field of computer science and computer literacy; education services, namely, conducting educational courses, seminars and workshops, in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; educational services

provided for children, namely, providing after school educational programs for children in grades k-12; educational services provided for teachers of children, namely, teacher training in the field of teaching methods, class room conflict resolution, animation, computer game programs, and film production, provided on a real-time basis during classroom instruction; training in the operation of software systems; training in the development of software systems; training in the design of software systems; educational services, namely, training of teachers in the field of teaching methods, class room conflict resolution, animation, computer game programs, and film production and courses of instruction provided on a real-time basis during classroom instruction at the undergraduate, graduate and post-graduate level; teacher training services, namely, teacher training in the field of teaching methods, class room conflict resolution, animation, computer game programs, and film production provided on a real-time basis during classroom instruction; providing classes in the field of data processing and computing; school courses relating to study assistance, namely, providing school courses in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; training in the use of data processing programs; provision of educational instruction, namely, providing classes and workshops, in the field of data processing; training services in the field of computer-aided design; providing computer-assisted courses of instruction, namely, providing on-

line classes and workshops in the fields of computer literacy, spelling, reading, math, social studies, science, geography, language arts, foreign languages, writing, geology, phonics, music, film, comedy, art, general trivia, computer games, home video games, and animation; educational instruction, namely, providing training in the use of computers; educational instruction, namely, providing training in the development of computers; educational services, namely, providing classes and workshops for the provision of training in the use of computers; provision of computer related training courses, namely, providing training in the field of computer science and computer literacy; provision of education courses relating to computers, namely, providing classes in the field of computer science and computer literacy; organization of computer related training courses, namely, providing training classes in the field of computer science and computer literacy; training services relating to computers, namely, providing training in the field of computers; computer education training; training in the operation of computerized systems; educational training services in the field of computer systems; computer training, namely, training in the use of computers; computer education training services; training in the development of computer programs; training in the operation of computer programs; training in the design of computer programs; provision of educational instruction, namely, providing classes and workshops in the field of computer programming; training in the field of computer programming; computerized training in the field of career counselling; training in the field of computer techniques; provision of courses of instruction in

| | | | | |
|---|---|---|---|---|
| | | | the management of information technology, namely, providing classes in the field of information technology management; training services in the field of the use of information technology; educational services relating to information technology, namely, providing classes in the field of information technology; sporting education services, namely, providing classes in the field of sports; sporting and recreational activities, namely, organizing sporting events, namely, swimming meet, soccer competition, football competition, volleyball competition, baseball competition, tennis competition, skiing competition, surfing competition, and water polo competition; tutoring services in the field of sports, personal coaching services in the field of sports, and sports instruction services; recreation and training services, namely, physical fitness training services; film production for entertainment purposes; production and distribution of motion pictures; production of entertainment in the form of television programs; production of entertainment in the form of sound recordings; animation production services; animation production services in the nature of creating animated cartoons; production of animated television programs for distribution on television and cable television systems; audio, film, video and television recording services | |
| 179. ☆ | **H-SUN PHOENIX BIRD**<br>Jurisdiction: US<br>Serial: 97405969<br>Translated: The wording "H-SUN Phoenix bird" has no meaning in a foreign language. | Pending<br>Filed: 05/11/2022<br>First Use: 04/10/2022<br>Current Basis: Use | **025** babushkas; bonnets; children's headwear; clothing items, namely, blindfolds worn over the eyes; earmuffs; gilets; headbands incorporating headphones; men's socks; outdoor gloves; scarfs; sleep masks incorporating headphones; sport stockings; sweat-absorbent stockings; tee shirts; thermal socks | WUHAN H-SUN RESOURCES CO., LTD<br>No.401-267,4F,Area A,No.777, Guanggu 3rd Road,Hubei Free Trade Zone, Wuhan, 430223<br>CN |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized English wording "H-SUN Phoenix bird" and a graphic sun bird above.<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | Attorney: Adedamola Itoro Fakunle |
| 180. ☆ | Jurisdiction: US<br>Reg: 5941543<br>Serial: 88190171<br>The mark consists of a fly rod used for fishing inside of a feather.<br>Feathers [031702]<br>Fishing rods, tackle, nets, hooks and lures [210308] | Registered<br>Reg: 12/24/2019<br>Pub: 10/08/2019<br>Filed: 11/12/2018<br>First Use: 12/01/2017<br>Current Basis: Use | **025** coats; hats; jackets; pants; shirts; shoes; shorts; socks<br>**041** fishing guide services; on-line journals, namely, blogs featuring information regarding fly fishing; providing a website featuring blogs and non-downloadable publications in the nature of social media posts in the field(s) of fly fishing; providing a website featuring information about hunting and fishing; providing information on recreational fishing; providing information on recreational fishing hotspots; providing information on recreational fishing, namely, where to find certain kinds of fish for fishing purposes | Indian Summer Flyfish, LLC<br>1759 E Gregson Ave. Salt Lake City UTAH 84106<br>US<br>Attorney: Casey W. Jones |
| 181. ☆ | **DISCMANIA**<br>Disclaims: "DISC"<br>Jurisdiction: US<br>Reg: 4887177<br>Serial: 79156108<br>Citations: 1 0 | Registered<br>Reg: 01/19/2016<br>Pub: 11/03/2015<br>Filed: 04/30/2014<br>Current Basis: Madrid | **009** compact discs, dvds and other digital recording media, namely, prerecorded audio and video discs, digital audio tapes, and cd-roms all featuring action adventure movies, and sports; computer software, namely, computer programs featuring game programs; sunglasses; downloadable electronic publications in the nature of books, magazines, brochures in the field of disc golf and disc golf tournaments; goggles for sports; protective masks, not for medical purposes | Innova Champion Europe Oy<br>PL 25<br>FI-33731 Tampere FI |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized wording "DISC MANIA" as well as the depiction of a flying golf target and shield. The wording "DISC" appears above the wording "MANIA" which appears above the depiction of the flying disc golf target. The wording "DISC MANIA" as well as the depiction of a flying disc golf target are all surrounded by the depiction of a shield.<br>Nets for sports, such as basketball and tennis nets [210309]<br>Golf balls and golf tees [210316]<br>Shields or crests with figurative elements contained therein or superimposed thereon [240102] | | **018** trunks and travelling bags; umbrellas and parasols; trunks luggage; briefcases; key bags; garment bags for travel; handbag frames; hand bags; casual bags, namely, purses, backpacks and shoulder bags; bags for climbers, namely, backpacks, bags for climbers in the nature of all-purpose carrying bags; cases, of leather or leather board; all-purpose carrying bags for campers; leatherware, namely, travelling bags; tool bags of leather, empty; gym bags<br>**025** headgear, namely, hats, caps, head scarves, skull caps; underwear; pants; undershirts; camisoles; parkas; skirts; shoulder wraps; pelerines; scarves; gloves; sports shoes; short-sleeve shirts; topcoats; shirts; jackets; beach shoes; sandals; socks; tee-shirts; jackets<br>**028** electronic targets; flying discs; golf gloves; golf bags, with or without wheels; golf clubs; golf accessories, namely, pitch mark repair tools; quoits; gloves for games, namely, golf gloves, softball gloves, baseball gloves; discuses for sports; cricket bags, namely, bags specially designed to hold cricket equipment; board games; balls for games; accessories for games, namely, batting gloves; targets; bats for games; strings for rackets; sports articles, namely, men's athletic supporters; toy mobiles; sports articles, namely, shin guards; nets for sports; cases adapted for sporting articles, namely, cases specially adapted for sports equipment<br>**038** telecommunications, namely, providing access to telecommunication networks, data transmission and reception services via telecommunication means; telecommunication services, namely, electronic bulletin board services; | |

| | | | | |
|---|---|---|---|---|
| | | | provision of on-line forums, namely, on-line forums for transmission of messages, pictures and data among computer users; chat room forums for social networking, namely, providing on-line chat rooms for transmission of messages, pictures and data among computer users concerning the sport of disc golf; television broadcasting; on-line communication services, namely, providing on-line communications links which transfer the web site user to other local and global web pages; digital communications services, namely, communications via digital computer terminals, electronic transmission of messages over digital networks | |
| 182. ☆ | **FLY CROOKED**<br>Jurisdiction: US<br>Reg: 4463579<br>Serial: 85699340<br>The mark consists of the stylized words "fly crooked" with an image of a plane.<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901]<br>Lines depicting speed, propulsion, heat or wind [261707] | Registered<br>Affidavits: 8; 15<br>Reg: 01/07/2014<br>Pub: 04/09/2013<br>Filed: 08/09/2012<br>First Use: 08/28/2012<br>Current Basis: Use | **021** insulating sleeve holders for beverage cans<br>**025** hats; shirts; t-shirts | CHANTILLY MARKS, LLC<br>355 N. Queen St. Kinston NORTH CAROLINA 28501<br>US<br>Attorney: David W. Sar |
| 183. ☆ | **WATERFLY**<br>Jurisdiction: US<br>Reg: 5295373<br>Serial: 87327964<br>Translated: The wording | Registered<br>Reg: 09/26/2017<br>Pub: 07/11/2017 | **025** after ski boots; anklets; athletic footwear; athletic shoes; athletic uniforms; briefs; caps being headwear; fishing vests; fishing waders; gloves; hats; hiking boots; | LI, CONG<br>RM 905,BLDG 1,PLATINUM HOLIDAY APARTMENT HAICHENG ROAD, XIXIANG, BAO'AN DISTRICT |

| | | | | |
|---|---|---|---|---|
| | "WATERFLY" has no meaning in a foreign language.<br>The mark consists of the wording "WATERFLY" in stylized font, beneath a stylized fly design.<br>Two ovals [260313]<br>Curved lines, bands or bars [261709] | Filed: 02/08/2017<br>First Use: 10/21/2016<br>Current Basis: Use | pants; polo shirts; shoes; ski gloves; ski masks; ski suits; ski wear; socks | SHENZHEN, GUANGDONG, CN |
| 184. ☆ | **FM**<br>Jurisdiction: US<br>Serial: 97306943<br>The mark consists of shapes forming letters FM representing the logo for fly maintenance.<br>Miscellaneous designs with overall quadrilateral shape [261328]<br>Straight lines, bands or bars [261701]<br>Vertical lines, bands or bars [261704]<br>Diagonal lines, bands or bars [261706]<br>Geometric figures forming letters or numerals, including punctuation [270301] | Pending<br>Filed: 03/11/2022<br>First Use: 02/28/2018<br>Current Basis: Use | **025** wearable garments and clothing, namely, shirts | FORD, ORRAN ONEIL<br>1423 sheffield street pittsburgh PENNSYLVANIA 15233<br>US |
| 185. | **OOLIVUPF**<br>Jurisdiction: US | Registered | **025** boots for sport; cyclists' jerseys; gloves as clothing; jackets; knitwear, | Li Jiankun |

| | | | | |
|---|---|---|---|---|
| ☆ | Reg: 5540634<br>Serial: 87752521<br>Translated: The wording "OOLIVUPF" has no meaning in a foreign language.<br>The mark consists of the stylized wording "OOLIVUPF" appearing below a designed of "flying wings".<br>Wings [031701]<br>Curved lines, bands or bars [261709] | Reg: 08/14/2018<br>Pub: 05/29/2018<br>Filed: 01/11/2018<br>First Use: 11/02/2017<br>Current Basis: Use | namely, shirts, dresses, sweaters.; raincoats; scarfs; shirts; skirts; sleepwear; slippers; sports jerseys; sweat-absorbent underwear; sweaters; swimming trunks; t-shirts; trousers; underskirts; vests | Rm2203, No.8, Longting 2 li,<br>Jimei Dist.,<br>Xiamen, Fujian 361021<br>CN |
| 186. ☆ | Jurisdiction: US<br>Serial: 90880288<br>The mark consists of of a flying dove with an olive branch in its beak.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other branches with leaves, with or without fruit [050310] | Published<br>Pub: 06/21/2022<br>Filed: 08/12/2021<br>First Use: 11/26/2016<br>Current Basis: Use | **025** clothing, namely, hats, shirts, sweatshirts, and sweatpants | MARTIN, THOMAS<br>3412 WOODCREST CT. COLUMBIA TENNESSEE 38401<br>US<br>Attorney: Gazal Pour-Moezzi |
| 187. | **BIRD & BEAR**<br>Jurisdiction: US | Registered | **025** hats; hosiery; neckties; shoes; tee-shirts; clothing, namely, cowls and | Beijing Youbiao Technology Co., Ltd. |

| | | | | |
|---|---|---|---|---|
| ☆ | Reg: 6408854<br>Serial: 90249981<br>The mark consists of the stylized words "BIRD & BEAR" under a bird standing on the back of a bear.<br>Other bears (including polar bears or grizzly bears but not including teddy bears in 21.01.11) [030114]<br>Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Reg: 07/06/2021<br>Pub: 04/20/2021<br>Filed: 10/12/2020<br>Current Basis: Foreign Registration | smoke ring scarves; clothing, namely, knee warmers; clothing, namely, wrap-arounds; girdles; gloves as clothing; shower caps; sleep masks; women's clothing, namely, shirts, dresses, skirts, blouses | Building 17, No. 3, Yanjingli Middle St.<br>Chaoyang, Beijing 100025<br>CN<br>Attorney: Jonathan G. Morton |
| 188. ☆ | **PFHNX**<br>Jurisdiction: US<br>Reg: 6373482<br>Serial: 88319146<br>The mark consists of A bird made of three lines with wings on both sides of the bird and the wings are made out of 5 lines with a 5 point crown on top of the bird and the name "PFHNX" under the bird.<br>Flames [011503] | Registered<br>Reg: 06/01/2021<br>Pub: 07/16/2019<br>Filed: 02/27/2019<br>First Use: 03/15/2021<br>Current Basis: Use | **025** apparel for dancers, namely, tee shirts, sweatshirts, pants, leggings, shorts and jackets; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; gloves for apparel | Mason, Brittany Marcy<br>640 West State Street Apt.603<br>640 West State Street Apt.603<br>Trenton NEW JERSEY 08618<br>US |

| | | | | |
|---|---|---|---|---|
| | Flames emanating from objects, numbers or words [011515]<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Costumed birds and bats and those with human attributes [031526]<br>Wings [031701]<br>Phoenix (legendary bird) [040505]<br>Crowns open at the top [241102]<br>Wavy lines, bands or bars [261702] | | | |
| 189. ☆ | **52 FLY**<br>Jurisdiction: US<br>Serial: 97451894<br>The mark consists of a black fly with the numbers 52 in the middle. | Pending<br>Filed: 06/09/2022<br>Current Basis: ITU | **025** t-shirts | Rodney Coston<br>PO Box 3002<br>Salisbury MARYLAND 21804<br>US |
| 190. ☆ | **I STATE**<br>Jurisdiction: US<br>Reg: 4066363<br>Serial: 85274564<br>The mark consists of a walking stylized bird with the wording "I | Registered<br>Renewal: 03/15/2022<br>Affidavits: 8; 15<br>Reg: 12/06/2011<br>Pub: 09/20/2011<br>Filed: 03/23/2011<br>First Use: 10/21/2010<br>Current Basis: Use | **025** clothing, namely, t-shirts, tops, sweatshirts, skirts, dresses, knit shirts, blouses, sweaters, tank tops, beachwear, loungewear, undergarments, jerseys, vests, caps, hats, belts, pants, shirts, gloves, mittens, ties, suspenders, scarves, socks, ponchos, jackets, coats, rainwear, knitted coats and sweaters, bandannas, jogging and warm-up suits, athletic jerseys, head wear and painters caps, children's and infant clothing, namely, nightshirts, pajamas and baby bunting; footwear, namely, shoes, sandals, boots, and sneakers | Iowa State University of Science and Technology<br>515 Morrill Rd, 3550 Beardshear Hall<br>Ames IOWA 500112045<br>US |

| | | | | |
|---|---|---|---|---|
| | STATE" on the chest of the bird<br>Other birds [031525]<br>Costumed birds and bats and those with human attributes [031526] | | **041** educational services, namely, providing courses of instruction at the college level; organizing intramural, intercollegiate and exhibition athletic and sporting events, namely, basketball, cross country, football, track and field, golf, gymnastics, soccer, softball, swimming and diving, tennis, volleyball, wrestling, archery, badminton, ballroom dance, baseball, bass anglers, boxing, bowling, broomball, canoe and kayak, crew, cricket, curling, cycling, disk golf, dodge ball, euchre, equestrian, fencing, flag football, flying, foosball, hapkido, judo, ice hockey, karate, kumdo, lacrosse, martial arts, motocross, motorcycle, mountaineering and climbing, paintball, 9-ball pool, racquetball, rodeo, rugby, running, sailing, nordic ski, ski and snowboarding, skateboarding, table tennis, tae kwon do, trap and skeet, triathlon, playing flying disk games, water polo, water-ski, weight lifting, and other related sports; providing dramatic theatrical and musical floor shows provided at performance venues; entertainment in the nature of live musical performances; entertainment in the nature of live theatrical performances; providing college level educational courses | |
| **191.** ☆ | Jurisdiction: US<br>Reg: 5282775<br>Serial: 87226636<br>The mark consists of a side view of a flying | Registered<br>Reg: 09/05/2017<br>Pub: 03/28/2017<br>Filed: 11/04/2016<br>First Use: 04/30/2017<br>Current Basis: Use | **025** sleepwear | Chill Angel LLC<br>35 Valverdant Circle<br>Steamboat Springs COLORADO 80487<br>US |

| | | | | |
|---|---|---|---|---|
| | angel surrounded by a circle.<br>Angels, winged personages, including cherubs and cupids; humans or animals with halos [040102]<br>Incomplete circles (more than semi-circles) [260103] | | | |
| **192.** ☆ | **GIRLS GOLF**<br>Disclaims: "GIRLS GOLF"<br>Jurisdiction: US<br>Reg: 3260173<br>Serial: 78731594<br>Citations: 2 1<br>The mark consists of the words GIRLS GOLF and a depiction of a bird. The color light pink appears in the bird's body; the color dark pink appears in the wording GIRLS GOLF, the bird's eye, the bird's wing and in the bird's breast feathers; the color orange appears in the bird's feet and beak.<br>Stylized birds and bats [031524] | Registered<br>Renewal: 09/28/2016<br>Affidavits: 8; 15<br>Reg: 07/10/2007<br>Pub: 04/24/2007<br>Filed: 10/12/2005<br>First Use: 08/01/2005<br>Current Basis: Use | **025** women's golf apparel, namely, shirts, pants, shorts, dresses, skirts, hats, belts, socks, sweaters, scarves, vests, jackets, gloves, coats and footwear | girls golf, LLC<br>639 Bennington Dr.<br>Bloomfield Hills MICHIGAN 48304<br>US<br>Attorney: Susan M. Kornfield |
| **193.** ☆ | **CHASIN' QUAIL**<br>Jurisdiction: US<br>Serial: 97089062 | Pending<br>Filed: 10/22/2021<br>Current Basis: ITU | **016** stickers; bumper stickers; decals and stickers for use as home decor; holographic stickers; personalized stickers; removable stickers; reusable stickers; stickers; vehicle bumper stickers; wall stickers<br>**021** drinkware; insulating sleeve holder for beverage cups; insulating | Chasin'Quail LLC<br>10415 Bitter Creek Dr NW<br>Albuquerque NEW MEXICO 87114<br>US<br>Attorney: Jerome W. Boston, Esq. |

| | | | | |
|---|---|---|---|---|
| | The mark consists of A cartoon quail (bird) walking, and underneath the bird are the words, "CHASIN' QUAIL".<br>Pheasants, peacocks, quail [031512]<br>Stylized birds and bats [031524] | | sleeve holders for beverage cans; insulating sleeve holder for bottles<br>**025** beanies; bras; footwear; hats; headwear; scarves; socks; sweaters; t-shirts; underwear; bottoms as clothing; gym shorts; hoodies; jackets; sleep pants; sports bras; sweat pants; tops as clothing | |
| **194.** ☆ | **DRIFIRE**<br>Jurisdiction: US<br>Reg: 5057332<br>Serial: 86722073<br>The mark consists of a design of a bird containing the word "DRIFIRE" across the center of the bird.<br>Phoenix (legendary bird) [040505] | Registered<br>Reg: 10/11/2016<br>Pub: 07/26/2016<br>Filed: 08/12/2015<br>First Use: 02/01/2012<br>Current Basis: Use | **009** specialized protective clothing, namely, high performance, fire retardant and moisture wicking clothing<br>**024** fabrics, namely, knitted fabrics; mixed fiber fabrics; polyester fabrics; rayon fabrics; synthetic fiber fabrics; woven fabrics; fire-resistant fabrics used in the manufacture of apparel; moisture management fabrics used in the manufacture of apparel; cotton fabrics; nylon fabrics; fabrics used in the manufacture of protective apparel<br>**025** boxer shorts, bras, underwear briefs, underclothes, undergarments, t-shirts, shirts, sweatshirts, jackets, pants, coveralls, and head covers, namely, hats, hoods and headbands | NATIONAL SAFETY APPAREL, INC.<br>15825 INDUSTRIAL PARKWAY<br>CLEVELAND OHIO 44135<br>US<br>Attorney: Julie R. Fenstermaker |
| **195.** ☆ | Jurisdiction: US<br>Serial: 97296069<br>The mark consists of bird. | Pending<br>Filed: 03/04/2022<br>Current Basis: ITU | **012** aircraft; equipment; parts; components; structures; materials; avionics; model aircraft; apparel; hats; shirts; cups; design; engineering; manufacture; assembly; certifying; research; development; testing; training; maintenance; management; operations; consulting; business development; marketing; retailer; wholesaler; supplier; distributor | Phenix Solutions, Inc.<br>PO Box 900<br>Kalama WASHINGTON 98625<br>US<br>Attorney: Mark Shkolnik |

| | | | | |
|---|---|---|---|---|
| | Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| **196.** ☆ | Jurisdiction: US<br>Reg: 5905449<br>Serial: 87763765<br>Supplemental Reg.<br>The mark consists of a six-legged, caped fly with large eyes and no wings. The cape extends past its body and contains a symbol loosely resembling a diamond shape towards the top, near the head of the fly.<br>Other insects [032325]<br>Costumed insects, spiders, and micro-organisms and those with human attributes [032326]<br>Mythological beings, superbeings, ghosts, aliens [040107]<br>Diamonds that are completely or partially shaded [260721] | Registered<br>Reg: 11/05/2019<br>Pub: 06/12/2018<br>Filed: 01/21/2018<br>First Use: 12/01/2016<br>Current Basis: Use | **016** posters; stickers; art prints on canvas<br>**024** curtains; cushion covers; duvet covers; shower curtains; tapestries of textile; towels; beach towels; bed blankets<br>**025** baby bodysuits; baby bottoms; baby tops; beanies; dresses; hats; hooded sweatshirts; leggings; shirts; skirts; socks; sweaters; t-shirts; tank-tops; ties as clothing; tunics; graphic t-shirts; short-sleeved or long-sleeved t-shirts | Patch, Mark H<br>12611 Foxburo Drive<br>Houston TEXAS 77065<br>US |
| **197.** ☆ | **LUKE AND LULU**<br>Jurisdiction: US<br>Reg: 6157363<br>Serial: 88814228<br>Citations: 0 1 | Registered<br>Reg: 09/22/2020<br>Pub: 07/07/2020<br>Filed: 02/28/2020<br>First Use: 08/01/2015 | **025** clothing, namely, shirts and dresses | Perfect Pairz<br>12201 NW 35th St. Unit 321<br>Coral Springs FLORIDA 33065<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized wording "LUKE AND LULU", with two stylized birds appearing above the wording. The birds appear facing each other, with one bird resting on the letter "K" in "LUKE", and the other bird resting on the first letter "L" in "LULU".<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Letters or numerals, including punctuation, forming representations of animals or parts of animals [270102]<br>Representations of animals or parts of animals forming letters or numerals, including punctuation [270303] | Current Basis: Use | | |
| **198.** ☆ | **P ST. PETER'S FLY SHOP**<br>Disclaims: "FLY SHOP"<br>Jurisdiction: US<br>Reg: 3351394<br>Serial: 77137113<br>Citations: 0 2<br>The mark consists of the letter "P" displayed on a table encircled by a | Registered<br>Renewal: 01/05/2018<br>Affidavits: 8; 15<br>Reg: 12/11/2007<br>Pub: 09/25/2007<br>Filed: 03/21/2007<br>First Use: 08/15/1992<br>Current Basis: Use | **025** clothing, namely, caps, shirts, pants, sweaters, jackets, and fishing vests<br>**035** retail store, on-line retail store and mail order services featuring fly fishing products and clothing<br>**028** fishing equipment; tackle boxes; nets; fly boxes | ST. PETER'S FLY SHOP, LLC<br>202 REMINGTON STREET<br>FORT COLLINS COLORADO 80524<br>US<br>Attorney: Luke Santangelo |

| | | | | |
|---|---|---|---|---|
| | fishing line and fly, above the wording "ST. PETER'S FLY SHOP".<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Rectangles inside another rectangle [261120]<br>Rectangles that are completely or partially shaded [261121] | | | |
| **199.** ☆ | Jurisdiction: US<br>Serial: 90708891<br>The mark consists of the image of a bird wearing a hat that is shown just above the bird's head.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Costumed birds and bats and those with human attributes [031526]<br>Men's narrow-brimmed hats, including fedoras and derbies [090510] | Published<br>Pub: 03/08/2022<br>Filed: 05/13/2021<br>Current Basis: ITU | **003** fragrances; perfumery; beauty soap; essential oils; fragrance sachets; scented room sprays; skin soap<br>**004** candles<br>**021** beverageware; cups; dishware; drinkware; barware, namely, seltzer bottles; beverage glassware; beverage stirrers; bottle openers; bottles; sold empty; insulating sleeve holders for beverage cans<br>**025** footwear; hats; headwear; nightwear; raincoats; shirts; shorts; skiwear; swimwear; belts; infant wear; jackets; neck scarves<br>**036** lease of real estate; real estate agency services; real estate brokerage; real estate consultancy; real estate services, namely, rental of vacation homes; rental of real estate<br>**043** rental of banquet and social function facilities for special occasions, namely, wedding receptions, birthday parties and private functions | Baron & Belle, LLC<br>PO Box 626<br>Los Olivos CALIFORNIA 93441<br>US<br>Attorney: C. BRANDON BROWNING |
| **200.** ☆ | Jurisdiction: US<br>Reg: 4634139<br>Serial: 86155207 | Registered<br>Affidavits: 8; 15<br>Reg: 11/04/2014 | **025** clothing, namely, button-up shirts, t-shirts, hats, belts, shoes, socks, sweatshirts, sweaters, jeans, pants, swim trunks, suits, sport coats, and jackets | Ace Rivington, Inc.<br>1136 Calle Lagunitas<br>Carpinteria CALIFORNIA 93013<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a design of a biplane flying right.<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901] | Pub: 05/13/2014<br>Filed: 12/31/2013<br>First Use: 12/23/2013<br>Current Basis: Use | | Attorney: David Schnider |
| **201.** ☆ | Jurisdiction: US<br>Reg: 6029461<br>Serial: 87108052<br>The mark consists of a stylized bird design resembling a phoenix. The stylized bird appears above a downward-facing angle.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Phoenix (legendary bird) [040505]<br>Other mythological or legendary animals [040525]<br>Plain single line triangles [260502]<br>Chevrons and angles [261712] | Registered<br>Reg: 04/07/2020<br>Pub: 12/27/2016<br>Filed: 07/18/2016<br>First Use: 11/26/2019<br>Current Basis: Use | **025** clothing, namely, t-shirts, sweatshirts, hooded sweatshirts, jackets, headwear | NINTENDO OF AMERICA INC.<br>4600 150TH AVENUE NE<br>REDMOND WASHINGTON 98052<br>US<br>Attorney: Jerald E. Nagae, Reg. No. 29,418 |
| **202.** ☆ | Jurisdiction: US<br>Serial: 97361710 | Pending | **025** hats; pants; socks; sweatpants; sweatshirts; t-shirts; athletic apparel, | Strength Of A Robinson, LLC |

| | | | | |
|---|---|---|---|---|
| ☆ | The mark consists of a flying pelican facing to the right with its wing spread.<br>Sea birds (including gulls and pelicans) [031509]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Filed: 04/13/2022<br>First Use: 01/09/2021<br>Current Basis: Use | namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; button down shirts; children's and infant's apparel, namely, jumper coveralls, overall sleepwear, pajamas, rompers and one-piece garments; graphic t-shirts; hooded sweatshirts | 4801 Golden Leaf Lane<br>Augusta GEORGIA 30906<br>US<br>Attorney: Granison Eader |
| **203.** ☆ | **ANNGOTI**<br>Jurisdiction: US<br>Serial: 90864467<br>The mark consists of a stylized flying ribbon above the wording " ANNGOTI " in a italic font.<br>Ribbons, bows [090104] | Pending<br>Filed: 08/04/2021<br>First Use: 06/20/2021<br>Current Basis: Use | **025** hats; headwear; pants; sashes; scarves; shoes; skirts; socks; swimsuits; underwear; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; footwear; gloves including those made of skin, hide or fur; top coats; visors being headwear; yoga pants | HE XIANWU<br>Rm22602, Jia'nan House No.378 Wenyixi Rd, Xihu Dist.<br>Hangzhou 310012<br>CN<br>Attorney: Abraham Lichy |
| **204.** ☆ | Jurisdiction: US<br>Reg: 4997667<br>Serial: 86827585 | Registered<br>Reg: 07/12/2016<br>Pub: 04/26/2016<br>Filed: 11/20/2015<br>First Use: 08/25/2015<br>Current Basis: Use | **025** clothing, namely, shirts, hats, jackets, pants, and shorts | Salute Ventures, Inc.<br>7110 S. Angel Way<br>Meridian IDAHO 83642<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a star with an eagle flying to the right through it.<br>Incomplete stars [010111]<br>Eagles [031501] | | | |
| **205.** ☆ | Jurisdiction: US<br>Reg: 5674247<br>Serial: 87955083<br>The mark consists of silhouette of a fly and fish skeleton with a fish hook.<br>Skeletons, skulls, andbones of fish, birds, reptiles, insects, dinosaurs [031305]<br>Stylized fish, whales, seals and sea lions [031924]<br>Other fish [031925]<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Stylized insects, spiders and micro-organisms [032324]<br>Fishing rods, tackle, nets, hooks and lures [210308] | Registered<br>Reg: 02/12/2019<br>Pub: 11/27/2018<br>Filed: 06/08/2018<br>First Use: 06/06/2018<br>Current Basis: Use | **025** clothing, namely, shirts, pants, hats, jackets, vests, sweatshirts; swimwear; underwear; shorts; beachwear; sleepwear; belts; pullovers; sweaters; hoodies; outerwear, namely, shirts, pants, hats, jackets, vests, sweatshirts | Laguardia, Larry<br>12131 Village Circle W<br>Brighton COLORADO 80603<br>US<br>Attorney: Alexandra Summers |
| **206.** ☆ | Jurisdiction: US<br>Reg: 5383135<br>Serial: 86567047<br>Citations: 0 1 | Registered<br>Reg: 01/23/2018<br>Pub: 04/18/2017<br>Filed: 03/17/2015<br>Current Basis: Foreign Registration | **021** drinking vessels; drinking glasses; drinking cups; drinking bottles; paper cups<br>**030** coffee and tea; cocoa; sugar; rice; tapioca; flour; processed cereal-based food to be used as a breakfast food, snack food or ingredient for making other foods; bread and pastry; frozen confections; honey; spices; waffles; husked and flaked oats; cocoa based | MOF Operadora S.A. DE C.V.<br>Prol. Calz Madero #1904<br>Santa Rosa Panzacola<br>Oaxaca 68010<br>MX<br>Attorney: Lindy M. Herman |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the image of a girl with a butterfly flying over her head.<br>Heads, portraiture, busts of children not in profile [020501]<br>Girls [020504]<br>Stylized children, including children depicted in caricature form [020524]<br>Butterflies, moths [032301]<br>Circles as carriers or as single line borders [260101] | | beverages; chocolate based beverages; sweetmeats; chocolate; candy; natural sweeteners; frozen yogurt; fruit ice; ice cream; ice milk bars; fruit ice bars; ice cream bars; ice cubes<br>**032** mineral and aerated waters; non-alcoholic beverages, namely, nonalcoholic carbonated beverages, beverages containing fruit juice, beverages with tea flavor, cider, cocktail mixes, cocktails, cordials, fruit juice beverages not containing dairy, honey based beverages, malt beverages, sparkling fruit juice beverages not containing dairy, fruit drinks, fruit juice, syrups for making fruit-flavored drinks, all of the aforementioned not containing alcohol<br>**025** clothing, namely, pants, shirts; t-shirts; polo shirts; sweaters; hoodies; headgear, namely, hats, caps<br>**029** meat, fish, poultry and game, not live; meat extracts; preserved; frozen; dried; cooked vegetables; frozen fruits; dried fruits; preserved fruits; jellies and jams; compotes; eggs; milk; milk products excluding; ice cream; ice milk; frozen yogurt; edible oils and fats; nut-based snack foods<br>**043** providing of food and drink; cafés; cafeterias; snack bars; ice cream parlors | |
| **207.** ☆ | **YF YUNG FLY FASHION**<br>Jurisdiction: US<br>Serial: 97271836 | Pending<br>Filed: 02/17/2022<br>Current Basis: ITU | **025** hats; t-shirts; jeans; hoodies; dress shirts; pants; track suits; shoes; gym shoes; socks; belts | YUNG FLY FASHION LLC<br>39170 Plumbrook Drive<br>Farmington Hills MICHIGAN 48331<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized design of a Y and F in the design in circular form with a hand stylized in the words "Yung Fly" below the circle design. The word "Fashion" is below the words "Yung Fly".<br>Hands, fingers and arms [021107]<br>Two concentric circles [260117]<br>Circles that are totally or partially shaded. [260121] | | | |
| **208.** ☆ | **EAGLEFISH**<br>Jurisdiction: US<br>Reg: 6011760<br>Serial: 88428277<br>The mark consists of a stylized image of a flying fish and the word "eaglefish".<br>Other fish [031925] | Registered<br>Reg: 03/17/2020<br>Pub: 12/31/2019<br>Filed: 05/13/2019<br>First Use: 10/29/2003<br>Current Basis: Use | **025** (based on use in commerce) shirts for babies, adults, men, women(based on intent to use) headwear for babies, adults, men, women; hoodies; jackets | Eaglefish, LLC<br>15506 SPRING MEADOW LANE<br>Granger INDIANA 46530<br>US |
| **209.** ☆ | **FLYING DOG**<br>Jurisdiction: US<br>Reg: 4747734<br>Serial: 86422767<br>Citations: 0 1<br>The mark consists of the words "FLYING DOG" below a design | Registered<br>Affidavits: 8; 15<br>Reg: 06/02/2015<br>Pub: 03/17/2015<br>Filed: 10/14/2014<br>First Use: 01/01/1996<br>Current Basis: Use | **025** clothing, namely, shirts, t-shirts, pants, hats, and caps<br>**032** beer | FLYING DOG BREWERY, LLC<br>4607 WEDGEWOOD BOULEVARD<br>FREDERICK MARYLAND 21703<br>US<br>Attorney: Jonathan R. Wachs |

| | | | | |
|---|---|---|---|---|
| | depicting a pair of wings.<br>Wings [031701] | | | |
| **210.** ☆ | **FLY KIDZ**<br>Disclaims: "KIDS"<br>Jurisdiction: US<br>Serial: 90349325<br>The mark consists of the words "FLY KIDZ" in stylized letters and a stylized design of a fly wearing sunglasses and shoes with two hands with the thumbs up and two hands with two fingers out in the peace sign.<br>Hands, fingers and arms [021107]<br>Hands and fingers forming the following: handshake, finger pointing, fingers walking, OK sign, and thumbs up or thumbs down. [021114]<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Costumed insects, spiders, and micro-organisms and those with human attributes [032326]<br>Eyeglasses, eyeglass frames, sunglasses, goggles and safety goggles [160307]<br>Peace symbol [241720] | Published<br>Pub: 05/03/2022<br>Filed: 11/30/2020<br>Current Basis: ITU | **025** clothing, namely, tops, bottoms, shirts and dresses | BLOUNT, CALVIN<br>4230 Rhawn St<br>philadelphia PENNSYLVANIA 19136<br>US |
| **211.** ☆ | **FLY 18**<br>Jurisdiction: US<br>Serial: 97138895 | Pending<br>Filed: 11/23/2021 | **025** clothing, namely, shirts, pants, jackets, shoes, belts, hats, dresses, sweaters, sweatshirts | JACOBO LEVY JALIFE |

| | | | | |
|---|---|---|---|---|
| ☆ | The mark consists of the stylized words "FLY 18" written directly below a stylized helicopter propeller.<br>Propellers of all kinds, ventilators, blowers, turbines [150105] | Current Basis: ITU | | JOSï¿½ MARï¿½A IZAZAGA<br>107 INT. LOCAL B Y C<br>MEXICO CITY 06080<br>MX<br>Attorney: Adriano Pacifici |
| **212.** ☆ | Jurisdiction: US<br>Reg: 4307207<br>Serial: 79110515<br>The mark consists of a stylized, left-facing bird. The body of the bird is in the shape of a horizontal teardrop, with a white oval on the left hand side to designate the bird's head.<br>Chickens, hens, roosters [031503]<br>Stylized birds and bats [031524] | Registered<br>Reg: 03/26/2013<br>Pub: 01/08/2013<br>Filed: 02/01/2012<br>Current Basis: Madrid | **024**<br>**010** apparatus, articles, devices, aids and models for medical, orthopedic and rehabilitative purposes, namely, ramps, socks, sleepwear, braces, ankle foot orthoses, pressure saddles, footwear, sandals, cushions, padding, soles, supports, walkers, plaster casts, splints, devices to stretch and exercise the toes and feet, orthopedic and rehabilitative devices for diagnostic and therapeutic use; orthopedic articles, devices, aids and models, namely, ramps, socks, sleepwear, braces, ankle foot orthoses, pressure saddles, footwear, sandals, cushions, padding, soles, supports, walkers, plaster casts, splints, devices to stretch and exercise the toes and feet, devices for diagnostic and therapeutic use; orthopedic braces; orthopedic footwear; physical exercise apparatus for medical, orthopedic and rehabilitative purposes; physical training apparatus relating to medical, orthopedic or rehabilitative purposes; pressure saddles and pads for medical, orthopedic and rehabilitative purposes; including parts and fittings for the aforesaid goods<br>**025** clothing, namely, socks, vests, t-shirts, sleep wear, sleep suits; | C-Pro Direct Ltd<br>Unit 2 Black Robins Farm<br>Grants Lane Edenbridge<br>Kent TN8 6QP<br>GB<br>Attorney: Edwin H. Keusey |

| | | | | |
|---|---|---|---|---|
| | | | footwear; headgear, namely, hats, caps | |
| **213.** ☆ | **PECKERWOODS MC PFFP**<br>Disclaims: "MC" AND "PFFP"<br>Jurisdiction: US<br>Reg: 3751098<br>Serial: 77469535<br>2(f) claim<br>Citations: 2 0<br>The mark consists of a bird wearing a vest with the letters "PFFP" on it. The bird is also wearing jeans and boots with a buckle and a hole appearing on the bird's right foot. The bird is showing teeth and running with a piston in its left hand.<br>Ducks, geese, swans [031506]<br>Costumed birds and bats and those with human attributes [031526]<br>Jackets, vests, coats, cloaks, capes [090301]<br>Trousers, slacks, shorts, bloomers [090302]<br>Boots, including hiking and cowboy boots and galoshes (overboots) [090701]<br>Other bottles, jars or flasks, including cookie jars [190925]<br>Plain single line squares [260902] | Registered<br>Renewal: 08/21/2020<br>Affidavits: 8<br>Reg: 02/23/2010<br>Pub: 12/08/2009<br>Filed: 05/08/2008<br>First Use: 06/11/1999<br>Current Basis: Use | **025** clothing, namely, shirts, hats, visors, vests, jackets | PECKERWOODS MOTORCYCLE CORPORATION CLUB U.S.A. INC.<br>11439 El Nopal<br>Lakeside CALIFORNIA 92040<br>US<br>Attorney: Christopher J. Day |

| | | | | |
|---|---|---|---|---|
| | Plain single line rectangles [261102]<br>Rectangles with one or more curved sides [261125] | | | |
| **214.** ☆ | **LITTLE BIRD VINTAGE DESIGNS**<br>Disclaims: "VINTAGE DESIGNS"<br>Jurisdiction: US<br>Reg: 3865142<br>Serial: 77647383<br>Citations: 0 5<br>The mark consists of the wording "LITTLE BIRD VINTAGE DESIGNS" and a design featuring a stylized bird on a branch, in which the bird is in profile and has a heart on its breast.<br>Hearts [021101]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other branches with leaves, with or without fruit [050310] | Registered<br>Renewal: 01/05/2021<br>Affidavits: 8; 15<br>Reg: 10/19/2010<br>Pub: 11/17/2009<br>Filed: 01/12/2009<br>First Use: 01/31/2010<br>Current Basis: Use | **024** bed blankets; blanket throws; children's blankets; receiving blankets<br>**025** body shirts; knit shirts; long-sleeved shirts; night shirts; open-necked shirts; polo shirts; rompers; rugby shirts; short-sleeved or long-sleeved t-shirts; short-sleeved shirts; sleep shirts; sport shirts; sweat shirts; t-shirts; tee shirts; wearable garments and clothing, namely, shirts; yoga shirts | Berios, Grace<br>416 Cliffside Dr.<br>San Antonio TEXAS 78231<br>US<br>Attorney: James D. Rosenblatt |
| **215.** ☆ | Jurisdiction: US<br>Reg: 5267275<br>Serial: 87051010 | Registered<br>Reg: 08/15/2017<br>Pub: 10/18/2016<br>Filed: 05/26/2016<br>First Use: 04/01/2017<br>Current Basis: Use | **014** jewelry<br>**020** pillows<br>**025** clothing, namely, dresses, skirts, pants, shorts, tops, blouses | Cristina Lynch<br>Suite #203<br>6445 Cedar Springs Road<br>Dallas TEXAS 75208<br>US<br>Attorney: Michele P. Schwartz |

| | | | | |
|---|---|---|---|---|
| | The mark consists of bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | | | |
| **216.** ☆ | Jurisdiction: US<br>Reg: 6053774<br>Serial: 87766475<br>The mark consists of stylized bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 05/12/2020<br>Pub: 06/12/2018<br>Filed: 01/23/2018<br>First Use: 01/15/2020<br>Current Basis: Use | **025** clothing, namely, shirts, sweatshirts and hats<br>**018** bags, namely, backpacks, dry bags and hunting bags | CASL Industries, LLC<br>PO Box 1280<br>Clayton CALIFORNIA 94517<br>US<br>Attorney: Brian Beverly |
| **217.** ☆ | Jurisdiction: US<br>Reg: 5740702<br>Serial: 87647632<br>The mark consists of RIGHT-SIDE SILHOUETTE OF A BEE FLYING WITH WINGS POINTED BACKWARDS SIMULTANEOUSLY.<br>Bees, wasps, hornets [032306] | Registered<br>Reg: 04/30/2019<br>Pub: 02/27/2018<br>Filed: 10/16/2017<br>First Use: 08/04/2018<br>Current Basis: Use | **025** hats; t-shirts; baseball caps and hats; button-front aloha shirts; graphic t-shirts; short-sleeved or long-sleeved t-shirts; sports caps and hats | WILLIAMS, JR EARL L<br>16918 DARIEN WING<br>SAN ANTONIO TEXAS 78247<br>US |
| **218.** ☆ | **AZAD**<br>Jurisdiction: US<br>Reg: 4108644<br>Serial: 85378476 | Registered<br>Affidavits: 8; 15 | **025** beanies; belts for clothing; bikinis; head scarves; headbands; headbands for clothing; hooded sweatshirts; ladies' underwear; men's underwear; | Pirasteh, Arrash<br>2346 Hopkins Drive<br>Plano TEXAS 75025<br>US |

| | | | | |
|---|---|---|---|---|
| | Translated: The English translation of AZAD in the mark is FREEDOM.<br>Citations: 0 2<br>The mark consists of stylized griffon in a flying like position above the stylized terms "AZAD".<br>Dragons and griffons (half eagle, half lion) [040501]<br>Winged horses, including Pegasus [040503] | Reg: 03/06/2012<br>Pub: 12/20/2011<br>Filed: 07/22/2011<br>First Use: 03/01/2010<br>Current Basis: Use | pants; scarves; short-sleeved or long-sleeved t-shirts; shorts; socks; swimsuits; t-shirts; underwear | |
| 219. ☆ | **RAVEN 23**<br>Jurisdiction: US<br>Serial: 97415259<br>The mark consists of the image of a bird taking flight, its wings over its head in a "V" shape. The bird is placed over a large circle that sits beneath the bird. To the right of the bird and within the circle is the Text "Raven" which has the larger text "23" below it.<br>Birds or bats in flight or with outspread wings [031519] | Pending<br>Filed: 05/17/2022<br>Current Basis: ITU | **021** cups and mugs<br>**025** footwear; headwear; bottoms as clothing; tops as clothing | Dustin Heard<br>P.O. Box 23<br>Olney TEXAS 76374<br>US<br>Attorney: Monica Martinez |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524]<br>Other birds [031525]<br>Plain single line circles [260102] | | | |
| 220. ☆ | **BIRD CREEK TRD MRK ESTB XX17 BURGER CO.**<br>Disclaims: "TRADEMARK", "ESTB XX17" AND "BURGER CO."<br>Jurisdiction: US<br>Reg: 5681407<br>Serial: 87531698<br>Citations: 0 3<br>The mark consists of the wording "BIRD CREEK BURGER CO." and "ESTB" and "XX17" positioned in a circular manner around a stylized bird sitting on a branch; rays emanate from the bird within the circle; the wording "TRD" and "MRK" stacked on two lines appears to the left of the bird, inside the circle.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other branches with leaves, with or without fruit [050310]<br>Letters, numerals, punctuation, geometric figures, objects, humans, plants or animals comprising a circle [260111] | Registered<br>Reg: 02/19/2019<br>Pub: 02/20/2018<br>Filed: 07/18/2017<br>First Use: 10/02/2017<br>Current Basis: Use | **025** clothing, namely, shirts<br>**043** restaurant and bar services | Tanglefoot Restaurants, LLC<br>6 South Main Street<br>Temple TEXAS 76501<br>US<br>Attorney: Christiane S. Campbell |

| | | | | |
|---|---|---|---|---|
| | Straight lines, bands or bars [261701]<br>Horizontal lines, bands or bars [261705]<br>Diagonal lines, bands or bars [261706] | | | |
| 221. ☆ | Jurisdiction: US<br>Reg: 5803577<br>Serial: 88031807<br>The mark consists of a stylized bird with outstretched wings and eyes, with a crosshair design above and behind the bird design.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other optical apparatus instruments or equipment, including gun sights or cross-hairs [160325] | Registered<br>Reg: 07/16/2019<br>Pub: 04/30/2019<br>Filed: 07/10/2018<br>First Use: 07/22/2016<br>Current Basis: Use | **041** providing combat training using light-emitting simulated firearms; providing training in the use of firearms using light-emitting simulated firearms; providing facilities for combat training in the use of firearms using light-emitting simulated firearms; organization of sporting competitions in the field of combat training using light emitting simulated forearms; firearm training using light-emitting simulated firearms; entertainment services, namely, live action laser tag games using light-emitting simulated firearms; organization of entertainment, combat training and sporting competitions in the field of simulated combat using light-emitting simulated firearms<br>**025** clothing, namely, hats, caps, shirts, jackets, pants, gloves, vests, footwear, uniforms and headbands | EAST WEST WISCONSIN, LLC<br>4170 ASHFORD DUNWOODY ROAD SUITE 375<br>ATLANTA GEORGIA 30319<br>US<br>Attorney: Mathew E. Corr |
| 222. ☆ | **PEACES OF HOPE**<br>Jurisdiction: US<br>Reg: 4598737<br>Serial: 86049852<br>The mark consists of "PEACES OF HOPE" in | Registered<br>Affidavits: 8<br>Reg: 09/02/2014<br>Pub: 03/25/2014<br>Filed: 08/28/2013<br>First Use: 05/01/2014<br>Current Basis: Use | **025** caps; jeans; t-shirts | HARTFIELD, DOROTHY<br>6445 LOVE DR. APT. 2023<br>IRVING TEXAS 75039<br>US |

| | | | | |
|---|---|---|---|---|
| | a puzzle icon held by a flying dove.<br>Doves [031510]<br>Birds or bats in flight or with outspread wings [031519]<br>Jigsaw puzzles [210108] | | | |
| 223. ☆ | Jurisdiction: US<br>Serial: 88638715<br>The mark consists of an ornate bird in the nature of a peacock with a wolf's head. The side of the wolf's head displays various ornamentation including a small circle, star, heart, and diamond. The bird is holding a rose in its claws. The bird's wing extends upward and over the back of the bird. The bird's tail consist of a series of hearts contained within the feathers on the tail.<br>A single star with five points [010103]<br>Hearts used as background or carriers [021113]<br>Wolves, coyotes [030109]<br>Heads of cats, dogs, wolves, foxes,bears, lions and tigers [030116]<br>Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124]<br>Pheasants, peacocks, quail [031512] | Published<br>Pub: 02/25/2020<br>Filed: 10/02/2019<br>Current Basis: ITU | **009** sunglasses; eyeglasses; eyewear cases; eyewear pouches; eyewear accessories, namely, straps, neck cords and head straps; eye glass cords; eyeglass frames; spectacles; spectacle cases; goggles for sports, swimming, skiing and motorcycles; life jackets for pets; ear buds; headphones; carrying cases and protective covers for personal electronic devices, namely, cell phones, portable media players, personal digital assistants, tablet computers, laptops and electronic reading devices; downloadable mobile and computer application software for mobile phones, mobile devices, personal digital assistants, tablet computers, laptops and electronic reading devices for accessing and organizing information in the fields of pets, beauty, fashion, popular culture, lifestyle, travel, music, art, movies, entertainment, film, news, celebrities, charitable fundraising and global and humanitarian issues; downloadable mobile and computer application software for online shopping; downloadable mobile and computer application software featuring downloadable graphics, namely, emoji sets, emoticons, digital wallpapers and desktop screen images; camera handles; camcorder handles<br>**014** animal leashes sold as integral component of jewelry and jewelry bracelets; jewelry; bracelets; jewelry chains of precious metal for bracelets; watches; watch bands; watch straps; rings; jewelry chains; jewelry boxes; | Dulce Bestia LLC<br>100 Whitefish Hills Drive<br>Whitefish MONTANA 59937<br>US<br>Attorney: Meichelle R. MacGregor |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524]<br>Roses [050502]<br>Circles that are totally or partially shaded. [260121]<br>Plain diamonds with single or multiple line borders [260701] | | pet jewelry; jewelry charms; necklaces; earrings; ear clips; cuff links; ankle bracelets; jewelry brooches; jewelry pins; cases adapted for holding watches; decorative boxes made of precious metal; jewelry cases; tie clips<br>**018** jewelry bracelets sold as an integral component of animal leashes; animal leashes; handbag handles; purse handles; pet hair ornaments; pet tags specially adapted for attaching to pet leashes or collars; pet accessories, namely, specially designed canvas, vinyl or leather bags for holding small items such as keys, credit cards, money or disposable bags for pet waste; pet apparel; bags for carrying pets; pet shoes for dogs and cats; all-purpose carrying bags; handbags; shoulder bags; evening bags; cosmetic bags sold empty; leather shoulder belts; wallets; credit card cases; business card cases; key cases; purses; leather pouches; tote bags; travel bags; duffle bags; suit bags; garment bags for travel; gym bags; messenger bags; tie cases; backpacks; attaché cases; satchels; suitcases; trunks being luggage; luggage; umbrellas; reusable shopping bags; travel kit bags sold empty; pet carriers; pet collars; leather leads; harnesses; clothing for pets; pet hair bows; suitcase handles; umbrella handles; gem encrusted handles for handbags and purses; handbag handles; purse handles<br>**025** clothing, namely, t-shirts, tops, tank tops, underwear, pajamas, leggings, socks, headwear, hats, caps being headwear, headbands, neckties, bow ties, ascots, scarves, shawls, gloves, mittens, belts, footwear, swimwear; trunks being clothing<br>**035** retail store services featuring jewelry, eyewear, pet food, pet | |

| | | | | |
|---|---|---|---|---|
| | | | supplies and pet accessories, bags, leather goods, clothing, footwear and fashion accessories | |
| 224. ☆ | **FREEDOM OUTDOORS**<br>Jurisdiction: US<br>Serial: 97242048<br>The mark consists of the word FREEDOM with a stylized design of the U.S. flag used to form the letter O and the word OUTDOORS written beneath the word FREEDOM, horizontal lines placed on either side of the word OUTDOORS, and a stylized drawing above the word FREEDOM that consists of a mountain with antlers at the top and a bird flying across the face.<br>Horns (alone, not part of heads), antlers [031303]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Mountains, mountain landscapes [060104]<br>American flags in any form [240905]<br>Straight lines, bands or bars [261701]<br>Horizontal lines, bands or bars [261705] | Pending<br>Filed: 01/27/2022<br>Current Basis: ITU | **016** stickers; bumper stickers<br>**018** athletic bags; duffel bags; gym bags; hunting bags; leather bags; sport bags<br>**021** insulated containers for beverage cans for domestic use<br>**025** clothing, namely, caps, coats, hats, jackets, pants, shirts, shorts, socks, sweaters<br>**035** on-line retail store services featuring firearms and firearms parts, fittings, and accessories; retail store services featuring firearms and firearms parts, fittings, and accessories<br>**037** repair or maintenance of firearms<br>**041** gun firing ranges; rental of firearms for use in firearms training; training services in the field of firearms operation, maintenance, and safety; rental of firearms for target shooting at gun firing ranges | CSA-VAB, LLC<br>DBA Freedom Shooting Center<br>Attn: Jeff Hodgson<br>5070 Virginia Beach Boulevard<br>Virginia Beach VIRGINIA 23462<br>US<br>Attorney: Timothy J. Lockhart |

| | | | | |
|---|---|---|---|---|
| | Representations of objects forming letters or numerals, including punctuation [270305] | | | |
| 225. ☆ | **WILD BIRD**<br>Jurisdiction: US<br>Serial: 90201980<br>The mark consists of a stylized outline of a bird situated within an incomplete circle, surrounded by a shaded incomplete rectangle with curved edges, with the words "WILD BIRD" situated to the right of the bird design.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Plain single line circles [260102]<br>Rectangles that are completely or partially shaded [261121] | Abandoned (Revivable)<br>Abandon: 04/25/2022<br>Pub: 07/27/2021<br>Filed: 09/23/2020<br>Current Basis: ITU | **025** gloves; hats; hosiery; neckties; scarves; shoes; underclothing; underpants; waistbands; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; clothing, namely, thobes; play suits; rain coats; swimming costumes; trouser socks; wedding dresses | Wenzhou Chaopai E-Commerce Co.,Ltd.<br>Qiaolin Village,Feiyun St.<br>Rui'an City,zhe jiang 325000<br>CN |
| 226. ☆ | **BIRD ROCK COFFEE ROASTERS BIRD ROCK, CA**<br>Disclaims: "BIRD ROCK, CA" AND "BIRD ROCK COFFEE ROASTERS"<br>Jurisdiction: US<br>Reg: 3065140<br>Serial: 78429103<br>Citations: 0 2 | Registered<br>Renewal: 11/18/2016<br>Affidavits: 8; 15<br>Reg: 03/07/2006<br>Pub: 12/13/2005<br>Filed: 06/03/2004<br>First Use: 08/03/2003 | **025** clothing, namely, tee-shirts, sweatshirts, tops, and ties<br>**030** coffee and beverages with coffee base; coffee beans, namely, raw beans, processed beans, and ground beans | BIRD ROCK COFFEE ROASTERS, INC.<br>5625 LA JOLLA BOULEVARD<br>LA JOLLA CALIFORNIA 92037<br>US<br>Attorney: Joan Optican Herman |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized cartoon drawing of a delivery truck bearing the inscription "BIRD ROCK, CA" with a stylized cup of coffee. Below the truck are the stylized words "BIRD ROCK COFFEE ROASTERS" where the words "BIRD ROCK" are in a larger font and above the words "COFFEE ROASTERS". Above and below "BIRD ROCK COFFEE ROASTERS" are parallel horizontal lines. The delivery truck is aligned to the right over "BIRD ROCK COFFEE ROASTERS".<br>Smoke, steam and vapor [011505]<br>Cups, saucers [110303]<br>Trucks, vans [180505]<br>Concentric ovals and ovals within ovals [260317]<br>Ovals that are completely or partially shaded [260321]<br>Wavy lines, bands or bars [261702]<br>Horizontal lines, bands or bars [261705]<br>Lines depicting speed, propulsion, heat or wind [261707] | Current Basis: Use | | |
| 227. ☆ | **AOD POST LA ADAPTATION**<br>Disclaims: "LA"<br>Jurisdiction: US | Registered<br>Reg: 08/14/2018 | **025** bottoms; dresses; jackets; tops | Hidden Street, LLC<br>c/o Buchalter Nemer<br>1000 Wilshire Blvd., Suite |

| | | | | |
|---|---|---|---|---|
| | Reg: 5541438<br>Serial: 86911186<br>The mark consists of a stylized depiction of a bird. The letter "A" appears on the bird's chest. The letter "O" is held by the bird's left claw and the letter "D" is held by the bird's right claw. The word "POST" is above the left claw and the letters "LA" are above the right claw. The word "ADAPTATION" appears below the bird. All of the foregoing appears on a trapezoid-shaped background.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pub: 07/12/2016<br>Filed: 02/17/2016<br>First Use: 07/15/2016<br>Current Basis: Use | | 1500<br>Los Angeles CALIFORNIA 90017<br>US<br>Attorney: Jessie K. Reider, CA Bar No. 2371113 |
| 228. ☆ | **RAVE-MARIE**<br>Jurisdiction: US<br>Serial: 90897554<br>The mark consists of a bird with the wings spread. "RAVE-MARIE" written on the inside of a Raven Bird, with squiggly lines within the lettering. The bird has his wings open with the beak pointing up. | Published<br>Pub: 07/05/2022<br>Filed: 08/23/2021<br>First Use: 07/15/2019<br>Current Basis: Use | **025** clothing, namely, t-shirts, shorts, pants, hats, hooded sweatshirts, socks, sweatshirts | Edmonds, Raven<br>5240 Johns River Rd<br>Memphis TENNESSEE 38116<br>US |

| | | | | |
|---|---|---|---|---|
| | Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Zig-zag lines [261710]<br>Geometric figures forming letters or numerals, including punctuation [270301] | | | |
| 229. ☆ | Jurisdiction: US<br>Reg: 5357365<br>Serial: 79214274<br>The mark is a bird graphic.<br>Penguins, puffins [031515]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 12/19/2017<br>Pub: 10/03/2017<br>Filed: 05/24/2017<br>Current Basis: Madrid | **025** clothing, namely, shirts, coats, trousers, skirts, sweaters, windbreakers and sport coats; clothing layettes; bathing suits; shoes; footwear uppers; hats; hosiery; gloves as clothing; neckties; girdles | Jinjiang Unified Dragon Shoes Co., Ltd.<br>Andou Village, Chendai Town,<br>Jinjiang County, Quanzhou City 362000Fuj ian Province<br>CN |
| 230. ☆ | Jurisdiction: US<br>Serial: 90823304<br>The mark consists of a stylized profile image of the head of a bird with white feathers, red eyes, a black, gold, and gray beak, and a black and shaded gray mountain range within the body of the bird. The bird's features are outlined in | Published<br>Pub: 05/03/2022<br>Filed: 07/12/2021<br>Current Basis: ITU | **025** clothing, namely, shirts, tank tops, polo shirts, jerseys, sweaters, jackets, sweatshirts, dresses, pajamas, pants, sweatpants, shorts, leggings, socks, mittens, scarves; headwear, namely, caps, hats, beanies<br>**028** sporting goods, namely, hockey sticks, hockey pucks, and putters; toys, namely, hockey sticks, hockey pucks, putters, dolls, decorative dolls, collectible dolls, bobble head action figures, stuffed toys, novelty plush toys, and novelty foam toys; toy noisemakers; cheer poms<br>**041** entertainment services, namely, ice hockey games and exhibitions | Winterhawks Sports Group LLC<br>300 N Winning Way, #2108<br>Portland OREGON 97227<br>US<br>Attorney: Jennifer Lee Taylor |

| | | | | |
|---|---|---|---|---|
| | black, and the profile image of the bird's head is outlined in red.<br>Eagles [031501]<br>Stylized birds and bats [031524]<br>Heads of birds [031716]<br>Mountains, mountain landscapes [060104] | | | |
| 231. ☆ | **BLACKBIRD REPUBLIC**<br>Jurisdiction: US<br>Serial: 90764449<br>Citations: 3 0<br>The mark consists of a circle with what looks like a marsh land. In the background there is a sun with clouds and dots as background. There are five birds flying randomly. There are tree branches on each side inside the circle. There is grass and there are plants on the bottom. There is a big bird in the middle standing on a rock. On the left of the bird are three Poppy flowers and on the right is one Poppy flower. On top of the circle is "BLACKBIRD" in stylized font and on the bottom is "REPUBLIC"in stylized font. On each side of the circle are lines curving around the circle with two smaller circles with a bigger circle in the middle. | Pending<br>Filed: 06/09/2021<br>Current Basis: ITU | **025** headwear; socks; underwear; bottoms as clothing; tops as clothing | Blackbird Nation LLC<br>37634 Park Forest Ct<br>Palmdale CALIFORNIA 93552<br>US<br>Attorney: Mary Garner |

| | | | | |
|---|---|---|---|---|
| | Sun, rising or setting (partially exposed or partially obstructed) [010501]<br>Clouds, fog [011506]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other flowers including daffodils and irises [050525]<br>Grasses [051303]<br>Other plants including bales of hay or straw [051325]<br>Cliffs, rocks, walls of rock [060101]<br>Backgrounds covered with dots (not mere stippling) [250305]<br>Circles as carriers or as single line borders [260101]<br>Circles that are totally or partially shaded. [260121]<br>Five or more circles [260131]<br>Curved lines, bands or bars [261709] | | | |
| 232. ☆ | **CHER AMI CLOTHING COMPANY**<br>Disclaims: "CLOTHING COMPANY"<br>Jurisdiction: US<br>Reg: 5044359<br>Serial: 86871788<br>Translated: The English translation of "CHER AMI" in the mark is "DEAR FRIEND".<br>Citations: 0 1 | Registered<br>Reg: 09/20/2016<br>Pub: 07/05/2016<br>Filed: 01/11/2016<br>First Use: 10/10/2014<br>Current Basis: Use | **025** t-shirts | Vaughn, Taaron A.<br>30923 Warren Rd Apt 29<br>Westland MICHIGAN 48185<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a bird with dark body and wings and lighter contrast beak, eyes and belly. The bird is holding a light scroll with dark talons. Dark bullets and bullet trajectory lines cross left and right in front of the bird. Above the bird is a banner containing the wording "CHER AMI" in stylized text. Below the bird is the wording "CHER AMI CLOTHING COMPANY" in stylized text.<br>Other birds [031525]<br>Claws, talons, feet, foot tracks [031703]<br>Scrolls, rolls of paper, including rolled wallpaper, toilet paper, paper towels and aluminum foil [200302]<br>Bullets, cartridges, shells, cannon balls, cannon shells [230308]<br>Banners [240907] | | | |
| 233. ☆ | **S**<br>Jurisdiction: US<br>Reg: 4997761<br>Serial: 86828660<br>The mark consists of the stylized image of a fast | Registered<br>Reg: 07/12/2016<br>Pub: 04/26/2016<br>Filed: 11/23/2015<br>First Use: 07/01/2013<br>Current Basis: Use | **025** baseball caps and hats; hats; headwear for adults; hooded sweatshirts for adults; jackets; pants for adults; shirts for adults; shoes for adults; sneakers; sports caps and hats; stocking hats; sweatpants for adults; sweatshirts for adults; t-shirts for adults; tops; women's hats and hoods | DBA Game Respects Game<br>Shot Caller Clothing, LLC<br>1680 Michigan Avenue, South Beach<br>Miami FLORIDA 33139<br>US<br>Attorney: Gail Slaughter |

| | | | | |
|---|---|---|---|---|
| | flying eagle superimposed over the letter "S".<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Lines depicting speed, propulsion, heat or wind [261707] | | | |
| 234. ☆ | **FSO FLYZONE FLY**<br>Jurisdiction: US<br>Serial: 97353811<br>The mark consists of its "FLYZONE" with a airplane flying half circle. also "FSO" and airplane cones.<br>Smoke, steam and vapor [011505]<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901]<br>Incomplete circles (more than semi-circles) [260103] | Pending<br>Filed: 04/08/2022<br>Current Basis: ITU | **025** undergarments; bottoms as clothing; footwear; headwear; tops as clothing | long, Tyrone<br>209 Macktown rd<br>Windsor CONNECTICUT 06095<br>US |
| 235. ☆ | Jurisdiction: US<br>Reg: 5960401<br>Serial: 88494569<br>The mark consists of a design of a flying saucer | Registered<br>Reg: 01/14/2020<br>Pub: 10/29/2019<br>Filed: 06/29/2019<br>First Use: 07/07/2017<br>Current Basis: Use | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; athletic shorts; athletic skirts; athletic tights; beanies; bras; clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; footwear; gloves; hats; headbands; pants; shorts; socks; t-shirts; ties as clothing; underwear; bow ties; hoodies; jackets; knit face masks | SAUCER, LLC<br>10 W. Baystate St. #844<br>Alhambra CALIFORNIA 91802<br>US |

| | | | | |
|---|---|---|---|---|
| | with a triangular light beam design beneath it.<br>Other air or space vehicles, including satellites and flying saucers [180925] | | | |
| 236. ☆ | Jurisdiction: US<br>Reg: 4896724<br>Serial: 79142577<br>The mark consists of a stylized bird.<br>Stylized birds and bats [031524]<br>Plain single line triangles [260502]<br>Curved lines, bands or bars [261709] | Registered<br>Reg: 02/09/2016<br>Pub: 11/24/2015<br>Filed: 08/14/2013<br>Current Basis: Madrid | **018** leather and fur, namely, artificial fur, fur pelts, furs sold in bulk, synthetic fur; bags, namely, all-purpose sports bags, backpacks, duffel bags, wheeled duffle bags, fanny packs, gym bags, tote bags and travel bags; knap sacks; brief cases; ruck sacks; portable cases for cosmetic utensils sold empty; metal fittings for all-purpose sports bags, backpacks, duffel bags, fanny packs, gym bags, tote bags, travel bags, knap sacks and ruck sacks; purse frames; umbrellas and parasols; walking sticks; canes; metal fittings for canes; shafts of canes; horse blankets; clothing for pets<br>**025** clothing, namely, underwear, shorts, socks, pants, shirts, and sweatshirts, shirts, turtlenecks, trunks, wind resistant jackets, jackets, tights, vests, beanies; wristbands; hats; tank-tops; sports bras; briefs; underwear; caps; visors; gloves; garters; stocking suspenders; suspenders; belts; footwear; masquerade costumes; special sports clothing, namely, athletic uniforms and sports jerseys; special sports shoes, namely, running shoes, golf shoes, football shoes, ski boots, snowboarding shoes, gymnastic shoes, climbing boots, bowling shoes, boxing shoes, hockey shoes, rugby shoes, footwear for track and field athletics; baseball shoes; volleyball shoes; soccer shoes<br>**028** game machines and apparatus, namely, arcade game machines, video game machines, lcd game machines, home video game machines, horizontal pinball machine (korinto | Mizuno Corporation<br>1-23, Kitahama 4-chome Chuo-ku, Osaka-shi, Osaka 541-8538<br>JP<br>Attorney: Michael Hobbs, Jr., Esq. |

| | | | | |
|---|---|---|---|---|
| | | | game machines), and hand held units for playing electronic games; go game sets; japanese chess sets; verse playing cards (utagaruta); dice; japanese dice games (sugoroku); cups for dice; chinese checkers games; chess sets; checkers sets; magic tricks; domino sets; playing cards; playing cards (hanafuda); mahjong puzzle sets; billiard equipment; toys, namely, action figures, electronic action toys, electronic learning toys; dolls; toys for pets; sports equipment, namely, baseball equipment, namely, baseball gloves and mitts, baseball batting gloves, baseball glove conditioning oil, baseball glove pounding pad, baseball glove wrap, baseball glove shaping mallet, catchers' masks, ankle guards in the nature of ankle pads for athletic use, knee pads for athletic use, knee guards for athletic use, baseball bat grips, catchers' leg guards, baseball bats, cases and bags specifically adapted for catchers' masks, catchers' chest protectors and shin guards, baseball bat bags; golf equipment, namely, golf bags, golf clubs, golf club shafts, golf tees, golf club heads and golf club head covers, golf ball cases, golf clubs cases, golf balls, golf gloves; wax for skis; fishing tackles; amusement game machines and apparatus for use in amusement parks except arcade video game machines, namely, amusement park rides | |
| 237. ☆ | Jurisdiction: US<br>Reg: 5966694<br>Serial: 88510863 | Registered<br>Reg: 01/21/2020<br>Pub: 11/05/2019<br>Filed: 07/11/2019<br>First Use: 06/20/2019 | **025** brassieres; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; dresses; fishing vests; girdles; gloves as clothing; hats; head scarves; raincoats; socks; sports jerseys; sports shoes; swimwear; t-shirts; tops as clothing; underwear; windcheaters; cyclists' jerseys; sports singlets; working overalls | Guangzhou Lanye Outdoor Products Co., Ltd.<br>Room 302, No. 12, Dongsi St.,<br>Xiaoping Village, Shatou St., Panyu Dist., Guangzhou 511400<br>CN<br>Attorney: Hao Ni |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a designed bird.<br>Stylized birds and bats [031524] | Current Basis: Use | | |
| 238. | Jurisdiction: US<br>Reg: 6515686<br>Serial: 90395524<br>The mark consists of a bird design.<br>Flames emanating from objects, numbers or words [011515]<br>Eagles [031501]<br>Stylized birds and bats [031524]<br>Phoenix (legendary bird) [040505] | Registered<br>Reg: 10/12/2021<br>Pub: 07/27/2021<br>Filed: 12/19/2020<br>First Use: 11/01/2012<br>Current Basis: Use | **025** bottoms as clothing; tops as clothing; headwear; hooded sweatshirts; shirts; t-shirts | ADTR Band LLC<br>110 3rd Ave. N<br>Franklin TENNESSEE 37064<br>US<br>Attorney: Mark D. Passler |
| 239. | Jurisdiction: US<br>Reg: 6501320<br>Serial: 90387769<br>Citations: 0 1<br>The mark consists of a stylized bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 09/28/2021<br>Pub: 07/13/2021<br>Filed: 12/16/2020<br>First Use: 03/01/2007<br>Current Basis: Use | **016** paintings; printed art reproductions<br>**025** hats; hoodies; pajamas; pullovers; shirts; shorts; sweatshirts; swimwear | MField, LLC<br>P.O. Box 37<br>Holualoa HAWAII 96725<br>US<br>Attorney: James A. Italia |

| | | | | |
|---|---|---|---|---|
| 240. | Jurisdiction: US<br>Serial: 90747364<br>The mark consists of a stylized bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 03/22/2022<br>Filed: 06/01/2021<br>Current Basis: ITU | **025** beanies; footwear; hats; headwear; pants; shirts; shoes; shorts; socks; jackets; pullovers; sweat shirts; hooded sweat shirts; knitted caps; t-shirts | Whitewalls LLC<br>47 Legion Drive, Apt. 207<br>Bergenfield NEW JERSEY 07621<br>US<br>Attorney: Chandler D. Stephens |
| 241. | Jurisdiction: US<br>Serial: 97042240<br>The mark consists of a stylized bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pending<br>Filed: 09/23/2021<br>Current Basis: ITU | **016** paper goods and printed matter, namely, notebooks, printed posters, stickers, binders, greeting cards, post cards, paperweights, binders, pad holders, business card holders, art prints, journals, calendars and dates books, bulletins concerning religious matters and event programs; writing utensils<br>**021** drinkware, namely, glassware, cups, plastic cups, mugs, and tumblers<br>**025** clothing, namely, t-shirts, sweatshirts, sweat pants, shorts, polo shirts, golf shirts, button-down shirts, jackets, hoodies, socks, scarves; neckties; hats<br>**041** educational services, namely, providing online and/or in-person trainings, seminars and/or courses of instruction at the certificate and post-graduate level, and distributing course material in connection therewith, in the fields of theology, ministry, divinity, religious, peace-building, diversity, equity, and/or inclusivity education and/or training | Hartford International University for Religion and Peace<br>77 Sherman Street<br>Hartford CONNECTICUT 06105<br>US<br>Attorney: John L. Cordani |
| 242. | Jurisdiction: US<br>Reg: 6747415<br>Serial: 88899571 | Registered<br>Reg: 05/31/2022 | **025** hats; shirts; sweat shirts; t-shirts | Peter Ingram |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pub: 09/01/2020<br>Filed: 05/04/2020<br>First Use: 12/31/2021<br>Current Basis: Use | | 27 Ocean Street, Suite 1<br>South Portland MAINE 04106<br>US<br>Attorney: John M. Burke |
| 243. | Jurisdiction: US<br>Reg: 4762666<br>Serial: 85738180<br>The mark consists of three V shaped representations of birds in flight; one bird shape is placed in the centre at the top of the design, two bird shapes are placed side-by-side at the bottom of the design.<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 06/30/2015<br>Pub: 04/14/2015<br>Filed: 09/25/2012<br>Current Basis: Foreign Registration | **024** blanket throws<br>**025** pants; shirts; shorts; sweat pants; sweatshirts; t-shirts<br>**035** on-line retail store services featuring casual clothing | 3070352 CANADA INC<br>4098 SAINT-CATHERINE STREET<br>SUITE 400<br>WEST WESTMOUNT, QUEBEC H3Z1P2<br>CA<br>Attorney: Stephen L. Baker |
| 244. | **ERIE BAYHAWKS**<br>Disclaims: "ERIE"<br>Jurisdiction: US<br>Reg: 3867957<br>Serial: 77480397 | Registered<br>Renewal: 01/06/2020<br>Affidavits: 8; 15<br>Reg: 10/26/2010<br>Pub: 04/07/2009<br>Filed: 05/21/2008 | **025** clothing, namely, t-shirts, shirts, sweatshirts, hats, caps | NBA Development League, LLC<br>100 Plaza Drive<br>Secaucus NEW JERSEY 07094<br>US<br>Attorney: Anil V. George |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the words "ERIE BAYHAWKS" with the depiction of a basketball and a flying hawk.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Basketballs [210320]<br>Semi-circles [260106]<br>Two concentric circles [260117] | First Use: 12/01/2008<br>Current Basis: Use | | |
| 245. | Jurisdiction: US<br>Serial: 88738759<br>The mark consists of a stylized bird design in outline form consisting of a slanted straight line on the left curving into the beak of the bird and curving down on the right into the belly and foot of the bird.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Diagonal lines, bands or bars [261706]<br>Curved lines, bands or bars [261709] | Published<br>Pub: 04/14/2020<br>Filed: 12/24/2019<br>Current Basis: ITU | **025** socks; lingerie; underwear; hosiery; shirts and apparel, namely, pants, shorts, jackets, sweaters, bathing suits, dresses, skirts, socks, underwear, pajamas, headwear, robes, athletic uniforms, vests, gloves, bandanas, scarves, belts, caps being headwear, hats, jackets, blazers, and loungewear and activewear, namely, leggings, tunics and tank tops | Allbirds, Inc.<br>730 Montgomery Street<br>San Francisco<br>CALIFORNIA 94111<br>US<br>Attorney: John M. Kim |
| 246. | **TOO FLY 2**<br>Jurisdiction: US<br>Reg: 6172547<br>Serial: 88514419<br>Citations: 1 2 | Registered<br>Reg: 10/13/2020<br>Pub: 07/28/2020 | **025** jackets; sweatsuits; t-shirts | Grimes, Miguel<br>8300 Clairmont Dr. S<br>Semmes ALABAMA 36575<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the number "2" with wings, with the words "too fly" above the "2".<br>Wings [031701] | Filed: 07/15/2019<br>First Use: 12/02/2018<br>Current Basis: Use | | |
| 247. | Jurisdiction: US<br>Reg: 4117362<br>Serial: 85274288<br>The mark consists of bird head logo.<br>Heads of birds [031716]<br>Circles as carriers or as single line borders [260101] | Registered<br>Renewal: 03/15/2022<br>Affidavits: 8; 15<br>Reg: 03/27/2012<br>Pub: 08/09/2011<br>Filed: 03/23/2011<br>First Use: 10/21/2010<br>Current Basis: Use | **025** clothing, namely, t-shirts, tops, sweatshirts, skirts, dresses, knit shirts, blouses, sweaters, tank tops, beachwear, loungewear, undergarments, jerseys, vests, caps, hats, belts, pants, shirts, gloves, mittens, ties, suspenders, scarves, socks, ponchos, jackets, coats, rainwear, knitted coats and sweaters, bandannas, jogging and warm-up suits, athletic jerseys, head wear and painters caps, children's and infant clothing, namely, nightshirts, pajamas and baby bunting; footwear, namely, shoes, sandals, boots, and sneakers<br>**041** educational services, namely, providing courses of instruction at the college level; organizing and sponsoring intramural, intercollegiate and exhibition athletic and sporting events, namely, basketball, cross country, football, track and field, golf, gymnastics, soccer, softball, swimming and diving, tennis, volleyball, wrestling, archery, badminton, ballroom dance, baseball, bass anglers, boxing, bowling, broomball, canoe and kayak, crew, cricket, curling, cycling, disk golf, dodge ball, euchre, equestrian, fencing, flag football, flying, foosball, hapkido, judo, ice hockey, karate, kumdo, lacrosse, martial arts, motocross, motorcycle, mountaineering and climbing, | Iowa State University of Science and Technology<br>3550 Beardshear Hall<br>Ames IOWA 500112045<br>US |

| | | | | |
|---|---|---|---|---|
| | | | paintball, 9-ball pool, racquetball, rodeo, rugby, running, sailing, nordic ski, ski and snowboarding, skateboarding, table tennis, tae kwon do, trap and skeet, triathlon, playing flying disk games, water polo, water-ski, weight lifting, and other related sports; providing dramatic theatrical and musical floor shows provided at performance venues; entertainment in the nature of live musical performances; entertainment in the nature of live theatrical performances; providing college level educational courses | |
| 248. | **FLY**<br>Jurisdiction: US<br>Serial: 79286079<br>Citations: 2 2<br>The mark consists of the image of a man with wings above the wording "FLY" in stylized font.<br>Angels, winged personages, including cherubs and cupids; humans or animals with halos [040102] | Published<br>Pub: 03/16/2021<br>Filed: 03/03/2020<br>Current Basis: Madrid | **009** boxing helmets; eye protection wear for sports; eyeglasses for sports; glasses for sports; head guards for sports; headwear for sporting activities for protection against injury, namely, protective helmets; helmets for use in sports; protective helmets for sports; mouth guards for boxing; mouth guards for sports; mouth guards for sports use; mouth protectors being gum shields, namely, mouth guards for boxing; boots being protective footwear for the prevention of injury; boxing headgear being head guards for sports<br>**018** all-purpose sports bags; bags for sports; bags for sports clothing; holdalls for sports clothing; sport bags; sports bags; sports packs<br>**025** boxing shorts; boxing shoes; clothing, namely, athletic shirts and pants; headwear; sportswear, namely, athletic jerseys; all of the aforementioned only in connection with goods relating to indoor, outdoor and open-air sports and athletics activities; athletic footwear; athletics footwear; footwear; footwear for men; footwear for men and women; footwear for sport; footwear for sports; footwear for track and field athletics; | Fly Sports (UK) Limited<br>1a Kingstons Farm<br>Industrial Estate<br>Down Hall Road, Matching, Essex CM17 0RB<br>GB<br>Attorney: MARI-ELISE PAUL |

| | | | | |
|---|---|---|---|---|
| | | | footwear for use in sport; footwear for women; sports footwear; headgear, namely, hats and baseball caps; sports headwear other than helmets<br>**028** boxing gloves; boxing bags being punching bags for boxing; protective hand wraps for use in boxing; punching bags; elbow guards for athletic use being sports articles; face guards for sports use; fist guards for athletic use being sports articles; forearm guards for athletic use being sports articles; knee guards for athletic use being sports articles; knee guards for athletic use; knee guards for sports use; leg guards adapted for playing sport; leg guards for athletic use; wrist guards for athletic use; boxing rings; gloves for boxing; punching bags for boxing; punching balls for boxing practice; punching balls for boxing<br>**035** providing office functions; organisation, operation and supervision of loyalty and incentive schemes, namely, providing incentive award programs for customers through issuance and processing of loyalty points for on-line purchase of a company's goods and services; advertising services provided via the internet; production of television and radio advertisements; accountancy; auctioneering; organization of trade fairs; data processing services; provision of business information; retail store services featuring sports equipment in relation to boxing, kickboxing, wrestling, judo, jujitsu, muay thai, taekwondo, combat sport, martial arts, aikido, air sports, american football, aquathlon, archery, arm wrestling, artistic roller skating, athletics, australian rules football, badminton, ballooning, ballroom dancing, basketball, baseball and softball, baton twirling, biathlon, bicycle polo, billiards and snooker, bmx, bobsleigh, boccia, bowls, boxing, | |

| | | | | |
|---|---|---|---|---|
| | | | camogie, canoeing, caving, chinese martial arts, clay pigeon shooting, cricket, croquet, curling, cycling, dance sport, darts, disability sport, diving, dodgeball, dragon boat racing, duathlon, equestrian, exercise, movement and dance, fencing, fives, floorball, folk dancing, football, futsal, gaelic football, gliding, goalball, golf, gymnastics, handball, hang gliding and paragliding, harness racing, health and beauty exercise, highland games, hockey, horse racing, horse riding, hovering, hurling, ice hockey, ice skating, jet skiing, ju jitsu, kabaddi, karate, keep fit, kendo, kite surfing, kneeboarding, korfball, lacrosse, land-sailing and yachting, life saving, luge, model aircraft flying, modern pentathlon, motor cycling, motor sports, motor cruising, mountain biking, mountaineering, movement and dance, netball, octopush, orienteering, parachuting, petanque, polo, polocrosse, pool, powerboating, powerlifting, puck roller hockey, quoits, rafting, rackets, racketball, rambling, real tennis, roller derby, roller sports, rounders, rowing, rugby league, rugby union, sailing and yachting, sand and land yachting, shinty, air, clay target, crossbow, muzzle loading, pistol, rifle and target shooting, show jumping, skateboarding, skater roller hockey, skiing, skipping, snooker, snowboarding, softball, sombo, speedway, speed roller skating, squash, stoolball, sub aqua, surf life saving, surfing, swimming and diving, table tennis, tang soo do, tennis, tenpin bowling, trampolining, triathlon, tug of war, ultimate flying disc sports, volleyball, wakeboarding, water polo, water skiing, weightlifting, wheelchair basketball, wheelchair rugby, windsurfing, yoga, boxing gloves, boxing headgears being head guards, boxing bags being punch bags, protective hand wraps for use in | |

| | | | | |
|---|---|---|---|---|
| | | | boxing, boxing shorts, boxing shoes, boxing clothing, headgear; all of the aforementioned only in connection with goods and services relating to indoor, outdoor and open-air sports and athletics activities | |
| 249. | Jurisdiction: US<br>Serial: 97313029<br>The mark consists of an image of an eagle flying holding a football.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Footballs, including American and Australian footballs; rugby balls and other elliptical shaped balls [210318] | Pending<br>Filed: 03/15/2022<br>First Use: 09/14/1949<br>Current Basis: Use | **025** men's, women's and children's clothing, namely, caps, hats, shirts, shorts, sweatshirts, jerseys | Philadelphia Eagles, LLC<br>One NovaCare Way<br>Philadelphia<br>PENNSYLVANIA 19145<br>US<br>Attorney: Bonnie Jarrett |
| 250. | **SEAN GENTILE**<br>Jurisdiction: US<br>Serial: 90876838<br>The mark consists of the words "SEAN GENTILE" above a stylized drawing of a flying superhero woman.<br>Mythological beings, superbeings, ghosts, aliens [040107] | Published<br>Pub: 06/21/2022<br>Filed: 08/11/2021<br>Current Basis: ITU | **016** stationery; printed graphic novels<br>**021** coffee cups; tea cups; mugs<br>**025** t-shirts<br>**041** providing online non-downloadable comic books and graphic novels | Sean Gentile<br>1674 NE 34th Dr<br>Oakland Park FLORIDA 33334<br>US<br>Attorney: H. John Rizvi |

| | | | | |
|---|---|---|---|---|
| 251. | Jurisdiction: US<br>Reg: 6720734<br>Serial: 79305039<br>The mark consists of a bird's wing.<br>Wings [031701]<br>Feathers [031702] | Registered<br>Reg: 05/24/2022<br>Pub: 02/22/2022<br>Filed: 01/06/2021<br>Current Basis: Madrid | **025** footwear; motorcycle jackets; motorcycle trousers; motorcycle gloves; motorcycle riding suits; motorcycle rain suits; motorcycle jackets of leather; motorcycle trousers of leather; motorcycle riding suits of leather; motorcycle gloves of leather; motorcycle boots; belts made of leather; hoodies; t-shirts; baseball caps; skull caps; beanies | Ruroc IP Holdings Limited<br>Unit 2 Barnett Way,<br>Barnwood Estate<br>Gloucester GL4 3RT<br>GB<br>Attorney: Bradley M. Stohry |
| 252. | **TPYIS**<br>Jurisdiction: US<br>Reg: 5872623<br>Serial: 88344326<br>The mark consists of a five-pointed star and a flying bullet, below which are the letters "TPYIS".<br>A single star with five points [010103]<br>Bullets, cartridges, shells, cannon balls, cannon shells [230308]<br>Curved lines, bands or bars [261709] | Registered<br>Reg: 10/01/2019<br>Pub: 07/16/2019<br>Filed: 03/18/2019<br>First Use: 09/27/2018<br>Current Basis: Use | **018** back packs; shoulder bags; trekking poles; umbrellas; wallets<br>**025** gloves; bicycle gloves; driving gloves; fingerless gloves; motorcycle gloves; outdoor gloves; riding gloves; ski gloves | zhang wei<br>Room 1-27-4,Building B3<br>Jiang Gong Nan Street 31-2,Tie Xi<br>Shen Yang 110000<br>CN |
| 253. | Jurisdiction: US<br>Reg: 5809744<br>Serial: 86895842<br>Citations: 2 0 | Registered<br>Reg: 07/23/2019<br>Pub: 05/07/2019<br>Filed: 02/03/2016 | **025** footwear | Allbirds, Inc.<br>730 Montgomery Street<br>San Francisco<br>CALIFORNIA 94111<br>US<br>Attorney: John M. Kim |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized bird design in outline form consisting of a slanted straight line on the left curving into the beak of the bird and curving down on the right into the belly and foot of the bird.<br>Straight lines, bands or bars [261701]<br>Wavy lines, bands or bars [261702]<br>Vertical lines, bands or bars [261704]<br>Diagonal lines, bands or bars [261706] | First Use: 02/29/2016<br>Current Basis: Use | | |
| 254. | **UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE** | Registered<br>Reg: 03/10/2020<br>Pub: 03/19/2019<br>Filed: 10/09/2018<br>First Use: 10/31/2018<br>Current Basis: Use | **025** hoodies; t-shirts; shorts; pants; hats; shoes; fitness apparel, namely, shirts, shorts, pants, footwear, athletic uniforms; mixed martial arts apparel, namely, fight shorts<br>**009** sunglasses<br>**005** vitamins; powdered nutritional supplement drink mix containing protein | Untamed Force Inc<br>143 Locheed Dr<br>Hamilton, Ontario L8T4Z7<br>CA |

| | | | | |
|---|---|---|---|---|
| | **UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE UNLOADED FORCE**<br>Jurisdiction: US<br>Reg: 6008839<br>Serial: 88147315<br>The mark consists of two stylized birds with outstretched wings, the bird on the left has green wings with black outlining and an orange and black star near the outer edge of the wing, the bird on the right has orange wings with black outlining and a green and black star near the outer edge, and the body of both birds is pink with black outlining. Around the sides of the bird design are decorative elements in orange and beneath the birds is a fanciful plant design in green with black shading. The wording "UNLOADED FORCE" in orange | | | |

| | | | | |
|---|---|---|---|---|
| | appears in large letters above the bird and is repeated multiple times in smaller letters beneath the birds. The white in the mark represents background or transparency and is not claimed as a feature of the mark.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other decorations made of plants [051525] | | | |
| 255. | **60 THUNDERBIRD FORD**<br>Jurisdiction: US<br>Reg: 5655965<br>Serial: 86495977<br>Citations: 0 2<br>The mark consists of the number "60", over the stylized image of a bird with outstretched wings. Within the body of the bird is contained the word "THUNDERBIRD" in special script with the word "FORD" within the tail feathers of the bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 01/15/2019<br>Pub: 11/10/2015<br>Filed: 01/06/2015<br>First Use: 11/24/2017<br>Current Basis: Use | **025** clothing, namely, t-shirts; headwear, namely, caps, hats | Ford Motor Company<br>One American Road<br>Dearborn MICHIGAN 48126<br>US<br>Attorney: Sharon C. Sorkin |
| 256. | Jurisdiction: US | Published | **016** bumper stickers; decorative | Mecklenburg County |

| | | | | |
|---|---|---|---|---|
| | Serial: 90555539<br>The mark consists of a stylized image of a bird, phoenix, head with feathers resembling flames and the bird's head turned to the viewer's left.<br>Flames emanating from objects, numbers or words [011515]<br>Heads of birds [031716]<br>Phoenix (legendary bird) [040505] | Pub: 11/02/2021<br>Filed: 03/02/2021<br>Current Basis: ITU | decals for vehicle windows<br>**024** pennants of textile<br>**025** hats; headwear; pants; shirts; shorts; bottoms as clothing; jackets; jerseys; sweatshirts; tops as clothing; t-shirts<br>**041** education services, namely, providing pre-kindergarten through 12th grade (pre-k-12) classroom instruction; educational services, namely, providing high school extracurricular courses of instruction in the fields of athletics, band, choir, speech, drama, dance, student council, and drill team | School Board<br>PO Box 190<br>Boydton VIRGINIA 23917<br>US<br>Attorney: Eric Howlett |
| 257. | Jurisdiction: US<br>Serial: 90761583<br>The mark consists of a fanciful drawing of an ascending bird with a multi-petal flower/plant immediately below the tail wing of the bird.<br>Eagles [031501]<br>Falcons, hawks, vultures, condors [031502]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 04/05/2022<br>Filed: 06/08/2021<br>Current Basis: ITU | **025** clothing, namely, shirts, sweatshirts, hooded sweatshirts, jerseys, jackets, coats, shorts, pants, sweatpants, and socks; hats; footwear<br>**035** retail store services featuring bicycles, clothing, and bicycling accessories | RISE (Bikes), LLC<br>3536 W. Fond du Lac Avenue<br>Milwaukee WISCONSIN 53218<br>US<br>Attorney: Richard J. McKenna |

| | | | | |
|---|---|---|---|---|
| | Other flowers including daffodils and irises [050525] | | | |
| 258. | **FREEBIRD**<br>Jurisdiction: US<br>Serial: 90658906<br>Citations: 0 2<br>The mark consists of a bird design with outspread wings. On the outspread wings appears the word FREEBIRD. The bird is surrounded by a ribbon.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Ribbons, bows [090104] | Published<br>Pub: 04/19/2022<br>Filed: 04/20/2021<br>Current Basis: ITU | **018** handbags; bags, namely, tote bags, cross body, clutch, hobo bags, duffle bags, messenger bags, weekend bags, travel bags, shoulder bags; purses; luggage; sports bags; backpacks; travel cases; wallets<br>**025** footwear; boots; shoes; clothing, namely, booties, sandals, dresses, t-shirts, pants, jeans, shorts, jackets, coats, gloves, socks, scarves; outerwear, namely, jackets and coats; headwear; sleepwear; loungewear; underwear; swimwear; belts<br>**035** retail store and on-line retail store services featuring clothing, apparel, headwear, footwear, shoes, boots, belts, outerwear, fashion accessories, handbags, backpacks, bags and leather goods | Freebird Stores, Inc.<br>12655 East 42nd Avenue, Suite 50<br>Denver COLORADO 80239<br>US<br>Attorney: Miriam D. Trudell |
| 259. | Jurisdiction: US<br>Reg: 6029460<br>Serial: 87108049<br>The mark consists of a stylized bird design resembling a phoenix. The stylized bird partially obstructs a six-sided polygon with an overall diamond shape.<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 04/07/2020<br>Pub: 12/27/2016<br>Filed: 07/18/2016<br>First Use: 11/26/2019<br>Current Basis: Use | **025** clothing, namely, t-shirts, sweatshirts, hooded sweatshirts, jackets, headwear | NINTENDO OF AMERICA INC.<br>4600 150TH AVENUE NE<br>REDMOND WASHINGTON 98052<br>US<br>Attorney: Jerald E. Nagae, Reg. No. 29,418 |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524]<br>Dragons and griffons (half eagle, half lion) [040501]<br>Phoenix (legendary bird) [040505]<br>Miscellaneous designs with overall diamond shape, including letters forming or comprising a diamond [260728]<br>Plain single or multiple line polygons [261502] | | | |
| 260. | **PRINCESS ORCHID FOR GIRLS**<br>Disclaims: "FOR GIRLS"<br>Jurisdiction: US<br>Reg: 5194894<br>Serial: 87151880<br>The mark consists of stylized text that says "Princess Orchid for Girls" with a flying upside down cat.<br>Domestic cats [030104]<br>Costumed animals andthose with human attributes in this division (cats, dogs, wolves, foxes, bears, lions or tigers) [030126] | Registered<br>Reg: 05/02/2017<br>Pub: 02/14/2017<br>Filed: 08/26/2016<br>First Use: 01/02/2015<br>Current Basis: Use | **025** bottoms; coats; dresses; gloves; hats; jackets; scarves; tops | Crayne, Karla<br>4004 Segovia Dr.<br>Pasco WASHINGTON 99301<br>US |
| 261. | **BUILT TO FLY**<br>Jurisdiction: US<br>Reg: 5235362<br>Serial: 87125218<br>Citations: 0 2 | Registered<br>Reg: 07/04/2017<br>Pub: 04/18/2017<br>Filed: 08/03/2016 | **025** apparel for dancers, namely, tee shirts, sweatshirts, pants, leggings, shorts and jackets; clothing layettes; clothing wraps; hats; hoodies; shirts; a-shirts; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; baseball | BUILT TO FLY CO AKA BUILT TO FLY CLOTHING<br>2364 PASEO DE LAS AMERICAS #104 STE 1503<br>SAN DIEGO CALIFORNIA |

| | | | | |
|---|---|---|---|---|
| | The mark consists of Stylized wording "BUILT" above "TO FLY" with the word "to" turned on its side. | First Use: 01/01/2013<br>Current Basis: Use | caps and hats; belts; body shirts; bottoms; camouflage shirts; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; drawers; eyeshades; fascinator hats; fashion hats; fishing shirts; fur hats; gloves for apparel; golf shirts; henley shirts; hoods; hunting shirts; jackets; jerseys; knit shirts; leather hats; mantles; over shirts; pique shirts; polo shirts; rain hats; rugby shirts; sedge hats (suge-gasa); shifts; small hats; sport shirts; sports shirts; sports caps and hats; stocking hats; sweat shirts; t-shirts; tee shirts; ties; toboggan hats; top hats; tops; wind shirts; woolly hats; wristbands; yoga shirts | 92154<br>US |
| 262. | **APPAREL FLY ROUND OFF PIKX**<br>Disclaims: "APPAREL"<br>Jurisdiction: US<br>Reg: 6541123<br>Serial: 90173581<br>The mark consists of the words "APPAREL FLY ROUND OFF PIKX" in capital letters in a stacked formation. | Registered<br>Reg: 10/26/2021<br>Pub: 03/02/2021<br>Filed: 09/11/2020<br>First Use: 06/05/2021<br>Current Basis: Use | **025** t-shirts; gloves; hats; pants; hoodies; crew neck sweatshirts | APPAREL FLY ROUNDOFF PIKX AFRO PIKX<br>3929 S. HARVARD BLVD<br>LOS ANGELES<br>CALIFORNIA 90062<br>US |
| 263. | Jurisdiction: US<br>Reg: 6464999<br>Serial: 90034429 | Registered<br>Reg: 08/24/2021<br>Pub: 11/17/2020<br>Filed: 07/03/2020<br>First Use: 07/01/2020 | **025** hats; t-shirts; t-shirts for adults and children; baseball caps and hats; graphic t-shirts; short-sleeved or long-sleeved t-shirts | ISLAM, IBRAHIM<br>605 SORENSON ROAD #26<br>Hayward CALIFORNIA 94544<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a flying airplane overlapped with the peace symbol that is shaped as a heart.<br>Hearts [021101]<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901]<br>Peace symbol [241720] | Current Basis: Use | | |
| 264. | **BENNY GOLD**<br>Jurisdiction: US<br>Reg: 3475642<br>Serial: 77346798<br>Citations: 0 1<br>The mark consists of "Benny Gold" signature script logo with a paper airplane flying flight pattern creating the script.<br>Other games or toys, including darts, jack-in-boxes, rocking horses, paper airplanes, infant toys and toy hoops, arcade games, pinball machines, roulette wheels, video game machines, yoyos [210125] | Registered<br>Renewal: 07/23/2018<br>Affidavits: 8; 15<br>Reg: 07/29/2008<br>Pub: 05/13/2008<br>Filed: 12/07/2007<br>First Use: 11/01/2005<br>Current Basis: Use | **025** t-shirts; hats; hoods | BENNY GOLD, INC.<br>3169 16TH STREET<br>SAN FRANCISCO<br>CALIFORNIA 94103<br>US<br>Attorney: Holly Pranger |
| 265. | **UNIDENTIFLY FLY**<br>Jurisdiction: US<br>Reg: 5564059<br>Serial: 87693607 | Registered<br>Reg: 09/18/2018<br>Pub: 07/03/2018<br>Filed: 11/21/2017<br>First Use: 07/05/2015 | **025** hats; headwear; pants; shirts; shorts; sweatshirts | Dwayne Baker<br>49 Edwin Street<br>Dorchester<br>MASSACHUSETTS 02124<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized wording "UNIDENTIFLY," with the additional wording "FLY" appearing inside of the letter "U". | Current Basis: Use | | |
| 266. | **JMFCHI**<br>Jurisdiction: US<br>Reg: 6007882<br>Serial: 88589215<br>The mark consists of a stylized representation of the word mark "JMFCHI", featuring a flying horse silhouette design above.<br>Horses [030501]<br>Stylized horses, donkeys and zebras [030524] | Registered<br>Reg: 03/10/2020<br>Pub: 12/24/2019<br>Filed: 08/22/2019<br>First Use: 07/16/2019<br>Current Basis: Use | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; formalwear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; pants; shirts; shoes; shorts; skirts and dresses; socks and stockings; swimwear; t-shirts; tops as clothing | Junyue (Fujian) Industry and Trade Development Co., Ltd.<br>No. 99, Hebin North Road, Xibian Village<br>Chendai Town, Jinjiang<br>Quanzhou, Fujian 362200<br>CN<br>Attorney: WILLIAM SCOTT GOLDMAN |
| 267. | Jurisdiction: US<br>Serial: 90460746<br>The mark consists of a stylized overhead image of flying fish with geometric designs on its back and fins. | Published<br>Pub: 08/17/2021<br>Filed: 01/12/2021<br>Current Basis: ITU | **025** shirts; t-shirts; vests; headwear; hats; visors being headwear; neck gaiters; gloves; pants; shorts; footwear; beach footwear; board shorts; bathing suits; rain wear; jackets | Ferguson, John<br>6 Johnson Road<br>Charleston SOUTH CAROLINA 29407<br>US<br>Attorney: Kathryn Jennison Shultz |

| | | | | |
|---|---|---|---|---|
| | Stylized fish, whales, seals and sea lions [031924]<br>Other fish [031925] | | | |
| 268. | **NOBLE AIR**<br>Jurisdiction: US<br>Serial: 90866484<br>Citations: 4 0<br>The mark consists of the words Noble Air appearing underneath an airplane flying with lines depicting "waves" of air.<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901]<br>Wavy lines, bands or bars [261702] | Pending<br>Filed: 08/05/2021<br>Current Basis: no_filing_basis | **025** caps; hats; shirts; short sleeved shirts; tee-shirts<br>**039** transportation of people, goods and cargo by air, private jet charter services, jet sharing services | DBA Noble Air Charter Venture Air Solutions, Inc.<br>14950 NW 44th Court, Suite 16<br>Opa-Locka FLORIDA 33054<br>US<br>Attorney: James Dodrill, Esq. |
| 269. | **JACKSON HOLE FLY FISHING SCHOOL**<br>Jurisdiction: US<br>Serial: 97011092<br>The mark consists of the words "JACKSON HOLE FLY FISHING SCHOOL" on the right side of a stylized fish.<br>Stylized fish, whales, seals and sea lions [031924] | Pending<br>Filed: 09/03/2021<br>First Use: 11/23/2013<br>Current Basis: Use | **025** t-shirts; hats; jackets; sweatshirts; sun face shield; long-sleeve shirts<br>**041** educational services, namely, conducting courses in fly fishing; instruction in the sport of fly fishing | Jackson Hole Fly Fishing School LLC<br>802 Powderhorn Lane<br>Jackson WYOMING 83001<br>US<br>Attorney: Miya Yusa |

| | | | | |
|---|---|---|---|---|
| | Other fish [031925] | | | |
| 270. | **ZZ FLY**<br>Jurisdiction: US<br>Serial: 90669700<br>The mark consists of the stylized letters "ZZ" in a circle with the stylized word "FLY" superimposed on top.<br>Plain single line circles [260102] | Published<br>Pub: 01/25/2022<br>Filed: 04/25/2021<br>Current Basis: ITU | **025** capris; shirts; shorts; t-shirts; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; athletic sweaters; baseball caps and hats; graphic t-shirts; hooded sweatshirts; hoodies; moisture-wicking sports pants; moisture-wicking sports shirts; sweat jackets; sweat pants; sweat shirts; sweat shorts; tank tops | Myers, Joshua<br>427 Riverview Road<br>Pompton Lakes NEW JERSEY 07442<br>US<br>Attorney: Kevin Schadick |
| 271. | **W**<br>Jurisdiction: US<br>Reg: 6074849<br>Serial: 88691080<br>The mark consists of a horse with wings flying through a stylized "W".<br>Winged horses, including Pegasus [040503] | Registered<br>Reg: 06/09/2020<br>Pub: 03/24/2020<br>Filed: 11/13/2019<br>First Use: 11/13/2019<br>Current Basis: Use | **016** paper goods and printed matter, namely, autograph books, bookmarks, bumper stickers, calendars, catalogs in the field of baseball, decals, merchandise bags, newsletters in the field of baseball, note pads, paper containers, paper pennants, paper game schedules for sporting events, pens, pencils, postcards, posters, printed awards, printed game tickets for sporting events, printed guides in the field of baseball, reference books in the field of baseball, score books, score cards, score sheets, stationery, stickers, sticker albums, and sports trading cards<br>**025** clothing, namely, athletic uniforms, caps being headwear, children's wear, namely, t-shirts, pants, cloth baby bibs, and one-piece garments, coats, golf shirts, gym shorts, hats, jackets, jerseys, knit shirts, polo shirts, ponchos, pullovers, rain coats, rainwear, sweaters, sweat pants, sweat shirts, socks, sport shirts, t-shirts, tank tops, visors being headwear, wind resistant jackets, and wristbands as clothing | Wichita Baseball, LLC<br>300 S. Sycamore Street<br>Wichita KANSAS 67213<br>US<br>Attorney: Maryann E. Licciardi |

| | | | | |
|---|---|---|---|---|
| 272. | **JC**<br>Jurisdiction: US<br>Serial: 90865637<br>The mark consists of letters - j & c along with picture of a bird. letters - j&c are black and white. the bird is silver.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pending<br>Filed: 08/04/2021<br>First Use: 07/01/2020<br>Current Basis: Use | **025** hats; shirts; shorts; undergarments; jackets and socks; sweat pants; sweat shirts; hooded sweat shirts | Jay-Bird Sports, LLC<br>117 Prospect Drive<br>Upper Marlboro<br>MARYLAND 20774<br>US |
| 273. | Jurisdiction: US<br>Reg: 4074775<br>Serial: 85028393<br>The mark consists of a running bird caricature.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Affidavits: 15<br>Reg: 12/20/2011<br>Pub: 09/07/2010<br>Filed: 05/03/2010<br>First Use: 08/01/2011<br>Current Basis: Use | **025** hats; sweat shirts; t-shirts<br>**021** cups and mugs | Board of Regents of The University System of Georgia<br>270 Washington Street, S.W.<br>Atlanta GEORGIA 30334<br>US<br>Attorney: Anthony B. Askew |
| 274. | Jurisdiction: US<br>Reg: 6666751<br>Serial: 90803414 | Registered<br>Reg: 03/08/2022<br>Pub: 12/21/2021<br>Filed: 06/30/2021<br>First Use: 04/14/2014 | **018** alpenstocks; handbags; haversacks; leathercloth; umbrellas; animal skins; artificial fur; bags for sports; canvas shopping bags; clothing for pets; harness fittings; key cases; leather shopping bags; leather straps; leather travelling bag sets; leather trimmings for furniture; pocket wallets; reusable shopping bags; | NINGBO PEACEBIRD FASHION CO., LTD.<br>NO. 826 HUANCHENG ROAD (W) NINGBO<br>ZHEJIANG 315000<br>CN<br>Attorney: Joe McKinney Muncy |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized bird design.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Current Basis: Use | school bags; shoulder bags; travelling trunks; umbrella covers<br>**025** hosiery; neckties; overcoats; pajamas; pants; raincoats; scarfs; shirts; shoes; skirts; vests; bathing suits; caps being headwear; clothing layettes; girdles; leather jackets; shower caps; sleep masks; suspenders; tops as clothing | |
| 275. | Jurisdiction: US<br>Serial: 97141655<br>The mark consists of a stylized bird head.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716] | Published<br>Pub: 03/29/2022<br>Filed: 11/24/2021<br>Current Basis: ITU | **025** clothing, namely, shirts, t-shirts, long sleeve shirts, polo shirts, sun protective clothing, namely, shirts, hats, caps being headwear, headwear, pullovers, sweatshirts, hooded sweatshirts, jackets, moisture wicking shirts, shorts, pants, swimsuits, dresses, swimwear, bathing suit cover ups, rash guards, rompers, leggings, tank tops, jumpsuits, fleece hoodies, fleece jackets, sweaters, loungewear, visors being headwear; bottoms as clothing; tops as clothing | Gillz, LLC<br>2453 3rd Street<br>Jacksonville FLORIDA 32250<br>US<br>Attorney: Rita E. Kline |
| 276. | Jurisdiction: US<br>Serial: 97231343<br>The mark consists of a stylized bird design.<br>Owls [031507]<br>Stylized birds and bats [031524] | Pending<br>Filed: 01/21/2022<br>Current Basis: ITU | **003** shampoos; facial cleansers; bath foam; cakes of toilet soap; laundry preparations; cleaning preparations; leather bleaching preparations; polishing powder; perfume oils; cosmetics; lipsticks; beauty masks; perfumes; sunscreen preparations; makeup remover; cotton wool for cosmetic purposes; nail polish; eyeliners; eyebrow pencils; mascara; toothpaste; incense; cosmetics for animals; air fragrancing preparation<br>**009** downloadable computer programs and application software for cell | Beijing Jingdong Century Information Technology Co., Ltd.<br>Room 215, Floor 2, Building C<br>No. 18, Kechuang 11 Street<br>Beijing 100176<br>CN<br>Attorney: Michael J. Turgeon |

| | | | | |
|---|---|---|---|---|
| | Other birds [031525] | | phones for use in remotely controlling electric lamps, electric sweepers, electric cookers, televisions, electric fans, air conditioners, curtains, and electric appliances, for use in controlling by voice compact disc players, mp3 players, personal stereos, music amplifiers and radios, for use in controlling by voice to search for news and weather information, to search online encyclopedias, to facilitate online shopping, to allow users to perform financial transactions; downloadable computer programs and application software for cell phones for anti-virus purposes, online shopping, online games, online reading, online chatting, data management, face recognition, media player, financial management, business management, to provide information and reservations for temporary accommodations and for restaurant and catering services, to facilitate transportation ticketing, for aircraft and train ticket inquiries and booking, and to facilitate logistics and courier information inquiries, for managing transportation and delivery of products; computer peripheral devices; computer hardware; mouse being computer peripheral; mouse pads; computer keyboards; blank usb flash drives; bags adapted for laptops; covers for tablet computers; data processing apparatus being smartwatches; electronic agendas; apparatus to check franking; counterfeit coin detectors; electronic automatic ticket dispensers; dictating machines; hologram apparatus; hemline markers; voting machines; electronic random number indicator equipment (ernie) in the nature of computer hardware and downloadable operating software for number randomization; face recognition apparatus; punched card machines for offices; bathroom scales; measures | |

| | | | | |
|---|---|---|---|---|
| | | | being scientific instrumentation for measuring weight; electronic notice boards; electric navigational instruments; wireless routers; stands adapted for mobile phones; covers for smartphones; telephone headsets; cabinets for loudspeakers; cameras for photography; small video projectors; measuring apparatus; optical apparatus and instruments; materials for electricity mains, namely, electric wires and cables; usb cables for cellular phones; usb cables; semiconductors; electronic chips; time switches; automatic; video screens; remote control apparatus; optical fibers; light conducting filaments; electric installations for the remote control of industrial operations; lightning rods; electrolysers; fire extinguishers; radiological apparatus for industrial purposes; protection devices for personal use against accidents; theft prevention installations; electric; eyeglasses; battery chargers; animated cartoons; egg-candlers; dog whistles; decorative magnets; electrified fences; electronic collars to train animals; sports whistles; portable remote control stopping apparatus in the nature of electronic speed reducers for reducing the speed of cars; fridge magnets<br>**014** precious metals; unwrought; semi-wrought; jewelry boxes; jewellery charms; jewelry being necklaces; jewelry being rings; jewelry being pearls; precious stones; paste jewellery; charms for key rings; works of art of precious metal; medals; jewelry being pins; earrings; wristwatches; watch bands; chronographs as watches<br>**018** leathercloth; pocket wallets; shopping bags; all-purpose carrying bags; leather bags, envelopes, and pouches for merchandise packaging; haversacks; leather trimmings for | |

| | | | | |
|---|---|---|---|---|
| | | | furniture; reins for guiding children; travelling trunks; rucksacks; umbrellas; walking sticks; clothing for animals<br>**024** upholstery fabrics; worsted silk fabric; labels of textile; works of art of silk; paper making felt; towels of textile; household linen; bath towels; bed covers; quilts; bed linen; sleeping bags; bed blankets; unfitted fabric covers for furniture; fitted toilet lid covers of fabric; net curtains; marabouts of cloth; curtains of textile or plastic; shrouds<br>**025** aprons; clothing, namely, shirts, shorts, pants, dresses, aprons, sports jerseys, pajamas, vests, uniforms, jackets; trousers; tops as clothing; skirts; sports jerseys; underwear; underpants; clothing for children; pyjamas; tee-shirts; clothing layettes; sportswear; swimsuits; raincoats; waterproof clothing; clothing for dancing; shoes; sandals; sports shoes; canvas shoes; boots; slippers; hats; hosiery; gloves; scarves; neckties; headscarves; girdles; chasubles; sashes for wear; shower caps; sleep masks; hairdressing capes; wedding dresses<br>**035** advertising; on-line promotion of computer networks and websites; provision of an online marketplace for shopping online; advertising and marketing services featuring display of goods and services through electronic means to facilitate tv shopping and home shopping; providing commercial information and advice for consumers in the choice of products and services; providing business information via a web site; business operation of shopping centers for others; import-export agency services; sales promotion for others; provision of an online marketplace for buyers and sellers of goods and services; | |

| | | | | |
|---|---|---|---|---|
| | | | marketing; supermarket; online shopping, namely, operating an on-line shopping site in the field of transportation supplies, cosmetics, kitchen utensils, electric lighting apparatus, electric washing machines, electric cleaners for household purposes, electric refrigerators for household purposes, electric induction heaters for household purposes, electric bidets for household purposes, air conditioning equipment, tableware sterilization equipment, kitchen cooking devices, air purifying equipment, clothing, shoes, caps, neckties, socks, leather belts, silk scarves, scarves, shawls, jewelry, hair accessories, eyeglasses, books, computer, beverages, drinking water, foodstuff, children's food, toys, musical instruments, furniture, medical apparatus, medicines for human purposes, massage apparatus, fitness equipment, cell phones, watches, electric audio and visual apparatus and instruments, cigarettes, hand-operated cleaning instruments, animal foodstuffs and animal forage, disinfectants, lubricating oil, photographic equipment, galvanic cells, downloadable electronic publications, scales, computer peripheral devices, umbrellas, clocks, stationery, office equipment, sports equipment, automobile accessories, bicycles, home vessels, bags and suitcases, communication equipment, beddings, bassinet, sanitary sterilization equipment, measuring equipment, wires and cables, ceramic products for household purposes, electric gardening chopping mill, wallpaper and carpets, home textile, construction materials, electronic products, toiletries, cleaning supplies for personal use, hairdressing appliances, and manicure sets; shopping center services; personnel management consultancy; updating | |

| | | | | |
|---|---|---|---|---|
| | | | and maintenance of data in computer databases; drawing up of statements of accounts; rental of vending machines; sponsorship search; rental of sales stands; retail services for pharmaceutical, veterinary and sanitary preparations and medical supplies | |
| 277. | **HAL**<br>Jurisdiction: US<br>Reg: 6102325<br>Serial: 87137346<br>Citations: 2 0<br>The mark consists of a silhouette of a bird in flight with stylized "HAL" on the graphic of the bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 07/14/2020<br>Pub: 03/21/2017<br>Filed: 08/12/2016<br>First Use: 04/30/2020<br>Current Basis: Use | **025** clothing, namely, tops, tops for men and women, athletic tops for men and women, shirts, t-shirts, jackets, sweaters, sweatshirts, pullovers, hooded pullovers, loungewear, sleepwear, and headwear | Hawaiian Airlines, Inc.<br>3375 Koapaka Street, Suite G350<br>Honolulu HAWAII 96819<br>US<br>Attorney: John L. Slafsky |
| 278. | **FLY FISHING CLOTHING CO.**<br>Disclaims: "FISHING CLOTHING CO."<br>Jurisdiction: US<br>Reg: 4609165<br>Serial: 86188753 | Registered<br>Affidavits: 8<br>Reg: 09/23/2014<br>Pub: 07/08/2014<br>Filed: 02/10/2014<br>First Use: 05/27/2013<br>Current Basis: Use | **025** clothing, namely, hats, shirts, polo shirts, golf shirts, shorts, t-shirts, socks, sweaters, coats, moisture wicking shirts, basketball shorts, fishing shirts, vest, cardigans, sweaters, hooded sweatshirts | Grant, Philip<br>102 Eagles Pass<br>Clarksville TENNESSEE 37040<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized text "Fly Fishing CLOTHING CO." with the "F" in "Fly" shaped like a fishing lure, all surrounded by a border.<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Representations of objects forming letters or numerals, including punctuation [270305] | | | |
| 279. | **TRUE VINE MISSIONARY BAPTIST CHURCH THE CHURCH OF LOVE**<br>Jurisdiction: US<br>Serial: 90282274<br>The mark consists of a circle, with an inner edge of the circle in purple with gold writing that says "TRUE VINE MISSIONARY BAPTIST CHURCH" at the top of the circle, and at the bottom circle the wording says "THE CHURCH OF LOVE". The center of circle is gold with a reflection of light going through it. God's hands trimmed in purple and the hands are open with palm facing up. Between the hands is a cross trimmed in purple with the bottom starting close to the middle of the hands. The cross has a purple vine wrapped around it that has three | Published<br>Pub: 09/28/2021<br>Filed: 10/27/2020<br>Current Basis: ITU | **025** t-shirts; t-shirts for adults, children, boys, girls, men, women; short-sleeved or long-sleeved t-shirts | True Vine Missionary Baptist Church<br>1407 Grove St.<br>Houston TEXAS 77020<br>US<br>Attorney: J GOODWILLE PIERRE |

| | | | | |
|---|---|---|---|---|
| | branches with a leaf laying on the cross. There are two birds one on the left side, the bird in flying toward the cross and one on the right of the cross is flying away from the cross. They are trimmed in purple.<br>Hands, fingers and arms [021107]<br>Birds or bats in flight or with outspread wings [031519]<br>Other parts of birds [031725]<br>Climbing bushes and plants, including ivy and vines [050104]<br>Other leaves [050325]<br>Cross, Latin (shorter horizontal lines) [241301]<br>Two concentric circles [260117] | | | |
| 280. | Jurisdiction: US<br>Reg: 6580670<br>Serial: 90468169<br>The mark consists of a stylized perched bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 12/07/2021<br>Pub: 09/21/2021<br>Filed: 01/15/2021<br>First Use: 07/15/2020<br>Current Basis: Use | **018** tote bags<br>**021** travel mugs<br>**025** clothing, namely, shirts, hats, and socks<br>**030** prepared packaged sandwiches<br>**032** soft drinks; bottled water | Liberty Truck Center, Inc.<br>2227 Scranton Carbondale Highway<br>Scranton PENNSYLVANIA 18508<br>US<br>Attorney: Edward D Lanquist, Jr. |
| 281. | Jurisdiction: US<br>Reg: 4091084<br>Serial: 85359504<br>Citations: 0 1 | Registered<br>Renewal: 03/04/2022<br>Affidavits: 8; 15 | **025** belts; bottoms; coats; footwear; jackets; sleepwear; swimwear; tops; undergarments | Abercrombie & Fitch Trading Co.<br>Attn: Lindsay Yeakel Capps<br>6301 Fitch Path |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a bird design silhouette.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | Reg: 01/24/2012<br>Pub: 11/08/2011<br>Filed: 06/29/2011<br>First Use: 08/08/2003<br>Current Basis: Use | | New Albany OHIO 43054<br>US<br>Attorney: Lindsay Capp |
| 282. | Jurisdiction: US<br>Reg: 6607469<br>Serial: 90533624<br>Citations: 1 0<br>The mark consists of a stylized kiwi bird.<br>Ostriches, kiwi, kiwi bird [031513]<br>Stylized birds and bats [031524] | Registered<br>Reg: 01/04/2022<br>Pub: 10/19/2021<br>Filed: 02/18/2021<br>Current Basis: Foreign Registration | **025** clothing, namely, sports shorts, jerseys, sweaters, pullovers, t-shirts, rugby jerseys, shorts, fleece tops, knit tops, fleece bottoms, base layers, knit bottoms, jackets, coats, sweatshirts, sweatpants, jogging suits, polo shirts, raincoats, scarves, socks, shirts, pants, dresses, skirts, blouses, suits, hosiery, underwear, tracksuits, track pants, track jackets, slacks, athletic uniform, vests, singlets, tank tops, leggings, gloves and waterproof trousers; footwear; boots; rugby boots; shoes; slippers; headwear; belts | Canterbury Limited<br>8 Manchester Square<br>London W1U3PH<br>GB<br>Attorney: Allison Strickland Ricketts |
| 283. | Jurisdiction: US<br>Reg: 5445567<br>Serial: 79209637<br>Citations: 1 0<br>The mark consists of a top view of a bird's nest with a crouching boy therein, and two bird's | Registered<br>Reg: 04/17/2018<br>Pub: 01/30/2018<br>Filed: 08/12/2016<br>Current Basis: Madrid | **014** precious metals; unwrought; semi-wrought; jewellery; precious stones; horological and chronometric instruments; clocks; alarm clocks; desk clocks; watches; alarm watches; sporting watches; costume jewelry; bracelets; ankle bracelets; brooches; jewelry chains; watch chains; jewelry charms; cuff-links; earrings; lapel pins; tie pins; tie clips; necklaces; ornamental lapel pins; pendants; rings; key rings of precious metal; model figures being ornaments made of precious metal; figurines of precious stones; figurines coated with precious | Harry Potter Theatrical Productions Limited<br>5th Floor, 89 New Bond Street<br>London W1S 1DA<br>GB<br>Attorney: Johanna Schmitt |

| | | | | |
|---|---|---|---|---|
| | wings at the top of the nest.<br>Boys [020505]<br>Sitting or kneeling [020904]<br>Wings [031701]<br>Nests without eggs (but the nest may include birds or other items) [031705] | | metal; adhesive wall decorations of precious metal; amulets; cases being part of clocks and watches; cases of precious metal for jewels; jewelry cases and containers of precious metal; non-monetary coins<br>**018** leather; unworked; semi-worked; imitation leather; bags; animal skins; hides; trunks and travelling bags; umbrellas and parasols; walking sticks; whips; harness; saddlery; athletic bags; beach bags; book bags; diaper bags; duffel bags; leather bags; school bags; shoe bags for travel; reusable shopping bags; tote bags; toiletry bags sold empty; suit carriers; waist bags; weekend bags; work bags in the nature of briefcases; backpacks; knapsacks; fanny packs; waist packs; wallets; purses; chain mesh purses, not of precious metal; clutch purses; coin purses; cosmetic purses sold empty; evening purses; leather purses; purses, not of precious metal<br>**021** household and kitchen utensils and containers in the nature of pie servers, cake turners, spatulas, scrapers and cake servers; combs and bath sponges; bath; cake; clothes; cosmetic; dusting; floor; hair brushes; brush-making materials; articles for cleaning purposes; steel wool; un-worked or semi-worked glass, except building glass; instruments and material for cleaning purposes in the nature of cloths, pads and rags; beverage glassware; beverage glassware; cutting boards; bottles; sold empty; jugs; bowls; mugs; plastic water bottles sold empty; bottle openers; lunch boxes; cookie cutters; pans; kettles; dishes; non-electric waffle irons; non-electric coffee pots not of precious metal; plates, not of precious metal; buckets; plastic buckets; ice pails and buckets; champagne buckets; shower caddies, not of precious metal; tea caddies, not | |

of precious metal; soap boxes; vacuum bottles; hair combs; cleaning combs; powder compacts sold empty; dusting brushes; hair brushes; brushes for clothes; bathroom pails; cake molds; plastic coasters; coffee cups; all-purpose portable household containers; drinking glasses; demitasse sets consisting of cups and saucers; cocktail shakers; thermal insulated containers for food or beverages; cork screws; corn cob holders; decanters; drinking flasks; sugar and cream sets; drinking cups for infants and parts and fittings therefor, name, valves and lids sold as a unit; cookie jars; napkin holders; towel rings; toothpicks; toothpick holders; paper cups; paper plates; non-metal piggy banks; plastic cups; salt shakers; pepper pots; shoe horns; window dusters; toothbrushes; toothbrush cases; wash basins in the nature of bowls; waste baskets; incense burner pots; baby bath tubs; bird cages; serving trays not of precious metal; serving utensils, namely, pie servers, cake turners, spatulas, scrapers and cake servers; vases not of precious metal; household containers of plastic for storing feminine hygiene products; candlesticks not of precious metal; statues and figurines made of china, ceramic, earthenware, glass and porcelain; chopsticks; gardening gloves; rubber household gloves

**024** bed covers; plastic table covers; travelling rugs; lap rugs; towels; bed linen; blankets; bedspreads; quilts; bed canopies; bed sheets; pillow cases; comforters; duvet covers; mattress covers; mosquito nets; pillow shams; sleeping bags; cotton; crepe; felt; flax; hemp; jute; linen cloth; cotton; cashmere; jeans; ticking; piled; cotton base mixed fabrics; table covers and table linen, not of paper;

place mats of textile; table napkins of textile; serviettes and table runners of textile; kitchen linens, namely, cloth doilies, cloth napkins, fabric table cloths, kitchen towels, fabric place mats, washing mitts, fabric table runners, cloth coasters; curtains; draperies; curtain holders of cloth; cloth banners; handkerchiefs of textile; bath linen, except clothing; bath towels and wash cloths; household linen; furniture coverings of textile and plastic; fitted covers for toilet lids of fabric; covers for cushions; unfitted covers for furniture not of paper; textile wall hangings; shower curtains; cotton; polyester; nylon fabric; fabric of imitation animal skins; upholstery fabrics; lingerie fabric; golf towels

**025** clothing in the nature of footwear, clothing for men, women and children, namely, shirts, t-shirts, sweatshirts, jogging suits, trousers, jeans, pants, shorts, tank tops, rainwear, cloth bibs, skirts, blouses; dresses; suspenders; sweaters; jackets; coats; raincoats; snow suits; ties; robes; hats; caps; sun visors; belts; scarves; sleepwear; pajamas; lingerie; underwear; boots; shoes; sneakers; sandals; booties; slipper socks; swimwear; masquerade; halloween costumes

**009** apparatus for recording, transmission or reproduction of sound or images; blank magnetic data carriers; blank recording discs; compact discs featuring music; blank recordable compact discs; blank recordable dvds; mechanisms for coin-operated apparatus for television sets; cash registers, calculating machines, data processing equipment, in the nature of optical couplers, and computers; computer game software; motion picture films featuring comedy, drama, action, adventure and/or animation, and motion picture films for broadcast on television featuring

comedy, drama, action, adventure and/or animation; audio tapes, audio-video tapes, audio video cassettes, audio video discs, and digital versatile discs featuring music, comedy, drama, action, adventure, and/or animation; stereo headphones; batteries; cordless telephones; mobile telephones; parts and accessories for mobile telephones, in the nature of backplates, battery chargers, covers, cases, straps; mobile telephone covers; mobile telephone cases; mobile telephone cases made of leather or imitation of leather specially adapted for mobile phones; mobile telephone covers made of cloth or textile materials specially adapted for mobile phones; pagers; hand-held calculators; audio cassette and cd players; multi-media software recorded on cd-rom featuring games; video and computer game programs; video game discs; cartridges; cassettes; digital music downloadable from the internet; mp3 players; hand-held karaoke players; short motion picture film cassettes featuring comedy, drama, action, adventure and/or animation to be used with hand-held viewers or projectors; video cassette recorders; players; compact disc players; digital audio tape recorders; players; electronic diaries; radios; mouse pads; eyeglasses, sunglasses and cases therefor; computer programs, namely, software for linking digitized video and audio media to a global computer information network; audio tapes featuring music, comedy, drama, action, and adventure, sold together with booklets; video and computer game programs; video game cartridges and cassettes; decorative magnets

**016** printed matter in the nature of award certificates and forms;

bookbinding material; photographs; stationery; adhesives for stationery or household purposes; artists' materials in the nature of artists' brushes and pens, watercolor saucers, canvases for painting, chalk for lithography, charcoal pencils, drawing compasses, easels, engraving plates, painters' hand-rests, india inks, ink sticks, modeling clay, modeling clay moulds; paint brushes; typewriters; office requisites in the nature of rubber bands and paper clips, address stamps, binders, book ends, book markers, clipboards, correcting fluid, paper cutters, document holders, index cards, letter trays, obliterating stamps, folders, pocket folders, notepads; printed instructional, educational and teaching materials in the nature of children's interactive educational books, computer game instructional manuals, paper manuals for teachers and instructional handbooks on the subjects of education, history, art, culture, literature, media and entertainment; plastic film for packaging; printers' type; printing blocks; printed matter, namely, fictional books featuring characters from animated, action, adventure, comedy and/or drama features, comic books, children's books, and fictional magazines featuring characters from animated, action adventure, comedy and/or drama features; coloring books, children's activity books; printed booklets featuring characters from animated, action, adventure, comedy, and drama films, tv shows, comic books or children's books; writing paper; envelopes; notebooks; diaries; note cards; greeting cards; trading cards; lithographs; pens, pencils, cases therefor, erasers, crayons, highlighting markers, coloured pencils, painting sets for children; chalk and chalkboards; decals and heat transfer

paper; posters; mounted and unmounted photographs; book covers; book marks; calendars; gift wrapping paper; paper party decorations, namely, paper napkins, paper doilies, paper place mats, crepe paper, printed invitations, paper table cloths, paper cake decorations; print substrates in the nature of films for transferring dye sublimation inks to three-dimensional objects for embroidery or fabric appliqués; printed patterns for making costumes, pajamas, sweatshirts and t-shirts; metal money clips

**028** action skill; arcade; board; card; dart games; gymnastic apparatus; sporting goods and equipment for speed training in the nature of rings, cones, speed ladders, coaching sticks, training arches, ankle bands, resistance chutes, hurdles; action figure toys and accessories therefor; plush toys; balloons; bathtub toys; ride-on toys; playing cards; equipment sold as a unit for playing card games; toy vehicles; dolls; flying discs; stand alone video output game machines; coin-operated arcade games; pinball game machines; hand-held units for playing electronic games; equipment sold as a unit for playing board games, card games, manipulative games, and parlor games; jigsaw and manipulative puzzles; paper party favors; paper party hats; paper face masks; costume and toy masks; skateboards; ice skates; water squirting toys; balls, namely, playground balls, soccer balls, baseballs, basketballs; baseball gloves; surfboards; swimming floats for recreational use; kickboard flotation devices for recreational use; swim boards for recreational use; swim fins; toy pistols; toy bakeware and toy cookware; toy banks play sets; toy snow globes; decorations and ornaments for christmas trees;

paper party hats; game equipment sold as a unit for playing a parlor-type computer game

**041** research in the field of education; training in the field of education; entertainment in the nature of live-action, comedy, drama and animated television programs; production of live-action comedy, drama and animated television programs; entertainment in the nature of live-action comedy, drama and animated motion picture theatrical films; production of live-action, comedy, drama and animated motion picture theatrical films; theatrical performances both animated and live action; multimedia entertainment services in the nature of recording, production and post-production services in the fields of music, video and films; information relating to education and entertainment provided on-line from a computer database or the internet; electronic games services provided via a global computer network; providing on-line publications in the nature of non-downloadable electronic books in the field of history, art, culture, media, literature and entertainment; on-line electronic publication of books and journals; publication of printed media; publication of sheet music; organizing of entertainment and social events; entertainment services relating to booking of acts, events and venues; entertainer services in the nature of live, televised and movie appearances by a professional entertainer; night club entertainment services; provision of dancing facilities; music hall, concert, dance hall, ballroom, cabaret services; circuses; provision of live entertainment in the nature of live dance, musical, comedy and theatrical performances; arranging of visual and musical entertainment at nightclubs;

audio-visual display presentation services for entertainment purposes in the nature of providing audio-visual display services for live entertainment shows; organizing social, cultural and arts events, musical exhibitions and fashion shows for entertainment purposes; production of audio recordings; production of entertainment television shows featuring dancers and singers; arranging and conducting music competitions; organization of balls; organization of cultural and fashion shows; providing karaoke lounge services; training of performance artists in the fields of dance, comedy, acting, and fine arts; entertainment services in the nature of live dance performances on cruise ships; video arcade services; providing amusement arcade services; amusement arcade game machine rental services; theme park services; amusement park services with a theme of films; amusement park services with a theme of radio productions; amusement park services with a theme of television productions; training services relating to the establishment, operation, administration, management and conduct of amusement and theme parks; movie studios; recording studio services; television entertainment, namely, television news shows; cinema theater services; providing cinema and theatre facilities; booking agency services for cinema tickets; rental and leasing of movie projectors and accessories; rental of cinematographic and motion picture films; distribution of cinematographic and motion picture films; editing of cinematographic and motion picture films; showing of cinematographic and motion picture films; training services relating to the establishment, operation, administration,

management and conduct of cinemas and theatres; training services for cinema technicians; providing of sports facilities; providing of recreation facilities; provision of swimming facilities, services and amenities in the nature of providing swim instruction; tenpin bowling alley and bowling green services; providing of golf facilities; providing of tennis court facilities; health and fitness club services; booking of seats for shows; organization of academic quizzes, games and competitions; organization of beauty competitions; organization of sporting competitions; rental of diving equipment; rental of sports equipment, except vehicles; arranging, planning and conducting of conferences, seminars, exhibitions and banquets for cultural or educational purposes

**042** scientific and technological services and research and design relating thereto; industrial analysis and research services; design and development of computer hardware and software; consultancy in the design and development of computer hardware; computer software consulting services; computer programming; technical support, namely, monitoring technological functions of computer network systems; consultation services for managing computer systems, databases and applications; graphic design of web pages on the internet; providing information relating to computer hardware and software provided on-line from a global computer network via the internet; designing, creating and maintaining web-sites for others; hosting the web-sites of others on the internet; computer software design for others; architectural services for the design of cinemas and theatres; providing

information, advice and consultancy relating to all the aforesaid services

**035** advertising; business management; business administration; providing office functions; market research and business analysis; promotional services in the nature of promoting the goods and services of others; advertising and sales promotion provided on-line from a computer database and the internet; provision of space on web sites for advertising goods and services; conducting market surveys; analysis of advertising response and market research; retail and online retail store services featuring apparatus for recording, transmission or reproduction of sound or images, blank magnetic data carriers, blank recording discs, compact discs featuring music, blank recordable compact discs, blank recordable dvds, mechanisms for coin-operated apparatus for television sets, cash registers, calculating machines, data processing equipment, in the nature of couplers, and computers, computer game software, motion picture films featuring comedy, drama, action, adventure and/or animation, and motion picture films for broadcast on television featuring comedy, drama, action, adventure and/or animation, audio tapes, audio-video tapes, audio video cassettes, audio video discs; digital versatile discs featuring music, comedy, drama, action, adventure, and/or animation, stereo headphones, batteries, cordless telephones, mobile telephones, parts and accessories for mobile telephones, in the nature of backplates, battery chargers, covers, accessories, cases, straps, mobile telephone covers, mobile telephone cases, mobile telephone cases made of leather or imitation of leather specially adapted for mobile phones,

mobile telephone covers made of cloth or textile materials specially adapted for mobile phones, telephone and/or radio pagers, hand-held calculators, audio cassette and cd players, multimedia software recorded on cd-rom featuring games, video and computer game programs, video game discs, cartridges and cassettes, digital music provided from the internet, digital music provided from mp3 internet web sites, mp3 players, hand-held karaoke players, short motion picture film cassettes featuring comedy, drama, action, adventure and animation to be used with handheld viewers or projectors, video cassette recorders and players, compact disc players, digital audio tape recorders and players, electronic diaries, radios, mouse pads, eyeglasses, sunglasses and cases therefor, computer programs, namely, software linking digitized video and audio media to a global computer information network, audio tapes sold together with booklets, video and computer game programs, video game cartridges and cassettes, decorative magnets, precious metals, unwrought or semi-wrought, jewellery, precious stones, horological and chronometric instruments, clocks, alarm clocks, desk clocks, watches, alarm watches, sporting watches, jewelry, costume jewelry, bracelets jewelry, ankle bracelets, brooches jewelry, chains jewelry, watch chains, charms jewelry, cufflinks, earrings, lapel pins, tie pins, tie clips, necklaces, ornamental pins, pendants jewelry, rings as jewelry, key rings of precious metal trinkets or fobs, model figures and ornaments made of precious metal, figurines of precious stones, figurines coated with precious metal, adhesive wall decorations of precious metal, amulets, cases for clocks or watches, cases of precious metal for jewels,

jewellery cases and containers of precious metal, coins, printed matter, bookbinding material, photographs, stationery, adhesives for stationery or household purposes, artists' materials, paint brushes, typewriters and office requisites, printed instructional and teaching materials, plastic materials for packaging, printers' type, printing blocks, printed matter and paper goods, namely, books featuring characters from animated, action, adventure, comedy and drama features, comic books, children's books, magazines featuring characters from animated, action adventure, comedy and/or drama features, coloring books, children's activity books, booklets, writing paper, envelopes, notebooks, diaries, note cards, greeting cards, trading cards, lithographs, pens, pencils and cases therefor, erasers, crayons, highlighting markers, colored pencils, painting sets, chalk and chalkboards, decals, heat transfers, posters, mounted and unmounted photographs, book covers, book marks, calendars, gift wrapping paper, paper party decorations, namely, paper napkins, paper doilies, paper place mats, crepe paper, invitations, paper table cloths, paper cake decorations, printed transfers for embroidery or fabric appliqués, printed patterns for costumes, pajamas, sweatshirts and t-shirts, paper photo frames, metal money clips, unworked or semi-worked leather, imitation leather, bags, animal skins, hides, trunks and travelling bags, umbrellas and parasols, walking sticks, whips, harness and saddlery, athletic bags, beach bags, book bags, diaper bags, duffel bags, leather bags, school bags, shoe bags, shopping bags, tote bags, toiletry bags, suit carriers being travelling bags, waist bags, weekend bags, work bags, backpacks, knapsacks, fanny packs, waist packs,

wallets, purses, chain mesh purses, not of precious metal, clutch purses, coin purses, cosmetic purses sold empty, evening purses, leather purses, purses, not of precious metal, textiles, bed covers, table covers, travelling rugs, lap rugs, towels, bed linen, blankets, bedspreads, quilts, bed canopies, bed sheets, pillow cases, comforters, duvet covers, mattress covers, mosquito nets, pillow shams, sleeping bags, cloth, fabric, table covers and textile table linen and place mats, napkins of textile, serviettes of textile and table runners, kitchen linens, namely, cloth doilies, cloth napkins, fabric table cloths, kitchen towels, fabric place mats, washing mitts, fabric table runners, cloth coasters, curtains, draperies, curtain holders of cloth, banners, handkerchiefs of textile, bath linen, except clothing, bath towels and wash cloths, household linen, coverings of textile and of plastic for furniture, covers for toilet lids of fabric, covers for cushions, loose covers for furniture, textile wall hangings, shower curtains, cotton, polyester and/or nylon fabric, fabric of imitation animal skins, upholstery fabrics, lingerie fabric, golf towels, apparatus for hanging clothing, footwear, and headgear, clothing for men, women and children, namely, shirts, t-shirts, sweatshirts, jogging suits, trousers, jeans, pants, shorts, tank tops, rainwear, cloth bibs, skirts, clothing for men, women and children, namely, blouses, dresses, suspenders, sweaters, jackets, coats, raincoats, snow suits, ties, robes, hats, caps, sun visors, belts, scarves, sleepwear, pajamas, lingerie, underwear, boots, shoes, sneakers, sandals, booties, slipper socks, swimwear, masquerade and halloween costumes, games and playthings, gymnastic and sporting articles not included in other classes,

| | | | | |
|---|---|---|---|---|
| | | | toys and sporting goods, toys, action figures and accessories therefor, plush toys, balloons, bathtub toys, ride-on toys, playing cards, games equipment for playing card games, toy vehicles, dolls, flying discs, stand-alone video output game machines, coin or counter operated arcade games, pinball game machines, electronic hand-held game units, game equipment sold as a unit for playing a board game, a card game, a manipulative game, a parlor game, jigsaw and manipulative puzzles, paper party favors, paper party hats, paper face masks, masquerade and halloween masks, skateboards, ice skates, water squirting toys, balls, namely, playground balls, soccer balls, baseballs, basketballs, baseball gloves, surfboards, swimming floats for recreational use, kickboard flotation devices for recreational use, swim boards for recreational use, swim fins, toy pistols, toy bakeware and toy cookware, toy banks, toy snow globes, decorations and ornaments for christmas trees, swimming floats, kickboard flotation devices, swim boards, paper party decorations, namely, paper hats, game equipment sold as a unit for playing a parlor-type computer game | |
| 284. ☆ | Jurisdiction: US<br>Serial: 90555520<br><br>The mark consists of a stylized image of a bird, phoenix, with outspread wings, feathers resembling flames, and | Published<br>Pub: 11/02/2021<br>Filed: 03/02/2021<br>Current Basis: ITU | **016** bumper stickers; decorative decals for vehicle windows<br>**024** pennants of textile<br>**025** hats; headwear; pants; shirts; shorts; bottoms as clothing; jackets; jerseys; sweatshirts; tops as clothing; t-shirts<br>**041** education services, namely, providing pre-kindergarten through 12th grade (pre-k-12) classroom instruction; educational services, namely, providing high school extracurricular courses of instruction in | Mecklenburg County School Board<br>PO Box 190<br>Boydton VIRGINIA 23917<br>US<br>Attorney: Eric Howlett |

| | | | | |
|---|---|---|---|---|
| | the bird's head turned to the viewer's left.<br>Flames emanating from objects, numbers or words [011515]<br>Phoenix (legendary bird) [040505] | | the fields of athletics, band, choir, speech, drama, dance, student council, and drill team | |
| 285. ☆ | Jurisdiction: US<br>Serial: 97425396<br><br>The mark consists of 3 birds in flight.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pending<br>Filed: 05/24/2022<br>Current Basis: ITU | **009** downloadable mobile applications for ordering food, earning rewards and finding locations of restaurants; magnetically encoded gift cards<br>**025** shirts; headwear, namely, hats and caps all sold only in connection with, or in promotion of, applicant's restaurant; tank tops; t-shirts<br>**029** chile con queso<br>**030** brownies; burritos; cookies; marinades; nachos; quesadillas; spices; tacos; tortillas; salsa con queso; tortilla chips<br>**035** franchise services, namely, offering business management assistance in the establishment and operation of restaurants<br>**043** restaurant and catering services | Tavistock Freebirds, LLC<br>13620 N. FM 620, Bldg. C, Suite 175<br>Austin TEXAS 78717<br>US<br>Attorney: Lori T. Milvain |
| 286. ☆ | Jurisdiction: US<br>Reg: 4785239<br>Serial: 86474884<br><br>The mark consists of a stylized drawing of an angel flying, with one leg bent in and the other sticking straight out behind her, with her arms extended in front of her, bearing stylized wings, flying toward the inside of a c shape | Registered<br>Affidavits: 8<br>Reg: 08/04/2015<br>Pub: 05/19/2015<br>Filed: 12/09/2014<br>First Use: 05/01/2014<br>Current Basis: Use | **025** motorcycle jackets; t-shirts | Gigi Montrose Moto Couture Inc.<br>3040 Perlita Ave.<br>Los Angeles CALIFORNIA 90039<br>US |

| | | | | |
|---|---|---|---|---|
| | design formed by two arching lines.<br>Wings [031701]<br>Angels, winged personages, including cherubs and cupids; humans or animals with halos [040102]<br>Two concentric circles [260117] | | | |
| 287. ☆ | Jurisdiction: US<br>Reg: 5738694<br>Serial: 88091138<br><br>The mark consists of a design featuring a stylized bird with its wings outspread. The bird has a plume of feathers emanating from its head and there is a crescent that runs from the top of the wing past the bottom of the bird.<br>Two quadrilaterals [261313]<br>Quadrilaterals that are completely or partially shaded [261321]<br>Curved lines, bands or bars [261709] | Registered<br>Reg: 04/30/2019<br>Pub: 02/12/2019<br>Filed: 08/24/2018<br>First Use: 08/01/2018<br>Current Basis: Use | **025** baby layettes for clothing; coats; coats made of cotton; dresses; football shoes; girdles; gloves; hats; hoodies; hosiery; infant wear; jackets; loungewear; neckties; nightwear; outer jackets; pyjamas; scarfs; shirts; shoes; short-sleeve shirts; skirts; sleep masks; slippers; sports shoes; sweaters; sweatshirts; swimsuits; trousers; wind coats | Youfu Li<br>No.51,Tangshang,Wuchang Vil.<br>Zhongsha Township,Ninghua County<br>Sanming 365400<br>CN |
| 288. ☆ | **BTOTD "BEST TIME OF THE DAY"**<br>Jurisdiction: US<br>Reg: 6229332<br>Serial: 88634985 | Registered<br>Reg: 12/22/2020<br>Pub: 02/11/2020<br>Filed: 09/28/2019<br>First Use: 09/22/2020 | **021** mugs; beer mugs; beer glasses; coffee mugs; cups; mugs; drinking glasses; drinkware; glass mug; travel mugs; coffee cups; tea cups; mugs; tumblers<br>**025** sweatshirts; sweat jackets; hoodies; hooded pullovers; hats; hats; caps; shirts; shirts; short-sleeved shirts; t-shirts; tank-tops | John Andreula<br>26 Marley Avenue<br>Cedar Grove NEW JERSEY 07009<br>US |

| | | | | |
|---|---|---|---|---|
| | <br>The mark consists of Creating a new brand with acronym "BTOTD" which stands for ""Best Time Of The Day"". It is a simple mark design including the following: an image of a dolphin jumping out of the water, a sunset by the water (that includes a simple image of the sun and the water), a bird flying into the sunset, The acronym "BTOTD", and The phrase ""Best Time Of The Day"".<br>Sun, rising or setting (partially exposed or partially obstructed) [010501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Porpoises, dolphins [031903]<br>Open sea, stretches of water without shore, multiple waves [060303]<br>Plain single line circles [260102]<br>Circles that are totally or partially shaded. [260121] | Current Basis: Use | | |
| 289. ☆ | Jurisdiction: US<br>Reg: 3442643<br>Serial: 78833568<br>Citations: 0 2 | Registered<br>Renewal: 06/12/2018<br>Affidavits: 8; 15 | **009** protective clothing; protective clothing, namely, body armor, gloves, knee and elbow pads for industrial and military use | NATIONAL SAFETY APPAREL, INC.<br>15825 INDUSTRIAL PARKWAY |

| | | | | |
|---|---|---|---|---|
| | The mark consists of design of a bird.<br>Stylized birds and bats [031524]<br>Phoenix (legendary bird) [040505] | Reg: 06/03/2008<br>Pub: 11/21/2006<br>Filed: 03/09/2006<br>First Use: 06/30/2006<br>Current Basis: Use | **025** head cover, namely, hats, hoods and headbands | CLEVELAND OHIO 44135<br>US<br>Attorney: Julie R. Fenstermaker |
| 290. | **VFLYING**<br>Jurisdiction: US<br>Reg: 4938437<br>Serial: 86667634<br>The mark consists of a V shape artwork looks like a spreading wings with the capital case word "FLYING".<br>Wings [031701] | Registered<br>Reg: 04/12/2016<br>Pub: 11/03/2015<br>Filed: 06/18/2015<br>First Use: 06/01/2012<br>Current Basis: Use | **025** clothing, namely, jerseys, shorts, sweaters, pants, track suits, shirts, tops, sweatshirts, sweatshirts with hoods, sweat pants, sports pants, socks, gloves, singlets, jackets, rainwear, vests, swimwear; training bibs, namely, a garment worn over a training jersey; belts; headwear; footwear; soccer boots | YANG, YU FENG<br>NO. 107 ROOM 202 MEDICAL ST, YUEXIU DISTR<br>GUANGZHOU CN |
| 291. | Jurisdiction: US<br>Reg: 3855891<br>Serial: 77865065<br>Citations: 0 1<br>The mark consists of a bird design silhouette.<br>Birds or bats in flight or with outspread wings | Registered<br>Renewal: 01/18/2020<br>Affidavits: 8; 15<br>Reg: 10/05/2010<br>Pub: 07/20/2010<br>Filed: 11/04/2009<br>First Use: 10/01/2005<br>Current Basis: Use | **025** gloves; headwear; scarves | Abercrombie & Fitch Trading Co.<br>Attn: LINDSAY YEAKEL CAPPS<br>6301 Fitch Path<br>New Albany OHIO 43054<br>US<br>Attorney: Lindsay Capps |

| | | | | |
|---|---|---|---|---|
| | [031519]<br>Other birds [031525] | | | |
| 292. | **JUSTIN CHARLES**<br>Jurisdiction: US<br>Reg: 3655205<br>Serial: 77132248<br>Citations: 0 2<br>The mark consists of the words "Justin Charles" and a graphic of a fly fisherman.<br>Single wave of water [011513]<br>Shadows or silhouettes of men [020102]<br>Humans playing games or engaged in other sports [020919]<br>Sombreros, cowboy hats (10 gallon hats), other broad-brimmed hats [090505]<br>Fishing rods, tackle, nets, hooks and lures [210308] | Registered<br>Renewal: 08/09/2019<br>Affidavits: 8<br>Reg: 07/14/2009<br>Pub: 03/11/2008<br>Filed: 03/15/2007<br>First Use: 11/13/2007<br>Current Basis: Use | **025** outdoor clothing, namely, hunting suits, balaclava caps, gaiters, skull caps, gloves, zip t-neck shirts and underwear | MCP IP, LLC<br>919 RIVER ROAD<br>PO BOX 367<br>SPARTA WISCONSIN 54656<br>US<br>Attorney: Jeremy Laabs |
| 293. | Jurisdiction: US<br>Reg: 5716588<br>Serial: 87580318<br>The mark consists of a mother bird and baby bird sitting on a leafy tree branch. The birds are sitting on the branch | Registered<br>Reg: 04/02/2019<br>Pub: 02/13/2018<br>Filed: 08/23/2017<br>First Use: 10/08/2018<br>Current Basis: Use | **025** clothing for newborns, infants and children, namely, shirts, shorts, pants, sweaters, one-piece garments with feet, pajamas, shoes, socks, jackets, coats, swimsuits, hats and caps being headwear | Strong Assets, LLC<br>Suite 200<br>1790 Hughes Landing Boulevard<br>The Woodlands TEXAS 77380<br>US<br>Attorney: Brian E. Albert |

| | | | | |
|---|---|---|---|---|
| | on opposite sides of a bird's nest with a heart on the top of the nest.<br>Hearts [021101]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Nests without eggs (but the nest may include birds or other items) [031705]<br>Other branches with leaves, with or without fruit [050310] | | | |
| 294. | **BIRDS OF LOVE**<br>Jurisdiction: US<br>Reg: 5823865<br>Serial: 79237216<br>The mark consists of the wording "BIRDS OF LOVE" in a bold font above a pair of birds in flight with the wording "OF" underlined.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Straight lines, bands or bars [261701]<br>Horizontal lines, bands or bars [261705] | Registered<br>Reg: 08/06/2019<br>Pub: 02/19/2019<br>Filed: 03/19/2018<br>Current Basis: Madrid | **014** precious metals and their alloys; jewelry; precious; semi-precious stones; timepieces and chronometric instruments<br>**024** textiles and substitutes thereof, namely, fabrics for the manufacture of clothing; household linen; curtains of textile or plastic<br>**003** non-medicated toiletry preparations and cosmetic products in the form of nail cosmetics; non-medicated dentifrices; perfumery products in the nature of perfumery, body deodorant and essential oils; bleaching preparations and other substances for laundry use, namely, laundry detergent; cleaning, polishing, abrasive and degreasing preparations for household purpose<br>**025** clothing, namely, shirts and pants; footwear; headwear | Beschriftung Beratung GmbH<br>Gartenweg 2a<br>CH-6207 Nottwil<br>CH |
| 295. | **BALD BAMBAZOO!**<br>Jurisdiction: US<br>Serial: 90364327 | Published<br>Pub: 08/10/2021<br>Filed: 12/07/2020 | **018** backpacks; fanny packs<br>**025** clothing, namely, shirts, pants, caps, sweaters, anoraks, hats and shoes; children's clothing, namely, t- | Gileam Jacobus Kriek<br>3025 Birch Crescent<br>Regina, SK S4S7J3<br>CA |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized bird with no wings with the wording "BALD BAMBAZOO!" appearing below the bird, with the letters "OO" resembling eyes.<br>Stylized birds and bats [031524]<br>Other parts of birds [031725] | Current Basis: ITU | shirts, caps, hats, shoes, sweaters, anoraks<br>**028** play things, namely, molded plastic, rubber and plush toy figurines; toys, namely, dolls, action figures, stuffed toys, sport balls, bath toys, card games, board games, puzzles, puppets, toy vehicles, and inflatable toys | Attorney: Scott M. Sisun, Esq. |
| 296. | **NOBLE AIR -CHARTER-**<br>Jurisdiction: US<br>Serial: 90866642<br>Citations: 4 0<br>The mark consists of the words Noble Air Charter appearing underneath an airplane flying with lines depicting "waves" of air.<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901]<br>Straight lines, bands or bars [261701]<br>Horizontal lines, bands or bars [261705]<br>Curved lines, bands or bars [261709] | Pending<br>Filed: 08/05/2021<br>Current Basis: no_filing_basis | **025** caps; hats; shirts; short sleeved shirts; tee-shirts<br>**039** transportation of people, goods and cargo by air, private jet charter services, jet sharing services | DBA Noble Air Charter Venture Air Solutions, Inc.<br>14950 NW 44th Court, Suite 16<br>Opa-Locka FLORIDA 33054<br>US<br>Attorney: James Dodrill, Esq. |
| 297. | Jurisdiction: US | Registered | **016** decals; notebooks; pens; ball | EVERGLADES |

| | | | | |
|---|---|---|---|---|
| | Reg: 5757669<br>Serial: 88157556<br>2(f) claim<br>The mark consists of a stylized flying seahawk in the colors gray, dark blue, white and outlined in gray.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Reg: 05/21/2019<br>Pub: 03/05/2019<br>Filed: 10/16/2018<br>First Use: 01/01/2010<br>Current Basis: Use | pens; ball-point pens; ballpoint pens; blank paper notebooks; decorative decals for vehicle windows; paper notebooks; spiral-bound notebooks; wall decals; wire-bound notebooks<br>**018** backpacks; tote bags; small backpacks<br>**021** mugs; mugs, not of precious metal; tumblers for use as drinking glasses; coffee mugs; coffee cups; tea cups; mugs; cups and mugs; drinking glasses, namely, tumblers; insulated mugs<br>**025** hats; sweatshirts; t-shirts; apparel for dancers, namely, tee shirts, sweatshirts, pants, leggings, shorts and jackets; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; baseball caps and hats; graphic t-shirts; hooded sweatshirts; short-sleeved or long-sleeved t-shirts; small hats; sports caps and hats; women's hats and hoods | COLLEGE, INC AKA KEISER UNIVERSITY<br>SUITE 180<br>1900 W. COMMERCIAL BOULEVARD<br>FORT LAUDERDALE FLORIDA 33309<br>US<br>Attorney: John Taddeo |
| 298. | **FLY.**<br>Jurisdiction: US<br>Reg: 5056483<br>Serial: 86835725<br>Supplemental Reg.<br>The mark consists of the stylized text "fly." depicted beneath a stylized design of a walking winged-polar bear.<br>Other bears (including polar bears or grizzly bears but not including | Registered<br>Reg: 10/04/2016<br>Filed: 12/01/2015<br>First Use: 06/01/2012<br>Current Basis: Use | **025** hats; jackets; shirts; socks; sweatpants; sweatshirts | Flypolar Clothing & Apparel LLC<br>3248 E 11th Ave<br>Columbus OHIO 43219<br>US |

| | | | | |
|---|---|---|---|---|
| | teddy bears in 21.01.11) [030114]<br>Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124]<br>Wings [031701]<br>Dragonflies [032308] | | | |
| 299. | **NOBLE -JETS-**<br>Jurisdiction: US<br>Serial: 90866655<br>Citations: 4 0<br>The mark consists of the words Noble Jets appearing underneath an airplane flying with lines depicting "waves" of air.<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901]<br>Straight lines, bands or bars [261701]<br>Curved lines, bands or bars [261709] | Pending<br>Filed: 08/05/2021<br>Current Basis: no_filing_basis | **025** caps; hats; shirts; short sleeved shirts; tee-shirts<br>**039** transportation of people, goods and cargo by air, private jet charter services, jet sharing services | Venture Air Solutions, Inc.<br>DBA Noble Jets<br>14950 NW 44th Court, Suite 16<br>Opa-Locka FLORIDA 33054<br>US<br>Attorney: James Dodrill, Esq. |
| 300. | **S**<br>Jurisdiction: US<br>Reg: 5003085<br>Serial: 86842862<br>The mark consists of a stylized letter "S" with a flying spaceship design, | Registered<br>Reg: 07/19/2016<br>Pub: 05/03/2016<br>Filed: 12/08/2015<br>First Use: 12/05/2015<br>Current Basis: Use | **025** hats; headwear; shirts; tops | Snerd Inc.<br>3250 Vickers Dr.<br>Glendale CALIFORNIA 91208<br>US<br>Attorney: XAVIER MORALES |

| | | | | |
|---|---|---|---|---|
| | all contained within an octagonal carrier.<br>Space rockets, missiles and capsules [180902]<br>Plain single or multiple line polygons [261502] | | | |
| 301. | **ALOHA FLY APPAREL**<br>Jurisdiction: US<br>Serial: 97128787<br>The mark consists of the stylized words "ALOHA FLY APPAREL" surrounding a wave like image with multiple cresting waves.<br>Open sea, stretches of water without shore, multiple waves [060303]<br>Letters, numerals or punctuation forming or bordering the perimeter of a circle [260108]<br>Miscellaneous circular designs with an irregular circumference [260128] | Pending<br>Filed: 11/17/2021<br>Current Basis: ITU | **025** clothing, namely, shirts, dresses, pants, skirts, jackets; footwear; hats; swimwear<br>**035** on-line retail store services featuring clothing | Hutto, Ashley<br>590 Farrington Hwy Unit #524-489<br>Kapolei HAWAII 96707<br>US<br>Attorney: Adriano Pacifici |
| 302. | **HONKER COUNTRY**<br>Jurisdiction: US<br>Reg: 6080942<br>Serial: 88145802<br>Citations: 0 2 | Registered<br>Reg: 06/16/2020<br>Pub: 03/19/2019<br>Filed: 10/07/2018<br>First Use: 03/01/2018<br>Current Basis: Use | **025** hats; jackets; pants; shirts | Eastern Engraving Inc.<br>1411 Ogelthorp Dr NW<br>Calabash NORTH CAROLINA 28467<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the wording "HONKER COUNTRY" in stylized font above two geese flying left over marsh grass.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Grasses [051303] | | | |
| 303. | **KEDFAN**<br>Jurisdiction: US<br>Reg: 6277092<br>Serial: 90060034<br>Translated: The wording "KEDFAN" has no meaning in a foreign language.<br>The mark consists of the stylized wording "KEDFAN", with the letter "K" being partially formed by three flying ribbons.<br>Wavy lines, bands or bars [261702]<br>Representations of objects forming letters or numerals, including punctuation [270305] | Registered<br>Reg: 02/23/2021<br>Pub: 12/08/2020<br>Filed: 07/18/2020<br>First Use: 06/18/2020<br>Current Basis: Use | **025** hats; leotards; neckerchiefs; overalls; scarfs; socks; sweaters; swimsuits; tights; underwear; bathing caps; bathing suits; belts for clothing; body suits for babies, adults, children, women, men; bottoms as clothing for babies, adults, children, women, men; clothing layettes; cyclists' jerseys; dresses for babies, children, women; gloves as clothing; gym suits; knit bottoms; knit tops; outer jackets; shoes for babies, adults, children, women, men; sport shirts; sports shoes; swim trunks; t-shirts; tops as clothing for babies, adults, children, women, men; waterproof jackets and pants; wetsuits for surfing; wind coats | QUANZHOU CATTIFANSPORTING GOODS CO., LTD.<br>2F, 1242 Longying Road, Yinglin<br>Village, Yinglin Town, Jinjiang<br>Quanzhou, Fujian 362000<br>CN<br>Attorney: Haoyi Chen |
| 304. | **QUAD CITY MALLARDS**<br>Disclaims: "QUAD CITY"<br>Jurisdiction: US<br>Reg: 4360794 | Registered<br>Affidavits: 8; 15<br>Reg: 07/02/2013 | **025** clothing, namely, tee-shirts, golf shirts, polo shirts, sweat shirts, hoodies, jerseys, hats, and stocking caps | ECHL INC.<br>116 VILLIAGE BLVD., STE 230<br>PRINCETON NEW JERSEY 08540<br>US |

| | | | | |
|---|---|---|---|---|
| | Serial: 85766756<br>Citations: 0 1<br>The mark consists of A mallard duck flying through circle containing the words "quad city mallards".<br>A single star with four points [010102]<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Two concentric circles [260117]<br>Circles that are totally or partially shaded. [260121] | Pub: 04/16/2013<br>Filed: 10/30/2012<br>First Use: 06/01/2010<br>Current Basis: Use | | Attorney: Timothy Nerhood |
| 305. | **OH YOUNG**<br>Jurisdiction: US<br>Reg: 6151962<br>Serial: 88808972<br>The mark consists of the wording "OH YOUNG" in stylized format below the stylized circle and a flying swan.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 09/15/2020<br>Pub: 06/30/2020<br>Filed: 02/25/2020<br>First Use: 02/20/2020<br>Current Basis: Use | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; clothing, namely, wrap-arounds; frocks; gaberdines; gilets; hoodies; hoods; jerkins; outer jackets; over shirts; pants; polo shirts; t-shirts; underclothing | Yuan Xia<br>No. 123, Group 1, Shangdong Village<br>Linfeng Town, Changshou District<br>Chongqing 401249<br>CN<br>Attorney: Angus Ni |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524]<br>Circles that are totally or partially shaded. [260121] | | | |
| 306. | **MAREN**<br>Jurisdiction: US<br>Reg: 4785234<br>Serial: 86474681<br>Citations: 0 5<br>The mark consists of the word "maren" in a stylized font with a stylized bird above the letter "a" and a stylized bird above the letter "e".<br>Other birds [031525] | Registered<br>Affidavits: 15<br>Reg: 08/04/2015<br>Pub: 05/19/2015<br>Filed: 12/08/2014<br>Current Basis: Foreign Registration | **025** clothing, namely, shoes, headwear | LUMIANTECH SARL<br>ROUTE DES COINSINS 1H<br>TRELEX 1270<br>CH<br>Attorney: AMY J BENJAMIN |
| 307. | **JMFCHI FASHION**<br>Disclaims: "FASHION"<br>Jurisdiction: US<br>Reg: 6346086<br>Serial: 90161233<br>Translated: The wording "JMFCHI FASHION" has no meaning in a foreign language.<br>The mark consists of a stylized representation of the word mark "JMFCHI FASHION" | Registered<br>Reg: 05/11/2021<br>Pub: 02/23/2021<br>Filed: 09/05/2020<br>First Use: 08/27/2020<br>Current Basis: Use | **025** footwear; half-boots; sandals; shoes; slippers; ankle boots; boots for sport; football boots; football shoes; hiking boots; sports shoes | Junyue (Fujian) Industry and Trade Development Co., Ltd.<br>No. 99, Hebin North Road, Xibian<br>Village Chendai Town, Jinjiang<br>Quanzhou, Fujian 362200<br>CN<br>Attorney: Francis H. Koh |

| | | | | |
|---|---|---|---|---|
| | featuring a flying horse silhouette design above.<br>Horses [030501]<br>Stylized horses, donkeys and zebras [030524] | | | |
| 308. | **JMFCHI SPORTS**<br>Disclaims: "SPORTS"<br>Jurisdiction: US<br>Reg: 6346093<br>Serial: 90161296<br>Translated: The wording "JMFCHI SPORTS" has no meaning in a foreign language.<br>The mark consists of a stylized representation of the word mark "JMFCHI SPORTS", featuring a flying horse silhouette design above.<br>Horses [030501]<br>Stylized horses, donkeys and zebras [030524] | Registered<br>Reg: 05/11/2021<br>Pub: 02/23/2021<br>Filed: 09/05/2020<br>First Use: 08/27/2020<br>Current Basis: Use | **025** footwear; half-boots; sandals; shoes; slippers; ankle boots; boots for sport; football boots; football shoes; hiking boots; sports shoes | Junyue (Fujian) Industry and Trade Development Co., Ltd.<br>No. 99, Hebin North Road, Xibian<br>Village Chendai Town, Jinjiang<br>Quanzhou, Fujian 362200<br>CN<br>Attorney: Francis H. Koh |
| 309. | **OCEAN FARMS BRAND**<br>Disclaims: "FARMS BRAND"<br>Jurisdiction: US<br>Reg: 4233610<br>Serial: 85575838<br>Citations: 0 1 | Registered<br>Renewal: 03/31/2022<br>Affidavits: 8; 15<br>Reg: 10/30/2012<br>Pub: 08/14/2012<br>Filed: 03/21/2012 | **029** clams; fish; seafood; shrimp | L.A. LUCKY IMPORT EXPORT, INC.<br>5699 RICKENBACKER RD.<br>BELL CALIFORNIA 90201<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a circular design that depicts a sun, birds flying, and the ocean with stylized fish within the circular design. Directly below is the wording "Ocean Farms" in stylized font and with an underline. Directly below that is the wording "Brand" in stylized font.<br>Other representations of the sun [010525]<br>Stylized birds and bats [031524]<br>Stylized fish, whales, seals and sea lions [031924]<br>Open sea, stretches of water without shore, multiple waves [060303]<br>Circles that are totally or partially shaded. [260121]<br>Letters or words underlined and/or overlined by one or more strokes or lines [261713] | First Use: 02/13/2012<br>Current Basis: Use | | |
| 310. | **SPARKY THE FLYING DOG**<br>Jurisdiction: US<br>Reg: 3478083<br>Serial: 78772964<br>Citations: 6 1 | Registered<br>Renewal: 08/09/2018<br>Affidavits: 8; 15<br>Reg: 07/29/2008<br>Pub: 09/11/2007<br>Filed: 12/14/2005 | **025** shirts; short-sleeved or long-sleeved t-shirts; t-shirts | DeYoung, Dennis<br>15941 S. Harlem Ave. Suite 268<br>Tinley Park ILLINOIS 60477<br>US<br>Attorney: Justin Lampel |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the image of a dog wearing a hat above the words "SPARKY THE FLYING DOG".<br>Heads of cats, dogs, wolves, foxes,bears, lions and tigers [030116]<br>Costumed animals andthose with human attributes in this division (cats, dogs, wolves, foxes, bears, lions or tigers) [030126]<br>Mercury's helmet (winged helmet) [240303]<br>Banners [240907] | First Use: 01/01/2007<br>Current Basis: Use | | |
| 311. | Jurisdiction: US<br>Reg: 4030939<br>Serial: 85122960<br>Citations: 1 0<br>The mark consists of a bird shaped design.<br>Stylized birds and bats [031524] | Registered<br>Renewal: 03/18/2022<br>Affidavits: 8; 15<br>Reg: 09/27/2011<br>Pub: 07/12/2011<br>Filed: 09/03/2010<br>First Use: 03/01/2010<br>Current Basis: Use | **025** clothing, namely, t-shirts, sweatshirts, shorts, and hooded sweatshirts; hats; wristbands | JNJ APPAREL, LLC<br>760 BAY ESPLANADE<br>CLEARWATER FLORIDA 33767<br>US<br>Attorney: Brittany L. Kaplan |
| 312. | Jurisdiction: US<br>Reg: 6173470<br>Serial: 88809912 | Registered<br>Reg: 10/13/2020<br>Pub: 07/28/2020 | **018** backpacks; wearable strap-on pouch; military duffle bags, garment bags for travel, tote bags, shoulder bags and backpacks<br>**025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and | FHF Gear, Inc.<br>DBA FHF Gear<br>Ste. 10<br>96 Laura Louise Ln.<br>Bozeman MONTANA 59718<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a hunting arrowhead in front of a rifle crossed with a fly fishing rod and reel.<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Rifles, machine guns, muskets [230302]<br>Arrowheads [241504]<br>Plain single line circles [260102]<br>Five or more circles [260131] | Filed: 02/25/2020<br>First Use: 01/01/2010<br>Current Basis: Use | caps, athletic uniforms; short-sleeved or long-sleeved t-shirts; sports caps and hats; fishing shirts; hunting shirts | Attorney: Michael W. Rafter |
| 313. | Jurisdiction: US<br>Reg: 4187262<br>Serial: 85033130<br>The mark consists of three three-sided elements of differing size and shape representing a fly used for fly fishing.<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Flying prehistoric animals, such as pterodactyls [032502]<br>Fishing rods, tackle, nets, hooks and lures [210308] | Registered<br>Affidavits: 8; 15<br>Reg: 08/07/2012<br>Pub: 09/21/2010<br>Filed: 05/07/2010<br>First Use: 02/01/2011<br>Current Basis: Use | **025** clothing for men, namely, pants, shorts, coats, jackets, shirts, underwear, sweaters, boots, vests, socks, gloves, fingerless gloves, waterproof gloves, mittens, hats, fishing waders, fishing wading shoes, leather shoes, fishing shoes, rubber shoes, boots<br>**028** fishing equipment and related accessories, namely, fishing rods, fishing reels, fishing line, landing nets, tackle boxes, fishing rod blanks, fly rod carrying cases, fly boxes, reel boxes, flies for fly fishing, fishing gloves | Sage Manufacturing Corporation<br>8500 Northeast Day Road<br>Bainbridge Island<br>WASHINGTON 98110<br>US<br>Attorney: Peter W. Becker |

| | | | | |
|---|---|---|---|---|
| 314. | **REYNOLDS LAKE OCONEE**<br>Disclaims: "LAKE OCONEE"<br>Jurisdiction: US<br>Reg: 5070248<br>Serial: 86980210<br>Citations: 1 1<br>The mark consists of a flying duck in an oval above the words "REYNOLDS LAKE OCONEE".<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Plain single line ovals [260302] | Registered<br>Reg: 10/25/2016<br>Pub: 05/31/2016<br>Filed: 11/09/2015<br>First Use: 10/01/2015<br>Current Basis: Use | **016** general feature magazines<br>**025** clothing, namely, golf shirts, jackets, gloves<br>**036** residential real estate agency services; real estate services, namely, rental property management<br>**037** real estate development<br>**039** marina services, namely, berthing, mooring, and storage; transportation services, namely, providing shuttle services for golfers<br>**041** country clubs; organization of golf tournaments; golf instruction; tennis instruction; providing recreation facilities; day camp services; education services, namely, providing classes, seminars and workshops in the field of cultural lifestyle experiences; providing on-line non-downloadable general feature magazines<br>**043** restaurant services | Oconee Golf Company LLC<br>1000 Vista Drive<br>Greensboro GEORGIA 30642<br>US<br>Attorney: Nadya M. Sand |
| 315. | Jurisdiction: US<br>Serial: 97267311<br>The mark consists of a classic hand drawn Flying Rabbit with wings.<br>Rabbits, hares [030901]<br>Stylized small mammals, rodents, kangaroos and wallabies [030924]<br>Wings [031701] | Pending<br>Filed: 02/15/2022<br>First Use: 09/13/2019<br>Current Basis: Use | **025** clothing, namely, hats, bucket hats, stocking hats, visors being headwear, belts, shirts, golf shirts, polo shirts, vests, sweaters, wind-jackets and pants<br>**028** golf bag covers; golf bag tags; golf bags; golf ball retrievers; golf balls; golf club covers; golf club head covers; golf divot repair tools; golf gloves; golf putter covers; golf tee bags; golf tee markers; golf tees; golf towel clips for attachment to golf bags | Eric Stepanian<br>61 Grafton Avenue<br>Westwood<br>MASSACHUSETTS 02090<br>US<br>Attorney: C. Forbes Sargent III |

| | | | | |
|---|---|---|---|---|
| 316. | Jurisdiction: US<br>Reg: 5318227<br>Serial: 87128900<br>The mark consists of the head of a stylized fierce bird with feathers and a silhouette of a star located under the beak of the bird.<br>A single star with five points [010103]<br>Feathers [031702]<br>Heads of birds [031716] | Registered<br>Reg: 10/24/2017<br>Pub: 01/10/2017<br>Filed: 08/05/2016<br>First Use: 11/25/2016<br>Current Basis: Use | **025** hats; jackets; pants; shorts; socks; sweatshirts; t-shirts | Durward, Blaine<br>PO Box 162<br>Trenton NORTH DAKOTA 58853<br>US |
| 317. | **COVE SINCE 2014-LA JOLLA-CALIFORNIA -**<br>Jurisdiction: US<br>Serial: 97308250<br>The mark consists of the wording COVE in a stylized font. Beneath the word COVE appears the wording SINCE 2014 in a stylized font. The wording SINCE 2014 has two horizontal lines appearing on either side. Beneath the wording SINCE 2014 is the wording CALIFORNIA in a stylized font with two dashes on either side. Above the wording COVE appears a | Pending<br>Filed: 03/11/2022<br>First Use: 01/01/2016<br>Current Basis: Use | **016** stickers<br>**025** hats; shorts; socks; t-shirts; hoodies; jackets; long sleeve pullovers; tank tops | No, Phillip J<br>8008 Girard Ave 190<br>La Jolla CALIFORNIA 92037<br>US<br>Attorney: Francis John Ciaramella, Esquire |

| | | | | |
|---|---|---|---|---|
| | stylized sun and palm tree design with a bird flying above. Above the sun and palm tree and bird design is the wording LA JOLLA in a stylized font with two dashes appearing on either side. The entire mark is set inside of a circle.<br><br>Sun, rising or setting (partially exposed or partially obstructed) [010501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Palm trees [050103]<br>Circles as carriers or as single line borders [260101]<br>Straight lines, bands or bars [261701]<br>Horizontal lines, bands or bars [261705] | | | |
| 318. ☆ | **LIFE IS LIKE A DICE GAME EACH GAME INVOLVES TWO OR MORE PLAYERS. A BET AMOUNT IS DECIDED UPON! EACH BIRD TAKES TURNS TO ROLL. . UNTIL A RECOGNIZED COMBINATION OR NUMBER IS ROLLED! ROLL 1, 2, 3, OR A NUMBER 1 YOU AUTOMATICALLY LOSE! - ACED OUT IF PLAYERS ROLL** | Published<br>Pub: 06/28/2022<br>Filed: 10/22/2020<br>Current Basis: ITU | **025** clothing, namely, tops, bottoms, and headwear<br>**028** board games | 456 BLOCK BOYS LLC<br>2855 Frederick Douglass Blvd.<br>New York NEW YORK 10039<br>US<br>Attorney: Michael Markos |

| | | | | |
|---|---|---|---|---|
| | **SIMILAR POINTS. THE BIRD MUST ROLL THE DICE AGAIN! -PUSH ROLL 4, 5, 6, COLLECT YOUR BREAD! -HEAD CRACK YOU WIN SOME. YOU LOSE SOME. LIFE IS LIKE A DICE GAME! *FOR ENTERTAINMENT PURPOSES ONLY BUT THE GARMENT IS AUTHENTIC**<br>Disclaims: ""EACH GAME INVOLVES TWO OR MORE PLAYERS." AND "A BET AMOUNT IS DECIDED UPON!" AND "EACH BIRD TAKES TURNS TO ROLL." AND "UNTIL A RECOGNIZED COMBINATION OR NUMBER IS ROLLED!" AND "ROLL 1, 2, 3, OR A NUMBER 1 YOU AUTOMATICALLY LOSE! - ACED OUT" AND "IF PLAYERS ROLL SIMILAR POINTS. THE BIRD MUST ROLL THE DICE AGAIN! - PUSH" AND "ROLL 4, 5, 6, COLLECT YOUR BREAD! - HEAD CRACK" AND "YOU WIN SOME. YOU LOSE SOME. LIFE IS LIKE A DICE GAME!""<br>Jurisdiction: US<br>Serial: 90270358 | | | |

| | | | | |
|---|---|---|---|---|
| | The mark consists of stylized wording "LIFE IS LIKE A DICE GAME" above eight squares arranged horizontally in two rows of four. Going left to right, in the first square is shaded with a cartoon bird inside of a circle with a speech bubble including the wording "EACH GAME INVOLVES TWO OR MORE PLAYERS...". Square two has a cartoon bird flapping its wings on top of two stacks of money with another speech bubble with the wording "A BET AMOUNT IS DECIDED UPON!". Square three has a cartoon bird walking on a sidewalk with a sun behind the cartoon bird and grass to the left of the cartoon bird and a speech bubble above the cartoon bird with the wording "EACH BIRD TAKES TURNS TO ROLL." Square four has a cartoon bird waving its wing on a sidewalk with three dice, above the cartoon bird's head is the wording "UNTIL A RECOGNIZED COMBINATION OR NUMBER IS ROLLED!". Going from left to right in the bottom row, square five is shaded with a circle with a cartoon bird inside, there is three dice in front of the birds face with a speech bubble | | | |

| | | | | |
|---|---|---|---|---|
| | above the cartoon bird with the wording "ROLL 1, 2, 3, OR A NUMBER 1 YOU AUTOMATICALLY LOSE! - ACED OUT". In square six is a cartoon bird with his wing out and three dice, clouds above the cartoon bird, with a speech bubble with the wording "IF PLAYERS ROLL SIMILAR POINTS. THE BIRD MUST ROLL THE DICE AGAIN! -PUSH". In square seven is a cartoon bird walking on the sidewalk with one wing out and three dice in front of him with the following wording in a speech bubble above the cartoon bird "ROLL 4, 5, 6, COLLECT YOUR BREAD! -HEAD CRACK". In the final square number eight, is a cartoon bird flapping his wings over a number of piles of money, with a speech bubble above the cartoon bird with the wording "YOU WIN SOME. YOU LOSE SOME. LIFE IS LIKE A DICE GAME!". At the bottom under all of the boxes is the wording "FOR ENTERTAINMENT PURPOSES ONLY BUT THE GARMENT IS AUTHENTIC".<br><br>Thought or speech clouds either empty or with wording and/or punctuation [011517]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | |

| | | | | |
|---|---|---|---|---|
| | Cities from a distant perspective, skylines [060701]<br>Other paper goods bearing handwritten or printed texts or tables [200324]<br>Dice, dominoes [210103]<br>Circles that are totally or partially shaded. [260121]<br>Plain single line squares [260902]<br>Three or more squares [260914]<br>Squares that are completely or partially shaded [260921] | | | |
| 319. ☆ | Jurisdiction: US<br>Reg: 4248179<br>Serial: 79114193<br><br>This trademark consists of a design of abstract bird.<br><br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other lines, bands or bars [261725] | Registered<br>Reg: 11/27/2012<br>Pub: 08/28/2012<br>Filed: 02/20/2012<br>Current Basis: Madrid | **018** imitation leather; school bags; backpacks; valises; animal skins; umbrellas<br>**025** clothing, namely, skirts, coats, shirts, pants; baby layettes for clothing; bathing suits; waterproof jackets and pants; footwear; hats; hosiery; scarfs; gloves as clothing; sports jerseys; t-shirts; jackets; being clothing; football shoes; sandals<br>**028** balls for games; body-building apparatus; snow shoes; roller skates; rods for fishing; mechanical toys; archery implements of japanese and western styles; shuttlecocks; nets for sports; gymnastic apparatus; knee guards for athletic use; protective padding for skateboarding; skating boots with skates attached; in-line roller skates | FUJIAN HONGXINGERKE SPORTS GOODS CO., LTD.<br>Jiangnan Torch Development Area Licheng District, Quanzhou City Fujian 362000<br>CN<br>Attorney: John Alumit |
| 320. ☆ | Jurisdiction: US<br>Serial: 97231348 | Pending<br>Filed: 01/21/2022<br>Current Basis: ITU | **003** shampoos; facial cleansers; bath foam; cakes of toilet soap; laundry preparations; cleaning preparations; leather bleaching preparations; polishing powder; perfume oils; cosmetics; lipsticks; beauty masks; perfumes; sunscreen preparations; | Beijing Jingdong Century Information Technology Co., Ltd.<br>Room 215, Floor 2, Building C<br>No. 18, Kechuang 11 Street |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized bird face design.<br><br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716] | | makeup remover; cotton wool for cosmetic purposes; nail polish; eyeliners; eyebrow pencils; mascara; toothpaste; incense; cosmetics for animals; air fragrancing preparation<br>**009** downloadable computer programs and application software for cell phones for use in remotely controlling electric lamps, electric sweepers, electric cookers, televisions, electric fans, air conditioners, curtains, and electric appliances, for use in controlling by voice compact disc players, mp3 players, personal stereos, music amplifiers and radios, for use in controlling by voice to search for news and weather information, to search online encyclopedias, to facilitate online shopping, to allow users to perform financial transactions; downloadable computer programs and application software for cell phones for anti-virus purposes, online shopping, online games, online reading, online chatting, data management, face recognition, media player, financial management, business management, to provide information and reservations for temporary accommodations and for restaurant and catering services, to facilitate transportation ticketing, for aircraft and train ticket inquiries and booking, and to facilitate logistics and courier information inquiries, for managing transportation and delivery of products; computer peripheral devices; computer hardware; mouse being computer peripheral; mouse pads; computer keyboards; blank usb flash drives; bags adapted for laptops; covers for tablet computers; data processing apparatus being smartwatches; electronic agendas; apparatus to check franking; counterfeit coin detectors; electronic automatic ticket dispensers; dictating machines; hologram apparatus; | Beijing 100176<br>CN<br>Attorney: Michael J. Turgeon |

| | | | | |
|---|---|---|---|---|
| | | | hemline markers; voting machines; electronic random number indicator equipment (ernie) in the nature of computer hardware and downloadable operating software for number randomization; face recognition apparatus; punched card machines for offices; bathroom scales; measures being scientific instrumentation for measuring weight; electronic notice boards; electric navigational instruments; wireless routers; stands adapted for mobile phones; covers for smartphones; telephone headsets; cabinets for loudspeakers; cameras for photography; small video projectors; measuring apparatus; optical apparatus and instruments; materials for electricity mains, namely, electric wires and cables; usb cables for cellular phones; usb cables; semiconductors; electronic chips; time switches; automatic; video screens; remote control apparatus; optical fibers; light conducting filaments; electric installations for the remote control of industrial operations; lightning rods; electrolysers; fire extinguishers; radiological apparatus for industrial purposes; protection devices for personal use against accidents; theft prevention installations; electric; eyeglasses; battery chargers; animated cartoons; egg-candlers; dog whistles; decorative magnets; electrified fences; electronic collars to train animals; sports whistles; portable remote control stopping apparatus in the nature of electronic speed reducers for reducing the speed of cars; fridge magnets<br>**014** precious metals; unwrought; semi-wrought; jewelry boxes; jewellery charms; jewelry being necklaces; jewelry being rings; jewelry being pearls; precious stones; paste jewellery; charms for key rings; works of art of precious metal; medals; | |

| | | | | |
|---|---|---|---|---|
| | | | jewelry being pins; earrings; wristwatches; watch bands; chronographs as watches<br>**018** leathercloth; pocket wallets; shopping bags; all-purpose carrying bags; leather bags, envelopes, and pouches for merchandise packaging; haversacks; leather trimmings for furniture; reins for guiding children; travelling trunks; rucksacks; umbrellas; walking sticks; clothing for animals<br>**024** upholstery fabrics; worsted silk fabric; labels of textile; works of art of silk; paper making felt; towels of textile; household linen; bath towels; bed covers; quilts; bed linen; sleeping bags; bed blankets; unfitted fabric covers for furniture; fitted toilet lid covers of fabric; net curtains; marabouts of cloth; curtains of textile or plastic; shrouds<br>**025** aprons; clothing, namely, shirts, shorts, pants, dresses, aprons, sports jerseys, pajamas, vests, uniforms, jackets; trousers; tops as clothing; skirts; sports jerseys; underwear; underpants; clothing for children; pyjamas; tee-shirts; clothing layettes; sportswear; swimsuits; raincoats; waterproof clothing; clothing for dancing; shoes; sandals; sports shoes; canvas shoes; boots; slippers; hats; hosiery; gloves; scarves; neckties; headscarves; girdles; chasubles; sashes for wear; shower caps; sleep masks; hairdressing capes; wedding dresses<br>**035** advertising; on-line promotion of computer networks and websites; provision of an online marketplace for shopping online; advertising and marketing services featuring display of goods and services through electronic means to facilitate tv shopping and home shopping; providing commercial information and advice for consumers | |

| | | | | |
|---|---|---|---|---|
| | | | in the choice of products and services; providing business information via a web site; business operation of shopping centers for others; import-export agency services; sales promotion for others; provision of an online marketplace for buyers and sellers of goods and services; marketing; supermarket; online shopping, namely, operating an on-line shopping site in the field of transportation supplies, cosmetics, kitchen utensils, electric lighting apparatus, electric washing machines, electric cleaners for household purposes, electric refrigerators for household purposes, electric induction heaters for household purposes, electric bidets for household purposes, air conditioning equipment, tableware sterilization equipment, kitchen cooking devices, air purifying equipment, clothing, shoes, caps, neckties, socks, leather belts, silk scarves, scarves, shawls, jewelry, hair accessories, eyeglasses, books, computer, beverages, drinking water, foodstuff, children's food, toys, musical instruments, furniture, medical apparatus, medicines for human purposes, massage apparatus, fitness equipment, cell phones, watches, electric audio and visual apparatus and instruments, cigarettes, hand-operated cleaning instruments, animal foodstuffs and animal forage, disinfectants, lubricating oil, photographic equipment, galvanic cells, downloadable electronic publications, scales, computer peripheral devices, umbrellas, clocks, stationery, office equipment, sports equipment, automobile accessories, bicycles, home vessels, bags and suitcases, communication equipment, beddings, bassinet, sanitary sterilization equipment, measuring equipment, wires and cables, ceramic products for household purposes, | |

| | | | | |
|---|---|---|---|---|
| | | | electric gardening chopping mill, wallpaper and carpets, home textile, construction materials, electronic products, toiletries, cleaning supplies for personal use, hairdressing appliances, and manicure sets; shopping center services; personnel management consultancy; updating and maintenance of data in computer databases; drawing up of statements of accounts; rental of vending machines; sponsorship search; rental of sales stands; retail services for pharmaceutical, veterinary and sanitary preparations and medical supplies | |
| 321. ☆ | **INSPIRATION ALL AROUND US. OWN YOUR WINGS FLYBOY MAGAZINE**<br>Disclaims: "MAGAZINE"<br>Jurisdiction: US<br>Reg: 4930206<br>Serial: 86411770<br><br>The mark consists of the words "FLY BOY" on either side of and incorporated in the wording are spread out wings, above which is the wording "INSPIRATION ALL AROUND US. OWN YOUR WINGS" below the words "FLY BOY" and the design of the wings is the word "MAGAZINE".<br><br>Wings [031701] | Registered<br>Reg: 04/05/2016<br>Pub: 01/19/2016<br>Filed: 10/01/2014<br>First Use: 10/01/2014<br>Current Basis: Use | **016** magazine publication featuring human stories; magazine catalogues featuring hats; t-shirts; accessories | Saunders Edward Richard<br>30 Ridgeview ave yonkers NEW YORK 10710<br>US<br>Attorney: Francis John Ciaramella, Esquire |

| | | | | |
|---|---|---|---|---|
| 322. ☆ | **O**<br>Jurisdiction: US<br>Reg: 4683965<br>Serial: 86242600<br>Citations: 1 1<br><br>The mark consists of an "O" with bird wings.<br><br>Wings [031701] | Registered<br>Affidavits: 8<br>Reg: 02/10/2015<br>Pub: 11/25/2014<br>Filed: 04/04/2014<br>First Use: 02/01/2000<br>Current Basis: Use | **025** clothing, namely, tops, pullovers | High Schoolers, LLC<br>152 West 57th Street<br>New York NEW YORK 10019<br>US<br>Attorney: Peter Nussbaum |
| 323. ☆ | Jurisdiction: US<br>Reg: 5398712<br>Serial: 79210945<br><br>The mark represents a winged angel covered with bandages on the left arm and left leg, flying to the right.<br><br>Angels, winged personages, including cherubs and cupids; humans or animals with halos [040102] | Registered<br>Reg: 02/13/2018<br>Pub: 11/28/2017<br>Filed: 11/14/2016<br>Current Basis: Madrid | **005** plasters for medical use; articles and materials for wound dressings - other than instruments, namely, tapes and bandages for dressings for wounds; adhesive dressings for controlled compression, namely, adhesive compress dressings for burns and adhesive compress dressings for wounds; individual compressive dressings, namely, individual compressive dressings for burns and individual compressive dressings for wounds; medicated compresses; including hot; cold compresses; products for incontinence, namely, sanitary towels and panty liners; hemostatic cushions, namely, compression bandages in the form of cushions; gauze and cotton wool for medical use; pharmaceutical, dietetic, medical substances and medicinal preparations, namely, balms, creams, pomades and ointments; protective strips for medical use, namely, resorbable bands for stopping the bleeding of abrasions and abrasions; cold compresses for medical use; cushions, pads and adhesive tapes for medical use for the treatment by compression of blood and venous circulation disorders and cutaneous affections | THUASNE<br>118-120 rue Marius Aufan<br>F-92300 Levallois Perret<br>FR<br>Attorney: Sylvia A. Petrosky |

| | | | | |
|---|---|---|---|---|
| | | | **010** socks, stockings and tights for prophylactic or therapeutic use; maternity belts for prophylactic or therapeutic use; lumbar, dorso-lumbar and thoracic corsets for therapeutic or prophylactic use or for rehabilitation; lumbar, pelvic, hernia, abdominal and thoracic belts for therapeutic or prophylactic use or for rehabilitation; cervical collars; braces, namely, leg braces for braces for forearm and elbow braces; cervical braces for medical use; hoods, shorts, leggings, foot gloves, interdigital divider gloves, armbands, jackets, jumpsuits, waistcoats with or without sleeves, sleeves, girdles, underwear, panties, briefs and pants for compression; ankle guards, knee guards, thigh guards, wristbands, elbow guards and finger splints for therapeutic and prophylactic use and for rehabilitation; pads for the immobilization of the shoulder, collarbone, arm, forearm, elbow or fingers for therapeutic and prophylactic use and for rehabilitation; bracelets for prophylactic or therapeutic use, namely, orthopedic straps for treating or preventing tendinitis of arms; bands, muffs, socks, stockings, mittens, shoulder pads and clothing for the treatment of edema for prophylactic and therapeutic use and for rehabilitation; post-operative clothing for medical use; made-to-measure clothing for medical use for persons with third-degree burns; discharge shoes for medical use; footwear; orthopedic soles; heel pads; products for incontinence, namely: sheets, draw sheets reusable waterproof draw sheets, mattresses, mattress toppers, slippers and medical pads for the prevention of pressure sores; cervical pillows for medical use, beds specifically for medical use, patient lifter, footrest, wheeled drip stand, stand, wheel walkers, crutches, canes | |

| | | | | |
|---|---|---|---|---|
| | | | for medical use; brassieres for care and treatment of breast for medical use; external breast prostheses; thermometers for medical use, sphygmomanometers<br>**012** pushchairs, wheelchairs or vehicles for the physically disabled or sick persons<br>**024** textile fabrics used for the manufacture of clothing and underwear, stockings and hosiery, bandages for medical use, supports, cushions, pads, mattresses and mattress toppers<br>**025** clothing, namely, socks, sleeves, t-shirts, pantyhose and sports shorts; sports underwear<br>**009** measurement apparatus and instruments for measuring weight and size of human body parts; apparatus for recording, transmission or reproduction of sound or images; calculating machines; data processing equipment; computers; electronic tablets; smartphones; e-book readers; software used for providing medical information and for health watching purposes consisting of recorded programs; computer peripheral devices; electric batteries; detectors, namely, position detectors, motion detectors, flow detectors and leak detectors; integrated circuit card being smart cards, bags designed for laptop computers | |
| 324. ☆ | Jurisdiction: US<br>Serial: 90823294<br>Citations: 1 0 | Pending<br>Filed: 07/12/2021<br>Current Basis: ITU | **014** jewelry<br>**018** leather and imitations of leather; animal skins and hides; luggage and carrying bags; umbrellas and parasols; purses; backpacks; handbags; wallets<br>**021** household or kitchen utensils and containers; glassware; porcelain; earthenware | Vista Outdoor Sales LLC<br>1 Vista Way<br>Anoka MINNESOTA 55303<br>US<br>Attorney: Katherine M. Basile |

| | | | | |
|---|---|---|---|---|
| | The mark consists of an image of a bird.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | **025** clothing, namely, t-shirts, shirts, jackets, coats, pullovers, vests, skirts, bodysuits, leotards, unitards, sweatpants, shorts, tights, pants and leggings; footwear, namely, sandals, slippers and shoes; headgear, namely, hats, caps and beanies; gloves; mittens; scarves | |
| 325. ☆ | Jurisdiction: US<br>Serial: 90686504<br><br>The mark consists of birds, flowers, and curved shapes.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other flowers including daffodils and irises [050525]<br>Curved lines, bands or bars [261709] | Pending<br>Filed: 05/02/2021<br>First Use: 11/10/2009<br>Current Basis: Use | **025** boots | Corral Boot Company, LLC<br>Suite B<br>6412 S 36th Street<br>McAllen TEXAS 78503<br>US<br>Attorney: Bruce K Jamison |
| 326. ☆ | Jurisdiction: US<br>Serial: 88211015<br><br>The mark consists of a bird within an oval.<br><br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 05/10/2022<br>Filed: 11/29/2018<br>Current Basis: Foreign Registration | **016** cook books; printed course materials, namely, recipes and cooking instructions in the field of cooking<br>**021** cooking utensils, namely, spatulas, cooking spoons, kitchen tongs<br>**025** aprons; t-shirts; shirts; sweatshirts; pants<br>**041** educational services, namely, conducting cooking classes; providing classes and workshops and seminars in the field of cooking; cooking instruction | Little Kitchen Academy Ltd.<br>4337 Staulo Cres<br>Vancouver V6N3S3<br>CA<br>Attorney: Dyan M. House |

| | | | | |
|---|---|---|---|---|
| | Ovals as carriers and single line borders [260301] | | | |
| 327. ☆ | Jurisdiction: US<br>Reg: 4086118<br>Serial: 85089265<br><br>The mark consists of floral spray and bird design.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other flowers including daffodils and irises [050525]<br>Other plants including bales of hay or straw [051325]<br>Scrolls, rolls of paper, including rolled wallpaper, toilet paper, paper towels and aluminum foil [200302] | Registered<br>Affidavits: 8; 15<br>Reg: 01/17/2012<br>Pub: 11/01/2011<br>Filed: 07/21/2010<br>First Use: 01/01/2007<br>Current Basis: Use | **025** apparel, namely, wedding gowns, and wedding accessories, namely, veils and gloves; headpieces, namely, headbands; evening wear, namely, gowns, dresses, skirts , pants, shirts, sweaters, blouses, jackets, shawls and suits<br>**035** retail store services featuring clothing and accessories | Reem Holdings LLC<br>240 West 35th Street, Suite 700<br>New York NEW YORK 10001<br>US<br>Attorney: Louis S. Ederer |
| 328. ☆ | **FLY DANCE FITNESS**<br>Disclaims: "FITNESS"<br>Jurisdiction: US<br>Serial: 97421497 | Pending<br>Filed: 05/20/2022<br>First Use: 10/25/2013<br>Current Basis: Use | **025** fitness apparel, namely, shirts, pants, shorts, hats, jackets; clothing, namely, pants, socks, shorts, baseball caps, hats, leggings, sweatpants, sports bras, t-shirts, tank tops, sweatshirts, crew neck tops, hoodies, long-sleeve shirts<br>**041** fitness facility providing fitness instruction and classes; fitness classes; website offering fitness classes; education services, namely, providing classes and instruction in dance fitness classes and training; | You So Fly, LLC<br>DBA Fly Dance Fitness<br>5584 FOXTAIL PALM LN<br>Sarasota FLORIDA 34233<br>US<br>Attorney: Michelle K. Suarez |

| | | | | |
|---|---|---|---|---|
| | The mark consists of an arrow that forms a semi circle which has an opening at the bottom of the circle with the word FLY centered at the top center of the circle and the words DANCE FITNESS centered immediately below the word FLY such that the words FLY DANCE FITNESS appear together in the center of the circle filling the space above the opening at the southern most part of the semi-circle.<br><br>Arrows forming a circle or an arc of a circle [241501] | | providing dance fitness choreography services; arranging and conducting dance fitness events; educational services, namely, providing training of dance fitness instructors for certification in the field of dance fitness; physical fitness training services for personal use via non-downloadable streaming videos; educational services, namely, live seminars in the field of physical fitness training and coaching for prospective fitness instructors and coaches | |
| 329. ☆ | Jurisdiction: US<br>Reg: 4545679<br>Serial: 79131282<br><br>The mark consists of a stylized, cube-shaped bird.<br><br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716]<br>Geometric figures or combinations of geometric figures representing an animal [040707]<br>Cubes [261904] | Registered<br>Reg: 06/10/2014<br>Pub: 03/25/2014<br>Filed: 08/08/2012<br>Current Basis: Madrid | **003, 005, 015, 018, 020, 024, 026, 027, 029, 030, 032, 033, 034, 035, 036, 038, 043**<br>**014** goods in precious metals or coated therewith, namely, jewelry, boxes, and baskets; jewelry; precious stones; horological and chronometric instruments; imitation jewelry and personal ornaments of precious metal in the nature of jewelry; brooches; jewelry chains; pendants; non-monetary commemorative coins and tokens for collecting purposes; cuff-links<br>**021** household or kitchen utensils, namely, pot and pan scrapers, rolling pins, spatulas, turners, and whisks; containers for household or kitchen use; cleaning combs; bath; scouring; cleaning sponges; brushes excluding paint brushes, namely, cleaning brushes for household use; brush-making materials; articles for cleaning purposes, namely, cloths, cleaning cotton, steel wool for cleaning; steel wool; unworked or semi-worked glass except glass used in building; | Rovio Entertainment Corporation<br>Keilaranta 7 ,<br>Attorney: Christine B. Redfield |

| | | | | |
|---|---|---|---|---|
| | | | beverage glassware, porcelain and earthenware, namely, beverage glassware, and crockery, ornaments and statuettes of porcelain and earthenware; portable plastic baby bath tubs; non-metal baskets, for domestic use; mugs; birdcages; non-electric food blenders; ironing boards; boot jacks; stoppers specifically adapted for use with vacuum bottles made from ceramics, china, glass, crystal, earthenware, terra-cotta and porcelain; bowls; non-electric cast-iron kettles; tableware, namely, plates, bowls and dishes; salad bowls; non-electric whisks; rice chests; colanders; household utensils, namely, cooking strainers; cooking funnels; food preserving jars of glass; graters for household purposes; chopstick cases; rolling pins for cooking purposes; camping cooking grills in the nature of cooking utensils; lemon squeezers in the nature of citrus juicers; cosmetic and toiletry utensils, namely, make up applicators and make up brushes, hair brushes and combs; shoe brushes; shoe horns; shoe shine cloths; feeding vessels for pets; brushes for pets; boxes of metal for dispensing serviettes in the nature of napkin dispensers for household use; bird baths; mouse traps; fly swatters; candle extinguishers not of precious metal; flower vases; upright signboards of glass or ceramics; cooking sets for outdoor use consisting of tin cans, tin pans, tin pots and tin plates; soap boxes; bread boards and cutting boards; buckets; meal trays; serving trays; cages for household pets; cake molds; waffle molds; candle rings; candlesticks; candy boxes; comb cases; china ornaments; chinaware, namely, ornaments and statuettes of china; chopsticks in the nature of cooking utensils; clothes drying racks; cloths for cleaning; cocktail stirrers; coffee | |

| | | | | |
|---|---|---|---|---|
| | | | filters not of paper being part of non-electric coffee makers; non-electrical and hand-operated coffee grinders; coffee services; electric hair combs; grooming combs for animals; pastry bags; cookery molds; cooking pots; ice pails; portable coolers; corkscrews; bottles sold empty; plastic water bottles sold empty; bottle openers; dishes; plates not of precious metal; champagne buckets; hair brushes; brushes for clothes; plastic coasters; coffee cups; all-purpose portable household containers; drinking glasses, namely, tumblers; demitasse sets consisting of cups and saucers; thermal insulated containers for food or beverages; corn cob holders; decanters; sugar; creamer bowl; pitcher; pourer sets; drinking cups for infants and parts therefor, namely, lids and valves, all sold as a unit; paper cups; non-metal piggy banks; plastic cups; toothbrush cases; serving utensils, namely, pie servers, cake turners, spatulas<br>**009** downloadable electronic publications in the nature of books and magazines in the field of computer literacy, spelling, reading, science, and geography<br>**016** printed matter, namely, books, booklets, printed periodicals, magazines including gaming magazines, children's books, all in the fields of computer, literacy, spelling, reading, science, geography, cartoons and video games; children's books; children's activity books; drawing pins in the nature of push pins; writing instruments, namely, pens, pencils, fountain pens, ball-point pens, and pen nibs; pens; pencils; fountain pens; ball-point pens; pen nibs; desk pen holders; desk pen stands; ink refills for pens and writing instruments; pencil leads; colored pencils; crayons; pen and pencil cases; artists' water colors | |

| | | | | |
|---|---|---|---|---|
| | | | in the nature of finished water color paintings; pastels; drawing materials for blackboards, namely, drawing boards, drawing pens, pencils and drawing instruments; drawing sets comprising drawing paper and colored pencils; canvas for painting; letter trays and paper racks; letter holders; loose-leaf binders; paper knives being office requisites in the nature of letter openers; letter openers; electric letter openers; adhesive tapes for stationery or household purposes and adhesive tape dispensers; pictures; stencils; picture story books; graphic art reproductions; portraits; posters; lithographs; postcards; greeting cards; musical greetings cards; two-ring and three-ring binders; stationery-type portfolios and folders; rubber marking stamps; sealing stamps and seals; postage stamps and seals; holders and cases specially adapted for postage stamps and seals; stamp pads; ink pads; writing and drawing inks; scratch pads; paper staplers; pastes and glues for stationery and household purposes; party ornaments and party decorations made of paper and cardboard; correcting fluids used as office requisites; document folders; index cards; document files; sticker albums; stickers<br>**025** t-shirts<br>**028** plush toys<br>**041** provision of on-line non-downloadable animated cartoons via a video-on demand service and provision of on-line non-downloadable animated cartoons via a global computer network | |
| 330. ☆ | Jurisdiction: US<br>Reg: 4969634<br>Serial: 86446545 | Registered<br>Reg: 05/31/2016<br>Pub: 02/24/2015 | **025** footwear; t-shirts | Deckers Outdoor Corporation<br>250 Coromar Drive<br>Goleta CALIFORNIA 93117<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the design of a bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | Filed: 11/06/2014<br>First Use: 01/01/2016<br>Current Basis: Use | | Attorney: Tanja Proehl |
| 331. ☆ | **X**<br>Jurisdiction: US<br>Serial: 90677748<br>The mark consists of a raven bird with an "X" for an eye, standing on a branch, looking over its shoulder. Two diagonal lines appear behind the bird.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other parts of birds [031725]<br>Other branches with leaves, with or without fruit [050310]<br>Straight lines, bands or bars [261701]<br>Horizontal lines, bands or bars [261705]<br>Chevrons and angles [261712] | Published<br>Pub: 05/31/2022<br>Filed: 04/28/2021<br>First Use: 04/01/2021<br>Current Basis: Use | **025** clothing, namely, t-shirts, socks, hoodies, active wear in the nature of jogging suits, jackets, pants, sweatshirts, and sweatsuits; sports caps and hats; woolly hats | Two 18 Holdings, LLC<br>815 Hathaway Dr.<br>Auburn Hills MICHIGAN 48067<br>US<br>Attorney: Fallon Moore |
| 332. | **EARLY BIRD, THE ART OF HUSTLE** | Pending | **025** clothing line; athletic wear; lifestyle brand | Laavis Jackson |

| | | | | |
|---|---|---|---|---|
| ☆ | Jurisdiction: US<br>Serial: 97104908<br>The mark consists of an image of a bird against a black background; wherein the words "Early Bird" is positioned above an image of the bird, a crescent moon profile is positioned beneath and behind the image of the bird, and the words "THE ART OF HUSTLE" is arranged in a curvature pattern that mirrors the lower portion of the crescent moon profile.<br>Partial moons, including half moons and crescent moons [011102]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Worms, slugs, caterpillars, larvae, centipedes and cocoons [032302] | Filed: 11/02/2021<br>Current Basis: ITU | | 5529 WILLIAMS STREET<br>FORT LAWN SOUTH CAROLINA 29714<br>US<br>Attorney: Kyle A. Fletcher, Esq. |
| 333. ☆ | **WESTERN SON VODKA**<br>Disclaims: "VODKA"<br>Jurisdiction: US<br>Reg: 5987534<br>Serial: 88190360 | Registered<br>Reg: 02/18/2020<br>Pub: 12/03/2019<br>Filed: 11/12/2018<br>First Use: 08/01/2017<br>Current Basis: Use | **025** hats; shirts | Micro Intellectual Company LLC<br>217 W. Division Street<br>Pilot Point TEXAS 76258<br>US<br>Attorney: Thomas Dunlap |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a flying black dove in profile upon the letter "W" in the literal element "WESTERN SON VODKA".<br>Doves [031510]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | | | |
| 334. ☆ | **FLAG CITY**<br>Disclaims: "FLAG CITY"<br>Jurisdiction: US<br>Serial: 97083022<br>The mark consists of an image of a flag flying to the right with the words "FLAG CITY" inside the flag.<br>Pennants (flags in the form of a triangle), flags with forked sides [240902] | Pending<br>Filed: 10/20/2021<br>First Use: 05/21/2018<br>Current Basis: Use | **025** hats; jackets; sweatshirts; t-shirts; knitted caps | PUKKA, Inc.<br>337 South Main Street<br>Findlay OHIO 45840<br>US<br>Attorney: Gregory J. Krabacher |
| 335. ☆ | **FG FLY GEENIUS**<br>Jurisdiction: US<br>Serial: 97060088<br>The mark consists of an "F" and a shaded "G" shaped light bulb with "FLY GEENIUS" | Pending<br>Filed: 10/05/2021<br>First Use: 04/07/2011<br>Current Basis: Use | **025** gloves; hats; headwear; shirts; sweatshirts; vests; jackets; hooded sweatshirts; leather jackets; t-shirts | Davon Bean<br>106 West 137th Street<br>New York NEW YORK 10030<br>US<br>Attorney: Marc S. Reiner |

| | | | | |
|---|---|---|---|---|
| | lettering written on the bottom.<br>Other natural phenomena and observable events [011525]<br>Electric lightbulbs, flashbulbs, fluorescent tubes [130113]<br>Representations of objects forming letters or numerals, including punctuation [270305] | | | |
| 336. ☆ | Jurisdiction: US<br>Reg: 1294097<br>Serial: 73412083<br>Citations: 0 1<br>The mark consists of a fanciful bird design.<br>Sea birds (including gulls and pelicans) [031509]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Rectangles that are completely or partially shaded [261121] | Registered<br>Renewal: 10/19/2005<br>Affidavits: 15<br>Reg: 09/11/1984<br>Pub: 06/26/1984<br>Filed: 02/03/1983<br>First Use: 01/01/1974<br>Current Basis: Use | **010** patient gowns; operating room gowns; opeating scrub room apparel<br>**024** towels; wash cloths; sheets; pillow cases; bedspreads; blankets; textile napkins; table cloths; mattress pads; shower curtains; cubicle curtains<br>**025** baby shirts; aprons; chef coats; kitchen pants; kitchen shirts<br>**042** distributorship services in the field of linens, towels, bedding, clothing, and other textile items | Harbor Service Corporation<br>10800 NW 106th Street<br>Miami FLORIDA 33178<br>US<br>Attorney: Matthew D. Francis |
| 337. ☆ | Jurisdiction: US<br>Serial: 97204322 | Pending<br>Filed: 01/05/2022<br>Current Basis: ITU | **025** clothing used in connection with promoting high school athletics and other high school activities, namely, t-shirts, sport shirts, caps, jerseys, sweatpants, sweatshirts, socks, jackets, shorts, and scarves | Colville School District<br>217 S. Hofstetter St.<br>Colville WASHINGTON 99114<br>US<br>Attorney: Ethan B. Vodde |

| | | | | |
|---|---|---|---|---|
| | The mark consists of A flying hawk with wings outstretched.<br>Falcons, hawks, vultures, condors [031502]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | | | |
| 338. ☆ | Jurisdiction: US<br>Serial: 97246795<br>The mark consists of an image of a bird.<br>Feet, toes, imprints of feet or toes, legs [021108]<br>Other birds [031525]<br>Costumed birds and bats and those with human attributes [031526] | Pending<br>Filed: 01/31/2022<br>Current Basis: ITU | **025** footwear | JMD Innovations, LLC<br>9220 Pulaski Highway<br>Baltimore MARYLAND 21220<br>US<br>Attorney: Jeffrey H. Greger |
| 339. ☆ | **I KUA FLY**<br>Jurisdiction: US<br>Reg: 5684713<br>Serial: 88012858<br>The mark consists of the wording "I Kua Fly" in a stylized font below a design that resembles a cycling rider. | Registered<br>Reg: 02/26/2019<br>Pub: 12/11/2018<br>Filed: 06/25/2018<br>First Use: 05/01/2018<br>Current Basis: Use | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; baseball caps; bicycling gloves; clothing for athletic use, namely, padded shorts; cycling caps; cycling shoes; cycling shorts; cyclists' jerseys; sleeves worn separate and apart from blouses, shirts and other tops; clothing, namely, neck warmers; padded elbow compression sleeves sold as an integral component of athletic clothing, namely, jersey, uniform | Hangzhou Sungo Network Technology Co., Ltd.<br>Rm 304, Building 10, No.181, Wuchang Ave Wuchang Street, Yuhang District<br>Hangzhou, Zhejiang 311000<br>CN |

| | | | | |
|---|---|---|---|---|
| | Grotesque men formed by letters, numbers, punctuation or geometric shapes [020133]<br>Geometric figures or combinations of geometric figures representing a person [040703]<br>Circles that are totally or partially shaded. [260121]<br>Straight lines, bands or bars [261701]<br>Diagonal lines, bands or bars [261706]<br>Curved lines, bands or bars [261709] | | | |
| 340. ☆ | **FLY BUM FLY FISHING CO.**<br>Jurisdiction: US<br>Serial: 90885311<br>Citations: 1 0<br>The mark consists of the wording FLY BUM in boldface capital lettering, with a silhouette of a human figure wearing a hat pulling a fishing rod with the fishing line extending to the capital letter "L" depicted as a fish. Underneath is the wording FLY FISHING CO. in stylized capital lettering.<br>Shadows or silhouettes of men [020102]<br>Sailors, fishermen, navigators, men in boats [020122] | Pending<br>Filed: 08/16/2021<br>Current Basis: ITU | **025** t-shirts; hoodies; hats | RMH Outdoors Inc.<br>PO Box 344<br>Verdi NEVADA 89439<br>US |

| | | | | |
|---|---|---|---|---|
| | Stylized fish, whales, seals and sea lions [031924]<br>Other fish [031925]<br>Men's narrow-brimmed hats, including fedoras and derbies [090510]<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Representations of human beings or parts of human beings forming letters or numerals, including punctuation [270302]<br>Representations of animals or parts of animals forming letters or numerals, including punctuation [270303] | | | |
| 341. ☆ | **FLYING LIZARD MOTORSPORTS**<br>Disclaims: "MOTORSPORTS"<br>Jurisdiction: US<br>Reg: 3856487<br>Serial: 77943497<br>The mark consists of a fanciful lizard head facing left within a three-sided badge above the words "FLYING LIZARD MOTORSPORTS".<br>Lizards, salamanders, chameleons, iguanas [032106]<br>Triangles that are completely or partially shaded [260521] | Registered<br>Renewal: 12/18/2020<br>Affidavits: 8; 15<br>Reg: 10/05/2010<br>Pub: 07/20/2010<br>Filed: 02/24/2010<br>First Use: 03/01/2004<br>Current Basis: Use | **025** headgear, namely, caps; jackets; pullovers; shirts; suits; t-shirts<br>**028** toy model cars<br>**041** entertainment services in the nature of automobile racing and exhibitions | Flying Lizard Motorsports LLC<br>29663 Arnold Dr.<br>Sonoma CALIFORNIA 95476<br>US<br>Attorney: Michael K. Bosworth |
| 342. | **NO FEELINGS** | Pending | **025** pants; shirts; shorts; socks; | SABIO, MARCO |

| | | | | |
|---|---|---|---|---|
| ☆ | Jurisdiction: US<br>Serial: 90754466<br>Citations: 1 0<br>The mark consists of An airplane flying through a broken heart with no feelings is a scripted font below it.<br>Hearts [021101]<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901] | Filed: 06/04/2021<br>First Use: 01/01/2019<br>Current Basis: Use | sweatshirts; sweatsuits; t-shirts; bathing suits; hoodies; jackets; swimming trunks; tank tops | 296 HARMAN STREET #3R<br>BROOKLYN NEW YORK 11237<br>US |
| 343. ☆ | **BRITEVILLE, LLC MAKING VILLAGES BRIGHTER**<br>Disclaims: "LLC"<br>Jurisdiction: US<br>Reg: 6119413<br>Serial: 87809565<br>The mark consists of a white tree is in the center of the logo with 3 vertically placed maroon, green, and plum rectangle boxes at different heights in the background. The green box sits in the middle and overlays the maroon and plum boxes. The rectangle box on the left is maroon with 2 white birds in the upper | Registered<br>Reg: 08/04/2020<br>Pub: 07/24/2018<br>Filed: 02/23/2018<br>First Use: 05/01/2018<br>Current Basis: Use | **027** door mats<br>**025** dresses for toddlers; t-shirts for toddlers; t-shirts for women; t-shirts for men; t-shirts for children; graphic t-shirts; short-sleeved or long-sleeved t-shirts | DBA Briteville<br>Briteville, LLC<br>PO BOX 8194<br>Bossier City LOUISIANA 71113<br>US |

| | | | | |
|---|---|---|---|---|
| | portion of the box that appears to be flying away. The rectangle box in the middle is green and is slightly higher than the first box and it has 1 white bird flying away in the distance. The third rectangle box located to the right of the middle box is plum and it has 4 white birds in the upper portion flying away in the distance. In the first maroon box at the bottom there are 2 white branches extending from the bottom of the box with 6 white leaves attached to the 2 white branches. At the bottom of the 3rd rectangle plum box there are also 2 white branches extending from the bottom left hand corner of the box that also has 6 white leaves extending from the branches. Underneath the picture are the words "BRITEVILLE, LLC" in green and underneath that is the slogan "MAKING VILLAGES BRIGHTER" in maroon. Except as previously indicated, the color white represents background, outlining, shading, and/or transparent areas and is not part of the mark.<br>Trees or bushes with a generally rounded shape, including deciduous trees [050102]<br>Three or more rectangles [261114]<br>Rectangles touching or intersecting [261116]<br>Rectangles that are completely or partially | | | |

| | | | | |
|---|---|---|---|---|
| | shaded [261121] | | | |
| 344. ☆ | **STEELHEADS**<br>Disclaims: "OF THE DEPICTION OF THE STATE OF IDAHO"<br>Jurisdiction: US<br>Reg: 5530876<br>Serial: 87168232<br>Citations: 0 2<br>The mark consists of a stylized depiction of the state of Idaho over the word "STEELHEADS" over a flying hockey puck.<br>States of the United States [011711]<br>Other sporting articles including gymnastic apparatus, face masks, scuba masks, diving boards, badminton shuttlecocks, punching bags, hockey pucks [210325] | Registered<br>Reg: 07/31/2018<br>Pub: 10/17/2017<br>Filed: 09/12/2016<br>First Use: 11/01/2016<br>Current Basis: Use | **025** clothing, namely, shirts, jerseys, sweaters, jackets, sweatshirts, t-shirts, pants, sweatpants, warm-up suits, shorts, hats and caps<br>**041** entertaiment services, namely, conducting professional hockey exhibitions | ECHL Inc.<br>116 VILLIAGE BLVD., STE 230<br>PRINCETON NEW JERSEY 08540<br>US<br>Attorney: Timothy Nerhood |
| 345. ☆ | Jurisdiction: US<br>Reg: 5113804<br>Serial: 87026083<br>The mark consists of A Hairy, Flying Eyeball with Wings and a non symmetrical Swirl as the Iris. | Registered<br>Reg: 01/03/2017<br>Pub: 10/18/2016<br>Filed: 05/05/2016<br>First Use: 12/10/2015<br>Current Basis: Use | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; graphic t-shirts | Dean Elliott<br>2546 Irving Blvd<br>Dallas TEXAS 75207<br>US |

| | | | | |
|---|---|---|---|---|
| | Eyes [021102]<br>Wings [031701]<br>Spirals, coils and swirls [260126] | | | |
| 346. ☆ | Jurisdiction: US<br>Reg: 5415251<br>Serial: 86067719<br>The mark consists of stylized bird head.<br>Heads of birds [031716] | Registered<br>Reg: 03/06/2018<br>Pub: 02/11/2014<br>Filed: 09/18/2013<br>First Use: 10/09/2013<br>Current Basis: Use | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; all the foregoing relating to a university and/or collegiate sports and other collegiate activities and not relating to professional baseball or softball or to a professional baseball or softball team, league, mascot or stadium | Creighton University<br>2500 California Plaza<br>Omaha NEBRASKA 68178<br>US<br>Attorney: James S. Jansen |
| 347. ☆ | Jurisdiction: US<br>Reg: 4566303<br>Serial: 85848071<br>2(f) claim<br>The mark consists of a stylized depiction of a fishing fly.<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Letters or numerals, including punctuation, forming representations of objects, parts of objects, or maps [270104] | Registered<br>Affidavits: 8; 15<br>Reg: 07/15/2014<br>Pub: 04/29/2014<br>Filed: 02/12/2013<br>First Use: 12/31/1997<br>Current Basis: Use | **025** clothing and footwear to be worn in fishing activities, namely, vests, jackets, shirts, shorts, waders, wading shoes, wading socks and gloves<br>**028** fishing gear and accessories, namely, fishing landing nets for sportsmen, fishing flies, fishing rods, fishing reels, fly boxes, bags for holding fishing gear, and chestpacks for holding fishing gear | Pacific Fly Group<br>9159 La Rosa Drive<br>Temple City CALIFORNIA 91780<br>US<br>Attorney: A. Justin Lum |
| 348. | Jurisdiction: US<br>Reg: 3792452<br>Serial: 77785992 | Registered<br>Renewal: 12/10/2019 | **025** clothing, namely, shirts, sweatshirts, sweaters, pants, shorts, jackets, and hats | Board of Regents, Illinois State University |

| | | | | |
|---|---|---|---|---|
| ☆ | Citations: 0 1<br>The mark consists of stylized design of a full body Redbird with the color red appearing in the feather/body of the bird, the color black appearing in the feathers, the eye and outline of the bird, the color yellow appearing on the beak and feet/claws of the bird and the color white appearing in the eye/eyebrow, neck and teeth of the bird.<br>Other birds [031525]<br>Costumed birds and bats and those with human attributes [031526] | Affidavits: 8; 15<br>Reg: 05/25/2010<br>Pub: 03/09/2010<br>Filed: 07/21/2009<br>First Use: 01/20/1996<br>Current Basis: Use | **041** educational services in the nature of courses at the university level; entertainment services in the nature of basketball, football, baseball, and volleyball games; recreational services in the nature of live musical concerts and theater productions; conducting social entertainment events in the nature of homecoming and parents weekends | Campus Box 3420<br>1101 North Main Street<br>Normal ILLINOIS 617903420<br>US |
| 349. ☆ | **NORTH 40 FLY SHOP**<br>Disclaims: "FLY SHOP"<br>Jurisdiction: US<br>Reg: 4965145<br>Serial: 86275348<br>The mark consists of "NORTH 40 FLY SHOP" stacked vertically with "40" through the middle of a design of a fish. | Registered<br>Reg: 05/24/2016<br>Pub: 12/02/2014<br>Filed: 05/08/2014<br>First Use: 11/01/2015<br>Current Basis: Use | **025** t-shirts | CSWW, Inc.<br>DBA North 40 Outfitters<br>5109 Alaska Trail<br>Great Falls MONTANA 594051030<br>US<br>Attorney: Anna Kurian Shaw |

| | | | | |
|---|---|---|---|---|
| | Stylized fish, whales, seals and sea lions [031924]<br>Other fish [031925] | | | |
| 350. ☆ | **MISSBIRD**<br>Jurisdiction: US<br>Reg: 5836893<br>Serial: 79244202<br>Translated: The English translation of the non-latin characters in the mark is "miss bird".<br>The mark consists of "MISS BIRD" in stylized font followed below by four Chinese characters that transliterate to "XIAO NIAO XIAO JIE" and this means "miss bird" in English.<br>Inscriptions in Chinese, Japanese, Korean, Vietnamese or other Asian characters [280103] | Registered<br>Reg: 08/20/2019<br>Pub: 06/04/2019<br>Filed: 07/12/2018<br>Current Basis: Madrid | **025** clothing, namely, shirts, pants, shorts, skirts, jackets, dresses; shoes; layettes being clothing; mantillas; bathing suits; hosiery; girdles; caps being headwear; gloves being clothing; raincoats | Na, Li<br>Committee 227 group, Jingming Alley, Xinfa St.,; Kuancheng Di st.,; Changchun; Jilin<br>CN |
| 351. ☆ | **THEO TAX SERVICES, LLC**<br>Disclaims: "TAX SERVICES, LLC"<br>Jurisdiction: US<br>Reg: 6389983<br>Serial: 88515105<br>Citations: 2 0 | Registered<br>Reg: 06/15/2021<br>Pub: 06/09/2020<br>Filed: 07/15/2019<br>First Use: 05/01/2014<br>Current Basis: Use | **016** magazines featuring a yearly compilation of written articles related to taxation, business, economy and other subjects associated with the financial sector<br>**018** back packs<br>**021** mugs<br>**025** t-shirts<br>**035** accounting services; bookkeeping; clerical services; compilation of statistics; invoicing services; market research; marketing research; payroll preparation; tax | Theo Tax Services, LLC<br>P. O. Box 692223<br>Quincy MASSACHUSETTS 02269<br>US<br>Attorney: Christina Simpson, Esq. |

| | | | | |
|---|---|---|---|---|
| | The mark consists of an oval with a flying eagle in the center over the words "Theo Tax Services, LLC".<br>Eagles [031501]<br>Ovals as carriers and single line borders [260301] | | preparation services provided via telephone, online, virtual and in - person; account auditing; business auditing; financial auditing; market opinion polling studies; direct mail advertising services; dissemination of advertisements; dissemination of advertising matter; distribution of advertising materials; distribution of samples for publicity purposes; advertising by mail order; analyzing and compiling business data<br>**041** providing a website featuring blogs and non-downloadable publications in the nature of articles in the field(s) of taxation, business, economy, and other subjects associated with the financial sector; on-line video journals, namely, vlogs featuring nondownloadable videos in the field of taxation, business, economy, and other subjects associated with the financial sector; providing a website featuring resources, namely, non-downloadable publications in the nature of articles in the field of taxation, business, economy, and other subjects associated with the financial sector; education services, namely, providing tutoring in the field of taxation, business, economy, and other subjects associated with the financial sector; education services, namely, providing seminars, conferences and workshops in the field of taxation, business, economy, and other subjects associated with the financial sector; on-line academic library services; providing on-line training seminars, conferences and workshops in the field of taxation, business, economy, and other subjects associated with the financial sector; publication of magazines | |
| 352. | **CORBENTO**<br>Jurisdiction: US | Pending | **025** jeans; pants; shirts; shorts; sweatpants; hooded sweatshirts; tank | SOUTH AMERICAN INDUSTRIES LLC |

| | | | | |
|---|---|---|---|---|
| ☆ | Serial: 97315384<br>Translated: The wording Corbento has no meaning in a foreign language.<br>The mark consists of a yellow and black bird shaped design element wherein the beak of the yellow and black bird shaped design element faces to the right, and the term "CORBENTO" in yellow stylized lettering positioned below the yellow and black bird shaped design element.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Filed: 03/16/2022<br>Current Basis: ITU | tops; board shorts; polo shirts; t-shirts | 1309 COFFEEN AVENUE, SUITE 1200<br>SHERIDAN WYOMING 82801<br>US<br>Attorney: PRESTON SMIRMAN |
| 353. ☆ | **PREDATOR FLY GEAR**<br>Disclaims: "FLY GEAR"<br>Jurisdiction: US<br>Reg: 5369745<br>Serial: 87477373<br>Citations: 0 1<br>The mark consists of the literal elements "PREDATOR FLY GEAR" and an incomplete solid oval containing the | Registered<br>Reg: 01/02/2018<br>Pub: 10/17/2017<br>Filed: 06/06/2017<br>First Use: 04/10/2017<br>Current Basis: Use | **025** fishing shirts | DBA Predator Fly Gear Nick Mayer Nature Illustration LLC<br>1497 West Hill Road<br>Lincoln VERMONT 05443<br>US |

| | | | | |
|---|---|---|---|---|
| | silhouettes of an open fish mouth and fishing fly.<br>Other fish [031925]<br>Incomplete ovals [260303]<br>Ovals that are completely or partially shaded [260321] | | | |
| 354. ☆ | Jurisdiction: US<br>Serial: 88632557<br>The mark consists of the image of a bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 04/28/2020<br>Filed: 09/26/2019<br>Current Basis: ITU | **003** cosmetics, hair, bath and body products, namely, shower gel, body lotion, shampoo, conditioner, hair gel, non-medicated body soap, non-medicated hand soap, non-medicated hand wash, hand lotion, bath oil, facewash, non-medicated skin moisturizer, sunscreen, massage oil, and bubble bath; scented room and linen spray; linen wash in the nature of synthetic detergents for clothing<br>**004** candles<br>**008** kitchen utensils in the nature forks being tableware, spoons being tableware and kitchen knives; household utensils in the nature of forks being tableware, spoons being tableware and kitchen knives; flatware made of plastic; flatware, namely, forks, spoons and knives<br>**009** telephone cases; sunglasses; reading glasses; leather goods, namely, telephone cases<br>**014** jewelry<br>**016** paper goods and printed matter, namely, post cards, posters, newsletters promoting events and activities in the fields of culture, music, arts, fashion, sports, shopping, food, and wine, stationery, and note paper and pads; coasters made of paper and cardboard<br>**018** handbags; tote bags; change purses; wallets; leather goods, namely, handbags, tote bags, change | Marbella Investments LLC<br>224 Kingsbury Grade<br>Stateline NEVADA 89449<br>US<br>Attorney: Shaun Murphy |

| | | | | |
|---|---|---|---|---|
| | | | purses, and wallets; umbrellas and parasols<br>**021** fitted picnic baskets; insulated wine bags; wine decanters; wine pourers; wine strainers and aerators; wine buckets; wine coolers; wine bottle openers; drinking glasses; plates; wine glasses; coasters, not of paper or textile; picnic backpacks sold fitted with dishes, plates, cups; picnic backpacks sold empty; cups, drinking glasses, plates, bowls, and coasters, all made of plastic<br>**024** bed and bath linens; coasters made of textiles<br>**025** clothing, namely, shirts, t-shirts, blouses, sweaters, coats, jackets, shawls, pareos, sarongs, pants, shorts, skirts, dresses, swimwear, sleepwear, bath robes, pajamas, lingerie, cover-ups for beach and pool, gloves, socks, and belts not made of leather; footwear; caps being headwear; hats; beanies; belts; leather goods, namely, jackets, coats, and belts<br>**028** toys and games, namely, card games, board games, puzzles, stuffed animals, stuffed toys, plush toys, dolls, balls in the nature of balls for sports and balls for games, beach and pool toys, namely, beach balls, sand toys, flying discs, inflatables, and noodles, outdoor toys, namely, outdoor activity game equipment sold as a unit comprising of balls for playing games<br>**029** preserved; dried; cooked fruits; vegetables; jellies; jams; olive oil for food; wine edible oils and fats<br>**030** coffee; tea; honey; vinegar; fruit sauces<br>**032** beers; mineral and aerated waters and other nonalcoholic drinks in the nature of soft drinks and sodas; fruit drinks and fruit juices | |

| | | | | |
|---|---|---|---|---|
| | | | **033** wine and spirits<br>**034** smokers' articles namely, cigar storage tubes, matches, cigar cutters, and lighters for smokers, not for automobiles<br>**035** retail store services featuring wine and wine accessories, gift baskets, food and beverage items, cosmetics, hair, bath and body products, namely, shower gel, body lotion, shampoo, conditioner, body soap, hand soap, hand wash, hand lotion, bath oil, facewash, moisturizer, sunscreen, massage oil, and bubble bath, bed and bath linens, candles, room and linen spray, sunglasses, telephone cases, kitchen utensils, housewares, art works, glassware, picnic baskets, totes, purses, wallets, paper goods, luggage, clothing, games and toys, books, post cards, sundries and general merchandise items<br>**041** education, namely, providing classes and seminars in the fields of wine, food, cooking, art, fashion and exercise; entertainment and cultural activities, namely, organizing and hosting fashion shows, wine and food tastings and festivals, culinary events, art shows and exhibitions, and music festivals and concerts; providing information relating to organizing community entertainment events, sporting events, and cultural activities<br>**043** providing temporary accommodations and lodging in the nature of a private luxury villa; restaurant and catering services; rental of temporary accommodation; providing temporary accommodation; residential hotel services; mobile café services for providing food and drink; pop-up bar and restaurant services; rental of private villa for temporary living accommodations and for private events, parties, conferences, meetings and functions | |

| | | | | |
|---|---|---|---|---|
| 355. ☆ | **BLUEFIELD BLUE JAYS**<br>Jurisdiction: US<br>Reg: 4296373<br>Serial: 85479080<br>Citations: 0 1<br>The mark consists of the stylized representation of the head of a blue jay bird in profile superimposed on a baseball graphic (hereinafter "the bird head design"); a light circular border surrounds the bird head design; the word "BLUEFIELD" in stylized solid dark uppercase lettering appears within the circular border above the bird head design; the words "BLUE JAYS" in stylized light and dark uppercase lettering appear within the circular border below the bird head design; the foregoing is in turn surrounded by an exterior circular border comprised of thin dark, light and dark stripes.<br>Other birds [031525]<br>Heads of birds [031716]<br>Baseballs and softballs [210319]<br>Two circles [260113] | Registered<br>Affidavits: 8; 15<br>Reg: 02/26/2013<br>Pub: 05/08/2012<br>Filed: 11/22/2011<br>First Use: 03/09/2012<br>Current Basis: Use | **025** clothing, namely, headwear, shirts, jackets | Rogers Blue Jays Baseball Partnership<br>Suite 3200<br>One Blue Jays Way<br>Toronto, Ontario M5V1J1<br>CA<br>Attorney: Mary L. Kevlin |
| 356. | Jurisdiction: US<br>Reg: 5376106<br>Serial: 87041285 | Registered<br>Reg: 01/09/2018 | **025** caps; crop tops; hats; headgear, namely, hats, caps; hooded sweatshirts; long-sleeved shirts; | Bennett, Kareem<br>8117 Evening Star Dr #333<br>Pasadena MARYLAND |

| | | | | |
|---|---|---|---|---|
| ☆ | The mark consists of a symbolic physique and a bird.<br>Incomplete polygons and polygons made of broken or dotted lines [261503]<br>Straight lines, bands or bars [261701]<br>Vertical lines, bands or bars [261704] | Pub: 10/11/2016<br>Filed: 05/18/2016<br>First Use: 05/18/2016<br>Current Basis: Use | pants; shirts; shoes; short-sleeve shirts; shorts; socks; sports bras; sweatpants; sweatshirts; tank tops; tee shirts; tennis shoes; underwear | 21122<br>US |
| 357. ☆ | Jurisdiction: US<br>Reg: 6174155<br>Serial: 88849557<br>The mark consists of a stylized design of a bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 10/13/2020<br>Pub: 07/28/2020<br>Filed: 03/26/2020<br>First Use: 11/17/2017<br>Current Basis: Use | **010** sanitary masks for germ isolation purposes; sanitary masks for medical purposes; sanitary masks for medical wellness purposes; sanitary masks for virus isolation purposes<br>**021** exfoliating cloths<br>**024** face cloths; towels; bath towels; face towels<br>**025** aprons; hats | OURA Inc.<br>3752 Camino Anguilla<br>Riverside CALIFORNIA 92503<br>US<br>Attorney: Min K. Chai |
| 358. ☆ | Jurisdiction: US<br>Reg: 6155822<br>Serial: 79276227 | Registered<br>Reg: 09/22/2020<br>Pub: 07/07/2020<br>Filed: 11/07/2019<br>Current Basis: Madrid | **025** footwear; hats; caps being headwear; hooded sweatshirts; sportswear for soccer, namely, soccer shoes, soccer bibs, soccer boots; sportswear with protective padding, namely, padded elbow compression sleeves sold as an integral component of athletic clothing, namely, jersey, shirts, clothing for athletic use, namely, padded shirts, clothing for | GK-Un Ltd<br>Caledonian House, 89 Seaward Street<br>Glasgow G41 1HJ<br>GB<br>Attorney: C. Allen Black, Jr. |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized bird with two wings.<br>Lightning or electricity [011502]<br>Sparks, sparkles, explosions [011504]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Mountains, mountain landscapes [060104] | | athletic use, namely, padded shorts, clothing for athletic use, namely, padded pants; sportswear with protective padding for playing soccer, namely, clothing for athletic use, namely, padded shirts, clothing for athletic use, namely, padded shorts, clothing for athletic use, namely, padded pants, padded elbow compression sleeves sold as an integral component of athletic clothing, namely, jersey, shirts; sportswear with protective padding for goalkeeping, namely, padded elbow compression sleeves sold as an integral component of athletic clothing, namely, jersey, uniform, clothing for athletic use, namely, padded shirts, clothing for athletic use, namely, padded shorts, clothing for athletic use, namely, padded pants; soccer bibs; soccer shirts; soccer shorts; soccer socks; sports shirts; sports socks for playing soccer; sports vests; sports jackets; replica soccer shirts; shorts; socks; footwear for playing soccer; soccer boots; studs for soccer boots<br>**028** protective padding for playing sports, namely, for playing soccer; shin pads for use in soccer; balls for sports; soccer balls; gloves for soccer; gloves for soccer goalkeepers; soccer goals | |
| 359. ☆ | Jurisdiction: US<br>Reg: 6004971<br>Serial: 87927961<br>Citations: 1 0<br>The mark consists of the face profile of a bird. | Registered<br>Reg: 03/10/2020<br>Pub: 12/24/2019<br>Filed: 05/18/2018<br>First Use: 01/01/2013<br>Current Basis: Use | **025** shirts; athletic uniforms; sweatshirts; t-shirts; shorts; sweatpants; visors; baseball caps; hats<br>**041** developing, arranging, organizing, and conducting athletic and sports competitions and events; overseeing student-athlete participation in community events, fairs or internships, namely, providing advice concerning education options to pursue career opportunities; providing seminars and workshops to student athletes in the | Metropolitan State University of Denver<br>890 Auraria Parkway, Suite 400<br>Denver COLORADO 80204<br>US<br>Attorney: Lisa A. Osman |

| | | | | |
|---|---|---|---|---|
| | Eagles [031501]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716] | | fields of college success, test habits, goals, and selecting a major; education services, namely, training student-athletes in the fields of athletic and sports competitions and events | |
| 360. ☆ | Jurisdiction: US<br>Reg: 6621508<br>Serial: 90564219<br>The mark consists of a black and white bird design.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 01/18/2022<br>Pub: 11/02/2021<br>Filed: 03/07/2021<br>First Use: 02/15/2021<br>Current Basis: Use | **025** hats; headbands; scarves; shawls; underclothes; athletic sweaters; foundation garments; head scarves; yoga pants; yoga shirts | Yiwu Xunhui Apparel Co.,Ltd<br>No. 8, Jingyi Road, Beiyuan Street<br>Yiwu, Zhejiang 322000<br>CN<br>Attorney: Francis H. Koh |
| 361. ☆ | Jurisdiction: US<br>Serial: 90739183<br>The mark consists of the stylized drawing of a bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pending<br>Filed: 05/27/2021<br>First Use: 01/01/1963<br>Current Basis: Use | **015** musical instruments, namely, guitars and basses<br>**025** hats; shirts | Gibson Brands, Inc.<br>209 10th Ave S, Suite 460<br>Nashville TENNESSEE 37203<br>US<br>Attorney: Andrea E. Bates |
| 362. ☆ | Jurisdiction: US<br>Reg: 4770937<br>Serial: 79153837 | Registered<br>Reg: 07/14/2015<br>Pub: 04/28/2015<br>Filed: 04/15/2014 | **003, 009, 014, 018**<br>**025** clothing, namely, tops and bottoms; footwear; headgear, namely, hats and caps | Yumi International Limited<br>13 Gorst Road, Park Royal<br>London NW10 6LA<br>GB<br>Attorney: Robert Kleinman |

| | | | | |
|---|---|---|---|---|
| | The mark consists of an image of a stylized bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Current Basis: Madrid | | |
| 363. ☆ | Jurisdiction: US<br>Reg: 5914467<br>Serial: 88420507<br>The mark consists of a hop cone overlapping a bird.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other grain and seeds, including corn kernels [050725]<br>Other plants including bales of hay or straw [051325] | Registered<br>Reg: 11/19/2019<br>Pub: 09/03/2019<br>Filed: 05/08/2019<br>First Use: 08/20/2016<br>Current Basis: Use | **025** clothing, namely, shirts; clothing, namely, hats<br>**032** beer | HiHO Brewing Company, LLC<br>1707 Front St.<br>Cuyahoga Falls OHIO 44221<br>US<br>Attorney: Calder Mellino |
| 364. ☆ | Jurisdiction: US<br>Reg: 4187112<br>Serial: 77778144 | Registered<br>Renewal: 05/13/2022<br>Affidavits: 8; 15<br>Reg: 08/07/2012<br>Pub: 01/19/2010<br>Filed: 07/10/2009 | **009** eyeglass cases; eyeglass frames; eyewear; eyewear cases<br>**018** handbags; purses; wallets; leather handbags; leather key chains<br>**025** footwear | CAMUTO IPCO, LLC<br>Authentic Brands Group LLC<br>1411 Broadway, 21st Fl.<br>New York NEW YORK 10018<br>US<br>Attorney: Bridgette Fitzpatrick |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the Camuto family crest and is comprised of the head of a bird wearing a knight's helmet and its wings spread. Leaves are intertwined with the bird. Over the bird is a shield with a checkered design with a lion above the checkered pattern.<br>Lions [030101]<br>Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124]<br>Other birds [031525]<br>Costumed birds and bats and those with human attributes [031526]<br>Other decorations made of plants [051525]<br>Other headwear, including military helmets [090525]<br>Shields or crests with figurative elements contained therein or superimposed thereon [240102]<br>Checkerboard pattern [250301] | First Use: 08/15/2009<br>Current Basis: Use | | |
| 365. ☆ | Jurisdiction: US<br>Reg: 5532020<br>Serial: 87977925<br>The mark consists of an image of a cartoon bird.<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 07/31/2018<br>Pub: 10/31/2017<br>Filed: 06/15/2017<br>First Use: 06/30/2017<br>Current Basis: Use | **025** shirts; tee-shirts | Napoleoni, Fabio<br>2701 Gretagreen Court<br>Orlando FLORIDA 32835<br>US<br>Attorney: Davey T. Jay, Esq. |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| 366. ☆ | Jurisdiction: US<br>Reg: 5323225<br>Serial: 87404795<br>The mark consists of a designed symmetric birds-like icon.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 10/31/2017<br>Pub: 08/15/2017<br>Filed: 04/10/2017<br>First Use: 12/01/2016<br>Current Basis: Use | **025** tops; bottoms; dresses; pants; headbands; hosiery; shoes; gloves as clothing; socks | Xiamen Cavas Imp & Exp Co .Ltd<br>11d ,No .997, Tianma RD, Jimei,<br>Xiamen CN<br>Attorney: Kao H. Lu |
| 367. ☆ | Jurisdiction: US<br>Serial: 97333410<br>The mark consists of a stylized fly with wings that flutter and rubs its tentacles together.<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Stylized insects, spiders and micro-organisms [032324] | Pending<br>Filed: 03/28/2022<br>Current Basis: ITU | **025** football gloves; sports apparel | FLI GREAR LLC<br>209 Crystal Lake Dr<br>Pontiac MICHIGAN 48341<br>US |
| 368. ☆ | Jurisdiction: US<br>Reg: 6153126<br>Serial: 88824978 | Registered<br>Reg: 09/15/2020<br>Pub: 06/30/2020<br>Filed: 03/06/2020 | **041** entertainment services, namely, performances by a live musical artist and providing non-downloadable prerecorded music and audiovisual recordings online and information regarding a musical artist online via a global computer network | Jason Isbell Touring, Inc.<br>3310 West End Avenue, Suite 400<br>Nashville TENNESSEE 37203<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a bird superimposed over an anchor.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Anchors [181105] | First Use: 06/22/2015<br>Current Basis: Use | **028** christmas tree ornaments<br>**026** ornamental cloth patches<br>**025** clothing, namely, infant bodysuits, jackets, jerseys, t-shirts, long sleeved shirts, sweatshirts, hooded sweatshirts, scarves, bandanas; headwear, namely, caps; footwear, namely, socks<br>**021** water bottles sold empty<br>**018** tote bags<br>**016** posters; stickers; notebooks<br>**014** lapel pins<br>**009** pre-recorded sound recordings and audiovisual recordings featuring music; downloadable musical sound recordings | Attorney: Katelyn D. Wicks |
| 369. ☆ | Jurisdiction: US<br>Reg: 2426527<br>Serial: 75804031<br>The mark consists of a skeleton of a prehistoric bird.<br>Land-based dinosaurs and other prehistoric animals excluding flying prehistoric animals [032501] | Registered<br>Renewal: 02/07/2011<br>Affidavits: 8; 15<br>Reg: 02/06/2001<br>Pub: 11/14/2000<br>Filed: 09/22/1999<br>First Use: 11/30/1991<br>Current Basis: Use | **018** back packs<br>**025** trousers; shirts; vests; caps; jackets; pullovers<br>**028** mountaineering and rock climbing equipment namely-- harnesses; slings; chalk bags; rope bags; mountaineering and rock climbing equipment bags; crack protection equipment namely-- nuts which are shaped wedges with an hinged carabiner inserted into rock cracks or crevices for the purpose of receiving a rope; spring loaded expandable, mechanical series of cams on an axle and a carabiner to which a rope can be secured after the cam is inserted into rock cracks or crevices | AMER SPORTS CANADA INC.<br>110-2220 Dollarton Hwy.<br>NORTH VANCOUVER V7H1A8<br>CA<br>Attorney: Terence P. O'Brien |
| 370. ☆ | **SF SO FLY**<br>Jurisdiction: US<br>Reg: 6275122<br>Serial: 88639808<br>Citations: 1 3 | Registered<br>Reg: 02/23/2021<br>Pub: 08/18/2020<br>Filed: 10/02/2019<br>First Use: 09/01/2019 | **025** clothing for men, women and children, namely, shirts, belts, shoes, blouses, skirts, dresses, pants and socks | Ford, Tyrone<br>1039 N. 67th street<br>Philadelphia<br>PENNSYLVANIA 19151<br>US<br>Attorney: Joshua A. Schaul |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized wording "SF SO FLY" in gold on a black background. | Current Basis: Use | | |
| 371. ☆ | **BEBEBIRD**<br>Jurisdiction: US<br>Reg: 5564556<br>Serial: 87759058<br>Citations: 0 5<br>The mark consists of the wording "bebebird" with "bebe" in pink and 'bird' in blue and a picture of a bird with a pink head, yellow body and blue tail.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 09/18/2018<br>Pub: 07/03/2018<br>Filed: 01/17/2018<br>First Use: 01/15/2018<br>Current Basis: Use | **003** baby oil; baby powder; bar soap; body lotion; cosmetic creams; cosmetic preparations for bath and shower; cosmetic products in the form of aerosols for skin care; hair conditioner; hair rinses; hand lotions; lip balm; massage creams; perfume; perfumed soap; sun tan lotion; hair shampoo; skin cleansers; skin soap<br>**008** bread knives; forks; fruit knives; knives; forks; spoons; scissors for kitchen use; silverware, namely, forks, knives and spoons that are made of silver or silver-plated; spoons; spoons for tea; vegetable knives; hand tools for use in carving or decorating pumpkins, mini-pumpkins, gourds, and other fruits and vegetables, namely, knives, saws, scoops, chisels and drills; hand tools, namely, foundry ladles; kitchen knives; non-electric can openers<br>**010** acupuncture equipment; baby bottle nipples; baby bottles; braces for teeth; cups adapted for feeding babies and children; ear plugs for sleeping; ice bags for medical purposes; massage apparatus; medical ice packs; nursing bottles; pacifiers for babies; tongue scrapers; air cushions for medical purposes; commode chairs; feeding cups for medical purposes; orthopedic braces<br>**011** air purifiers; baby bottle sterilizers; desk lamps; hair dryers for household purposes; humidifiers for household | INP Co., Ltd.<br>32, SANEUP-RO 8BEON-GIL<br>BUCHEON 14441<br>KR<br>Attorney: K Freeman Lee |

| | | | | |
|---|---|---|---|---|
| | | | purposes; ice boxes; sitz baths; sterilizers for toothbrushes<br>**018** baby carrying bags; back packs; canes; cosmetic bags sold empty; leather and imitation leather; leather or leather-board boxes; make-up bags sold empty; multi-purpose purses; purses; sports bags; travel bags; umbrellas; umbrellas for children; wallets; all-purpose carrying bags<br>**021** chopsticks; cups; dishes; glass beverageware; kitchen containers; lunch boxes; mugs; trash cans; tumblers for use as drinking glasses; water bottles sold empty; household containers for foods; insulated containers for food or beverages<br>**024** bath linen; bed sheets; bed sheets, fitted bed sheet covers, bed flat sheets, and pillow cases used in the bedding, health care, home-health care and nursing home industries made of biodegradable film created from renewable bio-polymer resources; blanket throws; comforters; curtain fabric; curtains of textile or plastic; cushion covers; pillow covers; table cloth of textile; towels of textile; vinyl curtains; cloth banners; fitted toilet lid covers; hand-towels made of textile fabrics; interior decoration fabrics; large bath towels; shower curtains of textile or plastic; textile handkerchiefs<br>**025** athletic uniforms; clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; ear muffs; gloves; hats; infant wear; pajamas; sandals; shirts; shoes; shorts; slippers; sneakers; socks; swimsuits; underwear<br>**028** balloons; dolls; fishing rods; golf clubs; plastic character toys; puzzle games; rubber character toys; toy furniture; toy mobiles; toy robots; play | |

| | | | | |
|---|---|---|---|---|
| | | | balls; play swimming pools; spinning tops; toy masks; toy whistles | |
| 372. ☆ | Jurisdiction: US<br>Reg: 6145965<br>Serial: 88739751<br>The mark consists of a peacock flying to the right.<br>Pheasants, peacocks, quail [031512]<br>Stylized birds and bats [031524] | Registered<br>Reg: 09/08/2020<br>Pub: 06/23/2020<br>Filed: 12/26/2019<br>First Use: 01/01/2017<br>Current Basis: Use | **025** clothing, namely, shirts, socks, underwear, pants, jackets, coats, tank tops, dresses, skirts, jumpers, rompers, tights, leggings, sweatshirts, hoodies, crop shirts, crop hoodies, crop sweatshirts, body suits, swim wear, bras, panties, jerseys, hats, gloves, slides being sliding shorts, shower shoes, heels, boots, sneakers, belts, button down and button up shirts, sweaters, blouses | Matthews, Ibrahim<br>3833 Halley Terrace SE<br>Washington DISTRICT OF COLUMBIA 20032<br>US |
| 373. ☆ | Jurisdiction: US<br>Reg: 5803576<br>Serial: 88031779<br>The mark consists of a stylized bird with outstretched wings.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 07/16/2019<br>Pub: 04/30/2019<br>Filed: 07/10/2018<br>First Use: 07/22/2016<br>Current Basis: Use | **041** providing combat training using light-emitting simulated firearms; providing training in the use of firearms using light-emitting simulated firearms; providing facilities for combat training in the use of firearms using light-emitting simulated firearms; organization of sporting competitions in the field of combat training using light emitting simulated forearms; firearm training using light-emitting simulated firearms; entertainment services, namely, live action laser tag games using light-emitting simulated firearms; organization of entertainment, combat training and sporting competitions in the field of simulated combat using light-emitting simulated firearms<br>**025** clothing, namely, hats, caps, shirts, jackets, pants, gloves, vests, footwear, uniforms and headbands | EAST WEST WISCONSIN, LLC<br>4170 ASHFORD DUNWOODY ROAD SUITE 375<br>ATLANTA GEORGIA 30319<br>US<br>Attorney: Mathew E. Corr |
| 374. | Jurisdiction: US<br>Reg: 5596181<br>Serial: 87062889 | Registered<br>Reg: 10/30/2018 | **025** clothing, namely, shirts, hooded sweatshirts, hats, sneakers, shorts, | Thornton, Sara Ann |

| | | | | |
|---|---|---|---|---|
| ☆ | The mark consists of a stylized bird hovering in flight.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pub: 01/17/2017<br>Filed: 06/07/2016<br>First Use: 10/03/2016<br>Current Basis: Use | jeans, belts, socks, undergarments, coats<br>**035** providing a web-based system and online portal for online clothes shopping in the nature of online retail store services featuring clothing | 3110 Southern Hills Drive<br>Des Moines IOWA 50321<br>US<br>Attorney: Timothy J. Zarley |
| **375.** ☆ | Jurisdiction: US<br>Reg: 5504610<br>Serial: 87495754<br>The mark consists of a tufted puffin cartoon bird.<br>Penguins, puffins [031515]<br>Stylized birds and bats [031524] | Registered<br>Reg: 06/26/2018<br>Pub: 10/24/2017<br>Filed: 06/19/2017<br>First Use: 12/01/2016<br>Current Basis: Use | **025** clothing, namely, short and long sleeved shirts, sweatshirts, sweaters, socks, shorts, underwear, pants, shoes, blouses, dresses, scarves, vests, skirts, jackets, hats, flip flops | Coastline Casual Clothing Company<br>16237 Vashon Hwy SW<br>Vashon WASHINGTON 98070<br>US |
| **376.** ☆ | **LIKE A BIRD**<br>Jurisdiction: US<br>Reg: 5102377<br>Serial: 79170889<br>Citations: 1 0 | Registered<br>Reg: 12/20/2016<br>Pub: 10/04/2016<br>Filed: 06/01/2015<br>Current Basis: Madrid | **025** clothing, namely, bandanas, bath robes, cloth belts, blazers, blouses, capes, cardigans, coats, denim jeans, dresses, gloves, hooded pullovers, jackets, khakis, leggings, nightwear, pants, ponchos, pullovers, scarves, shirts, shorts, skirts, socks, sweaters, swimwear, t-shirts, trousers, underwear and knitwear, namely, scarves, sweaters, pullovers, slipovers, dresses, knitted caps and knitted gloves; clothing for sports, | Tanja Kliewe-Meyer<br>Auf dem Stickdorn 65a<br>32584 Löhne<br>DE |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the design of a bird in flight to the left the stylized wording "LIKE A BIRD".<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | | namely, gym suits, training suites, jogging suits, jumpsuits, warm-up shirts, t-shirts for sports, tops for sports, trousers for sports, shorts for sports, jackets for sports, skirts and dresses for sports; clothing made of leather, namely, shirts made of leather, tops made of leather, trousers made of leather, shorts made of leather, jackets made of leather, coats made of leather, skirts and dresses made of leather | |
| **377.** ☆ | Jurisdiction: US<br>Serial: 97250243<br>The mark consists of the profile of a stylized bird.<br>Stylized birds and bats [031524]<br>Heads of birds [031716] | Pending<br>Filed: 02/02/2022<br>Current Basis: ITU | **025** clothing and apparel for adults and children; t-shirts; tops; hosiery; socks; sleepwear; underwear; sportswear | THEDODO.COM, LLC<br>100 CROSBY STREET, SUITE 201<br>NEW YORK NEW YORK 10012<br>US<br>Attorney: Jason Mazur |
| **378.** ☆ | **DY N FLY**<br>Jurisdiction: US<br>Reg: 6152131<br>Serial: 88811436<br>The mark consists of a drop of liquid between the words "DY" and "N FLY," all arranged horizontally from left to right.<br>A single drop (including a single raindrop or a | Registered<br>Reg: 09/15/2020<br>Pub: 06/30/2020<br>Filed: 02/26/2020<br>First Use: 11/30/2019<br>Current Basis: Use | **025** beanies; collared shirts; hats; polo shirts; shirts; t-shirts; tank tops | Niablu, LLC<br>Suite 200<br>4036 Telegraph Road<br>Bloomfield Hills MICHIGAN 48302<br>US<br>Attorney: Mark J. Burzych |

| | | | | |
|---|---|---|---|---|
| | single teardrop) [011508] | | | |
| **379.** ☆ | **DO BE FLY**<br>Jurisdiction: US<br>Serial: 97167208<br>The mark consists of the words "DO BE FLY" with a period after each word in a stacked format above the next.<br>Plain single line squares [260902]<br>Three or more squares [260914]<br>Squares that are completely or partially shaded [260921] | Pending<br>Filed: 12/10/2021<br>Current Basis: ITU | **009** footwear for protection against accidents; safety footwear for protection against accident or injury; footwear for protection against accidents, irradiation and fire; footwear for protection against biological hazards; boots for protection against irradiation; protective industrial boots; boots for protection against fire; gloves for protection against accidents; gloves for protection against x-rays for industrial purposes; clothes for protection against injury; life jackets; life belts<br>**025** work shoes; work boots; rain boots; half-boots; aqua shoes; galoshes; clothing; work clothes; coveralls; waterproof clothing; parkas; rain slickers; gloves; belts; hats; sun hats; rain hats; berets; thermal socks; socks; non-slip socks; non-slipping devices for footwear; trousers; jackets; shirts; body warmers; blousons<br>**018** work bags; holdalls for sports clothing; valises; attachï¿½ cases; wheeled luggage; travel luggage; briefcases; key-cases of leather and skins; umbrellas and parasols; saddlery of leather; rainproof parasols | INDUSTRIAL WEAR S.R.L.<br>Via Benito Partisani, 1<br>FIUMANA DI PREDAPPIO (FC) 47016<br>IT<br>Attorney: Michael A. Grow |
| **380.** ☆ | **FLY LEO**<br>Jurisdiction: US<br>Reg: 6384679<br>Serial: 90134386<br>Citations: 0 1<br>The mark consists of the wording "FLY LEO" in stylized format below | Registered<br>Reg: 06/15/2021<br>Pub: 03/30/2021<br>Filed: 08/25/2020<br>First Use: 07/21/2020<br>Current Basis: Use | **025** hats; hosiery; overalls; scarves; shoes; underwear; bottoms as clothing; children's headwear; gloves as clothing; leather belts; t-shirts; tops as clothing; wedding dresses | FLY LEO TRADING LLC<br>2760 Ashwell ln<br>San Ramon CALIFORNIA 94582<br>US<br>Attorney: Xue Chang |

| | | | | |
|---|---|---|---|---|
| | the design of a profile of lion's head with wings.<br>Heads of cats, dogs, wolves, foxes,bears, lions and tigers [030116]<br>Wings [031701]<br>Mythological beings, superbeings, ghosts, aliens [040107] | | | |
| **381.** ☆ | **TO THE MOON**<br>Jurisdiction: US<br>Serial: 90616521<br>Citations: 1 2<br>The mark consists of a flaming nut flying into a cheese moon with the words "TO THE MOON" above the moon.<br>Other representations of the moon or moons, including moons with craters [011125]<br>Flames emanating from objects, numbers or words [011515]<br>Acorns [050707] | Pending<br>Filed: 03/31/2021<br>Current Basis: ITU | **012** cars; motorcycles; atvs (all terrain vehicles); personal watercraft, namely, personal jet boats<br>**025** beanies; hats; shirts; shoes; hoodies; jackets | Sweeney, Joshua<br>205 Bob Sikes Boulevard<br>Fort Walton Beach FLORIDA 32547<br>US |
| **382.** ☆ | **THE FLYING GOAT**<br>Jurisdiction: US<br>Reg: 5396297<br>Serial: 87534865<br>Citations: 0 1 | Registered<br>Reg: 02/06/2018<br>Pub: 11/21/2017<br>Filed: 07/19/2017<br>First Use: 06/01/2010<br>Current Basis: Use | **025** caps being headwear; hooded sweatshirts; shirts<br>**043** catering; restaurant services | The Flying Goat, LLC<br>3318 W. Northwest Blvd.<br>Spokane WASHINGTON 99205<br>US<br>Attorney: Rhett V. Barney |

| | | | | |
|---|---|---|---|---|
| | The mark consists of An image of a goat wearing goggles, superimposed on a sphere above a the words "THE FLYING GOAT".<br>Goats, sheep, rams [030710]<br>Heads of pigs, boars, goats, sheep and rams [030711]<br>Eyeglasses, eyeglass frames, sunglasses, goggles and safety goggles [160307]<br>Spheres [261901] | | | |
| **383.** ☆ | **BE A MENTOR**<br>Jurisdiction: US<br>Reg: 4019908<br>Serial: 77744798<br>Citations: 0 2<br>The mark consists of the stylized wording "BE A MENTOR" and the representation of a larger bird facing a smaller bird on the right. The design appears to the right of the words "BE A" and the word "MENTOR" appears in larger type underneath "BE A" and the bird design.<br>Other birds [031525] | Registered<br>Renewal: 02/16/2022<br>Affidavits: 8; 15<br>Reg: 08/30/2011<br>Pub: 10/06/2009<br>Filed: 05/26/2009<br>First Use: 08/01/2010<br>Current Basis: Use | **025** caps; t-shirts; polo shirts; golf shirts; jackets; sweatshirts; pullovers; long-sleeved shirts | The Lynn and Foster Friess Family Foundation<br>115 E. Snow King Avenue<br>Jackson WYOMING 83001<br>US<br>Attorney: David M. Abrahams |
| **384.** ☆ | **PANDOLAH**<br>Jurisdiction: US<br>Reg: 4620443<br>Serial: 86205632<br>Translated: The wording | Registered<br>Affidavits: 8<br>Reg: 10/14/2014<br>Pub: 07/29/2014 | **025** clothing, namely, t-shirts, shirts, tops, sweaters, sweatshirts, hooded sweatshirts; coats; jackets; bottoms; pants; trousers; shorts; sweatpants; pajamas; dresses; underwear; swimwear; corsets | Mo, Kewei<br>Changxin,Xinbei Dis. Huaide Garden 41-1303,<br>Changzhou 213034<br>CN |

| | | | | |
|---|---|---|---|---|
| | "PANDOLAH" has no meaning in a foreign language.<br>The mark consists of the literal elements "PANDOLAH" wherein the image of beautiful flying swan is placed besides the literal elements.<br>Ducks, geese, swans [031506] | Filed: 02/27/2014<br>First Use: 11/06/2013<br>Current Basis: Use | | Attorney: Raj Abhyanker |
| **385.** ☆ | **FLYING POINT APPAREL**<br>Disclaims: "APPAREL"<br>Jurisdiction: US<br>Reg: 5934158<br>Serial: 88373799<br>The mark consists of the words "FLYING POINT APPAREL" in a stylized upper case lettering font with the letter "Y" represented by a dress shirt collar connecting with the letter "I" of the word "POINT" positioned underneath the word "FLYING". The word "APPAREL" is situated underneath the word "POINT" in a smaller size. | Registered<br>Reg: 12/10/2019<br>Pub: 07/30/2019<br>Filed: 04/05/2019<br>First Use: 03/14/2019<br>Current Basis: Use | **025** sweaters; men's and women's dress shirts; sweaters featuring affixed dress shirt collars | FLYING POINT ENTERPRISES INC<br>475 PAGE TERRACE<br>South Orange NEW JERSEY 07079<br>US<br>Attorney: Abraham Lichy |

| | | | | |
|---|---|---|---|---|
| | Shirts (including sweatshirts), camisoles, blouses, halters and tank tops [090306]<br>Representations of objects forming letters or numerals, including punctuation [270305] | | | |
| **386.** ☆ | **FFF FLY FRY FILMS**<br>Disclaims: "FILMS"<br>Jurisdiction: US<br>Reg: 6437372<br>Serial: 90064547<br>The mark consists of three "F"s joined together to create a triangle. "FLY FRY FILMS" is displayed under the triangle.<br>Letters, numerals or punctuation forming the perimeter of a triangle, bordering the perimeter of a triangle or forming a triangle [260508] | Registered<br>Reg: 08/03/2021<br>Pub: 05/18/2021<br>Filed: 07/21/2020<br>First Use: 09/12/2019<br>Current Basis: Use | **025** t-shirts | Marfry Hernandez<br>91-22 86RD<br>QUEENS NEW YORK 11421<br>US<br>Attorney: Javier Gomez |
| **387.** ☆ | **FLY FEARLESS**<br>Jurisdiction: US<br>Serial: 90809976<br>The mark consists of An icon that looks like a phoenix centered over the words "Fly Fearless" in a specific font. | Published<br>Pub: 05/10/2022<br>Filed: 07/03/2021<br>Current Basis: ITU | **016** stickers<br>**021** mugs<br>**025** tank tops; t-shirts; shorts; sweatshirts; sweatpants; yoga pants | Lindsay Errico<br>3B Westchester Hills<br>Colchester CONNECTICUT 06415<br>US |

| | | | | |
|---|---|---|---|---|
| | Phoenix (legendary bird) [040505] | | | |
| **388.** ☆ | **SEATTLE TOTEMS**<br>Disclaims: "SEATTLE"<br>Jurisdiction: US<br>Reg: 5723042<br>Serial: 87569061<br>The mark consists of a bird in a Pacific Northwest, Coast Salish, Native American style. Circular, rounded shapes are contained within the beak, wings and tail of the bird. In addition, there are three small distinctive, abstract shapes within the body of the bird. Underneath the bird are the words "Seattle Totems" in black, all in lower case letters. The two "T"s of the word "Totems" suggest two totem poles.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other monuments [070925] | Registered<br>Reg: 04/09/2019<br>Pub: 06/05/2018<br>Filed: 08/15/2017<br>First Use: 03/28/2017<br>Current Basis: Use | **009** covers for smartphones<br>**021** mugs<br>**025** shirts; sweatshirts; tops as clothing | Chirillo, Louis<br>PO Box 51142<br>Seattle WASHINGTON 98115<br>US<br>Attorney: Everett E. Fruehling |
| **389.** ☆ | **AMERICLO NEW YORK AMERICAN CLOTHING FACTORY**<br>Disclaims: "NEW YORK" AND "AMERICAN | Published<br>Pub: 04/26/2022<br>Filed: 06/22/2021<br>First Use: 03/01/2021 | **014** jewelry; watches; cuff links and tie clips<br>**025** dresses; footwear; headwear; neckwear; swimsuits; undergarments; belts; bottoms as clothing; children's and infants' cloth bibs; outerwear, | DBA AMERICLO NEW YORK<br>AMERICAN CLOTHING FACTORY INC<br>430 Division Ave.<br>Hicksville NEW YORK |

| | | | | |
|---|---|---|---|---|
| | CLOTHING FACTORY"<br>Jurisdiction: US<br>Serial: 90788098<br>The mark consists of a bird in flight with the loop of a zipper beginning at the back of the head of the bird continuing down the back of the bird. A string hanging from the birds mouth is connected to a button with four holes. The button represents the dot in the letter "I" of the word "AMERICLO". In a stylized font, underneath the bird is the word "AMERICLO". Underneath those words are the words "NEW YORK" and underneath those words are the words "AMERICAN CLOTHING FACTORY".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Rope, string, shoe laces, braids, cords [090113]<br>Buttons [090903]<br>Textile and clothing zippers [090905]<br>Representations of objects forming letters or numerals, including punctuation [270305] | Current Basis: Use; ITU | namely, gloves, scarves, jackets, and coats; tops as clothing<br>**035** on-line retail store services featuring watches, jewelry, and clothing; retail store services featuring watches, jewelry, and clothing | 11801<br>US<br>Attorney: Alec Ross |
| **390.** | **RUSSIAN POST** | Registered | **006** aluminium and its alloys; fittings of | Joint-Stock Company |

| | | | | |
|---|---|---|---|---|
| ☆ | Disclaims: "RUSSIAN"<br>Jurisdiction: US<br>Reg: 5163504<br>Serial: 79175063<br>The mark consists of the stylized wording "RUSSIAN POST" in white on a blue square background on the left side and a design of a stylized two headed bird with outspread wings with crowns on top of the bird heads and musical horns clasped in the birds feet, with a miscellaneous design formed by arrows underneath the bird, all in blue on a white square background outlined in blue on the right side.<br>Phoenix (legendary bird) [040505]<br>Ribbons, bows [090104]<br>Brass instruments, including trumpets, bugles, tubas, trombones, hunting horns and post horns [220110]<br>Crowns open at the top [241102]<br>Cross, Latin (shorter horizontal lines) [241301]<br>Arrows forming any other geometric figure [241502]<br>More than one arrow [241510] | Reg: 03/21/2017<br>Pub: 01/03/2017<br>Filed: 05/06/2015<br>Current Basis: Madrid | metal for compressed air ducts; fittings of metal for building, namely, metal joinery fittings, metal pipe fittings and ring-shaped fittings of metal; white metal, namely, metals and metal alloys; beacons of metal, non-luminous; vats of metal; girders of metal; joists of metal; bottles, namely, metal containers for compressed gas or liquid air; tin cans sold empty; reels of metal, non-mechanical, for flexible hoses; metal swimming pools; beryllium; arbors made of metal; metal window pulleys; blooms; ingots of common metal; anchors; bolts of metal; eye bolts; casks of metal; mooring buoys of metal; barrels of metal; identification bracelets of metal; bronze; metal bells; metal bells for animals; house letters and numerals of common metal, except type; silos of metal; busts of common metal; vanadium; metal bird baths; valves of metal, other than parts of machines; vice benches of metal; screws of metal; aviaries of metal; tungsten iron and ores; hoppers of metal, non-mechanical; gates of metal; metal expanding sleeves for affixing screws; metal junction sleeves for non-electric cables; cable junction sleeves of metal; ferrules of metal for handles; signboards of metal; diving boards of metal; loading gauge threaded metal rods for railway wagons; nuts of metal; galena ore; hafnium; nails; crampons; tacks, namely, metal fasteners in the nature of nails; horseshoe nails; germanium; vice claws of metal; doors of metal; chimney pots of metal; prefabricated houses of metal; memorial plaques of metal; chimney shafts of metal; wall plugs of metal; troughs of metal for mixing mortar; packaging containers of metal; containers of metal for storing acids; jalousies of metal; outdoor blinds of metal; iron strip; iron; unwrought; semi-wrought; roof gutters of metal; | "Russian Post"<br>Varshavskoe Highway, 37<br>RU-131000 Moscow<br>RU |

| | | | | |
|---|---|---|---|---|
| | Two squares [260913]<br>Squares that are completely or partially shaded [260921] | | street gutters of metal; tinplate; iron slabs; door bolts of metal; casement window fasteners of metal; metal bolts; flat; binding screws of metal for cables; crampons of metal; metal wheel clamps; rivets of metal; metal padlocks; box fasteners of metal, namely, metal bars and chains; locks of metal for bags; locks of metal for vehicles; locks of metal, other than electric; metal spring locks; traps for wild animals; closures of metal for containers; metal hardware, namely, bungs of metal; latches of metal; tension links of metal; couplings of metal for chains; signs, non-luminous and non-mechanical, of metal, for roads; registration plates of metal, namely, identity plates of common metal, metal license plates; signs, non-luminous and non-mechanical, of metal; fences of metal; buckles of common metal; bronzes, namely, works of art of bronze; works of art of common metal; hardware of metal, small, namely, nuts, pulleys, springs, washers, carabiners, thimbles; indium; cabanas of metal; telephone booths of metal; cadmium; booths of metal for spraying paint; telpher cables, namely, non-electric cables of metal; ropes of metal; greenhouse frames of metal; frames of metal for building; framework of metal for building; cornices of metal; portable skating rinks structures of metal; cermets; water-pipe valves of metal; metallic drain traps; metal cages for wild animals; keys, namely, metal keys for locks; mooring bollards of metal; cobalt ores; foundry chill-molds; elbows of metal for pipes; bed casters of metal; furniture casters of metal; manifolds of metal for pipelines; door bells of metal, non-electric; pillars of metal for buildings; casings of metal for oilwells; chimney cowls of metal; bottle caps of metal; sealing caps of metal; tent pegs of metal; pegs of | |

| | | | | |
|---|---|---|---|---|
| | | | metal; rings of common metal for keys; copper rings; ferrules of metal for canes and walking-sticks; rings of metal, namely, metal key rings, screw rings and gasket rings; door fittings of metal; fittings of metal for windows; brackets of metal for building, namely, metal brackets for general use; buildings of metal, namely, prefabricated metal buildings; buildings, transportable, of metal; steel buildings, namely, prefabricated metal buildings; containers of metal for storage and transport of goods; guard rails of metal; baskets of common metal; door frames of metal; tool boxes of metal, empty; structural parts of metal staircases, namely, stringers of metal; taps for casks of metal; tubing of metal; roofing of metal; turntables, namely, metal railway crossovers; screw tops of metal for bottles; manhole covers of metal; pitons of metal; hooks of metal; pot hooks of metal; metal hooks for slate; window stops of metal; hooks of metal for clothes rails; clothes hooks of metal; modular and pre-fabricated chicken-houses of metal; chests of metal; brass; unwrought; semi-wrought; wrapping or binding bands of metal; scaffolding of metal; staircases of metal; ladders of metal; limonite; steel sheets; cast steel; magnesium; manganese; reinforcing materials, of metal, for concrete; reinforcing materials of metal for machine belts; reinforcing materials of metal for pipes; reinforcing materials of metal for building; railway track material of metal; materials of metal for funicular railway track permanent ways; building materials of metal, namely, soffits, fascia, ceiling boards and floor boards; refractory construction materials of metal; masts of metal; steel masts; copper; unwrought; semi-wrought; german silver; common metals, unwrought or semi-wrought, | |

| | | | | |
|---|---|---|---|---|
| | | | namely, sheets and plates of metal; common metals; unwrought; semi-wrought; pyrophoric metals; common metals in powder form; moldings of metal for cornices; molybdenum; door knockers of metal; pipe muffs of metal; porches of metal for building; monuments of bronze for tombs; tombs of metal; flashing of metal, for building; roof flashing of metal; metal fish plates in the nature of hardware for fastening rails; anvils; portable anvils; beak-irons; rope thimbles of metal; ferrules of metal for walking sticks; handcuffs; jets of metal, namely, metal pipes; duckboards of metal; belt stretchers of metal; stretchers for metal bands, namely, tension links of metal; wire stretchers, namely, metal tension links; stretchers for iron bands, namely, metal tension links; nickel-silver; nickel; niobium; grease nipples; binding thread of metal for agricultural purposes; thread of metal for tying-up purposes; house numbers of metal, non-luminous; braces of metal for handling loads; wall claddings of metal for building; enclosures of metal for tombs, namely, metal tombs; laths of metal; barrel hoops of metal; wall linings of metal for building; palings of metal; crash barriers of metal for roads; tree protectors of metal; latticework of metal, namely, lattices; door stops of metal; stops of metal, namely, gate stops, cabinet stops and window stops; windows of metal; ironwork for doors, namely, wrought iron decorative artwork; ironwork for windows, namely, wrought iron decorative artwork; tin; shuttering of metal for concrete, namely, metal casting forms for concrete; filings of metal; poles of metal for power lines; props of metal, namely, beams of metal; branching pipes of metal; monuments of non-precious metal; monuments of non-precious metal for | |

| | | | | |
|---|---|---|---|---|
| | | | tombs; wainscotting of metal; signs, non-luminous and non-mechanical, of metal; building materials, namely, composite panels composed primarily of metal; partitions of metal for building; lintels of metal; casement windows of metal; strap-hinges of metal; metal shims; rocket launching platforms of metal; transport pallets of metal; platforms, prefabricated, of metal; wall tiles of metal; floor tiles of metal; tiles of metal for building; anchor plates, namely, metal hardware in the nature of washers and metal fastening anchors; paving slabs of metal; grave slabs of metal; tile floorings of metal; slabs of metal for building; lead seals, namely, sealing caps of metal; loading pallets of metal; handling pallets of metal; trays of metal, namely, metal packaging trays and metal cable trays used in building construction; firedogs, namely, andirons; armor-plating; paving blocks of metal; roof coverings of metal; linings of metal for building purposes; steel strip; door panels of metal; floors of metal; window sills of metal; ceilings of metal, namely, ceiling boards of metal, ceiling supports of metal, and metal ceiling panels and tiles; brazing alloys; gold solder; silver solder; door closers of metal, non-electric; door openers of metal, non-electric; collars of metal for fastening pipes; winding spools of metal, non-mechanical, for flexible hoses; floating docks of metal, for mooring boats; aluminum wire; iron wire; wire of common metal; non-electric wire of common metal alloys, except fuse wire; barbed wire; copper wire, not insulated; soldering wire of metal; steel wire; metal hardware, namely, springs; rods of metal for welding; rods of metal for brazing and welding; rods of metal for brazing; window frames of metal; containers of metal for liquid fuel; containers of metal for compressed gas or liquid air; | |

| | | | | |
|---|---|---|---|---|
| | | | reservoirs of metal; floating containers of metal, namely, floating metal islands for commercial and industrial storage, platform, or shelter purposes; rails of metal; straps of metal for handling loads; furnace fireguards of metal; grilles of metal, namely, frameworks of metal; runners of metal for sliding doors; iron ores; ores of metal; chrome ores; tool handles of metal; door handles of metal; scythe handles of metal; broom handles of metal; knife handles of metal; knobs of metal; sheet piles of metal; modular and prefabricated pigsties of metal; lead; unwrought; semi-wrought; safes of metal; insect screens of metal; burial vaults of metal; metal foot scrapers; cable joints of metal, non-electric, namely, structural joint connectors of metal; junctions of metal for pipes; nozzles of metal, namely, pre-rinse, wash down spray nozzles for commercial and industrial use; anti-friction metal, namely, common metals unwrought or semi-wrought; silver plated tin alloy; alloys of common metal; sheaf binders of metal, namely, wrapping or binding bands of metal; bindings of metal, namely, binding screws of metal for cables and metal binding strips used on packaging; bottle closures of metal; shutters of metal; steel alloys; steel; unwrought; semi-wrought; tinfoil; statues of common metal; figurines of common metal; cask stands of metal; tombstone stelae of metal; bars for metal railings; modular and pre-fabricated stables of metal; advertisement columns of metal; posts of metal; telegraph posts of metal; railway points; step ladders of metal; step stools of metal; slings of metal for handling loads; stair treads of metal; machine belt fasteners of metal; tombstone plaques of metal; identity plates of common metal; tantalum metal; greenhouses of metal, | |

| | | | | |
|---|---|---|---|---|
| | | | transportable; titanium; wire cloth; tombac; mobile boarding stairs of metal for passengers; cables of metal, non-electric; wire rope; pipework of metal; penstock pipes of metal; water-pipes of metal; gutter pipes of metal; ducts of metal for ventilating and air conditioning installations; drain pipes of metal; chimneys of metal; pipes of metal; ducts of metal, for central heating installations; steel pipes; turnstiles of metal; metal angle irons; tinplate packings; bicycle parking installations of metal; metal window closers; non-electric; metal window openers; non-electric; wind-driven bird-repelling devices made of metal; towel dispensers, fixed, of metal; tungsten iron; molybdenum iron; silicon iron; titanium iron; chrome iron; flanges of metal; weather- or wind-vanes of metal; aluminum foil; foils of metal for wrapping and packaging; ice moulds of metal, namely, foundry chill-molds; foundry molds of metal; fittings of metal for coffins; fittings of metal for beds; fittings of metal for furniture; building or furniture fittings of nickel-silver; clips of metal for cables and pipes; chromium; metal cattle chains; chains of metal; safety chains of metal; zinc; zirconium; cotter pins of metal; roofing tiles of metal; cast iron; unwrought; semi-wrought; washers of metal; balls of steel; hinges of metal; poles of metal; cashboxes of metal; safety deposit cashboxes; chests of metal for food; pulleys of metal, other than for machines; railroad ties of metal; metal window casement bolts; spurs; pins, namely, white metal pins, metal ball lock pins, and reinforcing pins of metal for formwork; exterior roller blinds of steel; latch bars of metal; badges of metal for vehicles; metal lock bolts; tool chests of metal, empty; boxes of common metal; letter boxes of metal | |

**009** dvd players; 3d spectacles; electronic parking lot ticket dispensers; coin-operated musical automata, namely, jukeboxes; fire engines; answering machines; accumulators; electric; accumulators, electric, for vehicles; actinometers; alidades; altimeters; ammeters; anemometers; anodes; antennas; anticathodes; apertometers; high-frequency apparatus, namely, high frequency switches and high frequency mobile and sea-based communication antennas; testing apparatus not for medical purposes, namely, electronic apparatus for testing compression, strength, hardness and tensile characteristics of industrial materials; remote controls for radios, televisions and stereos apparatus; electro-dynamic apparatus for the remote control of railway points; electro-dynamic apparatus for the remote control of signals; monitoring apparatus, electric, namely, electric, electronic, or electrochemical oxygen monitors and sensors for environmental use, electronic monitors and monitor modules for monitoring electric current and electrical signals, environmental monitoring system comprised of meters and sensors that measure pressure, humidity, temperature and includes alarm and reporting functions, monitoring devices for monitoring battery performance characteristics, video monitors; sound recording apparatus; global positioning system (gps) apparatus; distillation apparatus for scientific purposes; diffraction apparatus, namely, prisms and precision instruments for manipulation and positioning of microscopic objects; air analysis apparatus; apparatus to check franking; sound transmitting apparatus; apparatus for fermentation; breathing apparatus for underwater swimming; breathing apparatus,

except for artificial respiration, namely, self-rescue oxygen breathing units; apparatus and installations for the production of x-rays, not for medical purposes; cash registers; electric apparatus for commutation; intercommunication apparatus, namely, apparatus for transmission of communication; stills for laboratory experiments; projection apparatus, namely, photographic projectors, projection screens, projector lamps and slide projectors; radiological apparatus for industrial purposes; x-ray apparatus not for medical purposes; blueprint apparatus, namely, blueprint machines; flashing safety lights; stereoscopic apparatus; telephone apparatus; facsimile machines; phototelegraphy apparatus; igniting apparatus, electric, for igniting at a distance, namely, electric igniters used in connection with ballasts to starts discharge lamps; acid hydrometers; salinometers; acidimeters for batteries; aerometers; beacons; luminous; battery jars, namely, accumulator jars; barometers; anode batteries; galvanic batteries; batteries for lighting; solar batteries; batteries; electric; balances; betatrons; binoculars; electronic tags for goods; lens hoods; magnetic tape units for computers; computer memory devices; fire hose nozzles; encoded identification bracelets; magnetic; safety tarpaulins; signalling buoys; life buoys; marking buoys; directional compasses; vacuum gauges; electrolysers; variometers; verniers; scales; letter scales; weighbridges; precision balances; levelling rods; camcorders; video baby monitors; blank video cassettes; video telephones; video screens; viewfinders; photographic; electrical sockets; plugs; other electric contacts; micrometer screws for optical instruments, namely, micrometers and

micrometer gauges; viscosimeters; electric circuit closers; wavemeters; voltmeters; mechanical signs; signs; luminous; switchboxes; current rectifiers; gas testing instruments; gasometers; galvanometers; hands free kits for phones; heliographic apparatus; hygrometers; hydrometers; test weights; magnifying peepholes for doors; hologram apparatus; plotters; loudspeakers; sounding leads, namely, electrical connections for transmission of sound; plumb bobs; range finders; densimeters; densitometers not for medical use; optical goods, namely, optical lenses, eyewear; prescription eyewear; adjustable optical power eyewear; eyeglasses; detectors, namely, motion detectors; smoke detectors; counterfeit coin detectors, namely, coin acceptors for separating good coins from counterfeits; photographic transparencies; slide projectors; diaphragms, namely, lenses for photographic apparatus and structural parts of photographic lenses; dictating machines; dynamometers; light-emitting diodes (led); blank floppy computer disks; blank sound recordable discs; blank disks; magnetic; blank optical discs; circular slide rules; disk drives for computers; juke boxes for computers; dna chips; electronic notice boards; bullet-proof waistcoats; life jackets; identification threads for electric wires; nose clips for divers and swimmers; locks; electric; warning bells; alarm bells, electric, namely, signal bells and warning bells; electric door bells; signal bells; acoustic conduits; mirrors for inspecting work; road signs; luminous; mechanical; marine depth finders; probes for scientific purposes, namely, probes for testing integrated circuits and semiconductors and ultrasound probes not for medical use; electric buzzers; needles for record

players; tape measures; pressure measuring apparatus; simulators for the steering and control of vehicles; inverters; pressure indicators; temperature indicators; incubators for bacteria culture; tool measuring instruments; cosmographic instruments, namely, telescopes and astronomic measuring machines and instruments; mathematical instruments, namely, calculators, abacus, slide rules, protractors, ellipsographs, and opisometers; levelling instruments, namely, spirit levels, plumb levels, liquid level sensors, leveling rods, level measuring machines, level indicators, and level gauges; instruments containing eyepieces, namely, microscopes; surveying instruments; azimuth instruments, namely, measuring apparatus in the nature of angle finders; interfaces for computers; ionization apparatus for scientific or laboratory use, not for the treatment of air or water; spark-guards, namely, plastic guard for covering wall switches, safety goggles and face-protection shields; coaxial cables; fibre optic cables; cables; electric; laboratory equipment and supplies, namely, calipers; slide calipers; screw-tapping gauges; calculating machines; pocket calculators; decompression chambers; cinematographic cameras; electronic pens; holders for electric coils; identity cards; magnetic; video game cartridges; toner cartridges, unfilled, for printers and photocopiers; memory cards for video game machines; magnetically encoded cards, namely, debit cards, credit cards, key cards, charge cards, and gift cards; riding helmets; protective helmets; carriers for dark plates, namely, photographic slide carriers; automated teller machines (atm); cathodes; spools for cameras; choking coils for use in

electrical apparatus; coils; electric; electromagnetic coils; cinematographic film; exposed; computer keyboards; solenoid valves; wire connectors; encoded key cards; electronic book readers; electronic agendas; push buttons for electric door bells; mouse pads; magnetic encoders; anti-glare visors, namely, anti-glare glasses and spectacles; collectors, electric, namely, electronic monitors to collect operational data and settings, including temperature data and settings, from hvac equipment to ensure proper functioning, calibrated rainwater collection containers for scientific purposes, mobile computing and operating platforms consisting of data transceivers, wireless networks and gateways for collection and management of data; calibrating rings, namely, calibrating devices for calibrating ultrasonic testers, optical emission spectrometers, x-ray diagnostic apparatus other than for medical use; protective suits for aviators; commutators; blank compact discs; blank compact discs with read only memory; comparators; marine compasses; computers; laptop computers; tablet computers; notebook computers; condensers; contacts; electric; wind socks for indicating wind direction; safety traffic cones; computer hardware, namely, branch boxes; electrical distribution boxes; junction boxes; battery boxes; cabinets for loudspeakers; diving suits; galena crystal detectors for use in electronics; reflecting discs for wear, for the prevention of traffic accidents; covers for electric outlets; lasers, not for medical purposes; lactodensimeters; lactometers; vacuum tubes for radios; photography darkroom lamps; thermionic tubes; amplifying tubes; flashlights for use in photography; head cleaning tapes for

audio and video recorders; blank magnetic tapes for tape recorders and computers; blank videotapes; surveying chains; fire escape ladders; measuring rulers; slide-rules; contact lenses; correcting lenses, namely, contact lenses; optical lenses; optical condensers; sounding lines, namely, depth gauges and marine depth finders; electricity conduits; measuring spoons; magnifying glasses; thread counters; magnets; decorative magnets; close-up lenses; crash test dummies; resuscitation mannequins; computer mouse; pressure gauges; divers' masks; solderers' helmets; protective masks; materials for electricity mains, namely, electric wires and cables; voting machines; money counting and sorting machines; material testing instruments and machines in the nature of gauges for surface inspection, lamp detectors for tubes and cables and gauges for high voltage tests, namely, optical inspection apparatus, ultrasound inspection devices for non-medical, non-destructive testing, inspection mirrors, and laser scanners for industrial inspection; furniture especially made for laboratories; megaphones; portable media players; diaphragms, namely, electroacoustic transducers; diaphragms for scientific apparatus, namely, electrical transducer; metal detectors for industrial or military purposes; metronomes; rules, namely, measuring rules; carpenters' rules; dressmakers' tape measures; mechanisms for coin-operated apparatus; mechanisms for counter-operated apparatus, namely, point-of-sale terminals; coin-operated mechanisms for television sets; shutter releases; micrometers; microprocessors; microscopes; microtomes; microphones; modems; lightning conductors; computer

monitors; computer software programs for operation of computer monitors; electrical terminal blocks and boxes; computer terminals; junction sleeves for electric cables; teeth protectors, namely, mouth guards for athletic use; temperature indicator labels, not for medical purposes; knee-pads for workers; headphones; surveyors' levels; blank cd-roms for sound recording; blank magnetic carriers; blank optical data carriers; socks, electrically heated; computer software, recorded, namely, computer software for the collection, editing, organizing, modifying, book marking, transmission, storage and sharing of data and information, software for developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server; sheaths for electric cables; identification sheaths for electric wires; weighing machines; punched card machines for offices; life saving apparatus and equipment, namely, life saving rafts and capsules for natural disasters; shoes for protection against accidents, irradiation and fire; objectives, namely, camera lenses; lenses for astrophotography; egg-candlers; fire extinguishers; electrified fences; electricity limiters; clothing for protection against accidents, irradiation and fire; garments for protection against fire; asbestos clothing for protection against fire; protective clothing especially made for laboratories; ozonisers; octants; eyepieces, namely, protective eye pieces and eye pieces for helmet mounted displays; ohmmeters; wrist rests for use with computers; spectacle frames; eyeglass frames; oscillographs; plumb lines; scientific and technical apparatus, namely, optical mirrors; spectacles; sunglasses; goggles for sports;

signalling panels, luminous or mechanical, namely, road signs; radio pagers; pince-nez; electronic pocket translators; telecommunication transmitters; telephone transmitters; transmitters of electronic signals; switches; electric; periscopes; gloves for divers; gloves for protection against accidents; gloves for protection against x-rays for industrial purposes; asbestos gloves for protection against accidents; furnaces for laboratory use; pipettes; pyrometers; planimeters; surveying instruments, namely, plane tables; plates for batteries; wafers for integrated circuits; printed circuit boards; compact disc players; cassette players; sound recording strips, namely, sound recording apparatus; x-ray films; exposed; cinematographic; photographic films; exposed; life-saving rafts; laboratory furniture, namely, trays; semi-conductors; polarimeters; fire pumps; measuring glassware; life belts; fuses; circuit breakers; converters; electric; telerupters, namely, electric relays; diagnostic apparatus for testing food; diagnostic apparatus, not for medical purposes, namely, diagnostic apparatus for the detection of pathogens for laboratory or research use; distance recording apparatus; distance measuring apparatus; speed measuring apparatus; appliances for measuring the thickness of leather; apparatus for measuring the thickness of skins; speed checking apparatus for vehicles, namely, speedometers; teaching apparatus, namely, slide projectors and photographic slides therefor; time recording apparatus; apparatus and instruments for astronomy, namely, telescopes, star finders, and planetarium projectors; surveying apparatus and instruments; weighing apparatus and instruments; nautical apparatus and instruments,

namely, underwater housings for cameras, underwater enclosures for cameras and underwater enclosures for photographic lenses; electric navigational instruments; optical apparatus and instruments, namely, optical ports for underwater photography, dome ports for underwater photography, wet diopters, adapter lenses for underwater photography; apparatus and instruments for physics, namely, wave meters; chemistry apparatus and instruments, namely, flasks, gas mixers, laboratory chemical reactors, chromatography apparatus for laboratory use for use in separation and purification of chemical and biological substances; measuring apparatus, namely, clamp meters for measuring electricity; measuring devices, electric, namely, electronic proximity sensors, electronic analyzers for measuring contaminants; boiler control instruments; meteorological instruments; naval signalling apparatus, namely, emergency signal transmitters, signal whistles, signaling buoys; observation instruments, namely, telescopes; navigation apparatus for vehicles; satellite-aided navigational systems; regulating apparatus, electric, namely, voltage regulators, electrical heat sequencers, flowmeters, voltage regulators for electric power, voltage and/or current regulators for lighting systems, apparatus for regulating or controlling electric current; precision measuring apparatus, namely, precision balances; audio- and video-receivers; prisms; printers for use with computers; hemline markers; retorts' stands, namely, stands for laboratory glassware; apparatus for changing record player needles; drainers for use in photography, namely, drying apparatus and racks for photographic

prints; cleaning apparatus for sound recording discs, namely, cleaning discs for cleaning the lens of optical disc drives used in computers and digital video recorders; fire beaters, namely, fire blankets and fire extinguishers; sighting telescopes for firearms; laboratory equipment and supplies, namely, test tubes; pressure indicator plugs for valves; magnetic wires; telegraph wires; telephone wires; wires; electric; conductors; electric; copper wire; insulated; fuse wire; computer programmes, recorded, namely, computer software programs for collection, editing, organizing, modifying, book marking, transmission, storage and sharing of data and information, developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server; computer game software; computer programs, namely, downloadable software for the collection, editing, organizing, modifying, book marking, transmission, storage and sharing of data and information, software for developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server; computer operating programs; recorded; record players; processors, namely, central processing units; rods for water diviners; electronic publications, downloadable, namely, magazines, books, newsletters, in the field of education; electricity distribution consoles; electric control panels; radar apparatus; masts for wireless aerials; transmitting sets, namely, apparatus for transmitting and reproducing sound or images; radios; vehicle radios; sprinkler systems for fire protection; frames for photographic transparencies; screens for photoengraving, namely, projection screens; walkie-talkies; voltage surge

protectors; voltage regulators for vehicles; stage lighting regulators, namely, lighting controls; light dimmers; electric; speed regulators for record players; cell switches, namely, electric switches; washing trays for photography; marking gauges for joinery purposes; time switches; automatic; relays; electric; safety restraints, other than for vehicle seats and sports equipment; x-ray photographs, other than for medical purposes; rheostats; respirators for filtering air; respiratory masks, other than for artificial respiration and not for medical purposes; retorts, namely, laboratory glassware; refractometers; refractors, namely, telescopes; grids for batteries; speaking tubes; horns for loudspeakers; saccharometers; optical fibers; traffic-light apparatus; dog whistles; signalling whistles; sextants; electrical inductors; safety nets; nets for protection against accidents; fire alarms; signals, luminous or mechanical, namely, road signs and led vehicle traffic signals; sirens; scanners; smartphones; integrated circuit cards; connections for electric lines; couplings; electric; electric connectors; sonars; sound locating instruments, namely, sound level meters; lighting ballasts; resistances; electric; spectrograph apparatus; spectroscopes; speed indicators; alcoholmeters; satellites for scientific purposes; protection devices for personal use against accidents, namely, face-protection shields, infrared camera used as night vision system; audiovisual teaching apparatus, namely, slide projectors and photographic slides therefor; radiotelegraphy sets; radiotelephony sets; spectacle lenses; anti-glare glasses; optical glasses; personal stereos; stereoscopes; stands for photographic apparatus; stroboscopes; fire boats; sulfitometers;

bags adapted for laptops; drying racks for photography; spherometers; integrated circuits; printed circuits; geiger counters; parking meters; kilometer recorders for vehicles, namely, distance measuring apparatus; revolution counters; abacuses; egg timers; electronic taximeters; ear plugs for divers; tachometers; televisions; telegraphs; telescopes; teleprompters; teleprinters; portable telephones; theodolites; thermometers, not for medical purposes; thermostats; thermostats for vehicles; laboratory equipment, namely, crucibles; tone arms for record players; totalizators, namely, adding machines; transistors; transponders; protractors; transformers; step-up transformers; vehicle breakdown warning triangles; triodes; starter cables for motors, namely, battery starter cables; discharge tubes, electric, other than for lighting; capillary tubes, namely, laboratory glassware; neon signs; pitot tubes; x-ray tubes not for medical purposes; telephone receivers; gauges, namely, micrometer gauges, length measuring gauges, pressure gauges, level gauges; quantity indicators, namely, temperature indicators, water level indicators, speed indicators, scales; automatic indicators of low pressure in vehicle tires; gasoline gauges, namely, fuel gauges; water level indicators; electric loss indicators, namely, electric or sensors for electricity loss; light-emitting electronic pointers; slope indicators; level indicators; mercury level indicators; spirit levels; urinometers; amplifiers; particle accelerators; electric installations for the remote control of industrial operations; baby monitors; steering apparatus, automatic, for vehicles, namely, simulators for the steering and control of vehicles; balances;

video recorders; sound reproduction apparatus; invoicing machines; tape recorders; protection devices against x-rays, not for medical purposes, namely, face protection shields, radiation shields for electronic products and clothing for protection against chemicals and radiation; railway traffic safety appliances, namely, railway signals and electronic signaling mechanism, namely, a train control system used in the railway industry for detecting and controlling trains, ground faults, broken rails, power failures, track switches and lights; data processing apparatus; oxygen transvasing apparatus, namely, oxygen regulators; theft prevention installations, electric, namely, burglar alarms; photographic film cutting apparatus; drying apparatus for photographic prints; optical character readers; centering apparatus for photographic transparencies; machines for dispensing pre-determined dosages of medication; battery chargers; chargers for electric batteries; acoustic sound alarms; sounding apparatus and machines, namely, echo sounding devices; editing appliances for cinematographic films; cathodic anti-corrosion apparatus, namely, electronic device for eliminating corrosion from a boat lift in sea water; data processing equipment, namely, couplers; anti-theft warning apparatus, namely, theft alarms; computer peripheral devices; anti-interference devices, namely, filters for radio interference suppression; demagnetizing apparatus for magnetic tapes; acoustic couplers; security and fire alarms; fog signals; non-explosive; whistle alarms, namely, signal whistles; adding machines; readers, namely, data processing apparatus; heat regulating apparatus, namely, electrical control devices for heating

and energy management; photocopiers; bar code readers; computer software applications, downloadable, namely, downloadable software for the collection, editing, organizing, modifying, book marking, transmission, storage and sharing of data and information, downloadable software for developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server; downloadable ring tones for mobile phones; downloadable image files containing artwork, text, audio, video, games and internet web links relating to sporting and cultural activities; downloadable music files; animated cartoons, namely, video disks and video tapes with recorded animated cartoons; photographic filters; filters for respiratory masks; filters for ultraviolet rays, for photography, namely, lens filters; blank usb flash drives; magic lanterns; optical lamps; signal lanterns; cameras; glazing apparatus for photographic prints, namely, thermal printers; shutters; darkrooms, namely, darkroom lamps; photometers; flash-bulbs; digital photo frames; enlarging apparatus, namely, apparatus used to enlarge photographs or make photographs appear larger in the nature of magnifying lenses, microscope cameras and photographic projectors; photovoltaic cells; containers for contact lenses; spectacle cases; pince-nez cases; containers for microscope slides; cases especially made for photographic apparatus and instruments; chromatography apparatus for laboratory use; chronographs for use as specialized time recording apparatuses; laboratory centrifuges; eyeglass chains; cyclotrons; compasses; frequency meters; time clocks; petri dishes used in laboratory research; sleeves for

laptops; fire blankets; integrated circuit chips; jigs in the nature of measuring instruments; pedometers; meteorological balloons; electrified rails for mounting spot lights, namely, electric conductor rails; asbestos screens for firemen; fire hose; protective helmets for sports; cell phone straps; eyeglass cords; tripods for cameras; switchboards; electrical power distribution units; screens, namely, photographic filters; workmen's protective face-shields; projection screens; radiology screens for industrial purposes, namely, radiation shields for electronic products; fluorescent screens; exposure meters for photographic devices; electrical ducts; galvanic cells; epidiascopes; ergometers not for medical purposes; armatures for use in electrical apparatus

**012** motor buses; motor coaches; motor homes; motor cars; sports cars; concrete mixing vehicles; refrigerated vehicles; vans, namely, caravans; shock absorbers for automobiles; suspension shock absorbers for vehicles; space vehicles; aircraft; aeronautical apparatus, machines and appliances, namely, rockets, aerodynamic wings for airplanes, landing gear; air cushion vehicles; hot air balloons; ski carriers for cars; luggage carriers for vehicles; bumpers for automobiles; vehicle bumpers; tires for vehicle wheels; barges; brake shoes for vehicles; structural parts of land vehicles, namely, tailboard lifts; buffers for railway rolling stock; railway carriages, namely, dining cars; wagons; tilt trucks; railway carriages; railway cars, namely, sleeping cars; railway cars, namely, refrigerated wagons; transmission shafts for land vehicles; bicycles; valves for vehicle tires; automobile hoods; pushchair hoods, namely, canopies and covers

for baby strollers; hoods for vehicles; oars; sculls; paddles for canoes; screws, namely, propellers for ships; hydroplanes; seaplanes; flanges for railway wheel tires; trucks; horns for vehicles; treads for vehicles used to retread tires; doors for vehicles; motors for cycles; engines for land vehicles; jet engines for land vehicles; driving motors for land vehicles; screw-propellers; screw-propellers for boats; dirigible balloons, namely, airships; brake discs for vehicles; telpher railways, namely, cable cars; dredgers; trolleys; adhesive rubber patches for repairing inner tubes; bicycle bells; cycle bells; rearview mirrors; portholes; cars for cable transport installations; inner tubes for bicycles, cycles; inner tubes for pneumatic tires; hoods for vehicle engines; crankcases for land vehicle components, other than for engines; boats; caissons; wheels for bicycles, cycles; vehicle wheels; mine cart wheels; structural parts of trolleys, namely, casters; brake pads for automobiles; hub caps; pushchairs; side cars; brake linings for vehicles; ships; baskets adapted for cycles; gear boxes for land vehicles; ships' hulls; panniers adapted for cycles; fenders for ships; bands for wheel hubs, namely, vehicle wheel hub assemblies; ejector seats for aircraft; wheelchairs; caps for vehicle petrol tanks; boat hooks; automobile bodies; tipping bodies for lorries; bodies for vehicles; treads for retreading tires; traction engines; locomotives; masts for boats; sprinkling trucks; propulsion mechanisms for land vehicles, namely, vehicle propellers; mopeds; cycle cars; motorcycles; freewheels for land vehicles; clutches for land vehicles; repair outfits for inner tubes, namely, patches for repairing inner tubes; air pumps for automobiles, bicycles and motorcycles; pumps for bicycles;

upholstery for vehicles; rims for wheels of bicycles, cycles; rims for vehicle wheels; windows for vehicles; buses, namely, omnibuses; axles as land vehicle parts; headlight wipers; parachutes; ferry boats; pedals for bicycles and motorcycles; gearing for land vehicles, namely, gearboxes; carts; head-rests for vehicle seats; stands for bicycles, cycles, namely, kickstands; vehicle running boards; air bags; ski lifts; chairlifts; casings for pneumatic tires; sleeping berths for vehicles; pontoon boats; torque converters for land vehicles; cigar lighters for automobiles; non-skid chains and studs for vehicle tires; anti-glare devices for vehicles, namely, sun visors; anti-theft devices for vehicles; sun-blinds adapted for automobiles; balance weights for vehicle wheels; land vehicle suspension parts, namely, shock absorbing coil springs and leaf springs for vehicles; frames for bicycles, cycles; spars for ships, namely, masts; reduction gears for land vehicles; safety belts for vehicle seats; security harness for vehicle seats, namely, safety belts; vehicle suspension springs, namely, coil springs and leaf springs; steering wheels for vehicles; rudders; handle bars for bicycles, cycles; cranks for cycles; aeroplanes; amphibious airplanes; sleighs for transport purposes; kick sledges, namely, kickstands; brake segments for vehicles; saddles for bicycles, cycles or motorcycles; bicycle saddles; luggage nets for vehicles; dress guards for bicycles, cycles; anti-theft alarms for vehicles; reversing alarms for vehicles; safety seats for children, for vehicles; vehicle seats; hydraulic circuits for vehicles; audible warning systems for cycles, namely, warning horns; scooters; snowmobiles; rolling stock for railways; rolling stock for funicular railways; spokes for bicycle

346

wheels and motorcycles; vehicle wheel spokes; spoilers for vehicles; air vehicles, namely, airplanes and helicopters; vehicles for locomotion by land, air, water or rail, namely, automobiles, bicycles, motorcycles, trains, vessels, and airplanes; ambulances; water vehicles, namely, vessels; remote control vehicles, other than toys; electrically-powered motor vehicles; tricycles; delivery tricycles; structural parts for boats, namely, inclined ways for boats; vehicle windscreens; windshield wipers; bicycle stands; cycle wheel hubs; hubs for vehicle wheels; saddlebags adapted for bicycles; railway couplings; trailer hitches for vehicles; shaft couplings for land vehicles; wheelbarrows; handling carts; two-wheeled trolleys; golf carts; shopping trolleys; hose carts; bogies for railway cars; casting carriages, namely, carts; tilting-carts; fork lift trucks; cleaning trolleys; brakes for bicycles, motorcycles; brakes for vehicles; torsion bars for vehicles; tractors; tramcars, namely, trams; transmissions, for land vehicles; military vehicles for transport; aerial conveyors; trailers; funnels for ships; funnels for locomotives; boat cleats; turbines for land vehicles; direction indicators for bicycles, namely, turn signals; direction signals for vehicles; rowlocks, namely, oarlocks; disengaging gear for boats, namely, rudder gear and gear changing mechanisms for water vehicles; steering gears for ships; cable transport apparatus and installations, namely, cable cars, funicular railcars; spoke clips for bicycle wheels; structural parts for trucks and wagons, namely, tipping apparatus; funiculars, namely, mobile railcar movers and railcars; vans; undercarriages for vehicles; automobile chains; chains for bicycles, cycles; driving chains for

347

land vehicles; anti-skid chains for vehicles; transmission chains for land vehicles; stroller covers; land vehicle spare wheel covers; covers for vehicle steering wheels; saddle covers for bicycles or motorcycles; fitted seat covers for vehicles; fitted vehicle covers; automobile chassis; vehicle chassis; connecting rods for land vehicles, other than parts of motors and engines; axle journals, namely, axle bearings for land vehicles; gears for bicycles; tubeless tires for bicycles, cycles; tyres for bicycles, cycles; automobile tires; vehicle wheel tires; pneumatic tires; spikes for tires, namely, spokes for automobiles and bicycle wheels; davits for boats; launches; structural parts of ships in the nature of timbers, namely, frames for ships; mudguards; cycle mudguards; motors, electric, for land vehicles; yachts

**014** agates as jewelry; diamonds; amulets; anchors for clock and watch making; barrels for clock and watch making; bracelets; watch straps; charms; key rings of precious metal; brooches; alarm clocks; pins being jewelry; ornamental pins; tie pins; beads for making jewelry; pearls made of ambroid; busts of precious metal; jet; unwrought; semi-wrought; pearls; copper tokens, namely, souvenir pressed coins and non-monetary coins; tie clips; cufflinks; clasps for jewelry; badges of precious metal; gold; unwrought; beaten; cloisonné jewellery; ivory jewelry; works of art of precious metal; jewelry; jewelry of yellow amber; iridium; precious stones; semi-precious stones; spun silver; necklaces; rings; boxes of precious metal; watch cases; clock cases; pendulums for clock and watch making; medals; lockets; precious metals; unwrought; semi-wrought; movements for clocks and watches;

348

clockworks being clock parts; coins, namely, collectible coins, commemorative coins and non-monetary coins; gold thread; threads of precious metal; silver thread; olivine gems; osmium; palladium; platinum metal; chronometric instruments; watch springs; rhodium; ruthenium; stopwatches; silver; unwrought; beaten; earrings; ingots of precious metals; alloys of precious metal; statues of precious metal; figurines of precious metal; watch glasses; paste jewellery; clock hands; jewelry ornaments; shoe ornaments of precious metal; hat ornaments of precious metal; ornaments of jet; cases for watches; cases for clock- and watchmaking; chronographs as watches; chronometers; chronoscopes; jewelry chains; watch chains; dials for clock and watch making; atomic clocks; watches; sundials; clocks; watches; electric; clocks, namely, control clocks; clocks; wristwatches; jewelry cases; spinel

**016** fountain pens; aquarelles; albums, namely, coin albums, event albums, memory books, photo albums, scrapbook albums, sticker albums and stamp albums; almanacs; document laminators for office use; mimeographs; atlases; posters; paper bows for gift wrap; table linen of paper; printed tickets; forms; printed; announcement cards; note books; pads, namely, desk pads, legal pads, memo pads, and writing pads; drawing pads; loose-leaf binders; wristbands for the retention of writing instruments; pamphlets in the field of e-commerce, business, transportation, finances services; booklets in the field of e-commerce, business, transportation, finances services; paper sheets for note taking; waxed paper; paper for recording machines; paper for radiograms; electrocardiograph paper;

349

drawer liners of paper, perfumed or not; wood pulp paper; carbon paper; copying paper; parchment paper; writing paper; luminous paper; xuan paper for chinese painting and calligraphy; toilet paper; wrapping paper; filter paper; paper; blotters; newsletters in the field of e-commerce, business, transportation, finances services; rollers for typewriters, namely, typewriter ribbons and printwheels; house painters' rollers; obliterating stamps, namely, marking stamps; modelling wax, not for dental purposes; signboards of paper or cardboard; printed patterns for making clothes; printed patterns for dressmaking; newspapers; electrotypes; hectographs; modelling clay; terrestrial globes; drawing sets comprised of drawing paper and writing instruments; print engravings; slate pencils; pencil leads; document holders; pencil holders; chalk holders; page holders; holders for checkbooks; sleeves for holding stamps; diagrams for building computer circuits; engraving plates; writing slates; blackboards; printers ' galley racks; drawing boards; printed advertisement boards of paper or cardboard; duplicating machines; punches; cream containers of paper; magazines in the field of e-commerce, business, transportation, finances services; money clips; tags for index cards; pen clips; bookmarkers; etching needles; tracing needles for drawing purposes; printed periodicals in the field of e-commerce, business, transportation, finances services; printed publications in the nature of brochures, booklets, magazines in the field of e-commerce, business, transportation, finances services; cardboard articles, namely, cardboard boxes, cardboard for packaging, cardboard painting boards for artists' use; paper shredders for office use; graphic representations;

350

credit card imprinters; non-electric; graining combs; drawing instruments; calendars; tracing paper; tracing paper; tracing patterns, namely, stencils; gums, namely, adhesives for stationery or household purposes; lithographic stones; ink stones; pencils; pencil lead holders; charcoal pencils; pictures; transfers, namely, decalcomanias; paintings; framed; unframed; wood pulp board paper; cardboard; hat boxes of cardboard; document files; cards, namely, blank cards, file cards, business cards, note cards, invitation cards, post cards, picture cards; index cards; geographical maps; blank paper tapes and cards for the recordal of computer programmes; trading cards other than for games; perforated cards for jacquard looms; catalogues in the field of e-commerce, business, transportation, finances services; spools for inking ribbons; covers of paper for flower pots; paintbrushes; painters' brushes; writing brushes; typewriter keys; glue for stationery or household purposes; isinglass for stationery or household purposes, namely, gelatine glue for stationery or household purposes; glue for stationery or household purposes; starch paste for stationery or household purposes; printing blocks; books in the field of e-commerce, business, transportation, finances services; manifold paper; comic books; drawing pins; cigar bands; envelopes; cases for stamps; boxes of cardboard or paper; paint boxes; correcting fluids for type, documents and printing blocks; stencils; french curves; paper ribbons; typewriter ribbons; gummed tape for stationery or household use; adhesive bands for stationery or household purposes; correcting tapes; inking ribbons; inking ribbons for computer printers; adhesive tapes for stationery or

351

household purposes; self-adhesive tapes for stationery or household purposes; drawing rulers; drawing implements, namely, square rulers; informational flyers featuring information relating to e-commerce, business, transportation, finances services; absorbent sheets of paper or plastic for foodstuff packaging; humidity control sheets of paper or plastic for foodstuff packaging; viscose sheets for wrapping; sheets of reclaimed cellulose for wrapping; plastic bubble packs for wrapping or packaging; steel letters, namely, print letters, steel adhesive-backed letters and numbers for use in making signs and posters; typeface; printer's type; lithographs; paint trays; architects' models; postage stamps; modeling compounds, namely, plastics for modelling; graphic art prints; modelling materials, namely, modeling compounds; printed teaching materials in the field of e-commerce, business, transportation, finances services; sealing compounds for stationery purposes; adhesives for stationery or household purposes; bookbinding material; packaging material made of starch-based materials in the nature of a paper substitute; filtering materials, namely, filter paper; addressing machines; pencil sharpening machines; electric; non-electric; bookbinding apparatus and machines for office use; typewriters; electric; non-electric; folders; franking machines for office use; chalk for lithography; writing chalk; tailors' chalk; marking chalk; bags of paper or plastics, for packaging; garbage bags of paper or of plastics; painters' easels; hand-rests for painters; printing sets, portable, namely, sets consisting of pens and paper; bibs of paper; stickers; finger-stalls; stationery cases; cords for bookbinding; paper knives;

352

numbering machines; bottle envelopes of cardboard or paper; sealing wafers, namely, cachets and sealing compounds for stationery purposes; covers, namely, notebook covers and protective covers for sheets of paper and pages of books and the like; passport holders; plastic cling film, extensible, for palletization; embroidery designs patterns; handwriting specimens for copying, namely, stencils; oleographs; musical greeting cards; greeting cards; postcards; etchings; conical paper bags; bags for microwave cooking; palettes for painters; ink sticks; drawing instruments, namely, pantographs; folders for papers; papier mâché; pastels; modelling paste; pen cases; bookbindings; cellulose wipers; office perforators; pens; pen nibs of gold; pen nibs; steel pens; drawing pens; song books; seals; sealing stamps; clipboards; address plates for addressing machines; handkerchiefs of paper; plastic film for wrapping; desk mats; letter trays; trays for sorting and counting money; coasters of paper; bookends; stamp stands; mats for beer glasses, namely, coasters of paper or cardboard; stands for pens and pencils; photograph stands; inking pads; stamp pads; binding strips; towels of paper; inking sheets for document reproducing machines; inking sheets for duplicators; bookbinding cloth; gummed paper for stationery purposes; printers' blankets, not of textile; portraits; paperweights; writing cases, namely, stationery cases; inkstands; office requisites, except furniture, namely, paper embossers, paper trimmers, rubber bands, staplers, electric paper hole punches, franking machines; writing materials, namely, writing utensils, writing brushes, writing implements, writing pads; writing instruments;

353

drawing materials, namely, drawing pencils, drawing paper, markers; school supplies, namely, writing instruments, pens, pencils, erasers, crayons, markers, highlighter pens, folders, notebooks, writing grips; adhesive tape dispensers; hand held labelling devices; printed matter, namely, newspapers, photographs, magazines, manuals, periodicals, publications, and handbooks in the field of e-commerce, business, transportation, finances services; lithographic works of art; printed prospectuses in the field of e-commerce, business, transportation, finances services; printed timetables; ledger books; printers' reglets; indexes, namely, index books, index cards, index dividers and telephone indexes; rubber erasers; elastic bands for offices; drawing t-squares; graphic art reproductions; penholders; marking pens; tissues of paper for removing make-up; face towels of paper; table napkins of paper; place mats of paper; tablemats of paper; tablecloths of paper; paper clasps, namely, paper clips and binder clips; document files; scrapers, namely, erasers for offices; paper-clips; staples for offices; erasing products in the nature of erasers; biological samples for use in microscopy, namely, histological sections for teaching purposes; histological sections for teaching purposes; steatite tailor's chalk; writing board erasers; composing frames, namely, photograph stands and desktop document stands; sealing wax; printed arithmetical tables; placards of paper or cardboard; writing or drawing notebooks; fabrics for bookbinding; stationery; pencil sharpeners; electric; non-electric; plastic transparencies; paper transparencies; stencil plates; cardboard tubes; indian inks; moisteners, namely, moisteners in the

354

nature of hand held devices for wetting stamps, envelopes and gummed paper surfaces; moisteners in the nature of hand held devices for wetting gummed paper surfaces; drawing squares; chart pointers; non-electronic; bottle wrappers of cardboard or paper; envelope sealing machines, for offices; vignetting apparatus, namely, sets of fiber-tip pens, and sets of stamp markers, stencils; photo mats; photo albums; photographic prints; apparatus for mounting photographs, namely, adhesive corners for photographs and photograph mounts; stapling presses, namely, staplers; manuals in the field of e-commerce, business, transportation, finances services; figurines of papier mâché; paper coffee filters; flags of paper; silver paper; molds for modelling clays; photo-engravings; photographs; stencil cases; canvas for painting; chromolithographs; compasses for drawing; numbers, namely, printers type; watercolor saucers for artists; correcting ink; writing ink; inkwells; blueprints; rosaries; stencils; erasing shields; balls for ball-point pens; cabinets for stationery, namely, desktop stationery cabinets; printing type; address stamps; marking stamps; drawing shields; prints; labels, not of textile, namely, address labels, adhesive labels, blank or partially printed paper labels, and mailing labels

**017** shock-absorbing buffers of rubber; flexible compressed air pipe fittings, not of metal; asbestos; cellulose acetate, semi-processed for use in making plastic films, manufacture of fabrics for textile use, signboard manufacturing, advertisement industry; balata rubber; asbestos paper; paper for electrical capacitors; flame retardant insulating

355

paper used to insulate buildings; cotton wool for packing, namely, cotton wool for sealing purposes in packing and caulking; mineral wool for use as a building insulator; asbestos felt; insulating felt for use in boxes and containers where goods are packaged, shipped and transported in order to absorb humidity; plastic fibers, not for textile use, for use in the manufacture of tire cord; carbon fibers, other than for textile use; asbestos fibers; vulcanized fiber; guttapercha; foam supports for flower arrangements; dielectrics, namely, insulating and protective interlayer dielectric materials and coatings for use in integrated circuits, semiconductor devices, computer disk drives and other computer hardware; floating anti-pollution barriers; lute, namely, waterproof sealants; insulators, namely, building insulation, pipe insulation, insulating fabrics, and insulating water proofing membranes; insulators for railway tracks; insulators for electric mains; insulators for electrical cables; asbestos mill boards; liquid rubber; synthetic rubber; rubber; raw; semi-worked; valves of india-rubber or vulcanized fiber; clack valves of rubber for use in industrial machinery; rings of rubber for use as pipe connection seals; water-tight rings for plumbing pipes; insulating paints; insulating varnish; latex for industrial use; insulating tape; adhesive bands, other than stationery and not for medical or household purposes; self-adhesive tapes, other than stationery and not for medical or household purposes; asbestos sheets; viscose sheets, other than for wrapping, for packing, cushioning or stuffing purposes; sheets of regenerated cellulose, other than for wrapping for use as packing material; insulating oils; insulating oil for transformers; reinforcing materials, not

356

of metal, for pipes; weatherstripping compositions, namely, weatherstripping sealants in the nature of caulk; caulking materials; brake lining materials, partly processed; soundproofing materials; insulating materials; insulating refractory materials; padding materials of rubber or plastics; rubber material for recapping tires; non-conducting materials for retaining heat, namely, insulating sleeves for machinery; boiler composition to prevent the radiation of heat, namely, insulating sleeves for boilers; packing materials of rubber or plastics; sealant compounds for joints; filtering materials, namely, semi-processed plastics in the nature of filtering materials in water, gas and oil filtration systems; compositions to prevent the radiation of heat, namely, radiant heat resistant film to be applied to automotive and marine parts; bags of rubber, for packaging; pipe muffs, not of metal for use with pipes and ducts for gases, liquids and solids in particulate form; sleeves of rubber for protecting parts of machines; asbestos packing; clutch linings; threads of plastic for soldering; threads of plastic materials, not for textile use; threads of rubber, not for use in textiles; elastic threads, not for use in textiles; door stops of rubber; insulating gloves; semi-worked synthetic plastic as semi-finished products in form of pellets, rods, foils, foams, fibers, films and sheets; insulating plaster; plastic sheeting for agricultural purposes; plastic film, not for wrapping, namely, plastic film for industrial and commercial packing use; anti-dazzle films for windows, namely, tinted plastic film for use on windows; asbestos coverings, namely, asbestos fabrics and asbestos nets; bark coverings for sound insulation, namely, soundproofing materials;

357

asbestos cloth; rubber door stoppers; expansion joint fillers; cylinder jointings, namely, pipe jointing compounds; washers of rubber or vulcanized fiber; pipe gaskets; weatherstripping for use in packaging; non-metal gaskets for sealing fluids for metal and non-metal flanges used in the pulp and paper, chemical processing, rail tank car, power generation, pharmaceutical industries and industrial applications; rubber solutions; mica, raw or partly processed; semi-processed acrylic resins; semi-processed synthetic resins; substances for insulating buildings against moisture, namely, polyurethane film for use as a moisture barrier; chemical compositions for repairing leaks, namely, waterproof sealants and pipe joint sealant; glass wool for insulation; fiberglass for insulation; asbestos fabrics; fiberglass fabrics, for insulation; insulating fabrics; flexible tubes, not of metal; hoses of textile material; connecting hose for vehicle radiators; waterproof packings for business and commercial use; rubber seals for jars; foils of metal for insulating; ebonite molds; asbestos slate; slag wool for use as a building insulator; watering hose; canvas hose pipes for use in plumbing; cords of rubber; asbestos fire curtains; ebonite

**018** mountaineering sticks; slings for carrying infants; pocket wallets; credit card cases; card cases, namely, business card cases, calling card cases and name card cases; reins; harness fittings; parts of rubber for stirrups; chamois leather, other than for cleaning purposes; umbrellas; parasols; saddlery; frames for umbrellas or parasols; handbag frames; cases, of leather or leatherboard; valves of leather, namely, unworked leather; whips;

358

imitation leather; leather; unworked; semi-worked; leatherboard; leather cases, namely, casings, of leather, for springs; umbrella rings; hat boxes of leather; boxes of leather or leather board; boxes of vulcanised fibre; purses; chain mesh purses; fastenings for saddles, namely, leather straps and horse tack in the nature of girth straps; parts of animal hides, namely, butts; saddle trees; bags of leather, for packaging; moleskin in the nature of imitation leather; travelling sets, namely, travel baggage; knee-pads for horses; muzzles; horse halters; vanity cases, not fitted; leather thread; unfitted furniture coverings of leather; gut for making sausage casings; clothing for pets; trimmings of leather for furniture; collars for animals; music cases; animal skins, namely, calf gold beaters' skin; cat o' nine tails; leather leads; pads for horse saddles; horseshoes; girths of leather; coverings of skins, namely, semi-worked furs and fur pelts; horse blankets; garment bags for travel; bandoliers; briefcases; harness traces; semi-worked fur; haversacks; leather straps; leather straps for soldiers' equipment; harness straps; leather straps for skates; straps of leather; saddlery, namely, chin straps, of leather; stirrup leathers; umbrella handles; walking stick handles; suitcase handles; rucksacks; travelling bags; riding saddles; net bags for shopping; umbrella or parasol ribs, namely, frames for umbrellas or parasols; stirrups; bags for climbers in the nature of all-purpose carrying bags; sling bags for carrying infants; valises; handbags; tool bags of leather, empty; beach bags; bags for sports; bags for campers in the nature of all-purpose carrying bags; reusable shopping bags; wheeled shopping bags; school bags; bags, namely, barrel bags, carry-all bags, diaper

359

bags, duffel bags; pouch baby carriers; travelling trunks; nose bags in the nature of feed bags for animals; bridoons; walking sticks; umbrella sticks, namely, umbrella bases; walking stick seats; bits for animals; bridles; harness for animals; key cases; horse collars; trunks; suitcases; attache cases; covers for horse-saddles; umbrella covers; animal skins, namely, curried skins; animal skins; cattle skins; leather laces; blinkers for horses; hunters' game bags

**019** aquaria, namely, aquarium gravel, sand and decorative stones; alabaster; door frames, not of metal; window frames, not of metal; asbestos cement; asphalt; beams, not of metal; balustrades; huts, namely, portable non-metal buildings, prefabricated non-metal buildings and non-metal shelter structures; swimming pools, not of metal; silos, not of metal; arbors made of wood; concrete; bitumen; joists, not of metal; telephone booths, not of metal; beacons, not of metal, non-luminous; paper board for building; busts of stone, concrete or marble; bird baths, not of metal; binding agents for making briquettes, namely, coal tar; binding material for road repair, namely, tar and pitch, tar based asphalt sealants and tar based concrete and asphalt patching compound; stained-glass windows; felt for building, namely, asphalt felt, roofing felts and tarred felts; aviaries, not of metal; gates, not of metal; diving boards, not of metal; geotextiles, namely, geotextiles for the purposes of drainage, stabilizing inclines, recultivation, plant support, absorption, filtration, separation, stabilization and reinforcement of the soil, fabrics for use in civil engineering and geotextiles for use in connection with road construction, railroad

360

construction, tunnel construction, waterway construction and public works construction; gypsum; plaster; potters' clay; earth for bricks, namely, clay ash, sand and lime building materials; clay, namely, clay roofing tiles, clay flooring, clay ash; gravel; aquarium gravel; granite; doors, not of metal; folding doors, not of metal; coal tar; chimney pots, not of metal; prefabricated houses, not of metal; parquet floor boards; memorial plaques of stone; synthetic roofing shingles; wood for making household utensils, namely, semi-worked wood; veneer wood; moldable wood, namely, semi-worked wood; chimney shafts, not of metal; jalousies, not of metal; outdoor blinds, not of metal and not of textile; roof gutters, not of metal; street gutters, not of metal; non-metal building materials, namely, plyboard substitute in the nature of agglomerated bagasse; signs, non-luminous and non-mechanical, not of metal, for roads; non-luminous and non-mechanical signs, not of metal; limestone; lime building materials; fences, not of metal; works of art of stone; works of art of stone, concrete or marble; cabanas, not of metal; stone; rubble, namely, stones, stone for building and construction, bricks and concrete; artificial stone; building stone; paint spraying booths, not of metal; gravestones; reeds, for building; greenhouse frames, not of metal; framework, not of metal, for building; cornices, not of metal; building cardboard, namely, asphalted roofing paper; wood pulp board, namely, plywood board for building; paperboard for building; portable skating rink structures, not of metal; quartz; caissons for construction work under water; bricks; fire burrs, namely, fireplace bricks and non-metal refractory bricks; water-pipe valves, not of metal or plastic; drain traps, not

361











of metal or plastic; cask wood, namely, boards of wood; mooring bollards, not of metal; cement posts; chimney cowls, not of metal; prefabricated buildings, not of metal; buildings, transportable, not of metal; structural parts of non-metal staircases, namely, stringers, not of metal; silica, namely, quartz; roofing, not of metal; manhole covers, not of metal; non-metal construction materials, namely, xylolith; prefabricated and modular chicken-houses, not of metal; building timber; partly processed timber; rough sawn timber; wood; semi-worked; staircases, not of metal; road marking sheets and strips of synthetic material, namely, glass granules for marking roads; reinforcing materials, not of metal, for building; bituminous products for building, namely, bitumen and bituminous coatings for roofing; tar; road coating materials, namely, road asphalt and concrete road pavement boards; materials for making and coating roads, namely, road asphalt, concrete road pavement boards and polymeric bitumen emulsions for road surfaces; grog, namely, fired refractory material, not of metal; pitch; building materials, not of metal, namely, pre-cast concrete wall forms, soffits, fascia; refractory construction materials, not of metal; concrete poles for use as building materials; non-metal poles for electric power lines; raw chalk; calcareous marl, namely, limestone and non-metal slabs of clay; glass mosaics for building construction; mosaics made of natural stone and stone tile; moldings, not of metal, for cornices, namely, non-metal decorative moldings and decorative trim for use in building construction; moldings, not of metal, for building, namely, wood moldings; marble; slate powder, namely, grouting compounds; porches, not of metal, for building;

tombs, not of metal; flashing, not of metal, for building; roof flashing, not of metal; perches, namely, non-metal bleachers; duckboards, not of metal; synthetic wall claddings, not of metal, for building; coatings, namely, tar coatings for use on roofs, walls and pavements, asphalt roof coatings and bituminous roof coatings; tomb or grave enclosures, not of metal, namely, grave slabs not of metal, non-metal tombs; laths, not of metal; wood panelling; wall linings, not of metal, for building; palisading, not of metal; crash barriers, not of metal, for roads; trellises, not of metal; windows, not of metal; olivine for building; shuttering, not of metal, for concrete, namely, non-metal forming systems for concrete comprised of non-metal modular casting forms; poles, not of metal, for power lines; branching pipes, not of metal; fair huts, namely, fair stands; tombs, namely, tombstone plaques and tomb slabs not of metal; monuments, not of metal; wainscotting, not of metal; signs, non-luminous and non-mechanical, not of metal; building panels, not of metal, namely, composite panels composed primarily of nonmetal materials; parquet flooring; partitions, not of metal, for building; lintels, not of metal; casement windows, not of metal; aquarium sand; silver sand; sand, except foundry sand; sandstone for building; planks; tarred strips, for building, namely, tarred felts and tarred roofing paper; rocket launching platforms, not of metal; platforms, prefabricated, not of metal, namely, diving platforms, and offshore drilling platforms made primarily of concrete; floor tiles, not of metal; tiles, not of metal, for building; paving slabs, not of metal; wall tiles, not of metal; cement slabs; tile floorings, not of metal; grave slabs, not of metal; slabs, not of metal, for building; scaffolding, not of metal;

asphalt paving compositions; wood paving blocks and tiles; paving blocks, not of metal; luminous paving blocks, not of metal; macadam; fireproof cement coatings; bituminous coatings for roofing; roof coverings, not of metal; roofing, not of metal, incorporating solar cells; wooden floor boards; cladding, not of metal, for building; mantlepieces, namely, non-metal fireplace surrounds; door panels, not of metal; floors, not of metal; window sills, not of metal; porphyry; ceiling panels and tiles, not of metal; floating docks, not of metal, for mooring boats; cork, namely, underlays of agglomerated cork, pavement tiles made of cork or of cork conglomerates or containing cork in its composition, and parquet flooring of cork; mortar for building; asbestos mortar; storage tanks of masonry; scantlings, namely, lumber and shaped timber; furrings of wood, namely, boards of wood; vinyl siding; sheet piles, not of metal, namely, wall panels not of metal; modular and pre-fabricated pigsties, not of metal; insect screens, not of metal; burial vaults, not of metal; schists, namely, rock materials used in building flooring, roofing, countertops, walls, cladding and fireplaces; shutters, not of metal; statues of stone, concrete or marble; figurines of stone, concrete or marble; alabaster glass for building; safety glass for building purposes; glass granules for road marking; insulating glass for building; window glass, for building; window glass, except glass for vehicle windows; building glass; plate glass for windows, for building; tombstone stelae, not of metal, namely, tombstones of stone, concrete or marble, tombstone plaques and gravestones; modular and pre-fabricated stables, not of metal; advertisement columns, not of metal; posts, not of metal; telegraph posts,

not of metal; non-metal hips for roofing; stair-treads, not of metal; tombstone plaques, not of metal; greenhouses, transportable, not of metal; terra cotta; penstock pipes, not of metal; water-pipes, not of metal; gutter pipes, not of metal; ducts, not of metal, for ventilating and air-conditioning installations; drain pipes, not of metal; chimneys, not of metal; rigid pipes, not of metal; sandstone tubes; turnstiles, not of metal; tufa; angle irons, not of metal; lengthening pieces, not of metal, for chimneys, namely, chimney caps and cowls; bicycle parking installations, not of metal, namely, non-metal bicycle storage racks; plywood; foundry molds not of metal; rock crystal; cement for blast furnaces; cement for furnaces; magnesia cement; cement; non-metal pantiles; roofing tiles, not of metal; slate; roofing slates; slag stone; clinker stone, namely, bricks; railway sleepers, not of metal; wood veneers; clinker ballast, namely, gravel; concrete building elements, namely, blocks, bricks, posts, slabs and panels; letter boxes of masonry

**020** picture frame brackets, namely, non-metal mounting brackets for general use; reels, not of metal, non-mechanical, for flexible hoses; pulleys of plastics for blinds; bolts, not of metal; casks of wood for decanting wine; mooring buoys, not of metal; casks, not of metal; barrels, not of metal; identification bracelets, not of metal; sideboards; busts of wood, wax, plaster or plastic; costume display stands; bolsters; fans for personal use, non-electric; work benches; vice benches, not of metal; coat hangers; coatstands; shoulder poles; screws, not of metal; display stands; furniture, namely, showcases; newspaper display stands; comb foundations for beehives; signboards

of wood or plastics; loading gauge rods, not of metal, for railway wagons; nuts, not of metal; covers for clothing, namely, wardrobes; coffins; doors for furniture; curtain holders, not of textile material; pegs, not of metal; divans; kennels for household pets; keyboards for hanging keys, namely, non-metal key holders; display boards; flagpoles; dowels, not of metal; containers, not of metal, for liquid fuel; troughs, not of metal, for mixing mortar; packaging containers of plastic; flower-stands; curtain tie-backs in the nature of curtain holders; cable or pipe clips of plastics; cable clips, not of metal; rivets, not of metal; tortoiseshell imitation; locks, not of metal, for vehicles; locks, other than electric, not of metal; bead curtains for decoration; door bolts, not of metal; bottle closures, not of metal; closures, not of metal, for containers; latches, not of metal; mirrors; hand-held mirrors; bamboo unworked or semi-worked; scratching posts for cats; animal claws; animal hooves; coral; meerschaum; whalebone; unworked; semi-worked; stag antlers; tortoiseshell; shells, namely, sea shells; horn; unworked; semi-worked; animal horns; rattan; ivory; unworked; semi-worked; corozo unworked or semi-worked; plaited straw, except matting; wickerwork, namely, furniture made of wicker; hampers in the nature of baskets for transporting goods for commercial purposes; works of art of wood, wax, plaster or plastic; cabinet work, namely, cabinets; reeds; settees; curtain rods; index cabinets; reels of wood for yarn, silk, cord; drain traps of plastic; water-pipe valves of plastic; valves, not of metal, other than parts of machines; staves of wood for use as furniture parts; plastic key cards, not encoded and not magnetic; mats for infant playpens; saw horses; bed casters, not of metal; furniture

casters, not of metal; brush mountings, namely, non-metal mounting brackets for general use; wood chopping blocks tables; wind chimes; door bells, not of metal, non-electric; bottle caps, not of metal; cradles; tent pegs, not of metal; curtain rings; chests of drawers; containers, not of metal, namely, nonmetal and non-paper containers for storage or transport; lecterns; dog kennels; bakers' bread baskets; baskets, not of metal, namely, baskets for transporting goods for commercial purposes; wood cases, namely, bottle casings of wood; taps for casks, not of metal; armchairs; hairdressers' chairs; deck chairs; hospital beds; bedsteads of wood; beds; edgings of plastic for furniture; screw tops, not of metal, for bottles; table tops; hooks, not of metal, for clothes rails; curtain hooks; clothes hooks, not of metal; beds for household pets; nesting boxes for household pets; ladders of wood or plastics; playpens for babies; mannequins; air mattresses, not for medical purposes, for use as a bed; mattresses; hydrostatic beds, not for medical purposes; furniture of metal; inflatable furniture; office furniture; school furniture; sleeping bags for camping; decorative mobiles; door knockers, not of metal; curtain rails; house numbers, not of metal, non-luminous; barrel hoops, not of metal; furniture; moldings for picture frames; bed bases; furniture partitions of wood; freestanding partitions; mother-of-pearl; unworked; semi-worked; mirror tiles; ambroid plates; registration number plates, not of metal; identity plates, not of metal; loading pallets, not of metal; handling pallets, not of metal; transport pallets, not of metal; head-rests; trays, not of metal, namely, packaging materials in the nature of rigid plastic trays, corrugated plastic trays and

thermoformed plastic trays; non-metal gardenstakes for plants or trees; non-metal trestles for supporting tables; magazine racks; book rests; stands for calculating machines; flower-pot pedestals; baby changing mats; pet cushions; pillows; cushions; air cushions, not for medical purposes; air pillows, not for medical purposes; removable mats or covers for sinks; racks, namely, wine racks, towel racks, tie racks, storage racks, shoe racks, plate racks, pot racks, coat racks; library shelves; shelves for filing-cabinets; furniture shelves; shelves for storage; wood ribbon for use as edgings for furniture; straw edgings for furniture; furniture, namely, towel closets; hat stands; cask stands, not of metal; inflatable publicity objects; counters, namely, tables; bedding, except linen, namely, spring mattresses, box springs, mattress foundations; corks for bottles; corks; bottle stoppers, not of metal; stair rods; standing desks; embroidery frames; towel dispensers, fixed, not of metal; picture frames; sections of wood for beehives, namely, comb foundations for beehives; tanks, not of metal nor of masonry, namely, plastic storage tanks and wood storage tanks; fodder racks; curtain rollers; tool handles, not of metal; knife handles, not of metal; door handles, not of metal; scythe handles, not of metal; broom handles, not of metal; knobs, not of metal; fishing baskets, namely, baskets for transporting goods for commercial purposes; writing desks; seats of metal; benches; vats, not of metal; honeycombs; sofas; bungs, not of metal, namely, non-metal bottle stoppers and plastic stoppers for industrial packaging containers; statues of wood, wax, plaster or plastic; figurines of wood, wax, plaster or plastic; oyster shells; silvered glass,

namely, mirrors; ambroid bars; umbrella stands; gun racks, namely, free-standing portable gun racks and wall-mounted gun racks; carts for computers, namely, computer furniture; dressing tables; washstands; typing desks; drafting tables; massage tables; tables of metal; wall-mounted diaper changing platforms; saw benches being furniture; desks; tea carts; dinner wagons; tables; steps ladders, not of metal; step stools, not of metal; chairs; high chairs for babies; chests, not of metal; placards of wood or plastics; stools; crates; serving trolleys; straw plaits; mobile boarding stairs, not of metal, for passengers; straw mattresses; decorations of plastic for foodstuffs; beehives; funerary urns; winding reels, not of metal, non-mechanical, for flexible garden hoses; door fittings, not of metal; coffin fittings, not of metal; bed fittings, not of metal; furniture fittings, not of metal; window fittings, not of metal; infant walkers; garment covers, namely, nonmetal and non-paper containers for storage; stuffed animals; stuffed birds; hinges, not of metal; easy chairs; poles, not of metal; screens; cupboards; filing cabinets; medicine cabinets; meat chests, not of metal; plate racks; bamboo curtains; paper blinds; slatted indoor blinds; woven timber blinds; indoor window blinds; interior textile window blinds; screens for fireplaces; yellow amber; lockers; boxes of wood or plastic; chests for toys; letter boxes, not of metal or masonry; bottle racks

**021** indoor aquaria; cookie jars; dishes; paper plates; vegetable dishes; saucers; mugs; candy boxes; bottles sold empty; demijohns; busts of porcelain, ceramic, earthenware or glass; vases; epergnes; fruit cups; bird baths; baby bathtubs; portable; plungers for clearing blocked drains;

waffle irons; non-electric; pails; portable coolers; ice pails; buckets made of woven fabrics; whisks, non-electric, for household purposes; cooking skewers of metal; towel rails and rings; clothing stretchers; hair for brushes; birdcages; funnels; carpet beaters; signboards of porcelain or glass; candle extinguishers; flower pots; chamber pots; glue-pots; cruets; decanters; large-toothed combs for the hair; combs for animals; tea cosies; abrasive sponges for scrubbing the skin; sponges for household purposes; toilet sponges; sponge holders; toothpick holders; soap holders; napkin holders; holders for flowers and plants; shaving brush stands; toilet paper holders; soap dispensers; toilet paper dispensers; ironing boards; cutting boards for the kitchen; bread boards; washing boards; strainers for household purposes; smoke absorbers for household purposes; containers for household or kitchen use; kitchen containers; glass jars; heat-insulated containers for household use; heat-insulated containers for beverages for domestic use; thermally insulated containers for food; glass flasks; tension closing devices for pot lids; chamois leather for cleaning; toothpicks; ceramics for household purposes, namely, ceramic figurines, sculptures, vases, vessels, bowls, plates, pots, and decorative centerpieces; majolica, namely, clay pots; works of art of porcelain, ceramic, earthenware or glass; brush goods, namely, bath brushes, brushes for washing up, dusting brushes, file brushes, tub brushes; kitchen grinders; non-electric; cleaning instruments, hand-operated, namely, cleaning mitts of fabric, cleaning pads, grill scrapers, pot cleaning brushes; serving trays, namely, cabarets; stew-pans; autoclaves; non-electric; covers,

not of paper, for flower pots; shaving brushes; cages for household pets; baking mats; polishing leather; hot pots, not electrically heated; containers for household use, namely, glass bulbs; boot trees; shoe trees; napkin rings; poultry rings; rings for identifying birds; piggy banks; bread baskets; domestic; baskets for domestic use; waste paper baskets; feeding troughs; mangers for animals; lunch boxes; tea caddies; washtubs; earthenware saucepans; mess-tins; cauldrons; coffee percolators; non-electric; coffeepots; non-electric; coffee grinders; hand-operated; fused silica as a semi-finished product, namely, ingots, tubes, rods, discs, plates and rings all for general industrial and further manufacturing use, other than for building; beer mugs; tankards; rat traps; pot lids; aquarium hoods; butter-dish covers; dish covers; cheese-dish covers; buttonhooks; pitchers; perfume burners; non-electric portable coldboxes; watering cans; fly traps; insect traps; mixing spoons; basting spoons, for kitchen use; scoops; pie servers; household utensils, namely, spatulas; butter dishes; material for brush-making; polishing materials for making shiny, except preparations, paper and stone, namely, polishing cloths, polishing gloves, and polishing leather; polishing apparatus and machines, for household purposes, non-electric, namely, floor polish applicators mountable on a mop handle and polishing cloths; pepper mills; hand-operated; mills for domestic purposes, hand-operated, namely, salt and pepper mills; feather-dusters; brooms; isothermic bags, namely, thermal insulated bags for food or beverages; confectioners' decorating bags; bowls; mosaics of glass, not for building; saucepan scourers of metal; soap boxes; mouse

traps; cooking pot sets; nozzles for watering cans; pouring spouts for household use; nozzles for watering hose; fitted picnic baskets; including dishes; floss for dental purposes; fiberglass thread, not for textile use; cookie cutters; pastry cutters; sprinklers for watering flowers and plants; syringes for watering flowers and plants; cotton waste for cleaning; cleaning cloth, namely, wool waste for cleaning; cleaning cloth, namely, cleaning tow; chopsticks; cocktail stirrers; pepper pots; gloves for household purposes; polishing gloves; gardening gloves; plates to prevent milk boiling over; dripping pans; trays for domestic purposes; trays for domestic purposes, of paper; lazy susans; heaters for feeding bottles, non-electric; non-electric candelabra; trivets; coasters, not of paper and other than table linen; grill supports, namely, cooking grates; menu card holders; knife rests for the table; flat-iron stands; egg cups; abrasive pads for kitchen purposes; scouring pads; drinking troughs; powdered glass for decoration; pottery, namely, clay pots; pots; cooking pots; painted beverage glassware; tableware, other than knives, forks and spoons, namely, plates, serving forks, serving platters; porcelain ware, namely, figurines, sculptures, vases, bowls, plates, pots, and decorative centerpieces; earthenware, namely, figurines, sculptures, vases, bowls, plates, pots, and decorative centerpieces; crystal beverage glassware; cosmetic utensils, namely, manual cosmetic cleaners in the nature of non-woven fabric wipes and sponges, cosmetic brushes and electrical applicators for applying cosmetics to the skin; toilet utensils, namely, toilet plungers, toilet sponges and toilet brushes; trouser presses; deodorising apparatus for personal use, namely, perfume

sprayers sold empty; cruet sets for oil and vinegar; make-up removing appliances; spice sets, namely, containers for household use; apparatus for wax-polishing, non-electric, namely, floor wax applicator mountable on a mop handle and polishing cloths; bottle openers; electric; non-electric; glove stretchers; boot jacks; crumb trays; tie presses; clothes-pegs; glass stoppers; powder compacts; perfume vaporizers sold empty; powder puffs; dusting apparatus, non-electric, namely, dusting cloths, dust gloves, dust pans, dust bins, dusting brushes, window dusters and feather dusters; combs; electric combs; cooking utensils, namely, grills; cooking and flour sifters for household purposes; drinking horns; shoe horns; candle rings; salad bowls; sugar bowls; egg beaters; non-electric; beaters, namely, non-electric food mixers; serving dishes; coffee services; liqueur sets, namely, containers for household use; tea services; sieves; cinder sifters for household use; tea strainers; pipettes, namely, wine tasters; siphon bottles for carbonated water; rolling pins; domestic; steel wool for cleaning; currycombs; blenders, non-electric, for household purposes; fruit presses, non-electric, for household purposes; salt cellars; drinking vessels; vessels of metal for making ices and iced drinks, namely, mixing cups, insulating sleeve holders for freezer pops and ice cube molds; refrigerating bottles, namely, bottles sold empty; cups of paper or plastic; drinking glasses; drinking glasses; statues of porcelain, ceramic, earthenware or glass; figurines of porcelain, ceramic, earthenware or glass; glass for vehicle windows; plate glass for cars; opal glass; glass, unworked or semi-worked, except building glass; opaline glass; glass incorporating fine

electrical conductors; enamelled glass; glass wool other than for insulation; vitreous silica fibers, not for textile use; fiberglass other than for insulation or textile use; soup bowls; drying racks for laundry; basins; table plates; disposable table plates; graters for kitchen use; insulating flasks; indoor terrariums; straws for drinking; cloth for washing floors; cloths for cleaning; dusting cloths; furniture dusters; litter boxes for pets; urns; aerosol dispensers, not for medical purposes; wax-polishing appliances, non-electric, for shoes, namely, shoe polish applicators not containing shoe polish and shoe polishing mitts; water apparatus for cleaning teeth and gums for home use; electric devices for attracting and killing insects; watering devices, namely, watering pots and sprinklers for watering flowers and plants; utensils for household purposes, namely, basting spoons, barbeque branders, dishers, turners, graters, kitchen tongs, splatter screens, utensils for barbecues in the nature of forks, tongs and turners, skimmers; kitchen utensils, namely, basting spoons, barbeque branders, dishers, turners, graters, kitchen tongs, splatter screens, utensils for barbecues in the nature of forks, tongs and turners, skimmers; cooking utensils, non-electric, namely, basting spoons, batter dispenser, grills, grill covers, wire baskets, barbecue branders, cooking spoons, non-electric cooking steamers, non-electric griddles; strainers for household purposes; coffee filters not of paper being part of non-electric coffee makers; flasks; hip flasks; drinking bottles for sports; molds, namely, chocolate molds, confectioners' molds, cookie molds, pancake molds, pastry molds, and pudding molds; cake molds; ice cube molds; cookery molds; deep fryers; non-electric; comb

cases; bread bins; fly swatters; teapots; kettles; non-electric; cups; garlic presses; ironing board covers; shaped; tea infusers; glass bowls; mops; mop wringers; cocktail shakers; cosmetic spatulas; corkscrews; electric; non-electric; animal bristles; pig bristles; dishwashing brushes; cleaning brushes for household use for cleaning tanks and containers; lamp-glass brushes; horse brushes; scrubbing brushes; toothbrushes; toothbrushes; electric; carpet sweepers; brushes for footwear; tar-brushes, long handled; toilet brushes; electric brushes, except parts of machines, namely, face cleansing brushes, electric hot brushes, and electric rotary hair brush for styling a user's hair; brushes, namely, floor brushes, fireplace brushes, hair brushes, bath brushes; eyebrow brushes; nail brushes; nest eggs; artificial; boxes for dispensing paper towels for household use; trash cans; window-boxes; boxes of glass

**022** string; twine made of paper; packing string; tarpaulins; wadding not of rubber, paper or plastic for padding and stuffing upholstery; wadding for filtering; cord, namely, whipcord; packing rope; ropes; seaweed for stuffing; carbon fibers for textile use; esparto grass; coconut fiber; semi-synthetic plastic fibers for textile use; ramie fiber; textile fibers; horsehair; hammocks; jute; wax ends, namely, stitching cord; ropes, not of metal; kapok; cocoons; raw linen; plastic ties for home or garden use, namely, strips for tying-up vines; ladder tapes for venetian blinds; wrapping or binding bands, not of metal; rope ladders; linters; liber; padding materials, not of rubber, plastics, paper or cardboard; packing, cushioning, stuffing materials, not of rubber, plastics or paper; bags of textile, for packaging;

bags or sacks for the transport and storage of materials in bulk; body bags; mail bags; twine for nets; binding thread, not of metal, for agricultural purposes; thread, not of metal, for wrapping or binding; braces, not of metal, for handling loads, namely, all-purpose straps comprised of synthetic textile materials; bindings, not of metal, namely, non-metal bands for binding; sawdust; straw wrappers for bottles; tow; cotton tow; silk flock for stuffing; tents; sails; sails for ski sailing; canvas for sails; hemp; tarred brattice cloth; feathers for stuffing upholstery; feathers for bedding; purse seines; animal hair; fibrous gaskets for ships, namely, ropes; down feathers; eiderdown; raffia fibers; straps, not of metal, for handling loads; hemp bands for wrapping or binding; fleece wool; net pens for fish farming; snare nets; nets for camouflage; fishing nets; nets, namely, commercial nets, garden nets, nets for hay, swimming pool skimming nets; sisal fibers; straw for stuffing upholstery; sheaf-binding yarns; outdoor blinds of textile; vitreous silica fibers for textile use; glass fibers for textile use; slings, not of metal, for handling loads; wood shavings; bags for washing hosiery; raw fibrous textile; awnings of synthetic materials; awnings of textile; stuffing not of rubber, plastic, or paper, namely, grasses for upholstering; car towing ropes; cables, not of metal; cotton waste for padding and stuffing; schappe, namely, silk fibers; wool flock for stuffing; raw cotton; vehicle covers, not fitted; covers for camouflage, namely, camouflage nets for visual and radar uses; raw silk; carded wool; camel hair; flock for stuffing; stuffing not of rubber, plastic, or paper, namely, upholstery wool; wood wool; combed wool; raw or treated wool; shorn wool; cords for hanging pictures; sash cords

**025** wimples; bandanas; underwear; sweat-absorbent underclothing; berets; overalls; boas; teddies; half-boots; ski boots; boots for sports; breeches for wear; trousers; football shoes; brassieres; collars; detachable collars; shirt yokes; veils; gabardines, namely, cloaks; galoshes; neckties; ascots; leggings; spats; boot uppers; corselets; jerseys; vests; sports jerseys; hosiery; heels; boxer shorts; hoods; structural parts of hats, namely, hat frames; pockets for clothing; neck scarves; visors; cap peaks; tights; slips; combinations; wet suits for water-skiing; bodices; corsets; suits; bathing suits; masquerade costumes; beachwear; jackets; stuff jackets; fishing vests; leggings; liveries; camisoles; sports singlets; cuffs; short-sleeve shirts; mantillas; coats; sleep masks; furs; mittens; hats, namely, miters; muffs; footmuffs, not electrically heated; heelpieces for footwear; bibs, not of paper; fur stoles; ear muffs; socks; beach shoes; sports shoes; footwear; paper clothing, namely, tops, bottoms, shirts, pants, dresses; outerclothing, namely, jackets, coats, wind resistant jackets, vests; ready-made clothing, namely, tops, bottoms, shirts, pants, dresses; motorists' clothing, namely, drivers, driving gloves, boots for motorcycling, motorcycle jackets, motorcycle rain suits, motorcycle gloves; cyclists' clothing, namely, cycling shoes, cycling shorts, and cyclists' jerseys; clothing for gymnastics, namely, gymnastic shoes, leotards, leg warmers and tights; clothing of imitations of leather, namely, jackets, pants, shirts; clothing of leather, namely, jackets, pants, shirts; uniforms; clothing, namely, tops, bottoms, shirts, pants, dresses; fittings of metal for footwear, namely, metal fittings for japanese style wooden clogs and protective metal

members for shoes and boots; maniples; overcoats; knickers; parkas; pelerines; gloves; ski gloves; pyjamas; bathing trunks; shirt fronts; scarfs; pocket squares; dresses; waterproof clothing, namely, jackets, pants, shirts, hats, footwear; headbands; garters; sock suspenders; stocking suspenders; ready-made linings, namely, finished textile linings for garments; dress shields; soles for footwear; braces for clothing; lace boots; ponchos; girdles; belts; money belts; layettes; non-slipping soles for footwear; heelpieces for stockings; welts for footwear; chasubles; shirts; wooden shoes; sandals; bath sandals; boots; jumper dresses; saris; sarongs; jumpers; footwear uppers; inner soles; bath slippers; togas; knitwear, namely, tops, bottoms, shirts, pants; underpants; gymnastic shoes; slippers; shoes; skull caps; turbans; headwear; aprons; tee-shirts; dressing gowns; bath robes; top hats; tips for footwear; stockings; sweat-absorbent stockings; shawls; caps; paper hats for use as clothing items; shower caps; bathing caps; sashes for wear; studs for football boots; hats; babies' pants; clothing straps for trousers; pelisses; esparto shoes or sandals; skirts; petticoats; skorts

**026** appliques; fringes; mica spangles; shoe eyelets; false beards; brooches for clothing; pins, other than jewellery, namely, bobby pins, bonnet pins, marking pins, ornamental novelty pins, and safety pins; beads, other than for making jewelry; wreaths of artificial flowers; reins for guiding children; false hair; human braiding hair; lace for edgings; artificial garlands; darning lasts; expanding bands for holding sleeves; frills for attachment to clothing; trouser clips for cyclists; hair grips; barrettes; heat adhesive patches for repairing textile articles;

blouse fasteners, namely, snap buttons, snap hooks and stud buttons; shoe fasteners; fastenings for clothing, namely, clothing hooks; fastenings for suspenders; belt clasps; hook and pile fastening tapes; zip fasteners; zippers for bags; ornamental novelty badges for wear, not of precious metal; competitors' numbers not of textile; needles for wool combing machines; binding needles; saddlers' needles; shoemakers' needles; sewing needles; darning needles; needles; boxes for needles; lace trimmings; embroidery; haberdashery, except thread, namely, beads other than for making jewelry; hair ornaments; heat adhesive patches for decoration of textile articles; edgings for clothing; braids; gold embroidery; silver embroidery; bobbins for retaining embroidery floss or wool; tassels; snap fasteners; sewing boxes; tresses of false hair; false hems, namely, borders and edgings for clothing; clothing hooks; embroidering crochet hooks; rug hooks; hooks for corsets; hook fasteners for use in the manufacture of shoes; ribbons; prize ribbons; elastic ribbons; numerals or letters for marking linen, namely, embroidered emblems, cloth patches for clothing, ornamental cloth patches and embroidered patches for clothing; tinsels as frills for attachment to clothing; toupees; sewing thimbles; skirt flounces, namely, borders and edgings for clothing; bows for the hair; spangles for clothing; hair curling papers; wigs; feathers for ornamentation; birds' feathers for ornamentation; ostrich feathers; eyelets for clothing; picot lace; whalebones for corsets; hair bands; brassards; tapes for curtain headings, namely, seam tape for sewing purposes and hem tape; shoulder pads for clothing; pin cushions; needle cushions; top-knots, namely,

pompoms; hair curlers, other than hand implements; clothing buckles; shoe buckles; buttons; artificial plants; rosettes, namely, ornamental bows of textile for decoration, artificial blossoms for attachment to clothing and ornamental novelty pins; frills for clothing; hair nets; chenille; knitting needles; decorative cords for rimming, for clothing; shoe ornaments, not of precious metal; trimmings for clothing, namely, lace trimming and borders and edgings for clothing; hat ornaments, not of precious metal; false moustaches; embroidery, namely, festoons; artificial fruit; needle cases; artificial flowers; shuttles for making fishing nets; hair coloring caps; bodkins; hair extensions; shoe laces; decorative cords for clothing; woollen laces; hair pins; hair curling pins; collar supports, namely, collar stays

**035** arranging subscriptions to telecommunication services for others; import-export agencies; commercial information agencies; advertising agencies; cost price analysis; rental of advertising space; business auditing; employment agencies; computerized file management; book-keeping; invoicing; demonstration of goods; transcription of communications, namely, message transcription; market opinion polling; public opinion polling; conducting marketing studies; business information; commercial information and advice for consumers; business investigations; business research; marketing research; personnel recruitment; business management and organization consultancy; business organization consultancy; business management consultancy; personnel management consultancy; professional business consultancy; layout services for advertising purposes; marketing;

business management of performing artists; business management of sports people; news clipping services; updating of advertising material; updating and maintenance of data in computer databases; word processing; organization of exhibitions for commercial or advertising purposes; arranging newspaper subscriptions for others; organization of fashion shows for promotional purposes; organization of trade fairs for commercial or advertising purposes; shop window dressing; business appraisals; payroll preparation; sponsorship search; business management assistance; commercial or industrial management assistance; commercial intermediation services, namely, mediation of agreements regarding the sale and purchase of goods; provision of commercial and business contact information; providing business information via a website; presentation of goods on communication media, for retail purposes; economic forecasting; auctioneering; retail or wholesale services, namely, wholesale ordering services, whole sale services by direct solicitation by sales agents, online ordering services, and mail order services, all featuring pharmaceutical, veterinary and sanitary preparations and medical supplies; sales promotion for others; wholesale and retail store services featuring general consumer merchandise, food, computer hardware; production of advertising films; office machines and equipment rental; rental of advertising time on communication media; publicity material rental; rental of vending machines; rental of sales stands; rental of photocopying machines; publication of publicity texts; radio advertising; bill-posting; distribution of samples; dissemination of advertising matter; direct mail advertising; writing

of publicity texts; advertising; on-line advertising on a computer network; advertising by mail order; television advertising; document reproduction; compilation of statistics; compilation of information into computer databases; business inquiries; systemization of information into computer databases; advisory services for business management; negotiation and conclusion of commercial transactions for third parties; tax preparation; drawing up of statements of accounts, namely, preparation of financial statements; telemarketing services; psychological testing for the selection of personnel; business management of hotels; business management for freelance service providers; commercial administration of the licensing of the goods and services of others; business project management services for construction projects; administrative processing of purchase orders; public relations; modelling for advertising or sales promotion; typing; relocation services for businesses; search engine optimisation; web site traffic optimisation; price comparison services; pay per click advertising; secretarial services; procurement services for others, namely, purchasing and procurement services, namely, procuring of contracts for others for the purchase of goods and labor contracting services; shorthand; outsourcing services; telephone answering for unavailable subscribers; photocopying services; business efficiency expert services

**036** credit bureaux; debt collection agencies; real estate agencies; financial analysis; renting of apartments; leasing of real estate; rental of office space; leasing of farms; hire-purchase financing; savings bank services; accommodation bureau, namely, leasing of apartments and

rental of apartments in an apartment community; rent collection; issuing of travellers' checks; issue of tokens of value; capital investments; insurance information; financial information; financial clearing houses; insurance consultancy; financial consultancy; debt advisory services; stock exchange quotations; lending against security, namely, commercial and consumer lending services; business liquidation services; brokerage; financial management; exchanging money; online banking; debit card services; credit card services; factoring agency services; organization of collections; arranging finance for construction projects; antique appraisal; jewellery appraisal; financial evaluation of standing timber; stamp appraisal; real estate appraisal; numismatic appraisal; art appraisal; financial evaluation of wool; financial evaluation for insurance purposes; financial information and evaluations; repair costs evaluation; electronic funds transfer; surety services; securities brokerage; real estate brokers; brokerage of carbon credits; insurance brokerage; loans financing; pawnbrokerage; providing financial information via a website; check verification; charitable fund raising; financial sponsorship of athletic competitions and sporting and entertainment events, charitable events in the nature of sports, cultural, health, welfare, environment, promotion of economic development, entertainment and educational events; mortgage banking; instalment loans; insurance underwriting service for all types of insurance; life insurance underwriting; health insurance underwriting; accident insurance underwriting; marine insurance underwriting; fire insurance underwriting; apartment house management; real estate

management; actuarial services; banking; stock brokerage services; retirement payment services, namely, financial administration of retirement plans and individual retirement account service; trusteeship representatives; provident fund services, namely, financial administration and management of employee pension plans; customs brokerage; mutual fund brokerage, distribution, investment, planning and advisory services; financing services; safe deposit box services; deposits of valuables, namely, safety deposit box services; fiscal assessments

**038** news agencies, namely, the transmission of news items to news reporting organizations; news agency services for electronic transmission; wireless broadcasting; television broadcasting; cable television broadcasting; electronic bulletin board services; information about telecommunication; providing user access to global computer networks; providing access to databases; providing internet chatrooms; providing telecommunications connections to a global computer network; providing telecommunication channels for teleshopping services; transmission of greeting cards online; electronic message sending; computer aided transmission of messages and images; transmission of telegrams; transmission of digital files; electronic mail; providing on-line forums for transmission of messages among computer users; videoconferencing services; rental of electronic message sending apparatus; rental of access time to global computer networks; rental of modems; rental of telecommunication equipment; rental of telephones; rental of facsimile apparatus; radio broadcasting; communications by fiber optic

networks; cellular telephone communication; communications by computer terminals; satellite transmission; communications by telegrams; communications by telephone; facsimile transmission; paging services; teleconferencing services; transmission of information via a teleprinter; teleprinting; voice mail services; telecommunications routing and junction services; telegraph services; telephone services, namely, telephone communication services

**039** air transport; motor coach rental; boat rental; garage rental; rental of vehicle roof racks; aircraft rental; parking place rental; rental of warehouses; booking of seats for travel; travel ticket reservation services; transport reservation; towing, namely, boat towing, marine towing, vehicle towing and towing of airplanes; bottling services; water distribution; delivery of newspapers; message delivery; parcel delivery; delivery of goods; delivery of goods by mail order; flower delivery; launching of satellites for others; traffic information; transportation information; storage of goods information; transportation logistics, namely, making reservations and bookings for transportation and transportation consulting; rescue services; arranging of cruises; arranging of travel tours; armored-car transport; truck hauling; carting, namely, transport of goods; transport and storage of trash; transporting furniture; lighterage services; ferry-boat transport; junk, trash and debris removal services; transport of travellers; guarded transport of valuables; bus transport; car transport; barge transport; boat transport; railway transport; marine transport; passenger transport; river transport by boat or ship; porterage; refloating of

ships; vehicle breakdown assistance, namely, emergency auto or truck towing; ship brokerage; transport brokerage; freight brokerage; providing driving directions for travel purposes; car rental; railway truck rental; rental of diving bells; rental of diving suits; rental of motor racing cars; rental of aircraft engines; railway coach rental; rental of wheelchairs; rental of storage containers; horse rental for transportation purposes; rental of freezers; rental of navigational systems; refrigerator rental; vehicle rental; stevedoring; unloading cargo; electricity distribution; distribution of energy; packaging of goods for transportation; ice-breaking for the shipping industry; piloting; water supplying; escorting of travellers; ambulance transport; streetcar transport; transport by pipeline; wrapping of goods for transportation; operating canal lock gates; car parking; chauffeur services; pleasure boat transport; courier services; salvaging, namely, aircraft salvage and automobile salvage; salvage of ships; underwater salvage; taxi transport; transport of persons and goods; franking of mail; shipping of goods; freighting; physical storage of electronically-stored data or documents; boat storage; storage of goods; conducting sightseeing travel tours for others; freight forwarding

**040** paper finishing; applying finishes to textiles; vulcanization; dressing of animal skins; fruit crushing; embroidery; galvanization; electroplating; engraving; decontamination of hazardous materials; air deodorizing; stripping finishes; tanning; metal tempering; freezing of foods; gilding; gold-plating; material treatment information; permanent-press treatment of fabrics; food and drink preservation; food

smoking; leather staining; fur dyeing; shoe staining; textile dyeing; cloth dyeing; laminating of metal plates, plastic sheets; lithographic printing; metal casting; fur glossing; tin-plating; coppersmithing; taxidermy; metal treatment, namely, magnetization; nickel plating; burnishing by abrasion; paper treating; water treating; woodworking; processing of cinematographic films; leather working; cloth edging; metal treating; fur conditioning; fur mothproofing; waste treatment; textile mothproofing; fabric waterproofing; crease-resistant treatment for clothing; fabric fireproofing; textile treating in the nature of textile finishing, molding of textiles, textile printing, namely, printing of patterns on textiles, textile cutting, weaving, dyeing of non-woven textiles, textile dyeing, dyeing of cloth or clothing; wool treating; framing of works of art; window tinting treatment, being surface coating for automobiles, commercial buildings, and residential homes; air freshening; fabric bleaching; air purification; soldering; custom clothing alteration; recycling of waste and trash; processing of oil; pattern printing; photographic printing; offset printing; metal plating; printing; flour milling; dressmaking; rental of heating boilers; knitting machine rental; rental of electricity generators; rental of air conditioning apparatus; rental of space heating apparatus; photographic film development; pottery firing; blacksmithing; custom assembling of products for others; bookbinding; glass-blowing; saddlery working; grinding; cloth cutting; saw mill services; refining services, namely, fuel refining, oil refining and metal refining in the nature of gold, silver and dental scrap refining; timber felling and processing; fur satining; silver-plating; incineration of waste and trash; laser scribing of granite

protected with glass sealer for monuments and memorials, gold, silver, glass, titanium, diamond, stainless steel, nickel and platinum; textile warping; sorting of waste and recyclable material; photocomposing services; custom quilting; sawmill planing; fulling of cloth; slaughtering of animals; destruction of waste and trash; cloth pre-shrinking; services of a dental technician; cryopreservation services; key cutting; dyeing services; sandblasting services; production of energy; custom tailoring; custom fashioning of fur, namely, custom manufacture of fur clothing; photogravure; mill working; chromium plating; color separation services; silkscreen printing; optical glass grinding

**041** modelling for artists; academies, namely, education services in the nature of providing kindergarten through 12th grade (k-12) classroom instruction; rental of sports grounds; rental of tennis courts; lending libraries; booking of seats for shows; videotaping; physical education; discotheque services; animal training; dubbing; gambling; publication of books; education information; recreation information; entertainment information; movie studios; health club services, namely, providing instruction and equipment in the field of physical fitness; nightclubs; layout services, other than for advertising purposes; microfilming; videotape editing; production of radio and television programmes; music-halls; production of music; game services provided on-line from a computer network, namely, providing online electronic games; providing on-line non-downloadable electronic publications in the nature of magazines, news articles, journals, books, in the field of e-commerce, business, transportation, finances

services; religious education; gymnastic instruction; educational services in the nature of correspondence courses in the fields of e-commerce, business, transportation, finances; practical training in the field of e-commerce, business, transportation, finances; organization of balls for entertainment purposes; organization of exhibitions for cultural or educational purposes; providing recreation facilities; arranging and conducting of educational colloquiums in the fields of e-commerce, business, transportation, finances; arranging and conducting of educational congresses; arranging and conducting of educational conferences; arranging and conducting of concerts; arranging and conducting of workshops in the fields of e-commerce, business, transportation, finances; arranging and conducting of seminars in the fields of e-commerce, business, transportation, finances; arranging and conducting of educational symposiums in the fields of e-commerce, business, transportation, finances; arranging of beauty contests; operating lotteries; organization of fashion shows for entertainment purposes; organization of shows for cultural purposes; organization of sports competitions; vocational guidance; amusement parks; sign language interpretation; television entertainment, namely, ongoing television programs in the field of news, comedy, variety; mobile library services; vocational retraining, namely, vocational education in the fields of e-commerce, business, transportation, finances; providing on-line videos featuring music not downloadable; providing on-line music, not downloadable; providing karaoke services, namely, karaoke lounge services; providing golf facilities; providing sports facilities;

providing amusement arcade services; cinema presentations, namely, cinema theaters; presentation of live show performances; theatre productions; conducting fitness classes; educational examination; timing of sports events; film production, other than advertising films; rental of audio equipment; rental of video cameras; rental of video cassette recorders; rental of videotapes; rental of show scenery; rental of sound recordings; toy rental; rental of movie projectors and accessories; rental of motion pictures; games equipment rental; rental of stadium facilities; rental of lighting apparatus for theatrical sets or television studios; rental of radio and television sets; rental of skin diving equipment; rental of sports equipment, except vehicles; rental of stage scenery; electronic desktop publishing; publication of electronic books and journals online; publication of texts, other than publicity texts; radio entertainment, namely, providing an ongoing radio program in the field of e-commerce, business, transportation, finances; entertainer services, namely, live, televised and movie appearances by a professional entertainer, live comedy shows, live musical performances; writing of texts, other than publicity texts; zoological garden services; news reporters services; party planning; music composition services; subtitling; tutoring in the fields of e-commerce, business, transportation, finances; holiday camp services; disc jockey services; personal trainer services; providing casino facilities; calligraphy services; club services, namely, comedy club services, country clubs, fan clubs, golf club services; providing museum facilities; orchestra services; translation; scriptwriting services for non-advertising purposes; ticket agency services for entertainment

events; coaching in the field of sports; sport camp services; recording studio services; language interpreter services; services of schools, namely, education services in the nature of providing kindergarten through 12th grade (k-12) classroom instruction; nursery schools; photography; photographic reporting; circuses; boarding schools; production of shows in the nature of television shows, operas, game show

**042** water analysis; computer system analysis; handwriting analysis; chemical analysis; energy auditing; recovery of computer data; industrial design; graphic arts design; computer virus protection services; technical project studies, namely, conducting of feasibility studies in the field of new technologies, conducting scientific feasibility studies; oil-field surveys; geological surveys; engineering; installation of computer software; meteorological information; conducting clinical trials for others; material testing; textile testing; bacteriological research; biological research; geological research; research in the field of environmental protection; cosmetic research; mechanical research; chemical research; research and development of new products for others; scientific research; analysis for oil-field exploitation; underwater exploration; technical research, namely, product research; calibration; web site design consultancy; information technology (it) software for the collection, editing, organizing, modifying, book marking, transmission, storage and sharing of data and information consultancy; consultancy in the design and development of computer hardware; architectural consultation; computer software consultancy; oil-well testing; quality control for others; vehicle

roadworthiness testing; land surveying; dress designing; updating of computer software; monitoring of computer systems by remote access to ensure proper functioning; software as a service (saas) services featuring software for database management, transmission of data, software for developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server, software for the collection, editing, organizing, modifying, book marking, transmission, storage and sharing of data and information; maintenance of computer software; authenticating works of art; design of interior decor; quality evaluation of standing timber; quality evaluation of wool; digitization of documents; conversion of data or documents from physical to electronic media; urban planning; providing information on computer technology and programming via a web site; provision of scientific information, advice and consultancy in relation to carbon offsetting; providing search engines for the internet; data conversion of computer programs and data, not physical conversion; computer system design; rental of web servers; computer rental; rental of computer software; geological prospecting; oil prospecting; hosting of web sites; server hosting; construction drafting; computer software design; cloud seeding; consultancy in the field of energy-saving, namely, consulting services in the fields of energy measurement to improve energy efficiency; creating and maintaining web sites for others; computer programming; duplication of computer programs; architectural services; chemistry services, namely, chemistry consultation, research in the field of chemistry, and chemist services; packaging design; off-site data

backup; computer technology consultancy; scientific laboratory services; cloud computing services featuring software for database management, word processing, virus protection, software for developing and hosting a server on a global computer network for the purpose of facilitating e-commerce via such a server, software for the collection, editing, organizing, modifying, book marking, transmission, storage and sharing of data and information; industrial design; cartography services; physics research; electronic data storage; surveying

| | | | | |
|---|---|---|---|---|
| **391.** ☆ | Jurisdiction: US<br>Serial: 97358430<br><br>The mark consists of the profile of a bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pending<br>Filed: 04/12/2022<br>Current Basis: ITU | **003** non-medicated, non-therapeutic herbal body care products, namely, extracts and oils in the form of drops and topical balms; all of the foregoing containing hemp oil and cbd solely derived from hemp with a delta.; tetrahydrocannabinol (thc) concentration of not more than 0.3 percent on a dry weight basis.; dietary and nutritional supplements that include derivative components of the hemp plant, namely, cbd oil and hemp oil; dietary and nutritional supplements that include derivative components of the hemp plant, provided in liquid, powder, and capsule form; topical analgesic creams; face creams; serums; body lotions; face masks; all of the foregoing exclusively containing or derived from hemp with a delta. tetrahydrocannabinol (thc) concentration of not more than 0.3 percent on a dry weight basis; retail store services featuring non-medicated topical oils, non?; medicated topical creams, non? medicated topical lotions, non-medicated lip balm and non? medicated cosmetic skin care preparations, all containing cbd solely derived from hemp with a delta.; | MedPharm Iowa, LLC<br>1953 E. Market Street<br>Des Moines IOWA 50317<br>US<br>Attorney: Allison E. Kerndt |

| | | | | |
|---|---|---|---|---|
| | | | tetrahydrocannabinol thc concentration of not more than 0.3 percent on a dry weight basis; providing a website featuring consumer information in the field of cbd infused products cannabidiol related services, namely, providing independent reviews of cannabidiol products and cannabidiol related services offered by others for commercial purposes; providing consumer information and related news in the field of medicinal and nutritional qualities of cannabidiol products; providing consumer information in the field of cannabidiol products and cannabidiol related services, namely, the location of stores and dispensaries that sell or dispense cannabidiol product; clothing, namely, shirts, hats, athletic clothing, leisure wear, casual wear, accessories, namely, backpacks, totes, water bottles, and gift cards; vape pens; pipes; glassware; grinders; lighters; rolling paper; ashtray; herbal accessories | |
| 392. ☆ | **MILWAUKEE LEATHER PERFORMANCE APPAREL**<br>Disclaims: "LEATHER" OR "PERFORMANCE APPAREL"<br>Jurisdiction: US<br>Reg: 4600804<br>Serial: 86177848<br>2(f) claim | Registered<br>Affidavits: 8<br>Reg: 09/09/2014<br>Pub: 06/24/2014<br>Filed: 01/28/2014<br>First Use: 01/01/2011<br>Current Basis: Use | **025** clothing, namely, tops, shirts, pants, chaps, jackets, vests; all of the foregoing made in whole or substantial part of leather; t-shirts; sweat shirts; tank tops | Shaf International, Inc.<br>34 Owens Dr.<br>Wayne NEW JERSEY 07470<br>US<br>Attorney: John H. Choi |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the words "MILWAUKEE LEATHER" stacked above an image of a bird and below the bird the words "PERFORMANCE APPAREL". All the design components surrounded by a shield.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Shields or crests with figurative elements contained therein or superimposed thereon [240102]<br>Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon [240103]<br>Triangles that are completely or partially shaded [260521]<br>Miscellaneous designs with overall polygon shape [261528]<br>Letters or words underlined and/or overlined by one or more strokes or lines [261713] | | | |
| 393. ☆ | Jurisdiction: US<br>Reg: 6063953<br>Serial: 88672510<br>The mark consists of the silhouette of a frigate bird. | Registered<br>Reg: 05/26/2020<br>Pub: 03/10/2020<br>Filed: 10/29/2019<br>First Use: 07/07/2019<br>Current Basis: Use | **025** hats; shirts | T-Formation of Tallahassee, Inc.<br>864 Commerce Blvd.<br>Midway FLORIDA 32343<br>US<br>Attorney: William H. Hollimon |

| | | | | |
|---|---|---|---|---|
| | Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| 394. ☆ | Jurisdiction: US<br>Reg: 6287415<br>Serial: 90073282<br>The mark consists of a design of an aerial bir d.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Geometric figures or combinations of geometric figures representing an animal [040707] | Registered<br>Reg: 03/09/2021<br>Pub: 12/22/2020<br>Filed: 07/25/2020<br>First Use: 07/22/2020<br>Current Basis: Use | **025** footwear; hats; shoes; aqua shoes; basketball shoes; beach shoes; canvas shoes; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; infants' shoes and boots; leather shoes; leisure shoes; mountaineering shoes; neckties made in whole or in substantial part of silk, wool, cashmere, cotton; rain boots; rubber shoes; running shoes; sandals and beach shoes; soccer shoes; sports shoes; work shoes and boots | Ji Jinping<br>No.9,Fengtou Vil.,Dantoushan,Gaohu town<br>Qingtian County 323908<br>CN<br>Attorney: Shan Zhu |
| 395. ☆ | **CHEWONKI**<br>Jurisdiction: US<br>Reg: 3927682<br>Serial: 77950558<br>The mark consists of the word "chewonki" and bird design.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | Registered<br>Renewal: 06/14/2021<br>Affidavits: 8; 15<br>Reg: 03/08/2011<br>Pub: 09/14/2010<br>Filed: 03/04/2010<br>First Use: 11/13/2009<br>Current Basis: Use | **009** on-line downloadable publications in the nature of newsletters relating to outdoor activities, environmental issues and summer camps<br>**016** printed publications in the nature of newsletters relating to outdoor activities, environmental issues and summer camps<br>**021** mugs; reusable stainless steel water bottles sold empty<br>**025** clothing, namely, sweatshirts<br>**039** expedition services, namely, arranging and conducting canoeing trips, kayaking trips, sailing trips and expeditions, and hiking trips and expeditions | The Chewonki Foundation<br>485 Chewonki Neck Road<br>Wiscasset MAINE 04578<br>US<br>Attorney: Sarah M. Robertson |

| | | | | |
|---|---|---|---|---|
| | | | **041** summer camp services; educational services, namely, providing workshops and courses of instruction in the fields of nature studies, natural history, environmental studies, art, ethics and traditional academic subjects at the secondary school level | |
| 396. ☆ | Jurisdiction: US<br>Reg: 4784214<br>Serial: 86195240<br>Citations: 0 2<br>The mark consists of a stylized design of a bird's head.<br>Owls [031507]<br>Stylized birds and bats [031524]<br>Heads of birds [031716] | Registered<br>Affidavits: 8; 15<br>Reg: 08/04/2015<br>Pub: 05/27/2014<br>Filed: 02/17/2014<br>First Use: 06/12/2012<br>Current Basis: Use | **014** bracelets, earrings, key chains as jewelry, necklaces, rings<br>**016** decals<br>**020** picture frames and plastic novelty license plates<br>**021** coasters not of paper and not being table linen; pet feeding and drinking bowls<br>**024** cloth and felt pennants<br>**025** baby bibs not of paper; booties; hats; knitted caps; shirts; shorts; t-shirts<br>**027** door mats | Board of Regents of the University System of Georgia<br>270 Washington Street, SW<br>Atlanta GEORGIA 30334<br>US<br>Attorney: Anthony B. Askew |
| 397. ☆ | **PHENIX SOLUTIONS**<br>Jurisdiction: US<br>Serial: 97296136<br>The mark consists of Bird with the words PHENIX SOLUTIONS below.<br>Birds or bats in flight or with outspread wings [031519] | Pending<br>Filed: 03/04/2022<br>Current Basis: ITU | **009** aircraft; equipment; parts; components; structures; materials; avionics; model aircraft; apparel; hats; shirts; cups; design; engineering; manufacture; assembly; certifying; research; development; testing; training; maintenance; management; operations; consulting; business development; marketing; retailer; wholesaler; supplier; distributor | Phenix Solutions, Inc.<br>PO Box 900<br>Kalama WASHINGTON 98625<br>US<br>Attorney: Mark Shkolnik |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524]<br>Phoenix (legendary bird) [040505] | | | |
| 398. ☆ | Jurisdiction: US<br>Serial: 97440761<br>The mark consists of a stylized bird sitting on a bush.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Leafless trees and bushes [050105] | Pending<br>Filed: 06/02/2022<br>Current Basis: ITU | **025** hats; hoodies; pants; sweaters; t-shirts; jerseys being clothing; sweat jackets; sweat pants; sweat shirts; sweat shorts; sweat suits; clothing jackets; hooded sweat shirts | Canary Culture LLC<br>175 Eastern Parkway Apt 1J<br>Brooklyn NEW YORK 11238<br>US |
| 399. ☆ | Jurisdiction: US<br>Serial: 97440767<br>The mark consists of a stylized bird sitting on a bush.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Leafless trees and bushes [050105] | Pending<br>Filed: 06/02/2022<br>Current Basis: ITU | **025** hats; hoodies; pants; sweaters; t-shirts; jerseys being clothing; sweat jackets; sweat pants; sweat shirts; sweat shorts; sweat suits; clothing jackets; hooded sweat shirts | Canary Culture LLC<br>175 Eastern Parkway Apt 1J<br>Brooklyn NEW YORK 11238<br>US |
| 400. ☆ | **F&S DESIGNS**<br>Jurisdiction: US<br>Serial: 97345394 | Pending<br>Filed: 04/04/2022<br>Current Basis: ITU | **025** hats; socks; sweatshirts; t-shirts; hoodies | Statham, Samantha<br>921 Avalon Acres Lane<br>High Point NORTH CAROLINA 27265<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of symbols of two "Phoenix Birds" in lavender and teal colors while words "F&S Designs" are written between the symbols of two birds in golden color.<br>Phoenix (legendary bird) [040505] | | | |
| 401. ☆ | **ABAMBITION BIRD**<br>Jurisdiction: US<br>Serial: 97135076<br>The mark consists of the wording "abAMBITION BIRD" in stylized font. | Pending<br>Filed: 11/19/2021<br>First Use: 08/26/2021<br>Current Basis: Use | **025** boots; robes; scarfs; shoes; skiwear; sleepwear; slippers; sneakers; socks; t-shirts; apres-ski shoes; athletic uniforms; evening dresses; gloves including those made of skin, hide or fur; leisure suits; millinery, namely, fascinators; sandals and beach shoes; snow boots; snow suits; yoga pants | Guangzhou abshoes Trading Co.,Ltd<br>Room A204, Floor 2<br>No.95 Huan shi xi road<br>Guangzhou 510170<br>CN<br>Attorney: Zhuoyi Ma |
| 402. ☆ | Jurisdiction: US<br>Reg: 6063747<br>Serial: 88669034<br>The mark consists of a stylized bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 05/26/2020<br>Pub: 03/10/2020<br>Filed: 10/25/2019<br>First Use: 04/01/2016<br>Current Basis: Use | **025** clothing, namely, t shirts, sweatshirts, surf trunks and hats | Bird's Surf Shed, Inc.<br>1091 West Morena Blvd.<br>San Diego CALIFORNIA 92110<br>US<br>Attorney: Douglas M. Vickery |

| | | | | |
|---|---|---|---|---|
| 403. ☆ | Jurisdiction: US<br>Reg: 4552274<br>Serial: 85645323<br>Citations: 0 14<br>The mark consists of an outline of a bird in flight.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Wings [031701] | Registered<br>Affidavits: 8; 15<br>Reg: 06/17/2014<br>Pub: 12/10/2013<br>Filed: 06/06/2012<br>First Use: 06/06/2012<br>Current Basis: Use | **009** software and software applications to enable transmission, access, organization, and management of text messaging, instant messaging, online blog journals, text, weblinks, and images via the internet and other communications networks; computer software used to enhance the capabilities and features of other software and non-downloadable online software; software for accessing information on a global computer network; downloadable software via the internet and wireless devices; downloadable software via the internet and wireless devices for accessing, sending, and receiving information on a global computer network; downloadable software for computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication and data transmission in the field of social networking; downloadable software in the nature of a mobile application for use with computers, portable handheld digital electronic communication devices, mobile devices, and wired and wireless communication devices for facilitation of communication; downloadable software in the nature of a mobile application for social networking; downloadable software in the nature of a mobile application for real-time delivery of data, messages, location, photographs, links, text and other data related thereto; downloadable software to facilitate online advertising, business promotion, connecting social network users with businesses and for providing strategy, insight, marketing, and predicting consumer behavior; application programming interface (api) for third-party software; magnets | Twitter, Inc.<br>1355 Market Street, Suite 900<br>San Francisco CALIFORNIA 94103<br>US<br>Attorney: Karen A. Webb |

| | | | | |
|---|---|---|---|---|
| | | | **016** notebooks; decals<br>**018** bags, namely, messenger bags, all-purpose carrying bags<br>**021** mugs; empty water bottles<br>**025** clothing, namely, shirts, sweatshirts, hats<br>**035** advertising and marketing; advertising services; online advertising and marketing services; business data analysis; promotional services, namely, facilitating networking opportunities for business purposes; business networking; online service for connecting social network users with businesses for the purpose of business networking; business monitoring and consulting services, namely, providing strategy, insight, marketing guidance, and for analyzing, understanding and predicting consumer behavior and motivations, and market trends<br>**038** telecommunication services, namely, providing online and telecommunication facilities for real-time interaction between and among users of computers, mobile and handheld computers, and wired and wireless communication devices; enabling individuals to send and receive messages via e-mail, instant messaging or a website on the internet in the field of general interest; providing online chat rooms and electronic bulletin boards for transmission of messages among users in the field of general interest; providing an online community forum for users to share information, photos, audio and video content about themselves, their likes and dislikes and daily activities, to get feedback from their peers, to form virtual communities, and to engage in social networking; transmission of messages; electronic message | |

| | | | | |
|---|---|---|---|---|
| | | | sending, receiving and forwarding; virtual chat rooms established via electronic messaging and text messaging; providing online forums for transmission of messages among computer users; electronic transmission of data; providing a platform for mobile device communications<br>**041** providing online journals, namely, blogs featuring user-defined content in the field of social networking; providing a real-time network for user-generated information and content<br>**042** software as a service (saas) services, namely, hosting software for use by others for use in communications between people and organizations, using wireless and wired networks, through computers and mobile devices; providing a website featuring non-downloadable software that enables electronic communications network users to engage in social networking; providing temporary use of non-downloadable software for facilitation of communication, data transmission, and accessing, sending, managing, and receiving information and content on a global computer network<br>**045** online social networking services; providing a website on the internet for the purpose of social networking; providing online computer databases and online searchable databases in the field of social networking | |
| 404. ☆ | **REX COUTURE 81**<br>Disclaims: "COUTURE"<br>Jurisdiction: US<br>Reg: 5106247<br>Serial: 86779557<br>Citations: 0 2 | Registered<br>Reg: 12/20/2016<br>Pub: 03/15/2016<br>Filed: 10/06/2015<br>First Use: 03/15/2012 | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; bottoms; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; jackets and socks; overalls; pajamas; rompers; skirts and dresses; sleepwear; swimwear; tops | Rex As In King<br>10411 Yarrow Drive<br>Boynton Beach FLORIDA 33437<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized bird wearing a crown with a v-shaped beak and the design of a lion above two swords and the number "81" all placed in the middle of the bird, with two branches surrounding the bottom of the bird and the wording "REX COUTURE".<br>Other birds [031525]<br>Costumed birds and bats and those with human attributes [031526]<br>Garlands, wreaths, bands, borders or frames made of plants [051502]<br>Swords, sabers, rapeirs, foils, epees [230101]<br>Crowns closed at the top [241101] | Current Basis: Use | | |
| 405. ☆ | Jurisdiction: US<br>Serial: 97175792<br>The mark consists of a stylized design of a bird's head.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716] | Pending<br>Filed: 12/16/2021<br>Current Basis: ITU | **025** footwear; headwear; clothing, namely, shirts, sweatshirts, tops, bottoms, and jackets | Sake High!<br>643 Broadway, 1<br>Venice CALIFORNIA 90291<br>US<br>Attorney: Richard Y. Kim |

| | | | | |
|---|---|---|---|---|
| 406. ☆ | **TRU G**<br>Jurisdiction: US<br>Reg: 4919094<br>Serial: 86445563<br>The mark consists of the literal elements "TRU" and the letter "G" both stylized and separated with an image of a fly.<br>Flies, mosquitos, ticks, fleas and mites [032309] | Registered<br>Reg: 03/15/2016<br>Pub: 04/14/2015<br>Filed: 11/05/2014<br>First Use: 11/01/2015<br>Current Basis: Use | **025** athletic pants; athletic shirts; briefs; button down shirts; cardigans; denims; dress pants; dress shirts; footwear; hats; jackets; jackets and socks; pants; shirts; t-shirts; underwear | Hemmings, Sevanne<br>127-14 115 Ave<br>Queens NEW YORK 11420<br>US<br>Attorney: Liel Hollander |
| 407. ☆ | Jurisdiction: US<br>Reg: 5123620<br>Serial: 87061293<br>The mark consists of deer head on top of a duck flying to the left with a fish hook below the duck.<br>Deer, elk, reindeer, fawns, antelopes, moose, gazelles [030707]<br>Heads of deer, elk, reindeer, fawns, antelopes, moose, gazelles [030708]<br>Stylized bovines, deer, antelopes, goats, sheep,pigs, cows, bulls, buffalo and moose [030724] | Registered<br>Reg: 01/17/2017<br>Pub: 11/01/2016<br>Filed: 06/06/2016<br>First Use: 03/01/2016<br>Current Basis: Use | **025** hats; t-shirts | Gavin And Kyle<br>29403 Aster St.<br>Walker LOUISIANA 70785<br>US |

| | | | | |
|---|---|---|---|---|
| | Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Fishing rods, tackle, nets, hooks and lures [210308] | | | |
| 408. ☆ | **BLACK GIRLS BE TRIPPIN**<br>Jurisdiction: US<br>Reg: 5801229<br>Serial: 87684335<br>Citations: 0 1<br>The mark consists of the stylized text "BLACK GIRLS BE TRIPPIN" with an airplane flying to the right of the word "TRIPPIN".<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901] | Registered<br>Reg: 07/09/2019<br>Pub: 04/03/2018<br>Filed: 11/14/2017<br>First Use: 07/01/2015<br>Current Basis: Use | **025** hats; hoodies; t-shirts | Justice, Kodi<br>503 Westchester Pl<br>New Orleans LOUISIANA 70131<br>US |
| 409. ☆ | **THE FLYING GOAT**<br>Jurisdiction: US<br>Reg: 5411973<br>Serial: 87534868<br>The mark consists of an image of a goat wearing goggles, superimposed | Registered<br>Reg: 02/27/2018<br>Pub: 12/12/2017<br>Filed: 07/19/2017<br>First Use: 06/01/2010<br>Current Basis: Use | **025** caps being headwear; hooded sweatshirts; shirts<br>**043** catering; restaurant services<br>**021** jugs | The Flying Goat, LLC<br>3318 W. Northwest Blvd.<br>Spokane WASHINGTON 99205<br>US<br>Attorney: Rhett V. Barney |

| | | | | |
|---|---|---|---|---|
| | on a sphere above a banner which reads "THE FLYING GOAT".<br>Goats, sheep, rams [030710]<br>Heads of pigs, boars, goats, sheep and rams [030711]<br>Eyeglasses, eyeglass frames, sunglasses, goggles and safety goggles [160307]<br>Banners [240907]<br>Spheres [261901] | | | |
| 410. ☆ | Jurisdiction: US<br>Reg: 5025518<br>Serial: 86788303<br>The mark consists of a stylized representation of a thunder bird.<br>Other mythological or legendary animals [040525] | Registered<br>Reg: 08/23/2016<br>Pub: 06/07/2016<br>Filed: 10/14/2015<br>First Use: 01/01/2000<br>Current Basis: Use | **025** coats; jackets; shorts; sweat pants; sweatshirts; t-shirts; ties<br>**041** entertainment in the nature of competitions in the field of athletics | Highline College<br>2400 S. 240th St.<br>Des Moines WASHINGTON 98198<br>US<br>Attorney: Chad M. Smith |
| 411. ☆ | **PARTRIDGE TRANSFORMERS MADE IN THE U.S.A. FROM THE ORIGINAL BRITISH DESIGNS**<br>Disclaims: "TRANSFORMERS MADE IN THE USA FROM THE ORIGINAL BRITISH DESIGNS"<br>Jurisdiction: US<br>Reg: 4093007<br>Serial: 85138955 | Registered<br>Renewal: 11/08/2021<br>Affidavits: 8; 15<br>Reg: 01/31/2012<br>Pub: 11/15/2011<br>Filed: 09/27/2010<br>First Use: 03/15/2009<br>Current Basis: Use | **009** apparatus and instruments for conveying, distributing, transforming, storing, regulating or controlling electric current<br>**025** clothing, namely, t-shirts, and hats | Sergio Hamernik<br>10050 Remmet Avenue<br>Chatsworth CALIFORNIA 91311<br>US<br>Attorney: J. D. Sullivan |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a yellow partridge flying over a green mountain and all the wording is in black on a yellow background.<br>Other representations of the sun [010525]<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519] | | | |
| 412. ☆ | **B**<br>Jurisdiction: US<br>Reg: 6037257<br>Serial: 88656529<br>The mark consists of a capital "B" in a bird cage.<br>Bird cages or bird houses [031706] | Registered<br>Reg: 04/21/2020<br>Pub: 02/04/2020<br>Filed: 10/16/2019<br>First Use: 11/01/2015<br>Current Basis: Use | **025** footwear; shoes; slippers | DBA Birdies Slippers, Inc.<br>Birdies, Inc.<br>PMB 23758<br>548 Market St<br>San Francisco CALIFORNIA 94104<br>US<br>Attorney: Beatrice Martinet |
| 413. ☆ | **CLEVELAND METROPARKS ZOO SECURING A FUTURE FOR WILDLIFE**<br>Disclaims: "METROPARKS ZOO" FOR INTERNATIONAL CLASS 41<br>Jurisdiction: US | Registered<br>Reg: 06/06/2017<br>Pub: 08/16/2016<br>Filed: 01/13/2016<br>First Use: 04/03/2017<br>Current Basis: Use | **016** printed materials, namely, sticker books, stickers, decals; printed books, brochures and newsletters in the field of recreational park services, zoo services, conservation services, and planned giving relating thereto; coloring books; crayons made of natural materials<br>**025** shirts; t-shirts; tank tops; sweaters; sweatshirts; shorts; vests; coats; jackets; anoraks; wind-resistant | Board of Park Commissioners for the Cleveland Metropolitan Park District<br>4101 Fulton Parkway<br>Cleveland OHIO 44144<br>US<br>Attorney: Carrie A. Shufflebarger |

| | | | | |
|---|---|---|---|---|
| | Reg: 5219684<br>Serial: 86982301<br>2(f) claim<br>Citations: 1 0<br>The mark consists of a stylized partial globe with continents in a semicircle. Overlaying the globe are silhouettes of 2 birds flying, an ape, a giraffe, an elephant, a tortoise and a lion. Beneath the partial globe design are the words "CLEVELAND METROPARKS" to the left of the term "ZOO". To the left of the words is a stylized leaf. Beneath the words and leaf design is a line and the terms "SECURING A FUTURE FOR WILDLIFE".<br>Globes with outlines of continents [010701]<br>Lions [030101]<br>03 [030121]<br>Elephants, mammoths [030301]<br>Giraffes [030305]<br>Monkeys, chimpanzees, gorillas, apes and the like [031101]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Turtles, tortoises [032107] | | jackets; bodysuits; body shirts; coveralls; gloves; mittens; pajamas; infant wear; footwear; headwear<br>**041** zoo services | |

| | | | | |
|---|---|---|---|---|
| | Other leaves [050325]<br>Semi-circles [260106]<br>Circles that are totally or partially shaded. [260121]<br>Letters or words underlined and/or overlined by one or more strokes or lines [261713] | | | |
| 414. ☆ | **RROSSEYZ**<br>Jurisdiction: US<br>Reg: 6264686<br>Serial: 88938596<br>Translated: The wording "Rrosseyz" has no meaning in a foreign language.<br>THE MARK CONSISTS OF A OVAL DESIGN CONTAINING THE TRAJECTORY OF A BUTTERFLY FLYING AROUND A ROSE ABOVE THE STYLIZED WORDING "RROSSEYZ".<br>Butterflies, moths [032301]<br>Stylized insects, spiders and micro-organisms [032324]<br>Roses [050502]<br>Circles as carriers or as single line borders [260101]<br>Lines depicting speed, propulsion, heat or wind [261707]<br>Curved lines, bands or bars [261709] | Registered<br>Reg: 02/09/2021<br>Pub: 11/24/2020<br>Filed: 05/29/2020<br>First Use: 05/25/2020<br>Current Basis: Use | **025** athletic pants; athletic shirts; athletic shorts; athletic tops and bottoms for runners, yoga; boxer briefs; boxer shorts; bras; briefs; caps being headwear; clothing, namely, shirts featuring integrated padded athletic sleeves sold as a unit; coats for men and women; g-strings; leggings; pullovers; scarfs; short-sleeved or long-sleeved t-shirts; shorts; sleeping garments; sports bra; sports pants; sports shirts; swim wear; t-shirts; tankinis; yoga pants | Deng, Qiuying<br>No.13, Qitan, Quli Village<br>Xiaqu Township, Taining County,<br>Fujian 354400<br>CN<br>Attorney: Francis H. Koh |

| | | | | |
|---|---|---|---|---|
| 415. | Jurisdiction: US<br>Reg: 4788857<br>Serial: 86391129<br>Citations: 3 2<br>The mark consists of the outline of a flying duck, viewed from above. The wings point forward towards the bill of the duck.<br>Ducks, geese, swans [031506]<br>Stylized birds and bats [031524] | Registered<br>Affidavits: 8; 15<br>Reg: 08/11/2015<br>Pub: 05/26/2015<br>Filed: 09/10/2014<br>First Use: 12/02/2009<br>Current Basis: Use | **009** sunglasses; cords as sunglass holders<br>**018** tote bags; wallets<br>**025** apparel, namely, sweatshirts, tee shirts, hats, belts, ties; fishing shirts; vests; waders; hunting boots and jackets<br>**028** canvas and leather fishing gear bags; canvas and leather bags specially adapted for hunting gear<br>**035** retail store services in the field of sporting goods | Muddy Bay Marine, LLC<br>PO Box 609<br>Chapin SOUTH CAROLINA 29036<br>US<br>Attorney: William Y. Klett, III |
| 416. | Jurisdiction: US<br>Reg: 3884919<br>Serial: 77841300<br>The mark consists of a stylized depiction of a bird head.<br>Other birds [031525]<br>Heads of birds [031716] | Registered<br>Renewal: 03/18/2021<br>Affidavits: 8; 15<br>Reg: 12/07/2010<br>Pub: 09/21/2010<br>Filed: 10/05/2009<br>First Use: 01/01/2004<br>Current Basis: Use | **025** ties; shirts; sweatshirts; caps; knit hats; socks<br>**041** educational and entertainment services, namely, providing courses of instruction at the university level; educational research; arranging and conducting athletic competitions, athletic events, athletic tournaments, and athletic exhibitions | University of Delaware<br>126 Hullihen Hall<br>Newark DELAWARE 19716<br>US<br>Attorney: Mark D. Simpson |
| 417. | **FKIRONS**<br>Jurisdiction: US<br>Reg: 6748022<br>Serial: 90348604 | Registered<br>Reg: 05/31/2022<br>Pub: 10/26/2021<br>Filed: 11/30/2020<br>First Use: 06/22/2009 | **008** tattoo machines; permanent makeup machines; tattoo machine and permanent makeup machine parts, namely, springs and armature bars, tattoo machine replacement parts, permanent makeup machines replacement parts<br>**009** power supplies for tattoo machines and permanent makeup | FK Irons Inc.<br>1771 NW 79TH AVE<br>Doral FLORIDA 33126<br>US<br>Attorney: Peter A. Chiabotti |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized image of a bird with outspread wings, with a stylized crown on top of its head, and with the stylized wording "FKIRONS" written across the bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Crowns closed at the top [241101] | Current Basis: Use | machines; battery packs for tattoo machines and permanent makeup machines<br>**025** clothing, namely, shirts and headwear<br>**035** retail and wholesale store services featuring tattoo and permanent makeup machines, equipment, needles, needle cartridges, replacement parts and supplies<br>**041** providing a website featuring blogs and non-downloadable publications in the nature of articles in the field of tattooing and permanent makeup machines for the tattoo and permanent makeup industries; educational and entertainment services, namely, non-downloadable videos in the field of tattooing and permanent makeup machines for the tattoo and permanent makeup industries accessible by computer networks | |
| 418. | Jurisdiction: US<br>Reg: 3488909<br>Serial: 79041910<br>The mark consists of a stylized bird formed by wavy lines.<br>Wavy lines, bands or bars [261702]<br>Curved lines, bands or bars [261709] | Registered<br>Reg: 08/19/2008<br>Pub: 06/03/2008<br>Filed: 04/17/2007<br>Current Basis: Madrid | **003, 009, 024**<br>**014** precious metals and their alloys; goods of precious metals or coated therewith, namely, badges, brooches, bracelets<br>**018** leather and imitations of leather; goods made of these materials, namely, bags, luggage, rucksacks, pocket wallets, purses and key-chains, brief cases<br>**025** clothing, namely, shirts and t-shirts, blouses, skirts, dresses, trousers, slacks, pants, capri pants, cardigans, jeans, shorts, bermuda style shorts, suits, coats, jackets, half-coats, blazers, vests, twin sets, sweaters, pullovers, sweatshirts, track suits, gloves, sleepwear, hosiery, waistcoats, scarves; headgear, namely, hats, caps; belts | Richter, Reinhold<br>Wilhelmstr. 9<br>Gütersloh 33332<br>DE<br>Attorney: Stewart J. Bellus |

| | | | | |
|---|---|---|---|---|
| 419. | Jurisdiction: US<br>Reg: 4588149<br>Serial: 86156552<br>The mark consists of a stylized phoenix bird design with the bird's left wing folded upward and forward, its head in profile facing right, and its tail suggesting flames or a torch.<br>Stylized birds and bats [031524] | Registered<br>Affidavits: 8; 15<br>Reg: 08/19/2014<br>Pub: 06/03/2014<br>Filed: 01/02/2014<br>First Use: 01/19/2012<br>Current Basis: Use | **009** headphones<br>**014** lapel pin<br>**025** clothing and apparel, namely, socks | THE UNIVERSITY OF PHOENIX, INC.<br>4025 S. RIVERPOINT PARKWAY<br>PHOENIX ARIZONA 85040<br>US<br>Attorney: Iryna Vyshynska |
| 420. | Jurisdiction: US<br>Serial: 90564944<br>The mark consists of a stylized bird with outspread wings.<br>Eagles [031501]<br>Falcons, hawks, vultures, condors [031502]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 05/03/2022<br>Filed: 03/08/2021<br>Current Basis: ITU | **009** protective work gloves<br>**010** medical examination gloves; protective gloves for medical use; nitrile gloves for medical use<br>**025** gloves | AMERICAN NITRILE OPPORTUNITY FUND, LLC<br>1985 W. HENDERSON ROAD, #220<br>COLUMBUS OHIO 43220<br>US<br>Attorney: Rex W. Miller II |
| 421. | **ROSOULIFE**<br>Jurisdiction: US<br>Serial: 90818775 | Published<br>Pub: 05/03/2022 | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; athletic pants; | Guangzhou YouQuan Electronic Technology co.,ltd |

| | | | | |
|---|---|---|---|---|
| | Translated: The wording ROSOULIFE has no meaning in a foreign language.<br>The mark consists of stylized wording "ROSOULIFE" to the right of a design made up of two stylized pigeons flying up and down.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Miscellaneous designs with overall quadrilateral shape [261328] | Filed: 07/08/2021<br>First Use: 06/01/2021<br>Current Basis: Use | athletic shirts; athletic skirts; athletic tops and bottoms for yoga; athletic uniforms; sport shirts; sports bras; sports pants; sports shirts; sweat pants; sweat shirts; sweat shorts; sweat suits | Room 3104, 31th Floor, Fuli Jinxi<br>Busines Center,No.5 Fuchang Road, Haizhu District, Guangzhou 510300<br>CN<br>Attorney: DI LI |
| 422. | **KINDERSPEL**<br>Jurisdiction: US<br>Reg: 5067309<br>Serial: 86846486<br>Translated: The English translation of "KINDERSPEL" in the mark is "CHILD'S PLAY".<br>Citations: 0 1<br>The mark consists of the wordings of "KINDERSPEL", on the right is a bird in shaded figure which has dots on | Registered<br>Reg: 10/25/2016<br>Pub: 08/09/2016<br>Filed: 12/11/2015<br>Current Basis: Foreign Registration | **025** infants' shoes and boots; clothing, namely, children's underwear, one-piece garments for children, shirts for infants, babies, toddlers and children, children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments, jackets for children, t-shirts for children, shorts for children, pants for children, trousers for children, dresses for children, sweater for children, tops for children, sweatpants for children, bottoms for children, hooded sweatshirts for children, woven shirts for children; rain coats; caps; gloves including those made of skin, hide or fur; socks; scarves; bandanas; bathing suits; infants' clothing namely, infant wear, infant sleepers, infants' trousers, children's and infants' cloth bibs, one piece garment for infants and toddlers, snap | Petit Elin Co., Ltd.<br>13F, 48, Digital-ro 33-gil, Guro-gu<br>(Guro-dong, Daeryung Post Tower 7Cha)<br>Seoul KR<br>Attorney: Yoon S. Ham |

| | | | | |
|---|---|---|---|---|
| | the body. The wing of the bird is a heart shape.<br>Hearts [021101]<br>Other birds [031525] | | crotch shirts for infants and toddlers, shirts for infants, babies, toddlers and children, pram suits, hooded sweatshirts for babies, bottoms for babies | |
| 423. | **MJ PETERS WEALTH MANAGEMENT**<br>Disclaims: "WEALTH MANAGEMENT" IN INTERNATIONAL CLASS 036<br>Jurisdiction: US<br>Serial: 90799327<br>The mark consists of "MJ Peters" appearing in black bold and italicized font directly above the phrase "Wealth Management" which appears in black italicized font. To the right of the text is a black fly fishing lure in silhouette. A stylized light blue line representing a fishing line is tied to the fly fishing lure at one end and then runs underneath the fly fishing lure and the text before slightly curving downward at the opposing end.<br>Flies, mosquitos, ticks, fleas and mites [032309]<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Wavy lines, bands or bars [261702] | Published<br>Pub: 04/26/2022<br>Filed: 06/28/2021<br>Current Basis: ITU | **025** baseball caps and hats; polo shirts<br>**036** financial services, namely, wealth management services | Peters, Michael J.<br>11 Golden Shore Suite 370<br>Long Beach CALIFORNIA 90802<br>US<br>Attorney: Marcus Dawes |

| | | | | |
|---|---|---|---|---|
| | Horizontal lines, bands or bars [261705]<br>Letters or words underlined and/or overlined by one or more strokes or lines [261713] | | | |
| 424. | **BLÜBIRD**<br>Jurisdiction: US<br>Reg: 5424200<br>Serial: 87105402<br>Citations: 1 6<br>The mark consists of a bird in flight facing up and to the right with the text "blübird" to the right with "blü" in lighter type and "bird" in darker type.<br>Other birds [031525] | Registered<br>Reg: 03/13/2018<br>Pub: 05/30/2017<br>Filed: 07/15/2016<br>First Use: 03/01/2013<br>Current Basis: Use | **025** beanies; belts; hats; scarfs; shirts; t-shirts; visors; clothing, namely, cowls and smoke ring scarves | Blubird Apparel LLC<br>P.O. Box 2440<br>Sun Valley IDAHO 83353<br>US<br>Attorney: Michael G. Atkins |
| 425. | **PIUPIUCHICK**<br>Jurisdiction: US<br>Reg: 6413440<br>Serial: 79275334<br>The mark consists of stylized baby bird above the wording "PIUPIUCHICK".<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 07/13/2021<br>Pub: 04/27/2021<br>Filed: 11/26/2019<br>Current Basis: Madrid | **025** clothing, namely, shirts, t-shirts, polos, sweatshirts, knit tops, leggings, shirt, vest, pants, jeans, shorts, knit bottoms, sleepwear, jackets, leather jackets, coats, rain coats, vests; footwear; headgear, namely, baseball hats, headwear, wool hats, beanies | PIUPIUCHICK, LDA<br>RUA MARTA MESQUITA DA CÂMARA, 67, HABITAÇÃO 35 P-4150-485 PORTO<br>PT<br>Attorney: Roy D. Gross |
| 426. | **EL VAQUERO 80'S** | Registered | **025** footwear | VALERIO GIUNTOLI |

| | | | | |
|---|---|---|---|---|
| | **ORIGINAL OLD APACHE**<br>Disclaims: "80'S ORIGINAL"<br>Jurisdiction: US<br>Reg: 5337464<br>Serial: 79195219<br>Translated: The English translation of "EL VAQUERO" in the mark is "THE COWBOY".<br>Citations: 0 2<br>The mark consists of a stylized shield with the wording "EL VAQUERO" appearing on the shield above the wording "80's ORIGINAL", which appears above the wording "APACHE" in which the wording "OLD.", appears vertically between the first "A" and the "P" of the word "APACHE". The middle "A" in "APACHE" appears as the tail of a stylized flying bird with its wings outstretched and its head pointing down. The entire design and wording appears within the stylized shield.<br>Birds or bats in flight or with outspread wings [031519]<br>Wings [031701]<br>Shields or crests with figurative elements contained therein or superimposed thereon [240102] | Reg: 11/21/2017<br>Pub: 09/05/2017<br>Filed: 04/26/2016<br>Current Basis: Madrid | | CORPORATION S.R.L.S. UNIPERSONALE<br>VIA FRANCESCA NORD, 930/A<br>I-51015 MONSUMMANO TERME<br>IT<br>Attorney: John Alumit |

| | | | | |
|---|---|---|---|---|
| | Shields or crests with letters, punctuation or inscriptions contained therein or superimposed thereon [240103]<br>Shields or crests with numbers contained therein or superimposed thereon [240104] | | | |
| 427. | **NECTAR CRAFT**<br>Jurisdiction: US<br>Reg: 5003044<br>Serial: 86841851<br>Citations: 0 2<br>The mark consists of the words "NECTAR CRAFT" with a stylized "N", the "N" feeding a bird, the bird being a line drawing side view of a hummingbird with wings outstretched.<br>Other birds [031525]<br>Wings [031701] | Registered<br>Reg: 07/19/2016<br>Pub: 05/03/2016<br>Filed: 12/08/2015<br>First Use: 10/01/2014<br>Current Basis: Use | **025** shirts; shirts and short-sleeved shirts; short-sleeved or long-sleeved t-shirts; short-sleeved shirts; collared shirts; graphic t-shirts; long-sleeved shirts; shirts and short-sleeved shirts; short-sleeved shirts; sports shirts with short sleeves; sports shirts with short sleeves; t-shirts; tee shirts; wearable garments and clothing, namely, shirts<br>**034** electronic smoking pipes; oral vaporizers for smokers; oral vaporizers for smoking purposes; smokeless cigarette vaporizer pipe | AMBROSIA COLLECTIVE, LLC<br>401 RYLAND STREET STE 200-A<br>RENO NEVADA 89502<br>US<br>Attorney: Neil Juneja |
| 428. | **MA**<br>Jurisdiction: US<br>Reg: 6711110<br>Serial: 90662350<br>The mark consists of the stylized image of a bird superimposed over a stylized circle. A stylized star appears at the top of the circle. The | Registered<br>Reg: 04/26/2022<br>Pub: 02/08/2022<br>Filed: 04/21/2021<br>First Use: 11/18/2019<br>Current Basis: Use | **009** head guards for sports; mouth guards for sports; protective sports helmet accessories that attach to the helmets, namely, mouth guards, ear pads, throat protectors, chin straps, face masks, jaw pads and eye shields<br>**025** footwear; headwear; undergarments; belts; belts made out of cloth; bottoms as clothing; jackets; judo uniforms; karate uniforms; martial arts uniforms; taekwondo uniforms; tops as clothing; pleated skirts for formal kimonos (hakama)<br>**028** boxing gloves; chest protectors for sports; punching bags; shin pads for use in sports; sports equipment for | Sunshine Goods LLC<br>#11<br>8300 Tobin Road<br>Annandale VIRGINIA 22003<br>US<br>Attorney: Keesonga Gore |

| | | | | |
|---|---|---|---|---|
| | stylized letters "MA" appears above the bird.<br>Stars with seven or more points [010105]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Plain single line circles [260102] | | boxing and martial arts, namely, boxing gloves, boxing bags, punching mitts, belly protectors, groin protectors and shin guards | |
| 429. | **M**<br>Jurisdiction: US<br>Serial: 90849618<br>2(f) claim<br>The mark consists of The image represents Freebyrd Denim & CO, the bird also represents my family name of Marks that is why the wings of the bird forms the letter M.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Representations of animals or parts of animals forming letters or numerals, including punctuation [270303] | Pending<br>Filed: 07/26/2021<br>First Use: 01/01/2021<br>Current Basis: Use | **018** backpacks; school backpacks<br>**025** jackets; jackets and socks; clothing, namely, sweatshirts, hats, hoodies, sweatpants, t-shirts, shirts, shorts, pants, jackets, polos, button-down shirts, outerwear, towels, blankets and socks.; graphic t-shirts; t-shirts | Demeyias Marks DBA Freebryd Denim & CO<br>3419 Virginia Beach Blvd.<br>Virginia Beach VIRGINIA 23452<br>US |
| 430. | **TOM CHAI**<br>Jurisdiction: US<br>Reg: 4956558<br>Serial: 86342568<br>Translated: The wording "TOM CHAI" has no | Registered<br>Reg: 05/10/2016<br>Pub: 06/16/2015<br>Filed: 07/21/2014 | **025** footwear; girdles; gloves; hats; hosiery; layettes; neckties; scarves; shawls; swimsuits; tops | SHENZHEN HUANMAO INDUSTRY DEVELOPMENT CO., LTD.<br>PART D, 2/F, MAIN BLDG OF ZHONGLIAN BLDG NO.80 DONGBIN ROAD, |

| | | | | |
|---|---|---|---|---|
| | meaning in a foreign language.<br>The mark consists of stylized phoenix bird with five curved bands emanating from the bottom of the bird and representing the bird's tail. The phoenix design encircles a four-petal flower design with circular center and script appearing within. The bird and flower are all enclosed within a circular decorative border made up of three concentric circles. All of the foregoing appears over the wording "TOM CHAI" which appears above three Chinese characters that transliterate to "TONG TAI XIANG".<br>Other birds [031525]<br>Other flowers including daffodils and irises [050525]<br>Circles with a decorative border, including scalloped, ruffled and zig-zag edges [260107]<br>Curved lines, bands or bars [261709]<br>Inscriptions in Chinese, Japanese, Korean, Vietnamese or other Asian characters [280103] | First Use: 10/10/2013<br>Current Basis: Use | | NANSHAN DISTRICT SHENZHEN, GUANGDONG CN |
| 431. | **NEIGHBORNEST**<br>Jurisdiction: US<br>Reg: 5008746 | Registered<br>Reg: 07/26/2016 | **025** clothing, namely, headwear, hats, caps, visors, shirts, t-shirts, | Twitter, Inc.<br>1355 Market Street, Suite 900 |

| | | | | |
|---|---|---|---|---|
| | Serial: 86460772<br>The mark consists of a bird house above the word "NEIGHBORNEST".<br>Bird cages or bird houses [031706] | Pub: 03/24/2015<br>Filed: 11/20/2014<br>First Use: 05/20/2015<br>Current Basis: Use | sweatshirts, jackets, mittens, gloves and scarves<br>**036** charitable fundraising services; online charitable fundraising; providing fundraising services for others via a global computer network and other communications networks; providing information in the field of charitable fundraising; charitable fundraising to support those in need, disadvantaged persons, the homeless and low-income individuals and families; charitable services, namely, providing fundraising activities, funding, scholarships and/or financial assistance for those in need, disadvantaged persons, the homeless and low-income individuals and families<br>**041** education services, namely, providing live and online classes, seminars, workshops, tutoring, and mentoring in the fields of technology, computers, job training and placement, life skills, and self-development and publishing and distribution of educational materials in connection therewith; education services, namely, operating a learning center in the fields technology, computers, job training and placement, life skills, and self-development; educational and entertainment services for children, namely, providing interactive play areas, mentoring, tutoring, and instruction in the fields of academic and life skills, and social gatherings for children; providing facilities for recreation activities for children; providing information relating to education and education services; providing information in the field of job training; providing a website featuring non-downloadable publications in the nature of articles, presentations and educational materials in the fields of technology, computers, job training | San Francisco CALIFORNIA 94103<br>US<br>Attorney: Karen A. Webb |

| | | | | |
|---|---|---|---|---|
| | | | and placement, life skills, and self-development; charitable services, namely, operating a learning center for those in need, disadvantaged persons, the homeless and low-income individuals and families; charitable services, namely, providing facilities for educational classes, seminars, workshops, tutoring and mentoring to those in need, disadvantaged persons, the homeless and low-income individuals and families | |
| 432. | Jurisdiction: US<br>Reg: 4964019<br>Serial: 86767682<br>Citations: 1 0<br>The mark consists of an anthropomorphic, smiling bird waving his left hand. The bird is predominantly red with yellow beak and feet. The face is predominantly black. The eyes are black and white.<br>Other birds [031525]<br>Costumed birds and bats and those with human attributes [031526] | Registered<br>Reg: 05/24/2016<br>Pub: 03/08/2016<br>Filed: 09/24/2015<br>First Use: 12/31/1981<br>Current Basis: Use | **025** clothing, namely, shirts, sweatshirts, sweaters, pants, shorts, jackets, and hats<br>**041** educational services in the nature of courses at the university level; entertainment services in the nature of basketball, football, baseball, and volleyball games; recreational services in the nature of live musical concerts and theater productions; conducting social entertainment events in the nature of homecoming and parents weekends | Board of Trustees, Illinois State University<br>Campus Box 3420<br>1101 North Main Street<br>Normal ILLINOIS 617903420<br>US<br>Attorney: Philip L. Bateman |
| 433. | Jurisdiction: US<br>Reg: 5785511<br>Serial: 88060992 | Registered<br>Reg: 06/25/2019<br>Pub: 04/09/2019<br>Filed: 08/01/2018 | **025** hats; hoodies; tee shirts | Jobert Sauray<br>370 East 23rd Street, Apt 4S<br>Brooklyn NEW YORK 11226<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized silhouette of a kingfisher bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | First Use: 05/20/2018<br>Current Basis: Use | | |
| 434. | **DIMMZ**<br>Jurisdiction: US<br>Serial: 90686587<br>The mark consists of humming bird next to the word DIMMZ.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Plain single line circles [260102]<br>Straight lines, bands or bars [261701]<br>Vertical lines, bands or bars [261704]<br>Horizontal lines, bands or bars [261705] | Published<br>Pub: 02/08/2022<br>Filed: 05/02/2021<br>First Use: 02/20/2021<br>Current Basis: Use | **009** sunglasses<br>**025** dresses; footwear; hats; leggings; pants; pullovers; shirts; shoes; skirts; socks; sweaters; sweatshirts; undershirts; bottoms as clothing; hooded pullovers; outerwear, namely, coats, jackets and hats; shirts and short-sleeved shirts; short-sleeved or long-sleeved t-shirts; sleeved or sleeveless jackets; sports caps and hats; sweat jackets; sweat shirts; t-shirts; tee-shirts; women's hats and hoods; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; headwear, namely, hats and caps; hooded sweat shirts; hooded sweatshirts; women's clothing, namely, shirts, dresses, skirts, blouses | AETHIO LLC DBA AETHIO LLC<br>5804 Shows Road<br>Bethlehem PENNSYLVANIA 18017<br>US |
| 435. | Jurisdiction: US<br>Reg: 5886612<br>Serial: 88060639 | Registered<br>Reg: 10/15/2019<br>Pub: 05/21/2019 | **025** clothing layettes; football shoes; girdles; gloves; hats; hosiery; neckties; ready-made linings being parts of clothing; shoes; swimsuits | Quanzhou shangpinyingfeng trading co., ltd. |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the design that looks like a bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Filed: 08/01/2018<br>First Use: 04/12/2019<br>Current Basis: Use | | No. 1, Bldg B, 4/F,Henglong Building,<br>Zhenzhong Rd, Fengli St, Shishi City<br>, Quanzhou City,Fujian 362000<br>CN |
| 436. | **RUSHSOUTH WHITEWATER PARK**<br>Disclaims: "WHITEWATER PARK"<br>Jurisdiction: US<br>Reg: 6164833<br>Serial: 88250191<br>The mark consists of a circle with the outlined words "RUSHSOUTH" appearing in the center of the circle on a banner extending outwards from either end of the circle, appearing over the solid words "WHITEWATER PARK" appearing within the circle. All of the wording appears above the stylized image of a river also within the circle. Above the wording, at the top of the mark, and | Registered<br>Reg: 09/29/2020<br>Pub: 05/21/2019<br>Filed: 01/04/2019<br>First Use: 05/25/2019<br>Current Basis: Use | **025** hats; headwear; shirts; t-shirts | Uptown Whitewater Management, LLC<br>25 West 10th Street<br>Columbus GEORGIA 31901<br>US<br>Attorney: Jerry L. Watts |

| | | | | |
|---|---|---|---|---|
| | extending outward from the circle, is the stylized image of a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Rivers, streams, rapids [060308]<br>Circles that are totally or partially shaded. [260121] | | | |
| 437. | **LQSZ**<br>Jurisdiction: US<br>Reg: 5953702<br>Serial: 88439046<br>Translated: The wording "LQSZ" has no meaning in a foreign language.<br>The mark consists of a design of a partially enclosed red tulip composed of two cupping hand shapes. The inside of the tulip is white and in the white center is a depiction of a blue person flying on the left and a pink person flying on the right. The bottom tails of the flying people slightly overlap. Below the red tulip are the stylized letters "LQSZ". The letter "L" is pink, the letter "Q" is yellow, the letter "S" is aqua-blue and the letter "Z" is lime-green. | Registered<br>Reg: 01/07/2020<br>Pub: 10/22/2019<br>Filed: 05/21/2019<br>First Use: 05/19/2019<br>Current Basis: Use | **025** bikinis; children's and infant's apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; costumes for use in children's dress up play; costumes for use in role-playing games; dress suits; dresses, namely, prom dress, cocktail dress; graphic t-shirts; halloween costumes and masks sold in connection therewith; nightwear; one-piece garments for children; one-piece play suits; one piece garment for infants and toddlers; pleated skirts; shirts | Guangdong Chengxin Garment Co., Ltd.<br>One of the 4th floor of No. 9 Union Road<br>Dafunan Industrial Zone, Zhangye Street<br>Chancheng, Foshan 0086-5280<br>CN<br>Attorney: Wayne V. Harper |

| | | | | |
|---|---|---|---|---|
| | Grotesque men formed by letters, numbers, punctuation or geometric shapes [020133]<br>Grotesque groups of men, women and/or children having human features [020726]<br>Hands, fingers and arms [021107]<br>Geometric figures or combinations of geometric figures representing a person [040703]<br>Lilies, tulips, orchids [050501]<br>Other flowers including daffodils and irises [050525]<br>Two circles [260113]<br>Circles that are totally or partially shaded. [260121]<br>Two Triangles [260513]<br>Triangles touching or intersecting [260516]<br>Triangles that are completely or partially shaded [260521]<br>Triangles with one or more curved sides [260525]<br>Miscellaneous designs with overall triangular shape [260528] | | | |
| 438. | Jurisdiction: US<br>Serial: 90613449<br>The mark consists of a stylized three-eyed cat face and paws emerging | Published<br>Pub: 11/16/2021<br>Filed: 03/30/2021<br>Current Basis: ITU | **025** clothing, namely, hats, beanies, shirts, t-shirts, sweatshirts, jackets, hoodies, pants, sweatpants, shorts, athletic shorts, athletic tops, sports bras, socks | Far Out, LLC<br>20440 Robert Place<br>Los Angeles CALIFORNIA 91364<br>US<br>Attorney: Nicholas D. Myers |

| | | | | |
|---|---|---|---|---|
| | from an unidentified flying object (UFO) saucer.<br><br>Eyes [021102]<br>Domestic cats [030104]<br>Cats, dogs, wolves, foxes, bears, lions ortigers with forepaws resting on a shield, crest or other object [030117]<br>Stylized cats, dogs, wolves, foxes, bears, lions or tigers [030124]<br>Costumed animals andthose with human attributes in this division (cats, dogs, wolves, foxes, bears, lions or tigers) [030126]<br>Mythological beings, superbeings, ghosts, aliens [040107]<br>Other air or space vehicles, including satellites and flying saucers [180925] | | | |
| 439. ☆ | **YFT YOUNG FLY TRUCKER**<br>Jurisdiction: US<br>Serial: 90798423<br><br>The mark consists of a Truck with wings with YFT in the grill with the words YOUNG FLY TRUCKER clothing underneath the image.<br><br>Wings [031701]<br>Trucks, vans [180505] | Pending<br>Filed: 06/28/2021<br>Current Basis: ITU | **025** slippers; hats; sweaters; sweatsuits; t-shirts | Roberson, Quinton<br><br>135 Melanie Ct.<br>Atlanta GEORGIA 30349<br>US |
| 440. | **DENNIS LOUIS MITCHELL** | Registered | **025** hats and t-shirts | DENNIS LOUIS MITCHELL TRUST |

| | | | | |
|---|---|---|---|---|
| ☆ | **MITCHELL FAMILY ESTATE THE GREAT SEAL 02-21-1960**<br>Disclaims: "02-21 1960"<br>Jurisdiction: US<br>Reg: 6070313<br>Serial: 88181692<br><br>The mark consists of two concentric circles with dots along the outer-most perimeter of the circular design, the stylized wording "DENNIS LOUIS MITCHELL" and "MITCHELL FAMILY ESTATE" appearing along the outer perimeter of the circular design, the wording "02-21 1960" appearing twice along the outer perimeter, the wording "THE GREAT SEAL" appearing twice along the inner perimeter, and a design of a three-pointed crown with a flying bird appearing in the center of the design.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Circular or elliptical seals [240501]<br>Crowns open at the top [241102]<br>Circles made of broken or dotted lines [260105] | Reg: 06/02/2020<br>Pub: 07/09/2019<br>Filed: 11/05/2018<br>First Use: 02/01/2020<br>Current Basis: Use | | 4879 LaVista Rd Ste 400 D<br>Tucker GEORGIA 30084<br>US<br><br>Attorney: Christopher J. Day |

| | | | | |
|---|---|---|---|---|
| | Three or more concentric circles [260118]<br>Circles that are totally or partially shaded. [260121] | | | |
| 441. ☆ | Jurisdiction: US<br>Reg: 6052639<br>Serial: 88648381<br><br>The mark consists of an abstract bird with bold line designs.<br><br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 05/12/2020<br>Pub: 02/25/2020<br>Filed: 10/09/2019<br>First Use: 11/30/2014<br>Current Basis: Use | **025** clothing, namely, t shirts, hats, and hoodies | Baskerville, Elliott<br><br>#2201<br>724 Kakala St<br>Kapolei HAWAII 96707<br>US |
| 442. ☆ | **BROKEN BIRD BOOTMAKERS OF SWEDEN**<br>Disclaims: "BOOTMAKERS OF SWEDEN"<br>Jurisdiction: US<br>Reg: 5231476<br>Serial: 87179701<br><br>The mark consists of stylized picture of a bird above the words "BROKEN BIRD BOOTMAKERS OF SWEDEN".<br><br>Stylized birds and bats [031524] | Registered<br>Reg: 06/27/2017<br>Pub: 04/11/2017<br>Filed: 09/22/2016<br>First Use: 09/01/2015<br>Current Basis: Use | **025** leather shoes; waterproof leather shoes; waterproof leather shoes and boots | Broken Bird Bootmakers, LLC<br><br>305 Inwood Road<br>Austin TEXAS 78746<br>US |

| | | | | |
|---|---|---|---|---|
| | Other birds [031525] | | | |
| 443. ☆ | Jurisdiction: US<br>Reg: 4560822<br>Serial: 85705603<br>Citations: 0 3<br><br>The mark consists of a bird superimposed over two overlapping fishing hooks.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Fishing rods, tackle, nets, hooks and lures [210308] | Registered<br>Affidavits: 15<br>Reg: 07/01/2014<br>Pub: 01/22/2013<br>Filed: 08/16/2012<br>First Use: 05/12/2013<br>Current Basis: Use | **025** hats; long-sleeved shirts; sweatshirts; t-shirts<br><br>**016** decals | Didio, Daniel<br><br>12137 88th Place North<br>West Palm Beach FLORIDA 33412<br>US<br><br>Attorney: Dianne M. Camelo |
| 444. ☆ | Jurisdiction: US<br>Reg: 6301856<br>Serial: 88264162<br><br>The mark consist of a stylized bird head with a hanging feather.<br><br>Eagles [031501]<br>Stylized birds and bats [031524]<br>Heads of birds [031716] | Registered<br>Reg: 03/23/2021<br>Pub: 05/14/2019<br>Filed: 01/16/2019<br>First Use: 02/16/2019<br>Current Basis: Use | **025** shirts; t-shirts; sweatshirts; tops as clothing; pants; bottoms as clothing; shorts; hats; headwear; jackets; jerseys<br><br>**041** entertainment in the nature of lacrosse games; providing a website featuring information relating to the sport of lacrosse; providing news and information in the field of lacrosse | National Lacrosse League, Inc.<br><br>111 S Independence Mall E, Ste 500<br>Philadelphia PENNSYLVANIA 19106<br>US<br><br>Attorney: Patrick J. Jennings |
| 445. ☆ | **AMERICAN TRENDS**<br>Disclaims: "AMERICAN | Registered<br>Reg: 03/31/2020 | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; bottoms as clothing; children's and infant's | LI WEIDONG<br><br>RM 1507, BLDG 5,<br>KAIXUAN JINNIUFANG,<br>JIANGGAN DIST, |

| | | | | |
|---|---|---|---|---|
| | TRENDS"<br>Jurisdiction: US<br>Reg: 6022627<br>Serial: 88539025<br>Citations: 0 1<br><br>The mark consists of the wording "AMERICAN TRENDS" with a bird design.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pub: 01/14/2020<br>Filed: 07/26/2019<br>First Use: 07/01/2019<br>Current Basis: Use | apparel, namely, jumpers, overall sleepwear, pajamas, rompers and one-piece garments; coats; dresses; gloves; hats; headwear; leg warmers; pants; pullovers; rain coats; scarfs; shirts; sleepwear; socks; suits; swimwear; t-shirts; tops as clothing | HANGZHOU, 310016<br>CN<br><br>Attorney: Elena Ponte |
| 446. ☆ | Jurisdiction: US<br>Reg: 5546031<br>Serial: 87835230<br><br>The mark consists of a bird design silhouette inside of a circle.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Plain single line circles [260102] | Registered<br>Reg: 08/21/2018<br>Pub: 06/05/2018<br>Filed: 03/15/2018<br>First Use: 12/10/2015<br>Current Basis: Use | **025** bottoms as clothing; coats; headwear; hoodies; jackets; sleepwear; sweat shorts; swimwear; tops as clothing | Abercrombie & Fitch Trading Co.<br><br>attn: Lindsay Yeakel Capps<br>6301 Fitch Path<br>New Albany OHIO 43054<br>US |
| 447. ☆ | Jurisdiction: US<br>Serial: 88243884<br>Citations: 1 0 | Published<br>Pub: 11/19/2019 | **025** bandanas; hats; hoodies; pants; shirts and short-sleeved shirts; sweat pants; sweat shirts; t-shirts | BUSY BEE'S ORGANICS<br><br>1180 WEST HIGHWAY 246<br>BUELTON CALIFORNIA |

| | | | | |
|---|---|---|---|---|
| | The mark consists of an image of a blue bird in flight.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Filed: 12/28/2018<br>Current Basis: ITU | | 93427<br>US<br><br>Attorney: BESS MORGAN |
| 448. ☆ | Jurisdiction: US<br>Serial: 97141684<br><br>The mark consists of a stylized bird head inside a stylized rectangle.<br><br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716]<br>Plain single line rectangles [261102] | Published<br>Pub: 03/29/2022<br>Filed: 11/24/2021<br>Current Basis: ITU | **025** clothing, namely, shirts, t-shirts, long sleeve shirts, polo shirts, sun protective clothing, namely, shirts, hats, caps being headwear, headwear, pullovers, sweatshirts, hooded sweatshirts, jackets, moisture wicking shirts, shorts, pants, swimsuits, dresses, swimwear, bathing suit cover ups, rash guards, rompers, leggings, tank tops, jumpsuits, fleece hoodies, fleece jackets, sweaters, loungewear, visors being headwear; bottoms as clothing; tops as clothing | Gillz, LLC<br><br>2453 3rd Street<br>Jacksonville FLORIDA 32250<br>US<br><br>Attorney: Rita E. Kline |
| 449. ☆ | Jurisdiction: US<br>Serial: 97188128<br><br>The mark consists of a stylized bird with its | Pending<br>Filed: 12/23/2021<br>First Use: 11/11/2019<br>Current Basis: Use | **025** hats; pants; shirts<br><br>**030** salsa | Elite Superior Foods, Inc.<br><br>3127 Seiler Ct<br>Naperville ILLINOIS 60565<br>US<br><br>Attorney: Tracy Katz Muhl |

| | | | | |
|---|---|---|---|---|
| | head turned left.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| 450. ☆ | Jurisdiction: US<br>Serial: 97188146<br><br>The mark consists of a stylized bird with its head turned left.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pending<br>Filed: 12/23/2021<br>First Use: 11/11/2019<br>Current Basis: Use | **025** hats; pants; shirts<br><br>**030** salsa | Elite Superior Foods, Inc.<br><br>3127 Seiler Ct<br>Naperville ILLINOIS 60565<br>US<br><br>Attorney: Tracy Katz Muhl |
| 451. ☆ | Jurisdiction: US<br>Serial: 97198079<br><br>The mark consists of an image of a stylized bird in flight.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 06/14/2022<br>Filed: 12/30/2021<br>First Use: 11/20/2021<br>Current Basis: Use | **025** hats; headwear; pants; sashes; scarves; shoes; skirts; socks; swimsuits; underwear; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; footwear; gloves including those made of skin, hide or fur; top coats; visors being headwear; yoga pants | HE XIANWU<br><br>Rm22602, Jia'nan House<br>No.378 Wenyixi Rd, Xihu Dist.<br>Hangzhou 310012<br>CN<br><br>Attorney: Abraham Lichy |
| | **VESI** | Registered | **025** knit and woven clothing, namely, | VESI, INCORPORATED |

| | | | | |
|---|---|---|---|---|
| 452. ☆ | Jurisdiction: US<br>Reg: 2756779<br>Serial: 76171389<br>Citations: 0 7<br><br>The mark consists of a stylized bird wing plus the word "VESI".<br><br>Wings [031701] | Renewal: 06/04/2013<br>Affidavits: 8; 15<br>Reg: 08/26/2003<br>Pub: 04/09/2002<br>Filed: 11/27/2000<br>First Use: 07/01/2001<br>Current Basis: Use | shirts, sweaters, sweatshirts, and pants; outerwear, namely, jackets; hats | 37 Tech View Drive<br>Cincinnati OHIO 45215<br>US |
| 453. ☆ | **N.T.L DESIGNZ, LLC**<br>Disclaims: "DESIGNS, LLC"<br>Jurisdiction: US<br>Serial: 90094095<br><br>The mark consists of a butterfly with needle and thread attached flying behind it with the text "N.T.L DESIGNZ, LLC" above the butterfly.<br><br>Butterflies, moths [032301]<br>Thread and wool (wound or unwound), including thread on spools and skeins of yarn [090101]<br>Needles, pins, crochet hooks, knitting needles [090901] | Published<br>Pub: 02/09/2021<br>Filed: 08/05/2020<br>Current Basis: ITU | **025** shirts; t-shirts; button down shirts | Cole, Jemia<br><br>1809 OHIO AVE<br>Great Lakes ILLINOIS 60088<br>US<br><br>Attorney: Jennifer C. Filla |
| 454. | **GREEN EGGS AND HAM** | Pending | **009** computer mouse pads; computer screen saver software; video and | Dr. Seuss Enterprises, L.P. |

| | | | | |
|---|---|---|---|---|
| ☆ | Jurisdiction: US<br>Serial: 90752762<br>Citations: 7 0<br><br>The mark consists of an image of a plate with ham and fork and a flying egg with the wording "GREEN EGGS AND HAM".<br><br>Ham, legs of lamb, roasts [081101]<br>Eggs, cooked [081303]<br>Forks [110103]<br>Plates (filled) [110310] | Filed: 06/03/2021<br>Current Basis: ITU | computer game software; digital children's books; downloadable audio and visual recordings featuring live-action entertainment, animated entertainment, music, stories, children's books, children's movies, educational content; downloadable audio files, namely, audiobooks; downloadable digital educational materials, namely, downloadable audiobooks, digital education books, educational course materials, teaching material, lesson plans, worksheets, activity books, activity brochures, children's game software for computers and mobile devices or children's educational software, all in the fields of children's literature, english, science, social studies or health; downloadable games, namely, mobile applications and computer software featuring games; downloadable motion pictures featuring animated films or live-action films; downloadable music via a global computer network and wireless mobile devices; downloadable series of children's books, downloadable children's games, and other digital children's activity books; downloadable software for computers and mobile devices featuring music, games, greeting card creation, video and audio recordings; downloadable software for computers and mobile devices for educational and game play purposes in the field of children's books; downloadable software for computers and mobile devices for taking, creating and sharing images featuring characters and other figurative elements from children's books; downloadable software for computers and mobile devices for viewing and reading digital children's books; ear buds; earphones; magnets; sunglasses; musical recordings; optical media featuring live-action entertainment, animated | 9645 Scranton Road #130<br>San Diego CALIFORNIA 92121<br>US<br><br>Attorney: Ann K. Ford |

| | | | | |
|---|---|---|---|---|
| | | | entertainment, music, stories, children's books, children's movies, educational content; protective case for mobile phones; measuring rulers<br><br>**016** activity books with stickers; art and craft paint sets; art prints on canvas; art prints; framed art; fine art; 2-d wall art; paintings; art supplies, namely, crayons, markers, pads of paper; arts and crafts paint kits; autograph books; blank journal books; blank paper; blank writing journals; bookends; bookmarks; books; books and a series of books featuring children's stories; composition books; boxed note cards; boxed valentine cards; calendars; canvas art prints; cardboard centerpieces; chalk; children's activity books; children's activity books with stickers; children's activity books, namely, sticker puzzle activity books; children's arts and crafts activity kits; children's arts and crafts paint and coloring kits; children's books; children's books featuring children's stories; children's science workbooks; coloring books; coloring pencils; crayons; decals; decorative holiday banner, namely, plastic foil decorative holiday banner; decorative paper board trim; decorative paper centerpieces; decorative pencil top ornaments; desktop organizers; diaries; drawing paper; drawing rulers; educational and classroom decorations, namely, cut-outs of various shapes made of paper; educational charts for children; educational kits sold as a unit in the field of child development consisting primarily of educational books, flashcards and worksheets for the purposes of helping children learn how to read and write; educational publications, namely, educational learning cards in the field of early childhood instruction; fabric lunch bags; flash cards; foam stickers; | |

| | | | | |
|---|---|---|---|---|
| | | | framed prints; gift boxes; gift cards; gift enclosure cards; gift tags; gift wrapping paper; glue; greeting cards; halloween goodie bags of paper or plastic; holiday cards; holiday gift labels; ink pads; printed invitation cards; printed invitations; blank writing journals; lithographs; lunch bags made of textile; markers; mechanical pencils; memo pads; memorandum boards; mini prints; nail and skin stickers; notebooks; notecards; notepads; paint box books; painting sets, namely, art activity desk sets; paper banners; paper bookmarks; paper cake decorations; paper craft pad; paper crowns; paper decorations for use on classroom bulletin boards; paper gift bags; paper gift boxes; paper giftwrapping ribbons; paper growth charts; paper napkins; paper party bags; paper party decorations; paper party favors; paper party hats; paper party supplies, namely, paper napkins, paper placemats, paper giftwrap and paper giftwrapping ribbons, paper tablecloths and paper party bags; paper pennants; paper placemats; paper products for teaching and for schools, namely, scratch pads, notebooks, notepads, bookmarks; paper table covers, namely, tablecloths of paper and table linens of paper; paper treat bags; paper wall banners; paper wall decorations; paper wall hangings, namely, paper wall scrolls; paper wrapped boxes; pencil cases; pencil erasers; pencil holders; pencil sharpeners; pencils; pens; photo albums; photo books; playing cards; poster books; posters; printed educational activity guides and puzzles in the field of reading; printed invitations; printed paper door signs; printed teaching materials in the field of early childhood education; puppet books; rubber stamps; school supplies; school supplies, namely, | |

| | | | | |
|---|---|---|---|---|
| | | | pens, pencils, glue, rulers, pencil sharpeners; series of books featuring children's stories; series of children's books; serigraphs; stamp pads; stationery folders; sticker albums; sticker books; sticker sets; stickers; temporary tattoos; treat bags; writing paper pads<br><br>**020** cold cast resin figurines; decorative mirrors; decorative pillows; drinking straws; foam picture frame; hampers; non-digital photo frames; non-metal and non-leather key chains; paper photo frames; photo albums; picture frames; pillows; plastic key chains; sculptures made primarily of wood and horn; vinyl appliques for attachment to walls and other solid surfaces wall plaques made of wood or plastic; works of art of wood and wood substrates, wax, plaster or plastic<br><br>**022** cloth bag for storing and stacking diapers; lanyards for holding keys and badges<br><br>**024** bed sheets; crib sheets; children's bed sheets; comforters; bedspreads; quilts; shams; crib bumpers; crib dust ruffles; diaper changing pad covers not of paper; blankets; blankets, namely, blanket throws and woven tapestries made of textiles; bed blankets; children's blankets; baby blankets; fabrics, namely, cotton fabrics, knitted fabrics, woolen fabrics, and textile fabrics for use in making clothing and household furnishings; textile fabrics for use in making clothing and household furnishings; towels; hooded towels; beach towels; burp cloths; wash cloths; pillows; pillowcases; decorative pillow shams; shower curtains; window valance skirts; decorative mirrors<br><br>**025** clothing, namely, apparel sets and separates for men, women, children, infants, toddlers, boys and girls; one- | |

| | | | | |
|---|---|---|---|---|
| | | | piece garments for infants and toddlers; one-piece suits; onesies; pajamas; pajama pants; robes; sleep/lounge shirts; sleep/lounge shirt sets; sleepwear; nightgowns; lounge pants; loungewear; blanket sleepers; pants; shorts; rompers; skirts; dresses; shirts; golf or tennis shirts; tank tops; tops; t-shirts; cami/top sets; camisole top sets; camisoles; sweaters; sweatpants; sweatshirts; jackets; adult fleece; youth fleece; footwear; shoes; slippers; sneakers; socks; stockings; tights; hosiery; swimwear; underclothes; underwear; boxer briefs; earmuffs; scarves; gloves; mittens; aprons; belts; bow ties; neckties; neckwear; suspenders; headbands; headgear; headwear; pipe striped hats; knit caps; stovepipe hat and novelty hats; children's and adult size hats; woven caps; decorative head bands; halloween costumes; halloween costumes and costume accessories sold as a unit; masquerade costumes and masks sold in connection therewith; costumes for use in children's dress up play; adult masquerade costumes; nurse uniforms; cloth bibs; plastic bibs<br><br>**027** rugs, wall hangings, not of textile<br><br>**028** action skill games, namely, electronic toy car racing game; card games; board games; memory and matching games; puzzle games; puzzles, namely, floor puzzles, wooden puzzles, or jigsaw puzzles; playing cards; baseball bats; baseballs; soccer balls; tennis balls; golf balls; ping-pong balls; softballs; bowling balls; cricket balls; field hockey balls; handballs; volleyballs; lacrosse balls; rubber action balls; rugby balls; fleece toy balls; footballs; paddle balls; kickballs; balls, namely, high-bounce super balls; basketballs and basketball games, namely, basketball goal sets; character dolls; | |

| | | | | |
|---|---|---|---|---|
| | | | character figures; character play figures; toy character figures; toy dolls; head bobbing toy doll; play character figures; christmas ornaments; christmas stockings; hobby craft kit for making christmas stockings; hobby craft kit for making christmas wreaths; hobby craft/activity kit comprising lacing cards; laces; activity ideas; computer game equipment containing memory devices, namely, discs and computer game cassettes and interactive; computer game cassettes; video game cartridges; video game machines; crib mobiles; infant toys; infant developmental toys; educational play toys; educational toys, namely, manipulative puzzles and children's multiple activity toys; push toys; bath toys; balloons; latex balloons; paper party hats; paper streamers; party games; plush toys; plush 3-dimensional representations with unique body shape toys; plush dancing toy figures; jumbo plush toys; musical toys; mechanical and electrical action toys; bean-filled toy; hand puppets; finger puppets; plastic squeeze toys; skateboards; snow globes; yo-yo's; pet toys; dog toys; costume masks; bubble making wand and solution sets; amusement park rides<br><br>**041** amusement park services; entertainment services, namely, amusement park attraction; entertainment in the nature of an amusement park ride; entertainment in the nature of a water park; entertainment in the nature of water park rides and an amusement center; entertainment services in the nature of a continuing musical theater production; entertainment services, namely, an ongoing series featuring children's educational content provided through television broadcast and the internet; entertainment | |

| | | | | |
|---|---|---|---|---|
| | | | services, namely, traveling art exhibition; museum services; providing temporary use of non-downloadable educational videos and electronic games; provision of non-downloadable films and movies via a video-on-demand service; entertainment services, namely, the provision of continuing shows featuring animated and live-action fiction delivered by the internet<br><br>**042** retail headwear, clothing, footwear, book, and gift stores; retail store services in the field of candy, snack or bakery goods<br><br>**043** café, cafeteria or restaurant services | |
| 455. ☆ | **SHE FLYS**<br>Jurisdiction: US<br>Serial: 90454239<br>Citations: 1 0<br><br>The mark consists of the stylized words "SHE FLYS" trailing off into a heart which trails on to the tail of an airplane.<br><br>Hearts [021101]<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901]<br>Lines depicting speed, propulsion, heat or wind [261707] | Pending<br>Filed: 01/07/2021<br>First Use: 10/14/2020<br>Current Basis: Use | **025** clothing, namely, shirts, pants, sweatshirts, dresses and hats | She Flys<br><br>274 S. Quail Hollow Ct.<br>Round Lake ILLINOIS 60073<br>US |
| 456. ☆ | Jurisdiction: US<br>Reg: 5859136<br>Serial: 88152954<br>Supplemental Reg. | Registered<br>Reg: 09/10/2019 | **025** apparel, namely, shirts, sweatshirts, jackets and hats | Redbird Ventures, LLC<br><br>401 Lexington Ave.<br>Fort Smith ARKANSAS |

| | | | | |
|---|---|---|---|---|
| | The mark consists of an outline of a bird with expanded wings.<br><br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Filed: 10/12/2018<br>First Use: 09/19/2018<br>Current Basis: Use | | 72901<br>US<br><br>Attorney: Christian Gunn |
| 457. ☆ | Jurisdiction: US<br>Reg: 4186390<br>Serial: 85498893<br><br>The mark consists of the design of the head of a bird.<br><br>Other birds [031525]<br>Heads of birds [031716] | Registered<br>Renewal: 04/25/2022<br>Affidavits: 8; 15<br>Reg: 08/07/2012<br>Pub: 05/22/2012<br>Filed: 12/19/2011<br>First Use: 01/01/2009<br>Current Basis: Use | **025** clothing, namely, shirts, shorts, pants, jackets; headwear; athletic uniforms | Maricopa County Community College District<br><br>2411 W. 14th Street<br>Tempe ARIZONA 85281<br>US<br><br>Attorney: Jennifer A. Van Kirk |
| 458. ☆ | **JACOB GALEANO**<br>Jurisdiction: US<br>Reg: 6399499<br>Serial: 88766027<br><br>The mark consists of A bird above the stacked | Registered<br>Reg: 06/29/2021<br>Pub: 04/13/2021<br>Filed: 01/20/2020<br>First Use: 01/01/2018<br>Current Basis: Use | **018** handbags; purses; wallets<br><br>**025** clothing, namely, dresses, shoes, hats, boots, loafers | JACOB GALEANO CORP<br><br>7023 71st Street 2 FL<br>GLENDALE NEW YORK 11385<br>US<br><br>Attorney: Marcella Dominguez |

| | | | | |
|---|---|---|---|---|
| | words "JACOB GALEANO".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | | | |
| 459. | **MARITHE FRANCOIS GIRBAUD**<br>Jurisdiction: US<br>Reg: 1810839<br>Serial: 74273821<br>Citations: 0 1<br>The mark consists of a square-shaped label positioned on the fly of pants, with the words "MARITHE FRANCOIS GIRBAUD" superimposed on said label.<br>Trousers, slacks, shorts, bloomers [090302] | Registered<br>Renewal: 08/17/2004<br>Affidavits: 8; 15<br>Reg: 12/14/1993<br>Pub: 09/21/1993<br>Filed: 05/11/1992<br>First Use: 08/01/1988<br>Current Basis: Use | **025** pants; jeans; slacks | WURZBURG HOLDING S.A.<br>38, Boulevard Joseph II<br>Luxembourg L1840<br>LU<br>Attorney: Roberta S. Bren |
| 460. | **AMERICA'S NATIONAL PARKS**<br>Disclaims: "AMERICA'S NATIONAL PARKS"<br>Jurisdiction: US<br>Serial: 88620674<br>Citations: 0 1 | Published<br>Pub: 03/24/2020<br>Filed: 09/17/2019<br>Current Basis: ITU | **003** sunscreen cream; lip balm<br>**005** antibacterial hand sanitizer gel; insect repellents<br>**009** collectible refrigerator magnets; binoculars; downloadable computer application software for mobile phones, namely, software featuring maps, park listings, photographs, interpretive texts, commemorative stamps and news highlighting natural and historical wonders and national parks | Eastern National<br>Suite 1<br>470 Maryland Dr.<br>Fort Washington PENNSYLVANIA 19034<br>US<br>Attorney: Christiane S. Campbell |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a bird over the words "AMERICA'S NATIONAL PARKS".<br>Stylized birds and bats [031524]<br>Other birds [031525] | | **014** collectible medallions; metal key rings<br>**016** publications, namely, books in the fields of geography, history, conservation and recreation; booklet featuring maps; park listings; photographs; interpretive text highlighting natural; historic wonders; commemorative stamps; printed materials, namely, newsletters in the field of national parks; decals<br>**018** tote bags<br>**021** mugs; water bottles sold empty; lunch bags not of paper<br>**024** banners made of cloth<br>**025** clothing, namely, shirts, hats, tops, sweatshirts, jackets, and t-shirts; baseball caps<br>**026** collectible ornamental cloth patches and novelty pins<br>**028** christmas tree ornaments<br>**035** online retail store services featuring gifts, gift sets, apparel, collectibles, patches, pins, magnets; promotional services, namely, promoting greater public awareness of national parks; on-line retail store services featuring books, maps, posters, prints, pins, patches, scrapbooking kits, clothing, games, collectables, audio cassettes and compact discs, video cassettes and cd-roms, gifts, arts and crafts, clothing, periodicals, postcards, stationery, toys, food, collectibles, and audio and video recordings; promotional services, namely, promoting greater public awareness of the importance of national parks; computerized on-line retail store services all featuring gifts, clothing, books, periodicals, maps, post cards, stationery, food, and recordings | |

| | | | | |
|---|---|---|---|---|
| 461. | **PRETTY CRAFTY BIRD**<br>Jurisdiction: US<br>Serial: 97370554<br>The mark consists of stylized bird with outstretched wings. Beak and body attached, wings made up of 3 shapes identical on both sides, two additional shapes make up plume. Pretty Crafty Bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pending<br>Filed: 04/19/2022<br>First Use: 11/16/2019<br>Current Basis: Use | **025** pants; t-shirts; outer jackets; women's clothing, namely, shirts, dresses, skirts, blouses | DBA Pretty Crafty Bird<br>Brown, Rahbynn G<br>4850 N Oak Street<br>Forest Park GEORGIA 30297<br>US |
| 462. | Jurisdiction: US<br>Reg: 6411071<br>Serial: 90282288<br>The mark consists of stylized lines in the design of a bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Wavy lines, bands or bars [261702] | Registered<br>Reg: 07/06/2021<br>Pub: 04/20/2021<br>Filed: 10/27/2020<br>First Use: 05/30/2020<br>Current Basis: Use | **025** apparel, namely, t-shirts, shirts, tank tops, dresses, skirts, shorts, and pants | Augustine, Inc.<br>30 Iroquois Avenue<br>St. Augustine FLORIDA 32084<br>US<br>Attorney: Charles Kim |

| | | | | |
|---|---|---|---|---|
| | Curved lines, bands or bars [261709]<br>Other lines, bands or bars [261725] | | | |
| 463. | **4TH OF JULY**<br>Jurisdiction: US<br>Reg: 4872453<br>Serial: 79161941<br>Citations: 2 1<br>The mark consists of the stacked wording "4th OF JULY" with a design to the left of an open wreath with a winged bird and a diamond shape over the head of the bird.<br>Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Garlands, wreaths, bands, borders or frames made of plants [051502]<br>Stones for jewelry (cut or uncut), nuggets of precious metal [170301] | Registered<br>Reg: 12/22/2015<br>Pub: 10/06/2015<br>Filed: 08/25/2014<br>Current Basis: Madrid | **025** woman suits; layettes; baby pants; baby clothes, namely, shirts, jackets, tops, bottoms; swimsuit; swimsuit for women; swimsuit for men; swimwear for men and women; swim trunks; swim trunks being shorts; swimwear; bathrobes; flip-flops; shower sandals; bathing shoes; swimming trunks; swim briefs; bandanas; printed t-shirts; clothing made of imitation leather, namely, tops, bottoms, pants, jackets, coats; clothing for children, namely, tops, bottoms, jackets, shirts; clothing for boys, namely, tops, bottoms, jackets, shirts; clothing for pregnant woman, namely, tops, bottoms, shirts, jackets, skirts, robes; casual dresses; shirts; bikinis; boxer-shorts; bras; lingerie; three-piece suits; one-piece suit; bow tie; belts; ankle boots; gloves; shirts; dress shirts; sports shirts; collared shirts; open-necked shirts; shirts with hidden button-border; nightshirts; pants; shorts; leather pants; baby pants; pants for kids; tracksuit pants; pantsuits; culottes being skirts; hats; jackets, coats and waistcoats for men and women; dresses; dresses for leisure activity; dresses for kids; small hats; corsets being underclothing; ties; pocket squares; short- or long sleeved t-shirts; shorts; short sleeved shirt; casual wear pants; legging being pants; lingerie; cuffs; muffs; coats; fur lined coats; coats out of cotton; coats out of fur; caps; sleepwear; overalls; polo shirts; slips; pumps being footwear; turtle necks; rugby shirts; scarfs; briefs; shorts and slips; low shoes; shoes for women; shoes for leisurewear; shoes for casual wear; shoes with hook and loop fasteners; high heel shoes; shoes and sandals | Hartmann, Rouven<br>Ernst-August-Straße 10<br>37412 Herzberg<br>DE |

| | | | | |
|---|---|---|---|---|
| | | | made of esparto grass; footwear; footwear except orthopedic shoes; footwear for women; footwear for recreation areas; footwear for men; footwear for men and women; footwear for children; footwear for infants; scarfs; sports caps and hats; quilted jackets; boots; headbands; stockings; sweater; sweatpants; sweatshirts; sweat shorts; t-shirts; tabards being overcoats; tops; toques being hats; trench coats being short coats; strapless bras; shawls; undershirts; panties; underwear; underwear for ladies; underwear for women; sweater; wind pants; wind-resistant jackets<br>**026** brooches for clothing as a dress accessory; belt buckles as a dress accessory | |
| 464. | **PROCESS OVER PRIZE**<br>Jurisdiction: US<br>Reg: 6676303<br>Serial: 90615068<br>The mark consists of two birds, a raven and a robin, in front of a chain that connects to a sign on which the birds stand. The sign contains the wording "PROCESS OVER PRIZE".<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Signs not attached to a support [071302] | Registered<br>Reg: 03/22/2022<br>Pub: 01/04/2022<br>Filed: 03/31/2021<br>First Use: 03/30/2021<br>Current Basis: Use | **025** hats; martial arts uniforms; sweatshirts; t-shirts | Martin Thomas<br>8122 Shubrick Road<br>Monterey CALIFORNIA 93940<br>US<br>Attorney: Jonathan N. King |

| | | | | |
|---|---|---|---|---|
| | Chains, links of chains [140105] | | | |
| 465. | **HOLLISTER**<br>Jurisdiction: US<br>Reg: 4538019<br>Serial: 85193900<br>Citations: 0 6<br>The mark consists of the word "HOLLISTER" under a bird design silhouette.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Affidavits: 8; 15<br>Reg: 05/27/2014<br>Pub: 02/15/2011<br>Filed: 12/09/2010<br>First Use: 03/01/2005<br>Current Basis: Use | **025** belts; bottoms; coats; footwear; jackets; sleepwear; swim wear; tops | Abercrombie & Fitch Trading Co.<br>Attn: Lindsay Yeakel Capps<br>6301 Fitch Path<br>New Albany OHIO 43054<br>US |
| 466. | Jurisdiction: US<br>Reg: 5466377<br>Serial: 87573306<br>The mark consists of a bird with a head, beak, and wing.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 05/08/2018<br>Pub: 01/16/2018<br>Filed: 08/17/2017<br>First Use: 08/15/2017<br>Current Basis: Use | **025** shirts; pants; shorts; caps; visors; shoes<br>**028** golf gloves | Kelken Enterprises<br>12 Caco Drive<br>Lillington NORTH CAROLINA 27546<br>US<br>Attorney: Ashley Johnson |
| 467. | **BIRDDOGS**<br>Jurisdiction: US<br>Reg: 6332787<br>Serial: 90126519<br>Citations: 0 1 | Registered<br>Reg: 04/27/2021<br>Pub: 02/09/2021 | **025** shorts; pants; shoes; shirts<br>**035** online retail store services featuring clothing | Birddogs Inc.<br>110 Executive Drive, Suite 5<br>Newark DELAWARE 19702<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the term "birddogs" beneath which appears a bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Filed: 08/20/2020<br>First Use: 08/14/2014<br>Current Basis: Use | | Attorney: Martin Schwimmer |
| 468. | **DAFT BAT**<br>Jurisdiction: US<br>Reg: 5630221<br>Serial: 86755792<br>The mark consists of the words "DAFT BAT", depicted in a stylized font, with a silhouette of a flying bat above the words.<br>Bats [031516] | Registered<br>Reg: 12/18/2018<br>Pub: 10/02/2018<br>Filed: 09/14/2015<br>Current Basis: Foreign Registration | **009** skateboard helmets; crash helmets; safety helmets; protective helmets; sports helmets; bicycle helmets; motorcycle helmets; articles of protective clothing with built in armour for protection against accident or injury for use in skateboarding, skating, cycling, and motorcycling<br>**025** clothing, namely, t-shirts, hoodies, jackets, sports jackets, coats, waterproof clothing, namely, waterproof coats, waterproof jackets, polo shirts, sports jerseys, cycling jerseys, tracksuits, trousers, joggers, namely, jogging suit bottoms, shorts, swimwear, wetsuits for surfing, vests, leggings, leggings for use while bicycling, belts, gloves, motorcycle gloves, sweatbands, head sweatbands; footwear; headgear, namely, hats, caps<br>**028** sporting articles, namely, boards used in the practice of water sports, body boards, ski boards, snow boards, surf boards, windsurf boards, swim boards, skateboards, roller skates, in-line skates, in-line roller skates; protective padding for sports, namely, shin pads, knee pads, shoulder pads, elbow pads, leg pads, and arm pads, | Daft Bat Sportz Ltd<br>West House, King Cross Road, Halifax<br>West Yorkshire HX11EB<br>GB<br>Attorney: Peter Kunin |

| | | | | |
|---|---|---|---|---|
| | | | all of the foregoing for skateboarding, skating and bicycling; body protectors for sports use, namely, shin pads, knee pads, shoulder pads, elbow pads, leg pads and arm pads, all of the foregoing for skateboarding, skating and bicycling; shin pads for sports use; knee pads for sports use; shoulder pads for sports use; elbow pads for sports use; leg pads for sports use; pads for use in sport, namely, shin pads, knee pads, shoulder pads, elbow pads, leg pads and arm pads for skateboarding, all of the foregoing for use for skateboarding, skating and bicycling; athletic protective arm pads for skateboarding; athletic protective arm pads for skating; athletic protective arm pads for cycling; athletic protective knee pads for skateboarding; athletic protective knee pads for skating; athletic protective knee pads for cycling; athletic protective wrist pads for skateboarding; athletic protective wrist pads for skating; athletic protective elbow pads for skateboarding; athletic protective elbow pads for skating<br>**035** retail store services and online retail store services featuring clothing, footwear, headgear and fashion accessories, protective headgear, headwear for sporting activities for protection against injury, skateboard helmets, crash helmets, safety helmets, protective helmets, sports helmets, bicycle helmets, motorcycle helmets, sporting articles including boards used in the practice of water sports, body boards, ski boards, snow boards, surf boards, windsurf boards, swim boards, skateboards, roller skates, in-line skates, in-line roller skates, protective padding for sports, body protectors for sports use, shin pads for sports use, knee pads for sports use, shoulder pads for sports | |

| | | | | |
|---|---|---|---|---|
| | | | use, elbow pads for sports use, leg pads for sports use, pads for use in sport, athletic protective arm pads for skateboarding, athletic protective arm pads for skating, athletic protective arm pads for cycling, athletic protective knee pads for skateboarding, athletic protective knee pads for skating, athletic protective knee pads for cycling, athletic protective wrist pads for skateboarding, athletic protective wrist pads for skating, athletic protective elbow pads for skateboarding, athletic protective elbow pads for skating, bicycles, mugs, and home accessories; business consultancy, advisory and information services in the field of the foregoing retail store services and online retail store services | |
| 469. | Jurisdiction: US<br>Reg: 5617336<br>Serial: 87886084<br>The mark consists of a stylized unfolded bird wing within a shield.<br>Wings [031701]<br>Shields or crests with figurative elements contained therein or superimposed thereon [240102] | Registered<br>Reg: 11/27/2018<br>Pub: 09/11/2018<br>Filed: 04/20/2018<br>First Use: 09/21/2015<br>Current Basis: Use | **036** charitable fundraising<br>**035** business consultation in the field of education leadership development concerning child protection, awareness and prevention of child abuse and bullying<br>**025** clothing, namely, shirts, ties, pullovers, scarves, hats, caps and beanies<br>**041** education services, namely, classes, seminars, training, and workshops in the fields of child protection, awareness and prevention of child abuse and bullying | Beau Biden Foundation for the Protectionof Children, Inc.<br>4601 Concord Pike<br>Wilmington DELAWARE 19803<br>US<br>Attorney: Michael C. Hochman |
| 470. | **B**<br>Jurisdiction: US<br>Reg: 4306241<br>Serial: 85479338 | Registered<br>Affidavits: 8; 15<br>Reg: 03/19/2013 | **025** clothing, namely, headwear, shirts | Rogers Blue Jays Baseball Partnership<br>Suite 3200<br>One Blue Jays Way<br>Toronto, Ontario M5V1J1<br>CA |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized representation of the head of a blue jay bird in profile with the letter "B" in stylized uppercase lettering superimposed on the right side of the bird graphic.<br>Other birds [031525]<br>Heads of birds [031716] | Pub: 05/01/2012<br>Filed: 11/22/2011<br>First Use: 03/12/2012<br>Current Basis: Use | | Attorney: Mary L. Kevlin |
| 471. | Jurisdiction: US<br>Reg: 6108538<br>Serial: 88145006<br>The mark consists of a bird head having a large beak.<br>Ducks, geese, swans [031506]<br>Sea birds (including gulls and pelicans) [031509]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716] | Registered<br>Reg: 07/21/2020<br>Pub: 04/23/2019<br>Filed: 10/05/2018<br>First Use: 05/07/2020<br>Current Basis: Use | **025** apparel, namely, shirts, pants, socks, underwear, hats, jackets, coats, gloves, and belts | Shaun Roberson<br>917 Maple Road<br>Williamsville NEW YORK 14221<br>US<br>Attorney: Ellen S. Simpson |
| 472. | Jurisdiction: US<br>Reg: 3837191<br>Serial: 77892872<br>2(f) claim | Registered<br>Renewal: 04/09/2020<br>Affidavits: 8; 15 | **025** caps; sweat pants; sweat shirts; t-shirts | Swarthmore College<br>500 College Ave<br>Swarthmore<br>PENNSYLVANIA<br>198011897<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of design of a bird, namely, a Phoenix arising.<br>Stylized birds and bats [031524] | Reg: 08/24/2010<br>Pub: 06/08/2010<br>Filed: 12/14/2009<br>First Use: 01/31/2009<br>Current Basis: Use | | Attorney: Daniel Kegan |
| 473. | Jurisdiction: US<br>Reg: 4022932<br>Serial: 76979139<br>Citations: 9 1<br>The mark consists of a bird design silhouette.<br>Sea birds (including gulls and pelicans) [031509]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Registered<br>Renewal: 09/20/2021<br>Affidavits: 8; 15<br>Reg: 09/06/2011<br>Pub: 04/13/2010<br>Filed: 05/16/2003<br>First Use: 08/08/2003<br>Current Basis: Use | **025** clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in hollister co. stores and hollister co. online web-sites | ABERCROMBIE & FITCH TRADING CO.<br>Attn: Lindsay Capps<br>6301 Fitch Path<br>NEW ALBANY OHIO 43054<br>US<br>Attorney: Lindsay Capps |
| 474. | Jurisdiction: US<br>Reg: 6029462<br>Serial: 87108053<br>The mark consists of a stylized bird design resembling a phoenix. | Registered<br>Reg: 04/07/2020<br>Pub: 12/27/2016<br>Filed: 07/18/2016<br>First Use: 11/26/2019<br>Current Basis: Use | **025** clothing, namely, t-shirts, sweatshirts, hooded sweatshirts, jackets, headwear | NINTENDO OF AMERICA INC.<br>4600 150TH AVENUE NE<br>REDMOND WASHINGTON 98052<br>US<br>Attorney: Jerald E. Nagae, Reg. No. 29,418 |

| | | | | |
|---|---|---|---|---|
| | The stylized bird appears inside an incomplete circle broken on the left and right sides above and below the bird's wings and at the center bottom. The lower right and left portions of the incomplete circle each have an additional line ending in a point.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Dragons and griffons (half eagle, half lion) [040501]<br>Phoenix (legendary bird) [040505]<br>Other mythological or legendary animals [040525]<br>Incomplete circles (more than semi-circles) [260103] | | | |
| 475. | **PLAYERS ONLY GOLF CLUB**<br>Disclaims: "GOLF CLUB"<br>Jurisdiction: US<br>Serial: 90815133<br>The mark consists of of a circle with the words PLAYERS ONLY at the top and an image of a bird in the middle and underneath the bird the words GOLF CLUB. | Published<br>Pub: 05/03/2022<br>Filed: 07/07/2021<br>Current Basis: ITU | **025** golf apparel, namely, gloves, shirts, t-shirts, pants, shorts; headwear | Players Only Golf Club, LLC<br>891 South 2040 West<br>Orem UTAH 84059<br>US<br>Attorney: Christopher J. Day |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524]<br>Other birds [031525]<br>Two concentric circles [260117]<br>Circles that are totally or partially shaded. [260121] | | | |
| 476. | **SALT TREATED ·CLOTHING CO·**<br>Disclaims: "CLOTHING CO"<br>Jurisdiction: US<br>Reg: 4662124<br>Serial: 86134116<br>The mark consists of a design of a flying fish logo on top of the design of waves, and the words "Salt Treated ·Clothing Co·".<br>Swordfish, sawfish, sailfish [031904]<br>Stylized fish, whales, seals and sea lions [031924]<br>Other fish [031925]<br>Open sea, stretches of water without shore, multiple waves [060303] | Registered<br>Affidavits: 8<br>Reg: 12/30/2014<br>Pub: 10/14/2014<br>Filed: 12/03/2013<br>First Use: 08/01/2012<br>Current Basis: Use | **025** dress shirts; hats; shorts; t-shirts | Kemp, Charles<br>1711 Evans street<br>1711<br>Morehead City NORTH CAROLINA 28557<br>US |
| 477. | **AIRKISS**<br>Jurisdiction: US<br>Reg: 5383275<br>Serial: 87030478<br>Citations: 1 0 | Registered<br>Reg: 01/23/2018<br>Pub: 11/07/2017<br>Filed: 05/09/2016<br>First Use: 02/18/2016 | **025** baby doll pyjamas; baby layettes for clothing; children's cloth eating bibs; dresses; hats; headbands; hosiery; jackets; knit tops; leg-warmers; scarfs; shoes; socks; sweaters; t-shirts; foundation garments | YiWu HeHe E-Commerce CO.,LTD.<br>Room509?NO.588 A2 Building<br>BeiYuan Street,ChunHua Road<br>Yiwu 322000<br>CN |

| | | | | |
|---|---|---|---|---|
| | The mark consists of two flying bats in front of an incomplete circle containing the stylized wording "AIRKISS" at the bottom of the circle.<br>Birds or bats in flight or with outspread wings [031519]<br>Incomplete circles (more than semi-circles) [260103]<br>Semi-circles [260106]<br>Curved lines, bands or bars [261709] | Current Basis: Use | | |
| 478. | **FLY SH!**<br>Jurisdiction: US<br>Serial: 90703330<br>The mark consists of the letters FLY SH an exclamation mark ! replaces the letter I and an airplane facing up replaces the letter T.<br>Airplanes, including gliders, propeller and jet-powered planes, ultra lights [180901]<br>Punctuation marks, including commas(,), question marks(?), &xclamation points(! at symbols(@), and hyphens(-) [241714] | Pending<br>Filed: 05/11/2021<br>Current Basis: ITU | **025** coats; dresses; gloves; hats; pants; shirts; socks; sweaters; sweatpants; underwear; clothing layettes; clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; clothing wraps; clothing, namely, crops; coats for men and women; coats made of cotton; coats of denim; dress shields; dress shirts; dress shoes; dress straps; dress suits; dresses made from skins; dresses that may also be used as towels; dressing gowns; gloves for apparel; hat frames; hat liners; hats for infants, babies, toddlers and children; shirt fronts; shirt inserts, namely, dickies; shirt yokes; shirt-jacs; shirts and short-sleeved shirts; shirts for infants, babies, toddlers and children; shirts for suits; sock suspenders; socks and stockings; t-shirts; underwear, namely, boy shorts; a-shirts; adult novelty gag clothing item, namely, socks; ankle socks; anklets; anti-perspirant socks; anti-sweat underwear; apparel for dancers, | DBA FanaS Air LLC<br>Fana A Sutherland<br>9703 Sutphin Blvd Unit 350162<br>Queens NEW YORK 11435<br>US |

| | | | | |
|---|---|---|---|---|
| | Geometric figures forming letters or numerals, including punctuation [270301]<br>Representations of objects forming letters or numerals, including punctuation [270305] | | namely, tee shirts, sweatshirts, pants, leggings, shorts and jackets; athletic pants; athletic shirts; athletic sweaters; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; babies' pants; balloon pants; baseball caps and hats; beach hats; belts; bicycle gloves; bicycling gloves; boat socks; body shirts; bottoms as clothing; bridesmaid dresses; briefs as underwear; bucket hats; business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; button down shirts; button-front aloha shirts; camouflage gloves; camouflage jackets; camouflage pants; camouflage shirts; camp shirts; capri pants; cargo pants; chef coats; chef hats; chef pants; chef shirts; children's underwear; climbing gloves; cloche hats; clothing for athletic use, namely, padded pants; clothing for athletic use, namely, padded shirts; clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; cocktail dresses; collared shirts; combinations; corduroy pants; corduroy shirts; corsets being clothing; costumes for use in children's dress up play; cowboy hats; crew neck sweaters; crop pants; cross-country gloves; dance pants; denim pants; denims; disposable underwear; down jackets; drawers as clothing; dress pants; driving gloves; duffle coats; dust coats; ear warmers being clothes; evening coats; evening dresses; fascinator hats; fashion hats; fingerless gloves; fingerless gloves as clothing; fishing shirts; flannel shirts; flood pants; formalwear, namely, dresses, gowns, tuxedos, dinner jackets, trousers and footwear; foulards; fur coats; fur coats and jackets; fur hats; fur jackets; furs being clothing; gloves as clothing; golf pants; shirts; skirts; golf shirts; graphic t- | |

| | | | | |
|---|---|---|---|---|
| | | | shirts; gym pants; head wraps; heavy coats; heavy jackets; henley shirts; hiking jackets; hooded sweat shirts; hoodies; hoods; horse-riding pants; hunting jackets; hunting pants; hunting shirts; jackets; jackets and socks; japanese style socks (tabi covers); japanese style socks (tabi); jeggings, namely, pants that are partially jeans and partially leggings; jogging pants; jumper dresses; knit dresses; knit jackets; knit shirts; knitted gloves; knitted underwear; lab coats; ladies' underwear; leather coats; leather hats; leather pants; leather shirts; leather belts; leg shielding device, attachable to and detachable from a person's pants, comprised of padding to shield the legs from flying debris when mowing with a string trimmer; light-reflecting coats; long jackets; long underwear; long-sleeved shirts; lounge pants; mantles; men's dress socks; men's socks; men's underwear; men's and women's jackets, coats, trousers, vests; mock turtle-neck sweaters; moisture-wicking sports shirts; morning coats; motorcycle gloves; motorcycle jackets; mountaineering gloves; night shirts; non-disposable cloth training pants; non-slip socks; nurse dresses; nurse pants; open-necked shirts; outdoor gloves; outer jackets; over coats; over shirts; padding jackets; paper hats for use as clothing items; paper shoes used when going through metal detectors to keep feet and socks clean; parts of clothing, namely, gussets for tights, gussets for stockings, gussets for bathing suits, gussets for underwear, gussets for leotards and gussets for footlets; pea coats; perspiration absorbent underwear clothing; perspiration absorbent strap to be used in the bill of a hat; petti-pants; pinafore dresses; pique shirts; plastic socks used in the airport environment when going | |

| | | | | |
|---|---|---|---|---|
| | | | through security to keep feet clean, dry and sanitary; polo shirts; rain coats; rain hats; rain jackets; rainproof jackets; ramie shirts; reversible jackets; riding coats; riding gloves; rugby shirts; scrub tops and pants not for surgical purposes; sedge hats (suge-gasa); sheepskin coats; shell jackets; shifts as clothing; short sets; short-sleeve shirts; short-sleeved shirts; short-sleeved or long-sleeved t-shirts; ski gloves; ski jackets; ski pants; skirts and dresses; sleep pants; sleep shirts; sleeves worn separate and apart from blouses, shirts and other tops; slipper socks; small hats; smoking jackets; snap crotch shirts for infants and toddlers; snow pants; snowboard gloves; snowboard jackets; snowboard pants; sport coats; sport shirts; sports jackets; sports pants; sports shirts; sports shirts with short sleeves; sports caps and hats; stocking hats; stretch pants; stuff jackets; suede jackets; suit coats; sweat pants; sweat shirts; sweat-absorbent socks; sweat-absorbent underwear; tangas being underwear; tap pants; tee shirts; tee-shirts; tennis dresses; thermal socks; thermal underwear; thong underwear; ties as clothing; toboggan hats; toboggan hats; pants; caps; toe socks; top coats; top hats; tops as clothing; track jackets; track pants; travel clothing contained in a package comprising reversible jackets, pants, skirts, tops and a belt or scarf; trekking jackets; trench coats; trouser socks; tube dresses; turtle neck shirts; turtleneck sweaters; underarm clothing shields; v-neck sweaters; water socks; waterproof jackets and pants; wearable garments and clothing, namely, shirts; wedding dresses; wet suit gloves; wind coats; wind pants; wind shirts; wind-jackets; winter coats; women's hats and hoods; women's underwear; women's ceremonial | |

| | | | | |
|---|---|---|---|---|
| | | | dresses; women's clothing, namely, shirts, dresses, skirts, blouses; woollen socks; woolly hats; woven dresses; woven shirts; woven or knitted underwear; wristbands as clothing; yoga pants; yoga shirts; yoga socks | |
| 479. ☆ | **JR. THUNDERBIRDS**<br>Jurisdiction: US<br>Serial: 97296015<br>The mark consists of of a graphic design of a face of a bird facing left superimposed over parallel bars and the words "JR. THUNDERBIRDS" in upper case font below the face of the bird.<br>Lightning or electricity [011502]<br>Other birds [031525]<br>Heads of birds [031716]<br>Two Triangles [260513]<br>Triangles that are completely or partially shaded [260521]<br>Three or more quadrilaterals [261314]<br>Quadrilaterals that are completely or partially shaded [261321] | Pending<br>Filed: 03/04/2022<br>Current Basis: ITU | **025** clothing, namely, t-shirts, sweatshirts, hats, shorts, sweatpants, jackets<br>**041** entertainment in the nature of hockey tournaments and hockey games | Springfield Hockey, LLC<br>25th Floor<br>One Monarch Place<br>Springfield<br>MASSACHUSETTS 01144<br>US<br>Attorney: Deborah A. Basile |
| 480. ☆ | **MOUNTAIN LURE**<br>Jurisdiction: US<br>Reg: 6638932<br>Serial: 90591357 | Registered<br>Reg: 02/08/2022<br>Pub: 11/23/2021 | **025** hats; shirts; t-shirts | Susan Leach<br>1381 Highlands Pkwy<br>Mouth of Wilson VIRGINIA 24363<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of two rounded mountain peaks with a mountain stream in the foreground. The stylized words "Mountain Lure" are above the stream in front of the right mountain peak with a fly fishing line trailing to the left out of the "M" in the word "Mountain", with a fly lure at the end of the line resting on the stream surface.<br>Mountains, mountain landscapes [060104]<br>Fishing rods, tackle, nets, hooks and lures [210308]<br>Curved lines, bands or bars [261709] | Filed: 03/19/2021<br>First Use: 05/13/2020<br>Current Basis: Use | | Attorney: Kevin D. Israel |
| 481. ☆ | **EAGLE CREST**<br>Jurisdiction: US<br>Reg: 5670635<br>Serial: 88111509<br>Citations: 0 1<br>The mark consists of Image of flying eagle from side with wings outspread and uplifted, and talons extended, positioned between the words "EAGLE" and "CREST". | Registered<br>Reg: 02/05/2019<br>Pub: 11/20/2018<br>Filed: 09/10/2018<br>First Use: 03/01/1983<br>Current Basis: Use | **026** cloth patches and embroidered emblems for clothing<br>**025** clothing, namely, boots, shoes, slippers, hats, shirts, aprons, caps being headwear, jackets, and pants | Libera, Daniel C.<br>5357 Ramona Boulevard<br>Jacksonville FLORIDA 32205<br>US<br>Attorney: Steven R. Scott |

| | | | | |
|---|---|---|---|---|
| | Eagles [031501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | | | |
| 482. ☆ | Jurisdiction: US<br>Reg: 5791669<br>Serial: 87873411<br>The mark consists of Two crossed pistons with birds above each piston.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Motors, engines, generators [150104] | Registered<br>Reg: 07/02/2019<br>Pub: 04/16/2019<br>Filed: 04/11/2018<br>First Use: 04/01/2018<br>Current Basis: Use | **025** beanies; hats; jackets; jackets incorporating backpacks; pants; shirts; shirts and short-sleeved shirts; shirts for infants, babies, toddlers and children; socks; tank-tops; tank tops; ankle socks; anklets; anti-perspirant socks; athletic jackets; athletic pants; athletic shirts; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; balaclavas; baseball caps and hats; bed jackets; body shirts; bomber jackets; button down shirts; button-front aloha shirts; camouflage jackets; camouflage pants; camouflage shirts; camp shirts; capri pants; cargo pants; clothing for athletic use, namely, padded pants; clothing for athletic use, namely, padded shirts; clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; collared shirts; corduroy pants; corduroy shirts; crop pants; denim jackets; denim pants; denims; down jackets; dress pants; dress shirts; fishermen's jackets; fishing shirts; golf shirts; golf pants; shirts; skirts; graphic t-shirts; gym pants; heavy jackets; henley shirts; hiking jackets; hooded sweat shirts; horse-riding pants; hunting jackets; hunting pants; hunting shirts; jackets and socks; jeggings, namely, pants that are partially jeans and partially leggings; jogging pants; knit jackets; knit shirts; leather hats; leather jackets; leather pants; leather shirts; leg shielding device, attachable to and detachable from a person's pants, comprised of padding to shield the legs from flying debris when mowing | SAINTS OF SPEED DBA SAINTS OF SPEED<br>2279 EAGLE GLEN PKWY #112-447<br>CORONA CALIFORNIA 92883<br>US |

| | | | | |
|---|---|---|---|---|
| | | | with a string trimmer; light-reflecting jackets; long jackets; long-sleeved shirts; lounge pants; men's socks; men's and women's jackets, coats, trousers, vests; moisture-wicking sports pants; moisture-wicking sports shirts; motorcycle jackets; non-slip socks; open-necked shirts; outer jackets; padded jackets; padding jackets; plastic slippers used in the airport environment when going through security to keep feet and socks clean, dry and sanitary; polo shirts; rain hats; rain jackets; rainproof jackets; reversible jackets; riding jackets; rugby shirts; shell jackets; short-sleeve shirts; short-sleeved shirts; short-sleeved or long-sleeved t-shirts; shrugs; ski jackets; sleep pants; sleeved or sleeveless jackets; slipper socks; snow pants; snowboard jackets; snowboard pants; sport shirts; sports jackets; sports pants; sports shirts; sports shirts with short sleeves; sports caps and hats; stretch pants; suede jackets; sweat jackets; sweat pants; sweat shirts; sweat-absorbent socks; t-shirts; tee shirts; tee-shirts; thermal socks; toques; track jackets; track pants; travel clothing contained in a package comprising reversible jackets, pants, skirts, tops and a belt or scarf; trekking jackets; triathlon clothing, namely, triathlon tights, triathlon shorts, triathlon singlets, triathlon shirts, triathlon suits; turtle neck shirts; waterproof jackets and pants; wearable garments and clothing, namely, shirts; wind pants; wind shirts; wind resistant jackets; wind-jackets; windbreakers; women's hats and hoods; women's clothing, namely, shirts, dresses, skirts, blouses; woollen socks; woolly hats; woven shirts; yoga pants; yoga shirts | |
| 483. | **BIRDY1**<br>Jurisdiction: US | Pending | **025** footwear; headwear; undergarments; bottoms as clothing; | Jobson, Elaine |

| | | | | |
|---|---|---|---|---|
| ☆ | Serial: 90726511<br>The mark consists of A bird hold a chain in its mouth.<br>Parrots, toucans [031514]<br>Stylized birds and bats [031524]<br>Necklaces, bracelets, chains [170302] | Filed: 05/21/2021<br>Current Basis: ITU | tops as clothing | 811 Terranova Road<br>Winter Haven FLORIDA 33884<br>US |
| 484. ☆ | **DOOR!**<br>Jurisdiction: US<br>Reg: 5596910<br>Serial: 87568540<br>The mark consists of the stylized text "Door!". The letter "D" has an image of a tandem skydive in the middle of the letter, the first letter "o" has an image of a sit flying skydiver in the middle of it, the second letter "o" has an image of a upside down skydiver in the middle of it, the letter "r" has an image of a belly flying skydiver, facing to the right, and the exclamation point "!" has an image of a canopy flying skydiver that's facing to the left, in the middle of it. | Registered<br>Reg: 10/30/2018<br>Pub: 12/19/2017<br>Filed: 08/14/2017<br>First Use: 03/17/2018<br>Current Basis: Use | **025** clothing, namely, shirts, sweatshirts, pants, socks, and hats, sun visors being headwear | R L Livingston Enterprises LLC<br>1562 Ridgewood Dr<br>Orangeburg SOUTH CAROLINA 29118<br>US |

| | | | | |
|---|---|---|---|---|
| | Humans playing games or engaged in other sports [020919]<br>Parachutes, parasails [180906]<br>Punctuation marks, including commas(,), question marks(?), &xclamation points(! at symbols(@), and hyphens(-) [241714] | | | |
| 485. ☆ | **ELLIE'S BOWS**<br>Disclaims: "BOWS"<br>Jurisdiction: US<br>Reg: 4068943<br>Serial: 76707250<br>Citations: 0 2<br>The mark consists of a flower that has a bee flying in the center and the wording "ELLIE'S BOWS" to right of the design.<br>Bees, wasps, hornets [032306]<br>Ovals made of broken or dotted lines [260305] | Registered<br>Affidavits: 8<br>Reg: 12/13/2011<br>Pub: 09/27/2011<br>Filed: 04/13/2011<br>First Use: 01/12/2011<br>Current Basis: Use | **025** clothing, namely, shirts, pants, shorts, dresses, skirts, sweat shirts and headwear<br>**026** lace; embroidery; ribbons; braids | Apollo, Elliena Sol<br>3070 SUMMER MOUNTAIN RD<br>3070 SUMMER MOUNTAIN RD<br>PALMERTON PENNSYLVANIA 18071<br>US |
| 486. ☆ | Jurisdiction: US<br>Reg: 5099813<br>Serial: 87009205<br>The mark consists of three stylized ducks flying with their wings bowed/cupped as they | Registered<br>Reg: 12/13/2016<br>Pub: 09/27/2016<br>Filed: 04/21/2016<br>First Use: 12/28/2014<br>Current Basis: Use | **016** 3d decals for use on any surface; bumper stickers; decals; decorative decals for vehicle windows<br>**025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; baseball caps and hats; short-sleeved or long-sleeved t-shirts | TRI-J Enterprises, Inc.<br>PO Box 8<br>Lottie LOUISIANA 70756<br>US |

| | | | | |
|---|---|---|---|---|
| | are about to land on water with their legs extended.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519] | | | |
| 487. ☆ | Jurisdiction: US<br>Reg: 5632212<br>Serial: 87903260<br>The mark consists of a flying stork with its wings all open and in its beak is a baby swaddled in a receiving blanket.<br>Silhouettes or profiles of children [020502]<br>Baby or babies [020506]<br>Storks, flamingos, heron and other long-legged waders [031508]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Bedspreads, cushions, pillows, comforters, blankets, bed pads [090107] | Registered<br>Reg: 12/18/2018<br>Pub: 10/02/2018<br>Filed: 05/02/2018<br>First Use: 02/20/2018<br>Current Basis: Use | **025** aprons; brassieres; dresses; footwear; headwear; hosiery; pyjamas; sleepwear; tunics; turbans; underpants; waistcoats; baby layettes for clothing; clothing for babies, toddlers and children, treated with fire and heat retardants, namely, pajamas, jackets, shirts, pants, jumpers; corsets being foundation clothing | Hangzhou Xunyang Industry Co., Ltd.<br>RM 301, 3F, BLD 1, No. 64, Shitangyi RD,<br>Qiaosi Subdistrict, Yuhang District,<br>Hangzhou, Zhejiang, 311101<br>CN |
| 488. ☆ | Jurisdiction: US<br>Reg: 4809332<br>Serial: 86149974 | Registered<br>Affidavits: 8; 15<br>Reg: 09/08/2015<br>Pub: 11/18/2014 | **025** clothing, namely, tops and t-shirts<br>**035** promoting public awareness about human trafficking and slavery; business consulting services, namely, reviewing company policies and supply chains to prevent human trafficking and slavery | The Tronie Foundation<br>4570 Avery Lane SE<br>Lacey WASHINGTON 98503<br>US<br>Attorney: Lori Lee Yamato |

| | | | | |
|---|---|---|---|---|
| | The mark consists of an image of a bird with wings extended.<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | Filed: 12/20/2013<br>First Use: 10/03/2013<br>Current Basis: Use | **041** providing mentoring, coaching, leadership training and job training in the fields of human trafficking and slavery prevention; providing educational and motivational speakers in the field of human trafficking and slavery prevention; human trafficking and slavery prevention awareness training | |
| 489. ☆ | Jurisdiction: US<br>Reg: 6420479<br>Serial: 88379124<br>The mark consists of a stylized and shaded drawing of a bird.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 07/13/2021<br>Pub: 07/30/2019<br>Filed: 04/10/2019<br>First Use: 05/10/2019<br>Current Basis: Use | **025** clothing, namely, button down shirts, hats | Short Steve Button Downs, LLC<br>Apt. 2<br>46 Withers Street<br>Brooklyn NEW YORK 11211<br>US<br>Attorney: Robyn A. Shelton |
| 490. ☆ | **BEE STRONG**<br>Jurisdiction: US<br>Serial: 97139070<br>The mark consists of A Bee that has a weight in his hand flying above lettering that spells Bee Strong. | Pending<br>Filed: 11/23/2021<br>First Use: 02/05/2021<br>Current Basis: Use | **025** we currently sell activewear clothes like pants, shorts, sports bra, tops | Bee Strong Activewear<br>32360 SW 204TH AVE<br>Homestead FLORIDA 33030<br>US |

| | | | | |
|---|---|---|---|---|
| | Bees, wasps, hornets [032306] | | | |
| 491. ☆ | **THE FLYING BURRITO BROS**<br>Jurisdiction: US<br>Reg: 3945480<br>Serial: 77891946<br>Citations: 0 5<br>The mark consists of A silhouette of a person with wings extended soaring in flight, and the words "The Flying Burrito Bros" in stylized letters.<br>Shadows or silhouettes of men [020102]<br>Other parts of the human body [021125] | Registered<br>Renewal: 09/08/2020<br>Affidavits: 8<br>Reg: 04/12/2011<br>Pub: 05/04/2010<br>Filed: 12/11/2009<br>First Use: 03/05/2010<br>Current Basis: Use | **009** audio recordings featuring music; compact discs featuring music<br>**025** t-shirts | Bar None Music, Inc.<br>c/o Keats Gatien, LLP<br>120 S. El Camino Drive, Suite 207<br>Beverly Hills CALIFORNIA 90212<br>US<br>Attorney: Anthony M. Keats |
| 492. ☆ | Jurisdiction: US<br>Serial: 88712411<br>The mark consists of the stylized design of a bird in flight.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 08/11/2020<br>Filed: 12/02/2019<br>Current Basis: ITU | **025** footwear; athletic footwear; footwear for men and women; footwear for track and field athletics; footwear made of vinyl; footwear uppers; footwear, namely, rubbers; athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; non-slip soles for footwear; non-slip soles for footwear, namely, for sports; soles for footwear; traction attachments for footwear; footwear, namely, work boots; business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; flip flops; flip-flops for use as footwear; japanese split-toed work footwear (jikatabi) | Jianyi XU<br>Room 903, Second building, TaiAn Garden<br>No.1600 Licheng Middle Street<br>Putian City, Fujian Provinc 351100<br>CN<br>Attorney: MICHAEL PESOCHINSKY |
| 493. | **BARCLAYS** | Registered | **016** printed publications, stationery, | BARCLAYS PLC |

| | | | | |
|---|---|---|---|---|
| ☆ | **CENTER**<br>Disclaims: "CENTER"<br>Jurisdiction: US<br>Reg: 3826772<br>Serial: 77088183<br>Citations: 12 3<br>The mark consists of a bird device superimposed over three curved rectangular boxes.<br>Eagles [031501]<br>Falcons, hawks, vultures, condors [031502]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Shields or crests with figurative elements contained therein or superimposed thereon [240102]<br>Three or more rectangles [261114]<br>Rectangles touching or intersecting [261116]<br>Rectangles that are completely or partially shaded [261121]<br>Rectangles with one or more curved sides [261125] | Renewal: 08/24/2020<br>Affidavits: 15<br>Reg: 08/03/2010<br>Pub: 05/18/2010<br>Filed: 01/22/2007<br>Current Basis: Foreign Registration | and printed matter, namely, basketball trading cards; stickers; decals; paper banners; paper signs; postcards; note cards; memo pads; ballpoint pens; pencils; other writing instruments; ring binders; stationery folders; wire bound notebooks; portfolio notebooks; writing pads; writing tablets; unmounted and mounted photographs; posters; calendars; statistical books for sports; guide books and reference books for basketball; printed event programs concerning sporting events; entertainment; exhibitions; meetings; seminars; conventions; shows; paper pennants; paperweights; stationery; stationery-type portfolios; pamphlets on basketball statistics; newsletters and pamphlets in the field of basketball for distribution to the television and radio media; brochures, journals, magazines, and books in the field of basketball; media guides; coloring books; three dimensional educational models or replicas; all of the aforesaid sold or distributed in connection with particular sports arenas<br>**018** athletic bags; overnight bags; umbrellas; backpacks; duffel bags; tote bags; luggage tags; attaché cases; wallets; canes; business card cases; book bags; all-purpose sport bags; golf umbrellas; gym bags; handbags; key cases; knapsacks; all of the aforesaid sold or distributed in connection with particular sports arenas<br>**020** home furnishings, namely, chairs; key chains not made of metal or leather; plastic key chains; all of the aforesaid sold or distributed in connection with particular sports arenas<br>**021** all purpose portable household containers; beverage glassware; drinking glasses; mugs; cups; bowls; | 1 CHURCHILL PLACE<br>LONDON E14 5HP<br>GB<br>Attorney: Maryann E. Licciardi |

| | | | | |
|---|---|---|---|---|
| | | | plates; all of the aforesaid sold or distributed in connection with particular sports arenas<br>**024** rally towels; cloth and felt pennants; all of the aforesaid sold or distributed in connection with particular sports arenas<br>**025** clothing; sweatshirts; sweatpants; pants; tank tops; jerseys; uniforms; shorts; sport shirts; polo shirts; gloves; mittens; hats; scarves; socks; pants; shirts; jackets; coats; sweaters; belts; nightshirts; wristbands; caps; all of the aforesaid sold or distributed in connection with particular sports arenas<br>**027** carpets; rugs; door mats; all of the aforesaid sold or distributed in connection with particular sports arenas<br>**028** toys, and sporting goods, namely: basketballs; golf balls; sports balls; rubber action balls; foam action balls; positionable three-dimensional toys for use in games; all of the aforesaid sold or distributed in connection with particular sports arenas<br>**035** concession stands featuring food and souvenirs; all of the aforesaid provided in connection with particular sports arenas<br>**038** broadcasting video, audio programs of arena events; broadcasting programs of arena events via a global computer network; all of the aforesaid provided in connection with particular sports arenas<br>**041** entertainment services, namely, production of video, audio programs of arena events and production of programs of arena events for transmission via a global computer network; arranging and conducting athletic competitions and educational | |

| | | | | |
|---|---|---|---|---|
| | | | conferences; ushering services; arranging for ticket reservations for arena entertainment events; all of the aforesaid provided in connection with particular sports arenas<br>**043** catering; food preparation services; contract food services; providing general purpose convention facilities; providing banquet and social function facilities for special occasions; providing general purpose facilities for hosting sporting events, exhibitions, concerts, shows, informational tours, meetings, seminars, and conventions<br>**014** lapel pins; sold or distributed in connection with particular sports arenas | |
| 494. ☆ | **TILUCHI**<br>Jurisdiction: US<br>Reg: 5120675<br>Serial: 86783183<br>Citations: 0 1<br>The mark consists of stylized design of bird wings above the word "TILUCHI".<br>Wings [031701] | Registered<br>Reg: 01/10/2017<br>Pub: 03/15/2016<br>Filed: 10/09/2015<br>First Use: 11/02/2016<br>Current Basis: Use | **025** athletic apparel, namely, shirts, pants, jackets, footwear, hats and caps, athletic uniforms; caps; hats; hooded sweatshirts; jackets; jerseys; jogging suits; jump suits; pants; shirts; shorts; socks; swimwear; t-shirts | Luis Martinez<br>665 Clifton Ave.<br>Clifton NEW JERSEY 07011<br>US<br>Attorney: Michael J. Feigin, |
| 495. ☆ | Jurisdiction: US<br>Reg: 5878774<br>Serial: 88341154 | Registered<br>Reg: 10/08/2019<br>Pub: 07/23/2019<br>Filed: 03/15/2019<br>First Use: 03/13/2019 | **025** belts; blouses; coats; dresses; footwear; gloves; hats; headwear; jackets; pants; scarfs; shirts; shoes; shorts; socks; sweaters; t-shirts; tops as clothing; underwear; vests | Xiamen LAS Trading Co., Ltd.<br>Unit 205, HuiXin Fortune Center<br>No.891 FangHuBeiEr Road, Huli District<br>Xiamen, Fujian 361000<br>CN |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a curved stylized design which resembles a bird's wing.<br>Wings [031701]<br>Curved lines, bands or bars [261709] | Current Basis: Use | | |
| 496. ☆ | Jurisdiction: US<br>Reg: 4877557<br>Serial: 86639030<br>The mark consists of bird with wind-up device in center of back.<br>Other birds [031525]<br>Keys with heads of circular, oval or lobed shape [141101] | Registered<br>Reg: 12/29/2015<br>Pub: 10/13/2015<br>Filed: 05/22/2015<br>First Use: 02/28/2011<br>Current Basis: Use | **009** eyewear, namely, sunglasses, eyeglasses and ophthalmic frames and cases therefor<br>**025** beanies; hats; sweatshirts; t-shirts; tank tops | Proof Sustainable Wood Eyewear L.L.C.<br>Suite 100<br>314 S. 9th Street<br>Boise IDAHO 83702<br>US<br>Attorney: N. Alexander Nolte |
| 497. ☆ | Jurisdiction: US<br>Reg: 6412515<br>Serial: 88901802<br>Citations: 1 0<br>The mark consists of a silhouette of a bird with its wings spread.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 07/06/2021<br>Pub: 09/22/2020<br>Filed: 05/05/2020<br>First Use: 01/01/2008<br>Current Basis: Use | **009** amplifiers<br>**015** musical instruments, namely, guitars and basses; musical instrument accessories, namely, straps, guitar strings, and guitar picks<br>**025** tops as clothing, shirts, t-shirts, polo shirts, sweatshirts; headwear; hats; cap visors | Paul Reed Smith Guitars, Limited Partnership<br>380 Log Canoe Circle<br>Stevensville MARYLAND 21666<br>US<br>Attorney: Monica Riva Talley |

| | | | | |
|---|---|---|---|---|
| 498. ☆ | **CONFUNIS**<br>Jurisdiction: US<br>Serial: 90788622<br>Translated: The wording "CONFUNIS" has no meaning in a foreign language.<br>The mark consists of a stylized bird pattern above the stylized wording "CONFUNIS".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 04/19/2022<br>Filed: 06/22/2021<br>Current Basis: Foreign Registration | **025** gloves; hats; headbands; headscarfs; hosiery; scarves; shoes; underpants; raincoats; shapewear, namely, girdles; sleep masks; sport shirts; sports bra; sports pants; sports singlets | DAI, RUI<br>Room 508, Building 14, Shuiyin Kangting Apartment, Xiacheng District<br>Hangzhou, Zhejiang 310000<br>CN<br>Attorney: Zhang, Weibo |
| 499. ☆ | **JEDER S**<br>Jurisdiction: US<br>Reg: 5745318<br>Serial: 88137330<br>Translated: The English translation of "Jeder" in the mark is "Everyone".<br>The mark consists of a designed bird above words as "Jeder S".<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 05/07/2019<br>Pub: 02/19/2019<br>Filed: 09/29/2018<br>First Use: 07/22/2018<br>Current Basis: Use | **025** half-boots; boots; boots for sport; galoshes; sandals; scarfs; shoes; slippers; sports shoes | Ying sunte<br>No.7 Wanshou Xiang, Wuma Street,Lucheng District,<br>Whenzhou 325000<br>CN |

| | | | | |
|---|---|---|---|---|
| 500. ☆ | **SLACKERTIDE**<br>Jurisdiction: US<br>Reg: 5905360<br>Serial: 88329994<br>Citations: 1 2<br>The mark consists of a stylized pelican with a silhouette of a lightning bolt that forms the wing of the bird. The bird is resting on top of the letter "T" in "SLACKER TIDE".<br>Lightning or electricity [011502]<br>Sea birds (including gulls and pelicans) [031509]<br>Stylized birds and bats [031524] | Registered<br>Reg: 11/05/2019<br>Pub: 07/09/2019<br>Filed: 03/07/2019<br>First Use: 04/15/2019<br>Current Basis: Use | **025** hats; pants; shirts; shorts | Slackertide LLC<br>10521 SW Academic Way<br>Port Saint Lucie FLORIDA 34987<br>US |
| 501. ☆ | **DARK GIRL FLY**<br>Jurisdiction: US<br>Reg: 5062528<br>Serial: 86871344<br>The mark consists of a black woman's profile of face with the words "Dark Girl Fly" written within her hair and big hooped earrings.<br>Heads, portraits or busts of women in profile [020322] | Registered<br>Reg: 10/18/2016<br>Pub: 08/02/2016<br>Filed: 01/11/2016<br>First Use: 03/01/2015<br>Current Basis: Use | **025** t-shirts | Dark Girl Fly<br>#912<br>2228 Murphy Drive<br>Bedford TEXAS 76021<br>US |

| | | | | |
|---|---|---|---|---|
| | Stylized women, including women depicted in caricature form [020324]<br>Other jewelry, including pendants, earrings and brooches [170325] | | | |
| 502. ☆ | Jurisdiction: US<br>Reg: 4049060<br>Serial: 85288803<br>The mark consists of a bird with a globe design in the middle.<br>Globes with meridians and parallel lines only. [010702]<br>Eagles [031501]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Renewal: 03/10/2022<br>Affidavits: 8; 15<br>Reg: 11/01/2011<br>Pub: 08/16/2011<br>Filed: 04/07/2011<br>First Use: 02/02/2007<br>Current Basis: Use | **025** clothing, namely, t-shirts | Thunderbird School of Global Management<br>One Global Place, 401 N. 1st Street<br>Phoenix ARIZONA 85016<br>US<br>Attorney: Heather L. Buchta |
| 503. ☆ | Jurisdiction: US<br>Reg: 6131424<br>Serial: 88459977<br>The mark consists of a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 08/18/2020<br>Pub: 10/01/2019<br>Filed: 06/05/2019<br>First Use: 10/16/2019<br>Current Basis: Use | **009** electronic publications, namely, downloadable electronic publications in the nature of books in the field of fiction and non-fiction; audio books in the field of fiction and non-fiction; publications downloaded in electronic form from the internet in the nature of books in the field of fiction and non-fiction; books and publications recorded on disc, tape and electronic form in the field of fiction and non-fiction<br>**016** fiction and non-fiction books on a variety of topics; printed books, namely, a series of fiction and non-fiction books on a variety of topics<br>**041** publishing of printed matter and books; online electronic publishing of | Amazon Technologies, Inc.<br>410 Terry Avenue North<br>Seattle WASHINGTON 98109<br>US<br>Attorney: Jessica Sganga |

| | | | | |
|---|---|---|---|---|
| | | | books and audio books; providing information in the field of publishing; entertainment services, namely, providing information and commentary in the fields of authors, books, literary works and recommendations as to the same; publishing of reviews of literary works and audio books; providing entertainment, cultural and educational services via a web site where users can post ratings, reviews and recommendations on literary works, books, audio books and printed matter; publishing of electronic publications, audio books, literary works, and electronic books; online electronic publishing of books | |
| 504. ☆ | Jurisdiction: US<br>Serial: 90062699<br>The mark consists of a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 12/15/2020<br>Filed: 07/20/2020<br>Current Basis: ITU | **034** cigar and cigarette lighters; cigar and cigarette lighter holders; cigar trimmers; cigar punches; cigar cutters; cigar clippers; cigar scissors; humidors for cigars; pocket humidors for cigars; computerized cigar and cigarette lighters; electronic cigar and cigarette lighters; flints for lighters; holder for a cigar and cigarette pack and lighter; liquefied gas cylinders for cigar and cigarette lighters; cigar and cigarette boxes; cigar and cigarette cases; cigar holders; cigar humidifiers; outdoor receptacles for cigar and cigarette ash and waste; cigar storage tubes; ashtrays for smokers | CST Enterprises LLC<br>237 W. 37th Street, 10th Floor<br>New York NEW YORK 10018<br>US<br>Attorney: Philippe Zylberg |
| 505. ☆ | **ASUKA**<br>Jurisdiction: US<br>Reg: 2192559<br>Serial: 75091024<br>Translated: The mark consists of the word "ASUKA", which means "flying birds" in Japanese and a distinctive graphic design of a | Registered<br>Renewal: 10/25/2008<br>Affidavits: 8; 15<br>Reg: 09/29/1998<br>Pub: 03/11/1997<br>Filed: 04/19/1996 | **029** processed food, namely, jack fruit in syrup, green jack fruit, rambutan in syrup, longan in syrup, lycee in syrup, fruit cocktail, pineapple, banana blossom, banana in syrup, toddy palm, baby corn, bamboo shoot, asparagus, button mushroom, straw mushroom, lotus seeds, lotus root, leeks, coconut milk, crab meat, sardine, baby clams, dried mushroom, preserved mango, dried lily flowers, dried chili, dried | VINH-SANH TRADING CORPORATION<br>13500 E. Nelson Avenue<br>City of Industry<br>CALIFORNIA 91746<br>US<br>Attorney: Danton K. Mak |

| | | | | |
|---|---|---|---|---|
| | bird flying through clouds.<br>Citations: 0 1<br>The mark consists of the word "ASUKA", which means "flying birds" in Japanese and a distinctive graphic design of a bird flying through clouds.<br>Other representations of the sun [010525]<br>Clouds, fog [011506]<br>Other birds [031525] | First Use: 08/01/1991<br>Current Basis: Use | onion, dried assorted vegetable, durian, banana leaf; peanuts<br>**030** snack food, namely, cookies, biscuits, prawn crackers; sauce and liquid seasonings, namely, fish sauce; rice products, namely, rice, rice stick, rice vermicelli, rice paper, rice noodle; tapioca products, namely, tapioca, tapioca flour, tapioca starch, tapioca pearl; noodle products, namely, egg noodle, rice noodle, bean thread (noodles), bean vermicelli; food seasonings<br>**031** unprocessed food products, namely, mung bean, soya bean and peanuts | |
| 506. ☆ | Jurisdiction: US<br>Reg: 3918085<br>Serial: 77951532<br>The mark consists of a bird flying downwardly.<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Renewal: 05/17/2021<br>Affidavits: 8; 15<br>Reg: 02/08/2011<br>Pub: 08/03/2010<br>Filed: 03/05/2010<br>First Use: 04/13/2010<br>Current Basis: Use | **013** holsters | Peregrine Outdoor Products, LLC<br>4317 N. State Route 48, Unit 3<br>Lebanon OHIO 45036<br>US<br>Attorney: Blake P. Hurt |
| 507. ☆ | Jurisdiction: US<br>Reg: 3206967<br>Serial: 78732546 | Registered<br>Renewal: 04/30/2016<br>Affidavits: 8; 15<br>Reg: 02/06/2007<br>Pub: 06/27/2006 | **033** aperitif wines | Erik Miller Wines, Inc.<br>4791 Dry Creek Road<br>Healdsburg CALIFORNIA 95448<br>US<br>Attorney: Katie Ann Peters |

| | | | | |
|---|---|---|---|---|
| | The mark consists of tree with flying birds.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other trees or bushes [050125]<br>Rectangles that are completely or partially shaded [261121] | Filed: 10/13/2005<br>First Use: 08/01/2005<br>Current Basis: Use | | |
| 508. ☆ | Jurisdiction: US<br>Reg: 4293979<br>Serial: 79110540<br>The mark consists of a stylized flying bird.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Reg: 02/26/2013<br>Pub: 12/11/2012<br>Filed: 02/14/2012<br>Current Basis: Madrid | **043** hotel and restaurant services; providing temporary housing accommodations; hotel room reservation services for travelers; consulting and advice in the fields of hotels and restaurants | ACCOR<br>82 rue Henri Farman F-92130<br>Issy-les-Moulineaux FR<br>Attorney: Lawrence E. Apolzon |
| 509. ☆ | Jurisdiction: US<br>Reg: 3331555<br>Serial: 78726827<br>The mark consists of a stylized flying bird.<br>Birds or bats in flight or with outspread wings [031519] | Registered<br>Renewal: 01/22/2018<br>Affidavits: 15<br>Reg: 11/06/2007<br>Pub: 09/26/2006<br>Filed: 10/05/2005<br>First Use: 04/30/2005<br>Current Basis: Use | **040** custom manufacturing of paper and paper-like products for others, namely, paper, envelopes, decorated letterhead, writing paper and envelopes for special occasions, greeting cards with and without envelopes, note cards with and without envelopes, announcement cards, presentation folders, and durable mailers in the nature of envelopes | CENVEO WORLDWIDE LIMITED<br>200 FIRST STAMFORD PLACE<br>STAMFORD CONNECTICUT 06902<br>US<br>Attorney: Gene S. Winter |

| | | | | |
|---|---|---|---|---|
| | Stylized birds and bats [031524] | | | |
| 510. ☆ | **JIN OU**<br>Disclaims: "JIN OU" AND THE NON-LATIN CHARACTERS THAT TRANSLITERATE TO "JIN OU"<br>Jurisdiction: US<br>Reg: 5880681<br>Serial: 87730229<br>The mark consists of two lines forming an outline of a flying bird facing upper right, under each wing of the flying bird is a Chinese character representing the Chinese pinyin of "JIN OU", and under the flying bird is the English spelling of "JIN OU".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Inscriptions in Chinese, Japanese, Korean, Vietnamese or other Asian characters [280103] | Registered<br>Reg: 10/08/2019<br>Pub: 11/13/2018<br>Filed: 12/21/2017<br>First Use: 11/09/2018<br>Current Basis: Use | **021** ceramic sculptures; vases; vessels; bowls; plates; pots; ceramic tissue box covers; china ornaments; drinking vessels; thermal insulated containers for food or beverages; thermally insulated containers for food; beverage glassware; coffee scoops; coffee services in the nature of tableware; decorative ceramic tiles not for use as building materials; dishers; disposable serving spoons; mosaic art tiles made of glass and ceramic; tea services in the nature of tableware; works of art of porcelain, ceramic, earthenware or glass | CHAOZHOU JINOU PORCELAIN CO., LTD.<br>GUANGMING RD, CAILONG Village<br>FENGXI District<br>CHAOZHOU 521000<br>CN<br>Attorney: Yanling Jiang |
| 511. ☆ | Jurisdiction: US<br>Reg: 1874240<br>Serial: 74383259<br>Citations: 0 1 | Registered<br>Renewal: 06/21/2004<br>Affidavits: 8; 15 | **039** air, land and marine passengers and freight transportation services; travel agency services including making air, sea and land reservations; arranging travel tours and cruises for others; vehicle rental services; | DEUTSCHE LUFTHANSA AKTIENGESELLSCHAFT |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized flying bird design.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Circles as carriers or as single line borders [260101] | Reg: 01/17/1995<br>Pub: 10/25/1994<br>Filed: 04/27/1993<br>First Use: 01/01/1967<br>Current Basis: Use | services of chartering aircraft or ships; cargo handling services; warehouse storage services and freight forwarding | Von-Gablenz-Strasse 2-6<br>5000 Koeln 21 DE<br>Attorney: John C Holman |
| 512. ☆ | **MCCAIN**<br>Jurisdiction: US<br>Reg: 5821969<br>Serial: 85814035<br>The mark consists of the word "MCCAIN" in script across a rising sun behind a field with trees and birds flying overhead with one flying bird dotting the "I".<br>Sun, rising or setting (partially exposed or partially obstructed) [010501]<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Trees or bushes with a generally rounded shape, including deciduous trees [050102] | Registered<br>Reg: 07/30/2019<br>Pub: 04/12/2016<br>Filed: 01/02/2013<br>First Use: 04/06/2019<br>Current Basis: Use | **029** snack foods made from vegetable, cheese, and potato, namely, breaded and battered vegetables, appetizers made from vegetables, breaded and battered vegetables, and vegetables, namely, frozen, battered and processed vegetables | MCCAIN FOODS LIMITED<br>8800 MAIN STREET, FLORENCEVILLE-BRISTOL<br>NEW BRUNSWICK E7L1B2<br>CA<br>Attorney: PAUL H. KOCHANSKI |

| | | | | |
|---|---|---|---|---|
| | More than one tree or bush; thicket; group of trees [050110]<br>Other cultivated areas [060905] | | | |
| 513. ☆ | **CRANE**<br>Jurisdiction: US<br>Serial: 87338791<br>Citations: 2 3<br>The mark consists of a stylized flying bird above the word "CRANE".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 06/26/2018<br>Filed: 02/16/2017<br>First Use: 01/11/2013<br>Current Basis: ITU | **009** sunglasses; wireless wearable activity tracker<br>**010** foam massage roller<br>**018** bags, namely, beach bags; umbrellas; golf umbrella<br>**019** non-metal beach shelter structures<br>**020** backpack chair and backpack lounger; multiposition chair; portable folding stadium seat<br>**021** shaker bottle sold empty; hydration water bottle sold empty; portable lunch cooler; non-electric<br>**022** pop-up sun shelters, namely, tents for protection from the sun<br>**024** towels; athletic towels made of textile materials<br>**027** floor mats for exercise equipment; gymnastic mats<br>**028** home gym items, namely, stationary exercise bike, stationary speed bike; stationary exercise bicycles; exercise machines for cross training, namely, stationary exercise bike and cross trainers; fitness expander set, namely, set of different fitness expanders consisting of tube-expander, ring-tube, cross-tube; dumbbell set; skipping ropes; step deck, namely, exercise steppers; exercise steppers, namely, mini stepper; pedal exerciser; body weight trainer, namely, straps that are affixed to doors for performance of various exercises using body weight resistance; punch and kick trainer, namely, boxing bags; play swimming pools; playground balls; pop-up soccer goals; badminton sets; trampoline with | ALDI Inc.<br>1200 N. Kirk Road<br>Batavia ILLINOIS 60510<br>US<br>Attorney: Vincent J. Elders |

| | | | | |
|---|---|---|---|---|
| | | | safety net; bean bag toss equipment, namely, bean bags; disc golf equipment, namely, discs for playing disc golf; two player basketball game equipment, namely, basketball balls; tabletop games; volleyball and badminton set composed of badminton rackets, badminton nets, volleyball balls, and volleyball nets | |
| 514. ☆ | **CHAIYA**<br>Jurisdiction: US<br>Reg: 5921103<br>Serial: 88511045<br>Translated: The wording "CHAIYA" has no meaning in a foreign language.<br>Citations: 0 1<br>The mark consists of the stylized wording "CHAIYA". There is a flying bird on the left side of the "CHAIYA".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 11/26/2019<br>Pub: 09/10/2019<br>Filed: 07/12/2019<br>First Use: 04/15/2019<br>Current Basis: Use | **024** backdrops comprised of polymeric material being a textile substitute for use in photography; banners and flags of textile; banners of textile; banners of textile or plastic; bed and table linen, wall hangings of textile; canvas and muslin backdrops for use in photographic and video production; cloth banners; small curtains made of textile materials; table cloth of textile; textile backdrops for use in photography comprised in whole or substantial part of nylon textiles, cotton featuring scenes of cityscapes, background scenery; textile backdrops for use in photography comprised in whole or substantial part of nylon, cotton; textile backdrops for use in photography featuring scenes of cityscapes, background scenery; textiles for digital printing; textiles for dye-sublimation printing; textiles with inspirational messages imprinted or woven into textiles; vinyl banners; vinyl curtains; vinyl and cloth textiles for use in the manufacture of vinyl banners | Wang Lei<br>Bojiying Village,NiezhuangAdministrative Village, Longqu Town, Taikang County<br>zhoukou 461400<br>CN |
| 515. ☆ | **LAVATELLI**<br>Jurisdiction: US<br>Reg: 5847571<br>Serial: 79239032 | Registered<br>Reg: 09/03/2019<br>Pub: 04/16/2019<br>Filed: 01/31/2018<br>Current Basis: Madrid | **024** vinyl and cloth textiles for use in the manufacture of blankets, throws, wearable blankets, and clothes; textiles and substitutes for textiles, namely, polyester fabric, flannel; bed blankets; textile and plastic table covers; textile tablecloths | LAVATELLI SRL<br>Strada del Francese, 85<br>I-10156 TORINO<br>IT<br>Attorney: Jeffrey B. Sladkus, |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the stylized word "LAVATELLI" with two flying birds above and at the end of the word.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | | | |
| 516. ☆ | Jurisdiction: US<br>Reg: 5691203<br>Serial: 88049344<br>The mark consists of two flying birds and a palm tree on top of two wavy lines within an incomplete circle.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Palm trees [050103]<br>Plain single line circles [260102]<br>Wavy lines, bands or bars [261702] | Registered<br>Reg: 03/05/2019<br>Pub: 12/18/2018<br>Filed: 07/23/2018<br>First Use: 01/16/2018<br>Current Basis: Use | **024** bath linen; fiberglass fabrics, for textile use; lingerie fabric; natural and synthetic fabrics and textiles, namely, cotton, silk, polyester and nylon fabrics; non-woven textile fabrics; textile used as lining for clothing; traced cloths for embroidery; elastic fabrics for clothing; fabrics for textile use; printed calico cloth | Nanjing Kapeixi Network Technology Co., Ltd<br>Room7315, Bldg 7, 23 Huashen Ave,<br>Yuhuatai District, Nanjing, Jiangsu 210012<br>CN |

| | | | | |
|---|---|---|---|---|
| | Horizontal lines, bands or bars [261705] | | | |
| 517. ☆ | **BELLA VITA**<br>Jurisdiction: US<br>Reg: 6458196<br>Serial: 79291072<br>Translated: The English translation of "BELLA VITA" in the mark is "BEAUTIFUL LIFE".<br>Citations: 1 5<br>The mark consists of the wording "BELLA VITA" written in fancy characters, to the right of a stylized image of a tree that has two stylized birds flying in front of the tree.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Trees or bushes with a generally rounded shape, including deciduous trees [050102]<br>Curved lines, bands or bars [261709] | Registered<br>Reg: 08/24/2021<br>Pub: 06/08/2021<br>Filed: 05/12/2020<br>Current Basis: Madrid | **021** bottle openers; electric; non-electric; storage jars of glass; cooking pot sets; drinking glasses; tankards; bottles sold empty; non electric candelabras; tablemats, not of paper or textile; corkscrews; decanters; epergnes; household containers; window-boxes; salad bowls; sugar bowls; soup bowls; cocktail shakers; porcelain mugs; fitted vanity cases; works of art of porcelain; works of art of ceramic; works of art of earthenware; works of art of terra-cotta; works of art of glass; soap holders; table plates; bottle stands; potholders; salt cellars; dinnerware; cruet sets for oil and vinegar; holders for flowers and plants; cutting boards; cups; teapots; place mats, not of paper or textile; drinking glasses being receptacles; vases; trays for household purposes<br>**024** towels of textile; household textiles, namely, bed linen, bath linen, table linen, kitchen linen, household linen, linen for household furnishings; bath linen, except clothing; household linen; bed linen; table linen, not of paper; tablemats of textile; mattress covers; bed covers; throws; plastic table covers; table linen; travelling rugs; frieze being cloth; pillowcases; textile tissues being textile handkerchiefs; labels of textile; textile used as linings for clothing and furnishings; bed sheets; bed valances; wall hangings of textile; eiderdown covers; quilts; cloths for drying dishes, namely, kitchen linens; tablecloths, not of paper; curtains of textile or plastic; knitted fabric; non-woven textile fabrics; table napkins of textile; bath towels; terry towels<br>**027** textile floor coverings; rugs; textile wall coverings; door mats; carpets; | O & N S.p.A.<br>Via Leonardo da Vinci 49<br>I-41015 NONANTOLA (MO)<br>IT<br>Attorney: Paulo A. de Almeida |

| | | | | |
|---|---|---|---|---|
| | | | wall coverings, not of textile; bath mats | |
| 518. ☆ | **URBANHUT**<br>Jurisdiction: US<br>Reg: 5528350<br>Serial: 87636498<br>The mark consists of a stylized image of a wooden hut with a tall tree behind it and a bird flying nearby. To the right of the hut is the word "URBANHUT" in title case.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Evergreens and other trees or bushes of triangular or conical shape [050101]<br>Trees or bushes with a generally rounded shape, including deciduous trees [050102]<br>Other trees or bushes [050125]<br>Cabins, huts, outhouses, sheds [070107] | Registered<br>Reg: 07/31/2018<br>Pub: 05/15/2018<br>Filed: 10/06/2017<br>First Use: 09/30/2017<br>Current Basis: Use | **024** bed linen; bed sheets | Modi, Asha<br>Sector 49<br>1133, Tower B2, Spaze I Tech Park<br>Gurgaon, Haryana IN<br>Attorney: Jeremy Peter Green |
| 519. ☆ | **MCCAIN**<br>Jurisdiction: US<br>Reg: 6195386<br>Serial: 88979193 | Registered<br>Reg: 11/10/2020<br>Pub: 01/21/2020 | **029** processed potato and potato products, namely, mashed, dried, and instant; processed potato specialties, namely, crisps, chips, diced hash browns, potato skins and shells, stuffed potato skins and shells, potato | MCCAIN FOODS LIMITED<br>8800 MAIN STREET, FLORENCEVILLE-BRISTOL |

| | | | | |
|---|---|---|---|---|
| | The mark consists of "McCain" in script across a rising sun behind a field with trees and birds flying overhead with one flying bird dotting the "i".<br>Sun, rising or setting (partially exposed or partially obstructed) [010501]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>More than one tree or bush; thicket; group of trees [050110]<br>Other cultivated areas [060905]<br>Curved lines, bands or bars [261709] | Filed: 08/16/2019<br>Current Basis: Foreign Registration | croquettes, instant potato flakes, mashed potato mix; snack foods, namely, meat, fish, poultry, meat extracts, fruit, vegetables, egg, cheese, and potato-based snack foods, snack foods made from meat, fish, poultry, cheese and potato, namely, hash brown sticks, breaded and battered onion straws, battered cheese, cheese sticks, pates and seafood mousses; appetizers, namely, meat, fish, poultry, meat extracts, fruits, vegetables, egg, cheese and potato-based appetizers; appetizers made from meat, fish, poultry, cheese and potato, namely, hash brown sticks, breaded and battered onion rings and straws, battered cheese, cheese sticks, pates and seafood mousses; breakfast patties containing primarily eggs and also containing meat, vegetables or cheese; prepared meals and entrees, namely, prepared meals and entrees based on meat, fish, seafood, poultry, meat extracts, fruits, vegetables, eggs, potato or cheese; soups; vegetable-based dumplings<br>**030** pizza, garlic bread and garlic fingers, frozen and prepared desserts, namely, bakery goods, bakery desserts, pies, cakes, pastries, french toast, waffles, fruit and ice cream pies, and frozen confections; breakfast foods, namely, french toast, pancakes, waffles, cereals, oatmeal and creamed wheat cereal; prepared sandwiches, namely, filled wraps with bread with filling; powders and mixes used in preparation of non-alcoholic tea beverages, soft drinks and smoothies; taquitos; spring rolls; quesadilla rolls; flour-based dumplings; samosas; appetizers made from vegetables, meat, fish, poultry, cheese, and potato, namely, taquitos, spring rolls, quesadilla rolls, flour-based dumplings, samosas | NEW BRUNSWICK E7L1B2<br>CA<br>Attorney: PAUL H. KOCHANSKI |

| | | | | |
|---|---|---|---|---|
| | | | **031** fresh potatoes; chilled fresh baby potatoes<br>**035** food services, namely, wholesale distributorship services featuring foods for use in food service channels of trade, namely, services provided to retailers and wholesalers in providing foods for subsequent resale; vending machine services featuring food | |
| 520. ☆ | **MCCAIN**<br>Jurisdiction: US<br>Reg: 5169119<br>Serial: 85984011<br>The mark consists of the word "MCCAIN" in script across a rising sun behind a field with trees and birds flying overhead with one flying bird dotting the "I".<br>Sun, rising or setting (partially exposed or partially obstructed) [010501]<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Trees or bushes with a generally rounded shape, including deciduous trees [050102]<br>More than one tree or bush; thicket; group of trees [050110]<br>Other cultivated areas [060905] | Registered<br>Reg: 03/28/2017<br>Pub: 01/10/2017<br>Filed: 01/02/2013<br>Current Basis: Foreign Registration | **029** processed potato and potato products, namely, baked, roasted, fried, french fried, battered, extruded, chilled processed, packaged processed and frozen potatoes, sweet potatoes, processed potato specialties, namely, potato wedges, hash brown patties, lattice-cut chips, potato patties, diced potato cubes, potato puffs, and breaded and battered onion rings<br>**035** coupon services and contest services for promoting the goods and services of others | MCCAIN FOODS LIMITED<br>8800 MAIN STREET, FLORENCEVILLE-BRISTOL<br>NEW BRUNSWICK E7L1B2<br>CA<br>Attorney: PAUL H. KOCHANSKI |
| 521. | Jurisdiction: US | Published | **035** retail store services featuring | Loon Mountain |

| | | | | |
|---|---|---|---|---|
| ☆ | Serial: 90874289<br>The mark consists of an image of a bird flying.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pub: 06/14/2022<br>Filed: 08/10/2021<br>First Use: 11/01/2007<br>Current Basis: Use | equipment and apparel for outdoor sports and recreation and featuring general consumer merchandise | Recreation Corporation<br>3951 Charlevoix Avenue<br>Petoskey MICHIGAN 49770<br>US<br>Attorney: Molly Mack Crandall |
| 522. ☆ | Jurisdiction: US<br>Reg: 5628509<br>Serial: 87337912<br>The mark consists of the design of a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Registered<br>Reg: 12/11/2018<br>Pub: 07/18/2017<br>Filed: 02/16/2017<br>First Use: 06/20/2017<br>Current Basis: Use | **030** gelato; ice cream; gelato and ice cream desserts; gelato and ice cream sandwiches; sorbets<br>**035** providing food and drink via a mobile push cart, namely, mobile food cart services featuring food and drink<br>**043** restaurant services; catering services | Honeysuckle Sweet, LLC<br>1024 White Street SW,<br>Atlanta GEORGIA 30310<br>US<br>Attorney: MATTHEW P. WARENZAK |
| 523. ☆ | Jurisdiction: US<br>Reg: 6167962<br>Serial: 88824784 | Registered<br>Reg: 10/06/2020<br>Pub: 07/21/2020<br>Filed: 03/06/2020<br>First Use: 06/01/2019 | **035** business consultation in the field of business process improvement | Calliope Consulting<br>80 26th Ave. Ct.<br>Milton WASHINGTON 98354<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a stylized image of a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Current Basis: Use | | |
| 524. ☆ | Jurisdiction: US<br>Reg: 3318412<br>Serial: 79017387<br>The trademark consists of the stylized shape of a flying bird.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Curved lines, bands or bars [261709]<br>Other lines, bands or bars [261725] | Registered<br>Reg: 10/23/2007<br>Pub: 08/07/2007<br>Filed: 07/04/2005<br>Current Basis: Madrid | **009** computer software for use in database management and for use as a spreadsheet for definition and management of credit system solutions; computer software for use in database management and for use as a spreadsheet for credit policy and strategy in the credit decision processes; computer software for use in database management and for use as a spreadsheet for rating system and credit scoring solutions; computer software for use in database management and for use as a spreadsheet for credit risk management and credit risk assessment; computer software for use in database management and for use as a spreadsheet for workflow management within the credit and insurance sectors; computer software for use in database management and for use as a spreadsheet for the strategic management of credit and marketing; computer software for use in database management and for use as a spreadsheet for the strategic management of credit and marketing recorded on magnetic carriers; computer software for providing an online database of small business tax statements<br>**035** compilation of electronic databases, namely, compilation of databases featuring reports pertaining to financial, business profiles, credit cards, insurance topics and investment analysis | CRIF S.p.A.<br>Via Mario Fantin, 1/3<br>I-40131 BOLOGNA IT<br>Attorney: David B. Tingey |

| | | | | |
|---|---|---|---|---|
| | | | **036** financial information processing; financial research; financial research pertaining to credit risk assessment; credit consultation, namely, credit reporting and providing decision support in the nature of consultation and advice and score models for evaluating the credit risk associated with granting credit to businesses; credit rating services<br>**038** remote database access via a global computer network, namely, transmission of database information via the global computer network<br>**042** computer software creation and development, namely, software authoring | |
| 525. ☆ | **OPTIMA**<br>Jurisdiction: US<br>Reg: 5619272<br>Serial: 87978877<br>Citations: 0 3<br>The mark consists of a winged bird flying above the mark "OPTIMA".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 11/27/2018<br>Pub: 10/10/2017<br>Filed: 05/10/2017<br>First Use: 10/04/2018<br>Current Basis: Use | **035** providing tax planning and consulting information in the field of social media; providing an internet website portal offering information in the fields of tax planning, preparation, and compliance; providing an internet website portal featuring information about tax return preparation; promoting public awareness of tax planning, tax compliance, identity theft, and tax dispute resolution services; promoting public awareness of identity theft signs and prevention; business assistance, advisory services, and consultancy in the fields of budgeting, bookkeeping, preparation and filing of claims, preparation and filing of forms, bill paying, organizing and processing paperwork, development of plan to achieve goals and referral services to accountants and tax preparers; monitoring irs and governmental administrative agency proceedings for others for business purposes; providing tax preparation referrals; fraud and identity theft protection services, namely, monitoring consumer credit reports, the internet | Optima Tax Relief, LLC<br>3100 S. Harbor Blvd., Ste. 250<br>Santa Ana CALIFORNIA 92704<br>US<br>Attorney: Catherine Dobrowitsky |

| | | | | |
|---|---|---|---|---|
| | | | and public records to facilitate the detection and prevention of identity theft and fraud, and providing an alert as to any changes therein for business purposes; providing an interactive website featuring a portal for users to review and exchange business and commercial information about the business and payment services of others<br>**036** identity theft insurance consultation services; design and development of identity theft insurance policies for others; providing information in the field of identity theft insurance; providing a website with client portal featuring information in the field of identity theft insurance; providing an interactive website featuring a client portal for users to perform financial transaction and payment processing services<br>**042** providing an internet website portal featuring technology enabling users to perform tax return preparation; providing an interactive website featuring a portal featuring technology for users to review and exchange business and payment information; fraud and identity theft protection services, namely, electronic monitoring of credit reports, the internet, and public records to facilitate the detection and prevention of identity theft and fraud via the internet<br>**045** online social networking services in the field of tax and identity theft monitoring and prevention provided via a website; fraud and identity theft protection services, namely, forensic analysis of credit reports, the internet and public records to facilitate the detection and prevention of identity theft and fraud | |
| 526. | Jurisdiction: US<br>Reg: 6329287 | Registered | **016** children's books; printed matter, namely, children's books; printed | Cottage Door Press, LLC |

| | | | | |
|---|---|---|---|---|
| ☆ | Serial: 88207468<br>Citations: 0 1<br>The mark consists of a flying bird carrying books in a book strap. Below the bird is an open book.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Ribbons, bows [090104]<br>Closed books [200501]<br>Open books [200505] | Reg: 04/20/2021<br>Pub: 07/09/2019<br>Filed: 11/27/2018<br>First Use: 03/02/2021<br>Current Basis: Use | publications, namely, children's books; diaries; stationery; children's magazines; greeting cards; book ends; wrapping paper; paper gift tags; children's interactive educational books<br>**035** retail store services featuring books; book subscription services; subscriptions to books, reviews or other periodicals; organizing chapters of a book club and promoting the interests of the members thereof; mail order book clubs; organizing chapters of an online book club and promoting the interests of the members thereof; organizing chapters of a book reading club and promoting the interests of the members of the book reading club | 5005 Newport Drive<br>Rolling Meadows ILLINOIS 60008<br>US<br>Attorney: Douglas H. Pauley |
| 527.<br>☆ | **FREE THE LEAF**<br>Jurisdiction: US<br>Serial: 88982886<br>The mark consists of a bird flying over the words "FREE THE LEAF".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Published<br>Pub: 12/07/2021<br>Filed: 02/07/2020<br>Current Basis: ITU | **035** online retail store services in the field of terpene based products, namely, cosmetic personal care products, cosmetic antiaging products, non-therapeutic candles, vaporizers, cartridges sold filled, in part with electronic cigarette liquid (e-liquid) comprised of vegetable glycerin and hemp oil for electronic cigarettes, electric cigarettes filled, in part with hemp oil, electronic cigarette refillable liquid (e-liquid) comprised of vegetable glycerin and hemp, dried hemp for smoking and vaporizing, prepackaged hemp for smoking and vaporizing, loose dried hemp flower for use in pipes, vaporizers and rolled cigarettes; whereas those of the foregoing goods that are made of hemp contain or are solely derived from hemp with a delta-9 tetrahydrocannabinol (thc) concentration of not more than 0.3 percent on a dry weight basis | Green Roads of Florida, LLC<br>601 Fairway Dr.<br>Deerfield FLORIDA 33441<br>US<br>Attorney: ASHLEY G. KESSLER |

| | | | | |
|---|---|---|---|---|
| 528.<br>☆ | **LEAVE10**<br>Jurisdiction: US<br>Reg: 5251462<br>Serial: 86154648<br>The mark consists of birds flying in a circular shape above the words "LEAVE10".<br>Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525]<br>Letters, numerals, punctuation, geometric figures, objects, humans, plants or animals comprising a circle [260111] | Registered<br>Reg: 07/25/2017<br>Pub: 08/23/2016<br>Filed: 12/30/2013<br>First Use: 08/16/2012<br>Current Basis: Use | **035** business research in the field of charitable giving; promoting public awareness of the role of charitable bequests in supporting and sustaining non-profit organizations and improving communities; promoting public awareness of philanthropy and planned giving; promoting public awareness of charitable estate giving; public advocacy to promote awareness of charitable estate giving; public advocacy to promote estate planning that incorporates charitable giving | LEAVE 10<br>2150 N. 107th Street, Suite 205<br>Seattle WASHINGTON 98133<br>US<br>Attorney: Stephanie S. Brannen |
| 529.<br>☆ | **CRANE**<br>Jurisdiction: US<br>Serial: 97056126<br>The mark consists of a stylized flying bird above the word "CRANE".<br>Storks, flamingos, heron and other long-legged waders [031508]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Published<br>Pub: 06/28/2022<br>Filed: 10/01/2021<br>Current Basis: ITU | **007** pneumatically driven compressed air pumps; electrically driven compressed air pumps<br>**009** monitors, testers and systems used for measuring and recording different physiological or other parameters, namely, time clocks, speed indicators, acceleration sensors, environmental temperature indicators; protective helmets for sports; goggles for sports, namely, skiing, snowboarding, cycling; safety products, namely, reflective safety bands to be worn on the body; ergometers not for medical purposes; sports earphones; sports headphone assortment, namely, earphones and headphones; pedometer; home gym items, namely, ergometers, not for medical purposes | ALDI Inc.<br>1200 N. Kirk Road<br>Batavia ILLINOIS 60510<br>US<br>Attorney: Vincent J. Elders |

| | | | | |
|---|---|---|---|---|
| | | | **010** blood pressure monitors; body temperature monitors for medical purposes; lactic acid level monitors for medical purposes<br>**012** luggage bags for bicycles, namely, saddle bags adapted for bicycles; motor scooter; rucksacks for cycling adapted for use with bicycles<br>**014** stopwatches; electronic clocks for sporting activities and sports equipment<br>**018** rucksacks for sports; sports equipment, namely, nordic walking poles; nordic walking rubber stopper as component parts for nordic walking sticks<br>**020** beds, namely, air mattresses, not for medical purposes; camping air mattresses; camp beds; stools<br>**022** commercial nets; tents; windbreaks, namely, tarpaulins for use in blocking wind<br>**026** trouser clips for cyclists; sports armband<br>**028** exercise equipment, namely, dual exercise wheel; home gym items, namely, elliptical cross trainer; ab-gym abdominal weight lifting belts; exercise equipment, namely, sling trainer; manually-operated exercise equipment, namely, fitness hoop; sleds being sports articles; ice skates; inline skates; roller skates; children's inline skates; ice skate and inline guard sets composed of ice skate guards and inline skate guards; fishing poles; rods for fishing; artificial fishing bait; telescopic landing nets for anglers; reels for fishing; fly fishing sets primarily comprised of fishing poles and also containing fishing fly boxes; tackle sets primarily comprised of fishing tackle and also containing fishing tackle bags; cricket sets primarily comprised of cricket bats and | |

| | | | | |
|---|---|---|---|---|
| | | | also containing cricket balls; golf tees; golf clubs, namely, rescue woods; golf clubs in the nature of chippers; putting practice mat with electric ball return; swim floats in the form of vests for recreational use; floating recreational lounge chairs; inflatable pool games, namely, inflatable pool toys to be used to play games; sunshade baby float, namely, inflatable ride-on toys; soccer balls; footballs; badminton balls (shuttlecocks); neoprene tennis balls; neoprene soccer balls; tennis balls; baseballs; golf balls; medicine balls; basketballs; volleyballs; badminton rackets; tennis rackets; table tennis rackets; swing sticks, namely, baseball bats; mini hockey goal set composed of hockey goals and hockey pucks; portable table tennis set composed of table tennis post sets; volleyball sets composed of volleyball nets and volleyball game playing equipment; gloves for sports, namely, boxing gloves, weight-lifting gloves, yoga gloves, work-out gloves, and golf gloves; fitness trampoline; sport kite; archery or skeet shooting game equipment, namely, arm guards, arrow fetching devices, bow cases, non-telescopic bow sights, quivers, target launchers for skeet shooting; bocce balls; croquet set; dartboard cases; darts; outdoor games equipment sold as a unit comprising sports balls, baseball bats, and soccer goals for playing games; electric dart board with cabinet; inflatable pool toys; ladder toss equipment, namely, toy bolas and lawn toss ladders in the form of targets; lawn darts; washer toss ring games; water games equipment, namely, water polo balls; toy scooters; surf skis | |
| 530.<br>☆ | **CRANE**<br>Jurisdiction: US<br>Reg: 5129255 | Registered<br>Reg: 01/24/2017 | **009** pulse watches; goggles for sports, namely, swimming | ALDI Inc.<br>1200 N. Kirk Road<br>Batavia ILLINOIS 60510 |

| | | | | |
|---|---|---|---|---|
| | Serial: 85743017<br>Citations: 1 7<br>The mark consists of a stylized flying bird above the word "CRANE".<br>Storks, flamingos, heron and other long-legged waders [031508]<br>Birds or bats in flight or with outspread wings [031519] | Pub: 10/15/2013<br>Filed: 10/01/2012<br>First Use: 10/13/2012<br>Current Basis: Use | **010** monitors, testers and systems used for measuring and/or recording different physiological or other parameters, namely, heart rate monitors, heart rate variability monitors<br>**011** apparatus for lighting, namely, head lamps<br>**012** inflatable craft, namely, inflatable boats<br>**014** watches; sports watches<br>**018** bags, namely, duffle bags; sports bags<br>**027** floor mats for exercise equipment<br>**028** exercise equipment, namely, balance discs; aerobic step machines; manually-operated exercise equipment; kettle bells; baseball sets primarily comprised of baseball bats and also containing baseballs; weights for exercise | US<br>Attorney: Vincent J. Elders |
| 531.<br>☆ | **B**<br>Jurisdiction: US<br>Reg: 5110785<br>Serial: 86741517<br>The mark consists of Stylized "B" shape which represents a flying bird. The wings of the bird resemble hand cuffs.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Representations of animals or parts of animals forming letters | Registered<br>Reg: 12/27/2016<br>Pub: 03/01/2016<br>Filed: 08/29/2015<br>First Use: 03/01/2015<br>Current Basis: Use | **014** beads for making jewelry; bracelets; charms; charms for collar jewelry and bracelet; fitted jewelry pouches; jewelry; jewelry in the nature of armbands; jewelry, namely, arm cuffs; paste jewelry; women's jewelry | Catherine E. Taylor<br>8631 SE 60th st.<br>Mercer Island<br>WASHINGTON 98040<br>US |

| | | | | |
|---|---|---|---|---|
| | or numerals, including punctuation [270303] | | | |
| 532.<br>☆ | **FUNNYMETALS**<br>Jurisdiction: US<br>Serial: 90807991<br>The mark consists of stylized words "FUNNYMETALS" under a design of a flying bird.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Pending<br>Filed: 07/02/2021<br>First Use: 05/05/2020<br>Current Basis: Use | **014** jewelry; bracelets made of cloth, rubber silicone or leather; bracelets; choker necklaces; cuff bracelets; cuff links and tie clips; identity plates of precious metal; jewellery plated with precious metals; jewelry made in whole or significant part of gold, silver, platinum or diamonds; key rings of precious metals; leather key chains; memorial jewelry; metal key chains; pet collar accessories, namely, pendants; stainless steel jewelry bracelets | Zhang, Fan<br>No.1, 6/F, Gate 3, 33/F, Block 30,<br>Hansenzhai, Xincheng District<br>Xi'an, Shanxi 710000<br>CN<br>Attorney: Jackson George |
| 533.<br>☆ | **HUMLBIRD**<br>Jurisdiction: US<br>Reg: 6743891<br>Serial: 90725555<br>The mark consists of stylized wording "humlbird", with a flying bird design on the top thereof.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Registered<br>Reg: 05/31/2022<br>Pub: 03/15/2022<br>Filed: 05/20/2021<br>First Use: 05/08/2021<br>Current Basis: Use | **014** bracelets; earrings; jewellery; jewelry; bead bracelets; beads for making jewellery; beads for making jewelry; beads for use in the manufacture of jewelry; bracelets; clip earrings; costume jewelry; drop earrings; ear studs; engagement rings; gemstone jewelry; gold-plated earrings; gold-plated rings; hoop earrings; jewel chains; jewel pendants; jewellery and imitation jewellery; jewelry armoires; memorial jewelry; necklaces; pierced earrings; rings; stainless steel jewelry bracelets; wedding rings; women's jewelry | Guangzhou FengNiao Network Co., LTD.<br>Room 1601,No. 26-29,Yuenan Street<br>Huangsha Avenue,Liwan District<br>Guangzhou 510000<br>CN<br>Attorney: Haoyi Chen |
| 534. | **LOVETUNER** | Registered | **014** necklace jewelry featuring a pitch | BERG, SIGMAR |

| | | | | |
|---|---|---|---|---|
| ☆ | **MALIBU-CA**<br>Disclaims: "MALIBU - CA"<br>Jurisdiction: US<br>Reg: 4681362<br>Serial: 86310073<br>The mark consists of a bird ready to fly away with the single word "LOVETUNER" in capital letters directly below it, and the words "MALIBU - CA" in capital letters directly below "LOVETUNER".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Affidavits: 8; 15<br>Reg: 02/03/2015<br>Pub: 11/18/2014<br>Filed: 06/15/2014<br>First Use: 02/05/2014<br>Current Basis: Use | pipe to produce sounds and vibrations which can be used for meditation<br>**015** music pitch pipe that delivers sounds and vibrations for meditation purposes | 30765 PACIFIC COAST HIGHWAY<br>MALIBU CALIFORNIA 90265<br>US<br>Attorney: Scott R. Hansen |
| 535.<br>☆ | **MAVEN**<br>Jurisdiction: US<br>Reg: 5259871<br>Serial: 87261815<br>Citations: 0 2<br>The mark consists of the word "Maven" is written in stylized font and on top of the letter "E" and a little on top of the letter "V" there is a flying bird. | Registered<br>Reg: 08/08/2017<br>Pub: 05/23/2017<br>Filed: 12/08/2016<br>First Use: 08/29/2008<br>Current Basis: Use | **014** jewelry | Mina Atigehchi<br>2802 Deep Canyon Drive<br>Beverly Hills CALIFORNIA 90210<br>US<br>Attorney: CHAN YONG JEONG |

| | | | | |
|---|---|---|---|---|
| | Birds or bats in flight or with outspread wings [031519]<br>Other birds [031525] | | | |
| 536.<br>☆ | **FJF**<br>Jurisdiction: US<br>Reg: 5141324<br>Serial: 87095083<br>Citations: 0 1<br>The mark consists of the letters "FFJ". The first "F" is forward, the second "F" is backwards and the "J" is set lower between the two "F"s. The overall design looks like a flying bird. | Registered<br>Reg: 02/14/2017<br>Pub: 11/29/2016<br>Filed: 07/06/2016<br>First Use: 10/01/2007<br>Current Basis: Use | **014** jewelry<br>**035** retail jewelry stores | Fantasy Forge Jewelry, Inc.<br>Box # 331<br>18904 FM 1488 Rd<br>Magnolia TEXAS 77355<br>US |
| 537.<br>☆ | Jurisdiction: US<br>Reg: 5760781<br>Serial: 87871840<br>The mark consists of a figure like a flying bird's head.<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Heads of birds [031716] | Registered<br>Reg: 05/28/2019<br>Pub: 03/12/2019<br>Filed: 04/11/2018<br>First Use: 02/10/2017<br>Current Basis: Use | **028** artificial fishing bait; children's multiple activity toys; electronic action toys; fishing lines; fishing tackle; reels for fishing; rods for fishing | Beijing Paisifan Technology Co., Ltd.<br>Rm 605,6F,Inside 101,2-12 Layers,Bldg 1,<br>No.15 Yard,Hongjunying South Rd,Chaoyang Dist,Beijing, 100012<br>CN |
| 538.<br>☆ | **VALLEY BIRD**<br>Jurisdiction: US<br>Reg: 6735831<br>Serial: 90703825 | Registered<br>Reg: 05/24/2022<br>Pub: 03/08/2022 | **028** bath toys; board games; golf gloves; paper party hats; puzzle games; squeeze toys; swimming rings; yoga blankets; yoga swings | BAI, HONGHUI<br>NO. 18 YIFEN STREET,<br>WANBAILIN DISTRICT<br>TAIYUAN, SHANXI 030000<br>CN |

| | | | | |
|---|---|---|---|---|
| | The mark consists of the design of a bird flying to the right and the wording "VALLEY BIRD" thereunder.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Filed: 05/11/2021<br>First Use: 04/19/2021<br>Current Basis: Use | | Attorney: Bole Yuan |
| 539.<br>☆ | **CRANE**<br>Jurisdiction: US<br>Reg: 6586221<br>Serial: 90211132<br>The mark consists of a stylized flying bird above the word "CRANE".<br>Storks, flamingos, heron and other long-legged waders [031508]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524] | Registered<br>Reg: 12/14/2021<br>Pub: 09/28/2021<br>Filed: 09/25/2020<br>First Use: 05/09/2020<br>Current Basis: Use | **018** all purpose reusable carrying bags<br>**020** inflatable furniture<br>**021** all-purpose reusable snack bags being reusable textile food bags, not of paper, for carrying snack foods and food items | ALDI Inc.<br>1200 N. Kirk Road<br>Batavia ILLINOIS 60510<br>US<br>Attorney: Vincent J. Elders |
| 540.<br>☆ | **WAYNORTH**<br>Jurisdiction: US<br>Reg: 5407651<br>Serial: 87598915 | Registered<br>Reg: 02/20/2018<br>Pub: 12/05/2017 | **018** animal skins; backpacks; briefcases; handbags; pocket wallets; school bags; sports bags; trunks; umbrellas; walking sticks | Huang Ting<br>No.60 Hougong, Hougong Village<br>Baitang Town, Hanjiang District |

| | | | | |
|---|---|---|---|---|
| | The mark consists of a flying bird design and wording "WAYNORTH" under the design.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525] | Filed: 09/07/2017<br>First Use: 01/13/2015<br>Current Basis: Use | | Putian, Fujian 510850<br>CN |
| 541.<br>☆ | Jurisdiction: US<br>Reg: 6175590<br>Serial: 87773047<br>The mark consists of a stylized flying bird carrying a branch.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Other branches with leaves, with or without fruit [050310] | Registered<br>Reg: 10/13/2020<br>Pub: 06/12/2018<br>Filed: 01/26/2018<br>First Use: 10/02/2015<br>Current Basis: Use | **042** providing temporary use of on-line non-downloadable software and applications for distributing music | Free Market Music, LLC<br>150 4th Ave. N, FL 20<br>Nashville TENNESSEE 37219<br>US<br>Attorney: Bill Ferrell |
| 542.<br>☆ | Jurisdiction: US<br>Reg: 5966356<br>Serial: 88507587 | Registered<br>Reg: 01/21/2020<br>Pub: 11/05/2019<br>Filed: 07/10/2019 | **042** custom design and engineering of ballistic armor products, namely, armor resistant shields, vests, backpacks, wearable garments, portable structures and furnitures, namely, ballistic doors, chairs, desks, movable wall partitions, removable | Allan Samson<br>#479<br>5 Lenape Road<br>Andover NEW JERSEY 07821<br>US |

| | | | | |
|---|---|---|---|---|
| | The mark consists of A shield depicting two flying birds and a depiction of a larger bird superimposed over the shield.<br>Ducks, geese, swans [031506]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Shields or crests with figurative elements contained therein or superimposed thereon [240102] | First Use: 05/03/2019<br>Current Basis: Use | seat cushions, and ballistic products made of synthetic fibers, aramid, polyaramid, polyethylene, carbon fibers, and hard plates capable of providing personal body protection from ballistic projectiles and threats from bullets, blast, slash, cut, stab, blunt force trauma, and high powered rifle protection | Attorney: Charles T. Riggs Jr. |
| 543.<br>☆ | Jurisdiction: US<br>Serial: 97020644<br>The mark consists of a stylized drawing of a bird flying through a ring.<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Curved lines, bands or bars [261709] | Published<br>Pub: 07/19/2022<br>Filed: 09/10/2021<br>First Use: 12/31/2006<br>Current Basis: Use | **042** computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials; design and testing of new products for others; engineering services, namely, engineering for the field of networking equipment; product design and development in the field of networking equipment; software as a service (saas) services featuring software for deploying, configuring, monitoring, and managing communication equipment in the nature of wireless access points, switches, hubs, gateways, and routers | Senao Networks, Inc.<br>3F., No. 529, Zhongzheng Rd.<br>Xindian, New Taipei C. 231<br>TW<br>Attorney: David Yang |

| | | | | |
|---|---|---|---|---|
| 544.<br>☆ | Jurisdiction: US<br>Reg: 6222692<br>Serial: 88363940<br>The mark consists of a flying bird with two wings in air and a small envelope at the tip of beak; bird is enclosed in circle.<br>Doves [031510]<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Other birds [031525]<br>Envelopes of all sizes [200303]<br>Circles that are totally or partially shaded. [260121] | Registered<br>Reg: 12/15/2020<br>Pub: 07/30/2019<br>Filed: 03/29/2019<br>First Use: 07/01/2019<br>Current Basis: Use | **042** computer services, namely, providing a web site for others that automates party and entertainment events management information consisting of guest lists, guest information, venue information, invitation, rsvps, gift registry; computer services, namely, providing a web site for others that automates party and entertainment events management information consisting of gift cost sharing, invitation creation | Boonmi, LLC<br>Floor-2<br>18 Cliff St<br>Jersey City NEW JERSEY 07306<br>US<br>Attorney: Rick Ruz, Esq. |
| 545.<br>☆ | **AVEM SYSTEMS**<br>Disclaims: "SYSTEMS"<br>Jurisdiction: US<br>Serial: 90702705<br>The mark consists of an image of a flying bird next to the stylized words "AVEM SYSTEMS".<br>Stylized birds and bats [031524] | Published<br>Pub: 05/31/2022<br>Filed: 05/11/2021<br>First Use: 06/01/2020<br>Current Basis: Use | **035** business consulting services relating to developing and implementing business and educational training programs and quality management methodologies regarding professional management, onboarding systems, strategic and business plans, educational and community projects, and improvement of organizational systems; business development services, namely, providing start-up support for the businesses of others; providing advertising, marketing and promotional services, namely, development of digital media campaigns; business evaluations, namely, employee and process evaluations; human resources | Avem Systems, LLC<br>1424 N. Brittany Lane<br>Gilbert ARIZONA 85233<br>US<br>Attorney: Flavia Campbell |

| | | | | |
|---|---|---|---|---|
| | Other birds [031525] | | services, namely, human resources consultancy and human resources management in the field of corporate work force education and training<br>**042** website design consultancy | |
| 546.<br>☆ | **SENAO**<br>Jurisdiction: US<br>Serial: 97047041<br>The mark consists of a stylized drawing of a bird flying through a ring, positioned above the text "SENAO".<br>Birds or bats in flight or with outspread wings [031519]<br>Stylized birds and bats [031524]<br>Plain single line circles [260102] | Published<br>Pub: 07/19/2022<br>Filed: 09/27/2021<br>First Use: 12/31/2006<br>Current Basis: Use | **042** computer security services, namely, enforcing, restricting and controlling access privileges of users of computing resources for cloud, mobile or network resources based on assigned credentials; design and testing of new products for others; engineering services, namely, engineering for the field of networking equipment; product design and development in the field of networking equipment; software as a service (saas) services featuring software for deploying, configuring, monitoring, and managing communication equipment in the nature of wireless access points, switches, hubs, gateways, and routers | Senao Networks, Inc.<br>3F., No. 529, Zhongzheng Rd.<br>Xindian, New Taipei C. 231<br>TW<br>Attorney: David Yang |

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1218806**
Filing date: **06/30/2022**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M. KAYSER<br>K&L GATES LLP<br>1601 K STREET, N.W.<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Motion to Strike |
| Filer's name | Susan M. Kayser |
| Filer's email | watrademarks@klgates.com, susan.kayser@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 06/30/2022 |
| Attachments | Motion to Strike and Request for Suspension.pdf(349716 bytes )<br>Exhibit A.pdf(394886 bytes )<br>Exhibit B.pdf(182390 bytes )<br>Exhibit C.pdf(72986 bytes )<br>Exhibit D.pdf(311060 bytes )<br>Exhibit E.pdf(232211 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In re Application Serial No. 88/555,046
Filed: July 13, 2019

For Mark:
Published in the Official Gazette: December 17, 2019

| | | |
|---|---|---|
| Abercrombie & Fitch Trading Co., | ) | |
| Opposer, | ) | Opposition No. 91255288 |
| v. | ) | |
| Srinivasa Rao Gubbala, | ) | |
| Applicant. | ) | |

**OPPOSER ABERCROMBIE & FITCH'S MOTION TO STRIKE APPLICANT'S TRIAL EVIDENCE AND REQUEST FOR SUSPENSION**

Applicant Abercrombie & Fitch Trading Co. ("Opposer" or "A&F") moves to strike, pursuant to TBMP §§ 707.02 and 707.03, Applicant Srinivasa Rao Gubbala's ("Applicant") (1) Notice of Reliance on Printed Publications ("NOR") Exhibits 1-2 (18 TTABVUE); (2) NOR Exhibits 3-7 (18 TTABVUE) (3) NOR Exhibit 12 (18 TTABVUE); and (4) Testimony Declaration of Srinivasa Rao Gubbala ("Testimony Declaration") Exhibit 5 (19 TTABVUE). Applicant moves to strike because (A) Applicant failed to adequately identify the relevance of certain exhibits, (B) introduced documents responsive to A&F's discovery requests that were not produced during discovery, and (C) failed to make third party registrations of record.

Applicant filed each of the above-listed documents on June 15, 2022, the last day of Applicant's testimony period. The grounds for striking each document are set forth in detail below.

A&F also moves for an Order suspending this proceeding pending the disposition of the instant motion to strike and resetting the date for A&F's Rebuttal Disclosures and all subsequent deadlines following the Board's disposition of this motion, as such disposition is likely to impact the forthcoming trial periods. A&F sought Applicant's consent for this suspension via email on June 30, 2022. Applicant has declined to consent to A&F's request for suspension via reply email on June 30, 2022.

**MEMORANDUM IN SUPPORT OF MOTION**

A party may object to evidence submitted via testimony or a notice of reliance through a motion to strike. *See* TBMP §§ 532, 533, 707. A&F reserves its rights to object to Applicant's evidence on additional substantive grounds, including but not limited to relevance, lack of authentication, and that the material constitutes hearsay, at the time A&F files its trial brief. *See, e.g., FUJIFILM SonoSite, Inc. v. Sonoscape Co., Ltd.*, 111 USPQ2d 1234, 1236 (TTAB 2014) (substantive objections reviewed during trial period); *Alcatraz Media Inc. v. Chesapeake Marine Tours Inc.*, 107 USPQ2d 1750, 1755 (TTAB 2013) (same).

**1. Applicant's NOR Exhibits 1-2 Should Be Stricken**

Applicant's NOR Exhibits 1-2 appear to be printouts of YouTube webpages showing the viewership of a movie trailer and the number of subscribers to the YouTube account that posted the movie trailer, purportedly "to provide requisite context for when discussing Applicant's marketing and fame of its Gannet Fisher Bird Marks." *See* 18 TTABVUE, Notice of Reliance at ¶4.

**A. Applicant's NOR Fails to Adequately Identify the Relevance of Exhibits 1-2**

37 C.F.R. 2.122(g) requires a notice of reliance to include a description and the general relevance of the proffered materials, and associate the materials with one or more issues relevant

to the proceeding. To meet this requirement, the materials must be associated with a *specific* factor relevant to a *specific* and pleaded claim or defense, or a *specific* element or fact relevant to determining a *particular* claim or defense. *See Barclays Capital Inc. v. Tiger Lily Ventures Ltd*, 124 USPQ2d 1160, 1163 (TTAB 2017) (*citing FUJIFILM SonoSite, Inc. v. Sonoscape Co.*, 111 USPQ2d 1234, 1236-37 (TTAB 2014)) (declining to consider evidence offered via notice of reliance where the offering party failed to identify which specific *du Pont* factor(s) the evidence was meant to support); *see also* TBMP § 704.02 (Board should decline to consider evidence offered via notice of reliance that fails to sufficiently identify the relevance of the evidence).

Applicant has not adequately identified any factor relevant to a specific and pleaded claim or defense or a specific element or fact relevant to any claim or defense in this case because the marketing and fame of Applicant's Gannet Fisher Bird Marks is not at issue in this proceeding. Applicant's NOR states that Exhibits 1-2 provide context as to the "fame of [Applicant's] Gannet Fisher Bird Marks." However, Applicant's application Ser. No. 88555046 is filed on an intent-to-use bases under §1(b). Furthermore, both the Joint Stipulations of Fact submitted in this proceeding (14 TTABVUE, ¶22) and Applicant's own Testimony Declaration (19 TTABVUE ¶4) confirm that "Applicant has not yet started sales in the USA" and that Applicant has "not yet sold any items bearing the applied mark." Because Applicant's Bird Mark is not yet in use, the "fame" of Applicant's Bird Mark is not relevant to the current proceedings and at no time prior to or during discovery did Applicant raise this issue/defense. *See* Trademark Rule 2.122(g): "For all evidence offered by notice of reliance, the notice must indicate generally the relevance of the evidence and associate it with one or more issues ***in the proceeding***." (emphasis added); *Barclays Capital Inc.*, 124 USPQ2d at 1164 ("the offering party should associate the materials with a specific factor relevant to a specific and pleaded claim or defense, or a specific fact relevant to determining a

particular claim or defense"); *see also* 4 TTABVUE, Applicant's Answer and Affirmative Defenses (not raising "fame" of Applicant's mark). For these reasons, Applicant's NOR Exhibits 1-2 should be stricken. *See Barclays Capital Inc.*, 124 USPQ2d at 1163; TBMP § 704.02.

**B. Applicant's NOR Exhibits 1-2 Were Responsive to A&F's Discovery Requests but Not Produced During Discovery**

Applicant is further precluded from submitting documents or information during its trial period that was responsive to A&F's discovery requests but not produced during discovery. TMEP 527.01(e) ("A party that responds to a request for discovery by indicating that it does not have the information sought, or by stating objections thereto, may be barred by its own action from later introducing the information sought in the request as part of its evidence on the case"); *see Panda Travel, Inc. v. Resort Option Enterprises, Inc.*, 94 USPQ2d 1789, 1792-93 (TTAB 2009) (striking documents that were responsive to opposer's discovery requests but not produced until after the opening of opposer's trial period); *ConAgra Inc. v. Saavedra*, 4 USPQ2d 1245, 1247 n.6 (TTAB 1987) (striking documents not produced during discovery that were responsive to discovery requests); *National Aeronautics and Space Administration v. Bully Hill Vineyards Inc.*, 3 USPQ2d 1671, 1672 n.3 (TTAB 1987) (excluding documents that were responsive to discovery requests but not introduced until trial period); *Shoe Factory Supplies Co. v. Thermal Eng'g Co.*, 207 U.S.P.Q. (BNA) ¶ 517 n.1 (TTAB. June 2, 1980) ("a party may not properly introduce a document in evidence in its behalf after having refused to make it available to an adverse party seeking discovery thereof"). Furthermore, "A party that … has responded to a request for discovery is under a duty to supplement or correct the disclosure or response in a timely manner to include information under the particular circumstances specified in Fed. R. Civ. P. 26(e)." TBMP § 408.03.

Here, Applicant's NOR Exhibits 1-2 are responsive to multiple Requests for the Production of Documents, which A&F served on Applicant on December 13, 2022, namely:

- **A&F's Request for Production No. 12**: "Any and all documents that support and/or rebut the allegations contained in the Notice of Opposition filed in this Proceeding." *See* A&F's First Request for Production of Documents and Things to Applicant ("A&F's Requests for Production"), attached as **EXHIBIT A**.
  - **Applicant's Response**: The productions in REQUEST FOR PRODUCTION No. 12 ***is produced in whole***." *See* Applicant's Responses to A&F's Requests for Production, attached as **EXHIBIT B** (emphasis added).
- **A&F's Request for Production No. 14**: "Any and all documents upon which you rely to defend against A&F's Opposition." **EXHIBIT A.**
  - **Applicant's Response:** "The productions in REQUEST FOR PRODUCTION No. 14 is ***produced in whole*** at this time. Discovery is still ongoing and Applicant reserves his right to supplement the responses." **EXHIBIT B** (emphasis added).

Applicant never supplemented its responses.

During discovery, Applicant produced two pages that were not bates-stamped, contained no URL and no access date, and contained images and text that appeared cut off and not rendered properly. See attached **EXHIBIT C**. While it is possible that the two pages attached as **EXHIBIT C** relate to Exhibits 1 and 2, the documents attached as **EXHIBIT C** are undated, lack any URL, and have images and text that appears to be cut off. Further there are material differences between Exhibits 1 and 2 attached to the Notice of Reliance and **EXHIBIT C** produced in discovery, including that the versions produced during discovery did not identify the relevant URL(s), did not

show the full title of what appeared to be a YouTube video, did not show the view count of the video, did not show a "freeze frame" at the three-second mark of video that displays the text "A GANNET CELLULOID PRODUCTION", did not display the name "Arjun Chakravarthy" or have that name highlighted, did not display the full video title, etc. Because these documents were not produced in the form shown in NOR Exhibits 1 and 2, A&F did not have an opportunity to adequately review or cross-examine based on these documents prior to A&F's trial period, which has unfairly prejudiced A&F and prevented it from preparing a comprehensive defense. Because the versions Applicant submitted as Exhibits 1 and 2 to Applicant's Notice of Reliance were responsive to A&F's requests for production but not produced during discovery, they should be stricken. *See* TMEP 527.01(e); *Panda Trave,* 94 USPQ2d at 1792-93; *ConAgra*, 4 USPQ2d at 1247 n.6; *National Aeronautics and Space Administration*, 3 USPQ2d at 1672 n.3; *Shoe Factory Supplies Co. v. Thermal Eng'g Co.*, 207 U.S.P.Q. (BNA) ¶ 517 n.1; TBMP § 408.03.

**2. Applicant's NOR Exhibits 3-7 Should Be Stricken**

Applicant's NOR refers to and attaches: a TripAdvisor attraction review for an aquarium in North Holland, The Netherlands (Exhibit 3); a Pew Research article published in January 2016 (Exhibit 4); a Semrush.com webpage showing the May 2022 traffic stats for wikidiff.com (Exhibit 5); an impact report dated 2019/2020 that was published on October 11, 2020 (Exhibit 6); and an annual report from a United Kingdom-based charity (Exhibit 7). All five of these Exhibits are purportedly relevant to "provide context of the readership of articles referenced discussing dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark."

**A. Applicant's NOR Fails to Adequately Identify the Relevance of Exhibits 3-7**

Applicant fails to adequately describe, and A&F cannot determine based on Applicant's descriptions, the relevance of these five Exhibits. These NOR Exhibits do not relate to any specific claim or defense in the current action nor do they adequately show the "context of the readership" of any "articles referenced" in Applicant's submissions during its trial period. Accordingly, the Board should decline to consider these submissions. *See Barclays Capital Inc.*, 124 USPQ2d at 1163; TBMP § 704.02.

**B. Applicant's NOR Exhibits 3-7 Were Responsive to A&F's Discovery Requests but Not Produced During Discovery**

As discussed in Section 1(B) above, Applicant is precluded from submitting during its trial period documents or information that was responsive to A&F's discovery requests but not produced during discovery. *See* TMEP 527.01(e); *Panda Trave,* 94 USPQ2d at 1792-93; *ConAgra*, 4 USPQ2d at 1247 n.6; *National Aeronautics and Space Administration*, 3 USPQ2d at 1672 n.3; *Shoe Factory Supplies Co. v. Thermal Eng'g Co.*, 207 U.S.P.Q. (BNA) ¶ 517 n.1; TBMP § 408.03. Here, Applicant's NOR Exhibits 3-7 are responsive to multiple of A&F's Request for the Production of, namely:

- **A&F's Request for Production No. 9**: "All documents that indicate any similarities or differences between Applicant's Mark and Opposer's Marks." **EXHIBIT A**
  - **Applicant's Response:** "The productions in REQUEST FOR PRODUCTION No. 9 ***is produced in whole."*** **EXHIBIT B** (emphasis added).
- **A&F's Request for Production No. 12**: ("Any and all documents that support and/or rebut the allegations contained in the Notice of Opposition filed in this Proceeding." **EXHIBIT A.**

  - **Applicant's Response**: The productions in REQUEST FOR PRODUCTION No. 12 ***is produced in whole***." **EXHIBIT B** (emphasis added).
- **A&F's Request for Production No. 14**: "Any and all documents upon which you rely to defend against A&F's Opposition." **EXHIBIT A.**
  - **Applicant's Response:** "The productions in REQUEST FOR PRODUCTION No. 14 is ***produced in whole*** at this time. Discovery is still ongoing and Applicant reserves his right to supplement the responses." **EXHIBIT B** (emphasis added). Applicant never supplemented its responses.

However, Applicant did not produce NOR Exhibits 3-7 during discovery, which closed January 16, 2022, and A&F therefore had no opportunity to review or cross-examine based on these documents prior to A&F's trial period. Instead, A&F first learned of these documents when Applicant submitted them to the Board as part of Applicant's NOR on June 15, 2022, the last day of Applicant's trial testimony period, long after discovery had closed on January 16, 2022, and long after A&F's own trial period closed on April 16, 2022. Allowing these documents at this late stage would unfairly prejudice A&F and prevent it from preparing a comprehensive defense. These documents should therefore excluded. TMEP 527.01(e); *Panda Trave,* 94 USPQ2d at 1792-93; *ConAgra*, 4 USPQ2d at 1247 n.6; *National Aeronautics and Space Administration*, 3 USPQ2d at 1672 n.3; *Shoe Factory Supplies Co. v. Thermal Eng'g Co.*, 207 U.S.P.Q. (BNA) ¶ 517 n.1; TBMP § 408.03.

**3. Applicant's NOR Exhibit 12 Should Be Stricken**

Applicant's NOR Exhibit 12 references and attaches an article from RSPB, a wildlife nature conservation charity based in the United Kingdom: https://www.rspb.org.uk/birds-and-wildlife/wildlife-guides/bird-a-z/gannet/. Again, Applicant fails to adequately describe, and A&F

cannot determine based on Applicant's descriptions, the relevance of this Exhibit 12. Applicant fails to adequately describe how this Exhibit 12 pertains to any specific factor relevant to a specific and pleaded claim or defense, or a specific element or fact relevant to determining a particular claim or defense, and should therefore be stricken. *See Barclays Capital Inc.*, 124 USPQ2d at 1163; TBMP § 704.02.

**4. Applicant's Testimony Declaration Exhibit 5 Should Be Stricken**

Applicant seeks to attach a 503-page "Knockout Report" as Exhibit 5 to Applicant's Testimony Declaration submitted June 16, 2022.

**A. Applicant's Testimony Declaration Exhibit 5 Was Responsive to A&F's Discovery Requests but Not Produced During Discovery**

As discussed in Sections 1(B) and 2(B) above, Applicant is precluded from submitting during its trial period documents or information that was responsive to A&F's discovery requests but not produced during discovery. *See* TMEP 527.01(e); *Panda Travel,* 94 USPQ2d at 1792-93; *ConAgra*, 4 USPQ2d at 1247 n.6; *National Aeronautics and Space Administration*, 3 USPQ2d at 1672 n.3; *Shoe Factory Supplies Co. v. Thermal Eng'g Co.*, 207 U.S.P.Q. (BNA) ¶ 517 n.1; TBMP § 408.03. Here, the existence of any "Knockout Report" such as the one Applicant attempts to submit as Exhibit 5 to Applicant's Testimony Declaration would have been responsive to multiple of A&F's Interrogatories, which A&F served on Applicant on December 13, 2022, namely:

- **A&F's Interrogatory No. 12:** "Identify any Third Party marks that support Applicant's contention that no likelihood of confusion exists or will exist between the registration of Applicant's Mark and Opposer's Marks." *See* A&F's First Set of Interrogatories to Applicant ("A&F's Interrogatories"), attached as **EXHIBIT D**.
  - **Applicant's Response**: "Objection. INTERROGATORY NO. 13 [sic] is compound, overbroad, unduly burdensome, irrelevant to likely lead to

admissible evidence, vague and confusing as to the word "marks," and calls for an improper opinion from a lay witness. Subject to and without waiving the foregoing objections respondent response as follows: The evidence sought is also in the control of the propounding party." *See* Applicant's Responses to A&F's Interrogatories, attached as **EXHIBIT E**.

Applicant did not supplement its responses, and Applicant should be precluded from seeking to introduce new evidence and arguments as to Third Party marks at this late stage.

Furthermore, Exhibit 5 to Applicant's Testimony Declaration is responsive to multiple Requests for Production, namely:

- **A&F's Request for Production No. 6:** "Any and all documents referring or relating to any formal or informal trademark searches, investigations, opinions, or evaluation of any records involving Applicant's Mark, including any search to determine whether such mark was available for use or registration." **EXHIBIT A**.
  - **Applicant's Response**: "The responding party is unable to comply with REQUEST FOR PRODUCTION NO. 6 ***as no such documents exist***." **EXHIBIT B** (emphasis added).
- **A&F's Request for Production No. 9**: "All documents that indicate any similarities or differences between Applicant's Mark and Opposer's Marks." **EXHIBIT A**.
  - **Applicant's Response:** "The productions in REQUEST FOR PRODUCTION No. 9 ***is produced in whole."*** **EXHIBIT B** (emphasis added).
- **A&F's Request for Production No. 12**: ("Any and all documents that support and/or rebut the allegations contained in the Notice of Opposition filed in this Proceeding." **EXHIBIT A.**

  - **Applicant's Response**: The productions in REQUEST FOR PRODUCTION No. 12 ***is produced in whole***." **EXHIBIT B** (emphasis added).
- **A&F's Request for Production No. 14**: "Any and all documents upon which you rely to defend against A&F's Opposition." **EXHIBIT A.**
  - **Applicant's Response:** "The productions in REQUEST FOR PRODUCTION No. 14 is ***produced in whole*** at this time. Discovery is still ongoing and Applicant reserves his right to supplement the responses." **EXHIBIT B** (emphasis added). Applicant never supplemented its responses.

However, Applicant did not produce Testimony Declaration Exhibit 5 during discovery, which closed January 16, 2022, and A&F therefore had no opportunity to review or cross-examine based on these documents. Instead, A&F first learned of this 503-page "Knockout Report" when Applicant submitted it to the Board as an exhibit to Applicant's Testimony Declaration on June 15, 2022, the last day of Applicant's trial testimony period, long after discovery had closed on January 16, 2022, and long after A&F's own trial period closed on April 16, 2022.

Applicant cannot claim that "no such documents exist" in its responses to discovery requests and then conduct and submit a trademark search after the close of discovery and after the close of A&F's trial period (the first page of the "Knockout Report" indicates that it was created on June 15, 2022 at 6:14 PM CDT, the last day of Applicant's trial period and the date Applicant's NOR and Testimony Declaration were submitted). This "bait and switch" whereby Applicant avoided presenting evidence until after discovery closed and after A&F's trial period has unfairly prejudiced A&F by denying A&F the opportunity to obtain additional discovery related to such evidence and to otherwise cross-examine this evidence and prepare a comprehensive defense. *See Presto Products Inc. v. Nice-Pak Products Inc.*, 9 USPQ2d 1895, 1896 n.5 (TTAB 1988) (party

that failed to produce trademark search report during discovery cannot later rely on the information in such report as evidence on its behalf).

Allowing these documents at this late stage would unfairly prejudice A&F and prevent it from preparing a comprehensive defense. Accordingly, Applicant's Testimony Declaration Exhibit 5 should be struck. *See* TMEP 527.01(e); *Panda Trave,* 94 USPQ2d at 1792-93; *ConAgra*, 4 USPQ2d at 1247 n.6; *National Aeronautics and Space Administration*, 3 USPQ2d at 1672 n.3; *Shoe Factory Supplies Co. v. Thermal Eng'g Co.*, 207 U.S.P.Q. (BNA) ¶ 517 n.1; TBMP § 408.03.

**B. Applicant's Testimony Declaration Exhibit 5 Fails to Make Third-Party Registrations of Record**

A party may introduce evidence of third-party registrations by filing a plain copy of the registration, or a printout of the information of the registration from the Office's electronic database records. TBMP 704.03(b)(1)(B). "On the other hand, a party may not make a third-party registration of record simply by introducing a list of third-party registrations that includes it; or by filing a trademark search report in which the registration is mentioned; or by filing a printout, from a private company's data base, of information about the registration." *Id.* In addition, even "when a third-party federal registration has been properly made of record, its probative value is limited, particularly when the issue to be determined is likelihood of confusion, and there is no evidence of actual use of the mark shown in the registration." *Id.*; *see generally Calypso Technology Inc. v. Calypso Capital Management LP*, 100 USPQ2d 1213, 1217 (TTAB 2011) (declining to consider summaries of search results for third-party registrations as such results are not official records); *Weyerhaeuser Co. v. Katz*, 24 USPQ2d 1230, 1231-32 (TTAB 1992) (trademark search reports from private companies are neither printed publications nor official records). Here, because Applicant has not properly made any third party registrations part of the record, the Board should decline to consider and should strike Testimony Declaration Exhibit 5.

**5. The Board Should Suspend Proceedings Pending Disposition of this Motion to Strike**

A&F respectfully requests that the Board suspend proceedings pending disposition of A&F's current Motion to Strike. The disposition of the current Motion will impact the forthcoming trial periods and the scope and focus of both parties' trial briefs. If proceedings are not suspended, the parties will need to draft their briefs as if the objected-to documents are stricken and need not be substantively addressed, on the one hand, and also as if the objected-to documents are not stricken and must be substantively addressed, on the other hand. Thus, to conserve the Board's and the parties' resources and ensure that trial briefs are focused only on relevant issues, the Board routinely suspends proceedings pending its disposition of motions to strike, and resets case deadlines after it decides such motions. *See Icon Health & Fitness, Inc. v. Eifit LLC*, 2022 USPQ2d 315 (TTAB 2022) (Board suspended proceedings pending outcome of outstanding motion to strike at 21 TTABVUE); *Barclays Capital Inc. v. Tiger Lily Ventures Ltd*, 124 USPQ2d 1160 (TTAB 2017) (Board suspended proceedings pending outcome of motions to strike at 98 TTABVUE and 129 TTABVUE); *FUJIFILM SonoSite,* 111 USPQ2d 1234 (TTAB 2014) (Board suspended proceedings pending outcome of motion to strike at 33 TTABVUE). A&F requested Applicant's consent to suspend proceedings pending the Board's disposition of this Motion to Strike via email on June 30, 2022. Applicant declined to consent to A&F's request for suspension via reply email on June 30, 2022.

**CONCLUSION & REQUEST FOR SUSPENSION**

For the reasons discussed above, A&F requests that the Board strike and decline to consider Applicant's Notice of Reliance Exhibits 1-2, 3-7, and 12 (18 TTABVUE), and also Applicant's Testimony Declaration Exhibit 5 (19 TTABVUE).

A&F respectfully requests the Board suspend proceedings pending disposition of A&F's Motion to Strike.

Dated: June 30, 2022

Respectfully submitted,
**K&L Gates LLP**

By: /Susan M. Kayser/
Susan M. Kayser
Eric W. Lee
Kristin Wells
1601 K Street, N.W.
Washington, DC 20006
202-778-9421
Susan.Kayser@klgates.com
Eric.Lee@klgates.com
Kristin.Wells@klgates.com

*Attorneys for Abercrombie & Fitch Trading. Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Motion to Strike and Request for Suspension has been served on counsel for Applicant, Srinivasa Rao Gubbala, on June 30, 2022, via e-mail to:

Lillian.khosravi.law@gmail.com
Uspto@unitedlegalexperts.com
lillian@khosravilaw.com
Gubbala.rao@gmail.com

/Susan M. Kayser/
Susan M. Kayser
*Attorney for Opposer Abercrombie and Fitch Trading Co.*

**Exhibit A**

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | | |
|---|---|---|
| Abercrombie & Fitch Trading Co., | ) | Opposition No. 91255288 |
| Opposer, | ) | |
| v. | ) | |
| Srinivasa Rao Gubbala, | ) | |
| Applicant. | ) | |

**OPPOSER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO APPLICANT**

Opposer, Abercrombie & Fitch Trading Co. ("Opposer" or "A&F"), hereby requests pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and Rules 2.116 and 2.120 of the Trademark Rules of Practice that Applicant Srinivasa Rao Gubbala ("Applicant" or "Srinivasa") produce documents and/or things in response to each of the following requests. These requests for production are continuing, and any documents or things that may be discovered subsequent to production should be brought to the attention of Opposer through a supplemental production within a reasonable time following such discovery. Documents and things should be produced at the office for counsel for Opposer, c/o Susan M. Kayser, K&L GATES LLP, 1601 K Street N.W., Washington, D.C. 20006-1600, or via email at susan.kayser@klgates.com, eric.lee@klgates.com, and kristin.wells@klgates.com, within thirty (30) days from the date of service hereof.

**DEFINITIONS**

For definitions of the terms used herein, Opposer adopts and incorporates the Definitions set forth in Opposer's First Set of Interrogatories to Applicant.

**INSTRUCTIONS**

The following instructions apply to the document requests below and should be considered as part of each request:

A. In answering these document requests, furnish all information available to you, including information in the possession of your employees, agents, attorneys, consultants, investigators for your attorneys, or information otherwise subject to your possession and/or control, and not merely information within your own personal knowledge.

B. If any material is withheld under a claim of privilege, state the nature of the privilege claimed (e.g., attorney-client communication or attorney work-product), time, place and those privy to the communication, and all facts upon which you rely to support your privilege claim.

With regard to the production of documents, when there is not an objection to the production of a document other than privilege, each document so withheld should be separately identified in a privileged document list. The privileged document list must identify each document separately, specifying for each document at least the following:

1. The date the document was created;
2. The sender(s) thereof;
3. The recipient(s), including copy recipients;
4. The general subject matter of the document;
5. The portion(s) of the document as to which privilege is claimed (e.g., one sentence, one paragraph, entire document, etc.); and
6. The basis of such privilege.

C. The sender(s) and recipient(s) shall be identified by position and entity (corporate or firm, etc.) with which they are employed or associated. The type of privilege claimed must also be stated, together with the certification that all the elements of the claimed privilege have been met and not waived with respect to each document. If Applicant objects to any subpart or portion of a document request or objects to providing certain material requested, state Applicant's objections and answer the unobjectionable subpart(s) of the document requests and supply the unobjectionable material requested.

D. If any of the following requests cannot be responded to in full after exercising reasonable diligence to secure the material, please so state, supply the material for those portions Applicant is able to answer and supply whatever material Applicant has concerning the portion which cannot be answered in full. If Applicant's response is qualified in any particular respect, set forth the details of such qualification.

E. Documents shall be produced as they are kept in the usual course of business. In producing the documents and things requested herein, Applicant shall produce them in their original file folders, if any, or in lieu thereof, indicate the set of documents are produced from a given file. Duplicates shall be produced in the same sequence as they are contained or found in the original file folder. The integrity and internal sequence of the requested documents within each folder shall not be disturbed.

F. Documents shall be produced in such fashion as to identify in whose possession they were located and, where applicable, the natural person in whose possession they were found, and the business address of each document's custodian(s), if any.

G. These document requests shall be continuing, so as to require proper supplemental answers if further information or documents are obtained or developed by you, your counsel, or your agents seasonably after the time that you serve answers to these requests for production.

**DOCUMENT REQUESTS**

**REQUEST FOR PRODUCTION NO. 1:**

All documents identified, relied upon, or referenced in Applicant's responses to Opposer's First Set of Interrogatories to Applicant.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 2:**

Documents reflecting any and all communications with any Third Party referring in substance or effect to Opposer's Marks.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 3:**

Any and all documents (other than documents filed in this Proceeding or communications between Applicant and counsel for A&F) referring or relating to A&F or its goods or services.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 4:**

A sample, model, or accurate photograph of each product bearing or intended to bear Applicant's Mark from your first use to the present, or a mock-up or sample rendition of each proposed product bearing or intending to bear Applicant's Mark from your first use to the present.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to identify the distribution and marketing channels of trade that Applicant markets, promotes and offers for sale, or intends to market, promote or offer for sale goods or services bearing Applicant's Mark in the United States, including but not limited to brick and mortar retail locations, social media, your website, and Third Party websites.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 6:**

Any and all documents referring or relating to any formal or informal trademark searches, investigations, opinions, or evaluation of any records involving Applicant's Mark, including any search to determine whether such mark was available for use or registration.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 7:**

All documents relating to any cease and desist letter, litigation, legal proceeding, objections to, or dispute specifically relating to Applicant's Mark other than this Proceeding.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 8:**

All documents upon which you will rely to support any claim that Applicant's Mark is sufficiently distinct from Opposer's Mark so as to obviate any likelihood of confusion or mistake as to source or origin.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 9:**

All documents that indicate any similarities or differences between Applicant's Mark and Opposer's Marks.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 10:**

All documents that indicate any similarities or differences between the goods in the description of Applicant's Mark and goods covered by Opposer's Marks.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 11:**

Documents sufficient to identify the persons responsible for the selection, trademark clearance, and/or trademark application of Applicant's Mark.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 12:**

Any and all documents that support and/or rebut the allegations contained in the Notice of Opposition filed in this Proceeding.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 13:**

Any and all documents supporting or controverting the statements contained in Applicant's Answer.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 14:**

Any and all documents upon which you rely to defend against A&F's Opposition.

**RESPONSE:**

Dated: December 13, 2021

Respectfully submitted,

/Susan M. Kayser/
Susan M. Kayser
Eric W. Lee
K&L GATES LLP
1601 K St. NW
Washington, DC 20006
susan.kayser@klgates.com
eric.lee@klgates.com

*Attorneys for Opposer*
*Abercrombie & Fitch Trading Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Opposer's First Request for Production of Documents and Things to Applicant has been served on Applicant, Srinivasa Rao Gubbala, on December 13, 2021, via email at lillian.khosravi.law@gmail.com, uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com.

/Eric W. Lee/
Eric W. Lee

**Exhibit B**

**Lillian Khosravi SBN 316930**
**Law Office of Lillian Khosravi**
**1000 Town Center Dr. Suite 300**
**Oxnard, CA 93036**
**(805) 428-1253**
**Lillian@KhosraviLaw.com**

**Attorney for Opposer**

**IN THE UNITED STATES**
**PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

**Abercrombie & Fitch Trading Co.,** Opposer, v. **Srinivasa Rao Gubbala**, Applicant — Opposition No. 91255288; Serial No. 88555046

## OPPOSER'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

**REQUEST FOR PRODUCTION NO. 1:**

All documents identified, relied upon, or referenced in Applicant's responses to Opposer's First Set of Interrogatories to Applicant.

**RESPONSE:** The responding party is unable to comply with REQUEST FOR PRODUCTION NO. 1 as no such documents exist.

**REQUEST FOR PRODUCTION NO. 2:**

Documents reflecting any and all communications with any Third Party referring in substance or effect to Opposer's Marks.

**RESPONSE:** The responding party is unable to comply with REQUEST FOR PRODUCTION NO. 2 as no such documents exist.

**REQUEST FOR PRODUCTION NO. 3:**

Any and all documents (other than documents filed in this Proceeding or communications between Applicant and counsel for A&F) referring or relating to A&F or its goods or services.

**RESPONSE:** The responding party is unable to comply with REQUEST FOR PRODUCTION NO. 3 as no such documents exist.

**REQUEST FOR PRODUCTION NO. 4:**

A sample, model, or accurate photograph of each product bearing or intended to bear Applicant's Mark from your first use to the present, or a mock-up or sample rendition of each proposed product bearing or intending to bear Applicant's Mark from your first use to the present.

**RESPONSE:** The product in REQUEST FOR PRODUCTION NO. 4 is produced in whole.

**REQUEST FOR PRODUCTION NO. 5:**

Documents sufficient to identify the distribution and marketing channels of trade that Applicant markets, promotes and offers for sale, or intends to market, promote or offer for sale goods or services bearing Applicant's Mark in the United States, including but not limited to brick and mortar retail locations, social media, your website, and Third Party websites.

**RESPONSE:** The productions in REQUEST FOR PRODUCTION No. 5 is produced in whole.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all documents referring or relating to any formal or informal trademark searches, investigations, opinions, or evaluation of any records involving Applicant's Mark, including any search to determine whether such mark was available for use or registration.

**RESPONSE:** The responding party is unable to comply with REQUEST FOR PRODUCTION NO. 6 as no such documents exist.

**REQUEST FOR PRODUCTION NO. 7:**

All documents relating to any cease and desist letter, litigation, legal proceeding, objections to, or dispute specifically relating to Applicant's Mark other than this Proceeding.

**RESPONSE:** The responding party is unable to comply with REQUEST FOR PRODUCTION NO. 7 as no such documents exist.

**REQUEST FOR PRODUCTION NO. 8:**

All documents upon which you will rely to support any claim that Applicant's Mark is sufficiently distinct from Opposer's Mark so as to obviate any likelihood of confusion or mistake as to source or origin.

**RESPONSE:** The productions in REQUEST FOR PRODUCTION No. 8 is produced in whole.

**REQUEST FOR PRODUCTION NO. 9:**

All documents that indicate any similarities or differences between Applicant's Mark and Opposer's Marks.

**RESPONSE:** The productions in REQUEST FOR PRODUCTION No. 9 is produced in whole.

**REQUEST FOR PRODUCTION NO. 10:**

All documents that indicate any similarities or differences between the goods in the description of Applicant's Mark and goods covered by Opposer's Marks.

**RESPONSE:** These documents are within also within the possession and control of the propounding party and on file with the USPTO.

**REQUEST FOR PRODUCTION NO. 11:**

Documents sufficient to identify the persons responsible for the selection, trademark clearance, and/or trademark application of Applicant's Mark.

**RESPONSE:** The productions in REQUEST FOR PRODUCTION No. 11 is produced in whole.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all documents that support and/or rebut the allegations contained in the Notice of Opposition filed in this Proceeding.

**RESPONSE:** The productions in REQUEST FOR PRODUCTION No. 12 is produced in whole.

**REQUEST FOR PRODUCTION NO. 13:**

Any and all documents supporting or controverting the statements contained in Applicant's Answer.

**RESPONSE:** Objection. REQUEST FOR PRODUCTION NO. 13 is compound, vague and confusing, and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows: These documents are also within the possession and control of the propounding party.

**REQUEST FOR PRODUCTION NO. 14:**

Any and all documents upon which you rely to defend against A&F's Opposition.

**RESPONSE:** The productions in REQUEST FOR PRODUCTION No. 14 is produced in whole at this time. Discovery is still ongoing and Applicant reserves his right to supplement the responses.

Dated: January 12, 2022

By:

/s/ Lillian Khosravi
Lillian Khosravi
Law Office of Lillian Khosravi

**Attorney for Applicant**

**Certificate of Service**

I hereby certify that a true and complete copy of the foregoing RESPONSE TO OPPOSER'S FIRST SET OF DOCUMENT PRODUCTION, dated January 12, 2022, has been served on Opponent's Attorney of Record by e-mail at the following address: Susan.kayser@klgates.com, ipdocketingwest@anfcorp.com, WATrademarks@klgates.com, ANFteam@klgates.com

Signature___/s/*Lillian Khosravi*_________

Lillian Khosravi
Date_____January 12, 2022__________

**Exhibit C**

YouTube
Home
Explore
Subscriptions
Library
Our Website
Gannet Celluloid
81.8K subscribers
SUBSCRIBE
VIDEOS
PLAYLISTS
COMMUNITY
CHANNELS
ABOUT
rthy movie | The First Cant (4K) 2021:Venu KC |...
9 months ago

YouTube
Home
Explore
Subscriptions
Library
Our Website
Gannet Celluloid
81.8K subscribers
SUBSCRIBE
VIDEOS
PLAYLISTS
COMMUNITY
CHANNELS
ABOUT

**Exhibit D**

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | | |
|---|---|---|
| Abercrombie & Fitch Trading Co., | ) | Opposition No. 91255288 |
| Opposer, | ) | |
| v. | ) | |
| Srinivasa Rao Gubbala, | ) | |
| Applicant. | ) | |

**OPPOSER'S FIRST SET OF INTERROGATORIES TO APPLICANT**

Opposer, Abercrombie & Fitch Trading Co. ("Opposer" or "A&F"), hereby requests that Applicant Srinivasa Rao Gubbala ("Applicant" or "Srinivasa") serve upon Opposer, pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure and Rules 2.116 and 2.120 of the Trademark Rules of Practice, sworn answers to the interrogatories set forth below. These interrogatories are continuing, and any information that may be discovered subsequent to the service of the answers should be brought to the attention of Opposer through supplemental answers within a reasonable time following such discovery.

For the convenience of the Board and the parties, and pursuant to the Board's preference (TBMP § 405.04(b)), Opposer requests that each interrogatory be quoted in full immediately preceding the response. Sworn answers to these interrogatories should be served upon Opposer, c/o Susan M. Kayser, Eric W. Lee, and Kristin Wells via email at susan.kayser@klgates.com, eric.lee@klgates.com, and kristin.wells@klgates.com within thirty (30) days from the date of service hereof.

**DEFINITIONS**

As used herein, in Opposer's First Set of Requests for Admission, and in Opposer's First Requests for Production of Documents and Things, the following terms shall have the meaning set forth below:

A. The terms "Applicant," "you," and / or "your" shall mean Applicant Srinivasa, and any affiliates and any other persons acting on Applicant's behalf.

B. The terms "Opposer" and / or "A&F" shall refer to Abercrombie & Fitch Trading Co. and any of its past or present officers, directors, partners, trustees, employees, corporate parents, subsidiaries, affiliates, agents, representatives, and attorneys.

C. The term "Applicant's Mark" shall mean the mark subject of U.S. Trademark Application No. 88/555,046 for its design mark at issue in Opposition No. 91255288.

D. The term "Opposer's Marks" shall mean the following bird design marks: U.S. Registration Nos. 3,745,498 for the design mark covering "clothing, namely, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website," which was registered with the USPTO on February 2, 2010; 4,022,932 for the design mark covering "clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online web-sites," which was registered with the USPTO on September 6, 2011; 3,745,497 for the design mark covering "clothing, namely, blouses, boxer shorts,

camisoles, caps, coats, dresses, footwear, hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website," which was registered with the USPTO on February 2, 2010; 3,855,891 for the design mark covering "gloves; headwear; scarves," which was registered with the USPTO on October 5, 2010; 4,091,084 for the design mark covering "belts; bottoms; coats; footwear; jackets; sleepwear; swimwear; tops; undergarments," which was registered with the USPTO on January 24, 2012; 3,588,412 for the design mark covering "on-line retail store services featuring personal care products, clothing, jewelry, and bags; retail store services featuring personal care products, clothing, jewelry, and bags," which was registered with the USPTO on March 10, 2009; 4,384,092 for the design mark covering "retail clothing store services," which was registered with the USPTO on August 13, 2013; 3,592,454 for the design mark covering "on-line retail store services featuring personal care products, clothing, jewelry, and bags; retail stores featuring personal care products, clothing, jewelry, and bags," which was registered with the USPTO on March 17, 2009.

E. The term "Documents" is used in its customary broad sense to mean all non-identical copies of all hard-copy documents or electronically stored information within the scope of Rule 34 of the Federal Rules of Civil Procedure, including any and all miscellaneous files and/or file fragments, regardless of the media on which they reside and regardless of whether said electronic data consists in an active file, deleted file or file fragment including, without limitation, information stored on any electronic network, hard drives, shared drives, electronic workspaces, PDAs, Personal Storage Tables (.pst's), databases, intranets or other electronic means;

communications of any nature including e-mails and all information referencing or relating to such messages anywhere on the computer system, text messages, online or office based instant messages, internal company communications, memoranda, notes, letters, agreements, reports or summaries; reports and/or summaries of interviews; reports and/or summaries of investigations; opinions or reports of consultants or counsel; brochures, pamphlets, advertisements, marketing documents, trade letters, press releases; drafts of documents and revisions of drafts of documents including all metadata; photographs; charts; and all mechanical and electronic sound recordings or transcripts thereof, in the possession and/or control of you or your employees or agents, or known to you to exist, and shall include all non-identical copies of documents by whatever means made and whether or not claimed to be privileged or otherwise excludable from discovery. By way of illustration only and not by way of limitation, any document bearing on any sheet or side thereof any marks, including, but not limited to, initials, stamped indicia, comment or notation of any character and not a part of the original text or any reproduction thereof, is to be considered a separate document. In the case of documents produced in electronic form, identify the device on which the document was created and/or maintained and the program through which the document can be read or accessed.

F. The terms "Person" and "Party" shall include any natural person, individuals, corporations, sole proprietorships, associations, partnerships, agencies and any other type of organization or entity.

G. The term "Identify" when used in reference to a date shall mean to state the day, month and year on which an event took place.

H. The term "Third Party" shall mean any person other than Applicant and Opposer.

I. The terms "And" and "Or" shall mean either disjunctively or conjunctively as necessary to bring within the scope of the request all documents which might otherwise be construed to be outside its scope.

J. The terms "All" and "Each" shall mean all and each.

K. The term "Any" should be understood in either its most or its least inclusive sense as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside its scope.

L. The terms "Advertisement," "Advertising," "Marketing," and "Promotion" shall include, without limitation, any media and means used to promote goods and services.

M. The term "Date" shall mean the exact day, month and year, if ascertainable, or if not, the best approximation, including the relationship to other events.

N. The terms "Relating," "Referring," "Referencing," "Reflecting," or "Concerning" shall each mean concerning, relating to, referring, referencing, reflecting, describing, evidencing or constituting.

O. As used herein, the singular shall always include the plural and the present tense shall always include the past tense, and vice-versa as necessary in order to bring within the scope of the request all documents which might otherwise be construed to be outside its scope.

P. The term "Proceeding" shall mean Opposition No. 91255288, *Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*.

**INSTRUCTIONS**

The following instructions apply to the interrogatories below and should be considered as part of each interrogatory:

A. When an interrogatory asks you to "identify" or for "identification" of a natural person, provide the following information, to the extent known, with respect to the person:

1. The person's full name;
2. Present and/or last known (designating which) home address or principal place of business;
3. Present and/or last known (designating which) residence and business telephone number;
4. Present and/or last known (designating which) title, position, or business affiliation;
5. Present or last known (designating which) affiliation with Applicant, if any; and
6. In the case of a present or past employee, officer, or director or agent of Applicant, also state the person's period of employment or affiliation with Applicant and his or her present or last known position during his or her affiliation with Applicant.

Once a person has been identified in compliance with this paragraph, only the name of that person needs to be listed in response to later discovery requesting the identification of the person.

B. When the interrogatory asks you to "identify" or for "identification" of a person other than a natural person, provide the following information, to the extent known, with respect to the person:

1. The full and official name of the business entity;
2. Present and/or last known (designating which) principal place of business;
3. Present and/or last known (designating which) business telephone number;

4. State of incorporation, if any; and
5. Present or last known (designating which) affiliation with Applicant, if any.

C. When an interrogatory asks you to "identify" a document, such identification should describe the document sufficiently so that it can be specifically requested under Fed. R. Civ. P. 34 and should include, without limitation, the following information, to the extent known, with respect to the document:

1. The type of document (e.g., memo, telecopy, e-mail);
2. The title and general subject matter of the document;
3. The date of the document;
4. The names and addresses of the authors, addressees and recipients of the document;
5. The location of the document;
6. The identity of the person who has possession or control of the document;
7. Whether the document once was, but is no longer, in your possession, custody, or control, state what disposition was made of it and the reason for such disposition; and
8. Whether the document has been destroyed, and if so, (a) the date of its destruction, (b) the reason for its destruction, (c) the identity of the persons who destroyed it, and (d) any retention policy directing its destruction.

Applicant may, in lieu of such identification, produce the document, identifying the individual file keeper and marked with the number of the interrogatory to which it is responsive, for inspection and copying by Opposer at the time Applicant serves its answers to these interrogatories. Once a document has been identified in compliance with this paragraph, only the title or other abbreviated,

clear identifier of the document needs to be listed in response to later discovery requesting the identification of the document.

D. When an interrogatory asks you to "identify" a communication, such identification shall state the date, the communicator, the recipient of the communication, the nature of the communication, place(s) of the transmission of information, mode of transmission (e.g., face-to-face or telephone discussion or email exchange), individuals privy to the transmission and what each person stated.

E. When an interrogatory asks you to "identify" a thing, including but not limited to products or physical things, such identification shall state a complete description of the thing, including its common designation, its composition, its physical description, its product identification number and any other distinguishing characteristics.

F. In answering these interrogatories, furnish all information available to you, including information in the possession of your employees, agents, attorneys, consultants, investigators for your attorneys, or information otherwise subject to your possession and/or control, and not merely information within your own personal knowledge.

G. If Applicant objects to any subpart or portion of an interrogatory or objects to providing certain information requested, state Applicant's objections and answer the unobjectionable subpart(s) of the interrogatories and supply the unobjectionable information requested.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify the persons most knowledgeable with respect to Applicant's selection, creation, design and adoption of Applicant's Mark. For each person identified, their respective areas of knowledge should be briefly summarized.

**RESPONSE:**

**INTERROGATORY NO. 2:**

Identify and describe the facts relating or referring to the selection, creation, design, or adoption of Applicant's Mark, including, without limitation, the reasons for and date of the selection, creation, design, or adoption, and the identity of all persons (including Third Parties) who participated.

**RESPONSE:**

**INTERROGATORY NO. 3:**

Identify and describe facts relating to Applicant's past, current, proposed, or contemplated use of Applicant's Mark in the United States, including all uses of the marks by Applicant, and dates of such use.

**RESPONSE:**

**INTERROGATORY NO. 4:**

Identify all Third Parties through which Applicant has distributed, marketed, promoted, sold, offered for sale, or intends to sell goods bearing Applicant's Mark.

**RESPONSE:**

**INTERROGATORY NO. 5:**

Identify and describe any and all ways, including all distribution and marketing channels of trade, that Applicant markets, promotes and offers for sale, or intends to market, promote, or offer for sale, any goods or services bearing Applicant's Mark in the United States, including but not limited to brick and mortar retail locations, social media, your website, and Third Party websites.

**RESPONSE:**

**INTERROGATORY NO. 6:**

Identify any and all Third Parties that have assisted in the sale, offer for sale, promotion, marketing, manufacture, distribution, or design relating to goods or services bearing Applicant's Mark.

**RESPONSE:**

**INTERROGATORY NO. 7:**

With respect to the applied-for goods intended to be sold or intended to be offered for sale under Applicant's Mark, describe in detail any and all plans and steps taken to commence use of the mark in connection with the applied-for goods.

**RESPONSE:**

**INTERROGATORY NO. 8:**

State all facts and information that you contend dispute or contradict any allegation contained in the Notice of Opposition filed in this Proceeding.

**RESPONSE:**

**INTERROGATORY NO. 9:**

Identify each person with knowledge as to facts underlying your claims or defenses in this proceeding.

**RESPONSE:**

**INTERROGATORY NO. 10:**

State all facts that support Applicant's contention that the Applicant's Mark and Opposer's Marks are not similar.

**RESPONSE:**

**INTERROGATORY NO. 11:**

State all facts that support Applicant's contention that the goods in the description for Applicant's Mark and goods covered by Opposer's Marks are not similar.

**RESPONSE:**

**INTERROGATORY NO. 12:**

Identify any Third Party marks that support Applicant's contention that no likelihood of confusion exists or will exist between the registration of Applicant's Mark and Opposer's Marks.

**RESPONSE:**

**INTERROGATORY NO. 13:**

State all facts that support Applicant's contention that no likelihood of confusion exists or will exist between the registration of Applicant's Mark and Opposer's Marks.

**RESPONSE:**

**INTERROGATORY NO. 14:**

State all facts that support Applicant's contention that no likelihood of confusion exists or will exist between the use of Applicant's Mark and Opposer's Marks.

**RESPONSE:**

**INTERROGATORY NO. 15:**

Identify each person that Applicant intends to rely on as witnesses during the trial period in this proceeding.

**RESPONSE:**

Dated: December 13, 2021

Respectfully submitted,

/Susan M. Kayser /
Susan M. Kayser
Eric W. Lee
K&L GATES LLP
1601 K St. NW
Washington, DC 20006
susan.kayser@klgates.com
eric.lee@klgates.com

*Attorneys for Opposer*
*Abercrombie & Fitch Trading Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Opposer's First Set of Interrogatories to Applicant has been served on Applicant, Srinivasa Rao Gubbala, on December 13, 2021, via email at lillian.khosravi.law@gmail.com, uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com.

/Eric W. Lee/
Eric W. Lee

**Exhibit E**

**Lillian Khosravi SBN 316930**
**Law Office of Lillian Khosravi**
**1000 Town Center Dr. Suite 300**
**Oxnard, CA 93036**
**(805) 428-1253**
**Lillian@KhosraviLaw.com**

**Attorney for Opposer**

**IN THE UNITED STATES**
**PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

| | | |
|---|---|---|
| **Abercrombie & Fitch Trading Co.,** | ) | Opposition No. 91255288 |
| **Opposer,** | ) | Serial No. 88555046 |
| **v.** | ) | |
| **Srinivasa Rao Gubbala** | ) | |
| **Applicant** | ) | |

**RESPONSE TO OPPOSER'S FIRST SET OF INTERROGATIES**

**INTERROGATORY NO. 1:**

Identify the persons most knowledgeable with respect to Applicant's selection, creation, design and adoption of Applicant's Mark. For each person identified, their respective areas of knowledge should be briefly summarized.

**RESPONSE**:

Objection. INTERROGATORY NO. 1 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:





Srinivasa Rao Gubbala

**INTERROGATORY NO. 2:**

Identify and describe the facts relating or referring to the selection, creation, design, or adoption of Applicant's Mark, including, without limitation, the reasons for and date of the selection, creation, design, or adoption, and the identity of all persons (including Third Parties) who participated.

**RESPONSE:**

Objection. INTERROGATORY NO. 2 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Applicant has a strong love with the birds and nature and wished to create a clothing brand centered around a bird he loves. Applicant specifically selected the gannet because of symbolism for bravery and courage. The mark includes a fish within the beak of the gannet to showcase the gannet as a sporty hunter. Given that applicant sells sports wear, the gannet felt particularly appropriate. The gannet is also a sleek and elegant bird which translates well into what applicant felt individuals would be interested in for their fashion.

**INTERROGATORY NO. 3:**

Identify and describe facts relating to Applicant's past, current, proposed, or contemplated use of Applicant's Mark in the United States, including all uses of the marks by Applicant, and dates of such use.

**RESPONSE:**

Objection. INTERROGATORY NO. 3 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Applicant intends to use the mark in combination with the brand name Gannet Fisher. Applicant intends to sale its products through ecommerce platforms and promotes its mark through social media accounts.

**INTERROGATORY NO. 4:**

Identify all Third Parties through which Applicant has distributed, marketed, promoted, sold, offered for sale, or intends to sell goods bearing Applicant's Mark.

**RESPONSE:**

Objection. INTERROGATORY NO. 4 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Applicant has not yet started sales in USA. Applicant promotes its brand on its social media accounts on Twitter, LinkedIn, Instagram, and Facebook. Applicant intends to sell their goods through e-commerce platforms including Amazon, Walmart's online platform.

**INTERROGATORY NO. 5:**

Identify and describe any and all ways, including all distribution and marketing channels of trade, that Applicant markets, promotes and offers for sale, or intends to market, promote, or offer for sale, any goods or services bearing Applicant's Mark in the United States, including but not limited to brick and mortar retail locations, social media, your website, and Third Party websites.

**RESPONSE:**

Objection. INTERROGATORY NO. 5 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

At this time Applicant intends to sell their goods through 3rd party ecommerce platforms, social media channels, and their own website.

**INTERROGATORY NO. 6:**

Identify any and all Third Parties that have assisted in the sale, offer for sale, promotion, marketing, manufacture, distribution, or design relating to goods or services bearing Applicant's Mark.

**RESPONSE:**

Objection. INTERROGATORY NO. 6 is compound, vague and confusing as to the word "assisting", and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

No Third Parties have currently "assisted" in the sale , offer for sale, promotion, marketing, manufacture, distribution, or design relating to goods or services bearing Applicant's Mark.

**INTERROGATORY NO. 7:**

With respect to the applied-for goods intended to be sold or intended to be offered for sale under Applicant's Mark, describe in detail any and all plans and steps taken to commence use of the mark in connection with the applied-for goods.

**RESPONSE:**

Objection. INTERROGATORY NO. 7 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Applicant is in communication with several manufacturing companies in preparation for manufacturing the goods for its brand Gannet Fisher. Applicant wishes to start selling its brand through the website https://www.gannetfisher.com/ as well as through a cell phone application. Marketing has softly begun through applicant's social media channels.

**INTERROGATORY NO. 8:**

State all facts and information that you contend dispute or contradict any allegation contained in the Notice of Opposition filed in this Proceeding.

**RESPONSE:**

Objection. INTERROGATORY NO. 8 is compound, unduly burdensome, vague and confusion as to which allegations are being questioned about, and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Both marks are entirely different in design, appearance as do the companies completely differ when the brand names are spoken aloud. The marks descriptions are entirely different from each other:

**Applicant Description of mark:** The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth.

**Opposer description of mark:** The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed.

Further, the gannet is the largest seabird in the North Sea region. When it spreads its wings, it measures 2 meters in width. Gannets also swim and fly almost their entire lives in and above the sea, only coming to land to nest.

The gannet tracks its prey from the air and catches it by making a so-called jabbing dive. In order to seize its prey, the animal dives straight down into the water from a height of 30 meters. Folding its wings back and stretching its bill straight down, it reaches a speed close to 100 kilometers per hour, cleaving through the water surface like a living torpedo.

The opposer's marks relate to the family of Gulls, or colloquially seagulls, which are seabirds of the family Laridae in the suborder Lari. They are most closely related to terns (family Sternidae) and only distantly related to auks, skimmers and even more distantly to waders.

As such, the very animals that the marks are based on completely differ from each other, which is only emphasized more by the fact that applicant's brand is also named for the Gannet Fisher.

The applicant's mark consists of a black and white bird with straight outspread wings upwards, with an orange beak and a blue eye, holding a black fish in its mouth. The bird body is separated through colors, and feathers showing clearly at least through tale and the wings.

The opposer's mark, by contrast, is a shaded bird silhouette with a contrasting border, and outspread wings folded downwards . Opposer's bird mark has no eye, beak, feathers, colors, separations or designs on body. Though the color is not claimed as part of

design, the design itself cannot be made to be look exactly like applicant's mark, nor even similar.

**INTERROGATORY NO. 9:**

Identify each person with knowledge as to facts underlying your claims or defenses in this proceeding.

**RESPONSE:**

Objection. INTERROGATORY NO. 9 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Srinivasa Rao Gubbala

**INTERROGATORY NO. 10:**

State all facts that support Applicant's contention that the Applicant's Mark and Opposer's Marks are not similar.

**RESPONSE:**

Objection. INTERROGATORY NO. 10 is vague and confusing as to which of Opposer's marks are called into question, and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

The gannet is the largest seabird in the North Sea region. When it spreads its wings, it measures 2 meters in width. Gannets also swim and fly almost their entire lives in and above the sea, only coming to land to nest.

The gannet tracks its prey from the air and catches it by making a so-called jabbing dive. In order to seize its prey, the animal dives straight down into the water from a height of 30 meters. Folding its wings back and stretching its bill straight down, it reaches a speed close to 100 kilometers per hour, cleaving through the water surface like a living torpedo.

The opposer's marks relate to the family of Gulls, or colloquially seagulls, which are seabirds of the family Laridae in the suborder Lari. They are most closely related to

terns (family Sternidae) and only distantly related to auks, skimmers and even more distantly to waders.

As such, the very animals that the marks are based on completely differ from each other, which is only emphasized more by the fact that applicant's brand is also named for the Gannet Fisher.

The applicant's mark consists of a black and white bird with straight outspread wings upwards, with an orange beak and a blue eye, holding a black fish in its mouth. The bird body is separated through colors, and feathers showing clearly at least through tale and the wings.

The opposer's mark, by contrast, is a shaded bird silhouette with a contrasting border, and outspread wings folded downwards . Opposer's bird mark has no eye, beak, feathers, colors, separations or designs on body. Though the color is not claimed as part of design, the design itself cannot be made to be look exactly like applicant's mark, nor even similar.

**INTERROGATORY NO. 11:**

State all facts that support Applicant's contention that the goods in the description for Applicant's Mark and goods covered by Opposer's Marks are not similar.

**RESPONSE:**

Objection. INTERROGATORY NO. 11 is compound, unduly burdensome, vague and confusion as to which of Opposer's Marks are being questioned about, and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Opposer has several marks that they are bringing in this action, including two marks that fall within class 35, with a focus on bags and jewelry, which completely differs from Applicant's application for sportwear. Further, the clothing that is sold by Abercrombie and Fitch is designed to be worn by teenagers and is meant to look fashionable. Abercrombie's clothing is not known for being worn in for sport. Applicant's goods are primarily being sought for a sport clothing brand.

**INTERROGATORY NO. 12:**

Identify any Third Party marks that support Applicant's contention that no likelihood of confusion exists or will exist between the registration of Applicant's Mark and Opposer's Marks.

**RESPONSE:**

Objection. INTERROGATORY NO. 13 is compound, overbroad, unduly burdensome, irrelevant to likely lead to admissible evidence, vague and confusing as to the word "marks," and calls for an improper opinion from a lay witness.

Subject to and without waiving the foregoing objections respondent response as follows:

The evidence sought is also in the control of the propounding party.

**INTERROGATORY NO. 13:**

State all facts that support Applicant's contention that no likelihood of confusion exists or will exist between the registration of Applicant's Mark and Opposer's Marks.

**RESPONSE:**

Objection. INTERROGATORY NO. 13 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Both marks are entirely different in design, appearance as do the companies completely differ when the brand names are spoken aloud. The marks descriptions are entirely different from each other:

**Applicant Description of mark:** The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth.

**Opposer description of mark:** The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed.

Further, the gannet is the largest seabird in the North Sea region. When it spreads its wings, it measures 2 meters in width. Gannets also swim and fly almost their entire lives in and above the sea, only coming to land to nest.

The gannet tracks its prey from the air and catches it by making a so-called jabbing dive. In order to seize its prey, the animal dives straight down into the water from a height

of 30 meters. Folding its wings back and stretching its bill straight down, it reaches a speed close to 100 kilometers per hour, cleaving through the water surface like a living torpedo.

The opposer's marks relate to the family of Gulls, or colloquially seagulls, which are seabirds of the family Laridae in the suborder Lari. They are most closely related to terns (family Sternidae) and only distantly related to auks, skimmers and even more distantly to waders.

As such, the very animals that the marks are based on completely differ from each other, which is only emphasized more by the fact that applicant's brand is also named for the Gannet Fisher.

The applicant's mark consists of a black and white bird with straight outspread wings upwards, with an orange beak and a blue eye, holding a black fish in its mouth. The bird body is separated through colors, and feathers showing clearly at least through tale and the wings.

The opposer's mark, by contrast, is a shaded bird silhouette with a contrasting border, and outspread wings folded downwards . Opposer's bird mark has no eye, beak, feathers, colors, separations or designs on body. Though the color is not claimed as part of design, the design itself cannot be made to be look exactly like applicant's mark, nor even similar.

**INTERROGATORY NO. 14:**

State all facts that support Applicant's contention that no likelihood of confusion exists or will exist between the use of Applicant's Mark and Opposer's Marks.

**RESPONSE:**

Objection. INTERROGATORY NO. 14 is compound and overbroad.

Subject to and without waiving the foregoing objections respondent response as follows:

Both marks are entirely different in design, appearance as do the companies completely differ when the brand names are spoken aloud. The marks descriptions are entirely different from each other:

**Applicant Description of mark:** The mark consists of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth.

**Opposer description of mark:** The mark consists of a miscellaneous design with a contrasting border shown in white, although no color is claimed.

Further, the gannet is the largest seabird in the North Sea region. When it spreads its wings, it measures 2 meters in width. Gannets also swim and fly almost their entire lives in and above the sea, only coming to land to nest.

The gannet tracks its prey from the air and catches it by making a so-called jabbing dive. In order to seize its prey, the animal dives straight down into the water from a height of 30 meters. Folding its wings back and stretching its bill straight down, it reaches a speed close to 100 kilometers per hour, cleaving through the water surface like a living torpedo.

The opposer's marks relate to the family of Gulls, or colloquially seagulls, which are seabirds of the family Laridae in the suborder Lari. They are most closely related to terns (family Sternidae) and only distantly related to auks, skimmers and even more distantly to waders.

As such, the very animals that the marks are based on completely differ from each other, which is only emphasized more by the fact that applicant's brand is also named for the Gannet Fisher.

The applicant's mark consists of a black and white bird with straight outspread wings upwards, with an orange beak and a blue eye, holding a black fish in its mouth. The bird body is separated through colors, and feathers showing clearly at least through tale and the wings.

The opposer's mark, by contrast, is a shaded bird silhouette with a contrasting border, and outspread wings folded downwards . Opposer's bird mark has no eye, beak, feathers, colors, separations or designs on body. Though the color is not claimed as part of design, the design itself cannot be made to be look exactly like applicant's mark, nor even similar.

**INTERROGATORY NO. 15:**

Identify each person that Applicant intends to rely on as witnesses during the trial period in this proceeding.

**RESPONSE:**

Objection. INTERROGATORY NO. 15 is vague and confusing as to which trial period and what kind of witnesses are being called into question.

Subject to and without waiving the foregoing objections respondent response as follows:

At this time, Applicant intends to rely on Srinivasa Rao Gubbala as a witness during the trial period in this proceeding.

Dated: January 12, 2022 By:

/s/ Lillian Khosravi
Lillian Khosravi
Law Office of Lillian Khosravi

**Attorney for Applicant**

**Certificate of Service**

I hereby certify that a true and complete copy of the foregoing RESPONSE TO OPPOSER'S FIRST SET OF INTERROGATORIES, dated January 12, 2022, has been served on Opponent's Attorney of Record by e-mail at the following address: Susan.kayser@klgates.com, ipdocketingwest@anfcorp.com, WATrademarks@klgates.com, ANFteam@klgates.com

Signature___/s/*Lillian Khosravi*_________

Lillian Khosravi
Date_____January 12, 2022__________

Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov

ESTTA Tracking number: **ESTTA1223025**
Filing date: **07/20/2022**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Defendant<br>Srinivasa Rao Gubbala |
| Correspondence address | LILLIAN KHOSRAVI<br>THE LAW OFFICE OF LILLIAN KHOSRAVI<br>1000 TOWN CENTER DR<br>SUITE 300<br>OXNARD, CA 93036<br>UNITED STATES<br>Primary email: lillian.khosravi.law@gmail.com<br>Secondary email(s): uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com<br>8054281253 |
| Submission | Opposition/Response to Motion |
| Filer's name | Lillian Khosravi |
| Filer's email | lillian@khosravilaw.com, lillian.khosravi.law@gmail.com |
| Signature | /Lillian Khosravi/ |
| Date | 07/20/2022 |
| Attachments | RESPONSE TO MOTION TO STRIKE.pdf(201849 bytes ) |

Lillian H. Khosravi, Esq. 316930
Law Office Of Lillian Khosravi
1000 Town Center Dr. Suite 300
Oxnard, Ca 93036
(805) 428-1253
Lillian@khosravilaw.com

Attorney for Applicant

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

Abercrombie & Fitch Trading Co.,

Opposer,

V.

Srinivasa Rao Gubbala

Applicant.

In re Ser. No. 88/555, 046

Mark: 

Filing Date: July 13, 2019
Publ'n Date: December 17, 2019
Opposition No. 91/255, 288

**APPLICANT'S RESPONSE TO OPPOSER'S MOTION TO STRIKE APPLICANT'S TRIAL EVIDENCE AND MEMORANDUM IN SUPPORT THEREOF**

Applicant Srinivasa Rao Gubbala, ("Gubbala" or "Applicant") respectfully submits this Memorandum in Opposition to Abercrombie & Fitch Trading Co. 's ("A&F" or "Opposer") motion to strike Applicant's trial evidence pursuant to Fed. R. Civ. P. 12(f). As shown below, Appliant's Notice of Reliance Exhibits 1-2, 3-7, and 12 (18 TTABVUE), and also Applicant's

Testimony Declaration Exhibit 5 (19 TTABVUE) are appropriate sources of evidence for trial. Applicant respectfully requests that the Board deny some or all of Opposer's Motions to Strike.

**MEMORANDUM IN SUPPORT OF APPLICANT'S RESPONSE**

The Federal standard for a motion to strike comes from Fed. R. Civ. P. 12(f) which states that "[t]he court may strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." However, 37 Code of Federal Regulations § 2.116(a) makes an exception to all Federal Civil Procedure Rules stating that "[e]xcept as otherwise provided […] procedure and practice in inter parties proceedings shall be governed by the Federal Rules of Civil Procedure," (emphasis added). It is important to look for standards that apply to a given subject area. The Ninth Circuit has found that "only pleadings are subject to motions to strike." *Sidney–Vinstein v. A.H. Robins Co.,* 697 F.2d 880, 885 (9th Cir. 1983). "[A] motion to strike materials that are not part of the pleadings may be regarded as an invitation by the movant to consider whether [proffered material] may properly be relied upon." *Natural Resources Defense Council v. Kempthorne,* 539 F.Supp.2d 1155, 1161 (E.D. Cal. 2008) (citing U.S. v. Crisp, 190 F.R.D. 546, 551 (E.D. Cal. 1999); *Monroe v. Bd. of Educ.,* 65 F.R.D. 641, 645 (D. Conn. 1975) ("[A] motion to strike has sometimes been used to call courts' attention to questions about the admissibility of proffered material in [ruling on motions].").

**I. Motions to Strike Are Generally Disfavored**

Motions to strike are "generally regarded with disfavor" and materials should not be stricken unless it is clear that it can have no possible bearing upon the subject matter of the litigation. *Dayton v. Sears Roebuck & Co.,* No. 2:12-CV-01945-TLN, 2014 WL 5797172, at *2 (E.D. Cal. Nov. 6, 2014); see *Colaprico v. Sun Microsystems, Inc.,* 758 F. Supp. 1335, 1339 (N.D. Cal. 1991) ("[M]otions to strike should not be granted unless it is clear that the matter to be stricken could have no possible bearing on the subject matter of the litigation."). The Nature of

Motion standard governing proceedings by the United States Patent and Trademark Office given under TBMP § 506.01 begins similarly to Fed. R. Civ. P. 12(f) governing motion to strike but goes on to state: "Motions to strike are not favored, and matter usually will not be stricken unless it clearly has no bearing upon the issues in the case".

Opposer cannot demonstrate the harm required to overcome the important factors weighing against a motion to strike with regards to Applicant's NOR exhibits that Opposer argues are objectionable.

**II. Opposer Faces No prejudice Where They Have Already Received and Reviewed the Majority of Documents on Applicant's NOR Exhibits**

The harm and prejudice required to support a motion to strike cannot be demonstrated by Opposer as to their request to strike Applicant's most NOR exhibits because virtually all of the documents on the list were previously disclosed to Defendants. As several courts have held in discussing Rule 1006 of the Federal Rules of Evidence, the issue is whether the party has made the underlying documents or data available to the opposing party for examination "at a reasonable time and place." Fed. R. Evid. 1006. "A reasonable time and place has been understood to be such that the opposing party has adequate time to examine the records to check the accuracy of the summary." *United States v. Isaacs,* 593 F.3d 517, 527 (7th Cir. 2010). A district judge may "prevent a party from springing summaries of thousands of documents on the opposing party so late in the day that the party can't check their accuracy against the summarized documents before trial." Fidelity Nat'l Title Ins. Co. of New York v. Intercounty Nat'l Title Ins. Co., 412 F.3d 745, 753 (7th Cir. 2005).

**III. Applicant's NOR Exhibits Reasonably Reflects What Applicant Intends to Introduce In the Trial Brief**

Applicant has narrowed their NOR exhibit list to those exhibits reasonably anticipated for use in the trial brief, and will withdraw any documents identified as unnecessary during the dynamic process of preparing the trial brief, as is standard pretrial practice.

**A. Applicant's NOR Exhibits 1-2 Are Appropraite Souces of Evidence**

Opposer argues that Applicant' NOR Exhibits 1-2 are not associated with specific factors relevant to specific and pleaded claim or defense, or a specific element or fact relevant to determing a particular claim or defense, which is not convincing.

**1. Applicant's NOR Exhibits 1-2 Are Relevant**

Opposer asserts Applicant fail to adequately demonstrate the relevance of Exhibits 1-2 on the grounds that the materials were to prove the marketing and fame of Applicant's Gannet Fisher Bird Mark, which is not at issue in the procceding as Applicant's application is filed on intent to use base.

When present, the fame of a mark is "a dominant factor in the likelihood of confusion analysis . . . independent of the consideration of the relatedness of the goods." *Recot,* 214 F.3d at 1328, 54 USPQ2d at 1898. and "[f]amous marks thus enjoy a wide latitude of legal protection." Id. This is true as famous marks are more likely to be remembered and associated in the public mind than a weaker mark, and are thus more attractive as targets for would-be copyists. Id. Indeed, "[a] strong mark ... casts a long shadow which competitors must avoid." Kenner Parker Toys, 963 F.2d at 353, 22 USPQ2d at 1456. A famous mark is one "with extensive public recognition and renown." *Id.* Direct evidence of fame, for example from widespread consumer polls, rarely appears in contests over likelihood of confusion. The fame of a mark may be measured indirectly, among other things, by the volume of sales and advertising expenditures of the goods traveling under the mark, and by the length of time those indicia of commercial awareness have been evident. See, e.g., Nina Ricci, S.A.R.L. v. E.T.F. Enters., Inc., 889 F.2d

1070, 1072, 12 USPQ2d 1901, 1902 (Fed.Cir.1989) (NINA RICCI for perfume, clothing and accessories: $200 million in sales, over $37 million in advertising over 27 years); Kimberly–Clark Corp. v. H. Douglas Enter., Ltd., 774 F.2d 1144, 1146–47, 227 USPQ 541, 542 (Fed.Cir.1985) (HUGGIES for diapers: over $300 million in sales over 9 years, $15 million in advertising in one year); As the foregoing precedent illustrates, we have consistently accepted statistics of sales and advertising as indicia of fame: when the numbers are large, we have tended to accept them without any further supporting proof.

In the present case, Applicant sought to prove the fame of its marks greatly differs from that of Opposer, and that the Applicant's mark's connections that have acquired fame differ greatly from that of Opposer. It also sought to anchor the significance of those commercial indicia of fame with the record evidence. As Opposer's mark is a famous brand and has advertised their products nationwide in popular magezines, commercials and social media, the YouTube evidence demonstrates that Applicant's mark reaches a different audience. Therefore, these YouTube webpags directly bear on the subject matter of the opposition and cannot be prejudicial to Opposer, and thus should not striken from Applicant's NOR exhibit list.

**2. Applicant's NOR Exihibits 1-2 Must be Considered**

Opposer further move to strike Applicant's reliance on materials Exhibits 1-2 that were submitted by Applicant under notice of reliance. Opposer argues that these materials, which are website printouts showing fame and marketing of Applicant, were responsive to Opposer's discovery requests but were not previously produced by Applicant. Accordingly, Opposer argues that, pursuant to Fed. R. Civ. P. 37(c), Applicant is now precluded from use these materials.

TMEP 527.01 (f) ("It is not the Board's practice to make prospective or hypothetical evidentiary rulings. Further, the Board will not screen all of a party's proffered evidence before trial"); see *Greenhouse Systems Inc. v. Carson,* 37 USPQ2d 1748, 1750 (TTAB 1995). Thus, the

Board will deny a motion to prospectively exclude evidence that might be introduced at trial and that might be inconsistent with discovery responses or other material not provided during discovery; *RTX Scientific Inc. v. Nu-Calgon Wholesaler Inc.,* 106 USPQ2d 1492, 1493 (TTAB 2013) ("Board does not make prospective or hypothetical evidentiary rulings."); Dan Foam ApS v. Sleep Innovations Inc., 106 USPQ2d 1939, 1942 (TTAB 2013) (Board does not entertain motions in limine or otherwise exclude evidence prospectively).

Here, in preparation for the trial period, Applicant conducted an Internet search and acquired the materials. Applicant provided those Internet printouts to Opposer on a rolling basis; further, none of the trial evidence produced after the close of discovery was within its possession, custody or control during the discovery period. It is clear that the materials were obtained or created by Applicant in anticipation of its trial period, as opposed to responsive documents already within its possession or control when Applicant was responding to the discovery requests.

Opposer also argues that "During discovery, Applicant produced two pages that were not bates-stamped, contained no URL and no access date, and contained images and text that appeared cut off and not rendered". NOR Exhibits 1-2 are properly rendered with adequate information and URL. Further, if TTAB, upon a motion to strike a notice of reliance due to its noncompliance with the procedural rule under which it was filed, finds that the notice is defective, but that defect is curable, the TTAB may allow that party that filed a notice of reliance time to cure the defect. TBMB, *supra* note 2, § 532. See *Barclays Caplital Inc.,* 124 U.S.P.Q.2d at 1165 (motion to strike exhibits under notice of reliance granted in part with leave to cure).

Accordingly, Opposer's motion to strike Applicant's Exhibits 1-2 must be denied.

**B. Applicant's NOR Exhibits 3-7 Are Appropraite Souces of Evidence**

**1. Applicant's NOR Exhibits 3-7 Are Relevant**

Opposer asserts that Applicant' NOR Exhibits 3-7 fails to adequately identify the relevance because the materials do not relate to any specific claim or defense in the current action nor do they adequately show the "context of the readership" of any "articles referenced" in Applicant's submissions during its trial period.

In a likelihood of confusion determination, word marks are compared for similarities in their appearance, sound, meaning, and commercial impression. TMEP §1207.01(b)(i) citing Palm Bay Imports, Inc. v. Veuve Clicquot Ponsardin Maison Fondee en 1772, 396 F.3d 1369, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005), citing In re E. I. DuPont de Nemours & Co., 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973). Similarity of the marks in one respect - sight, sound or meaning - will not automatically result in a finding of likelihood of confusion even if the services are identical or closely related. TMEP §1207.01(b)(i). Similarity in appearance is but one factor to consider when comparing marks. TMEP §1207.01(b)(ii) citing In re E. I. DuPont de Nemours & Co., 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973). Each of the thirteen *du Pont* factors may be considered in weighing likelihood of confusion, if raised, and any one may be dispositive, especially where that single factor is dissimilarity of the marks. See TMEP 1207.1. See also C*hanpagne Louis Roeder, S.A v. Delicato Vineyards,* 148 F.3d 1373, 1375 (Fed. Cir. 1998).

In the present case, Applicant raised affirmative defenses that Opposer's mark and Applicant' mark are entirely different in their entireties; and that Opposer's mark is famous national wide, thus it wouldn't be confused with Applicant's mark by customers. Applicant will rely on NOR exhibits 3-7 to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

**2. Applicant's NOR Exihibits 3-7 Must be Considered**

Opposer moves to strike Exhibits 3-7 on the grounds that the materials were not produced as they should have been during the course of discovery or timely supplemented. As discussed above in Sections A(2), Applicant's NOR exhibit 3-7 must be considered. In preparation for the trial period, Applicant conducted Internet search and acquired the materials, and Applicant provided those Internet printouts to Opposer on a rolling basis; further, none of the trial evidence produced after the close of discovery was within its possession, custody or control during the discovery period.

Accordingly, Opposer's motion to strike the Applicant's NOR Exhibits 3-7 from consideration must be denied.

**C. <u>NOR Exhibits 12 Is Appropraite Souce of Evidence</u>**

Opposer asserts that Applicant' NOR Exhibits 12 should be striken because Applicant fails to adequately identify how this Exhibit 12 pertains to any specific factor relevant to a specific and pleaded claim or defense, or a specific element or fact relevant to determining a particular claim or defense.

Each of the thirteen *du Pont* factors may be considered in weighing likelihood of confusion, if raised, and any one may be dispositive, especially where that single factor is dissimilarity of the marks. See TMEP 1207.1. See also C*hanpagne Louis Roeder, S.A v. Delicato Vineyards,* 148 F.3d 1373, 1375 (Fed. Cir. 1998).

In the present case, Applicant raised affirmative defense that Opposer mark and Applicant marks are entirely different in their entireties; and that Opposer's mark is famous nationwide, therefore it wouldn't be confused with Applicant's mark by customers. Applicant will rely on NOR exhibits 12 to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark.

Accordingly, Opposer's motion to strike the Applicant's NOR Exhibits 12 from consideration must be denied.

**D. <u>Applicant's Testimony Declaration Exhibit 5 is Appropraite Souce of Evidence</u>**

Opposer argues that Applicant's testimony declaration exhibit 5 should be precluded from submitting documents or information during trial because they were not produced during discovery period. As discussed in Sections A(2) and B(2), here, in preparation for the trial period, Applicant acquired Applicant's testimony declaration and none of the trial evidence produced after the close of discovery was within its possession, custody or control during the discovery period.

Opposer further asserts that Applicant's testimony declaration Exhibits 5 fails to make third-party registration of record. TBMP 704.03(b)(1), "A party that wishes to make such a third-party registration of record in a Board inter partes proceeding may do so by filing, during its testimony period, a plain copy of the registration, a printout or a copy of information of the registration from the Office's electronic database records, together with a notice of reliance thereon specifying the registration and indicating generally its relevance and associating the registration with one or more issues in the case." "A party to a Board inter partes proceeding may also make a third-party registration of record by introducing a copy of it as an exhibit to testimony, or by stipulation of the parties." See *Tao Licensing, LLC v. Bender Consulting Ltd.*, 125 USPQ2d 1043, 1047 (TTAB 2017) (overruling objection to third- party registrations attached as exhibits to declaration testimony).

Here, because Applicant has properly made third-party registrations on the record, Opposer's motion to strike Applicant's Testimoney Declaration Exhibit 5 must be denied.

**IV. <u>Opposer Did Not Fulfill Service Requirement</u>**

37.F.R. § 2.119 (a) states that "except for the notice of opposition or the petition to cancel, every submission filed in the Office in inter partes cases, including notices of appeal to the courts, must be served upon the other party or parties."

Opposer states that a "true and correct copy of the foregoing Motion to Strike and Request for Suspension has been served on counsel for Applicant, Srinivasa Rao Gubbala, on June 30, 2022 via email" however Applicant did not receive any such copy from Opposer to any of Applicant's provided emails on June 30th 2022, nor at any point afterwards. As such, Opposer has not fulfilled their obligations to serve the Motion on Applicant and their motion should be denied.

**<u>CONCLUSION</u>**

For the reasons discussed above, Applicant requests that the Board deny Opposer's motion to strike Appliant's Notice of Reliance Exhibits 1-2, 3-7, and 12, and also Applicant's Testimony Declaration Exhibit 5.

Dated: July 19, 2022 LAW OFFICE OF LILLIAN KHOSRAVI

By: _______/s/ Lillian Khosravi_____________________
Lillian Khosravi, Esq.
Attorney for Applicant

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and complete copy of the foregoing RESPONSE TO OPPOSER'S MOTION TO STRIKE , dated July 19, 2022, has been served on Opponent's Attorney of Record by e-mail at the following address: Susan.kayser@klgates.com; anfteam@klgates.com; eric.lee@klgates.com; Kristin.wells@klgates.com

/s/Lillian H. Khosravi/s/

Lillian H. Khosravi
Law Office of Lillian Khosravi
1000 Town Center Dr. Suite 300
Oxnard, CA 93036
(805) 428-1253
Lillian@khosravilaw.com
Attorney for Applicant

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1227011**
Filing date: **08/05/2022**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M. KAYSER<br>K&L GATES LLP<br>1601 K STREET, N.W.<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Reply in Support of Motion |
| Filer's name | Susan M. Kayser |
| Filer's email | watrademarks@klgates.com, kristin.wells@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 08/05/2022 |
| Attachments | Abercrombie v. Srinivasa - Reply iso MTS and Suspension Request.pdf(260431 bytes )<br>Ex. A.pdf(504282 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

In re Application Serial No. 88/555,046
Filed: July 13, 2019

For Mark:
Published in the Official Gazette: December 17, 2019

Abercrombie & Fitch Trading Co., Opposer,
v.
Srinivasa Rao Gubbala, Applicant.

Opposition No. 91255288

**<u>OPPOSER ABERCROMBIE & FITCH'S REPLY IN SUPPORT OF ITS MOTION TO STRIKE APPLICANT'S TRIAL EVIDENCE AND REQUEST FOR SUSPENSION</u>**

Applicant Abercrombie & Fitch Trading Co. ("Opposer" or "A&F") respectfully submits this Reply in support of its Motion to Strike Applicant Srinivasa Rao Gubbala's ("Applicant") (1) Notice of Reliance on Printed Publications ("NOR") Exhibits 1-2 (18 TTABVUE); (2) NOR Exhibits 3-7 (18 TTABVUE); (3) NOR Exhibit 12 (18 TTABVUE); and (4) Testimony Declaration of Srinivasa Rao Gubbala ("Testimony Declaration") Exhibit 5 (19 TTABVUE) ("Motion to Strike"), and in support of its request for an Order suspending this proceeding pending the disposition of the instant Motion to Strike.

Applicant's arguments in its Response to Opposer's Motion to Strike Applicant's Trial Evidence and Memorandum in Support Thereof ("Applicant's Response") are unavailing and unsupported as discussed below.

**<u>MEMORANDUM IN SUPPORT OF MOTION</u>**

**1. Motions to Strike Matter from Trial Testimony are Not Disfavored**

Applicant cites to TBMP § 506.01 for the proposition that "motions to strike are disfavored, and matter usually will not be stricken unless it clearly has no bearing upon the issues in the case." This is true for motions to strike matter *from pleadings*. Here, however, Opposer does not seek to strike matter from any pleadings. The instant motion to strike improper evidence is based on §§ 707.02 and 707.03, which make clear that such motions to strike are *encouraged*. *See* § 707.02(b) ("Ordinarily, a procedural objection to a notice of reliance should be raised promptly, preferably by motion to strike if the defect is one that can be cured... If the objection which is one that could have been cured promptly, and was not timely raised, the objection is deemed to be waived.").

The two cases Applicant cites to support its contention that motions to strike are disfavored are likewise inapplicable, as they also deal with motions to strike matter from pleadings, not evidence offered during a trial period. *See* TTABVUE 21 p. 2, citing *Dayton v. Sears Roebuck & Co*., No. 2:12-CV-01945-TLN, 2014 WL 5797172, at *2 (E.D. Cal. Nov. 6, 2014) (explaining standard for motion to strike matters *from pleadings* in the Ninth Circuit); *see Colaprico v. Sun Microsystems, Inc*., 758 F. Supp. 1335, 1339 (N.D. Cal. 1991) (discussing standard for striking matter *from a federal Complaint*").

**2. Applicant's NOR Exhibits 1-2 Should be Stricken**

**A. Applicant's NOR Fails to Adequately Identify the Relevance of Exhibits 1-2**

Applicant's Response proposes the relevance of NOR Exhibits 1-2 is the fame of Applicant's Bird Mark (21 TTABVUE p. 6), but the alleged "fame" of Applicant's Bird Mark is not an issue relevant to this proceeding. Applicant has not raised the alleged fame of its mark as an issue in its Answer or Affirmative Defenses (4 TTABVUE), its initial disclosures, or at any

other point in this proceeding. Indeed, Applicant has admitted "Applicant has not yet started sales in the USA" and has "not yet sold any items bearing the applied mark." 14 TTABVUE, ¶22; 19 TTABVUE ¶4. Thus, because Applicant has failed to identify any factor relevant to any specific and pleaded claim or defense in this case, NOR Exhibits 1-2 should be stricken.

**B. Applicant's NOR Exhibits 1-2 Were Responsive to A&F's Discovery Requests but Not Produced in Discovery**

NOR Exhibits 1-2 were responsive to Opposer's discovery requests but were not produced by Applicant during discovery, and should therefore be stricken. *See Panda Travel, Inc. v. Resort Option Enterprises, Inc*., 94 USPQ2d 1789, 1792-93 (TTAB 2009) (striking documents that were responsive to opposer's discovery requests but not produced until after the opening of opposer's trial period); *ConAgra Inc. v. Saavedra*, 4 USPQ2d 1245, 1247 n.6 (TTAB 1987) (striking documents not produced during discovery that were responsive to discovery requests); *National Aeronautics and Space Administration v. Bully Hill Vineyards Inc*., 3 USPQ2d 1671, 1672 n.3 (TTAB 1987) (excluding documents that were responsive to discovery requests but not introduced until trial period); TBMP § 408.03 ("A party that … has responded to a request for discovery is under a duty to supplement or correct the disclosure or response in a timely manner to include information under the particular circumstances specified in Fed. R. Civ. P. 26(e).").

Applicant's reliance on TBMP 527.01(f) for the principle that the Board will not make "prospective or hypothetical evidentiary rulings" is inapplicable because this principle is relevant to motions in limine, not motions to strike, and does not relieve Applicant of its duty to produce responsive documents during discovery. In fact, TBMP 527.01(f) specifies that instead of filing a motion in limine, "the better practice is to file a motion to strike or otherwise object to such evidence after it is introduced." Applicant's reliance on *Greenhouse Systems Inc. v. Carson*, 37 U.S.P.Q.2d 1748 (TTAB 1995), *RTX Scientific Inc. v. Nu-Calgon Wholesaler Inc*., 106 USPQ2d

1492 (TTAB 2013), and *Dan Foam ApS v. Sleep Innovations Inc*., 106 USPQ2d 1939 (TTAB 2013) are also inapplicable as they likewise address the proper uses of motions in limine, not motions to strike. In fact, in *Greenhouse Systems Inc*., the Board advised that Applicant should have moved to strike the objected evidence after it was introduced.

Applicant does not contest that NOR Exhibits 1-2 were responsive to Opposer's discovery requests but were not produced, and Applicant does not argue or suggest that the contents of these exhibits did not exist or for some reason could not have been produced during discovery. Because Applicant did not produce the documents shown in NOR Exhibits 1-2 until after discovery closed and after Opposer's trial period ended, A&F had no opportunity to review or cross-examine based on these documents and no indication of their relevance. Accordingly, A&F respectfully requests the Board strike Applicant's NOR Exhibits 1-2.

**3. Applicant's NOR Exhibits 3-7 Should be Stricken**

**A. Applicant's NOR Fails to Adequately Identify the Relevance of NOR Exhibits 3-7**

Applicant's Response suggests NOR Exhibits 3-7 are relevant to "reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's [M]ark and [Opposer's Bird Marks]." 21 TTABVUE p. 7. Applicant has not provided any basis for how the "reach and readership" of these publications is relevant to any likelihood of confusion factor, as these publications do not include any reference to Applicant's Bird Mark and there are no publications in Applicant's NOR discussing Applicant's Bird Mark. *See Barclays Capital Inc. v. Tiger Lily Ventures Ltd*, 124 USPQ2d 1160, 1163 (TTAB 2017) (declining to consider evidence offered via notice of reliance where the offering party failed to identify which specific du Pont factor(s) the evidence was meant to support); TBMP § 704.02

(Board should decline to consider evidence offered via notice of reliance that fails to sufficiently identify the relevance of the evidence).

**B. Applicant's NOR Exhibits 3-7 Were Responsive to A&F's Discovery Requests but Not Produced in Discovery**

Applicant's NOR Exhibits 3-7 were responsive to Opposer's discovery requests but were not produced by Applicant during discovery, and should therefore be stricken. *See Panda Travel, Inc*., 94 USPQ2d at 1792-93; *ConAgra Inc.*, 4 USPQ2d at 1247 n.6; *National Aeronautics and Space Administration*, 3 USPQ2d at 1672 n.3; TBMP § 408.03; TMEP 527.01(e).

Applicant's Response states: "In preparation for the trial period, Applicant conducted Internet search [sic] and acquired the materials, and Applicant provided those Internet printouts to Opposer on a rolling basis." However, Applicant does not argue that the contents of these exhibits did not exist or could not have been produced during discovery[1]. Because Applicant did not produce the documents shown in NOR Exhibits 3-7 until after discovery closed and after Opposer's trial period ended, A&F had no opportunity to review or cross-examine based on these documents and no indication of their relevance. Accordingly, A&F respectfully requests the Board strike Applicant's NOR Exhibits 3-7.

**C. Applicant's NOR Exhibit 12 Should be Stricken**

Applicant's NOR Exhibit 12 should be stricken because Applicant fails to adequately describe the relevance of this exhibit to an issue in the proceeding. Applicant's Response suggests that NOR Exhibit 12 is relevant to show "the reach and readership of the publication to provide

[1] Each of the documents shown in Applicant's NOR Exhibits 3-7 existed well before the close of discovery on January 16, 2022 and well before Opposer served its discovery requests on December 13, 2021. *E.g.* Applicant's NOR Exhibit 3 is from a TripAdvisor page with reviews dating back to ***2007***; Applicant's NOR Exhibit 4 is an article published on ***January 14, 2016***; Applicant's NOR Exhibit 6 is a report published ***October 11, 2020***; Applicant's NOR states that NOR Exhibit 7 was published ***August 31, 2021***.

requisite context when discussing the dissimilarity in the sight, sounds and/or meaning between Applicant's [Bird] Mark and [A&F's Bird Marks]." 21 TTABVUE p. 8. Applicant has not provided any relevance of the U.K.-based publication shown in Applicant's NOR Exhibit 12, which discusses a nature conservation for live gannet birds located in the U.K. *See Barclays Capital*, 124 USPQ2d at 1163; TBMP § 704.02. Accordingly, A&F respectfully requests the Board strike Applicant's NOR Exhibit 12.

**4. Applicant's Testimony Declaration Exhibit 5 Should be Stricken**

**A. Applicant's Testimony Declaration Exhibit 5 Was Responsive to A&F's Discovery Requests but Not Produced in Discovery**

Applicant's Testimony Declaration Exhibit 5 was responsive to Opposer's discovery requests but was not produced by Applicant during discovery, and should therefore be stricken. *See Panda Travel, Inc.*, 94 USPQ2d at 1792-93; *ConAgra Inc.*, 4 USPQ2d at 1247 n.6; *National Aeronautics and Space Administration*, 3 USPQ2d at 1672 n.3; TBMP § 408.03; TMEP 527.01(e).

Applicant's response asserts that the contents of Testimony Declaration Exhibit 5 were not in Applicant's possession, custody or control during the discovery period. 21 TTABVUE p. 9. However, as discussed in A&F's Motion (21 TTABVUE pp. 9-12), Applicant cannot claim that "*no such documents exist*" in response to an A&F Request for Production, then prepare and file a directly responsive document after the close of discovery, after Opposer's trial period, and on the final day of Applicant's Trial Period. Such a "bait and switch" has unfairly prejudiced Opposer, and Testimony Declaration Exhibit 5 should be stricken. *See Presto Products Inc. v. Nice-Pak Products Inc*., 9 USPQ2d 1895, 1896 n.5 (TTAB 1988) (party that failed to produce trademark search report during discovery cannot later rely on the information in such report as evidence on its behalf).

**B. Applicant's Testimony Declaration Exhibit 5 Fails to Make Third-Party Registrations of Record**

A&F and Applicant agree "a party may introduce evidence of third-party registrations by filing a plain copy of the registration, or a printout of the information of the registration from the Office's electronic database records." TBMP 704.03(b)(1)(B). Here, however, Applicant's Testimony Declaration Exhibit 5 is a 503-page "Knockout Report" from an unidentified third-party database, and does not include any plain copies of U.S. trademark registrations, or any printouts or copies of information from the Office's electronic database records, as required by the TBMP. Applicant's reliance on *Tao Licensing, LLC v. Bender Consulting Ltd.*, 125 USPQ2d 1043, 1047 (TTAB 2017) is misplaced, as the offering party in that case attached as exhibits "copies of third-party registrations" as required by TBMP 704.03(b)(1)(B). To the contrary here, Applicant has attached only a summary chart. A&F respectfully requests Applicant's Testimony Declaration Exhibit 5 be stricken.

**5. Opposer's Motion to Strike Should be Considered**

Opposer respectfully requests the Board consider its Motion to Strike. Opposer attached a Certificate of Service to its Motion filed on June 30, 2022 and due to a clerical oversight did not send the motion via email to Applicant's counsel. However, A&F and Applicant's counsel were in communication on multiple occasions—June 24, June 27, and June 30—regarding A&F's Motion to Strike. *See* true and correct copy of email exchange attached as Exhibit A. On the day of filing, June 30, A&F advised Applicant via email that it would file the Motion to Strike later that afternoon, and Applicant responded to that email stating it did not consent to the requested suspension request that would accompany the Motion to Strike. See id. Applicant received the filing notice from ESTTA on the day of filing, and Applicant timely submitted its Response on July 19, 2022.

Under these circumstances, the Board should exercise its discretion and consider the Motion to Strike to be fully briefed. *See, e.g.*, *One Styling, LLC and Dongguan Fumeikang Electrical Technology, Co., Ltd. v. One Stylizing, Inc.*, 2019 WL 5260786 (TTAB 2019) (exercising discretion to rule on a motion despite lack of proof of service were the objecting party timely filed a response and was aware of the motion filing).

**<u>Conclusion & Request for Suspension</u>**

For the reasons discussed above, A&F requests that the Board strike and decline to consider Applicant's NOR Exhibits 1-2, 3-7, and 12 (18 TTABVUE), and Applicant's Testimony Declaration Exhibit 5 (19 TTABVUE).

A&F respectfully requests the Board suspend proceedings pending disposition of A&F's Motion to Strike, and notes that Applicant did not argue against any such suspension in Applicant's Response.

Dated: August 5, 2022

Respectfully submitted,
**K&L Gates LLP**

By: /Susan M. Kayser/
Susan M. Kayser
Eric W. Lee
Kristin Wells
1601 K Street, N.W.
Washington, DC 20006
202-778-9421
Susan.Kayser@klgates.com
Eric.Lee@klgates.com
Kristin.Wells@klgates.com

*Attorneys for Abercrombie & Fitch Trading. Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Strike and Request for Suspension has been served on counsel for Applicant, Srinivasa Rao Gubbala, on August 5, 2022, via email to:

Lillian.khosravi.law@gmail.com
Uspto@unitedlegalexperts.com
lillian@khosravilaw.com
Gubbala.rao@gmail.com

/Susan M. Kayser/
Susan M. Kayser

*Attorney for Opposer Abercrombie and Fitch Trading Co.*

**Exhibit A**

**Wells, Kristin E.**

**From:** Lillian Khosravi <lillian@khosravilaw.com>
**Sent:** Thursday, June 30, 2022 4:08 PM
**To:** Wells, Kristin E.; Lielle Arad
**Cc:** Kayser, Susan M.; ANFteam; Lee, Eric W.; uspto@unitedlegalexperts.com
**Subject:** Re: Abercrombie adv. Srinivasa - Opposition No. 91255288 against Serial No. 88555046 (Bird Design) -- 0313231.00088 [KLG-USE_Active01.FID2258185]

External Sender:
Hello Kristin,

I have spoken with my client and they are unwilling to consent to the suspension at this time.

Thank you,

Lillian

**Lillian Khosravi**
Law Office of Lillian Khosravi, Attorney at Law

(805)428-1253
1000 Town Center Dr. Ste 300
Oxnard, CA 93036
http://www.khosravilaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it contain information that is legally privileged and, therefore, confidential. If you are not the intended recipient, or an agent of the recipient, you are hereby notified that disclosure, copying, distribution or any other use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Wells, Kristin E. <Kristin.Wells@klgates.com>
**Sent:** Thursday, June 30, 2022 9:42 AM
**To:** Lillian Khosravi <lillian@khosravilaw.com>; Lielle Arad <Lielle@khosravilaw.com>
**Cc:** Kayser, Susan M. <Susan.Kayser@klgates.com>; ANFteam <ANFteam@klgates.com>; Lee, Eric W. <Eric.Lee@klgates.com>; uspto@unitedlegalexperts.com <uspto@unitedlegalexperts.com>

**Subject:** RE: Abercrombie adv. Srinivasa - Opposition No. 91255288 against Serial No. 88555046 (Bird Design) -- 0313231.00088 [KLG-USE_Active01.FID2258185]

Lillian,

As discussed in our June 24 email, A&F will need to file a motion to strike Applicant's Trial Testimony exhibits on all available procedural grounds including the fact that many of these documents were not produced during discovery. A&F reserves its right to object to Applicant's Trial Testimony on substantive grounds at the time of A&F's trial brief.

We request your client's consent to suspend the proceedings pending the outcome of A&F's motion, as the disposition of the motion will affect both parties' arguments in their respective trial briefs. Please confirm if we have your client's consent by no later than **5PM EST today**, as we plan to file the Motion to Strike & Request for Suspension this afternoon.

Please let us know if any questions or would like to discuss.

Regards,
Susan, Eric, and Kristin

K&L GATES

**Kristin Wells**
Associate*
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
Phone: 202-778-9075
Fax: 202-778-9100
kristin.wells@klgates.com
www.klgates.com

**Admitted in Maryland. Not admitted in the District of Columbia. Supervised by a member of the D.C. Bar.*

**From:** Lillian Khosravi <lillian@khosravilaw.com>
**Sent:** Monday, June 27, 2022 1:13 PM
**To:** Wells, Kristin E. <Kristin.Wells@klgates.com>; Lielle Arad <Lielle@khosravilaw.com>
**Cc:** Kayser, Susan M. <Susan.Kayser@klgates.com>; ANFteam <ANFteam@klgates.com>; Lee, Eric W. <Eric.Lee@klgates.com>; uspto@unitedlegalexperts.com
**Subject:** Re: Abercrombie adv. Srinivasa - Opposition No. 91255288 against Serial No. 88555046 (Bird Design) -- 0313231.00088 [KLG-USE_Active01.FID2258185]

Hello Kristin,

Our position is that we disagree strongly with your contention that testimony and evidence were not produced in discovery or initial disclosures. The testimony was provided by a witness that was identified in both initial disclosures. Further, all documents that were not merely foundational documents going to the admissibility of the evidence were produced in the discovery, none of which is prejudicial to Plaintiff, nor a surprise.

I have a crucial court hearing today so my timing is extremely limited. If what you wish to discuss in the phone call is settlement, then I can just inform you here to save everyone's time that my client's position has not changed. If you wish to discuss this motion in a manner that is productive to resolving the issues amicably, I can potentially carve out around 10-15 minutes around 10:45.

Thank you,

Lillian

**Lillian Khosravi**
Law Office of Lillian Khosravi, Attorney at Law

(805)428-1253
1000 Town Center Dr. Ste 300
Oxnard, CA 93036
http://www.khosravilaw.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it contain information that is legally privileged and, therefore, confidential. If you are not the intended recipient, or an agent of the recipient, you are hereby notified that disclosure, copying, distribution or any other use of any of the information contained in or attached to this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the sender. Please destroy the original transmission and its attachments without reading or saving in any manner.

**From:** Wells, Kristin E. <Kristin.Wells@klgates.com>
**Sent:** Friday, June 24, 2022 6:57 AM
**To:** Lillian Khosravi <lillian@khosravilaw.com>; Lielle Arad <Lielle@khosravilaw.com>
**Cc:** Kayser, Susan M. <Susan.Kayser@klgates.com>; ANFteam <ANFteam@klgates.com>; Lee, Eric W. <Eric.Lee@klgates.com>; uspto@unitedlegalexperts.com <uspto@unitedlegalexperts.com>
**Subject:** RE: Abercrombie adv. Srinivasa - Opposition No. 91255288 against Serial No. 88555046 (Bird Design) -- 0313231.00088 [KLG-USE_Active01.FID2258185]

Hi Lillian,

As previously discussed, A&F will object to and move to strike Applicant's recently submitted testimony and evidence on all available grounds, including but not limited to all testimony and documents that were not produced in discovery or identified in initial disclosures. A&F will file a motion to strike next week.

Before we proceed, we think it would be helpful to have a call to discuss our client's positions. Please let us know if you are available during the times below, or suggest another time early next week:

- **Today, Friday, June 24: 1pm - 3pm EST / 10am - 12pm PST**
- **Monday, June 27: 1pm - 3pm EST / 10am - 12pm PST**

We look forward to hearing from you.

Best,
Susan, Eric, and Kristin

K&L GATES

**Kristin Wells**
Associate*
K&L Gates LLP
1601 K Street, N.W.
Washington, DC 20006
Phone: 202-778-9075
Fax: 202-778-9100
kristin.wells@klgates.com
www.klgates.com

**Admitted in Maryland. Not admitted in the District of Columbia. Supervised by a member of the D.C. Bar.*

**From:** Wells, Kristin E. <Kristin.Wells@klgates.com>
**Sent:** Friday, May 13, 2022 5:18 PM
**To:** Lillian Khosravi <lillian@khosravilaw.com>; Lielle Arad <Lielle@khosravilaw.com>; uspto@unitedlegalexperts.com
**Cc:** Kayser, Susan M. <Susan.Kayser@klgates.com>; ANFteam <ANFteam@klgates.com>; Lee, Eric W. <Eric.Lee@klgates.com>
**Subject:** RE: Abercrombie adv. Srinivasa - Opposition No. 91255288 against Serial No. 88555046 (Bird Design) -- 0313231.00088 [KLG-USE_Active01.FID2258185]

Lillian,

Applicant's Pretrial Disclosures are much broader than Applicant's Initial Disclosures, which comes as a surprise given Applicant's minimal discovery responses. The Pretrial Disclosures suggest Applicant may introduce testimony within the scope of A&F's discovery requests but not responded to or produced by Applicant during discovery.

A&F explicitly reserves the right to promptly object to Applicant's testimony on all available grounds, including but not limited to:

- Any testimony or documents supported by a newly disclosed witness who was likely to have discoverable information at the time Applicant served its Initial Disclosures but not disclosed at that time or during the discovery period or in response to A&F's written discovery requests
- Any testimony or documents not produced in discovery that are responsive to A&F's discovery requests

Sincerely,
Susan, Eric, and Kristin

K&L GATES

**Kristin Wells**

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

nmt

August 8, 2022

Opposition No. 91255288

*Abercrombie & Fitch Trading Co.*

*v.*

*Srinivasa Rao Gubbala*

**J. Krisp, Interlocutory Attorney:**

Proceedings are **suspended** pending the disposition of Opposer's motion (filed June 30, 2022) to strike Applicant's trial evidence.

The contested motion to strike will be decided in due course.

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
General Email: TTABInfo@uspto.gov

JK

December 2, 2022

Opposition No. 91255288

*Abercrombie & Fitch Trading Co.*

*v.*

*Srinivasa Rao Gubbala*

**J. Krisp, Interlocutory Attorney:**

This Opposition proceeding is before the Board for consideration of Opposer's June 30, 2022 motion to strike Applicant's trial evidence. The motion is fully briefed.

**<u>Opposer's Service of Motion</u>**

Applicant's brief addresses Opposer's motion on the merits, and also states that the motion was not in fact served on counsel for Applicant, notwithstanding Opposer's certificate of service. 21 TTABVUE 11.

Opposer acknowledges the lack of service, but sets forth the specific circumstances of a clerical oversight, and describes communications between counsel for the parties. Opposer requests that the Board consider its motion. 22 TTABVUE 8-9.

The Board exercises its discretion to consider the motion to strike notwithstanding the service issue. Nonetheless, the Board expects that the requirements of Trademark Rule 2.119(a) will be fully adhered to in all future filings.

**<u>Opposer's Motion to Strike</u>**

An adverse party may also move to strike a notice of reliance, in whole or in part, on the ground that the notice of reliance does not comply with the procedural requirements of the particular rule under which it was submitted. For example, a party may move to strike a notice of reliance on a printed publication pursuant to Trademark Rule 2.122(e) on the ground that it does not include a copy of the printed publication, or does not indicate the general relevance thereof pursuant to Trademark Rule 2.122(g). TRADEMARK TRIAL AND APPEAL BOARD MANUAL OF PROCEDURE (TBMP) § 532 (June 2022).

Here, Opposer moved to strike promptly; thus, its motion is timely. *Philanthropist.com, Inc. v. The Gen. Conference Corp. of Seventh-Day Adventists*, 2021 USPQ2d 643, at *1 Appendix B (TTAB 2021); *Barclays Capital Inc. v. Tiger Lily Ventures Ltd.*, 124 USPQ2d 1160, 1163 (TTAB 2017) ("Objections to testimony or to a notice of reliance grounded in asserted procedural defects are waived unless raised promptly, when there is an opportunity to cure.").

**Applicant's Notice of Reliance Exhibits 1-2**

Opposer moves to strike Notice of Reliance Exhibit 1-2 (18 TTABVUE 3, 5) on the basis that Applicant fails to adequately identify the relevance of the exhibits.

Pursuant to Trademark Rule 2.122(g):[1]

> For all evidence offered by notice of reliance, the notice must indicate generally the relevance of the evidence and associate it with one or more issues in the proceeding. Failure to identify the relevance of the evidence, or associate it with issues in the proceeding, with sufficient specificity is a procedural defect that can be cured by the offering party within the time set by Board order.

*See also* TBMP § 704.02; *FUJIFILM SonoSite, Inc. v. Sonoscape Co., Ltd.*, 111 USPQ2d 1234, 1237 (TTAB 2014).

In the notice of reliance,[2] Applicant identifies Exhibit 1 as a web page "accessed on June 13, 2022,"[3] provides a URL with no date, and states "Opposer (sic) will rely on this web page to show the viewership of the Film 'Arjun Chakravarthy' produced by Gannet Celluloid to provide requisite context when discussing the fame of the Gannet Fisher Bird Mark." 18 TTABVUE 3, 72-73.

Applicant identifies Exhibit 2 as a web page "accessed at accessed (sic) on June 13, 2022," provides a URL with no date, and states "Opposer (sic) will rely on this web page to show to provide (sic) requisite context when discussing the fame of the Gannet Fisher Bird Mark." 18 TTABVUE 5, 73.

[1] To the extent Applicant incorrectly cites and argues the applicability of Fed. R. Civ. P. 12(f), the Rule which governs motions to strike matters *from pleadings*, and TBMP § 506.01, the Board has given such arguments no consideration. The cited authorities are inapposite to a motion to strike notice of reliance.

[2] The notice of reliance begins at 18 TTABVUE 72, having been placed after the exhibits in the filing. Applicant is advised to assure that future submissions are filed in the appropriate order. Opposing parties, as well as Board personnel, are appreciative of the careful filing of an orderly record in inter partes proceedings.

[3] The web pages themselves do not include thereon a URL bearing a date. Trademark Rule 2.122(e); *Safer, Inc. v. OMS Inv., Inc.*, 94 USPQ2d 1031, 1039 (TTAB 2010).

Applicant further states in the notice of reliance that Exhibits 1-2 are "relevant to provide context of the readership of articles referenced discussing Applicant's marketing of and fame of its Gannet Fisher Bird Marks." 18 TTABVUE 76.

Upon thorough review, the Board finds that Applicant identified the general relevance of the exhibits and associated them with an issue or potential issue with sufficient specificity to place Opposer on adequate notice of the intent to rely on the materials.[4] Opposer's motion to strike is **denied** on this basis.

Opposer also moves to strike Exhibits 1-2, citing TBMP § 527.01(e) ("Estoppel Sanction"), on the basis that the exhibits are responsive to Opposer's Requests for Production Nos. 12 and 14, but were not produced during discovery. 20 TTABVUE 5.

Under the Board's estoppel sanction, a party that responds to a request for discovery by indicating that it does not have the information sought, or by stating objections thereto, may be barred by its own action from later introducing the information sought in the request as part of its evidence on the case, provided that the propounding party raises the matter by objecting to the evidence in question on that ground, and preserves the objection in its brief on the case. A party that fails to

[4] The Board will not entertain any pretrial motion relating to the probative value or sufficiency of a party's trial evidence. TBMP § 502.01. To the extent Opposer argues that the topic for which Applicant offers the exhibits, namely, the fame of Applicant's mark, is not relevant to or probative of the claims or defenses in this proceeding, Opposer may advance its position during rebuttal and briefing.
With respect to exhibits that are not stricken, the Board may give said exhibits consideration for whatever probative value they may have. *See, e.g., McDonald's Corp. v. McSweet, LLC*, 112 USPQ2d 1268, 1274 (TTAB 2014) (where parties moved to strike evidence, Board noted objections and took them into consideration, allocating the appropriate weight to the evidence). It is well-settled, though, that the probative value of Internet documents is limited. TBMP § 704.08(b) and cases cited therein.

provide information, or provides an untimely supplement, may be precluded from using that information or witness at trial unless the failure to disclose was substantially justified or is harmless. Where a party does not "unequivocally refuse" to provide information in response to discovery requests, the preclusion sanction under Fed. R. Civ. P. 37(c)(1) may not apply.[5] TBMP § 527.01(e). Regarding the duty to provide, supplement or correct disclosures or discovery responses, Fed. R. Civ. P. 37(c)(1) states in part:

> If a party fails to provide information or identify a witness as required by [Federal] Rule 26(a) or (e), the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or at a trial, unless the failure was substantially justified or is harmless.

*See, e.g., Flame & Wax, Inc. v. Laguna Candles, LLC*, 2022 USPQ2d 714, at *14 n.27 (TTAB 2022) (party that fails to provide information during discovery may, upon motion or objection by its adversary, be precluded from using that information or witness at trial).

Applicant argues "none of the trial evidence produced after the close of discovery was within its possession, custody or control during the discovery period. It is clear that the materials were obtained or created by Applicant in anticipation of its trial period, as opposed to responsive documents already within its possession or control when Applicant was responding to the discovery requests." 21 TTABVUE 7, 9.

In reply, Opposer argues that "Applicant does not contest that NOR Exhibits 1-2 were responsive to Opposer's discovery requests but were not produced, and

[5] The Federal Rules cited herein are made applicable to Board proceedings under Trademark Rule 2.116. TBMP § 101.02.

Applicant does not argue or suggest that the contents of these exhibits did not exist or for some reason could not have been produced during discovery." 22 TTABVUE 5.

The Board notes that Applicant's written response to Requests for Production Nos. 12 and 14 (e.g. "… is produced in whole."), while not an unequivocally refusal to provide information, was nonetheless unclear and suggested an unwillingness to produce responsive documents or further responsive documents. 20 TTABVUE 6. Opposer did not move to compel. In briefing the motion to strike, the parties do not specifically address whether Applicant's lack of production of the documents was substantially justified or harmless. Applicant states that Exhibits 1 and 2 were accessed on June 13, 2022, which was after discovery closed and two days prior to the close of Applicant's assigned trial period; however, on its face Exhibit 1 existed at least as early as "Mar 23, 2021," and on its face Exhibit 2 appears to have existed in or prior to "2021." Applicant's failure to produce the exhibits earlier foreclosed Opposer's opportunity to review, cross-examine or take follow-up discovery, and this may be indicative of questionable gamesmanship in certain circumstances. Nonetheless, it is also relevant that Requests for Production Nos. 12 and 14, which seek production of any and all documents that support, rebut or will be relied on by Applicant in the proceeding, are so overbroad as to be the type of requests the Board has held to be disallowed. *Cf., Hewlett Packard Enter. Dev't. LP v. Arroware Indus., Inc.*, 2019 USPQ2d 158663, at *7 (TTAB 2019) (use of a blanket interrogatory or document request to discover information or documents that form the factual bases for a responding party's answer to each request for admission is impermissible).

On this record, the circumstances presented do not rise to the nature or degree of discovery misconduct that justifies striking Exhibits 1 and 2 under Fed. R. Civ. P. 37(c)(1) or the Board's estoppel sanction. Opposer's motion to strike is **denied** on this basis.

**Applicant's Notice of Reliance Exhibits 3-7**

Opposer moves to strike Exhibits 3-7 (18 TTABVUE 7, 9, 15, 22, 37) on the basis that Applicant fails to adequately identify the relevance of the exhibits as required by Trademark Rule 2.122(g).

In the notice of reliance, Applicant identifies Exhibit 3 as a web page accessed on June 13, 2022, provides a URL with no date, and states "Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/or meaning between Applicant's mark and the Gannet Fisher Bird Mark."

Applicant identifies Exhibit 4 as a web page published on January 14, 2016, provides a URL with no date, and states "Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/or meaning between Applicant's mark and the Gannet Fisher Bird Mark."

Applicant identifies Exhibit 5 as a web page published on May 27, 2022, provides a URL with no date, and states "Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing

the dissimilarity in the sight, sounds and/or meaning between Applicant's mark and the Gannet Fisher Bird Mark."

Applicant identifies Exhibit 6 as a web page published on October 11, 2020, provides a URL which appears to include a date of October 11, 2020, and states "Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark."

Applicant identifies Exhibit 7 as a web page published on August 31, 2021, provides a URL which appears to include a 2020-2021 date, and states "Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/or meaning between Applicant's mark and the Gannet Fisher Bird Mark."

In the notice of reliance Applicant further states that Exhibits 3-7 "are true and correct copies of webpages, relevant to provide context of the readership of articles referenced discussing dissimilarity in the sight, sounds and/or meaning between Applicant's mark and the Gannet Fisher Bird Mark."[6] 18 TTABVUE 73-74, 76.

Upon thorough review, the Board finds that Applicant identified the general relevance of the exhibits and associated them with the issues (similarity or dissimilarity between the marks) with sufficient specificity to place Opposer on

[6] There appears to be a repeated typographical error in which Applicant refers to Opposer's mark as "Applicant's mark." Regardless, the statement of relevance is found to be sufficient.

adequate notice of the intent to rely on the materials. Opposer's motion to strike is **denied** on this basis.

Opposer also moves to strike Exhibits 3-7 on the basis that they are responsive to Opposer's Requests for Production Nos. 9, 12 and 14, but were not produced during discovery. 20 TTABVUE 8-9.

As noted above, Requests for Production Nos. 12 and 14 are of the type that the Board has held to be impermissible. *Cf., Hewlett Packard Enter. Dev't. LP, Inc.*, 2019 USPQ2d 158663, at *7. Request for Production No. 9 is more appropriately narrowed, seeking "All documents that indicate any similarities or differences between Applicant's Mark and Opposer's Marks," and as with the other requests Applicant's response ("… is produced in whole.") while not an unequivocally refusal to provide information, is nonetheless unclear and suggests an unwillingness to produce responsive or further responsive documents. Opposer did not move to compel. Opposer had no opportunity to cross examine, though the parties do not specifically address whether Applicant's lack of production of the documents was substantially justified or harmless.

On this record, the circumstances presented do not rise to the nature or degree of discovery misconduct that justifies striking Exhibits 3-7 under Fed. R. Civ. P. 37(c)(1) or the Board's estoppel sanction. Opposer's motion to strike is **denied** on this basis.

**Applicant's Notice of Reliance Exhibit 12**









 









Opposer moves to strike Exhibit 12 (18 TTABVUE 90) on the basis that Applicant fails to adequately identify the relevance of the exhibit, and Opposer cannot determine the relevance based on Applicant's description.

In the notice of reliance, Applicant identifies Exhibit 12 as a web page accessed on June 13, 2022, provides a URL which does not include a date, and states "Applicant will rely on this web page to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/or meaning between Applicant's mark and the Gannet Fisher Bird Mark." 18 TTABVUE 76.

The Board finds that Applicant identified the general relevance of the exhibit and associated it with the issues (similarity or dissimilarity between the marks) with sufficient specificity to place Opposer on notice of the intent to rely on the material. Opposer's motion to strike is **denied** on this basis.

**Applicant's Testimony Declaration Exhibit 5**

Opposer moves to strike Testimony Declaration of Srinivasa Rao Gubbala, Exhibit 5. The exact identity of the document is unclear from the testimony. Addressing Exhibit 5, the Gubbala testimony states:

> While no formal search was conducted, it is clear that birds are a popular choice for various logos. I have seen many kinds of bird logos in my everyday life. I did not copy any of those designs, however, when the Gannetfisher (sic) design mark was created. Since the beginning of this opposition I have come to learn that there are over 500 live bird marks currently with the USPTO. Exhibit 5.

19 TTABVUE 5. In the brief contesting the motion, Applicant has not provided more specific identification or description of Exhibit 5. 21 TTABVUE 10.

The exhibit is a lengthy document titled "Knockout Report" and bears a date and time of "06/15/2022 06:14 PM CDT." 19 TTABVUE 5, 32. It appears to the Board to be a search report provided in a chart format which lists registrations and applications, a chart seemingly generated on June 15, 2022, and seemingly generated or provided by a third party.

Opposer moves to strike on the basis that the exhibit failed to make third-party registrations of record.

The Board has made clear that a party that wishes to make a third-party registration of record at trial in an inter partes proceeding may do so by filing, during its testimony period, a plain copy of the registration, a printout or a copy of information of the registration from the Office's electronic database records, together with a notice of reliance thereon specifying the registration and indicating generally its relevance and associating the registration with one or more issues in the case. Trademark Rule 2.122(e)(1); TBMP § 704.03(b)(1)(B). *Weyerhaeuser Co. v. Katz*, 24 USPQ2d 1230, 1231-32 (TTAB 1992) (printouts of third-party registrations obtained from private search reports are neither printed publications nor official records).[7] The Board has explained that a party may not make a third-party registration of record simply by introducing a list of third-party registrations that includes it; or by filing a trademark search report in which the registration is mentioned; or by filing a printout, from a private company's data base, of information about the registration;

[7] Applicant shall note that third-party pending applications, abandoned applications, cancelled registrations and expired registrations have very little or no probative value of the use of a mark, of whether a mark was ever used, of any past or present rights in a mark, or of any Section 7(b) presumptions of validity. TBMP § 704.03(b)(1)(A).

or by filing a notice of reliance together with a reproduction of the mark as it appeared in the Official Gazette for purposes of publication; or by referring to the registration in its brief or pleading. TBMP § 704.03(b)(1)(B). *See, e.g., Riceland Foods Inc. v. Pacific Eastern Trading Corp.*, 26 USPQ2d 1883, 1885 (TTAB 1993) (trademark search report wherein registrations are mentioned, registrations not of record); *Weyerhaeuser Co. v. Katz*, 24 USPQ2d 1230, 1231-32 (TTAB 1992) (trademark search reports from private companies are neither printed publications nor official records).

Opposer maintains that the exhibit is only a summary chart, is from an unidentified third-party database, and does not include any plain copies of registrations or any printouts or copies of information from the Office's electronic database records, as required by TBMP § 704.03(b)(1)(B). 20 TTABVUE 13.

Contesting the motion to strike, Applicant restates the above-cited requirements for making a third-party registration of record, and cites TBMP § 704.03(b)(1)(B), but then oddly states in conclusory fashion that "Applicant has properly made third-party registrations on the record (sic)." 21 TTABVUE 10.

On its face, it is evident that Exhibit 5 does not include plain copies of registrations or printouts or copies of information of the registrations from the Offices electronic database records. Any third-party registrations or applications[8] listed thereon are not of record. The Board can give the registrations no substantive consideration and they are not proof of any matters asserted therein.

Opposer moves to strike on the basis that the document was responsive to Opposer's Interrogatory No. 12, and Requests for Production Nos. 6, 9, 12 and 14, but was not produced during discovery.

Contesting the motion, Applicant maintains that "in preparation for the trial period, Applicant acquired Applicant's testimony declaration and none of the trial evidence produced after the close of discovery was within its possession, custody or control during the discovery period." 21 TTABVUE 10.

Information concerning a party's awareness of third-party use and/or registration of the same or similar marks for the same or closely related goods or services as an involved mark, is discoverable to the extent that the responding party has actual knowledge thereof (without performing an investigation) and that the information appears to be reasonably calculated to lead to the discovery of admissible evidence. TBMP § 414. Opposer's Interrogatory No. 12 requested Applicant's identification of third-party marks. A party need not investigate third-party uses to respond to discovery requests. *Sheetz of Delaware, Inc. v. Doctor's Assoc. Inc.*, 108 USPQ2d 1341, 1348 (TTAB 2013) (a party need not investigate third-party use to respond to discovery requests); *Rocket Trademarks Pty. Ltd. v. Phard S.p.A.*, 98 USPQ2d 1066, 1071-72 (TTAB 2011) (a party has no duty to conduct an investigation of third-party uses in response to discovery requests); *Sports Authority Michigan Inc. v. PC Authority Inc.*, 63 USPQ2d 1782, 1788 (TTAB 2001) (no obligation to search for third-party uses); *Red Wing Co. v. J.M. Smucker Co.*, 59 USPQ2d 1861, 1864 (TTAB 2001) (investigation not necessary); *Johnston Pump/General Valve Inc. v. Chromalloy*

*American Corp.*, 10 USPQ2d 1671, 1675 (TTAB 1988) (need not investigate); *American Society of Oral Surgeons v. American College of Oral & Maxillofacial Surgeons*, 201 USPQ 531, 533 (TTAB 1979) (relevant to show mark is weak). Hence, Applicant had no affirmative duty to investigate third parties and third party uses.

Inasmuch as a search report may have minimal probative value under limited circumstances, and a party has no duty to investigate third-party use, the exhibit is not stricken in its entirety. As noted, at final hearing the Board may exercise its discretion to give the chart whatever minimal probative value, if any, it may have.[9] To be clear, on the face of the exhibit it is inconclusive as to whether this was in Applicant's possession during discovery, or thereafter for the purpose of serving required supplementation under Fed. R. Civ. P. 26(e)(1). TBMP § 408.03. Thus, the Board cannot affirmatively conclude that any registrations listed thereon were improperly withheld.

In sum and on balance, the circumstances do not rise to the nature or degree of discovery misconduct that justifies striking the exhibit under Fed. R. Civ. P. 37(c). Opposer's motion to strike is **denied** on this basis.

**Resumption and Schedule**

Proceedings are resumed. Opposer requests that the Board reset the date for Opposer's rebuttal disclosures and all subsequent deadlines following the disposition

[9] Search reports do not show use of any marks and do not prove use by any entity or use in the marketplace.

of the motion to strike. 20 TTABVUE 3. Remaining trial dates, and briefing dates, are reset as follows:

| | |
|---|---|
| Plaintiff's Rebuttal Disclosures Due | 12/15/2022 |
| Plaintiff's 15-day Rebuttal Period Ends | 1/14/2023 |
| Plaintiff's Opening Brief Due | 3/15/2023 |
| Defendant's Brief Due | 4/14/2023 |
| Plaintiff's Reply Brief Due | 4/29/2023 |
| Request for Oral Hearing (optional) Due | 5/9/2023 |

Generally, the Federal Rules of Evidence apply to Board trials. Trial testimony is taken and introduced out of the presence of the Board during the assigned testimony periods. The parties may stipulate to a wide variety of matters, and many requirements relevant to the trial phase of Board proceedings are set forth in Trademark Rules 2.121 through 2.125. These include pretrial disclosures, matters in evidence, the manner and timing of taking testimony, and the procedures for submitting and serving testimony and other evidence, including affidavits, declarations, deposition transcripts and stipulated evidence. Trial briefs shall be submitted in accordance with Trademark Rules 2.128(a) and (b). Oral argument at final hearing will be scheduled only upon the timely submission of a separate notice as allowed by Trademark Rule 2.129(a).

It is the responsibility of each party to ensure that the Board has the party's current correspondence address, including an email address, at all times. TBMP § 117.07.

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*

ESTTA Tracking number: **ESTTA1259882**
Filing date: **01/13/2023**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M. KAYSER<br>K&L GATES LLP<br>1601 K STREET, N.W.<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Plaintiff's Notice of Reliance |
| Filer's name | Susan M. Kayser |
| Filer's email | watrademarks@klgates.com, susan.kayser@klgates.com, eric.lee@klgates.com, kristin.wells@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 01/13/2023 |
| Attachments | Abercrombie v. Srinivasa - Notice of Reliance on Printed Publications (Rebuttal Period).pdf(194085 bytes )<br>AF Rebuttal NOR Exhibit A.pdf(256172 bytes )<br>AF Rebuttal NOR Exhibit B.pdf(155989 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co., Opposer,
v.
Srinivasa Rao Gubbala, Applicant

Opposition No. 91255288
Application No. 88/555,046
Subject Mark:
Published: December 17, 2019

**OPPOSER ABERCROMBIE & FITCH'S REBUTTAL NOTICE OF RELIANCE ON PRINTED PUBLICATIONS**

Pursuant to Rule 2.122(e) of the Trademark Rules of Practice, 37 C.F.R. § 2.122(e), and TBMP § 704.08, Opposer Abercrombie & Fitch Trading Co. ("A&F") hereby makes of record and notifies Applicant Srinivasa Rao Gubbala ("Applicant") of A&F's reliance of the following printed publications:

1. A true and correct printout of the web page accessed at www.youtube.com/watch?v=07QUbf9IR4s dated December 11, 2022, a copy of which is attached hereto as **Exhibit A**. Opposer will rely on this web page to rebut Applicant's Notice of Reliance Exhibits 1 and 2, which purport to provide context regarding the alleged fame of Applicant's Mark, U.S. Trademark Application No. 88555046.

2. A true and correct printout of the web page accessed at www.youtube.com/@GannetCelluloid/about dated December 12, 2022, a copy of which is attached hereto as **Exhibit B**. Opposer will rely on this web page to rebut Applicant's Notice of Reliance Exhibits 1 and 2, which purport to provide context regarding the alleged fame of Applicant's Mark, U.S. Trademark Application No. 88555046.

Date: January 13, 2023

Respectfully submitted,

/Susan M. Kayser/
Susan M. Kayser
Eric W. Lee
Kristin E. Wells
Attorneys for Opposer
K&L GATES LLP
1601 K Street, N.W.
Washington, D.C. 20006
Phone: (202) 778-9421
Fax: (202) 778-9100

*Attorneys for Abercrombie & Fitch Trading. Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Notice of Reliance on Printed Publications has been served on Applicant, Srinivasa Rao Gubbala, on January 13, 2023, via email at lillian.khosravi.law@gmail.com, uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com.

/Eric W. Lee/
Eric W. Lee

*Attorney for Opposer Abercrombie and Fitch Trading Co.*

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Plaintiff's Rebuttal Period**
**Notice of Reliance**
**Exhibit A**

TELUGU . TAMIL . HINDI . MALAYALAM . KANNADA

A&F_00001

A&F_00002

*Abercrombie & Fitch Trading Co. v. Srinivasa Rao Gubbala*

Opposition No. 91255288

Offering Party: Abercrombie & Fitch Trading Co.

**Plaintiff's Rebuttal Period**
**Notice of Reliance**
**Exhibit B**

GANNET CELLULOID

A&F_00003

The image for this record can not be displayed at this time.

Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov
ESTTA Tracking number: ESTTA1272227
Filing date: 03/15/2023

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M KAYSER<br>K&L GATES LLP<br>1601 K STREET NW<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Brief on Merits for Plaintiff |
| Filer's name | Susan M. Kayser |
| Filer's email | watrademarks@klgates.com, susan.kayser@klgates.com, eric.lee@klgates.com, terrance.roberts@klgates.com, kristin.wells@klgates.com, TTABLitigationDocket@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 03/15/2023 |
| Attachments | AF Opening Brief_Opp. No. 91255288_REDACTED.pdf(902070 bytes ) |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

Abercrombie & Fitch Trading Co.,
Opposer,
v.
Srinivasa Rao Gubbala
Applicant.

Opposition No. 91255288
Application No. 88/555,046
Subject Mark:
Published: November 27, 2019

**OPPOSER'S TRIAL BRIEF**

Susan M. Kayser
Eric W. Lee
Terrance Roberts
Kristin Wells
K&L GATES LLP
1601 K. St. N.W., #1
Washington, D.C. 20001
Telephone: (202) 628-1700
Facsimile: (202) 778-9100
Email: susan.kayser@klgates.com
eric.lee@klgates.com
terrance.roberts@klgates.com

*Counsel for Opposer,*
*Abercrombie & Fitch Trading Co.*

**TABLE OF CONTENTS**

I. INTRODUCTION .... 4
II. DESCRIPTION OF THE RECORD .... 5
A. Opposer's Evidence .... 5
1. Joint Stipulation of Facts .... 6
2. Notice of Reliance on Printed Publications .... 6
3. Testimony Declaration of J.J. Kramer .... 7
B. Applicant's Evidence .... 8
III. STATEMENT OF THE PROCEEDINGS AND ISSUES .... 8
IV. STATEMENT OF FACTS .... 9
A. A&F's U.S. Trademark Registrations for the Hollister Bird Mark .... 9
B. A&F's Extensive Use And Sales For The Hollister Bird Mark .... 11
C. A&F's Marketing and Promotion of Goods Bearing the Hollister Bird Mark .... 12
D. Unsolicited Third Party Recognition Of The Hollister Bird Mark .... 15
E. A&F's Enforcement of The Hollister Bird Mark .... 16
F. Mr. Gubbala's Application For Applicant's Mark .... 17
G. Mr. Gubbala's Intended Use of Applicant's Mark .... 18
V. ARGUMENT .... 18
A. A&F's Entitlement to a Statutory Cause of Action .... 18
B. A&F Has Priority .... 19
C. Applicant's Mark is Likely to Cause Confusion with Opposer's Mark .... 20
1. The Similarity of the Marks Factor Favors Opposer .... 20
a) The Parties' Marks Evoke the Same Commercial Impression .... 21

b) Lesser Similarity Sufficient to Establish Likely Confusion Due to Identity of Goods and Fame of Opposer's Mark .... 26
2. Applicant's Goods Are Identical to Opposer's Goods .... 27
3. Channels Of Trade And Customers Are Identical And Likelihood of Post-Purchase Confusion is High .... 28
4. Lower Degree of Care Among Purchasers of Ordinary Goods .... 30
5. The Fame of the Prior Mark Factor Favors Opposer .... 31
6. There Are No Similar Marks In Use on Similar Goods .... 36
7. The Use on a Variety of Goods Factor Favors Opposer .... 39
8. The Actual Confusion and Concurrent Use Without Actual Confusion Factors Are Neutral Or Not Relevant .... 40
9. The Extent of Potential Confusion Factor Weighs Heavily in Favor of Opposer .... 41
D. Applicant's Mark is Likely to Dilute Opposer's Famous Mark .... 41
1) The A&F Mark is Famous and Distinctive .... 42
(a) Duration, Extent And Geographic Reach of Advertising And Publicity Is Substantial and Nationwide .... 42
(b) The Amount, Volume, and Geographic Extent of Sales of Goods or Services Offered Under the Hollister Bird Mark are Substantial and Nationwide .... 44
(c) Substantial Actual Recognition of the Hollister Bird Mark .... 45
(d) A&F Owns Registrations on the Principal Register .... 45
2) Applicant's Mark Will be Used in Commerce .... 46
3) Applicant's Use of His Mark Began After Opposer's Mark Achieved Fame .... 46
4) Applicant's Mark is Likely to Cause Dilution by Blurring .... 46
VI. CONCLUSION .... 49
INDEX OF CASES .... 51

## I. INTRODUCTION

Opposer Abercrombie and Fitch Trading Co. (hereinafter, "Opposer" or "A&F") is one of the largest manufacturers, wholesalers and retailers of high quality, casual apparel and accessories for men, women and children with an active, youthful lifestyle in the United States. For nearly two decades, Opposer's parent company and predecessors have sold high-end apparel and related accessories through its Hollister Co. stores and clothing brand.

Since at least as early as August 2003, Hollister Co. has offered clothing under an arbitrary bird design with outspread wings, depicted below ("Hollister Bird Mark"):

The Hollister Bird Mark has become one of the most iconic logos in the United States and a core branding element for the Hollister brand. Collectively, these marks are referred to as the "Hollister Bird Mark" or "Opposer's Mark"[1]

Srinivasa Rao Gubbala (hereinafter "Applicant" or "Mr. Gubbala") filed an intent-to-use trademark application for Applicant's Mark[2], which consists of a bird design with outspread wings:

A&F opposes registration of Mr. Gubbala's Mark on the grounds of likelihood of confusion and dilution, and respectfully submits that the evidence of record before the Board warrants judgment in favor of A&F refusing registration of Applicant's Mark. Applicant seeks to register a

[1] As used herein, the terms "Opposer's Mark" and "Hollister Bird Mark" shall mean the marks that are the subject of U.S. Trademark Registration Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454.
[2] As used herein, the term "Applicant's Mark" shall mean the mark that is the subject of U.S. Trademark Application No. 88/555,046.

similar mark to A&F's Hollister Bird Mark for use on identical goods sold in the same trade channels to the same class of customers.

## II. DESCRIPTION OF THE RECORD

The record for this opposition consists of

1. Applicant's Application No. 88/555,046;
2. Opposer's Registration Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454;
3. Opposer's Notice of Opposition (1 TTABVUE);
4. Applicant's Answer (4 TTABVUE);
5. the parties' Joint Stipulation of Facts (14 TTABVUE) ("Joint Stip.");
6. Opposer's Notice of Reliance on Printed Publications (15 TTABVUE);
7. Opposer's Testimonial Declaration (redacted public version at 16 TTABVUE; confidential under seal version at 17 TTABVUE);
8. Applicant's Notice of Reliance (18 TTABVUE);
9. Applicant's Testimonial Declaration (19 TTABVUE)
10. Opposer's Motion to Strike (20 TTABVUE), Applicant's Opposition (21 TTABVUE), Opposer's Reply (22 TTABVUE), and the Board's Order on Motion to Strike and Resetting Trial Dates (TTAB 24); and
11. Opposer's Rebuttal Notice of Reliance (25 TTABVUE).

### A. Opposer's Evidence

During its opening testimony period Opposer filed: (i) Joint Stipulation of Facts dated April 15, 2022 and Exhibits 1-11 (14 TTABVUE); (ii) Notice of Reliance on Printed Publications dated April 15, 2022, and Exhibits 1-45 (15 TTABVUE); (iii) public and confidential versions of the

Testimony Declaration of Mr. J.J. Kramer dated April 14, 2022 and Exhibits 1-44 (16 TTABVUE; 17 TTABVUE); and (iv) Opposer's Rebuttal Notice of Reliance on Printed Publications dated January 13, 2023 and Exhibits A-B (25 TTABVUE). The evidence and testimony contained within these declarations and Notices of Reliance are summarized below.

#### 1. Joint Stipulation of Facts

Pursuant to 37 C.F.R. § 2.123, during Opposer's testimony period, Opposer and Applicant made of record a Joint Stipulation of Facts (14 TTABVUE).

#### 2. Notice of Reliance on Printed Publications

Pursuant to Rule 2.122(e) of the Trademark Rules of Practice, 37 C.F.R. § 2.122(e), and TBMP § 704.08, during its testimony period, Opposer made of record and notified Applicant of A&F's reliance on certain printed publications (15 TTABVUE) regarding:

- Internet articles identifying clothing bearing the Hollister Bird Mark worn by celebrities, and actors in television shows and movies. (¶¶ 16 - 19, 20, 22, 23, 25, 27-29, 31, and 33, Exs. 16 - 19, 20, 22, 23, 25, 27 - 29, 31, and 33);
- Webpages, relevant to provide context of the readership of articles referenced discussing Opposer's marketing and fame of its Hollister Bird Mark (¶¶ 1-13, Exs. 1-13);
- Webpages, relevant to provide context of the viewership of television shows and movies referenced when discussing the fame of Opposer's Hollister Bird Mark (¶¶ 21, 24, 26, 30, 32, 34, 44, and 45, Exs. 21, 24, 26, 30, 32, 34, 44, and 45);
- Webpages, relevant to provide context of the social media following of similarly situated retailers when discussing the fame of Opposer's Hollister Bird Mark (¶¶ 35 and 36, Exs. 35 and 36);
- Third party recognition of the Hollister Bird Mark including unsolicited coverage

in magazines and newspapers (¶¶ 14, 15, 37, 40, 41, and 43, Exs. 37, 40, 41, and 43);
- Third party recognition of the Hollister Bird Mark including unsolicited coverage in online polls and websites (¶¶ 14, 15, and 39, Exs. 14, 15, and 39); and
- Webpages relevant to provide context of the readership of articles referenced discussing unsolicited third party commentary of the Hollister Bird Mark (¶¶ 38 and 42, Exs. 38 and 42).

#### 3. Testimony Declaration of J.J. Kramer

Mr. Kramer testified in his opening affidavit (16 TTABVUE; 17 TTABVUE) regarding:

- His qualifications to testify about A&F and the Hollister Bird Mark (¶¶ 1-3);
- A&F's extensive, longstanding and consistent use of the Hollister Bird Mark each retail season since 2003, including use of the Hollister Bird Mark on products offered in A&F's retail stores and on its websites (¶¶ 3-7, 9-14, Exs. 1-19);
- A&F's significant annual sales of goods bearing the Hollister Bird Mark (¶ 8);
- A&F's significant investment in marketing and promotion of the Hollister Bird Mark including in promotional e-mails subscribed to by its customers, on social media, through YouTube series, partnerships with social media influencers, musicians, celebrities, and organizations that work directly with high school students, and on a variety of consumer facing packaging supplies and gift card holders (¶¶ 14-23, Exs. 21-30); and
- A&F's successful enforcement against third party uses of marks similar to the Hollister Bird Mark (¶ 24, Exs. 31-44).

### B. Applicant's Evidence

During its testimony period Applicant filed: (i) the Testimony Declaration of Srinivasa Rao Gubbala dated June 15, 2022 (19 TTABVUE, Exs. 1-15) and Notice of Reliance on Printed Publications dated June 15, 2022 (18 TTABVUE, Exs. 1-12).

## III. STATEMENT OF THE PROCEEDINGS AND ISSUES

On April 14, 2020, A&F timely opposed Mr. Gubbala's Application No. 88/555,046 covering Applicant's Mark in Class 25 based on A&F's prior registrations and use of the Hollister Bird Mark asserting that (i) A&F has priority and that Applicant's Mark is likely to be confused with Opposer's Mark under Section 2(d) of the Lanham Act, and (ii) that Applicant's Mark is likely to dilute the famous Hollister Bird Mark under Section 43(c) of the Lanham Act. The Board instituted the proceeding as Opposition No. 91255288. Applicant filed an Answer with the Board on May 14, 2020 (4 TTABVUE). On June 30, 2022 Opposer filed a Motion to Strike Applicants Trial Evidence pursuant to TBMP §§ 707.02 and 707.03, based on relevance and being responsive to Discovery Requests but not produced during Discovery (20 TTABVUE). On July 20, 2022 the Applicant filed its response to the Motion to Strike (21 TTABVUE), to which Opposer filed a Reply in Support of its Motion to Strike on August 5, 2022 (22 TTABVUE). On December 12, 2022, the Board issued an Order denying Opposer's Motion to Strike, holding that although Applicant's failure to produce the documents at issue during discovery "may be indicative of questionable gamesmanship", the record did not indicate circumstances rising "to the nature or degree of discovery misconduct that justifies striking" the documents at issue. (24 TTABVUE 6-7, 9, 14). Although it declined to strike Applicant's evidence on procedural grounds, the Board specified that "Opposer may advance its position during rebuttal and briefing" that such evidence "is not relevant to or probative of the claims or defenses in this proceeding." *Id*. at 4, n. 5.

## IV. STATEMENT OF FACTS

As demonstrated by the parties' Joint Stipulation of Facts discussed below in conjunction with Opposer's and Applicant's evidence, the core facts demonstrating likely confusion and dilution are not disputed between the parties.

### A. A&F's U.S. Trademark Registrations for the Hollister Bird Mark

A&F is the owner of the following U.S. trademark registrations for Opposer's Mark which are valid, subsisting and have never been abandoned:

| Reg. No. | Mark | Reg. Date | Filing Date | First Use | Goods/Services |
|---|---|---|---|---|---|
| 3,745,498 | | 02/02/10 | 07/10/06 | Oct. 2003 | CL 25: Clothing, namely, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website |
| 4,022,932 | | 09/06/11 | 05/16/03 | 08/08/03 | CL 25: Clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online web-sites |
| 3,745,497 | | 02/02/10 | 07/10/06 | Oct. 2003 | CL 25: Clothing, namely, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, hats, jackets, jeans, knit shirts, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website |
| 3,855,891 | | 10/05/10 | 11/04/09 | Oct. 2005 | CL 25: Gloves; Headwear; Scarves |
| 4,091,084 | | 01/24/12 | 06/29/11 | 08/08/03 | CL 25: Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments |
| 3,588,412 | | 03/10/09 | 11/16/07 | 10/12/06 | CL 35: On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags |
| 4,384,092 | | 08/13/13 | 05/16/03 | Feb. 2006 | CL 35: Retail clothing store services |
| 3,592,454 | | 03/17/09 | 11/16/07 | 10/12/06 | CL 35: On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail stores featuring personal care products, clothing, jewelry, and bags |

(14 TTABVUE 2-5, Joint Stipulation of Facts ("Joint Stip.") ¶ 2-9, Exs. 3-10). A&F's Registration Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454 are incontestable under 15 U.S.C. §1065. (14 TTABVUE 2-5, Joint Stip. ¶ 2-9, Exs. 3-10). All of A&F's trademark registrations for Opposer's Mark were filed, issued, and the marks were used prior to the July 31, 2019 filing date of Applicant's Trademark Application No. 88/555,046 for Applicant's Mark. (14 TTABVUE 5, Joint Stip. ¶ 10-11).

A&F's trademark Registration Nos. 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454 for Opposer's Mark do not contain any restrictions on channels of trade or classes of consumers. (14 TTABVUE 7, Joint Stip. ¶ 24). Additionally, A&F's trademark Registration Nos. 3,745,498; 4,022,932; 3,855,891; 4,091,084; 3,588,412; and 4,384,092 for Opposer's Mark are not limited to any particular color. (14 TTABVUE 6, Joint Stip. ¶ 12).

### B. A&F's Extensive Use And Sales For The Hollister Bird Mark

For more than 19 years, Opposer A&F has used the Hollister Bird Mark in commerce on apparel and accessories in connection with its Hollister brand in the United States. (16 TTABVUE 1-2, Kramer Declaration ¶¶ 2, 4) (Hereinafter, "Kramer Decl."). A&F has been using the Hollister Bird Mark in commerce in connection with clothing since at least as early as August 8, 2003 (Reg. No. 4,091,084) (16 TTABVUE 2, Kramer Decl. ¶ 4), and in connection with retail clothing store services, since at least as early as February 2006 (Reg. No. 4,384,092) (16 TTABVUE 2, Kramer Decl. ¶ 5).

Opposer A&F currently sells goods in the U.S. bearing Opposer's Mark through its retail stores and Internet website at www.hollisterco.com. (16 TTABVUE 5, Kramer Decl. ¶ 10, Ex. 20.) Apparel and accessories bearing the Hollister Bird Mark are prominently displayed and offered for sale in A&F's Hollister Co. retail stores in over 360 locations across the United States. (16 TTABVUE 6, Kramer Declaration. ¶ 12). Opposer sells goods in the U.S. with Opposer's Mark that are covered by Applicant's Application No. 88/555,046, specifically blouses, caps, hats, jackets, dresses, footwear, belts, shirts, sweaters, t-shirts, skirts, vests, undergarments, gloves, and tops. (16 TTABVUE 3-4, Kramer Decl. ¶ 18; 14 TTABVUE 6-7, Joint Stip. ¶ 17-21, Ex. 2).

A&F sold apparel and other items featuring the Hollister Bird Mark in every retail season from 2005 to 2021, and its use of the Hollister Bird Mark has been significant with tens of millions

of products bearing the Hollister Bird Mark sold each year from 2005 to 2021 (16 TTABVUE 3-5, Kramer Decl. ¶¶ 9,11, Exs. 1-18).[3] On many of A&F's products, the Hollister Bird Mark is the only visible trademark when worn by a consumer. (16 TTABVUE 6, Kramer Decl. ¶ 13).

A&F's website www.hollisterco.com prominently displays and offers for sale apparel bearing the Hollister Bird Mark. (16 TTABVUE 5, Kramer Decl. ¶ 10, Ex. 20). This website receives tens of millions of visits each year from A&F's customers, and in some years hundreds of millions. (16 TTABVUE 5, Kramer Decl. ¶ 11.) Specifically, from 2005 through 2020, the website www.hollisterco.com (including mobile and mobile app) received over [redacted] visits (16 TTABVUE 5, Kramer Decl. ¶ 11).

All together from 2005 to 2020, A&F has sold over [redacted] dollars of products bearing the Hollister Bird Mark in the United States through its retail stores and e-commerce website (16 TTABVUE 2, Kramer Decl. ¶ 6).

### C. A&F's Marketing and Promotion of Goods Bearing the Hollister Bird Mark

A&F promotes Opposer's Mark on its website at www.hollisterco.com; through social media accounts including Facebook, Instagram, and Twitter; in its retail store locations through use on items such as product stickers and tags; and through promotional emails. (16 TTABVUE 5-8, Kramer Decl. ¶ 10, 12, 15, and 17, Exs. 20, 22-24). A&F has invested substantial sums in the marketing and promotion of products bearing the Hollister Bird Mark. (16 TTABVUE 6, Kramer Decl. ¶ 14). The total monetary amounts spent for marketing and promotion of the Hollister brand

[3] CONFIDENTIAL. Specifically, the annual totals of products offered bearing the Hollister Bird Mark from 2005 to 2021 are: 2005 ([redacted] products); 2006 ([redacted] products); 2007 ([redacted] products); 2008 ([redacted] products); 2009 ([redacted] products); 2010 ([redacted] products); 2011 ([redacted] products); 2012 ([redacted] products); 2013 ([redacted] products); 2014 ([redacted] products); 2015 ([redacted] products); 2016 ([redacted] products); 2017 ([redacted] products); 2018 ([redacted] products); 2019 ([redacted] products); 2020 ([redacted] products); and 2021 ([redacted] products). (16 TTABVUE 4,5, Kramer Decl. ¶ 9).

in the United States since 2015, which include products bearing the Hollister Bird Mark, exceeded [redacted] (16 TTABVUE 6, Kramer Decl. ¶ 14). Included in this overall amount is A&F's investment of over [redacted] dollars in 2021, in connection with supplies for its retail stores that prominently bear the Hollister Bird Mark including packaging, tissue paper, boxes, and gift card holders (16 TTABVUE 9, Kramer Decl. ¶ 23, Ex. 30).

A&F periodically sends promotional e-mails regarding products, including products bearing Opposer's Mark, to customers who have registered for A&F's e-mail distribution list (16 TTABVUE 6, Kramer Decl. ¶ 15). A&F prominently features the Hollister Bird Mark throughout these promotional e-mails (16 TTABVUE 6, Kramer Decl. ¶ 15). As of March 2021, millions of individuals, specifically over [redacted] individuals subscribe to the Hollister Co. e-mail distribution list (16 TTABVUE 7, Kramer Decl. ¶ 16, Ex. 21).

A&F also actively promotes the Hollister Bird Mark through its social media accounts on Facebook, Instagram, and Twitter (16 TTABVUE 7, Kramer Decl. ¶ 17, Ex. 22-24). As of March 2022, the Hollister Co. Facebook Page, whose profile picture displays the Hollister Bird Mark, had received over 12 million "likes" from Facebook users, and many of these posts prominently feature clothing with the Hollister Bird Mark. (16 TTABVUE 7, Kramer Decl. ¶ 17, Ex. 22). As of March 2022, the Hollister Co. Instagram Account, whose profile picture displays the Hollister Bird Mark, had over 5 million followers, and displays numerous posts that prominently feature clothing with the Hollister Bird Mark. (16 TTABVUE 7, Kramer Decl. ¶ 17, Ex. 23). As of March 2022, the Hollister Co. Twitter Account, whose profile picture displays the Hollister Bird Mark, had well over half a million followers, and displays numerous posts prominently featuring clothing with the Hollister Bird Mark. (16 TTABVUE 7, Kramer Decl. ¶ 17, Ex. 24).

A&F also promotes Opposer's Mark through limited YouTube series, where the Hollister Bird Mark is prominently featured (16 TTABVUE 7-8, Kramer Decl. ¶ 18-20, Ex. 25-27). Opposer's Mark was featured prominently on clothing featured in a 24 episode YouTube series titled "This is Summer," where the average episode received in excess of 600,000 views (16 TTABVUE 7, Kramer Decl. ¶ 18, Ex. 25). Opposer's Mark was featured prominently on clothing featured in an 11 episode YouTube series titled "The Carpe Life," where the average episode received in excess of 1 million views (16 TTABVUE 8, Kramer Decl. ¶ 19, Ex. 26). Opposer's Mark was featured prominently on clothing featured in a 21 episode YouTube series title "The Carpe Challenge," where the average episode received in excess of 200,000 views, with many episodes exceeding 1 million and 2 million views (16 TTABVUE 8, Kramer Decl. ¶ 20, Ex. 27).

Additionally, A&F has promoted Opposer's Mark through partnerships with social media influencers, musicians, celebrities, and celebrities such as TikTok influencers Charli D'Amelio (139 million followers) and Dixie D'Amelio (57.2 million followers), American engineer and TV star Bill Nye (4.9 million Facebook followers), musicians Khalid (7.4 million Instagram followers, and Noah Cyrus (6.1 million Instagram followers), and YouTube influencer Emma Chamberlin (15.3 million YouTube subscribers) (16 TTABVUE 8, Kramer Decl. ¶ 21, Exs. 28). Further, A&F has promoted Opposer's Mark through partnerships with various organizations that work with high school students such as High School Nation (The High School Nation Tour is a creative arts festival that exclusively visits high school campuses and has reached over half a million students), Sit With Us (mobile application with over 100,000 users for connecting students), and GLSEN (GLSEN programs and resources reach millions of students and educators in K-12 schools) (16 TTABVUE 8-9, Kramer Decl. ¶ 22, Exs. 29).

### D. Unsolicited Third Party Recognition Of The Hollister Bird Mark

The Hollister Bird Mark has received extensive unsolicited third party coverage and recognition in both the media and elsewhere. (15 TTABVUE 9-10, Notice of Reliance ¶¶ 37, 39, and 40, Exs. 37, 39, and 40).

A September 23, 2018 Business Insider article titled "*We Went Shopping at Hollister and Saw How it Could be Abercrombie's Secret Weapon*," identified use of the Hollister Bird Mark featured on clothing during a visit to the store, and included images of clothing bearing the Hollister Bird Mark (15 TTABVUE 9, Notice of Reliance ¶ 37, Ex. 37). Business Insider's website received over 90.9 million visits December 2021 (15 TTABVUE 9, Notice of Reliance ¶ 38, Ex. 38).

An April 9, 2016 Yahoo Finance article titled "*Abercrombie's Laid-Back Little Brother is Dominating Teen Retail,*" noted the success of the Hollister brand, and featured an image of a model wearing a shirt bearing the Hollister Bird Mark (15 TTABVUE 10, Notice of Reliance ¶ 40, Ex. 40). The Yahoo Finance website received over 243.2 million visits in December 2021 (15 TTABVUE 9, Notice of Reliance ¶ 39, Ex. 39).

The website www.famouslogos.org has webpages that discuss the Hollister Bird Mark (15 TTABVUE 9,10, Notice of Reliance ¶ 39, 40, 43, Exs. 39, 40, 43). A&F's Hollister brand was also recognized as one of the top 5 clothing brands in Piper Sandler's 40th Semi-Annual Taking Stock with Teens Survey, Fall 2020 and 37th Semi-Annual Taking Stock with Teens Survey, Spring 2019, alongside the brands Nike, American Eagle, adidas, Forever 21, and PacSun (15 TTABVUE 4, Notice of Reliance ¶ 14, 15, Exs. 14, 15).

Clothing bearing Opposer's Mark has also been featured in multiple movies such as, "Eighth Grade" (2018 - earning over $13 million at domestic box office), "Only the Brave" (2017

- earning over $18 million at domestic box office) and "House Bunny" (2008 - earning over $48 million at domestic box office) (15 TTABVUE 5-8, Notice of Reliance ¶¶ 20, 21, 31, 32, 33, 34, Exs. 20, 21, 31, 32, 33, 34). Clothing bearing the Hollister Bird Mark has also been worn by actors on television shows such as "Mrs. Fletcher" (2019 - HBO series), "Trinkets" (2019 - Netflix series, 91.2 percentile for dramas in the U.S. as of April 2022), "Teen Wolf" (2016 - MTV series, average 1.79 million views per episode), "Home Before Dark" (2020 - Apple TV+ series), "Fuller House" (2019 - Netflix series), and "Mr. Iglesias" (2019 - Netflix series) (15 TTABVUE 6-8, Notice of Reliance ¶¶ 22-30, 43-45, Exs. 22-30, 43-45; see also ¶¶ 21, 24, 26, 30, 32, 34, 43, 44, 45, Exs. 21, 24, 26, 30, 32, 34, 43, 44, 45 containing reach and readership information regarding the cited publications).

Third-party websites such as www.justjared.com, www.starstlye.com, and www.justjaredjr.com have published photographs identifying and recognizing celebrities such as Miley Cyrus, Halle Berry, Ashley Tisdale, and Chloe Moretz (among others) as wearing clothing bearing Opposer's Mark (15 TTABVUE 4-5, Notice of Reliance ¶¶ 16-19, Exs. 16-19; see also ¶¶ 13, 42, Exs. 13, 42 containing reach and readership information regarding the cited publications).

**E. A&F's Enforcement of The Hollister Bird Mark**

A&F has enforced its rights in Opposer's Mark against many third parties for uses of marks similar to Opposer's Mark including: (1) Mosafer Inc., (2) Hawk's Bay Collection Inc., (3) Fairwinds Technologies LLC, (4) MSME, (4) A.M.N Intertrading Company Limited, (5) The Brighton and Hove Albion Football Club Limited, (6) Wilson Land, (7) AIDA Cruises, (8) Hangzhou Maiyang E-commerce Co., Ltd., (9) Adam Rubman, (10) Lele Inc., (11) Eddie Domani LLC, and (12) Kevin Barnett, resulting in these individuals and companies agreeing to cease use of similar marks and also abandon applications for similar marks where filed. (16 TTABVUE 9-

13, Kramer Decl. ¶ 24, Exs. 31-44). A&F regularly sends cease and desist letters to third parties regarding use and potential registration of marks that could lead to consumer confusion (16 TTABVUE 9, 10 Kramer Decl. ¶ 24).

**F. Mr. Gubbala's Application For Applicant's Mark**

Applicant filed U.S. Application No. 88/555,046 on July 31, 2019 for Applicant's Mark covering "covering "Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women and kids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T-shirts; Tee-shirts; Woven shirts" in International Class 25, and claimed an intent to use filing basis. (14 TTABVUE 1-2, Joint Stip., ¶ 1).

The Parties stipulated to the following facts:

- Applicant's trademark application (Serial No. 88/555,046) consists of a bird with outspread wings viewed from the side with the bird's head and beak facing to the

  left and the bird's outspread wings shown above the bird's body (14 TTABVUE 6, Joint Stip. ¶ 15, Ex. 2 at 7);
- Applicant's Application No. 88/555,046 covers identical and highly related items of clothing to the clothing items covered by A&F's Registration Nos. 4,091,084; 3,745,498; 3,745,497; 3,855,891; and 4,022,932 (14 TTABVUE 6-7, Joint Stip. ¶ 17-21, Ex. 2); and
- There is no restriction on channels of trade or classes of consumers in Applicant's Application No. 88/555,046 for Applicant's Mark (14 TTABVUE 7, Joint Stip. ¶ 25).

**G. Mr. Gubbala's Intended Use of Applicant's Mark**

Applicant did not use Applicant's Mark or sell or offer to sell any products bearing Applicant's Mark prior to the July 31, 2019 filing date of his application (14 TTABVUE 7, ¶ 22, Ex. 11). Applicant admits that Applicant has not yet started sales in U.S. Applicant intends to sell their goods through e-commerce platforms including Amazon and Walmart's online platform (14 TTABVUE 7, ¶ 22, Ex. 11).

**V. ARGUMENT**

**A. A&F's Entitlement to a Statutory Cause of Action**

Under Section 15 U.S.C § 1063, an opposition to registration may be filed by "[a]ny person who believes that he would be damaged by the registration of a mark," and only those plaintiffs whose interests fall within the zone of interests protected by the statute and who have a reasonable belief of damage have entitlement to a statutory cause of action to oppose registration. *See Corcamore*, LLC v. SFM, LLC, 978 F.3d 1298, 2020 USPQ2d 11277, at *4-8 (Fed. Cir. 2020), *cert denied*, 141 S. Ct. 2671 (2021).

Entitlement to a statutory cause of action for "[a] claim of likelihood of confusion . . . [can be] based upon current ownership of a valid and subsisting registration or prior use of a confusingly similar mark." TBMP § 309.03(b). A&F has established its entitlement to a statutory cause of action through its ownership of valid, subsisting registrations, made of record through A&F's Notice of Opposition (1 TTABVUE 1-6), the Parties Joint Stipulation of Facts (14 TTABVUE 1-5, ¶¶ 2-9; Exs. 3-10), and A&F's Testimony Declaration of J.J. Kramer (16 TTABVUE 2, Kramer Decl. ¶ 3). *See Brown Shoe Co. v. Robbins*, 90 USPQ2d 1752, 1754 (TTAB 2009) (priority and standing established by making pleaded registrations of record); *L.C. Licensing Inc. v. Berman*, 86 USPQ2d 1883, 1887 (TTAB 2008) (standing established where pleaded registrations are of record, valid, subsisting, and show that opposer is the current owner).

**B. A&F Has Priority**

"[P]riority is not in issue in an opposition where opposer pleads (and later proves) that it owns a registration for its pleaded mark." TBMP § 309.03(c); *see also L.C. Licensing Inc.*, 86 USPQ2d at 1887 (priority and standing established where pleaded registrations are of record, show that opposer is the current owner, and that each is valid and subsisting, and evidence showing use further established priority).

Here, the parties' Joint Stip. establishes A&F's priority and that A&F is the owner of trademark registrations for the Hollister Bird Mark, and such trademark registrations for Opposer's Mark were filed and issued prior to the filing date of Applicant's Trademark Application No. 88/555,046 (14 TTABVUE 2-5, Joint Stip. ¶¶ 1-10). The parties further stipulated that A&F used Opposer's Hollister Bird Mark in U.S. commerce prior to the filing date of Applicant's U.S. Trademark Application No. 88/555,046, and that Applicant did not use his mark prior to his application filing date. (14 TTABVUE 6, Joint Stip. ¶¶ 11 and 22).

**C. Applicant's Mark is Likely to Cause Confusion with Opposer's Mark**

Likelihood of confusion under the Lanham Act, 15 U.S.C. § 1052(d), is a "legal determination based upon factual underpinnings", determined by "applying the thirteen factors set forth in *In re E.I. Du Pont de Nemours & Co.*, 476 F.2d 1357, 1361, 177 USPQ 563, 567 (C.C.P.A. 1973)." *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 1371, 73 USPQ2d 1689, 1691 (Fed. Cir. 2005). "Not all of the DuPont factors are relevant to every case, and only factors of significance to the particular mark need be considered." *In re Mighty Leaf Tea*, 601 F.3d 1342, 1346, 94 USPQ2d 1257, 1259 (Fed. Cir. 2010). Here, all the relevant *DuPont* factors weigh in A&F's favor. Moreover, as A&F is the senior user and registrant, "if there is any doubt as to the likelihood of confusion, that doubt must be resolved against the newcomer[]," which here is Applicant. *Giant Food, Inc. v. Nation's Foodservice, Inc.*, 710 F.2d 1565, 1571, 218 USPQ 390, 395 (Fed. Cir. 1983).

**1. The Similarity of the Marks Factor Favors Opposer**

Where, as here, the marks at issue are both design marks, the similarity of the marks must be decided primarily based on visual similarity. TMEP §1207.01(c). Additionally, "consideration must be given to the fact that the [design] marks usually will not be viewed side- by-side in the marketplace and a purchaser's recollection of design marks is often of a general, rather than specific, nature; thus the marks may be confusingly similar despite differences between them." *Id.*; *Puma-Sportschuhfabriken Rudolf Dassler KG v. Garan, Inc.*, 224 USPQ 1064, 1066 (TTAB 1984) (question of likelihood of confusion "requires that we take into account the fallibility of memory and the fact that purchasers normally retain only a general impression of a design mark"). "The proper test is not a side-by-side comparison of the marks, but instead whether the marks are sufficiently similar in terms of their commercial impression such that persons who encounter the

marks would be likely to assume a connection between the parties." *In re Bay State Brewing Co.*, 117 USPQ2d 1958, 1960 (TTAB 2016) citing *Coach Servs., Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 101 USPQ2d 1713, 1721 (Fed. Cir. 2012); *Midwestern Pet Foods, Inc. v. Societe Des Produits Nestle S.A.*, 685 F.3d 1046, 1053 (Fed. Cir. 2012) (test is whether the marks are "sufficiently similar in their overall commercial impression").

**a) The Parties' Marks Evoke the Same Commercial Impression**

The overall commercial impression of the parties' design marks – which the parties agree both consist of bird designs with outspread wings viewed from the side, with the head and beak facing to the left, and the bird's outspread wings shown above the bird's body – is virtually identical (14 TTABVUE 6, Joint Stip. ¶¶ 14-16). Both parties' marks share "a number of common characteristics" arising from the fact that both marks depict birds in flight, including but not limited to similar body forms. *BL Cars Limited v. Puma Industria de Veiculos S/A*, 221 USPQ 1018, 1020 (TTAB 1978) (holding feline design marks sharing characteristics common to wild felines confusingly similar).

Any minor differences between the parties' marks are "not sufficient to distinguish the marks in a meaningful manner" considering even sophisticated purchasers general recollection of design marks. *In re Cook Medical Technologies LLC*, 105 USPQ2d 1377, 1381, 1383 (TTAB 2012); *Puma-Sportschuhfabriken Rudolf Dassler KG*, 224 USPQ at 1066 (even where "specific difference might be noted in a side-by-side comparison" this is not determinative taking into account "the fallibity of memory" and purchasers general retention of design marks). Even any stylistic differences "merely add[] to the likelihood of confusion because one may well assume that the latter is a stylized version of that which preceded it and so discount any difference which may otherwise be noted." *BL Cars Limited*, 221 USPQ at 1020; *see also Time Warner Entm't Co*

*v. Jones,* 65 USPQ2d 1650, 1660 (TTAB 2002) ("the differences in details of the parties' respective cartoon depictions of a roadrunner do not suffice to distinguish the marks in terms of their overall commercial impression" considering "the basic similarity arising from the fact that both marks include a cartoon depiction of a roadrunner").

Given consumers' imperfect recollection of design marks, the Board has held that marks consisting of animal designs within the same family (and in particular wild animals) evoke the same commercial impression and are likely to cause confusion. *Puma-Sportschuhfabriken Rudolf Dassler KG*, 224 USPQ at 1066 (holding applicant's mountain lion design likely to be confused with opposer's puma design marks when used on clothing as "undoubtedly a large segment of the purchasing public" lacked the expertise to differentiate between a mountain lion and a puma); *BL Cars Limited*, 221 USPQ at 1020 (confusion likely between a jaguar design and a puma design as Board held "it does not appear to us that distinctions could be readily made by the average consumer between the animals"). In *Puma-Sportschuhfabriken*, the Board explained its reasoning for refusing registration as "applicant's marks, which are representations of large, wild, feline animals in what appear to be running, leaping or stalking poses evoke commercial impressions similar to those produced by opposer's design marks [also consisting of a wild feline] and would be likely to cause confusion with opposer's marks when used on such similar goods, whether one has the ability to specifically recognize applicant's mark as a puma or not." 224 USPQ at 1066.

Similarly, here, Applicant has stipulated that its mark and Opposer's mark both consist of "a bird with outspread wings viewed from the side with the bird's head and beak facing to the left and the bird's outspread wings shown above the bird's body" (14 TTABVUE 6, Joint Stip. ¶ 15). Accordingly, both of the parties' marks fall into the same animal family. Applicant's identification of its bird as a gannet a type of sea bird, with outspread wings (14 TTABVUE 6, Joint Stip. ¶ 13),

does not change the overall same commercial impression of a bird with outspread wings used as a trademark in connection with clothing. And is not sufficient to prevent confusion with Opposer's Marks that similarly show a seabird with outspread wings used as a trademark in connection with clothing).

The overall commercial impression of Applicant's Mark is similar enough to the Hollister Bird Mark that "some of the many consumers familiar with Opposer's strong and 'iconic' mark would be likely to assume that Applicant is somehow affiliated with Opposer". *See Lacoste Alligator S.A. v. Southern Smocked Company, LLC*, Opposition No. 91244445 (August 25, 2021) (finding a likelihood of confusion with an alligator design mark despite different facial expressions, "dots" on its body, the addition of a "circular seal," and the wording SOUTHERN SMOCKED COMPANY). The marks at issue in that case are set forth below:

*Lacoste Alligator S.A. v. Southern Smocked Company, LLC*, Opposition No. 91244445 (August 25, 2021)

and

Similarly, here, both the Hollister Bird Mark and Applicant's Mark are birds with outspread wings viewed from the side, with the head and beak facing to the left, and the bird's outspread wings shown above the bird's body, and the minor differences between the marks are not sufficient to dispel a likelihood of confusion. Such a finding is consistent with analogous cases where design marks were found similar despite obvious differences as noted by the Board in *Lacoste*:

*Lacoste Alligator S.A. v. Maxoly, Inc.,* Opposition No. 91177866 (July 31, 2019)

COLBA

and

*Kangol Ltd. v. Kangaroos U.S.A., Inc.*, 974 F.2d 161, 23 USPQ2d 1945 (Fed. Cir. 1992)

and

*In re Calgon Corp.*, 435 F.2d 596, 168 USPQ 278 (CCPA 1971)

and

*Time Warner Entertainment Co. v. Jones*, 65 USPQ2d 1650 (TTAB 2002)

and

*Penguin Books Ltd. v. Rainer Eberhard dba Penguin Computer Consultants, CANC* (T.T.A.B. Apr. 24, 1998)

and

*In re Vienna Sausage Mfg. Co.*, 16 USPQ2d 2044 (TTAB 1990)

and

*Greyhound Corp. v. Both Worlds Inc.*, 6 USPQ2d 1635 (TTAB 1988)

and

*In re United Services Distributors, Inc.* 229 U.S.P.Q. 237, 1986 WL 83661 (TTAB 1986)

and

*Puma-Sportschuhfabriken Rudolf Dassler KG v. Garan, Inc.*, 224 USPQ 1064 (TTAB 1984)

and

*Odom Sausage Co., Inc. v. Doskocil Sausage, Inc.*, 169 USPQ 379 (TTAB 1971)

and

*In re Triple R Mfg. Corp.*, 168 USPQ 447 (TTAB 1970)

and

**b) Lesser Similarity Sufficient to Establish Likely Confusion Due to Identity of Goods and Fame of Opposer's Mark**

Where, as here, "the goods or services are identical or virtually identical, the degree of similarity between the marks necessary to support a determination that confusion is likely declines." TMEP § 1207.01(b); *Century 21 Real Estate Corp. v. Century Life of America*, 970 F.2d 874, 877 (Fed. Cir. 1992) (reversing dismissal of opposition where Board gave "insufficient weight to the use of these marks on identical services" explaining that the "second factor accentuates the likelihood of consumer confusion about the sources of services marketed under similar marks"); *In re Viterra Inc.*, 671 F.3d 1358, 1367 (Fed. Cir. 2012) (affirming Board's refusal to register as given the identity of the goods "any minor differences" between the parties' marks was insufficient to prevent confusion).

A&F's use and registrations for the Hollister Bird Mark cover, among other things, blouses, caps, hats, jackets, dresses, footwear, belts, shirts, sweaters, t-shirts, skirts, vests, undergarments, gloves, and tops. (16 TTABVUE 3-4, Kramer Decl. ¶ 18; 14 TTABVUE 6-7, Joint Stip. ¶ 17-21, Ex. 2). Applicant's Application covers, among other things, blouses, caps, hats, jackets, dresses, footwear, belts, shirts, sweaters, t-shirts, skirts, vests, undergarments, gloves, and tops. (16 TTABVUE 3-4, Kramer Decl. ¶ 18; 14 TTABVUE 6-7, Joint Stip. ¶ 17-21, Ex. 2). Accordingly, even though A&F has already shown that the marks are highly similar, even a lower level of similarity would demonstrate likely confusion here given the identity and overlap of the goods.

Additionally, "[a]s the fame of a mark increases, the degree of similarity between the marks necessary to support a conclusion of likely confusion declines." *Starbucks U.S. Brands, LLC v. Ruben*, 78 USPQ2d 1741, 1750 (TTAB 2006). The Federal Circuit has explained that a strong mark "casts a long shadow which competitors must avoid" and "[t]here is no excuse for even approaching the well-known trademark of a competitor." *Kenner Parker Toys, Inc. v. Rose Art Indus.*, 963 F.2d 350, 353 (Fed. Cir. 1992). A&F establishes *infra* in Section V.C.5 that the Hollister Bird Mark is a famous and strong mark, further demonstrating that even a lesser degree of similarity than exists between the highly similar marks at issue here would be sufficient to establish likely confusion.

The similarity of the marks factor weighs strongly in A&F's favor.

**2. Applicant's Goods Are Identical to Opposer's Goods**

Similarity as to one of the goods in the application is sufficient to sustain an opposition as to the entire class as "[i]t is not necessary that opposer prove likelihood of confusion with respect to all of the goods set forth in applicant's application." *Fort James Operating Co. v. Royal Paper Converting Inc.*, 83 USPQ2d 1624, 1626 & n. 2 (TTAB 2007); *The North Face Apparel Corp v. Sanyang Industry Co., Ltd.*, 116 USPQ2d 1217, 1229 (TTAB 2015) ("finding of likelihood of confusion with respect to one of the services listed in Applicant's application in Class 35 is sufficient for us to sustain the opposition as to the entire class."); *Hardrock Cafe Int'l (USA), Inc. v. Elsea*, 56 USPQ2d 1504, 1512 (TTAB 2000) (sustaining opposition where "applicant's identified goods are identical in part and otherwise closely related to opposer's items of apparel").

Here, Applicant's Application No. 88/555,046 and A&F's registrations for the Hollister Bird Mark cover the following ***identical*** articles of clothing: blouses, caps, hats, jackets, dresses, footwear, belts, shirts, sweaters, t-shirts, skirts, vests, undergarments, gloves, and tops. (16

TTABVUE 3-4, Kramer Decl. ¶ 18; 14 TTABVUE 6-7, Joint Stip. ¶ 17-21, Ex. 2). Additionally, the remainder of the goods in A&F's registrations including other articles of clothing and retail store services are closely related to the goods covered by Applicant's Application No. 88/555,046. *See* TBMP § 1207.01(a)(ii) ("It is well recognized that confusion may be likely to occur from the use of the same or similar marks for goods, on the one hand, and for services involving those goods, on the other. *See, e.g., In re Detroit Athletic Co.*, 903 F.3d 1297, 1307 128 USPQ2d 1047, 1052 (Fed. Cir. 2018) (finding clothing and sports apparel retail services related as "confusion is likely where one party engages in retail services that sell goods of the type produced by the other party"); *See also In re Peebles, Inc.*, 23 USPQ2d 1795, 1796 (TTAB 1992) citing *In re Best Products Co., Inc.*, 23 USPQ2d 988, 989 (TTAB 1988) ("[T]here is no question that store services and the goods which may be sold in that store are related goods and services for the purpose of determining likelihood of confusion."). Because multiple goods covered by Mr. Gubbala's Application are identical to the goods covered by Opposer's registrations for the Hollister Bird Mark, and closely related to the retail store services covered by Opposer's registrations for the Hollister Bird Mark, this factor weighs heavily in A&F's favor.

**3. Channels of Trade and Customers Are Identical and Likelihood of Post-Purchase Confusion is High**

"[I]t is well established that, absent restrictions in the application and registration, goods and services are presumed to travel in the same channels of trade to the same class of purchasers." *In re Viterra Inc.*, 671 F.3d at 1362, 101 USPQ2d at 1908 (affirming Board's finding of identical trade channels where goods were identical). "Registrability must be determined on the basis of the identification of goods set forth in the application regardless of what the record may reveal as to the particular nature of an applicant's goods, the particular channels of trade or the class of purchasers to which the sales of the goods are directed." *Bose Corp. v. QSC Audio Products Inc.*,

293 F.3d 1367 (Fed. Cir. 2002) (rejecting applicant's argument that its goods were sold only to professional customers as the application contained no limiting language). Where "there is no limitation as to their nature, type, channels of trade, or class of purchasers, it is presumed that the registration encompasses all goods or services of the type described, that they move in all normal channels of trade, and that they are available to all classes of purchasers." TMEP § 1207.01(a)(iii).

The parties have stipulated that Mr. Gubbala's Application and A&F's registrations cover identical goods, and there is no restriction on the channels of trade or classes of consumers in Mr. Gubbala's Application No. 88/555,046 for Applicant's Mark, or in A&F's trademark registrations (3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454) for Opposer's Mark (14 TTABVUE 7, Joint Stip. ¶¶ 17-21, 24 and 25). Accordingly, goods bearing the Hollister Bird Mark and Applicant's Mark are presumed to travel in the same channels of trade to the same class of purchasers.

Additionally, there is a substantial likelihood of post-purchase confusion presented by the use of such similar marks on identical goods as the Board has long recognized that "likelihood of confusion under Section 2(d) encompasses situations when even relevant nonpurchasers are confused, mistaken or deceived." *In re Infinity Broadcasting Corp. of Dallas*, 60 USPQ2d 1214, 1218-19 (TTAB 2001). *See also In re Star Pharmaceuticals, Inc.*, 221 USPQ 84, 86 (1984) ("what may happen subsequent to the sale of the product is also relevant"); *HRL Associates Inc. v. Weiss Associates, Inc.*, 12 USPQ2d 1819, 1822 (TTAB 1989) ("The Board has, in the past, found likelihood of confusion where source confusion occurred even after the point of purchase."). Here, on many of A&F's products the Hollister Bird Mark is the only visible trademark when worn (16 TTABVUE 2, 3, and Kramer Decl. ¶¶ 7 and 13, Ex. 1-19). Accordingly, it is highly likely that potential purchasers will see the parties' marks after the point of sale, *i.e.* being worn on the street,

and be confused as to the source of the products based on the use of highly similar marks. *See In re Whole Soul by DAZ, LLC*, Serial No. 77724746, 2012 WL 684460, *1 (TTAB 2012) (affirmed refusal to register, noting the examining attorney's reliance on post-sale confusion and quoting her determination that "it is plausible that knowledgeable consumers of the registrant's WHOLE SOUL robes upon encountering the applicant's WHOLE SOUL clothing items worn by individuals on the street are likely to be confused as to the source of the goods").

Accordingly, this factor also weighs in favor of A&F.

**4. Lower Degree of Care Among Purchasers of Ordinary Goods**

The Board has held that goods like those covered by A&F's registrations and Applicant's application are "ordinary consumer items" and that the "class of consumers for such goods is the public at large, rather than a discriminating or sophisticated market segment. Consumers of at least these ordinary items of clothing are not likely to exercise a high degree of care in their purchasing decisions, thus increasing the likelihood of confusion." *In re Ginc UK Limited,* 90 USPQ2d 1472, 1477 (TTAB 2006).

The Board has also held that clothing articles such as those covered by A&F's registrations and Mr. Gubbala's application, "encompass inexpensive items that would be purchased on impulse and without care." *The North Face Apparel Corp.*, 116 USPQ2d at 1229 (tee shirts and socks); *Wet Seal Inc. v. FD Management Inc.*, 82 USPQ2d 1629, 1640-41 (TTAB 2007) ("Given the relatively low cost and the nature of the goods, the parties' clothing and fragrances may be subject to impulse purchase and frequent replacement. It has often been stated that purchasers of such products are held to a lesser standard of purchasing care and, thus, are more likely to be confused as to the source of the goods."). A&F's and Applicant's goods tend to be purchased on impulse,

lowering the degree of care that consumers exercise in making their purchasing decisions. This factor weighs in favor of A&F.

**5. The Fame of the Prior Mark Factor Favors Opposer**

"[F]ame of the prior mark, when present, plays a 'dominant' role in the process of balancing the *Dupont* factors….Famous marks thus enjoy a wide latitude of legal protection." *Recot, Inc. v. Becton*, 214 F.3d 1322, 1327 (Fed. Cir. 2000) (vacating dismissal of opposition where Board improperly discounted the fame of the prior mark). "Famous marks are accorded more protection because they are more likely to be remembered and associated in the public mind than a weaker mark." *Id.*

Factors the Board considers in measuring the fame of a mark include "volume of sales and advertising expenditures of the goods travelling under the mark, and by the length of time those indicia of commercial awareness have been evident." *Bose Corp.*, 293 F.3d at 1371. "Fame for confusion purposes arises as long as a significant portion of the relevant consuming public ... recognizes the mark as a source indicator." *Palm Bay Imps., Inc.*, 396 F.3d at 1375, 73 USPQ2d at 1694.

Length of use in combination with substantial sales and advertising figures is sufficient to establish fame. From 2005 to 2021, A&F has sold [redacted] of dollars of products bearing the Hollister Bird Mark in the United States through its retail stores and e-commerce websites (16 TTABVUE 2, Kramer Decl. ¶ 6). *Bose Corp.*, 293 F.3d at 1371 ("we have consistently accepted statistics of sales and advertising as indicia of fame: when the numbers are large, we have tended to accept them without any further supporting proof"); *China Healthways Inst., Inc. v. Wang*, 491 F.3d 1337, 1341 (Fed. Cir. 2007) ("Evidence of large sales volume and length of use is highly relevant, whatever the market share."). Estimated annual sales of products bearing the Hollister

Bird Mark for a 16 year period from 2005 through 2021 totaled over [redacted] dollars ***each year*** thereby demonstrating the fame of Opposer's Mark (16 TTABVUE 2, Kramer Decl. ¶ 6). *See, e.g.*, *Bose Corp.*, 293 F.3d at 1372 (17 years of use and "annual sales of over $50 million" demonstrated fame); *Nina Ricci, S.A.R.L. v. E.T.F. Enters., Inc.*, 889 F.2d 1070, 1072 (Fed. Cir. 1989) (NINA RICCI famous based on $200 million in sales over 27 years); *Kimberly-Clark Corp. v. H. Douglas Enter., Ltd.*, 774 F.2d 1144, 1146-47 (Fed. Cir. 1985) (HUGGIES famous based on over $300 million in sales over 9 years).

Additionally, A&F has offered a large number of different products each season that bear the Hollister Bird Mark; in total from 2005-2021 A&F has sold over [redacted] products bearing the Hollister Bird Mark on the items themselves, on an interior tag or hangtag affixed to the item, or on other product packaging/labeling (16 TTABVUE 4, 5, Kramer Decl. ¶ 9). Further, A&F frequently uses the Hollister Bird Mark on its own as the only visible mark when worn (16 TTABVUE 2, 3, and 6, Kramer Decl. ¶¶ 7 and 13, Exs. 1-18). *See Bose Corp.*, 293 F.3d at 1372, 63 USPQ2d at 1307 (finding fame where "consumer is presented through the advertising and other promotional material with frequent references to the marked product standing alone and apart from the famous house mark").

A&F's investment of substantial sums in marketing and promotion of products bearing the Hollister Bird Mark also supports that the mark is famous (16 TTABVUE 6, Kramer Decl. ¶ 14). *See, e.g.*, *Nina Ricci,* 889 F.2d at 1072 ($37 million in advertising over 27 years supported fame); *Planters Nut & Chocolate Co. v. Crown Nut Co.*, 305 F.2d 916, 920 (CCPA 1962) (opposer established that its design mark for an animated peanut was a famous mark and "became so through spending $1,000,000 a year for 10 years to advertise it."). The total monetary amounts spent for marketing and promotion of the Hollister brand in the United States from 2015 through 2021,

which includes products bearing the Hollister Bird Mark, well exceeded over [redacted] dollars per year (16 TTABVUE 6, Kramer Decl. ¶ 14). A&F has also specifically invested [redacted] in 2021 to highlight the Hollister Bird Mark with retail store supplies (16 TTABVUE 9, Kramer Decl. ¶ 23, Ex. 30). A&F also prominently displays photographs of products highlighting the Hollister Bird Mark on the internet through its website www.hollisterco.com, which receive [redacted] visits each year, and in some years in excess of [redacted] visits (16 TTABVUE 5, Kramer Decl. ¶ 11).

Additionally, A&F prominently displays the Hollister Bird Mark in its profile pictures and postings on various social media accounts, and as of March 2021, A&F's Hollister Co. Facebook Page had received over 12 million "likes," the Hollister Co. Instagram Account had over 5 million followers, and the Hollister Co. Twitter Account had over 665 thousand followers (16 TTABVUE 7, Kramer Decl. ¶ 17, Exs. 22-24). A&F's social media following for the Hollister brand exceeds that of similarly situated retail companies, such as Banana Republic (Facebook: 2.4 million "likes"; Instagram: 1.7 million followers), American Eagle Outfitters (Facebook: 11.7 million "likes"; Instagram: 3.7 million followers), and Aeropostale (Facebook: 10.4 million "likes"; Instagram: 4.2 million followers) (15 TTABVUE 8,9, Notice of Reliance ¶¶ 35, 36, Exs. 35, 36).

A&F's broad promotion of and specific highlighting of the Hollister Bird Mark over the years through prominent display of the mark as used on clothing through the Hollister Co. website and in promotional emails, and use of the Hollister Bird Mark on retail store supplies, strengthens the commercial impression communicated to consumers of the Hollister Bird Mark and also supports a finding of fame. *Bose Corp.*, 293 F.3d at 1375 (noting advertising and sales literature that highlighted the Mark on their own as supporting fame). A&F highlights the Hollister Bird Mark throughout various aspects of its retail stores including on tissue paper, boxes, gift card

holders, and tags (16 TTABVUE 9, Kramer Decl. ¶ 23, Ex. 30). Additionally, A&F highlights the Hollister Bird Mark in promotional emails sent to the over ten million individuals that subscribe to the Hollister Co. email distribution list in the United States and Canada (16 TTABVUE 7, Kramer Decl. ¶ 16, Ex. 21).

A&F has also promoted the Hollister Bird Mark through limited series on YouTube called "This is Summer," "The Carpe Life," and "The Carpe Challenge," under the YouTube channel operated by AwesomenessTV, which prominently featured goods bearing the Hollister Bird Mark (16 TTABVUE 7-8 Kramer Decl. ¶ ¶ 18, 19, 20, Exs. 25, 26, 27) as summarized in Section IV.C supra. ***Millions*** viewed the over fifty episodes of the three YouTube series each featuring the Hollister Bird Mark. *See* Section IV.C supra.

Also as set forth in Section IV.C, A&F actively promotes the Hollister Bird Mark through partnerships with social media influencers, musicians, and celebrities such as TikTok influencers which combined have over 229 million followers. (16 TTABVUE 9, Kramer Decl. ¶ 21, Ex. 27). **Exhibit 28** contains a sampling of internet articles discussing A&F's partnerships with these celebrities and their promotion of the Hollister Co. brand and goods bearing the Hollister Bird Mark.

Additionally, A&F actively promotes the Hollister Bird Mark through partnerships with various organizations that work with high school students that prominently feature the Hollister Bird Mark at these events reaching millions of students and educators. (See Section IV.C supra; 16 TTABVUE 8-9, Kramer Decl. ¶ 22, Ex. 29).

The extensive unsolicited press coverage for the Hollister Bird Mark also supports a finding that the Hollister Bird Mark is famous. *See Palm Bay Imps.,* 396 F.3d at 1375-76 (fact that VCP's products "have also been featured in Business Week, American Way (in-flight magazine of

American Airlines), The New York Times, the Boston Globe, Money magazine, and the Detroit News" supported finding of fame). Here, the Hollister Bird Mark has similarly been featured in widely disseminated publications such as Business Insider, Yahoo Finance, and websites titled "famouslogos". (15 TTABVUE 9, Notice of Reliance ¶¶ 37, 39, 40, Exs. 37, 39, 40; see also ¶¶ 38, 41, Exs. 38, 41 containing reach and readership information regarding the cited publications). These unsolicited third parties show the strong public recognition of the Hollister Bird Mark as an indicator of a single designer brand source for A&F.

A&F's Hollister brand was also recognized as one of the top 5 clothing brands in Piper Sandler's 40th Semi-Annual Taking Stock with Teens Survey, Fall 2020 and 37th Semi-Annual Taking Stock with Teens Survey, Spring 2019, alongside the brands Nike, American Eagle, adidas, Forever 21, and PacSun (15 TTABVUE 4, Notice of Reliance ¶ 14, 15, Exs. 14, 15).

The extensive media attention accorded specifically to the Hollister Bird Mark creates "a very high profile among the general public" having an interest in fashion and weighs in favor of a finding of likelihood of confusion. *Starbucks U.S. Brands,* 78 USPQ2d at 1751 ("STARBUCKS coffee products and stores have attracted intense unsolicited media attention from national television and radio programs and the press, which has resulted in extensive recognition and renown of the STARBUCKS mark among the general public"); *Harry Winston, Inc. v. Bruce Winston Gem Corp.*, 111 USPQ2d 1419, 1439 (TTAB 2014) (citing the opposer's "extensive public relations efforts," including "press notices regarding numerous celebrities appearing in public in HARRY WINSTON jewelry" as evidence that the word mark HARRY WINSTON is famous in the field of jewelry, for the purposes of likelihood of confusion).

Clothing bearing Opposer's Mark has been featured in multiple television shows and movies such as the movies "Eighth Grade," "Only the Brave," and "House Bunny," and television

shows "Mrs. Fletcher," "Trinkets," "Teen Wolf," "Home Before Dark," "Fuller House," and "Mr. Iglesias," (15 TTABVUE 5-8, Notice of Reliance ¶¶ 20, 22, 23, 25, 27, 28, 29, 31, and 33, Exs. 20, 22, 23, 25, 27, 28, 29, 31, and 33; see also ¶¶ 21, 24, 26, 30, 32, 34, 43, 44, 45, Exs. 21, 24, 26, 30, 32, 34, 43, 44, 45 containing reach and readership information regarding the cited publications).

Third-party websites such as www.justjared.com, www.starstlye.com, and www.justjaredjr.com have published photographs identifying and recognizing celebrities such as Miley Cyrus, Halle Berry, Ashley Tisdale, and Chloe Moretz (among others) as wearing clothing bearing Opposer's Mark (15 TTABVUE 4-5, Notice of Reliance ¶¶ 16-19, Exs. 16-19; see also ¶¶ 13, 42, Exs. 13, 42 containing reach and readership information regarding the cited publications).

A&F meets all of the factors to support that its Hollister Bird Mark is famous. Over the nearly 20 years of use of the Hollister Bird Mark, [redacted] dollars of goods bearing the mark have been sold, hundreds of [redacted] dollars have been spent promoting and marketing the mark, billions of consumers have been exposed to the mark through the over 360 retail stores, the www.hollisterco.com website, promotional emails, social media, unsolicited press, YouTube series, televisions shows, Netflix shows, and movies. All of this evidence demonstrates that a significant portion of the relevant consuming public recognize the Hollister Bird Mark as a source indicator for goods from A&F, and that the Hollister Bird Mark is famous and should be accorded more protection as it is more likely to be remembered and associated in the public mind than a weaker mark.

**6. There Are No Similar Marks In Use on Similar Goods**

Opposer A&F's Testimony Declaration of J.J. Kramer, A&F's Group Vice President & Associate General Counsel & Global Head of Intellectual Property, provides that "As a result of

A&F's enforcement activities, A&F's use of the Hollister Bird Marks is exclusive and I am aware of no third parties using the Hollister Bird Marks or any confusingly similar marks in connection with related goods or services." (16 TTABVUE ¶ 25; 17 TTABVUE ¶ 25). This evidence is unrebutted, and the record contains no evidence of any similar third party marks in use on similar goods.

Applicant submitted a Testimony Declaration that purported to attach as Exhibit 5 a 503-page "knockout report" that the Board previously stated "appears to … be a search report provided in a chart format which lists registration and applications, a chart seemingly generated on June 15, 2022, and seemingly generated or provided by a third party." (24 TTABVUE p. 11; *see* 19 TTABVUE 5, Gubbala Declaration, ¶ 8, Ex. 5). Although a party may introduce evidence of third-party registrations by filing a plain copy of the registration, or a printout of the information of the registration from the Office's electronic database records, "a party may not make a third-party registration of record simply by introducing a list of third-party registrations that includes it; or by filing a trademark search report in which the registration is mentioned; or by filing a printout, from a private company's data base, of information about the registration." TBMP 704.03(b)(1)(B).

In addition, even "when a third-party federal registration has been properly made of record, its probative value is limited, particularly when the issue to be determined is likelihood of confusion, and there is no evidence of actual use of the mark shown in the registration." *Id.*; *see* generally *Calypso Technology Inc. v. Calypso Capital Management LP*, 100 USPQ2d 1213, 1217 (TTAB 2011) (declining to consider summaries of search results for third-party registrations as such results are not official records); *Weyerhaeuser Co. v. Katz*, 24 USPQ2d 1230, 1231-32 (TTAB 1992) (trademark search reports from private companies are neither printed publications

nor official records). Search reports do not show use of any marks and do not prove use by any entity or use in the marketplace.

Exhibit 5 submitted by the Applicant, does not include plain copies of registrations or printouts or copies of information of the registrations from the Offices electronic database records. Accordingly, in response to Opposer's Motion to Strike, the Board confirmed that "Any third-party registrations or applications listed [on Exhibit 5 to Applicant's Testimony Declaration] are **not of record**. The Board can give the registrations **no substantive consideration** and they are **not proof** of any matters asserted therein" (emphasis added). (24 TTABVUE p. 12). The Board further confirmed that "Search reports do not show use of any marks and do not prove use by any entity or use in the marketplace." *Id* p. 14 n. 9.

Additionally, A&F is vigilant in policing third-party uses that could lead to consumer confusion as to the source of particular products and services or that could otherwise impair the trademark function of the Hollister Bird Mark (16 TTABVUE 9-13, Kramer Decl. ¶ 24, Exs. 31-44). Representative enforcement efforts that resulted in companies ceasing use of similar marks include: (i) TTAB judgments issued against Mosafer Inc.'s, and Fairwinds Technologies LLC's applications to register marks similar to the Hollister Bird Mark (16 TTABVUE 19-13, Kramer Decl. ¶ 24, Exs. 31, 33); (ii) sustained Oppositions against A.M.N. Intertrading Company Limited's, Wilson Land's, Hangzhou Maiyang E-commerce Co., Ltd.'s, Lele Inc.'s, Eddie Domaini LLC's, and Kevin Barnett's applications to register marks similar to the Hollister Bird Mark (16 TTABVUE 9-13, Kramer Decl. ¶ 24, Exs. 35, 37, 39, 42, 43, and 44) (iii) the abandonment of applications by Hawk's Bay Collection Inc., MSME, The Brighton and Hove Albion Football Club Limited, AIDA Cruises, and Adam Rubman based on A&F's registrations for the Hollister Bird Mark (16 TTABVUE 10-13, Kramer Decl. ¶ 24, Exs. 32, 34, 36, 38, 40);

(iv) sustained cancellation against Lele Inc.'s registration based on A&F's registrations for the Hollister Bird Mark (16 TTABVUE 13, Kramer Decl. ¶ 24, Ex. 41); and (v) other successful enforcement by A&F against third parties use and/or application to register marks similar to the Hollister Bird Mark. (16 TTABVUE 14, Kramer Decl. ¶¶ 25, 26).

A&F's successful enforcement efforts demonstrate both the strength of its mark and recognition by third parties of A&F's rights to the Hollister Bird Mark. *See Nike Inc. v. Maher*, 100 USPQ2d 1018, 1031 (TTAB 2011) (in granting opposition, Board noted that the degree of public recognition of the mark is extremely high and that Opposer engages in substantially exclusive use of its mark by policing unauthorized uses); *In re America Online Inc.*, 77 USPQ2d 1618, 1622-23, 1625 (TTAB 2006) (finding that examples of successful policing efforts showed trademark recognition by third parties*). See also McCarthy On Trademarks And Unfair Competition* § 11:91 ("[A]ctive program of prosecution of infringers, resulting in elimination of others' uses of similar marks, enhances the distinctiveness and strength of a mark").

The record contains no evidence of any relevant third party uses or registrations, and the marks in Applicant's purported "knockout report" are not of record and not probative. The absence of third party uses and A&F's diligent and successful enforcement efforts weighs in favor of A&F.

**7. The Use on a Variety of Goods Factor Favors Opposer**

Use on a variety of goods supports a finding of a likelihood of confusion. *Time Warner Entm't Co.*, 65 USPQ2d at 1663 (finding this *du Pont* factor weighs in opposer's favor where opposer has licensed its marks for use on a large number of diverse products); *see In re Wilson*, 57 USPQ2d at 1867 (variety of goods factor weighed in favor of a likelihood of confusion).

A&F has registrations for and has used the Hollister Bird Mark on a wide variety of articles of clothing including but not limited to tops as clothing, t-shirts, henleys, hoodies, sweatshirts,

sweaters, shirts, jeans, pants, joggers, sweat pants, sleep pants, shorts, swimwear, jackets, coats, underwear, socks, hats, jumpers, jumpsuits, dresses, footwear, tank tops, camisoles, blouses, bodysuits, and crop tops, as well as related retail clothing store services and on-line retail store services featuring, among other things, clothing. (*See* 16 TTABVUE 2-5, Kramer Decl. ¶¶ 7, 8, 9, 12, Exs. 1-19). Moreover, A&F has used the Hollister Bird Mark on over [redacted] products from 2005 to 2020 as set forth in Section IV.B *supra.* (16 TTABVUE 4, Kramer Decl., ¶ 9). Given the variety of goods, and the breadth of products offered with the Hollister Bird Mark, if purchasers encounter Applicant's Mark used on identical goods they are likely to assume that a source, sponsorship or other connection exists. *See In re Wilson*, 57 USPQ2d at 1867. This factor weighs in favor of A&F.

**8. The Actual Confusion and Concurrent Use Without Actual Confusion Factors Are Neutral Or Not Relevant**

The factors of actual confusion and concurrent use without actual confusion are largely neutral or not relevant in this case. Mr. Gubbala has not sold any goods with Applicant's Mark in the United States. (14 TTABVUE 7, Joint Stip. ¶ 22). Because there has been no "meaningful opportunity for actual confusion to have occurred," the absence of evidence of actual confusion is neutralized. *Time Warner Entm't Co.*, 65 USPQ2d 1650 (TTAB 2002) (finding this factor of actual confusion "offset" and therefore "neutral" because of "the absence of sufficient evidence upon which we might base a conclusion that there has been any meaningful opportunity for actual confusion to have occurred."). Furthermore, given the difficulty of obtaining evidence of actual confusion, such evidence is not required for a finding of likelihood of confusion. *In re Majestic Distilling Co.*, 315 F.3d 1311, 65 USPQ2d 1201, 1205 (Fed. Cir. 2003) (holding "lack of evidence of actual confusion carries little weight."). This factor is neutral.

**9. The Extent of Potential Confusion Factor Weighs Heavily in Favor of Opposer**

The extent of potential confusion here is substantial, as evidenced by marks with near identical overall commercial impressions, used on identical goods, the same channels of trade and customers, the low degree of care among customers for these types of goods, and the lack of any similar third-party marks in use on similar goods. Additionally, A&F currently uses the Hollister Bird Mark, and Mr. Gubbala intends to use his mark, on goods sold to the general public, further increasing the potential for substantial confusion. *In re Pizza Pro, Inc.,* Serial No. 86320662, 2015 TTAB LEXIS 240, *17 (TTAB July 9, 2015) (holding "the extent of potential confusion is substantial because Applicant's and the Registrant's goods and services are consumer items and services that would be purchased by the general public" and therefore that the *DuPont* factor "favors a finding of likelihood of confusion"). Further, the Hollister Bird Mark is famous under likelihood of confusion analysis, and accordingly, "the potential for confusion in these circumstances is accentuated by the significance of a famous mark." *Recot*, 214 F.3d at 1329, 54 USPQ2d at 1899.

**D. Applicant's Mark is Likely to Dilute Opposer's Famous Mark**

Applicant's Mark is also likely to dilute the famous Hollister Bird Mark by diminishing the positive and exclusive associations that the consuming public has between the Hollister Bird Mark and A&F apparel. TBMP § 309.03. "Dilution diminishes the selling power that a distinctive mark or name with favorable associations has engendered for a product in the mind of the consuming public." *Chanel, Inc. v. Makarczyk*, 110 USPQ2d 2013, 2018 (TTAB 2014).

Dilution by blurring is "association arising from the similarity between a mark or trade name and a famous mark that impairs the distinctiveness of the famous mark." 15 U.S.C. § 1125(c)(2)(B). Dilution may occur even in the absence of "actual or likely confusion, of

competition, or of actual economic injury." 15 U.S.C. § 1125(c)(1). To prevail on a claim of dilution by blurring in a Board proceeding, a plaintiff must establish that: (a) plaintiff owns a famous mark that is distinctive; (b) the defendant is using a mark in commerce that allegedly dilutes the plaintiff's famous mark; (c) the defendant's use of its mark began after the plaintiff's mark became famous; and (d) the defendant's use of its mark is likely to cause dilution by blurring." Chanel, 110 USPQ2d at 2018 (citing Coach Services Inc., 668 F.3d at 1372, 101 USPQ2d at 1723-24).

**1. The A&F Mark is Famous and Distinctive**

A mark is famous for dilution purposes "if it is widely recognized by the general consuming public of the United States as a designation of source of the goods or services of the mark's owner." 15 U.S.C. § 1125(c)(2)(A). A&F has established that each of the non-exclusive factors considered by the Board demonstrate that the Hollister Bird Mark is famous.[4]

**a) Duration, Extent And Geographic Reach of Advertising And Publicity Is Substantial And Nationwide**

A&F has invested heavily in the advertisement of the Hollister Bird Mark for over 19 years which has reached millions of consumers nationwide. From 2015 to 2021, A&F spent hundreds of millions on marketing and promotion of its Hollister brand products, which include apparel bearing the Hollister Bird Mark (See Section IV.C supra; 16 TTABVUE 6, Kramer Decl. ¶ 14), including millions in 2021 for retail store supplies bearing the Hollister Bird Mark used and displayed in 360 retail store locations across the United States (16 TTABVUE 9, Kramer Decl. ¶ 23, Ex. 30; 16

[4] The factors are: (1) the duration, extent, and geographic reach of advertising and publicity of the mark, whether advertised or publicized by the owner or third parties; (2) the amount, volume, and geographic extent of sales of goods or services offered under the mark; (3) the extent of actual recognition of the mark; and (4) whether the mark is registered on the principal register. 15 U.S.C. § 1125(c)(2)(A).

TTABVUE 6, Kramer Decl. ¶ 12). A&F's Hollister Co. website has received over [redacted] visits from 2005 through 2020 (including annual visits in the tens of millions (16 TTABVUE 5, Kramer Decl. ¶ 11). A&F promotes the Hollister Bird Mark nationwide through its social media accounts, which prominently display Opposer's Mark in the profile pictures and on clothing in multiple posts, on the Hollister Co. Facebook Page Account (over 12 million "likes" as of March 2022), the Hollister Co. Instagram Account (over 5 million followers, as of March 2022), and the Hollister Co. Twitter Account (over half a million followers as of March 2022) (16 TTABVUE 7, Kramer Decl. ¶17, Exs. 22, 23, 24). *See New York Yankees P'ship v. IET Prods. & Servs.*, 114 USPQ2d 1497, 1503 (TTAB 2015) (citing display of design marks on Facebook page as evidence of geographical reach of publicity for mark supports fame; total attendance of over 63 million since 1990 showed fame); *see also Chanel*, 110 USPQ2d at 2019 (citing website traffic of between 3.5 million – 16 million visits annually as evidence of mark's fame for dilution). A&F's promotional e-mails which feature products bearing the A&F Mark reach over ten million subscribers (16 TTABVUE 7, Kramer Decl. ¶ 16, Ex. 21).

The publicity and media attention accorded the Hollister Bird Mark is also substantial and nationwide including (a) appearances on movies and television shows that aired nationwide (15 TTABVUE 5-8, Notice of Reliance ¶¶ 20, 21, 22, 23, 25, 26, 27, 28, 29, 31, 33, Exs. 20, 21, 22, 23, 25, 26, 27, 28, 29, 31, 33); (b) being featured in online publications with nationwide circulation such as *Business Insider* and *Yahoo Finance* (15 TTABVUE 9, Notice of Reliance ¶¶ 37, 40, Exs. 37, 40); and (c) being featured in online articles and publications with nationwide circulation specifically discussing partnerships with social media influencers, musicians, celebrities promoting the Hollister Bird Mark through TikTok influencers with combined following of over 229 million. (16 TTABVUE 9, Kramer Decl. ¶ 21, Ex. 28). *See New York Yankees P'ship*, 114

USPQ2d at 1503 (citing display of design Mark on programs "broadcast nationwide on national networks" as evidence of geographical reach of a famous mark); *NASDAQ Stock Market Inc. v. Antartica S.r.l.*, 69 USPQ2d 1718, 1737 (TTAB 2003) (finding mark famous for dilution based in part on nationwide media coverage).

**b) The Amount, Volume, And Geographic Extent of Sales of Goods or Services Offered Under the Hollister Bird Mark are Substantial and Nationwide**

As a result of the extensive publicity and promotion of the Hollister Bird Mark, the amount, volume, and geographic extent of sales of goods and services offered under the Hollister Bird Mark are also substantial. A&F's revenues from sales of products bearing the Hollister Bird Mark in the United States total over [redacted] dollars from 2005 through 2021, and on average A&F has sold over [redacted] products each year bearing the Hollister Bird Mark (16 TTABVUE 2, 4, Kramer Decl. ¶¶ 6, 9). The [redacted] in sales and [redacted] of products sold annually is evidence of the mark's fame for dilution purposes. *See Chanel,* 110 USPQ2d at 2019 (citing opposer's "extremely high" U.S. revenues from sales under CHANEL trademark as evidence of the mark's fame for dilution purposes).

Apparel and accessories bearing the Hollister Bird Mark are prominently displayed and offered for sale in over 360 retail store locations across the United States (16 TTABVUE 6, Kramer Decl. ¶ 12). *See Chanel*, 110 USPQ2d at 2020 (citing "twenty-nine Chanel boutiques [in the United States] bearing the CHANEL brand name on their signage selling a broad range of fashion products with the CHANEL mark" as evidence in support of finding fame for dilution). A&F also sells goods bearing Opposer's Mark nationwide through its internet website at www.hollisterco.com. (16 TTABVUE 5, Kramer Decl. ¶ 10).

**c) Substantial Actual Recognition of the Hollister Bird Mark**

The Hollister Bird Mark has achieved extensive recognition as a distinctive source identifier of A&F products. For example, the website www.famouslogos.org has webpages that discuss the Hollister Bird Mark (15 TTABVUE 9, Notice of Reliance ¶ 39, Ex. 39). On Famouslogos.org, the website discusses the popularity of the Hollister brand being ranked as the second most popular teen clothing brand in 2008, and describes in detail the shape of the Hollister Bird Mark. (15 TTABVUE 9, Notice of Reliance ¶ 39, Ex. 39).

The Hollister Bird Mark is ubiquitous. In a July 12, 2018 *Billboard* article discussing their partnership with Hollister Co., musician Khalid noted that "every kid in my high school and middle school owned a pair of Hollister jeans and Hollister flannel," articles of clothing bearing the Hollister Bird Mark (Billboard.com has over 9.4 million page visits per month) (16 TTABVUE 8, Kramer Decl. ¶ 21, Ex. 28; 15 TTABVUE 2, Notice of Reliance ¶ 4, Ex. 4).

**d) A&F Owns Registrations on the Principal Register**

The number of registrations covering a mark, and the lack of third-party registrations for similar marks, further support a finding of a mark's fame and distinctiveness. *See Chanel*, 110 USPQ2d at 2019 (noting that "opposer owns numerous registrations for the mark CHANEL on the Principal Register (or equivalent thereof) which continue to be valid and subsisting" and that the "record is devoid of any third-party registrations of similar marks" in finding fame). A&F owns eight valid, subsisting registrations on the principal register covering the Hollister Bird Mark (14 TTABVUE 2-5, Joint Stip. ¶ 2-9, Exs. 3-10). As explained, *supra* Section V.C.6, A&F also vigilantly enforces its trademark rights, and as a result, there is no evidence in the record of third-party registrations for similar marks.

**2. Applicant's Mark Will be Used in Commerce**

The Board has held that "an application based on intent to use a mark in commerce under Trademark Act Section 1(b) satisfie[s] the commerce requirement*." New York Yankees P'ship*, 114 USPQ2d at 1505-06. Application No. 88/101,882 based on a Section 1(b) intent to use the mark satisfies this requirement.

**3. Applicant's Use of His Mark Began After Opposer's Mark Achieved Fame**

"The third prong requires the owner of a famous mark to demonstrate that its mark became famous prior to applicant's established use or filing date." *Chanel,* 110 USPQ2d at 2024. Therefore the relevant time frame is prior to July 31, 2019, the date that Mr. Gubbala filed his application. *New York Yankees P'ship*, 114 USPQ2d at 1503 ("the time frame most relevant for dilution—that is, before Applicant filed its applications").

Extensive publicity and advertising and sales revenue of the Hollister Bird Mark occurred before July 2019. From 2005 to 2019, sales of products bearing the Hollister Bird Mark totaled over [redacted] dollars each year (16 TTABVUE 2, Kramer Decl. ¶ 6). Further, from 2005 to 2019, the A&F website www.hollisterco.com received over [a billion] visits (16 TTABVUE 5, Kramer Decl. ¶ 11). From 2005 to 2019, A&F sold over [redacted] products bearing the Hollister Bird Marks (16 TTABVUE 4, Kramer Decl. ¶ 9).

**4. Applicant's Mark is Likely to Cause Dilution by Blurring**

Dilution by blurring occurs where, as here, a substantial percentage of consumers, upon seeing Applicant's use of his mark on goods are immediately reminded of the famous Hollister Bird Mark and associate Applicant's use with A&F, even if they do not believe that the goods come from A&F. *UMG Recordings, Inc. v. Mattel, Inc.*, 100 USPQ2d 1868, 1888 (TTAB 2011). In determining whether a mark is likely to cause dilution by blurring, the Board may consider and

balance the following six non-exhaustive factors from 15 U.S.C. § 1125(c)(2)(B)(i)-(vi): (i) the degree of similarity between the mark or trade name and the famous mark; (ii) the degree of inherent or acquired distinctiveness of the famous mark; (iii) the extent to which the owner of the famous mark is engaging in substantially exclusive use of the mark; (iv) the degree of recognition of the famous mark; (v) whether the user of the mark or trade name intended to create an association with the famous mark; and (vi) any actual association between the mark or trade name and the famous mark. *Id.* at 1888-1889.

In assessing the similarity between the mark and famous mark, the Board "consider[s] the marks in terms of the similarity or dissimilarity of the marks in their entireties as to appearance, sound, connotation and commercial impression." *Id.* at 1888-1889. "The harm dilution does to the selling power of a mark is not only caused by a third-party use or registration of an identical mark. It may be caused by a 'look-alike' mark, one that is close enough to the famous mark that consumers will recall the famous mark and be reminded of it, as this Board has explained, 'even if they do not believe that the goods come from the famous mark's owner'." *Nike*, 100 USPQ2d at 1030. As set forth *supra* Section V.C.1, Applicant's Mark is similar in appearance, connotation and overall commercial impression to the famous Hollister Bird Mark.

The degree of inherent or acquired distinctiveness factor "requires us to analyze how distinctive or 'unique' the mark is to the public.... The more inherently distinctive and memorable the mark, the more it is likely to be blurred by the use of other identical or similar marks." *Chanel,* 110 USPQ2d at 2025. The Hollister Bird Mark is an arbitrary mark as used in connection with Applicant's clothing goods, and accordingly is highly distinctive and a strong mark. *Palm Bay Imps.,* 396 F.3d at 1372, 73 USPQ2d at 1692 (holding "Veuve" arbitrary as applied to champagne and sparkling wine and "thus conceptually strong as a trademark"). "[A]n arbitrary mark [i]s a

known word [or design] used in an unexpected or uncommon way." *Id.*, 396 F.3d at 1372, 73 USPQ2d at 1692; *see also* TMEP § 1209.01

The Hollister Bird Mark does not suggest or describe any ingredient, quality or characteristic of A&F's clothing or other goods, and A&F's use is unexpected. Additionally, the extensive unsolicited third party media attention and other evidence of fame discussed *supra* at Sections IV.D and V.C.5 shows that the Hollister Bird Mark has established a high degree of distinctiveness among consumer and the public associates it exclusively with the Hollister brand. *See Chanel,* 110 USPQ2d at 2025 (holding that fame evidence established high degree of distinctiveness). Accordingly, the inherent distinctiveness of the Hollister Bird Mark makes it more likely that Opposer's Mark will be blurred by Applicant's use of Applicant's Mark.

Opposer is engaging in substantially exclusive use of its Hollister Bird Mark, as evidenced by its robust enforcement of trademark rights through enforcement efforts, cease and desist letters, and oppositions before the Board against similar marks (16 TTABVUE 9-13, Kramer Decl. ¶ 24, Exs. 31-44). Moreover, Applicant has not offered any evidence of third party use of similar design marks. *New York Yankees P'ship*, 114 USPQ2d at 1507, 1511 (finding this factor favors likelihood of dilution where "[t]here is no evidence in the record of any third-party use of a design mark similar to [opposer's design mark]" and "Applicant introduced no evidence as to the extent of the use and promotion by third parties of their [word] marks").

As to the element of whether Applicant intended to create an association with the Hollister Bird Mark, it would be impossible not to be aware of the Hollister Bird Mark given its widespread use and third party recognition. As set forth *infra*, the degree of recognition of the Hollister Bird Mark is substantial, including coverage in nationwide magazines and newspapers, appearances in television shows and movies aired nationwide, numerous unsolicited references on the Internet

identifying celebrities wearing Opposer's Mark, [redacted] dollars in sales, and hundreds of millions of visits to the A&F website. (16 TTABVUE 2-5, Kramer Decl. ¶¶ 6, 9, 11; 15 TTABVUE 4-8, Notice of Reliance ¶¶ 14-19, 20, 22, 23, 25, 27-29, 31, and 33, Exs. 14-19, 20, 22, 23, 25, 27-29, 31, and 33).

Where, as here, the application is filed on an intent to use basis and there has been a limited opportunity for the public to make any actual association between the parties' design marks, the factor "actual association" between Applicant's mark and the famous mark is neutral. *New York Yankees P'ship*, 114 USPQ2d at 1509.

Accordingly, consumers, upon seeing Applicant's use of Applicant's Mark on his goods, are likely to be immediately reminded of the famous Hollister Bird Mark and associate Applicant's use with A&F.

**VI. CONCLUSION**

A&F has shown that eight of the thirteen *DuPont* factors weigh heavily in its favor for a finding of a likelihood of confusion, and the remaining factors are neutral or are not relevant. Additionally, A&F has further demonstrated that there is a high likelihood of dilution by blurring. Accordingly, A&F respectfully requests that the Board refuse registration of Serial No. 88/555,046 for Applicant's Mark for the goods and services specified therein pursuant to Sections 2(d) of the Trademark Act and 43(c) of the Lanham Act, based on a likelihood of confusion and dilution, and sustain the present opposition proceeding in favor of A&F.

Dated: March 15, 2023

Respectfully Submitted,

*Attorneys for Abercrombie & Fitch Trading Co.*

*/Susan M. Kayser/*

Susan M. Kayser
Eric W. Lee
Terrance D. Roberts
Kristin Wells
K&L GATES LLP
1601 K. St. N.W., #1
Washington, D.C. 20001
Telephone: (202) 628-1700
Facsimile: (202) 778-9100
Email: susan.kayser@klgates.com
eric.lee@klgates.com
terrance.roberts@klgates.com

**INDEX OF CASES**

**Page(s)**

**Cases**

*In re America Online Inc.*, 77 USPQ2d 1618 (TTAB 2006) ....37

*In re Bay State Brewing Co.*, 117 USPQ2d 1958 (TTAB 2016) ....21

*In re Best Products Co., Inc.* 23 USPQ2d 988, 989 (TTAB 1988) ....28

*BL Cars Limited v. Puma Industria de Veiculos S/A*, 221 USPQ 1018 (TTAB 1978) ....21, 22

*Bose Corp. v. QSC Audio Products Inc.*, 293 F.3d 1367, 63 USPQ2d 1303 (Fed. Cir. 2002) ....28, 31, 32, 33

*Brown Shoe Co. v. Robbins*, 90 USPQ2d 1752 (TTAB 2009) ....19

*In re Calgon Corp.*, 435 F.2d 596, 168 USPQ 278 (CCPA 1971) ....24

*Century 21 Real Estate Corp. v. Century Life of America*, 970 F.2d 874, 23 USPQ2d 1698 (Fed. Cir. 1992) ....26

*Chanel, Inc. v. Makarczyk*, 110 USPQ2d 2013 (TTAB 2014) .... *passim*

*China Healthways Inst., Inc. v. Wang*, 491 F.3d 1337, 83 USPQ2d 1123 (Fed. Cir. 2007) ....31

*In re Cook Medical Technologies LLC*, 105 USPQ2d 1377 (TTAB 2012) ....21

*In re Detroit Athletic Co.*, 903 F.3d 1297 (Fed. Cir. 2018) ....28

*In re E.I. Du Pont de Nemours & Co.*, 476 F.2d 1357, 177 USPQ 563 (C.C.P.A. 1973) ....20

*Fort James Operating Co. v. Royal Paper Converting Inc.*, 83 USPQ2d 1624 (TTAB 2007) ....27

*Giant Food, Inc. v. Nation's Foodservice, Inc.*, 710 F.2d 1565, 218 USPQ 390 (Fed. Cir. 1983) ....20

*In re Ginc UK Limited*, 90 USPQ2d 1472 (TTAB 2006) ....30

*Greyhound Corp. v. Both Worlds Inc.*, 6 USPQ2d 1635 (TTAB 1988) ....25

*Hardrock Cafe Int'l (USA), Inc. v. Elsea*, 56 USPQ2d 1504 (TTAB 2000) ....27

*Harry Winston, Inc. v. Bruce Winston Gem Corp.*, 111 USPQ2d 1419 (TTAB 2014) ....35

*HRL Associates Inc. v. Weiss Associates, Inc.*, 12 USPQ2d 1819 (TTAB 1989) ....29

*In re Infinity Broadcasting Corp. of Dallas*, 60 USPQ2d 1214 (TTAB 2001) ....29

*Kangol Ltd. v. Kangaroos U.S.A., Inc.*, 974 F.2d 161, 23 USPQ2d 1945 (Fed. Cir. 1992) ....24

*Kenner Parker Toys, Inc. v. Rose Art Indus.*, 963 F.2d 350, 22 USPQ2d 1453 (Fed. Cir. 1992) ....27

*Kimberly-Clark Corp. v. H. Douglas Enter., Ltd.*, 774 F.2d 1144, 227 USPQ 541 (Fed. Cir. 1985) ....32

*L.C. Licensing Inc. v. Berman*, 86 USPQ2d 1883 (TTAB 2008) ....19

*Lacoste Alligator S.A. v. Maxoly, Inc.*, Opposition No. 91177866 (July 31, 2019) ....24

*Lacoste Alligator S.A. v. Southern Smocked Company, LLC*, Opposition No. 91244445 (August 25, 2021) ....23

*In re Majestic Distilling Co.*, 315 F.3d 1311, 65 USPQ2d 1201 (Fed. Cir. 2003) ....40

*Midwestern Pet Foods, Inc. v. Societe Des Produits Nestle S.A.*, 685 F.3d 1046, 103 USPQ2d 1435 (Fed. Cir. 2012) ....21

*In re Mighty Leaf Tea*, 601 F.3d 1342, 94 USPQ2d 1257 (Fed. Cir. 2010) ....20

*NASDAQ Stock Market Inc. v. Antartica S.r.l.*, 69 USPQ2d 1718 (TTAB 2003) ....44

*New York Yankees P'ship v. IET Prods. & Servs.*, 114 USPQ2d 1497 (TTAB 2015) ....43

*Nike Inc. v. Maher*, 100 USPQ2d 1018 (TTAB 2011) ....39, 47

*Nina Ricci, S.A.R.L. v. E.T.F. Enters., Inc.*, 889 F.2d 1070, 12 USPQ2d 1901 (Fed. Cir. 1989) ....32

*Odom Sausage Co., Inc. v. Doskocil Sausage, Inc.*, 169 USPQ 379 (TTAB 1971) ....25

*Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 73 USPQ2d 1689 (Fed. Cir. 2005) ....20, 31, 34, 47

*In re Peebles, Inc.* 23 USPQ2d 1795, 1796 (TTAB 1992) ....28

*Penguin Books Ltd. v. Rainer Eberhard dba Penguin Computer Consultants, CANC* (T.T.A.B. Apr. 24, 1998) ....24

*In re Pizza Pro, Inc.*, Serial No. 86320662, 2015 TTAB LEXIS 240, *17 (TTAB July 9, 2015) ....41

*Planters Nut & Chocolate Co. v. Crown Nut Co.*, 305 F.2d 916, 134 USPQ 504 (CCPA 1962) ....32

*Puma-Sportschuhfabriken Rudolf Dassler KG v. Garan, Inc.*, 224 USPQ 1064 (TTAB 1984) ....20, 21, 22, 25

*Recot, Inc. v. Becton*, 214 F.3d 1322, 54 USPQ2d 1894 (Fed. Cir. 2000) ....31, 41

*In re Star Pharmaceuticals, Inc.*, 221 USPQ 84 (1984) ....29

*Starbucks U.S. Brands, LLC v. Ruben*, 78 USPQ2d 1741 (TTAB 2006) ....27, 35

*The North Face Apparel Corp v. Sanyang Industry Co., Ltd.*, 116 USPQ2d 1217 (TTAB 2015) ....27, 30

*Time Warner Entm't Co v. Jones*, 65 USPQ2d 1650 (TTAB 2002) ....21, 24, 39, 40

*In re Triple R Mfg. Corp.*, 168 USPQ 447 (TTAB 1970) ....26

*UMG Recordings, Inc. v. Mattel, Inc.*, 100 USPQ2d 1868 (TTAB 2011) ....46

*In re United Services Distributors, Inc.* 229 U.S.P.Q. 237, 1986 WL 83661 (TTAB 1986) ....25

*In re Vienna Sausage Mfg. Co.*, 16 USPQ2d 2044 (TTAB 1990) ....25

*In re Viterra Inc.*, 671 F.3d 1358, 101 USPQ2d 1905 (Fed. Cir. 2012) ....26, 28

*Wet Seal Inc. v. FD Management Inc.*, 82 USPQ2d 1629 (TTAB 2007) ....30

*In re Whole Soul by DAZ, LLC*, Serial No. 77724746, 2012 WL 684460, *1 (TTAB 2012) ....30

*In re Wilson*, 57 USPQ2d 1863 (TTAB 2001) ....39, 40

**Statutes**

Lanham Act, 15 U.S.C. §§ 1052(d); 1065; 1125(c) .... passim

**Other Authorities**

37 C.F.R. §§ 2.120(k); 2.122(d)(2); 2.122(e); Rule 2.120(k); Rule 2.122(e) ....6

J.T. McCarthy, MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION, §§ 7:33; 11:91 (5th ed. June 2021update) ....22, 37

Trademark Trial and Appeal Board Manual of Procedure (TBMP) §§ 309.03; 704.08; 704.10 .... passim

Trademark Manual of Examining Procedure (TMEP) §§ 1207.01; 1209.01 .... passim

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Trial Brief has been served on Applicant, Srinivasa Rao Gubbala, on March 15, 2023, via email at lillian@khosravilaw.com.

*/Kristin E. Wells/*
Kristin E. Wells
*Attorney for Opposer Abercrombie and Fitch Trading Co.*

Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov
ESTTA Tracking number: **ESTTA1278756**
Filing date: **04/14/2023**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Defendant<br>Srinivasa Rao Gubbala |
| Correspondence address | LILLIAN KHOSRAVI<br>THE LAW OFFICE OF LILLIAN KHOSRAVI<br>1000 TOWN CENTER DR, SUITE 300<br>OXNARD, CA 93036<br>UNITED STATES<br>Primary email: lillian.khosravi.law@gmail.com<br>Secondary email(s): uspto@unitedlegalexperts.com, lillian@khosravilaw.com, gubbala.rao@gmail.com<br>8054281253 |
| Submission | Brief on Merits for Defendant |
| Filer's name | Lillian Khosravi |
| Filer's email | lillian.khosravi.law@gmail.com, lillian@khosravilaw.com |
| Signature | /Lillian Khosravi/ |
| Date | 04/14/2023 |
| Attachments | Applicants Trial Brief.pdf(265326 bytes ) |

**Lillian Khosravi SBN 316930**
**Law Office of Lillian Khosravi**
**1000 Town Center Dr. Suite 300**
**Oxnard, CA 93036**
**(805) 428-1253**
**Lillian@KhosraviLaw.com**
**Attorney for Opposer**

**IN THE UNITED STATES**
**PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

**Abercrombie & Fitch Trading Co.,** )
**Opposer,** )
**v.** )
**Srinivasa Rao Gubbala** )
**Applicant** )

Opposition No. 91255288
Serial No. 88555046
Published: November 27, 2019

**APPLICANT'S TRIAL BRIEF**

Lillian Khosravi
The Law Office of Lillian Khosravi
1000 Town Center Dr. Suite 300
Oxnard, CA 93036
Telephone: (805) 428 1253
Email: Lillian@khosravilaw.com
*Counsel for Applicant, Srinivasa Rao Gubbala*

TABLE OF CONTENTS

I. Introduction ....4
II. Description of the Record ....4
a. Applicant's Evidence ....5
i. Joint Stipulation of Facts ....5
ii. Notice of Reliance on Printed Publications ....6
iii. Testimony Declaration of Srinivasa Rao Gubbala ....6
b. Opposer's Evidence ....7
III. Statement of the Proceedings and Issues ....7
IV. Statements of Facts ....7
a. Application for Applicant's Mark ....7
b. Applicant's Use and Sales of Gannet Mark ....8
c. Marketing and Promotion of Applicant's Mark ....8
d. Opposer's Trademark Registrations ....9
V. Argument ....9
a. Opposer Is Not Entitled to a Statutory Cause of Action ....9
b. Applicant's Mark is Not Likely to Cause Confusion with Opposer's Mark
i. The DuPont Test ....10
ii. Similarity of the Marks ....11
iii. Similarity of Goods ....12
iv. Similarity of Trade Channels ....13
v. Sophistication of Purchaser ....14
vi. Fame of Prior Mark ....15

vii. Actual Confusion/ Length of Time and Conditions Without Evidence of Confusion ....16
c. Applicant's Mark is Not Likely to Dilute Opposer's Famous Mark ....17
i. The Degree of Similarity between the Mark the Famous Mark ....17
ii. The Degree of the Famous Mark's Inherent or Acquired Distinctiveness/ The Degree of Recognition of the Famous Mark ....18
iii. Whether the user of the mark or trade name intended to create an association with the famous mark ....20
iv. Any Actual Association Between the Mark and the Famous Mark ....21
VI. Conclusion ....21
Index of Cases ....22

**I. INTRODUCTION**

Applicant Srinivasa Rao Gubbala ("Applicant") is an individual entrepreneur who loves the gannet sea bird and wishes to base his brand around it. Applicant has always admired the speed and strength of the gannet as it sweeps into a body of water to catch a fish and wanted to capture this show of athleticism and grace in a line of sportswear clothing. In doing so, the logo that was created and applied for incorporated a fully colored gannet with fully outspread wings and a fish in its beak. ("Applicant's Mark"). Applicant also uses this imagery of the gannet for his production company.

Opposer, Abercrombie and Fitch Trading Co. (hereinafter, "Opposer" or "A&F") has a well known reputation of selling high priced clothing items and accessories to a very specific target market, namely, "trendy" teenagers. Hollister Co.'s known logos are comprised of the silhouette of a flying seagull (collectively "Opposer's Mark").

Applicant argues that there is no likelihood of confusion that exists between Applicant's Mark and Opposer's Mark and, thus, there is also no risk of dilution. As such, Applicant respectfully submits that the evidence before the Board warrants judgement in favor of Applicant by granting of Applicant's Mark the allowance to continue in the trademark application proceedings.

**II. DESCRIPTION OF THE RECORD**

The record for this opposition consists of

1. Applicant's Application No. 88/555,046;
2. Opposer's Registration Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454;
3. Opposer's Notice of Opposition (1 TTABVUE);
4. Applicant's Answer (4 TTABVUE);
5. the parties' Joint Stipulation of Facts (14 TTABVUE) ("Joint Stip.");
6. Opposer's Notice of Reliance on Printed Publications (15 TTABVUE);
7. Opposer's Testimonial Declaration (redacted public version at 16 TTABVUE; confidential under seal version at 17 TTABVUE);
8. Applicant's Notice of Reliance (18 TTABVUE);
9. Applicant's Testimonial Declaration (19 TTABVUE)
10. Opposer's Motion to Strike (20 TTABVUE), Applicant's Opposition (21 TTABVUE), Opposer's Reply (22 TTABVUE), and the Board's Order on Motion to Strike and Resetting Trial Dates (TTAB 24); and
11. Opposer's Rebuttal Notice of Reliance (25 TTABVUE).

a. Applicant's Evidence

During its testimony period Applicant filed: (i) the Testimony Declaration of Srinivasa Rao Gubbala dated June 15, 2022 (19 TTABVUE, Exs. 1-15) and Notice of Reliance on Printed Publications dated June 15, 2022 (18 TTABVUE, Exs. 1-12). Applicant stipulated to Opposer's filing of the Joint Stipulation of Facts dated April 15, 2022 and Exhibits 1-11 (14 TTABVUE). The evidence and testimony contained within these declarations and Notices of Reliance are summarized below.

*i. Joint Stipulation of Facts*

Pursuant to 37 C.F.R. § 2.123, during Opposer's testimony period, Opposer and Applicant made of record a Joint Stipulation of Facts (14 TTABVUE).

*ii. Notice of Reliance on Printed Publications*

Pursuant to Rule 2.122(e) of the Trademark Rules of Practice, 37 C.F.R. § 2.122(e), and TBMP § 704.08, during its testimony period, Applicant Srinivasa Rao Gubbala ("Applicant") made record and notified Opposer of Applicant's reliance of the certain printed publications (18 TTABVUE) regarding:

- Webpages to provide requisite context when discussing the fame of the Gannet Fisher Bird Mark. (¶¶ 1, 2; Exs. 1, 2)

-Webpages to show the reach and readership of the publication to provide requisite context when discussing the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark (¶¶ 3,4, 5, 6, 7; Exs. 3, 4, 5, 6, 7)

-Webpages, relevant to show the dissimilarity in the sight, sounds and/ or meaning between Applicant's mark and the Gannet Fisher Bird Mark (¶¶ 8, 9, 10, 11, 12; Exs. 8, 9, 10, 11, 12)

*iii. Testimony Declaration of Srinivasa Rao Gubbala*

Mr. Gubbala testified in his opening affidavit (19 TTABVUE) regarding:

- His qualifications to testify about Applicant's Mark and the business that will be selling the products under Applicant's Mark (¶¶ 1-2);
-Applicant's Mark and Products (¶¶ 3)
-Gannetfisher LLC's Sales (¶¶ 4-5; Exs 1)
-Gannetfisher LLC's Marketing and Promotion (¶¶ 6-7; Exs. 2, 3, 4)
-Popularity of Bird Marks in Logos (¶¶ 8-11; Exs. 5)

b. Opposer's Evidence

During its opening testimony period Opposer filed: (i) Joint Stipulation of Facts dated April 15, 2022 and Exhibits 1-11 (14 TTABVUE); (ii) Notice of Reliance on Printed Publications dated April 15, 2022, and Exhibits 1-45 (15 TTABVUE); (iii) public and confidential versions of the Testimony Declaration of Mr. J.J. Kramer dated April 14, 2022 and Exhibits 1-44 (16 TTABVUE; 17 TTABVUE); and (iv) Opposer's Rebuttal Notice of Reliance on Printed Publications dated January 13, 2023 and Exhibits A-B (25 TTABVUE).

**III. STATEMENT OF THE PROCEEDINGS AND ISSUES**

On April 14, 2020, Opposer filed an opposition against Applicant's mark (serial number 88/555,046) alleging Applicant's Mark is likely to be confused with Opposer's Mark under Section 2(d) of the Lanham Act, and that Applicant's mark is likely to dilute Opposer's Mark. The Board instituted the proceeding as Opposition No. 91255288. Applicant filed their Answer with the Board on May 14, 2020 (4 TTABVUE). Opposer filed a Motion to Strike Applicant's Trial evidence on June 20, 2022; however, on December 12, 2022, the Board issued an Order denying Opposer's Motion to Strike.

**IV. STATEMENT OF FACTS**

As demonstrated by the parties' Join Stipulation of Facts discussed below in conjunction with Opposer's and Applicant's evidence, the core facts demonstrating confusion and dilution are disputed between the parties.

a. Application For Applicant's Mark

Applicant filed U.S. Application No. 88/555,046 on July 31, 2019. Applicant's mark depicts a gannet bird (14 TTABVUE 6, Joint Stip., ¶ 13) Applicant's Mark covering "Belts; Belts for clothing; Belts made of leather; Belts of textile; Business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; Clothing layettes; Clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; Clothing wraps; Clothing, namely, base layers; Clothing, namely, maternity bands; Clothing, namely, wrap-arounds; Gloves as clothing; Hats; Hiking jackets; Hoodies; Hoods; Jackets for man, women and kids; Shirts; Shirts and short-sleeved shirts; Shirts for infants, babies, toddlers and children; Shirts for suits; Shoes; Sports jackets; Sports bras; Sports caps and hats; Sports jerseys and breeches for sports; Sports over uniforms; Sports shoes; Sports singlets; Sports vests; Top hats; Underarm clothing shields; Undergarments; Undergarments, namely, waspies; Woolly hats; Yoga shirts; Athletic shirts; Baby layettes for clothing; Camp shirts; Collared shirts; Denim jackets; Dress shirts; Fingerless gloves as clothing; Graphic T-shirts; Head wraps; Knit jackets; Leather jackets; Leather shirts; Long-sleeved shirts; Night shirts; Open-necked shirts; Polo shirts; Shoulder wraps; Shoulder wraps for clothing; Sport shirts; Sports shirts with short sleeves; T- shirts; Tee-shirts; Woven shirts" in International Class 25, and claimed an intent to use filing basis. (14 TTABVUE 1-2, Joint Stip., ¶ 1).

b. Applicant's Use and Sales of Gannet Mark

Applicant incorporated an LLC in the State of Oregon using the name Gannetfisher in 2019. Applicant is also the owner of the company Gannet Celluloid, which is a private company based in India and created for the Indian film industry. Both companies heavily feature the gannet throughout their advertising and various designs. Applicant has created mockups of the products that will be sold, with the focus of the products predominately being sportswear. (19 TTABVUE ¶ 2 and 5). Applicant plans to sell their product through e-commerce including their own website.

c. Marketing and Promotion of Applicant's Mark

Applicant has created multiple social media account as well as websites and other marketing materials. (19 TTABVUE ¶ 6 and Exs. 2, 3, and 4). The sister company of Gannetfisher LLC, Gannet Celluoid, has also produced a film in India centering on a well known Indian athlete.

d. Opposer's Trademark Registrations

Opposer owns multiple marks that consist of the silhouette of a seagull, two of which have a color claim of burgundy red (14 TTABVUE Exs. 5 and 10). Opposer's registered mark Nos. 3745498, 4022932, 3745497 relate to clothing "sold exclusively in Hollister Co. Stores and Hollister Co. online websites." (14 TTABVUE 2-3, Joint Stip., ¶ 2-4, Exs. 3, 4, and 5). Opposer's registered mark Nos. 3588412, 4384092, 3592454 are all registered for retail and online retail store services in class 35. (14 TTABVUE 4-5, Joint Stip., ¶ 5-6, Exs. 8, 9, and 10). Opposer's mark Nos. 3855891 and Nos. 4091084 are registered for the goods "Gloves; Headwear; Scarves" and "Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments." (14 TTABVUE 3-4, Joint Stip., ¶ 7-9, Exs. 6, and 7)

**V. ARGUMENT**

a. Opposer Is Not Entitled to a Statutory Cause of Action

Under Section 15 U.S.C § 1063, an opposition to registration may be filed by "[a]ny person who believes that he would be damaged by the registration of a mark," and only those plaintiffs whose interests fall within the zone of interests protected by the statute and who have a reasonable belief of damage have entitlement to a statutory cause of action to oppose registration. See Corcamore, LLC v. SFM, LLC, 978 F.3d 1298, 2020 USPQ2d 11277, at *4-8 (Fed. Cir. 2020), cert denied, 141 S. Ct. 2671 (2021). In the present case, Opposer does not have reasonable belief of damage as the marks in question substantially differ to the point that the average consumer would not mistake the source of the Applicant's goods with that of Opposer's goods.

b. Applicant's Mark is Not Likely to Cause Confusion with Opposer's Mark

*i. The DuPont Test*

*ii. Similarity of the Marks*

The determination of likelihood of confusion under Trademark Act Section 2(d), 15 U.S.C. § 1052(d), is based on an analysis of all of the probative facts in evidence that are relevant to the factors bearing on the likelihood of confusion. *DuPont* 177 USPQ at 567 (the "DuPont" factors) (cited in *B&B Hardware, Inc. v. Hargis Indus., Inc*., 575 U.S. 138, 113 USPQ2d 2045, 2049 (2015)); see also *In re Majestic Distilling Co.,* 315 F.3d 1311, 65 USPQ2d 1201, 1203 (Fed. Cir. 2003). In considering the evidence of record bearing on these factors, the court has stated "[t]he fundamental inquiry mandated by § 2(d) goes to the cumulative effect of differences in the essential characteristics of the goods and differences in the marks." *Federated Foods, Inc. v. Fort Howard Paper Co.,* 544 F.2d 1098, 192 USPQ 24, 29 (CCPA 1976). The similarity or dissimilarity of the marks is determined based on the marks in their entireties. *In re Nat'l Data Corp*., 753 F.2d 1056, 224 USPQ 749, 751 (Fed. Cir. 1985); *see also Franklin Mint Corp. v. Master Mfg.* Co., 667 F.2d 1005, 212 USPQ 233, 234 (CCPA 1981) ("It is axiomatic that a mark should not be dissected and considered piecemeal; rather, it must be considered as a whole in determining likelihood of confusion.").

On the other hand, different features may be analyzed to determine whether the marks are similar. *Price Candy Co. v. Gold Medal Candy Corp.,* 220 F.2d 759, 105 USPQ 266, 268 (CCPA 1955). Therefore, "in articulating reasons for reaching a conclusion on the issue of confusion, there is nothing improper in stating that, for rational reasons, more or less weight has been given to a particular feature of a mark, provided the ultimate conclusion rests on consideration of the marks in their entireties*." In re Nat'l Data,* 224 USPQ at 751. That is, one feature of a mark may be more significant or dominant in creating a commercial impression. See In *re Viterra Inc*., 671 F.3d 1358, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012).

Here, Applicant's mark is composed of a fully colored gannet bird with a fish in its mouth. Applicant's design feature is sufficient to distinguish between the marks. This is especially true in this case where, as here, Opposer's design element is a common generic bird shape, which is not likely to be utilized by an average purchaser to distinguish the services. *Cf., In re Dixie Rests., Inc.,* 105 F.3d 1405, 41 USPQ2d 1531, 1534 (Fed. Cir. 1997) (finding that the "ordinary geometric shape that serves as a background for the word mark" did not change the commercial impression or distinguish the mark for likelihood of confusion purposes. Applicant's bird shape encompasses the literal elements of its mark and is likely to be pronounced or recalled by consumers as the details are what is memorable for this mark. Opposer's seagull marks are only a silhouette, some of which are restricted to the color burgundy. Applicant's mark employs the actual coloring of the gannet bird which is in stark contrast to the silhouette of Opposer's marks. Further, the details of the actual birds differ as well. For example, Applicant's gannet mark has wings that are fully outspread and reaching upwards which is a feature of the deep diving hunting bird. Opposer's seagull mark, by contrast, has bent wings, giving off the impression of easy going gliding and summer days for which the Hollister brand has centered its products around. Applicant's gannet design also features a long, athletic body for the gannet and a pronounced beak that highlights the fish that the hunting bird has caught. The fish in particular is of importance as it ties together this logo with the name of the company, Gannetfisher. For the reasons set forth above, the additional elements of Applicant's mark compel a different conclusion. Thus, Applicant's mark is not similar to Opposer's mark.

Further, marks containing common elements are not likely to be confused if " the matter common to the marks is not likely to be perceived by purchasers as distinguishing source because it is merely descriptive or diluted." Applicant's mark here is sufficiently different to avoid likelihood of confusion. TEMP 1207.01 (b)(iii); see, e.g., *Shen Mfg Co. v. Ritz Hotel Ltd.,* 393

F,3d 1238, 73 USPQ 2d 1350 (Fed. Cir 2004) Applicant's mark consists of specific design elements and coloring that are unique to the gannet bird. This is very intentional as Applicant's clothing company is named Gannetfisher. Further, Applicant owns another sister company to Gannetfisher which is Gannet Celluloid. Applicant's marks have a theme surrounding the gannet bird specifically. Applicant is not trying to emulate Opposer's seagull, nor would Opposer's seagull mark be mistaken for a gannet. These are marks that have extreme differences. As such, Opposer's and Applicant's marks are unlikely to create similar connotations and commercial impressions and, therefore, no likelihood of confusion exists.

*iii. Similarity of Goods*

In making our determination regarding the relatedness of the goods, the court will look to the goods as identified in Applicant's Application and Opposer's Registrations. See *Stone Lion Cap. Partners, LP v. Lion Cap.* LLP, 746 F.3d 1317, 110 USPQ2d 1157, 1162 (Fed. Cir. 2014) (quoting *Octocom Sys., Inc. v. Hous. Comput. Servs. Inc*., 918 F.2d 937, 16 USPQ2d 1783, 1787 (Fed. Cir. 1990) ("The authority is legion that the question of registrability of an applicant's mark must be decided on the basis of the identification of goods set forth in the application regardless of what the record may reveal as to the particular nature of an applicant's goods, the particular channels of trade or the class of purchasers to which the sales of goods are directed.")).

In the present case, Opposer's goods and services through various marks covers classes 25 and 35. Regarding class 35, Applicant does not provide retail store services and has no plans to do so in the future, instead solely offering sales over the internet through different ecommerce platforms and their own website. Applicant's website also will include the brand name Gannetfisher which only serves to differentiate Opposer's mark and Applicant's mark further. The company names are very different and, taken as a whole, give very different commercial impressions.

Regarding class 25, Opposer's registration make it quite clear that they only intend to sell their apparel products *exclusively* through their own retail shops. Through specifying the Hollister Co retail shops and online retail shops, Opposer has shown that they intend to fully control their inventory for the purpose of sales. Applicant's products will not be sold through any Hollister Co retail or online retail shops. This is a strong differentiator between the goods of Applicant and Opposer.

Opposer does posses two registered marks (3855891 and 4091084) that do not specify that the products will be sold exclusively through Hollister retail stores, however, these marks do not focus on sportswear, instead focusing on causal fashion and accessories, which differs applicant's future products which will focus on sportswear.

As such, there are strong differences between the goods and services being provided by Applicant and Opposer.

*iv. Similarity of Trade Channels*

The third DuPont factor "considers '[t]he similarity or dissimilarity of established, likely-to-continue trade channels.'" *In re Detroit Athletic Co.,* 903 F.3d 1297, 128 USPQ2d 1047, 1052 (Fed. Cir. 2018) (quoting DuPont, 177 USPQ at 567). The trade channels factor considers the modalities and means (e.g., print, media, store aisles or shelves, or online) by which the respective goods are marketed, see *In re Majestic Distilling*, 65 USPQ2d at 1204, sold or distributed, *see Kangol Ltd. v. Kangaroos U.S.A., Inc.,* 974 F.2d 161, 23 USPQ2d 1945, 1946 (Fed. Cir. 1992). The "mere fact that goods and services may both be advertised and offered through the Internet is not a sufficient basis to find that they are sold through the same channels of trade" because "virtually everything is advertised and sold through the Internet." Parfums de Coeur, Ltd. v. Lazarus, 83 USPQ2d 1012, 1021 (TTAB 2007).

Here, the trade channels of the applicant are distinct in nature as Opposer's products have been particularly emphasized to be sold exclusively through their own website and physical stores. Opposer's trademark registrations are specifically for online retail shops in class 35 or they indicate that the goods they are registered for within class 25 are specifically for good that are sold within the retail or online retail stores of Opposer. Opposer's goods are not sold in a "free for all format" online nor through a 3rd party platform, they are specifically contained to Opposer's retail shops and online retail shops. Applicant's products will not be sold through any of Opposer's retail store or online retail stores, and Opposer's products will not be sold by Applicant (either through Applicant's own website or on a 3rd party platform). As such, there is no overlap between Applicant's products and Opposer's marks.

*v. Sophistication of Purchaser*

The fourth DuPont factor is the "conditions under which and buyers to whom sales are made, i.e. 'impulse' v. 'careful', sophisticated purchasing." DuPont, 177 USPQ at 567. Precedent requires that the board base their decision on the least sophisticated potential purchasers. *Stone Lion Capital Partners, LP v. Lion Capital LLP*, 746 F.3d 1317, 110 USPQ2d 1157, 1163-64 (Fed. Cir. 2014) (recognizing Board precedent requiring consideration of the "least sophisticated consumer in the class").

In the present matter, the Applicant intends to sell inexpensive goods. In contrast, Opposer's goods are sold at a wide range of price points, from low-cost to expensive but advertise themselves as retailers of high quality casual apparel and accessories with an active, youthful lifestyle in the United States. The largest target markets of consumers of Opposer's product are trendy teenagers. Consumers of that target market possess a higher degree of sophistication than the average consumer of inexpensive items. Opposer further has evidenced that their mark has

received unsolicited 3rd party use in a variety of trendy films and television shows. The target market of Opposer's goods are consumers that try to emulate what they see in the media they consume. The identity of these kinds of consumers are built on the clothing they wear.

Further, as is stated in Opposer's own trademark registrations, the products being sold by Opposer specifically come from Opposer's brick and mortar or online stores. This is a fact that is known to the consumer of Opposer's goods, who would not be led to mistakenly believe that Opposer's goods have suddenly become available through another company's website.

*vi. Fame of Prior Mark*

In determining strength of [the Opposer's] mark, the court will consider both its conceptual strength, based on the nature of the mark itself and its commercial strength, based on the marketplace recognition value of the mark." *Couch/Braunsdorf,* 110 USPQ2d at 1476; *see also In re Chippendales USA Inc.,* 622 F.3d 1346, 96 USPQ2d 1681, 1686 (Fed. Cir. 2010) ("A mark's strength is measured both by its conceptual strength ... and its marketplace strength ...."); *McCarthy, T.J., MCCARTHY ON TRADEMARKS AND UNFAIR COMPETITION* § 11:80 (5th ed. 2020 update) ("McCarthy") ("The first enquiry is for conceptual strength and focuses on the inherent potential of the term at the time of its first use. The second evaluates the actual customer recognition value of the mark at the time registration is sought or at the time the mark is asserted in litigation to prevent another's use.").

For likelihood of confusion purposes, a mark's strength "varies along a spectrum from very strong to very weak." *Joseph Phelps Vineyards, LLC v. Fairmont Holdings*, LLC, 857 F.3d 1323, 122 USPQ2d 1733, 1734 (Fed. Cir. 2017) ("likelihood of confusion [strength] … 'varies along a spectrum from very strong to very weak.'") (citing *Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*, 396 F.3d 1369, 73 USPQ2d 1689, 1694 (Fed. Cir. 2005)

(quoting In re Coors Brewing Co., 343 F.3d 1340, 68 USPQ2d 1059, 1063 (Fed. Cir. 2003)). The conceptual strength of Opposer's mark is not one that affords a high degree of protection. The design itself is a basic design, a silhouette of flying seagull. There are no artistic details to the bird outside of the basic outline of the body of a seagull, nor is there a wide variety of color. Two of Opposer's marks are specifically burgundy in color, restricting any additional detailing, whereas all of applicant's marks are solid color. Even the marks that do not claim color do not have the detailing of a bird, focusing instead of the silhouette of a bird.

Further, Opposer's mark is widely known, but that does not grant Opposer a monopoly on all bird designs, particularly bird designs that differ strongly from their own. Opposer's mark is recognizable, but that also means that a mark that is very different from Opposer's mark would be easy to recognize as not connected with Opposer's mark.

*vii. Actual Confusion/ Length of Time and Conditions Without Evidence of Confusion*

The seventh and eighth DuPont factors examine "[t]he nature and extent of any actual confusion" and "[t]he length of time during and the conditions under which there has been concurrent use without evidence of actual confusion." DuPont, 177 USPQ at 567. "The eighth DuPont factor … requires us to look at actual market conditions, to the extent there is evidence of such conditions of record." *In re Guild Mortg.,* 2020 USPQ2d 10279 at * 6 (emphasis original). "The absence of any reported instances of confusion is meaningful only if the record indicates appreciable and continuous use by applicant of its mark for a significant period of time in the same markets as those served by opposer under its marks." *Citigroup Inc. v. Capital City Bank Grp., Inc*., 94 USPQ2d.

In this case, there has been no evidence that any confusion exists or has occurred. While Applicant has yet to begin selling their product, Applicant has been advertising their future products on their website and various social media platforms including Facebook and Instagram. In the promotion of the future products, Applicant has extensively used the gannet logo, and no circumstances of actual confusion for applicant's mark or future products with Opposer's mark have occurred in the past approximately 4 years. Given that Opposer also advertises its products online through social media, consumers have the ability to access both Opposer and Applicant's marks showing that the absence of reported instances of confusion should be taken into account as meaningful when considering if a likelihood of confusion exists.

c. Applicant's Mark is Not Likely to Dilute Opposer's Famous Mark

*i. The Degree of Similarity between the Mark the famous mark*

Marks containing common elements are not likely to be confused if " the matter common to the marks is not likely to be perceived by purchasers as distinguishing source because it is merely descriptive or diluted." TEMP 1207.01 (b)(iii); see, e.g., *Shen Mfg Co. v. Ritz Hotel Ltd.,* 393 F,3d 1238, 73 USPQ 2d 1350 (Fed. Cir 2004) Applicant's mark consists of specific design elements and coloring that are unique to the gannet bird. This is very intentional as Applicant's clothing company is named Gannetfisher. Further, Applicant owns another sister company to Gannetfisher which is Gannet Celluloid. Applicant's marks have a theme surrounding the gannet bird specifically. Applicant is not trying to emulate Opposer's seagull, nor would Opposer's seagull mark be mistaken for a gannet. These are marks that have extreme differences.

Here, Applicant's mark is composed of a fully colored gannet bird with a fish in its mouth. Applicant's design feature is sufficient to distinguish between the marks. This is especially true in this case where, as here, Opposer's design element is a common generic bird shape, which is not

likely to be utilized by an average purchaser to distinguish the services. *Cf., In re Dixie Rests., Inc.,* 105 F.3d 1405, 41 USPQ2d 1531, 1534 (Fed. Cir. 1997) (finding that the "ordinary geometric shape that serves as a background for the word mark" did not change the commercial impression or distinguish the mark for likelihood of confusion purposes. Applicant's bird shape encompasses the literal elements of its mark and is likely to be pronounced or recalled by consumers as the details are what is memorable for this mark. Opposer's seagull marks are only a silhouette, some of which are restricted to the color burgundy. Applicant's mark employs the actual coloring of the gannet bird which is in stark contrast to the silhouette of Opposer's marks. Further, the details of the actual birds differ as well. For example, Applicant's gannet mark has wings that are fully outspread and reaching upwards which is a feature of the deep diving hunting bird. Opposer's seagull mark, by contrast, has bent wings, giving off the impression of easy going gliding and summer days for which the Hollister brand has centered its products around. Applicant's gannet design also features a long, athletic body for the gannet and a pronounced beak that highlights the fish that the hunting bird has caught. The fish in particular is of importance as it ties together this logo with the name of the company, Gannetfisher. For the reasons set forth above, the additional elements of Applicant's mark compel a different conclusion. Thus, Applicant's mark is not similar to Opposer's mark.

*ii. The Degree of Recognition of the Famous Mark/ The Degree of the Famous Mark's Inherent or Acquired Distinctiveness*

Fame of the prior mark, if it exists, plays a dominant role in balancing the likelihood of confusion factors. *Bose Corp.,* 63 USPQ2d at 1305. Fame for likelihood of confusion purposes arises as long as a "significant portion of the relevant consuming public ... recognizes the mark as a source indicator." *See Palm Bay Imps. Inc*., 73 USPQ2d at 1694. Such fame may be measured

indirectly by the volume of sales and advertising expenditures of the goods sold under the mark, for example, and other factors such as length of time of use of the mark; widespread critical assessments; notice by independent sources of the products identified by the marks; and the general reputation of the products and services. *Bose Corp.,* 63 USPQ2d at 1308; *Blue Man Productions Inc. v. Tarmann,* 75 USPQ2d 1811, 1817 (TTAB 2005). This information, however, must be placed in context (e.g., a comparison of advertising figures with competitive products, market share, reputation of the product, etc.). *Bose Corp.,* 63 USPQ2d at 1308.

The evidence of record shows (1) Opposer's revenues from sales of goods sold under all of its pleaded; (2) Opposer's advertising and promotion budget for all of its pleaded marks; (3) Opposer's clothing items are sold under its mark through a nationwide chain of retail stores and www.hollisterco.com; (4) publications and advertisements published between the years displaying Opposer's clothing under its mark featured in nationally-circulated publications such as Business Insider, Yahoo Finance, and (6) some, albeit minimal, unsolicited publicity and social media attention.

While this evidence supports a finding of significant renown attributable to Opposer's pleaded marks, it does not suffice for purposes of proving that Opposer's mark is famous under the fifth du Pont factor. Indeed, noticeably absent from the record is the amount of sales and advertising for Opposer's mark alone. In other words, Opposer has not presented evidence directed to any of its pleaded marks individually for clothing alone. Additionally, Opposer has failed to submit any evidence of how its sales and advertising figures are comparable to its competitors in the industry. Without these numbers and those of competitors, it is difficult to place any apparent success or renown of Opposer's mark into context*. Bose Corp.,* 63 USPQ2d at 1309. In other words, it is impossible to ascertain from this record the extent to which consumers have been exposed to Opposer's goods under its mark vis-à-vis its competitors, and, thus, whether Opposer's evidence

of sales, advertising and media exposure translates into fame of its pleaded mark. Ultimately, Opposer's evidence falls short of establishing that the mark is famous. *See Leading Jewelers Guild Inc.,* 82 USPQ2d at 1904.

*iii. Whether the user of the mark or trade name intended to create an association with the famous mark*

In the present case, the applicant is using the trademark "Gannetsfisher" because of their fondness for gannets and their belief that these birds embody qualities of elegance and courage. Applicant has created two companies now, one of which is a movie production house and therefore in no way related to Opposer's marks, that incorporate the use of the gannet bird. The logo is clearly a gannet bird, a bird that is known for hunting and deep diving, both actions that are associated with athleticism. This connection is completely logical given that applicant is applying for the mark to use with sportswear.

Further, there is no evidence of record that Applicant intended to create an association with Opposer's pleaded marks. The burden is on the Opposer to demonstrate the existence of a genuine dispute of material fact to be resolved at trial. *The Clorox Co. v. Salazar,* 108 USPQ2d 1083, 1085 (TTAB 2013); *Enbridge, Inc. v. Excelerate Energy LP*, 92 USPQ2d 1537, 1540 (TTAB 2009). Opposer may not rest on its pleadings and assertions, but must produce evidence showing the existence of a genuine dispute as to a material fact for trial. *See Hornblower & Weeks Inc. v. Hornblower & Weeks Inc.*, 60 USPQ2d 1733, 1739 (TTAB 2001) ("applicant has produced no evidence, or raised any expectation that at trial it could produce evidence.") (citing *Kellogg v. Pack'Em*, 14 USPQ2d at 1550 (summary judgment granted in favor of applicant because opposer, in responding to motion, did not set out any evidence that it could produce at trial which could reasonably be Opposition Nos. 91197504 and 91197505 23 expected to cause the Board to come

to a different conclusion)), aff'd, 951 F.2d 330, 21 USPQ2d 1142 (Fed. Cir. 1991). Opposer was afforded the opportunity to conduct discovery relating to Applicant's subject motion, yet it proffers no evidence whatsoever that raises any genuine dispute of material fact as to the issue of intent on Applicant's part to use a flying bird in their logo to indicate an association with Opposer.

*iv. Any Actual Association Between the Mark and the Famous Mark.*

The record is also devoid of any evidence of actual association between Applicant's Mark and Opposer's marks. *See Citigroup,* 94 USPQ2d at 1668 ("Since we have no evidence on which to conclude that potential customers of applicant's services would make any association between the parties' marks when used in connection with their respective services, this dilution factor favors applicant.").

Applicant did not intend to create an association with Opposer's marks; and no actual association between Applicant's Mark and Opposer's pleaded marks exist. Accordingly, Applicant's Mark will not impair any assumed distinctiveness of Opposer's assumedly famous marks. *See Chanel,* 110 USPQ2d at 2024 (citing *Nike Inc. v. Maher*, 100 USPQ2d 1018, 1023 Opposition Nos. 91197504 and 91197505 24 (TTAB 2011) (dilution requires a conclusion "not only whether there is an 'association' arising from the similarity of the marks, but whether such association is likely to 'impair' the distinctiveness of the famous mark.")).

**VI. CONCLUSION**

Applicant has shown that a preponderance of the DuPont factors and dilution by blurring elements weigh in favor of Applicant's mark not causing likelihood of confusion or dilution against Opposer's marks. According, Applicant respectfully requests that the Board

allow for the continuation of the application proceeding for serial number 88555046.

Date: April 14, 2023

By:

/s/ Lillian Khosravi
Lillian Khosravi
Law Office of Lillian Khosravi

**Attorney for Applicant**

**INDEX OF CASES**

**Cases** — **Page(s)**

Corcamore, LLC v. SFM, LLC,
978 F.3d 1298, 2020 USPQ2d 11277, at *4-8 (Fed. Cir. 2020)……………………….9

*B&B Hardware, Inc. v. Hargis Indus., Inc.,*
575 U.S. 138, 113 USPQ2d 2045, 2049(2015)…………………………...…………10

*In re Majestic Distilling Co.,*
315 F.3d 1311, 65 USPQ2d 1201, 1203 (Fed. Cir. 2003)……………………………..10

*Federated Foods, Inc. v. Fort Howard Paper Co.,*
544 F.2d 1098, 192 USPQ 24, 29 (CCPA 1976)……………………………………..10

*In re Nat'l Data Corp.,*
753 F.2d 1056, 224 USPQ 749, 751 (Fed. Cir.1985)……………………………..10

*Franklin Mint Corp. v. Master Mfg.* Co.,
667 F.2d 1005, 212 USPQ 233, 234 (CCPA 1981)…………………………………..10

*Price Candy Co. v. Gold Medal Candy Corp.,*
220 F.2d 759, 105 USPQ 266, 268 (CCPA 1955)……………………………………..10

In *re Viterra Inc.,*
671 F.3d 1358, 101 USPQ2d 1905, 1908 (Fed. Cir. 2012)…………………………...10

*In re Dixie Rests., Inc.,*
105 F.3d 1405, 41 USPQ2d 1531, 1534 (Fed. Cir. 1997)……………………………11

*Shen Mfg Co. v. Ritz Hotel Ltd.,*
393 F,3d 1238, 73 USPQ 2d 1350 (Fed. Cir 2004)…………………………………11, 12

*Stone Lion Cap. Partners, LP v. Lion Cap.* LLP,

746 F.3d 1317, 110 USPQ2d 1157, 1162 (Fed. Cir. 2014)……………………………..12

*Octocom Sys., Inc. v. Hous. Comput. Servs. Inc.*,

918 F.2d 937, 16 USPQ2d 1783, 1787 (Fed. Cir. 1990)…………………………………12

*In re Detroit Athletic Co.*,

903 F.3d 1297, 128 USPQ2d 1047, 1052 (Fed. Cir. 2018)………..……………………..13

*In re Majestic Distilling*,

65 USPQ2d at 1204…………………………………………………………………………13

*Kangol Ltd. v. Kangaroos U.S.A., Inc.*,

974 F.2d 161, 23 USPQ2d 1945, 1946 (Fed. Cir. 1992)…………………...……………13

Parfums de Coeur, Ltd. v. Lazarus,

83 USPQ2d 1012, 1021 (TTAB 2007)…………………………………………………13

*Stone Lion Capital Partners, LP v. Lion Capital LLP*,

746 F.3d 1317, 110 USPQ2d 1157, 1163-64 (Fed. Cir. 2014)…………………………14

*Couch/Braunsdorf*,

110 USPQ2d at 1476……………………………………………………………………14

*In re Chippendales USA Inc.*,

622 F.3d 1346, 96 USPQ2d 1681, 1686 (Fed. Cir. 2010)………………………………15

*Joseph Phelps Vineyards, LLC v. Fairmont Holdings*, LLC,

857 F.3d 1323, 122 USPQ2d 1733, 1734 (Fed. Cir. 2017)……………………………...15

*Palm Bay Imps., Inc. v. Veuve Clicquot Ponsardin Maison Fondee En 1772*,

396 F.3d 1369, 73 USPQ2d 1689, 1694 (Fed. Cir. 2005)…………………………..……15

*Bose Corp.*,

63 USPQ2d at 1305…………………………………………………………………18, 19

*Chanel*,

110 USPQ2d at 2024………………………………………………………………………21

*Citigroup Inc. v. Capital City Bank Grp., Inc.*, 94 USPQ2d……………………………………16, 21

DuPont, 177 USPQ at 567…………………………………………………………………16

*In re Dixie Rests., Inc.*,
105 F.3d 1405, 41 USPQ2d 1531, 1534 (Fed. Cir. 1997)…………………………………17

*In re Guild Mortg.*,
2020 USPQ2d 10279…………………………..;……………………………..16

*Hornblower & Weeks Inc. v. Hornblower & Weeks Inc.*,
60 USPQ2d 1733, 1739……………………………………………………………………20

*Leading Jewelers Guild Inc.*,

82 USPQ2d at 1904…………………………………………………………………….……20

*Palm Bay Imps. Inc.*,
73 USPQ2d at 1694………………………………………………………………….………18

*Shen Mfg Co. v. Ritz Hotel Ltd.*,
393 F,3d 1238, 73 USPQ 2d 1350 (Fed. Cir 2004)…………………………………..………17

*The Clorox Co. v. Salazar*,
108 USPQ2d 1083, 108……………………………………………………………………...20

**Statutes**

Under Section 15 U.S.C § 1063……………………………………………………………….9

Trademark Act Section 2(d), 15 U.S.C. § 1052(d)………………………………………………10

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing **APPLICANT'S TRIAL BRIEF** has been served on counsel for Opposition, Abercrombie and Fitch, on April 14, 2023, via email to:

susan.kayser@klgates.com;

anfteam@klgates.com;

eric.lee@klgates.com

kristin.wells@klgates.com

/s/ Lillian Khosravi
Lillian Khosravi
Law Office of Lillian Khosravi

**Attorney for Applicant**

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*

ESTTA Tracking number: **ESTTA1282101**
Filing date: **05/01/2023**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M KAYSER<br>K&L GATES LLP<br>1601 K STREET NW<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Rebuttal Brief |
| Filer's name | Susan M. Kayser |
| Filer's email | susan.kayser@klgates.com, ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ttablitigationdocket@klgates.com, ANFteam@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 05/01/2023 |
| Attachments | Opposers Reply Brief.pdf(351527 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co.,
Opposer,
v.
Srinivasa Rao Gubbala
Applicant.

Opposition No. 91255288
Application No. 88/555,046
Subject Mark:

Published: November 27, 2019

**OPPOSER'S REPLY BRIEF**

Susan M. Kayser
Eric W. Lee
Terrance Roberts
Kristin Wells
K&L GATES LLP
1601 K. St. N.W., #1
Washington, D.C. 20001
Telephone: (202) 628-1700
Facsimile: (202) 778-9100
Email: susan.kayser@klgates.com
eric.lee@klgates.com
terrance.roberts@klgates.com

*Counsel for Opposer,*
*Abercrombie & Fitch Trading Co.*

Applicant Srinivasa Rao Gubbala ("Applicant") does not cite any legal or factual support in his Trial Brief (29 TTABVUE)[1] to rebut the conclusion that Application No. 88/555,046 ("Applicant's Mark") consists of a confusingly similar bird design with outspread wings, used on identical goods, and sold to the same consumers in the same trade channels, and will create a likelihood of confusion with and/or trademark dilution of Opposer's well-known and famous Hollister Bird Mark.[2]

**I. Opposer is Entitled to a Statutory Cause of Action**

Applicant's conclusory statement that Opposer is not entitled to a statutory cause of action because "Opposer does not have reasonable belief of damage as the marks in question substantially differ to the point that the average consumer would not mistake the source of the Applicant's goods with that of Opposer's goods" (29 TTABVUE 9, Applicant's Brief) is contrary to all of Opposer's record evidence. Opposer has standing as established through its ownership of prior, valid, subsisting registrations, made of record through A&F's Notice of Opposition (1 TTABVUE 1-6), the Parties Joint Stipulation of Facts (14 TTABVUE 2-5, ¶¶ 2-9; Exs. 3-10), and A&F's Testimony Declaration of J.J. Kramer (16 TTABVUE 2, Kramer Decl. ¶ 3). *See Brown Shoe Co. v. Robbins*, 90 USPQ2d 1752, 1754 (TTAB 2009) (priority and standing established by making pleaded registrations of record); *L.C. Licensing Inc. v. Berman*, 86 USPQ2d 1883, 1887 (TTAB 2008) (standing established where pleaded registrations are of record, valid, subsisting, and show that opposer is the current owner). Opposer's evidence supports that Applicant's confusingly similar

[1] Applicant's Trial Brief contains numerous assertions that are neither law nor evidence before the Board in the above-captioned Opposition. This Reply Brief addresses only those assertions which relate to the present Opposition.
[2] As used herein, the terms "Opposer's Marks" and "Hollister Bird Mark" shall mean the marks that are the subject of U.S. Trademark Registration Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454.

mark – which Applicant stipulated that both Applicant's Mark and Opposer's Marks depict a bird with outspread wings viewed from the side with the bird's head and beak facing to the left and the bird's outspread wings shown above the bird's body (14 TTABVUE 6, Joint Stipulation of Facts ("Joint Stip.") ¶ 14,15, 16, Ex. 2); on identical goods: "caps", "blouses", "belts", "jackets", "shirts", "skirts", "dresses", "footwear", "undergarments", "sweaters", "t-shirts", "hats", "vests" "gloves" (Id. at 6-7 ¶ 17-21, Ex. 2); sold in the same trade channels, since neither Applicant's Application nor Opposer's Registrations restrict the channels of trade or classes (Id. at 24-25) -- is likely to cause confusion and/or dilution here.

**II. Applicant's Mark is Likely to Cause Confusion**

**A. Opposer's Marks Are Distinctive and Protectable Trademarks, Not a "Generic Bird Shape"**

Applicant's arguments that the design features of Applicant's Mark are sufficient to distinguish from Opposer's Marks – which Applicant claims consist of "a common generic bird shape" citing *In re Dixie Rests., Inc.*, 105 F.3d 1405 (Fed. Cir. 1997) – are not relevant and misplaced. In *In re Dixie Rest., Inc.* the Federal Circuit found that the "ordinary geometric shape that serves as a background for the word mark" did not change the commercial impression or distinguish the mark for likelihood of confusion purposes. (29 TTABVUE 9, Applicant's Brief). Opposer's Hollister Bird Mark is not merely an ordinary geometric shape serving as a background. Further, the record contains no evidence that Opposer's depiction of a bird in flight with outspread wings is "common", "generic", or "merely descriptive or diluted" for clothing, retail services, or any of Opposer's goods or services. Rather, the record supports the opposite conclusion – that Opposer's Marks are strong and well-recognized as a unique source indicator. Applicant even acknowledges that Opposer's Marks are "widely known" (29 TTABVUE 16, Applicant's Brief).

It is the general impression consumers have of a design mark, not the minute differences, that is relevant in determining if there is a likelihood of confusion. *See* TMEP § 1207.01(c) ("[C]onsideration must be given to the fact that the [design] marks usually will not be viewed side-by-side in the marketplace and a purchaser's recollection of design marks is often of a general, rather than specific, nature; thus the marks may be confusingly similar despite differences between them."); *Puma-Sportschuhfabriken Rudolf Dassler KG v. Garan, Inc.*, 224 USPQ 1064, 1066 (TTAB 1984) (question of likelihood of confusion "requires that we take into account the fallibility of memory and the fact that purchasers normally retain only a general impression of a design mark").

Here, the record supports that Applicant's Mark and Opposer's Hollister Bird Mark evoke a similar commercial impression. (27 TTABVUE 21-26, Opposer's Brief, § V.C.1.a). Applicant's attempt to emphasize technical species classifications (29 TTABVUE 17, Applicant's Brief at ¶ 3) has no bearing on the Board's assessment or consumer's view of whether there is likely to be confusion between the marks. It is the overall commercial impression of the marks, not minute differences or what technical species they represent (same or not), that is relevant. Trademarks are to be "compared in their entireties and must be considered in connection with the particular goods or services for which they are used." *See In re National Data Corp.*, 753 F.2d 1056, 1058, 224 USPQ 749, 750 (Fed. Cir. 1985).

Moreover, Applicant does not cite any law to dispute or distinguish the numerous precedential cases where the Board has held that marks consisting of wild animal designs within the same family evoked the same commercial impression and were likely to cause confusion. *See, e.g.* Opposer's Brief (27 TTABVUE 22) citing *Puma-Sportschuhfabriken Rudolf Dassler KG*, 224 USPQ at 1066 (holding applicant's mountain lion design likely to be confused with opposer's

puma design marks when used on clothing as "undoubtedly a large segment of the purchasing public" lacked the expertise to differentiate between a mountain lion and a 4 NAI-1501010764v2 puma); *BL Cars Limited*, 221 USPQ at 1020 (confusion likely between a jaguar design and a puma design as Board held "it does not appear to us that distinctions could be readily made by the average consumer between the animals" considering as exotic animals such animals "are viewed only infrequently by an average person").

Applicant further attempts to distinguish its mark from Opposer's Marks by noting registrations for two of Opposer's Marks claim the color burgundy (29 TTABVUE 16, Applicant's Brief). As pled in its Trial Brief, Opposer relies on eight trademark registrations for the Hollister Bird Mark, six of which do not claim any particular color and therefore cover all colors, namely, U.S. Trademark Registration Nos. 3,745,498; 4,022,932; 3,855,891; 4,091,084; 3,588,412; and 4,384,092. (27 TTABVUE 11); (14 TTABVUE 6, Joint Stip. ¶ 12). In fact, Opposer uses the Hollister Bird Mark in a variety of colors. (27 TTABVUE 29, Opposer's Brief; 16 TTABVUE 2, 3, Kramer Decl. ¶¶ 7 and 13, Ex. 1-19).

Applicant further attempts to distinguish Applicant's Mark from the Hollister Bird Mark by noting his ties with the names of two companies, Gannetfisher and Gannett Celluloid (29 TTABVUE 11-12, Applicant's Brief). However, Applicant's applied-for Mark contains neither of these terms (29 TTABVUE 4, Applicant's Brief). Nor are the differences of the small "fish" in the mouth significant. *See Lacoste Alligator S.A. v. Southern Smocked Company, LLC,* Opposition No. 91244445 (August 25, 2021) (finding a likelihood of confusion with an alligator design mark despite different facial expressions, "dots" on its body, the addition of a "circular seal," and the wording SOUTHERN SMOCKED COMPANY). Where, as here, the marks at issue are both

design marks, the similarity of the marks must be decided primarily based on visual similarity. TMEP §1207.01(c).

**B. Applicant's Applied for Goods and Opposer's Goods are Identical or Related**

Although Applicant stipulated that its Application and Opposer's Registration cover identical goods, namely blouses, caps, hats, jackets, dresses, footwear, belts, shirts, sweaters, t-shirts, skirts, vests, undergarments, gloves, and tops (14 TTABVUE 6-7, Joint Stip. ¶ 17-21, Ex. 2), Applicant argues that there are strong differences between its applied-for clothing goods in Class 25, and Opposer's clothing goods in Class 25 and retail store services featuring clothing in Class 35 (29 TTABVUE 12-13, Applicant's Brief). Despite filing on an intent to use basis and not limiting the ID to sportswear, Applicant nevertheless asserts in his Trial Brief that he intends to sell "sportswear." (*Id.*). Whether Applicant classifies its intended goods as "sportswear" is irrelevant, since A&F's use and registrations for the Hollister Bird Mark cover identical goods covered by Applicant's Application. (14 TTABVUE 6-7, Joint Stip. ¶ 17-21, Ex. 2; 27 TTABVUE 26; 16 TTABVUE 3-4, Kramer Decl. ¶ 18).

Additionally, the remainder of the goods in A&F's registrations including other articles of clothing and retail store services are closely related to the goods covered by Applicant's Application No. 88/555,046. *See* TBMP § 1207.01(a)(ii) ("It is well recognized that confusion may be likely to occur from the use of the same or similar marks for goods, on the one hand, and for services involving those goods, on the other. *See, e.g., In re Detroit Athletic Co.*, 903 F.3d 1297, 1307 128 USPQ2d 1047, 1052 (Fed. Cir. 2018) (finding clothing and sports apparel retail services related as "confusion is likely where one party engages in retail services that sell goods of the type produced by the other party"); *see also In re Peebles, Inc.*, 23 USPQ2d 1795, 1796 (TTAB 1992) citing *In re Best Products Co., Inc.*, 23 USPQ2d 988, 989 (TTAB 1988) ("[T]here is no question that store services and the goods which may be sold in that store are related goods

and services for the purpose of determining likelihood of confusion."). Because multiple goods covered by the Application are identical to the goods covered by Opposer's registrations for the Hollister Bird Mark, and others are closely related to the retail store services covered by Opposer's registrations, this factor weighs heavily in A&F's favor.

**C. Trade Channels are Identical**

Applicant argues his trade channels are unique, however, Applicant stipulated that its Application and Opposer's registrations cover identical goods, and there is no restriction on the channels of trade or classes of consumers in Applicant's Application No. 88/555,046 for Applicant's Mark, or in A&F's trademark registrations (3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454) for Opposer's Marks. (Joint Stip. ¶¶ 17-21, 24 and 25; 29 TTABVUE 14, Applicant's Brief; 27 TTABVUE, 28; 14 TTABVUE 7). Where "there is no limitation as to their nature, type, channels of trade, or class of purchasers, it is presumed that the registration encompasses all goods or services of the type described, that they move in all normal channels of trade, and that they are available to all classes of purchasers." TMEP § 1207.01(a)(iii). Accordingly, goods bearing the Hollister Bird Mark and Applicant's Mark are presumed to travel in the same channels of trade to the same class of purchasers.

**D. Goods Covered By Opposer's Registrations and Applicant's Application are "Ordinary Consumer Items"**

There is no evidence to support Applicant's claims that Applicant intends to sell inexpensive clothing goods or that is a material consideration here. Applicant has admitted it has not used its mark on any clothing goods. (29 TTABVUE 14, Applicant's Brief). Similarly, there is no evidence to support Applicant's claim that "Opposer's goods are sold at a wide range of price points, from low-cost to expensive but advertise themselves as retailers of high quality causal apparel and accessories with an active youthful lifestyle in the United States" or that the "largest

markets of consumers of Opposer's product are trendy teenagers."(*Id.*). Nor are such claims relevant given the identical and highly overlapping goods and services.

Rather, the evidence shows that Opposer is a retailer of high quality, casual apparel and accessories for men, women and children with an active, youthful lifestyle. (27 TTABVUE 4, Opposer's Brief). The Board has previously held consumers of "ordinary items of clothing" are less likely to exercise a high degree of care in their purchasing decisions, increasing the likelihood of confusion. *In re Ginc UK Limited,* 90 USPQ2d 1472, 1477 (TTAB 2006).

How "trendy" or young the demographic of the potential consumer is irrelevant, as the Board has also held that clothing articles such as those covered by A&F's registrations and Applicant's application are inexpensive items purchased on impulse. *See The North Face Apparel Corp.*, 116 USPQ2d at 1229 (tee shirts and socks); *Wet Seal Inc. v. FD Management Inc.*, 82 USPQ2d 1629, 1640-41 (TTAB 2007) (clothing and fragrances).

**E. The Hollister Bird Mark is Famous and Therefore Afforded More Protection**

Fame or strength "of a mark may be measured indirectly by, among other things, the volume of sales and advertising expenditures of the goods traveling under the mark, and by the length of time those indicia of commercial awareness have been evident." *Bose*, 63 USPQ2d at 1305. Other relevant factors include "length of use of the mark, market share, brand awareness, licensing activities, and variety of goods bearing the mark." *Coach Servs. Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 101 USPQ2d 1713, 1720 (Fed. Cir. 2012). Applicant argues that the conceptual strength of Opposer's Marks do not afford a high degree of protection because the Marks consist of "a basic design, a silhouette of flying seagull." (29 TTABVUE 16, Applicant's Brief). That is not the legal standard to assess fame. The Hollister Bird Mark is not only conceptually strong, but A&F's Registration Nos. 3,745,498; 4,022,932; 3,745,497; 3,855,891; 4,091,084; 3,588,412; 4,384,092; and 3,592,454 are incontestable under 15 U.S.C. §1065.

Applicant even admits that Opposer's Marks are "widely known." However, without relevant facts or regard to applicable precedent argues that "a mark that is very different from Opposer's mark would be easy to recognize as not connected with Opposer's mark." (29 TTABVUE 16, Applicant's Brief). The applicable standard states: "famous marks are accorded more protection because they are more likely to be remembered and associated in the public mind than a weaker mark." *Recot, Inc. v. Becton,* 214 F.3d 1322, 1327 (Fed. Cir. 2000) (vacating dismissal of opposition where Board improperly discounted the fame of the prior mark).

All of Opposer's evidence made of record demonstrates that a significant portion of the relevant consuming public recognize the Hollister Bird Mark as a source indicator for goods from A&F, and the Hollister Bird Mark is famous and should be accorded more protection as it is more likely to be remembered and associated in the public mind than a weaker mark.

**F. The Actual Confusion and Concurrent Use Without Actual Confusion Factors Are Neutral Or Not Relevant**

Applicant argues that he has extensively used the applied-for mark for the past four years with no reports of actual confusion with Opposer's Marks; however, Applicant also admits that ***he has yet to sell any applied-for goods bearing Applicant's Mark***, and that he has merely created "mockups of the products that will be sold". (29 TTABVUE 17, Applicant's Brief, ¶ 8). Because there has been no "meaningful opportunity for actual confusion to have occurred," the absence of evidence of actual confusion is offset, and this *DuPont* factor is neutral. *Time Warner Entm't Co.*, 65 USPQ2d 1650 (TTAB 2002) (finding this factor of actual confusion "offset" and therefore "neutral" because of "the absence of sufficient evidence upon which we might base a conclusion that there has been any meaningful opportunity for actual confusion to have occurred."); *see also Barbara's Bakery Inc. v. Landesman*, 82 USPQ2d 1283, 1287 (TTAB 2007) (the probative value

of the absence of actual confusion ***depends upon*** there being a ***significant opportunity*** for actual confusion to have occurred) (emphasis added).

**III. Applicant's Mark is Likely to Dilute Opposer's Famous Mark**

**A. Degree of Similarity Between Applicant's Mark and Opposer's Famous Mark**

Applicant argues that Applicant's Mark is not likely to dilute Opposer's Marks due to lack of similarity, because Opposer's Marks consist of a "common generic bird shape" while Applicants' Mark "is composed of a fully colored gannet bird with a fish in its mouth" (29 TTABVUE 17, Applicant's Brief). The Hollister Bird Mark is an arbitrary mark as used in connection with Applicant's clothing goods, and accordingly is highly distinctive and a strong mark. *Palm Bay Imps.,* 396 F.3d at 1372, 73 USPQ2d at 1692 (holding "Veuve" arbitrary as applied to champagne and sparkling wine and "thus conceptually strong as a trademark"). "[A]n arbitrary mark [i]s a known word [or design] used in an unexpected or uncommon way." *Id.*, 396 F.3d at 1372, 73 USPQ2d at 1692; *see also* TMEP § 1209.01.

A mark is famous for dilution purposes "if it is widely recognized by the general consuming public of the United States as a designation of source of the goods or services of the mark's owner." 15 U.S.C. § 1125(c)(2)(A). Not only did Applicant admit that Opposer's Marks are "widely known" (29 TTABVUE 16, Applicant's Brief), A&F has established that each of the non-exclusive factors considered by the Board demonstrate that the Hollister Bird Mark is famous.

The Hollister Bird Mark does not suggest or describe any ingredient, quality or characteristic of A&F's clothing or other goods, and A&F's use is unexpected. Additionally, the extensive unsolicited third party media attention and other evidence of fame discussed in Opposer's Trial Brief at Sections IV.D and V.C.5 shows that the Hollister Bird Mark has established a high degree of distinctiveness among consumers and the public associates it

exclusively with the Hollister brand. *See Chanel,* 110 USPQ2d at 2025 (holding that fame evidence established high degree of distinctiveness). Accordingly, the inherent distinctiveness of the Hollister Bird Mark makes it more likely that Opposer's Marks will be blurred by Applicant's use of Applicant's Mark.

**B. Degree of Fame of The Hollister Bird Mark**

Applicant affirmatively states the evidence in the record supports a finding of "significant renown attributable to Opposer's pleaded marks." (29 TTABVUE 19, Applicant's Brief). Opposer agrees.

Applicant mistakenly states the record is absent of the amount of sales and advertising for Opposer's Marks alone. (*Id.*). This is incorrect. Opposer pleaded estimated annual sales of products bearing the Hollister Bird Mark for a 16 year period from 2005 through 2021 totaling ***over a billion dollars each year***. (27 TTABVUE 21, Opposer's Trial Brief, 16 TTABVUE 2, Kramer Decl. ¶ 6). These continuous sixteen years of significant sales are sufficient to support fame. *See, e.g., Bose Corp.*, 293 F.3d at 1372 (17 years of use and "annual sales of over $50 million" demonstrated fame); *Nina Ricci, S.A.R.L. v. E.T.F. Enters., Inc.*, 889 F.2d 1070, 1072 (Fed. Cir. 1989) (NINA RICCI famous based on $200 million in sales over 27 years); *Kimberly-Clark Corp. v. H. Douglas Enter., Ltd.*, 774 F.2d 1144, 1146-47 (Fed. Cir. 1985) (HUGGIES famous based on over $300 million in sales over 9 years).

Opposer spent millions of dollars each year between 2015 through 2021 on marketing and promotion for the Hollister brand as a whole and the Hollister Bird Mark is the primary logo for this brand as demonstrated in its Facebook, Instagram, and Twitter Profile pictures. (27 TTABVUE 33, Opposer's Brief; 16 TTABVUE 6, Kramer Decl. ¶ 14, 17, Exs. 22-24). Promotion of the Hollister Bird Mark was included in the millions of dollars spent in marketing and

promotion, including paid partnerships with social media influences, musicians, and celebrities including Charlie and Dixie D'Amelio, Bill Nye the Science Guy, Khalid, Noah Cyrus, and Emma Chamberlin (27 TTABVUE 34, Opposer's Brief; 16 TTABVUE 6, Kramer Decl. ¶ 21, Ex. 28) *See, e.g.*, *Planters Nut & Chocolate Co. v. Crown Nut Co.*, 305 F.2d 916, 920 (CCPA 1962) (opposer established that its design mark for an animated peanut was a famous mark and "became so through spending $1,000,000 a year for 10 years to advertise it.").

Applicant also argues that Opposer has not shown sufficient evidence of fame because the record show how Opposer's sales and advertising figures compare to its competitors in the industry (29 TTABVUE 19, Applicant's Brief). Given the highly confidential and proprietary nature of these type of figures, those exact figures are not public, however, Opposer cites to both comparative social media followings and prior Board rulings with similarly situated consumer product brand figures. Specifically, Opposer's Brief cites to evidence showing that Opposer's social media following exceeds that of similarly situated retail companies such as Banana Republic, American Eagle Outfitters, and Aeropostale (27 TTABVUE 33). Opposer also cites to prior Board rulings that recognize the fame of other similarly situated consumer product brands given evidence of sales, advertising figures, non-solicited media coverage, and other indications over time that are similar to, and very often less compelling than, the evidence Opposer has provided in this action. (27 TTABVUE 31-32, Opposer's Brief).

**C. Whether Applicant Intended to Create an Association with the Famous Mark**

Applicant argues there is no evidence of record to support that Applicant intended to create an association with Opposer's pleaded marks, and explains he uses the applied for mark in connection with his business "Gannetfisher". (29 TTABVUE 20, Applicant's Brief). However, Applicant also affirmatively states the evidence in the record supports a finding of "significant

renown attributable to Opposer's pleaded marks." (29 TTABVUE 19, Applicant's Brief). As set forth *infra*, the degree of recognition of the Hollister Bird Mark is substantial, including coverage in nationwide magazines and newspapers, appearances in television shows and movies aired nationwide, numerous unsolicited references on the Internet identifying celebrities wearing Opposer's Marks, billions of dollars in sales, and ***hundreds of millions*** of visits to the A&F website. (27 TTABVUE 48-49, Opposer's Brief; 16 TTABVUE 2-5, Kramer Decl. ¶¶ 6, 9, 11; 15 TTABVUE 4-8, Notice of Reliance ¶¶ 14-19, 20, 22, 23, 25, 27-29, 31, and 33, Exs. 14-19, 20, 22, 23, 25, 27-29, 31, and 33). Accordingly, consumers, upon seeing Applicant's use of Applicant's Mark on his goods, are likely to be immediately reminded of the famous Hollister Bird Mark and associate Applicant's use with A&F.

**D. Any Actual Association**

Applicant admits that he has not started using Applicant's Mark on the applied for goods, and where, as here, the application is filed on an intent to use basis and there has been a limited opportunity for the public to make any actual association between the parties' design marks, the factor "actual association" between Applicant's Mark and the famous mark is neutral. *New York Yankees P'ship*, 114 USPQ2d at 1509.

**IV. Conclusion**

For the reasons set forth in Opposer's Brief and above, and based on the evidence in the record, A&F respectfully requests that the Board refuse registration of Serial No. 88/555,046 for Applicant's Mark for the goods and services specified therein pursuant to Sections 2(d) of the Trademark Act and 43(c) of the Lanham Act, based on a likelihood of confusion and dilution, and sustain the present opposition proceeding in favor of A&F.

Dated: May 1, 2023

Respectfully Submitted,

*Attorneys for Abercrombie & Fitch Trading Co.*

*/Susan M. Kayser/*

Susan M. Kayser
Eric W. Lee
Terrance D. Roberts
Kristin Wells
K&L GATES LLP
1601 K. St. N.W., #1
Washington, D.C. 20001
Telephone: (202) 628-1700
Facsimile: (202) 778-9100
Email: susan.kayser@klgates.com
eric.lee@klgates.com
terrance.roberts@klgates.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Opposer's Reply in Support of its Trial Brief has been served on Applicant, Srinivasa Rao Gubbala, on May 1, 2023, via email at lillian@khosravilaw.com.

*/Kristin E. Wells/*
Kristin E. Wells
*Attorney for Opposer Abercrombie and Fitch Trading Co.*

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1283963**
Filing date: **05/09/2023**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M KAYSER<br>K&L GATES LLP<br>1601 K STREET NW<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Request for Oral Hearing |
| Filer's name | Susan M. Kayser |
| Filer's email | watrademarks@klgates.com, susan.kayser@klgates.com, eric.lee@klgates.com, kristin.wells@klgates.com, ttablitigationdock-et@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 05/09/2023 |
| Attachments | Request for Oral Hearing.pdf(199508 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co.,
Opposer,
v.
Srinivasa Rao Gubbala
Applicant.

Opposition No. 91255288
Application No. 88/555,046
Subject Mark:
Published: November 27, 2019

**OPPOSER'S REQUEST FOR ORAL HEARING**

Pursuant to TBMP § 802, Trademark Rule 2.123, Opposer Abercrombie & Fitch Trading Co. ("Opposer") respectfully requests an oral hearing in Opposition No. 91255288. Opposer plans to attend in-person, and Applicant plans to attend by video conference. Opposer and counsel for Applicant Srinivasa Rao Gubbala ("Applicant") have conferred and agreed that both parties are available and intend to participate in an oral hearing on the dates listed below:

- June 20, 2023
- June 21, 2023
- June 22, 2023
- June 27, 2023
- June 28, 2023
- June 29, 2023

Dated: May 9, 2023

Respectfully submitted,

By: /Susan M. Kayser/
Susan M. Kayser

Eric W. Lee
Kristin Wells
K&L GATES LLP
1601 K. St. N.W., #1
Washington, D.C. 20001
susan.kayser@klgates.com
eric.lee@klgates.com
kristin.wells@klgates.com

*Attorneys for Opposer Abercrombie and Fitch Trading Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Opposer's Request for an Oral Hearing has been served on counsel for Applicant, Srinivasa Rao Gubbala, on May 9, 2023, via email at lillian@khosravilaw.com.

s: /Kristin E. Wells/
Kristin E. Wells
*Attorney for Opposer Abercrombie and Fitch Trading Co.*

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
Hearings Email: TTABHearings@uspto.gov

June 8, 2023

Opposition No. 91255288

*Abercrombie & Fitch Trading Co.*

*v.*

*Srinivasa Rao Gubbala*

**By the Trademark Trial and Appeal Board:**

This proceeding is fully briefed. The Board notes Opposer's request for an oral hearing, filed on May 9, 2023, pursuant to Trademark Rule 2.129(a). In its request, Opposer provided several available dates in June to attend the oral hearing, indicated that Opposer plans to attend in-person, and Applicant plans to attend by video conference. Unfortunately, the Board was unable to schedule this case on its calendar prior to the expiration of the previously provided dates. The delay is regretted.

Opposer is allowed until **fifteen days** from the date of this order to submit, through ESTTA, a written response to this order which provides at least three non-consecutive, *agreed-upon* dates and times for the hearing, such dates being *between* six to eight weeks beyond the mailing date of this order. Until further notice, the Board will only conduct in-person hearings when both parties agree to appear in

person. Therefore, Opposer should take this into consideration when responding to this order.

The Board will only consider as possible hearing dates and times, those upon which the parties have agreed. If the non-requesting party has informed the requesting party that it does not plan to participate in the hearing, then the requesting party may provide dates and times of its choice, so long as they meet the other requirements of this order. Note that hearings are held on Tuesdays, Wednesdays and Thursdays, between 10:00 a.m. and 3:00 p.m. Eastern Time.

**If the Board does not receive a timely response to this order, the request for an oral hearing will be considered to have been waived, and the matter will be submitted for decision on the record and briefs.**

Once the Board has received an acceptable response to this order providing the necessary information, and has confirmed the hearing date and time, the Board will issue written notice of the hearing. *See* Trademark Rule 2.129(a) and TBMP § 802.03. A party that does not state in its request for oral hearing, or in its response to the Board's order acknowledging that request and directing the party's further action, a clear intent to participate by video conference is expected to appear in person; and it may not be able to switch to video participation without also rescheduling any already scheduled date for the hearing. To request participation by video hearing for the first time after the date for a hearing has been set, the requesting party must contact the Board's Hearing and Decision Specialist at TTABHearings@USPTO.gov no fewer

than fifteen business days prior to the scheduled oral hearing and obtain express approval to appear by video.

Also, whenever any party has expressed its plan to attend the hearing by video conference, it is the party's responsibility to contact a USPTO video conference technician by email at VTCOPSDistlist@USPTO.gov no fewer than three business days prior to the confirmed hearing date with the following information: 1) the proceeding number(s); (2) the date and time of the hearing; and 3) the type of equipment that the party plans to use. A video conference technician will arrange a test of the equipment the party plans to use. The USPTO does not provide parties with the means to participate by video conference.

If a party decides, after submitting a request for oral hearing, that it *no longer desires an oral hearing*, the party should file a waiver of the oral hearing request through ESTTA. The matter will then be taken off of the Board's oral hearing docket, and scheduled to be decided on the record and the briefs.

Questions or inquiries regarding the hearing can be directed to TTABHearings@uspto.gov.

*Trademark Trial and Appeal Board Electronic Filing System. https://estta.uspto.gov*
ESTTA Tracking number: **ESTTA1293211**
Filing date: **06/23/2023**

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD

| | |
|---|---|
| Proceeding no. | 91255288 |
| Party | Plaintiff<br>Abercrombie & Fitch Trading Co. |
| Correspondence address | SUSAN M KAYSER<br>K&L GATES LLP<br>1601 K STREET NW<br>WASHINGTON, DC 20006<br>UNITED STATES<br>Primary email: Susan.kayser@klgates.com<br>Secondary email(s): ipdocketingwest@anfcorp.com, WATrade-marks@klgates.com, ANFteam@klgates.com<br>202-778-9000 |
| Submission | Other Motions/Submissions |
| Filer's name | Susan M. Kayser |
| Filer's email | susan.kayser@klgates.com, eric.lee@klgates.com, kristin.wells@klgates.com, WAtrademarks@klgates.com, TTABlitigiationdocket@klgates.com, an-fteam@klgates.com |
| Signature | /Susan M. Kayser/ |
| Date | 06/23/2023 |
| Attachments | Opposers Response to Board Order Regarding Oral Hearing.pdf(173590 bytes ) |

**IN THE UNITED STATES PATENT AND TRADEMARK OFFICE**
**BEFORE THE TRADEMARK TRIAL AND APPEAL BOARD**

Abercrombie & Fitch Trading Co.,
Opposer,
v.
Srinivasa Rao Gubbala
Applicant.

Opposition No. 91255288
Application No. 88/555,046
Subject Mark:
Published: November 27, 2019

**OPPOSER ABERCROMBIE & FITCH'S RESPONSE TO BOARD ORDER REGARDING ORAL HEARING**

Opposer Abercrombie & Fitch Trading Co. ("Opposer") responds to the Board's June 8, 2023 Order (TTABVUE 33) (the "Hearing Scheduling Order") as follows:

Opposer and Applicant Srinivasa Rao Gubbala ("Applicant") have conferred regarding the Hearing Scheduling Order. Unfortunately, the parties are not mutually available during the date range set forth in the Hearing Scheduling Order. Per Opposer's call with the Board to discuss scheduling, Opposer and Applicant conferred regarding their availability outside the date range set forth in the Hearing Scheduling Order. Opposer and Applicant have agreed that both parties are available and intend to participate in the oral hearing on the dates listed below:

- October 17
- October 18
- October 24
- October 25
- October 26

Opposer continues to prefer to attend the hearing in person, while Applicant prefers to attend the hearing by video conference. Per the Hearing Scheduling Order, the parties understand that under these circumstances the Board will schedule the hearing by video conference only. If the Board's policy regarding in-person hearings changes and it becomes possible for Opposer to attend the hearing in person and Applicant to attend the hearing virtually, we request that the Board please let the parties know.

Dated: June 23, 2023

Respectfully submitted,

By: /Susan M. Kayser/

Susan M. Kayser
Eric W. Lee
Kristin Wells
K&L GATES LLP
1601 K. St. N.W., #1
Washington, D.C. 20001
susan.kayser@klgates.com
eric.lee@klgates.com
kristin.wells@klgates.com

*Attorneys for Opposer Abercrombie and Fitch Trading Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and complete copy of the foregoing Opposer's Response to Board Order Regarding Oral Hearing has been served on Applicant, Srinivasa Rao Gubbala, on June 23, 2023, via email at lillian@khosravilaw.com.

s: /Kristin E. Wells/
Kristin E. Wells
*Attorney for Opposer Abercrombie and Fitch Trading Co.*

**UNITED STATES PATENT AND TRADEMARK OFFICE**
**Trademark Trial and Appeal Board**
**P.O. Box 1451**
**Alexandria, VA 22313-1451**
General Contact Number: 571-272-8500
Hearings Email: TTABHearings@uspto.gov

Opposition No. 91255288

Abercrombie & Fitch Trading Co.

v.

Srinivasa Rao Gubbala

September 8, 2023

Hearing Date: October 24, 2023

Time: 2:00 PM (EDT)

Virtual Conference

The Board has scheduled an oral hearing in the above identified proceeding for the date and time indicated above.

Whenever any party has expressed its plan to attend the hearing by video conference, it is the party's responsibility to contact a USPTO video conference technician by email at VTCOPSDistlist@USPTO.gov no fewer than three business days prior to the confirmed hearing date with the following information: 1) the proceeding number(s); (2) the date and time of the hearing; and 3) the type of equipment that the party plans to use. A video conference technician will arrange a test of the equipment the party plans to use. The USPTO does not provide parties with the means to participate by video conference.

If any party, or its attorney, does not appear when the case is called, that party's right to an oral hearing will be considered to have been waived. Any party who intends not to be present for the oral hearing should notify the Board in advance of the hearing date.

Oral arguments will be limited to thirty minutes for the plaintiff and thirty minutes for the defendant. The plaintiff may reserve part of its time for rebuttal.

A party who wishes to reschedule an oral hearing with the consent of all parties must first determine at least three *agreed-upon*, non-consecutive dates and times, **and** file through ESTTA a written stipulation or consented motion confirming the parties' agreement to reschedule, and the proposed three new dates and times. The agreed-upon dates must be between six and fourteen weeks from the date of this order.

When all parties do *not* consent to the resetting of an oral hearing, the requesting party must file, through ESTTA, a motion showing good cause. *See* TBMP § 541.01.

Absent compelling circumstances or the consent of all other parties, the Board will not change a hearing date if the request to reschedule is made within two weeks of the scheduled hearing date.

Questions or inquiries regarding the hearing can be directed to TTABHearings@uspto.gov.

**UNITED STATES PATENT AND TRADEMARK OFFICE**

**TRADEMARK TRIAL AND APPEAL BOARD**

**ORAL HEARING APPEARANCE RECORD**

**Presiding Judges**

| ZERVAS | GOODMAN | COHEN |
|---|---|---|

| | |
|---|---|
| **Hearing Date** | October 24, 2023 |
| **Hearing Time** | 2:00 PM |
| **Proceeding No(s).** | 91255288 |
| **Plaintiff** | Abercrombie & Fitch Trading Co. |
| | v. |
| **Defendant** | Srinivasa Rao Gubbala |
| **Counsel for Plaintiff and Law Firm** | Susan Kayser of K & L Gates LLP |
| **Counsel for Defendant and Law Firm** | Lillian Khosravi of The Law Office of Lillian Khosravi |

This Opinion is not a Precedent of the TTAB

Hearing: September 12, 2023 Mailed: December 8, 2023

UNITED STATES PATENT AND TRADEMARK OFFICE

Trademark Trial and Appeal Board

*Abercrombie & Fitch Trading Co.*
*v.*
*Srinivasa Rao Gubbala*

Opposition No. 91255288

Susan M. Kayser of K&L Gates LLP
for Abercrombie & Fitch Trading Co.

Lillian Khosravi of the Law Office of Lillian Khosravi,
for Srinivasa Rao Gubbala.

Before Zervas, Goodman and Cohen,
Administrative Trademark Judges.

Opinion by Cohen, Administrative Trademark Judge:

Srinivasa Rao Gubbala ("Applicant") seeks to register the design mark

on the Principal Register for the following goods in International Class 25:

belts; belts for clothing; belts made of leather; belts of textile; business wear, namely, suits, jackets, trousers, blazers, blouses, shirts, skirts, dresses and footwear; clothing layettes; clothing shields, namely, pads applied to the underarms of shirts, blouses and sweaters; clothing wraps; clothing, namely, base layers; clothing, namely, maternity bands; clothing, namely, wrap-arounds; gloves as clothing; hats; hiking jackets; hoodies; hoods; jackets for man, women and kids; shirts; shirts and short-sleeved shirts; shirts for infants, babies, toddlers and children; shirts for suits; shoes; sports jackets; sports bras; sports caps and hats; sports jerseys and breeches for sports; sports over uniforms; sports shoes; sports singlets; sports vests; top hats; underarm clothing shields; undergarments; undergarments, namely, waspies; woolly hats; yoga shirts; athletic shirts; baby layettes for clothing; camp shirts; collared shirts; denim jackets; dress shirts; fingerless gloves as clothing; graphic t-shirts; head wraps; knit jackets; leather jackets; leather shirts; long-sleeved shirts; night shirts; open-necked shirts; polo shirts; shoulder wraps; shoulder wraps for clothing; sport shirts; sports shirts with short sleeves; t-shirts; tee-shirts; woven shirts.[1]

Abercrombie & Fitch Trading Co. ("Opposer") opposes registration of Applicant's mark, alleging likelihood of confusion under Section 2(d) of the Trademark Act, 15 U.S.C. §1052(d), and dilution under Section 43(c) of the Trademark Act, 15 U.S.C. §1025(c), pleading prior common law rights and ownership of Principal Register registrations for bird design marks namely:[2]

[1] Application Serial No. 88555046 (filed July 31, 2019), claiming a bona fide intent to use the mark in commerce under Section 1(b) of the Trademark Act, 15 U.S.C. § 1051(b).

The application describes the mark as consisting of a black and white bird with outspread wings, with an orange beak and a blue eye, holding a black fish in its mouth. The colors black, white and orange and blue are claimed as a feature of the mark.

[2] Opposer's pleaded registrations are Registration Nos. 3745498, 4022932, 3745497, 3855891, 4091084, 3588412, 4384092 and 3592454.

| MARK | GOODS AND SERVICES |
|---|---|
| Reg. No. 3592454[3] | On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail stores featuring personal care products, clothing, jewelry, and bags in Class 25 |
| Reg. No. 4384092[4] | retail clothing store services in Class 35 |
| Reg. No. 3588412[5] | On-line retail store services featuring personal care products, clothing, jewelry, and bags; Retail store services featuring personal care products, clothing, jewelry, and bags in Class 35 |
| Reg. No. 4091084[6] | Belts; Bottoms; Coats; Footwear; Jackets; Sleepwear; Swimwear; Tops; Undergarments in Class 25 |
| Reg. No. 3855891[7] | Gloves; Headwear; Scarves in Class 25 |

[3] Registered March 17, 2009. The registration describes the mark as consisting of a bird design appearing in the color proprietary burgundy-red outlined in a shade of white. The colors proprietary burgundy-red and a shade of white are claimed as a feature of the mark.

[4] Registered August 13, 2013. The registration describes the mark as consisting of a bird design silhouette. Color is not claimed as a feature of the mark.

[5] Registered March 10, 2009. The registration describes the mark as consisting of a miscellaneous design. Color is not claimed as a feature of the mark.

[6] Registered January 24, 2012. The registration describes the mark as consisting of a bird design silhouette. Color is not claimed as a feature of the mark.

[7] Registered October 5, 2010. The registration describes the mark as a bird design silhouette. Color is not claimed as a feature of the mark.

| MARK | GOODS AND SERVICES |
|---|---|
| Reg. No. 3745498[8] | Clothing, namely, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website in Class 25 |
| Reg. No. 4022932[9] | clothing, namely, beachwear, belts, boxer shorts, jackets, jeans, knit shirts, knit tops, pants, shirts, shorts, skirts, sweat shirts, sweaters, swim wear, t-shirts and tank tops sold exclusively in Hollister Co. stores and Hollister Co. online web-sites in Class 25 |
| Reg. No. 3745497[10] | Clothing, namely, blouses, boxer shorts, camisoles, caps, coats, dresses, footwear, hats, jackets, jeans, knit shirts, knit tops, loungewear, pajamas, pants, scarves, shirts, shorts, skirts, sleepwear, sweat pants, sweat shirts, sweaters, swim wear, t-shirts, tank tops, undershirts, underwear and vests, all sold exclusively through applicant's Hollister stores and Hollister website in Class 25 |

Applicant, in its Answer,[11] denied the salient allegations of the Notice of Opposition and asserts five affirmative defenses. Applicant did not pursue its affirmative defenses at trial and thus, they are deemed waived. *Peterson v. Awshucks SC, LLC*, 2020 USPQ2d 11526, at *2 (TTAB 2020) (party "did not present any evidence or argument with respect to these asserted defenses at trial, so they are deemed waived"); *Harry Winston, Inc. v. Bruce Winston Gem Corp.*, 111 USPQ2d

[8] Registered February 2, 2010. The registration describes the mark as a miscellaneous design with a contrasting border shown in white. Color is not claimed as a feature of the mark.

[9] Registered September 6, 2011. The registration describes the mark as consisting of a bird design silhouette. Color is not claimed as a feature of the mark.

[10] Registered February 2, 2010. The registration describes the marks as consisting of a design appearing in the color proprietary burgundy-red outlined in a shade of white. The colors proprietary burgundy-red and a shade of white are claimed as a feature of the mark.

[11] 4 TTABVUE. Citations in this opinion to the briefs refer to TTABVUE, the Board's online docketing system. *Turdin v. Tribolite, Ltd.*, 109 USPQ2d 1473, 1476 n.6 (TTAB 2014). Specifically, the number preceding TTABVUE corresponds to the docket entry number, and any numbers following TTABVUE refer to the page(s) of the docket entry where the cited materials appear.

1419, 1422 (TTAB 2014) ("As applicant did not pursue the affirmative defenses of failure to state a claim and unclean hands, either in its brief or by motion, those defenses are waived."); *TPI Holdings, Inc. v. TrailerTrader.com LLC,* 126 USPQ2d 1409, 1413 n.28 (TTAB 2018) ("Respondent also asserted 'estoppel, acquiescence and waiver,' but does not argue any of these in its brief. They are therefore waived.").

The case is fully briefed and on September 12, 2023, the parties appeared before us for an oral hearing.

## I. Joint Stipulation and the Record

On April 15, 2023, the parties submitted a "Joint Stipulation of Fact"[12] which provides in part that the parties "jointly stipulate and agree to the admission and use at trial of the following facts to be entered into the record and admitted into evidence":[13]

- true and correct printouts from the TRADEMARK STATUS & DOCUMENT RETRIEVAL (TSDR) database of Opposer's Registration Nos. 3745498; 4022932; 3745497; 3855891; 4091084; 3533412; 4384092; and 3592454 appended to the stipulation;[14]
- Opposer used each of its pleaded marks in commerce and registered its pleaded marks prior to the filing of Applicant's Mark;[15]
- "Opposer's U.S. trademark Registration Nos. 3,745,498; 4,022,932; 3,855,891; 4,091,084; 3,588,412; 4,384,092 are not limited to any particular color";[16]

[12] The stipulation is hereby approved.

[13] 14 TTABVUE.

[14] *Id.* at 3-6 at ¶¶ 2-9.

[15] *Id.* at 6-7 at ¶¶ 10-11.

[16] *Id.* at 7 at ¶ 12.

- "Applicant's Trademark Application depicts a gannet, which is a type of seabird, with outspread wings";[17]
- "Opposer's Marks depict a bird with outspread wings";[18]
- That both parties' marks consist of "a bird with outspread wings viewed from the side with the bird's head and beak facing to the left and the bird's outspread wings shown above the bird's body";[19]
- Applicant's Application and Opposer's trademark Registration No. 3745498 both identify "blouses", "caps", "hats", "jackets", "dresses", "footwear" in the description of goods; Applicant's Application and Opposer's trademark Registration No. 4022932 both identify "belts", "jackets", "shirts", "sweaters", "t-shirts" in the description of goods; Applicant's Application and Opposer's trademark Registration No. 3745497 both identify "caps", "blouses", "jackets", "shirts", "skirts", "dresses", "footwear", "undergarments", "sweaters", "t-shirts", "hats", "vests" in the description of goods; Applicant's Application and Opposer's trademark Registration No. 3855891 both identify "gloves" and headwear in the description of goods; Applicant's Application and Opposer's trademark Registration No. 4091084 both identify "belts", "jackets", "footwear", "undergarments", and tops as clothing in the description of goods;[20]
- "Applicant has not yet started sales in USA ... promotes its brand on its social media accounts ... intends to sell their goods through e-commerce platforms including Amazon, Walmart's online platform";[21] and
- Applicant's Application and Opposer's Registration Nos. 3855891; 4091084; 3588412; 4384092; 3592454 do not contain any restrictions on channels of trade or classes of consumers.[22]

[17] *Id.* at 7 at ¶ 13. "Applicant's Trademark Application" is not defined in the parties' stipulation. However, the stipulation references an attached exhibit 2 which contains Opposer's Request for Admission No. 7 and reads "Admit Applicant's trademark application (Serial No. 88/555,046) includes a gannet, which is a type of seabird, with outspread wings." Based on this information, it is clear the parties are referring to the opposed application.

[18] *Id.* at ¶ 14.

[19] *Id.* at ¶¶ 15-16.

[20] *Id.* at 7-8 at ¶¶ 17-21.

[21] *Id.* at 8 at ¶ 22.

[22] *Id.* at ¶¶ 24-25.

The parties have also stipulated into the record Opposer's eight pleaded registrations, including Registration No. 4091084 (Opposer's '084 Registration). Because the mark of Opposer's '084 Registration is closer to Applicant's mark than Opposer's registrations which claim color as a feature or which contain a restriction on the channels of trade, we concentrate our analysis on the likelihood of confusion between Applicant's mark and the mark of Opposer's '084 Registration. *See, e.g., N. Face Apparel Corp. v. Sanyang Indus. Co.*, 116 USPQ2d 1217, 1225 (TTAB 2015) (citing *In re Max Cap. Grp. Ltd.*, 93 USPQ2d 1243, 1245 (TTAB 2010)). If we find confusion likely between Applicant's mark and the mark of Opposer's '084 Registration, we need not consider Opposer's likelihood of confusion claim regarding Applicant's mark and Opposer's other marks. If we find no likelihood of confusion between Applicant's mark and the mark of Opposer's '084 Registration, there would be no confusion between Applicant's mark and Opposer's remaining marks. *In re Max Cap.*, 93 USPQ2d at 1245.

The evidentiary record also includes, in addition to the pleadings, the involved application file (which is part of the record pursuant to Trademark Rule 2.122(b), 37 C.F.R. § 2.122(b)), and:

Opposer's evidence:

1. Notice of Reliance on webpages which (i) Opposer asserts identify clothing bearing Opposer's bird designs worn by celebrities, and clothing worn in televisions shows and movies; (ii) show the readership of articles and viewership of television shows and movies; (iii) relate to the social media following of a third-party retailer; and (iv) show media and third-party coverage of Opposer's bird designs;[23]

[23] 15 TTABVUE.

2. Testimony declaration of J.J. Kramer, Opposer's Group Vice President & Associate General Counsel Legal – Intellectual Property, and exhibits;[24] and
3. Rebuttal Notice of Reliance on printed publications consisting of YouTube webpages.[25]

Applicant's evidence:

1. Notice of Reliance on printed publications which includes webpages which Applicant asserts shows the fame of its mark and differences in the parties' marks;[26] and
2. Testimony declaration of Applicant, Srinivasa Rao Gubbala.[27]

Opposer sought to strike exhibits 1-7 and 12 appended to Applicant's Notice of Reliance as well as exhibit 5 appended to Mr. Gubbala's testimony[28] which the Board denied[29] and thus, we consider this evidence and accord whatever probative value the evidence merits.[30] *See Luxco, Inc. v. Consejo Regulador del Tequila, A.C.*, 121

[24] 16 TTABVUE.

[25] 25 TTABVUE.

[26] 18 TTABVUE.

[27] 19 TTABVUE 2.

[28] 20 TTABVUE.

[29] 24 TTABVUE.

[30] The Board is capable of assessing the proper evidentiary weight to be accorded the testimony and evidence, taking into account the imperfections surrounding the admissibility of such testimony and evidence. As necessary and appropriate, we will point out any limitations in the testimony or otherwise note that we cannot rely on the testimony and evidence in the manner sought. *See, e.g., Spiritline Cruises LLC v. Tour Mgmt. Serv., Inc.*, 2020 USPQ2d 48324, at *4 (TTAB 2020) (the Board generally does not strike testimony taken in accordance with the applicable rules on the basis of substantive objections but considers its probative value at final hearing); *Milwaukee Elec. Tool Corp. v. Freud Am., Inc.*, 2019 USPQ2d 460354, at *2-3 (TTAB 2019) (overruling objections based on relevance, unfair prejudice, or misleading nature, noting that Board is capable of weighing the relevance and strength or weakness of testimony and evidence, including any inherent limitations), *complaint filed*, No. 20-cv-109 (M.D.N.C. Feb. 3, 2020).

USPQ2d 1477, 1479 (TTAB 2017), *appeal dismissed per stipulation*, No. 17-00345 (E.D. Va. August 24, 2017); *U.S. Playing Card Co. v. Harbro, LLC*, 81 USPQ2d 1537, 1540 (TTAB 2006). There are no other objections to the evidence.

## II. Entitlement to a Statutory Cause of Action

Entitlement to a statutory cause of action is an element of the plaintiff's case in every inter partes case. *See Corcamore, LLC v. SFM, LLC*, 978 F.3d 1298, 2020 USPQ2d 11277 (Fed. Cir. 2020), *cert. denied*, 141 S. Ct. 2671 (2021); *Australian Therapeutic Supplies Pty. Ltd. v. Naked TM, LLC*, 965 F.3d 1370, 2020 USPQ2d 10837 (Fed. Cir. 2020), *cert. denied*, 142 S. Ct. 82 (2021); *Empresa Cubana Del Tabaco v. Gen. Cigar Co.*, 753 F.3d 1270, 111 USPQ2d 1058, 1062 (Fed. Cir. 2014). To establish entitlement to a statutory cause of action, a plaintiff must demonstrate: (i) an interest falling within the zone of interests protected by the statute, and (ii) a reasonable belief in damage proximately caused by the registration of the mark. *Corcamore*, 2020 USPQ2d 11277, at *4; *see also Empresa Cubana*, 111 USPQ2d at 1062; *Ritchie v. Simpson*, 170 F.3d 1092, 50 USPQ2d 1023, 1025 (Fed. Cir. 1999); *Spanishtown Enters., Inc. v. Transcend Res., Inc.*, 2020 USPQ2d 11388, at *1 (TTAB 2020).

Even though Applicant has stipulated to Opposer's entitlement to oppose registration of Applicant's mark, Applicant disputes Opposer's entitlement.[31] In view of the stipulation, and TSDR printouts of Opposer's pleaded registrations which demonstrate that they are valid, subsisting and owned by Opposer, we find that

[31] 29 TTABVUE 10.

Opposer has an entitlement to pursue a statutory cause of action. *See, e.g., Shenzhen IVPS Tech. Co. v. Fancy Pants Prods., LLC*, 2022 USPQ2d 1035, at *13-14 (TTAB 2022) (valid and subsisting pleaded registration establishes opposer's direct commercial interest in the proceeding and its belief in damage) (citing *Cunningham v. Laser Golf Corp.*, 222 F.3d 943, 55 USPQ2d 1842, 1844 (Fed. Cir. 2000)).

## III. Priority

Because Opposer's '084 Registration is of record and there is no pending counterclaim to cancel the registration, priority is not at issue with respect to the marks and goods and services covered by the registration. *See King Candy Co. v. Eunice King's Kitchen, Inc.*, 496 F.2d 1400, 182 USPQ 108, 110 (CCPA 1974); *Penguin Books Ltd. v. Eberhard*, 48 USPQ2d 1280, 1286 (TTAB 1998). Further, the parties have stipulated that Opposer has used each of its pleaded marks in commerce and registered its marks prior to the filing of Applicant's mark.[32]

## IV. Likelihood of Confusion

We now consider Opposer's claim of likelihood of confusion under Section 2(d) of the Trademark Act. "Not all *DuPont* factors are relevant in each case[.]" *Stratus Networks, Inc. v. UBTA-UBET Commc'ns Inc.*, 955 F.3d 994, 2020 USPQ2d 10341, *3 (Fed. Cir. 2020). Our determination of Opposer's claim of likelihood of confusion is based on an analysis of all of the facts in evidence that are relevant to the factors bearing on the issue of likelihood of confusion. *In re E. I. du Pont de Nemours & Co.*,

[32] 14 TTABVUE 6-7 at ¶¶ 10-11.

476 F.2d 1357, 177 USPQ 563, 567 (CCPA 1973) ("*DuPont*"); *see also In re Majestic Distilling Co.,* 315 F.3d 1311, 65 USPQ2d 1201, 1203 (Fed. Cir. 2003).

### A. The Goods, Channels of Trade, Classes of Consumers and Conditions of Sale

We consider first the *DuPont* factors regarding the "similarity or dissimilarity and nature of the goods or services as described in an application or registration," the "similarity or dissimilarity of established, likely-to-continue trade channels," and the conditions under which and buyers to whom sales are made, *i.e.*, "impulse" versus careful, sophisticated purchasing. *DuPont*, 177 USPQ at 567. We make our determinations for these factors based on the goods as they are identified in the application and Opposer's '084 Registration. *See Stone Lion Cap. Partners, LP v. Lion Cap. LLP*, 746 F.3d 1317, 110 USPQ2d 1157, 1161 (Fed. Cir. 2014); *In re Dixie Rests. Inc.*, 105 F.3d 1405, 41 USPQ2d 1531, 1534 (Fed. Cir. 1997).

The parties stipulated that Applicant's Application and Opposer's '084 Registration both identify "'belts', 'jackets', 'footwear', 'undergarments', and tops as clothing in the description of goods."[33] Likelihood of confusion will be found as to the entire class if there is a likelihood of confusion with respect to any item in the identification of goods for that class. *Tuxedo Monopoly, Inc. v. General Mills Fun Grp.*, 648 F.2d 1335, 209 USPQ 986, 988 (CCPA 1981).

In addition, given that the parties' goods, are in part identical and the lack of limitation with respect to trade channels or classes of consumers in the identifications

[33] 14 TTABVUE 8 at ¶ 21.

of goods in Applicant's Application and Opposer's '084 Registration, we may, and do, presume that the channels of trade and classes of purchasers for these goods are the same. *See Hewlett-Packard co. v. Packard Press, Inc.,* 281 F.3d 1261, 62 USPQ2d 1001 (Fed. Cir. 2002) ("absent restrictions in the [registrations], goods and services are presumed to travel in the same channels of trade to the same class of purchasers."); *In re Smith and Mehaffey*, 31 USPQ2d 1531, 1532 (TTAB 1994) ("Because the goods are legally identical, they must be presumed to travel in the same channels of trade, and be sold to the same class of purchasers."). We also find that the purchasers of the parties' goods are members of the general public. *See, e.g., In re Thor Tech, Inc.*, 90 USPQ2d 1634, 1638 (TTAB 2009) ("We have no authority to read any restrictions or limitations into the registrant's description of goods.").

Notwithstanding its stipulation, Applicant distinguishes its goods by arguing that Opposer does "not focus on sportswear, instead focusing on casual fashion and accessories, which differs [from A]pplicant's future products which will focus on sportswear."[34] Applicant further argues that Opposer's goods are "sold through their own website and physical stores. Opposer's trademark registrations are specifically for online retail shops in class 35 or they indicate that the goods they are registered for within class 25 are specifically for good[s] that are sold within the retail or online retail stores of Opposer."[35] However, we must base our decision on the identification of goods in the pleaded registration and subject application which includes all goods

[34] 29 TTABVUE 14.

[35] *Id.* at 15.

of the type identified, without limitation as to their nature or price. *Levi Strauss & Co. v. Abercrombie & Fitch Trading Co.*, 719 F.3d 1367, 107 USPQ2d 1167, 1173 (Fed. Cir. 2013). Applicant's arguments ignore that Opposer's '084 Registration is not restricted by channels of trade or classes of consumers, and also ignores the parties' stipulation.[36]

Applicant argues that the parties' purchasers differ because it intends to sell "inexpensive goods" whereas "Opposer's goods are sold at a wide range of price points, from low-cost to expensive ... The largest target markets of consumers of Opposer's product are trendy teenagers."[37] These arguments are an admission that both parties offer for sale inexpensive goods. Further, as noted, the parties' respective identifications of goods do not contain any trade channel or purchaser limitation, and Opposer's identification does not restrict sales of Opposer's goods to teenagers, and we do not read such limitations into the identifications of goods. *See Squirtco v. Tomy Corp.*, 697 F.2d 1038, 216 USPQ 937, 940 (Fed. Cir. 1983) ("There is no specific limitation and nothing in the inherent nature of Squirtco's mark or goods that restricts the usage of SQUIRT for balloons to promotion of soft drinks. The Board, thus, improperly read limitations into the registration.").

Therefore, both parties' consumers must be deemed to encompass the general purchasing public, including teenagers who purchase Opposer's clothing items. *The Wet Seal, Inc. v. FD Mgmt., Inc.*, 82 USPQ2d 1629, 1640 (TTAB 2007). In addition,

[36] 14 TTABVUE 8 at ¶¶ 24-25

[37] 29 TTABVUE at 15.

because the identifications contain no limitations as to price points, we must presume that the parties' goods encompass relatively inexpensive goods, which would be the subject of impulse purchases. *See Hard Rock Café Int'l (USA) Inc. v. Elsea,* 56 USPQ2d 1504, 1513 (TTAB 2000) (t-shirts are impulse purchases); *see also Recot Inc. v. M.C. Becton*, 214 F.3d 1322, 54 USPQ2d 1894, 1899 (Fed. Cir. 2000) ("When products are relatively low-priced and subject to impulse buying, the risk of likelihood of confusion is increased because purchasers of such products are held to a lesser standard of purchasing care."); *In re i.am.symbolic*, 116 USPQ2d 1406, 1413 (TTAB 2015); *Jansen Enters. Inc. v. Rind*, 85 USPQ2d 1104, 1108 (TTAB 2007).

In view of the foregoing, the *Dupont* factors regarding the overlapping channels of trade and classes of purchasers weigh in favor of finding a likelihood of confusion. In addition, because the goods overlap, the degree of similarity between the marks necessary to find a likelihood of confusion is reduced. *In re Viterra Inc.*, 671 F.3d 1358, 101 USPQ2d 1905, 1908 (Fed.Cir. 2012); *In re Mighty Leaf Tea*, 601 F.3d 1342, 94 USPQ2d 1257, 1260 (Fed. Cir. 2010); *In re Max Cap.*, 93 USPQ2d at 1248.

### B. Strength of Opposer's Mark

Before addressing the similarity or dissimilarity of the marks, we consider the strength of Opposer's mark, to ascertain the scope of protection to which it is entitled. "A mark's strength is measured both by its conceptual strength ... and its marketplace strength ...." *In re Chippendales USA, Inc.*, 622 F.3d 1346, 96 USPQ2d 1681, 1686 (Fed. Cir. 2010); *Top Tobacco, L.P. v. N. Atl. Operating Co.*, 101 USPQ2d 1163, 1171-72 (TTAB 2011) (the strength of a mark is determined by assessing its

inherent strength and its commercial strength); *Tea Bd. of India v. Republic of Tea Inc.*, 80 USPQ2d 1881, 1899 (TTAB 2006). Evidence of third-party use and registration may bear on the strength of a mark. *See Juice Generation, Inc. v. GS Enters. LLC,* 794 F.3d 1334, 115 USPQ2d 1671, 1675 (Fed. Cir. 2015). Commercial strength or fame "may be measured indirectly by the volume of sales and advertising expenditures in connection with the goods or services sold under the mark," and may be "supported by other indicia such as length of time of use of the mark; widespread critical assessments; notice by independent sources of the goods or services identified by the marks; and the general reputation of the goods or services." *New Era Cap Co. v. Pro Era, LLC*, 2020 USPQ2d 10596, at *10-11 (TTAB 2020).

**1. Conceptual Strength**

Turning first to conceptual strength, conceptual strength is a measure of a mark's distinctiveness. *In re Chippendales*, 96 USPQ2d at 1686. Distinctiveness is "often classified in categories of generally increasing distinctiveness[:] … (1) generic; (2) descriptive; (3) suggestive; (4) arbitrary; or (5) fanciful." *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 768, 112 S. Ct. 2753 (1992). "[T]hird-party registration evidence that does not equate to proof of third-party use may bear on conceptual weakness if a term is commonly registered for similar goods or services." *Tao Licensing, LLC v. Bender Consulting Ltd.*, 125 USPQ2d 1043, 1075 (TTAB 2017) ("third-party registration evidence that does not equate to proof of third-party use may bear on conceptual weakness if a term is commonly registered for similar goods or services") (citation omitted); *In re Morinaga Nyugyo Kabushiki Kaisha*, 120

USPQ2d 1738, 1745-46 (TTAB 2016) ("Third-party registrations used in this manner are not evidence that customers are accustomed to seeing the use of other, similar, marks in the marketplace, but rather evidence that a term is suggestive or descriptive of the relevant goods or services. Such terms may be conceptually weak because the more descriptive a term is, the less likely prospective purchasers are to attach source-identifying significance to it."). Evidence of third-party use of similar marks for similar services "can show that customers have been educated to distinguish between different marks on the basis of minute distinctions." *Jack Wolfskin Ausrustung Fur Draussen GmbH & Co. KGAA v. New Millennium Sports, S.L.U.*, 797 F.3d 1363, 116 USPQ2d 1129, 1136 (Fed. Cir. 2015) (citation omitted).

In assessing the impact of third-party use or registrations, we look to whether the third-party marks and goods or services are similar to the mark and goods or services of the opposer's pleaded registration. If not, they can be discounted. *See, e.g.*, *Specialty Brands, Inc. v. Coffee Bean Distribs., Inc.*, 748 F.2d 669, 223 USPQ 1281, 1284-85 (Fed. Cir. 1984) (discounting third-party evidence, noting: "None of these marks has a 'SPICE (place)' format or conveys a commercial impression similar to that projected by the SPICE ISLANDS mark, and these third-party registrations are of significantly greater difference from SPICE VALLEY and SPICE ISLANDS than either of these two marks from each other."); *Palisades Pageants, Inc. v. Miss Am. Pageant*, 442 F.2d 1385, 169 USPQ 790, 793 (CCPA 1971) (discounting third-party evidence, noting: "we are of the opinion that appellant's mark is closer to appellee's than even the closest of the third-party registrations in that it bodily incorporates appellee's mark, merely

adding an adjective to the beginning thereof which, as the board observed, 'directs attention to the words which follow.'").

Applicant argues that the "conceptual strength of Opposer's mark is not one that affords a high degree of protection. The design itself is a basic design …. There are no artistic details to the bird outside of the basic outline of the body of a seagull, nor is there a wide variety of color. … Even the marks that do not claim color do not have the detailing of a bird, focusing instead on the silhouette of a bird."[38] Applicant further argues that even though Opposer's mark is "widely known, … that does not grant Opposer a monopoly on all bird designs … a mark that is very different from Opposer's mark would be easy to recognize as not connected with Opposer's mark."[39] In support of these arguments, Applicant does not introduce any evidence of third-party marketplace uses; it relies on its Manager Member, Mr. Gubbala, who testifies that "[w]hile no formal search was conducted, it is clear that birds are a popular choice for various logos … Since the beginning of this opposition I have come to learn that there are over 500 live bird marks currently with the USPTO."[40] Mr. Gubbala appended as an exhibit what appears to be a trademark search result for marks that comprise or include a bird design in Class 25 in the form of a chart.[41]

[38] 29 TTABVUE 17.

[39] *Id.*

[40] 19 TTABVUE 5 at ¶ 8.

[41] *Id.* at 32-534. The chart lists the marks, purported status of the application or registration, owner names and the goods or services.

While an applicant may try to show that a registered mark is weak (and that the applicant's mark is different enough to be unlikely to cause confusion), such proofs have a statutory limit. All marks registered on the Principal Register are presumed valid and distinctive, *see* 15 U.S.C. § 1057(b), and even if they are weak, they are still afforded protecting from confusingly

There is no testimony regarding the source of the search nor is there any indication which database was used to conduct the search. As indicated above, the Board previously addressed the nature of this exhibit in connection with a motion to strike. And as noted in the Board's December 2, 2012 order, the "exact identity of the document is unclear from the testimony" but likely is "a search report provided in a chart format which lists registrations and applications … seemingly generated or provided by a third party" and that "[a]ny third-party registrations or applications listed thereon are not of record. The Board can give the registrations no substantive consideration and they are not proof of any matters asserted therein."[42]

It is well established that third-party registrations may not be made of record by such a listing.[43] *Carl Karcher Enters. Inc. v. Stars Restaurants Corp.*, 35 USPQ2d 1125, 1130 (TTAB 1995); *see also In re Dos Padres Inc.*, 49 USPQ2d 1860, 1861 n.2

similar marks. *See, e.g., Conde Nast Publ'ns, Inc. v. Miss Quality, Inc.*, 507 F.2d 1404, 184 USPQ 422, 424 (CCPA 1975) ("Although this court has often referred to the 'scope of protection,' 'degree of protection,' and 'latitude of protection' to be accorded marks—'limited' in the case of 'weak' marks and 'broad' or 'wide' in the case of 'strong' marks, it has, nevertheless, made it clear that the decisive question is whether there is a likelihood of confusion, mistake, or deception for purposes of 15 U.S.C. § 1052(d). Therefore, if there is such likelihood, that ends the matter whether appellant's mark be termed 'weak' or 'strong.') (citation omitted).

[42] 24 TTABVUE 10-12.

[43] Even if a third-party federal registration has been properly made of record, its probative value is limited, particularly when the issue to be determined is likelihood of confusion, and there is no evidence of actual use of the mark shown in the registration. *See AMF Inc. v. American Leisure Prods., Inc.*, 474 F.2d 1403, 177 USPQ 268, 269 (CCPA 1973) (not evidence of what happens in the market place or consumer familiarity); *Weider Publ'ns, LLC v. D&D Beauty Care Co.*, 109 USPQ2d 1347, 1351 n.10 (TTAB 2014) (third-party registrations do not constitute evidence of use, thus of limited probative value to show mark is weak); *Nat'l Football League v. Jasper Alliance Corp.*, 16 USPQ2d 1212, 1215 n.3 (TTAB 1990) ("It is well settled that a search report does not constitute evidence of the existence of a registration or use of a mark") (citing *In re Hub Distrib., Inc.*, 218 USPQ 284 (TTAB 1983)).

(TTAB 1998) (search reports are not "credible evidence of the existence of the applications and/or registrations listed in such reports"); *In re Smith and Mehaffey*, 31 USPQ2d at 1532 n.3 ("[T]he Board will not consider copies of a search report or information taken from a private company's data base as credible evidence of the existence of the registrations listed therein.") (citing *In re Hub Distrib.*, 218 USPQ 284); *Weyerhaeuser Co. v. Katz*, 24 USPQ2d 1230, 1231-32 (TTAB 1992) (trademark search reports from private companies are neither printed publications nor official records). Moreover, "[i]t is well settled that the Board does not take judicial notice of USPTO records." *UMG Recordings Inc. v. O'Rourke*, 92 USPQ2d 1042, 1046 (TTAB 2009); *Beech Aircraft Corp. v. Lightning Aircraft Co.*, 1 USPQ2d 1290, 1293 (TTAB 1986) (Board refused to take judicial notice of petitioner's pleaded and rejected, application for purposes of establishing petitioner standing).

Keeping in mind the limitations noted above, we also find that over 350 marks in the search report are for different birds, are in different postures or contain additional matter and not simply a bird design and hence convey a commercial impression dissimilar to that projected by Opposer's mark. These differences render them dissimilar, and hence irrelevant, to the registered mark. *See Sabhnani v. Mirage Brands, LLC*, 2021 USPQ2d 1241, at *25 (TTAB 2021) ("[W]hile the registered marks all contain the word 'MIRAGE,' they contain additional elements that cause many of them to be less similar to Petitioner's mark than Respondent's marks are.").

Notwithstanding, given the number of third-party marks which include a bird design, we can conclude that a bird design, in general, is not unique for clothing items,

but there is no evidence of the use of, and little evidence of the registration of, a design similar to the design forming Opposer's mark.[44] *Cf., Jack Wolfskin*, 116 USPQ2d at 1136 ("extensive" evidence not only of third-party registrations with paw prints but also "of these marks with paw prints being used in internet commerce" for the relevant goods); *Juice Generation*, 115 USPQ2d 1671 (uncontradicted testimony of "a considerable number" of third party uses of similar marks, along with third-party registrations).

**2. Commercial Strength**

As for commercial strength, the record in this case amply demonstrates that Opposer's bird design is commercially strong. Strength "may be measured indirectly, among other things, by the volume of sales and advertising expenditures of the goods traveling under the mark, and by the length of time those indicia of commercial awareness have been evident." *Bose Corp. v. QSC Audio Prods. Inc.*, 293 F.3d 1367, 63 USPQ2d 1303, 1305 (Fed. Cir. 2002). Other relevant factors include "length of use of the mark, market share, brand awareness, licensing activities, and variety of goods bearing the mark." *Coach Servs. Inc. v. Triumph Learning LLC*, 668 F.3d 1356, 101 USPQ2d 1713, 1720 (Fed. Cir. 2012).

Opposer's efforts to promote its products bearing the bird design have been substantial (the exact numbers, dollar amounts and expenditures have been

[44] Even assuming some degree of conceptual weakness in a bird design, as discussed, this is not dispositive, as "likelihood of confusion is to be avoided, as much between 'weak' marks as between 'strong' marks." *King Candy Co. v. Eunice King's Kitchen, Inc.*, 496 F.2d 1400, 182 USPQ 108, 109 (CCPA 1974).

designated confidential and are not disclosed). Opposer points to these efforts, providing examples of each, including:

- between 2005 to 2021, volume of sales and dollar amounts sold for "products" bearing Opposer's bird mark which are substantial with annual sales remaining steady;[45]
- between 2005 to 2020, annual visitors for Opposer's website www.holisterco.com, mobile app and email subscribers which Opposer asserts "displays and offers for sale apparel bearing" its bird mark and have, on average, risen each year;[46]
- social media accounts on "Facebook, Instagram, and Twitter" that in 2022 include "12 million 'likes' from Facebook users, 5 million followers on Instagram and 665,000 followers on Twitter;[47] and
- limited YouTube series including "This is Summer" which as of March 2022 had 24 episodes having an average of 600,000 views, "The Carpe Life" which as of "March 2022, videos for the 11 part series … had on average received more than one million (1,000,000+) views," and "The Carpe Challenge" which as of "March 2021, videos for the 12 episode series … had on average received more than two hundred thousand (200,000+) views, with many videos exceeding one million to two million … views."[48]

Opposer also submits testimony and evidence of its promotion of its bird mark through "partnerships with various organizations that work with high school students … reaching millions of students and educators."[49] Additionally, there is evidence of unsolicited media coverage which includes display or mention of Opposer's bird mark such as articles on Business Insider and Yahoo Finance.[50]

[45] 16 TTABVUE at 3, 5 at ¶¶ 6, 9.

[46] *Id.* at 6-7 at ¶¶ 10-11, 14

[47] *Id.* at 8 at ¶ 17.

[48] *Id.* at 8-9 at ¶ 18-20.

[49] 27 TTABVUE 35; 16 TTABVUE 9-10 at ¶ 22, 227-61.

[50] *Id.*; 15 TTABVUE 11-12 at ¶¶ 37-41, 157-81.

Opposer's evidence establishes that Opposer's pleaded bird mark is, at the very least, commercially strong entitling it to a broad scope of protection against confusingly similar marks. *Jos. Phelps Vineyards, LLC v. Fairmont Holdings, LLC*, 857 F.3d 1323, 122 USPQ2d 1733, 1734 (Fed. Cir. 2017); *Century 21 Real Estate Corp. v. Century Life of Am.*, 970 F.2d 874, 23 USPQ2d 1698, 1701 (Fed. Cir. 1992). Indeed, Applicant asserts in its brief that Opposer's evidence "supports a finding of significant renown attributable to Opposer's pleaded marks."[51]

Considering both conceptual and commercial strength, we find Opposer's mark is overall a strong indicator of source.

**C. The Similarity or Dissimilarity of the Marks**

We now turn to the *DuPont* factor concerning the similarities or dissimilarities of marks, and which are typically compared for similarities and dissimilarities in appearance, sound, connotation and commercial impression. *Palm Bay Imps.*, 73 USPQ2d at 1692. "The proper test is not a side-by-side comparison of the marks, but instead whether the marks are sufficiently similar in terms of their commercial impression such that persons who encounter the marks would be likely to assume a connection between the parties." *Coach*, 101 USPQ2d at 1721 (quotation omitted). Our focus is on the recollection of the average purchaser, who normally retains a general rather than a specific impression of trademarks. *See Inter IKEA Sys. B.V. v. Akea, LLC*, 110 USPQ2d 1734, 1740 (TTAB 2014) (citations omitted); *Sealed Air*

[51] 29 TTABVUE 20.

*Corp. v. Scott Paper Co.*, 190 USPQ 106, 108 (TTAB 1975); *see also Franklin Mint Corp. v. Master Mfg. Co.*, 667 F.2d 1005, 212 USPQ 233, 234 (CCPA 1981) ("Those who comprise the purchasing public … ordinarily must depend upon their past recollection of marks to which they were previously exposed.") (citation omitted).

When the parties' goods are identical or virtually identical, as we have in this case, the degree of similarity between the marks necessary to support a determination that confusion is likely declines. *See Bridgestone Americas Tire Operations, LLC v. Fed. Corp.*, 673 F.3d 1330, 102 USPQ2d 1061, 1064 (Fed. Cir. 2012); *In re Viterra*, 101 USPQ2d at 1908; *In re Mighty Leaf Tea*, 601 F.3d 1342 , 94 USPQ2d 1257, 1260 (Fed. Cir. 2010); *Century 21 Real Estate. v. Century Life of Am.*, 23 USPQ2d 1698 at 1701; *In re Max Cap.*, 93 USPQ2d at 1248.

For convenience, we reproduce the parties' respective marks below:

Applicant argues that its mark "consists of specific design elements and coloring that are unique to the gannet bird. This is very intentional … Applicant is not trying to emulate Opposer's seagull, nor would Opposer's seagull mark be mistaken for a gannet. These are marks that have extreme differences."[52]

Applicant's argument ignores that the parties' marks both show a similar bird with two outstretched wings and in flight with pointed, closed beaks facing to the left.

[52] 29 TTABVUE 13.

Indeed, Applicant stipulated that the parties' marks both consist of "a bird with outspread wings viewed from the side with the bird's head and beak facing to the left and the bird's outspread wings shown above the bird's body."[53]Although Applicant's bird has a fish in its beak, the fish is very small in comparison to the remainder of the bird design and despite Applicant's arguments to the contrary,[54] likely not readily discerned and remembered by the consumer.

Looking at the parties' marks in their entireties, the parties' marks have a similar appearance and commercial impression of a bird in flight and the subtle differences (such as the wingtips) are not likely to be recalled by consumers at spaced intervals, given that the average purchaser normally retains a general rather than a specific impression of trademarks. *See Dassler KG v. Roller Derby Skate Corp.*, 206 USPQ 255, 259 (TTAB 1980) (recollections of design "usually hazy, and generally amount to nothing more than general, overall impressions"). While there are differences between the marks, they are insufficient to overcome the overall visual similarities and commercial impression, especially when the parties' goods are in part, identical.

This factor weighs in favor of finding a likelihood of confusion.

[53] 14 TTABVUE 6 at ¶¶ 15-16.

[54] Applicant argues that the "fish in particular is of importance as it ties together this logo with the name of the company, Gannetfisher." 29 TTABVUE 19. However, Applicant seeks to register the bird design without Gannetfisher or any words and does not describe its design as a gannetfish in the opposed application.

**D. Variety of Goods and Services**

The ninth *DuPont* factor takes into account the variety of goods on which a mark is or is not used. *DuPont*, 177 USPQ at 567. If a party in the position of plaintiff uses its mark on a wide variety of goods, then purchasers are more likely to view a defendant's related goods under a similar mark as an extension of the plaintiff's line. *See, e.g., In re Hitachi High-Techs. Corp.*, 109 USPQ2d 1769, 1774 (TTAB 2014)

As we noted earlier in this opinion, Opposer's product line currently extends to various items of clothing, footwear and retail clothing store services and its goods with the mark of the '084 registration do not extend to other product areas. Opposer's uses of its bird design marks as established by the record, are insufficient to persuade us that Opposer has used its marks on an extended variety of goods. Given the relatedness of the parties' identified goods, we find it unnecessary to rely on this factor.

We therefore find the ninth *DuPont* factor to be neutral with respect to a finding of likelihood of confusion.

**E. Actual Confusion**

Applicant argues that there is no evidence of actual confusion and that although it has not yet begun to sell its identified goods, it "has been advertising their future products on their website and various social media platforms including Facebook and Instagram."[55]

[55] 29 TTABVUE 18.

The absence of instances of confusion is meaningful only if the record indicates appreciable and continuous use by the parties of their marks for a significant period of time in the same markets. *Citigroup Inc. v. Capital City Bank Grp., Inc.*, 94 USPQ2d 1645, 1660 (TTAB 2010), *aff'd*, 637 F.3d 1344, 98 USPQ2d 1253 (Fed. Cir. 2011); *New Era Cap Co.*, 2020 USPQ2d 10596, at *17; *Gillette Canada Inc. v. Ranir Corp.*, 23 USPQ2d 1768, 1774 (TTAB 1992). There is no evidence regarding the length or frequency of Applicant's advertising, or the consumer exposure of Applicant's advertising. The mere fact that Applicant advertised is not persuasive since there is no way of our determining whether these activities have had any impact on purchasers. *See In re Kwik Lok Corp.*, 217 USPQ 1245, 1248 (TTAB 1983). Moreover, advertising goods is not the same as use on goods. *See also Clorox Co. v. Salazar*, 108 USPQ2d 1083, 1086 (TTAB 2013) ("The mere use of a trademark in the advertising or promotion of goods in the United States is insufficient to constitute use of the mark in commerce, within the meaning of the Trademark Act, where the advertising or promotion is unaccompanied by any actual sale or transport of the goods in commerce, as is the case here."). And, as stipulated by Applicant, Applicant has not yet "started sales in USA."[56]

In sum, the lack of actual confusion is not probative as there has not been ample opportunity for confusion to occur. *See e.g., KME Ger. GmbH v. Zhejiang Hailiang Co.*, 2023 WL 6366806, at *21 (TTAB 2023) (finding no reasonable opportunity for confusion to have occurred where the parties have used their marks

[56] 14 TTABVUE 8 at ¶ 22.

contemporaneously for, at most, three years); *Barbara's Bakery Inc. v. Landesman*, 82 USPQ2d 1283, 1287 (TTAB 2007) (where the respective marks had coexisted in the marketplace for at least nine years, absence of actual confusion nonetheless deemed "of little probative value" because of the absence of a significant opportunity for such confusion to occur, given "the minimal scope of applicant's actual use of her mark in the marketplace").

We find this *DuPont* factor neutral.

**V. Conclusion**

We have carefully considered the evidence and arguments of record relevant to the pertinent *DuPont* factors. In sum, Opposer's mark is a strong indicator of source and the goods, the channels of trade, the classes of consumers and conditions of sale all favor finding a likelihood of confusion.. The variety of goods offered by Opposer and actual confusion factors are neutral.

In view thereof, we conclude that Applicant's mark is likely to be confused with the mark of the '084 registration.

Because we have found that there is a likelihood of confusion, we need not reach Opposer's dilution claim. *See Azeka Bldg. Corp. v. Azeka*, 122 USPQ2d 1477, 1478 (TTAB 2017) (the Board has "discretion to decide only those claims necessary to enter judgment and dispose of the case") (quoting *Multisorb Tech., Inc. v. Pactive Corp.*, 109 USPQ2d 1170, 1171 (TTAB 2013)).

**Decision**: The opposition is sustained and registration to Applicant is refused.



