# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### Eastern Division

| | |
|---|---|
| **SRINIVASA RAO GUBBALA,** | |
| Plaintiff, | Case No. 2:24-cv-00444-SDM-CMV |
| *~ versus ~* | |
| **ABERCROMBIE & FITCH TRADING CO.,** | |
| Defendant. | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to the Local Rules of the Southern District of Ohio, Rules 83.3(e) and other application rules and practices of this Honorable Court, Trial Counsel Jonathan L. Hilton, Esq., in the above-captioned matter does respectfully move the Court to admit Counsel Baruch S. Gottesman, Esq., for admission *pro hac vice* with respect matter and to participate as co-counsel in this case for the Plaintiff.

The Movant represents that Counsel Gottesman is a member in good Standing of the Highest Court of the State of New York as attested by the accompanying certificate from that Court and that Counsel Gottesman is not eligible to become a member of the permanent bar of this Court.  This motion is accompanied by the required $200.00 filing fee.

Counsel Gottesman is informed and understands that unless excused, he is required to promptly register for electronic filing with this Court (ECF) upon the granting of this Motion.

Counsel Gottesman's relevant identifying information is as follows:

Business Telephone Number: (212) 401-6910

Business Fax Number: (212) 859-7307

Business Address:     Gottesman Legal PLLC
                      11 Broadway, Suite 615
                      New York, NY 10004

Business e-mail: bg@gottesmanlegal.com and baruchgottesman@gmail.com

Dated this 5th day of February 2024

                              RESPECTFULLY SUBMITTED,

        By:    *Jonathan Hilton*
               _____
               Jonathan L. Hilton, Esq.
               HILTON PARKER LLC
               7544 Slate Ridge Blvd.
               Reynoldsburg, OH 43068
               o: (614) 992-2277
               e: jhilton@hiltonparker.com


        *Certificate of Good Standing Attached*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2024, I electronically filed a true and accurate copy of the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends an electronic notification to all attorneys of record.

Respectfully submitted on this the 5th day of February

/s/ Jonathan L. Hilton
Jonathan L. Hilton, Esq