AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

SRINIVASA RAO GUBBALA, )
)
)
)
Plaintiff(s) )
v. ) Civil Action No. 2:24-cv-444
ABERCROMBIE & FITCH TRADING CO., )
)
)
Defendant(s) )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Abercrombie & Fitch Trading Co.
6301 Fitch Path
New Albany, OH 43054

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jonathan L. Hilton, Esq.
Hilton Parker LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/5/2024                    _____
                                  Signature of Clerk or Deputy

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Abercrombie & Fitch Trading Co.**
was received by me on *(date)* **02/05/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Daylen Platt**, who is designated by law to accept service of process on behalf of *(name of organization)* **CT Corporation System, Registered Agent for Abercrombie & Fitch Trading Co.** on *(date)* **02/06/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **2-6-24**

_____
Server's signature

**Ron Freeman, Process Server**
Printed name and title

**244 N. Ogden Ave., Columbus, OH 43204**
Server's address

Additional information regarding attempted service, etc: