AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of Ohio

| | | |
|---|---|---|
| SRINIVASA RAO GUBBALA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:24-CV-0444-SDM-CMV |
| ABERCROMBIE & FITCH TRADING CO | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ABERCROMBIE & FITCH TRADING CO        .

Date:  02/26/2024

/S/ Maxwell H. King
*Attorney's signature*

Maxwell H. King  0101498
*Printed name and bar number*
Vorys Sater Seymour and Pease LLP
52 E. Gay Street, P.O. Box 1008
Columbus, OH  43216-1008

*Address*

mhking@vorys.com
*E-mail address*

(614) 464-5411
*Telephone number*

(614) 464-5411
*FAX number*