AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| SRINIVASA RAO GUBBALA ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:24-CV-0444-SDM-CMV |
| ABERCROMBIE & FITCH TRADING CO ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ABERCROMBIE & FITCH TRADING CO .

Date: 02/26/2024

/S/ John L. Landolfi
*Attorney's signature*

John L. Landolfi  0042208
*Printed name and bar number*

Vorys Sater Seymour and Pease LLP
52 E. Gay Street, P.O. Box 1008
Columbus, OH  43216-1008
*Address*

jllandolfi@vorys.com
*E-mail address*

(614) 464-8390
*Telephone number*

(614) 464-8390
*FAX number*