**UNITED STATES DISTRICT COURT OF OHIO**
**SOUTHERN DISTRICT, EASTERN DIVISION**

| | |
|---|---|
| SRINIVASA RAO GUBBALA, | : |
| Plaintiff, | : Case No. 2:24-CV-00444-SDM-CMV |
| v. | : Judge Sarah D. Morrison |
| | : Magistrate Chelsey M. Vascura |
| ABERCROMBIE & FITCH TRADING CO., | : |
| Defendant. | : |

### UNOPPOSED MOTION OF DEFENDANT ABERCROMBIE & FITCH TRADING CO. FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Pursuant to S.D. Ohio Civ. R. 7.3(a), Defendant Abercrombie & Fitch Trading Co. ("Defendant") respectfully moves the Court for a second 30-day extension to respond to Plaintiff's Complaint, filed on February 4, 2024. The current deadline for Defendant to respond to Plaintiff's Complaint is March 28, 2024, and Defendant's requested extension would extend the deadline to **April 27, 2024**. *See* Notation Order (Feb. 26, 2024) (ECF No. 12) (granting Defendant's first unopposed motion for extension of time and setting March 28, 2024 deadline).

Defendant respectfully submits that this second 30-day extension will help facilitate further settlement discussions between the parties. Defendant, through its counsel, consulted with Plaintiff's counsel regarding its request for a 30-day extension before filing this motion. Plaintiff's counsel does not object to the requested 30-day extension. Pursuant to S.D. Ohio Civ. R. 7.3(a) and 7.4, a proposed order granting this Motion is attached hereto.

Respectfully submitted,

*/s/ Maxwell H. King*
John L. Landolfi (0042208)
Maxwell H. King (0101498)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH  43216-1008
P/F:  (614) 464-8390
Email:   jllandolfi@vorys.com
             mhking@vorys.com
*Local Counsel for Defendant Abercrombie & Fitch Trading Co.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served via the Court's electronic filing system on this 21st day of March 2024.

                                              */s/ Maxwell H. King*
                                              Maxwell H. King (0101498)