# UNITED STATES DISTRICT COURT OF OHIO
# SOUTHERN DISTRICT, EASTERN DIVISION

| | | |
|---|---|---|
| SRINIVASA RAO GUBBALA, | : | |
| | : | |
| Plaintiff, | : | Case No. 2:24-CV-00444-SDM-CMV |
| | : | |
| v. | : | Judge Sarah D. Morrison |
| | : | Magistrate Chelsey M. Vascura |
| ABERCROMBIE & FITCH TRADING CO., | : | |
| | : | |
| Defendant. | : | |

## [Proposed] ORDER GRANTING THE UNOPPOSED MOTION OF DEFENDANT ABERCROMBIE & FITCH TRADING CO. FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

This matter is before the Court on the Unopposed Motion of Defendant Abercrombie & Fitch Trading Co. ("Defendant") for an Extension of Time to Respond to Plaintiff's Complaint. Upon consideration of Defendant's Motion, and for good cause shown, Defendant's Motion is hereby GRANTED.  Defendant will have up to and including **April 27, 2024** to move or otherwise plead in response to Plaintiff's Complaint.

**IT IS SO ORDERED.**

or

_____
UNITED STATES DISTRICT JUDGE

_____
UNITED STATES MAGISTRATE JUDGE