# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SRINIVASA RAO GUBBALA,**

    **Plaintiff,**

  v.                                **Civil Action 2:24-cv-444**
                                        **Judge Sarah D. Morrison**
**ABERCROMBIE & FITCH**         **Magistrate Judge Chelsey M. Vascura**
**TRADING CO.,**

    **Defendant.**

## ORDER

This matter is before the Court on the Unopposed Motion of Defendant Abercrombie & Fitch Trading Co. ("Defendant") for an Extension of Time to Respond to Plaintiff's Complaint. (ECF No. 13.) For good cause shown, Defendant's Motion is **GRANTED**. Defendant shall have until **April 27, 2024**, to move or otherwise plead in response to Plaintiff's Complaint.

    IT IS SO ORDERED.

                                                    /s/ *Chelsey M. Vascura*
                                                    CHELSEY M. VASCURA
                                                    UNITED STATES MAGISTRATE JUDGE