# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 09/19)

| | |
|---|---|
| SRINIVASA RAO GUBBALA,<br><br>    Plaintiff,<br><br>    v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>    Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO., and ABERCROMBIE & FITCH CO.,<br><br>    Counterclaim Plaintiffs,<br><br>    v.<br><br>SRINIVASA RAO GUBBALA<br><br>    Counterclaim Defendant. | Case No. 2:24-CV-00444-SDM-CMV<br><br>Judge Sarah D. Morrison<br>Magistrate Chelsey M. Vascura |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, John L. Landolfi, attorney for Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co. in the above referenced action, hereby moves the court to admit Eric W. Lee, pro hac vice to appear and participate as co-counsel in this case for Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co.

Movant represents that Eric W. Lee is a member in good standing of the highest court of Massachusetts as attested by the accompanying certificate from that court and that Eric W. Lee is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

1

Eric W. Lee is informed and understands that unless excused, he is required to promptly register for electronic filing with this Court (ECF) upon the granting of this Motion.

Eric W. Lee's relevant identifying information is as follows:

Business telephone (617) 951-9240   Business fax (617) 261-3100

Business address: 1 Congress Street, Boston, MA 02114

Business e-mail address: eric.lee@klgates.com

        */s/ Maxwell H. King*
John L. Landolfi (0042208)
Maxwell H. King (0101498)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH  43216-1008
P/F: (614) 464-8390
Email: jllandolfi@vorys.com
mhking@vorys.com

Attorney for Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co.

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served via the Court's electronic filing system on this 26th day of April 2024.

                                      */s/ Maxwell H. King*
                                      Maxwell H. King (0101498)