IN THE UNITED STATES DISTRICT COURT  (Revised 09/19)
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SRINIVASA RAO GUBBALA,<br><br>    Plaintiff,<br><br>  v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>    Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO., and ABERCROMBIE & FITCH CO.,<br><br>    Counterclaim Plaintiffs,<br><br>  v.<br><br>SRINIVASA RAO GUBBALA<br><br>    Counterclaim Defendant. | Case No. 2:24-CV-00444-SDM-CMV<br><br>Judge Sarah D. Morrison<br>Magistrate Chelsey M. Vascura |

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a)**, John L. Landolfi, attorney for Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co. in the above referenced action, hereby moves the court to admit Susan M. Kayser, pro hac vice to appear and participate as co-counsel in this case for Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co.

Movant represents that Susan M. Kayser is a member in good standing of the highest court of New York as attested by the accompanying certificate from that court and that Susan M. Kayser is not eligible to become a member of the permanent bar of this Court. This Motion is accompanied by the required filing fee.

1

Susan M. Kayser is informed and understands that unless excused, she is required to promptly register for electronic filing with this Court (ECF) upon the granting of this Motion.

Susan M. Kayser's relevant identifying information is as follows:

Business telephone (202) 778-9421         Business fax (202) 778-9001

Business address: 1601 K. Street, N.W., Washington, D.C. 20006

Business e-mail address: susan.kayser@klgates.com

> */s/ Maxwell H. King*
> John L. Landolfi (0042208)
> Maxwell H. King (0101498)
> Vorys, Sater, Seymour and Pease LLP
> 52 East Gay Street, P.O. Box 1008
> Columbus, OH  43216-1008
> P/F: (614) 464-8390
> Email: jllandolfi@vorys.com
> mhking@vorys.com
>
> Attorney for Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been served via the Court's electronic filing system on this 26th day of April 2024.

*/s/ Maxwell H. King*
Maxwell H. King (0101498)