**Exhibit 1**

https://www.facebook.com/gannetfisher
Buscar en Facebook
Gannetfisher
Gannet Fisher
111 seguidores • 1 seguidos
Mensaje
Seguir
Buscar
Publicaciones
Información
Menciones
Opiniones
Seguidores
Fotos
Más
Detalles
Yoga Activewear, Fitnesswear & Sportswear.
Página · Producto/servicio
gubbala.rao@gmail.com
Aún sin calificación (0 opiniones)
Fotos
Ver todas las fotos
EVERY MOMENT CAN BE PERFECT
MAKE A STATEMENT
CONQUER
Publicaciones
Filtros
Gannet Fisher
3 de abril de 2020
Gannetfisher is a company that manufactures and sells online for Yoga Activewear, and Sportswear soon.
Gannetfisher
Gannetfisher
Gannetfisher
4/26/2024 10:44:51 AM

gannetfisher

FIT IS FUN

COMPROMISE

gannetfisher • Follow

**gannetfisher** Gannet Fisher is for the uber stylish- they take their fitness seriously, and care to look good while doing so.

They believe in doing that 'extra'- running an extra mile, doing some extra squats, holding the plank a little extra, stretching a little extra and so on. And Gannet Fisher offers extra style and extra comfort for such individuals. After all, it takes it a little extra to be the best!! #gannetfisher#athleisure#styleandcomfort#whatsyourstyle#fitnesslovers#gymwear

6 likes

September 9, 2019

Add a comment... Post

Gannetfisher

















































