**Exhibit 2**

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,745,498** ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
Registered Feb. 2, 2010 6301 FITCH PATH
ATTN: JACOB KRAMER
NEW ALBANY, OH 43054

**Int. Cl.: 25**

**TRADEMARK
PRINCIPAL REGISTER**

FOR: CLOTHING, NAMELY, BLAZERS, BLOUSES, BOXER SHORTS, CAMISOLES, CAPS, COATS, DRESSES, FOOTWEAR, HALTER TOPS, HATS, JACKETS, JEANS, KNIT SHIRTS, KNIT TOPS, LOUNGEWEAR, PAJAMAS, PANTS, SCARVES, SHIRTS, SHORTS, SKIRTS, SLEEPWEAR, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, SWIM WEAR, T-SHIRTS, TANK TOPS, UNDERSHIRTS, UNDERWEAR AND VESTS, ALL SOLD EXCLUSIVELY THROUGH APPLICANT'S HOLLISTER STORES AND HOLLISTER WEBSITE, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 10-0-2003; IN COMMERCE 10-0-2003.

THE MARK CONSISTS OF A MISCELLANEOUS DESIGN WITH A CONTRASTING BORDER SHOWN IN WHITE, ALTHOUGH NO COLOR IS CLAIMED.

SN 78-926,248, FILED 7-10-2006.

KEVON CHISOLM, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,022,932**  
**Registered Sep. 6, 2011**  
**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
6301 FITCH PATH
ATTN: JACOB KRAMER, SENIOR LEGAL COUNSEL
NEW ALBANY, OH 43054

FOR: CLOTHING, NAMELY, BEACHWEAR, BELTS, BOXER SHORTS, JACKETS, JEANS, KNIT SHIRTS, KNIT TOPS, PANTS, SHIRTS, SHORTS, SKIRTS, SWEAT SHIRTS, SWEATERS, SWIM WEAR, T-SHIRTS AND TANK TOPS SOLD EXCLUSIVELY IN HOLLISTER CO. STORES AND HOLLISTER CO. ONLINE WEB-SITES, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 8-8-2003; IN COMMERCE 8-8-2003.

OWNER OF U.S. REG. NO. 1,448,593.

THE MARK CONSISTS OF A BIRD DESIGN SILHOUETTE.

SN 76-979,139, FILED 5-16-2003.

BARBARA GAYNOR, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,745,497** ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
Registered Feb. 2, 2010 ATTN: JACOB KRAMER
6301 FITCH PATH
NEW ALBANY, OH 43054

**Int. Cl.: 25**

FOR: CLOTHING, NAMELY, BLAZERS, BLOUSES, BOXER SHORTS, CAMISOLES, CAPS, COATS, DRESSES, FOOTWEAR, HALTER TOPS, HATS, JACKETS, JEANS, KNIT SHIRTS, KNIT TOPS, LOUNGEWEAR, PAJAMAS, PANTS, SCARVES, SHIRTS, SHORTS, SKIRTS, SLEEPWEAR, SWEAT PANTS, SWEAT SHIRTS, SWEATERS, SWIM WEAR, T-SHIRTS, TANK TOPS, UNDERSHIRTS, UNDERWEAR AND VESTS, ALL SOLD EXCLUSIVELY THROUGH APPLICANT'S HOLLISTER STORES AND HOLLISTER WEBSITE, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK
PRINCIPAL REGISTER**

FIRST USE 10-0-2003; IN COMMERCE 10-0-2003.

THE MARK CONSISTS OF A DESIGN APPEARING IN THE COLOR PROPRIETARY BURGUNDY-RED OUTLINED IN A SHADE OF WHITE.

THE COLOR(S) PROPRIETARY BURGUNDY-RED AND A SHADE OF WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

SN 78-926,190, FILED 7-10-2006.

KEVON CHISOLM, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,855,891**  ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
**Registered Oct. 5, 2010**  6301 FITCH PATH
  NEW ALBANY, OH 43054

**Int. Cl.: 25**  FOR: GLOVES; HEADWEAR; MITTENS; SCARVES, IN CLASS 25 (U.S. CLS. 22 AND 39).

  FIRST USE 10-0-2005; IN COMMERCE 10-0-2005.

**TRADEMARK**
  OWNER OF U.S. REG. NOS. 3,426,742 AND 3,571,820.

**PRINCIPAL REGISTER**
  THE MARK CONSISTS OF A BIRD DESIGN SILHOUETTE.

  SER. NO. 77-865,065, FILED 11-4-2009.

  HAI-LY LAM, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,091,084**  ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
6301 FITCH PATH
**Registered Jan. 24, 2012** NEW ALBANY, OH 43054

**Int. Cl.: 25**  FOR: BELTS; BOTTOMS; COATS; FOOTWEAR; JACKETS; SLEEPWEAR; SWIMWEAR; TOPS; UNDERGARMENTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

**TRADEMARK**  FIRST USE 8-8-2003; IN COMMERCE 8-8-2003.

**PRINCIPAL REGISTER**  OWNER OF U.S. REG. NOS. 3,745,497, 3,855,891 AND OTHERS.

THE MARK CONSISTS OF A BIRD DESIGN SILHOUETTE.

SER. NO. 85-359,504, FILED 6-29-2011.

NORA BUCHANAN WILL, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

**United States Patent and Trademark Office**

Reg. No. 3,588,412
Registered Mar. 10, 2009

## SERVICE MARK
### PRINCIPAL REGISTER



ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
6301 FITCH PATH
NEW ALBANY, OH 43054

FOR: ON-LINE RETAIL STORE SERVICES FEATURING PERSONAL CARE PRODUCTS, CLOTHING, JEWELRY, AND BAGS; RETAIL STORE SERVICES FEATURING PERSONAL CARE PRODUCTS, CLOTHING, JEWELRY, AND BAGS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-12-2006; IN COMMERCE 10-12-2006.

OWNER OF U.S. REG. NO. 3,337,365.

SN 77-331,592, FILED 11-16-2007.

MARCIE MILONE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,384,092**
**Registered Aug. 13, 2013**
**Int. Cl.: 35**

**SERVICE MARK**

**PRINCIPAL REGISTER**

ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
6301 FITCH PATH
ATTN: JACOB KRAMER, SENIOR LEGAL COUNSEL
NEW ALBANY, OH 43054

FOR: RETAIL CLOTHING STORE SERVICES, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 2-0-2006; IN COMMERCE 2-0-2006.

OWNER OF U.S. REG. NO. 1,448,593.

THE MARK CONSISTS OF A BIRD DESIGN SILHOUETTE.

SN 76-516,815, FILED 5-16-2003.

BARBARA GAYNOR, EXAMINING ATTORNEY



Acting Director of the United States Patent and Trademark Office

Int. Cl.: 35

Prior U.S. Cls.: 100, 101, and 102

United States Patent and Trademark Office

Reg. No. 3,592,454
Registered Mar. 17, 2009

## SERVICE MARK
### PRINCIPAL REGISTER



ABERCROMBIE & FITCH TRADING CO. (OHIO CORPORATION)
6301 FITCH PATH
NEW ALBANY, OH 43054

FOR: ON-LINE RETAIL STORE SERVICES FEATURING PERSONAL CARE PRODUCTS, CLOTHING, JEWELRY, AND BAGS; RETAIL STORES FEATURING PERSONAL CARE PRODUCTS, CLOTHING, JEWELRY, AND BAGS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 10-12-2006; IN COMMERCE 10-12-2006.

OWNER OF U.S. REG. NO. 3,337,365.

THE COLOR(S) PROPRIETARY BURGUNDY-RED AND A SHADE OF WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

THE MARK CONSISTS OF A BIRD DESIGN APPEARING IN THE COLOR PROPRIETARY BURGUNDY-RED OUTLINED IN A SHADE OF WHITE.

SN 77-331,597, FILED 11-16-2007.

MARCIE MILONE, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 6,900,944**  
**Registered Nov. 15, 2022**  
**Int. Cl.: 25**  
**Trademark**  
**Principal Register**

Abercrombie & Fitch Trading Co.  (OHIO CORPORATION)
Attn: Lindsay Capps
6301 Fitch Path
New Albany, OHIO 43054

CLASS 25: Tops as clothing

FIRST USE 3-26-2021; IN COMMERCE 3-26-2021

The mark consists of a cream colored bird in flight with a brown beak, brown feet, white belly, a black eye and black and gray wings.

OWNER OF U.S. REG. NO. 4091084, 4384092, 4022932

SER. NO. 97-093,230, FILED 10-26-2021



*Katherine Kelly Vidal*

Director of the United States
Patent and Trademark Office

