**UNITED STATES DISTRICT COURT OF OHIO**
**SOUTHERN DISTRICT, EASTERN DIVISION**

| | |
|---|---|
| SRINIVASA RAO GUBBALA, <br><br> Plaintiff, <br><br> v. <br><br> ABERCROMBIE & FITCH TRADING CO., <br><br> Defendant. | Case No. 2:24-CV-00444-SDM-CMV <br><br> Judge Sarah D. Morrison <br> Magistrate Chelsey M. Vascura |
| ABERCROMBIE & FITCH TRADING CO., <br> and ABERCROMBIE & FITCH CO., <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> SRINIVASA RAO GUBBALA, <br><br> Counterclaim Defendant. | |

**[Proposed] ORDER GRANTING THE MOTION OF ABERCROMBIE & FITCH TRADING CO. AND ABERCROMBIE & FITCH CO. FOR SUSAN M. KAYSER TO ACT AS TRIAL ATTORNEY**

This matter is before the Court on the Motion of Defendant Abercrombie & Fitch Trading Co. and Counterclaim Plaintiffs Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co. ("Counterclaim Plaintiffs") for Susan M. Kayser of the law firm K&L Gates LLP to act as Trial Attorney in this matter. Upon consideration of Counterclaim Plaintiffs' Motion, and for good cause shown, Counterclaim Plaintiffs' Motion is hereby GRANTED. Ms. Kayser shall be permitted to act as Counterclaim Plaintiffs' Trial Attorney herein.

**IT IS SO ORDERED.**

or

_____

UNITED STATES DISTRICT JUDGE

_____

UNITED STATES MAGISTRATE JUDGE