**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

<u>**SRINIVASA RAO GUBBALA**</u>

      **Plaintiff(s),**    Case No. 2:24-cv-444

 vs.           Judge: Sarah D. Morrison

               Magistrate Judge: Chelsey M. Vascura

<u>**ABERCROMBIE & FITCH TRADING CO.,** *et al.*</u>**,**

    **Defendant(s).**

<u>**NOTICE SETTING MEDIATION**</u>

**[ X ] TAKE NOTICE** that a proceeding in this case has been set for a Settlement Conference for the place, date, and time set forth below:

**Place: Taft Law; 41 S. High St.; Columbus, Ohio 43201; 18th Floor, Columbus, OH 43215**

**Date: July 10, 2024 at 9:00 A.M. ET**

Unless otherwise **ORDERED** either by the Court, on its own motion or at the request of the parties, the rules for mediation are:

1. Each party with full settlement authority and the trial attorney must attend**.**

2. Plaintiff will tender to defendant and the mediator a fully documented settlement demand by **June 30, 2024.**

3. Defendant will tender to plaintiff and to the mediator a fully documented response by **July 3, 2024.**

4. The parties may submit a confidential addendum for mediator's eyes only by **July 8, 2024**.

5. All settlement discussions shall be subject to Federal Evidence Rule 408 and S.D. Ohio Civ. R. 16.3.

Date: **06/17/2024**         */s/ David J. Butler*
                 Mediator

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been served via the Court's electronic filing system on this 17th day of June 2024.

                                                  */s/ David J. Butler*  
                                                  David J. Butler, Mediator