IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

<u>**SRINIVASA RAO GUBBALA**</u>

      **Plaintiff(s),**    **Case No. 2:24-cv-444**

vs.            **Judge: Sarah D. Morrison**

              **Magistrate Judge: Chelsey M. Vascura**

<u>**ABERCROMBIE & FITCH TRADING CO.,** *et al.*<b>,</b></u>

    **Defendant(s).**

### <u>AMENDED NOTICE SETTING MEDIATION</u>

**[ X ] TAKE NOTICE** that a proceeding in this case has been rescheduled for a Settlement Conference for the place, date, and time set forth below:

Place: **Taft Law; 41 S. High St.; Columbus, Ohio 43201; 18th Floor, Columbus, OH 43215**

Date: **July 23, 2024 at 9:00 A.M. ET**

Unless otherwise **ORDERED** either by the Court, on its own motion or at the request of the parties, the rules for mediation are:

1.  **Each party** and the **trial attorney** must **attend.**

2.  Plaintiff has not yet tendered its mediation statement. Accordingly, Plaintiff will tender to defendant and the mediator a fully documented settlement demand by **July 16, 2024.**

3.  Defendant has provided its mediation statement. Defendant may tender to plaintiff and to the mediator a fully documented response by **July 19, 2024** if it so chooses**.**

4.  All settlement discussions shall be subject to Federal Evidence Rule 408.

Date: **07/12/2024**         */s/ David J. Butler*
                Mediator