IN THE UNITED STATESDISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SRINIVASA RAO GUBBALA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO., and ABERCROMBIE & FITCH CO.,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　v.<br><br>SRINIVASA RAO GUBBALA<br><br>　　　　Counterclaim Defendant. | Case No. 2:24-CV-00444-SDM-CMV<br><br>Judge Sarah D. Morrison<br>Magistrate Chelsey M. Vascura |

**JOINT SETTLEMENT STATUS REPORT**

Plaintiff/Counterclaim Defendant Srinivasa Rao Gubbala ("Mr. Gubbala"), Counterclaim Defendant Gannetfisher LLC ("Gannetfisher"), Defendant/Counterclaim Plaintiff Abercrombie & Fitch Trading Co. ("A&F Trading Co.") and Counterclaim Plaintiff Abercrombie & Fitch Co. ("A&F") (Mr. Gubbala, Gannetfisher, A&F Trading Co. and A&F, are together, "Parties"), by and through their counsel, report that the Parties and their counsel participated in a Mediation Conference on July 23, 2024 and engaged in subsequent discussions for settlement purposes. The

1

Parties did not reach an agreement to resolve the claims in this case, and the mediation has concluded.

| Attorneys for Plaintiff/<br>Counterclaim Defendant: | Attorney for Defendant/<br>Counterclaim Plaintiffs: |
|---|---|
| s/ Baruch S. Gottesman<br>by s/ Eric W. Lee per e-mail authorization<br>Baruch S. Gottesman, Esq.<br>New York Bar No. 4480539<br>GOTTESMAN LEGAL PLLC<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Phone: (212) 401-6910<br>bg@gottesmanlegal.com | s/ Eric W. Lee<br>Susan M. Kayser, Trial Attorney<br>(*admitted pro hac vice*)<br>K&L Gates LLP<br>1601 K. Street, N.W.<br>Washington, D.C. 20006<br>Phone: 202-778-9421<br>Fax: 202-778-9001<br>Susan.Kayser@klgates.com |
| Jonathan L. Hilton, Esq.<br>HILTON PARKER LLC<br>7658 Slate Ridge Blvd.<br>Reynoldsburg, OH 43068<br>o: (614) 992-2277<br>e: jhilton@hiltonparker.com | Eric W. Lee (*admitted pro hac vice*)<br>K&L Gates LLP<br>1 Congress Street<br>Boston, MA 02114<br>Phone: 617-951-9240<br>Eric.Lee@klgates.com |
|  | John L. Landolfi (0042208)<br>Maxwell H. King (0101498)<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street, P.O. Box 1008<br>Columbus, OH 43216-1008<br>P/F: (614) 464-8390<br>Email: jllandolfi@vorys.com<br>mhking@vorys.com |

Dated: August 9, 2024

## CERTIFICATE OF SERVICE

      I certify that on August 9, 2024 I electonrically filed the foregoing document via the Court's CM/ECF system, which will send notification of such filing to all counsel of record who are registered participants of the CM/ECF system.

                                          *s/ Eric W. Lee*
                                          Eric W. Lee