# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SRINIVASA RAO GUBBALA,**

    **Plaintiff,**

  v.

**ABERCROMBIE & FITCH TRADING CO.,**

    **Defendant.**

---

**ABERCROMBIE & FITCH TRADING CO. and ABERCROMBIE & FITCH CO.,**

    **Counterclaim Plaintiffs,**

  v.

**SRINIVASA RAO GUBBALA,**

    **Counterclaim Defendant.**

:

**Case No. 2:24-cv-444**
**Chief Judge Sarah D. Morrison**
**Magistrate Judge Chelsey M. Vascura**

## ORDER

The Motion of Defendants Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co. requesting that Susan M. Kayser of the law firm K&L Gates LLP be permitted to act as their Trial Attorney in this matter is **GRANTED**. Local counsel John L. Landolfi and Maxwell H. King of the law firm Vorys, Sater, Seymour and Pease LLP shall continue to serve as local counsel for the moving parties.

    **IT IS SO ORDERED.**

                                  s/ Sarah D. Morrison
                                  **SARAH D. MORRISON**
                                  **CHIEF UNITED STATES DISTRICT JUDGE**