IN THE UNITED STATESDISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SRINIVASA RAO GUBBALA,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>Defendant. | Case No. 2:24-CV-00444-SDM-CMV<br><br>Chief Judge Sarah D. Morrison<br>Magistrate Chelsey M. Vascura |
| ABERCROMBIE & FITCH TRADING CO., and ABERCROMBIE & FITCH CO.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SRINIVASA RAO GUBBALA<br>GANNETFISHER LLC<br><br>Counterclaim Defendants. | |

### [Proposed] ORDER GRANTING THE JOINT MOTION TO EXTEND FACT DISCOVERY PERIOD FOR LIMITED PURPOSE

This matter is before the Court on the Joint Motion of Plaintiff/Counterclaim Defendant Srinivasa Rao Gubbala ("Mr. Gubbala"), Counterclaim Defendant Gannetfisher LLC ("Gannetfisher LLC"), Defendant/Counterclaim Plaintiff Abercrombie & Fitch Trading Co. ("A&F Trading Co.") and Counterclaim Plaintiff Abercrombie & Fitch Co. ("A&F Co.") (Mr. Gubbala, Gannetfisher LLC, A&F Trading Co., and A&F Co., collectively, the "Parties") to extend the close of fact discovery in the above-referenced case from October 14, 2024 to October 29, 2024 for a limited purpose.

Upon consideration of the Parties, and for good cause shown, the Joint Motion is hereby GRANTED.

1

The Parties will have up to and including **October 29, 2024** to conduct the depositions of Mr. Gubbala and Gannetfisher LLC.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

or

_____
UNITED STATES MAGISTRATE JUDGE