# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SRINIVASA RAO GUBBALA,**

      **Plaintiff,**

  v.                                   **Civil Action 2:24-cv-444**
                                         **Chief Judge Sarah D. Morrison**
**ABERCROMBIE & FITCH**                **Magistrate Judge Chelsey M. Vascura**
**TRADING CO.,**

      **Defendant.**

## ORDER

This matter is before the Court on the Parties' Joint Motion to Extend Fact Discovery Period for Limited Purpose (ECF No. 35). For good cause shown, the Motion is **GRANTED**. The Parties will have up to and including **OCTOBER 29, 2024** to conduct the depositions of Mr. Gubbala and Gannetfisher LLC..

      **IT IS SO ORDERED.**

                                                         /s/ *Chelsey M. Vascura*
                                                         CHELSEY M. VASCURA
                                                         UNITED STATES MAGISTRATE JUDGE