UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SRINIVASA RAO GUBBALA,**

   **Plaintiff/Counterclaim Defendant,**

   v.                                      **Civil Action 2:24-cv-444**
                                                  **Chief Judge Sarah D. Morrison**
**ABERCROMBIE & FITCH**                 **Magistrate Judge Chelsey M. Vascura**
**TRADING CO.,** *et al.***,**

   **Defendant/Counterclaimants,**

   v.

**GANNETFISHER LLC,**

   **Counterclaim Defendant,**

## **ORDER**

     This matter came before the Court for a telephonic discovery conference on October 21, 2024. All parties appeared and were represented by counsel. This Order memorializes the results of that conference.

     Defendant and Counterclaimant Abercrombie & Fitch Trading Co. and Counterclaimant Abercrombie & Fitch Co. (collectively, "A&F") requested the conference to resolve a dispute regarding Plaintiff and Counterclaim Defendant Srinivasa Rao Gubbala and Counterclaim Defendant Gannetfisher LLC's failure to respond to A&F's discovery requests. During the conference, the undersigned ordered Mr. Gubbala and Gannetfisher to respond to A&F's discovery requests by the morning of **OCTOBER 22, 2024**, and to appear for depositions by

**NOVEMBER 7, 2024**. If Mr. Gubbala and Gannetfisher's written responses to A&F's discovery requests and document production have not been produced in their entirety by **CLOSE OF BUSINESS ON OCTOBER 22, 2024**, Mr. Gubbala and Gannetfisher are **ORDERED** to pay A&F's attorney's fees incurred in seeking the October 21, 2024 conference with the Court and any further Court intervention that might be necessary to complete the outstanding discovery.

Accordingly, A&F's oral Motion to Compel is **GRANTED**. Further, the discovery deadline is extended for the *limited purpose* of obtaining Mr. Gubbala's and Gannetfisher's responses to A&F's outstanding discovery requests and completing Mr. Gubbala's and Gannetfisher's depositions until **NOVEMBER 7, 2024**.

**IT IS SO ORDERED.**

/s/ *Chelsey M. Vascura*
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE