IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SRINIVASA RAO GUBBALA,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO., and ABERCROMBIE & FITCH CO.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SRINIVASA RAO GUBBALA<br>GANNETFISHER LLC<br><br>Counterclaim Defendants. | Case No. 2:24-CV-00444-SDM-CMV<br><br>Chief Judge Sarah D. Morrison<br>Magistrate Chelsey M. Vascura |

**JOINT MOTION TO EXTEND FACT
DISCOVERY PERIOD FOR LIMITED PURPOSE**

Pursuant to S.D. Ohio Civ. R. 7.3(a), Plaintiff/Counterclaim Defendant Srinivasa Rao Gubbala ("Mr. Gubbala"), Counterclaim Defendant Gannetfisher LLC ("Gannetfisher"), Defendant/Counterclaim Plaintiff Abercrombie & Fitch Trading Co. ("A&F Trading Co.") and Counterclaim Plaintiff Abercrombie & Fitch Co. ("A&F Co.") (A&F Trading Co. and A&F Co. together, "A&F") (Mr. Gubbala, Gannetfisher, A&F collectively, the "Parties") respectfully move that the Court extend the current November 7, 2024 deadline for the parties to complete the depositions of Mr. Gubbala and Gannetfisher to **November 12, 2024**.

1

On October 21, 2024, this Court Ordered Mr. Gubbala and Gannetfisher to respond to A&F's discovery requests by the morning of October 22, 2024 and to appear for depositions by November 7, 2024, and extended the fact discovery deadline to November 7, 2024 for these limited purposes (Doc. 38).

Mr. Gubbala and Gannetfisher did not appear for the rescheduled depositions on Thursday, October 24, 2024, and Friday, October 25, 2024. The Parties mutually agreed to reschedule these depositions to Monday, November 11, 2024, and Tuesday, November 12, 2024, which were the soonest dates that Mr. Gubbala, Gannetfisher, and their counsel stated they were available.

Accordingly, the Parties respectfully and jointly move that the Court extend the current November 7, 2024 fact discovery deadline to complete Mr. Gubbala's and Gannetfisher's depositions by five days to **November 12, 2024** for the *limited purpose* of allowing the Parties to complete Mr. Gubbala's and Gannetfisher's depositions. All other fact discovery is now closed.

This is the Parties' second request for an extension of the fact discovery period in this case.

The Parties do not request extension of any other deadlines and do not anticipate that the requested five-day extension will affect any future deadlines.

Pursuant to S.D. Ohio Civ. R. 7.3(a) and 7.4, a proposed order granting this Motion is attached hereto.

3

| | |
|---|---|
| November 6, 2024 | Respectfully submitted, |
| GOTTESMAN LEGAL PLLC | K&L GATES LLP |
| /s/ Baruch S. Gottesman<br>Baruch S. Gottesman, Esq.<br>New York Bar No. 4480539<br>GOTTESMAN LEGAL PLLC<br>11 Broadway, Suite 615<br>New York, NY 10004<br>Phone: (212) 401-6910<br>bg@gottesmanlegal.com<br><br>*Counsel for Plaintiff and Counterclaim Defendants Srinivasa Rao Gubbala and Gannetfisher LLC* | /s/ Susan M. Kayser<br>Susan M. Kayser, Trial Attorney (*admitted pro hac vice*)<br>K&L Gates LLP<br>1601 K. Street, N.W.<br>Washington, D.C. 20006<br>Phone: 202-778-9421<br>Fax: 202-778-9001<br>Susan.Kayser@klgates.com<br><br>Eric W. Lee (*admitted pro hac vice*)<br>K&L Gates LLP 1 Congress Street<br>Boston, MA 02114<br>Phone: 617-951-9240<br>Eric.Lee@klgates.com<br><br>John L. Landolfi (0042208)<br>Maxwell H. King (0101498)<br>Vorys, Sater, Seymour and Pease LLP<br>52 East Gay Street, P.O. Box 1008<br>Columbus, OH 43216-1008<br>P/F: (614) 464-8390<br>Email:jllandolfi@vorys.com<br>mhking@vorys.com<br><br>*Counsel for Defendant and Counterclaim Plaintiffs Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co.* |

321109332.1

## CERTIFICATE OF SERVICE

I hereby certify that, on November 6, 2024, I caused a true and correct copy of the above document to be served by electronic means on the following counsel of record for Plaintiff and Counterclaim Defendant Srinivasa Rao Gubbala and Counterclaim Defendant Gannetfisher LLC.

Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

Jonathan L. Hilton, Esq.
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Phone: (614) 992-2277
jhilton@hiltonparker.com

/s/ Eric W. Lee
Eric W. Lee