# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SRINIVASA RAO GUBBALA,<br><br>Plaintiff,<br><br>v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO., and ABERCROMBIE & FITCH CO.,<br><br>Counterclaim Plaintiffs,<br><br>v.<br><br>SRINIVASA RAO GUBBALA<br>GANNETFISHER LLC<br><br>Counterclaim Defendants. | Case No. 2:24-CV-00444-SDM-CMV<br><br>Chief Judge Sarah D. Morrison<br>Magistrate Chelsey M. Vascura |

### [Proposed] ORDER GRANTING THE PARTIES' JOINT MOTION TO EXTEND FACT DISCOVERY PERIOD FOR LIMITED PURPOSE

This matter is before the Court on the Parties' Joint Motion to Extend Fact Discovery Period for Limited Purpose (ECF No. 39). For good cause shown, the Motion is GRANTED. The Parties will have up to and including November 12, 2024 to conduct the depositions of Mr. Gubbala and Gannetfisher LLC.

**IT IS SO ORDERED.**

_____
CHELSEY M. VASCURA
UNITED STATES MAGISTRATE JUDGE

321109309.1