# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**SRINIVASA RAO GUBBALA,**

    Plaintiff,

  v.

**ABERCROMBIE & FITCH TRADING CO.,**

    Defendant.

**ABERCROMBIE & FITCH TRADING CO., and ABERCROMBIE & FITCH CO.,**

    Counterclaim Plaintiffs,

  v.

**SRINIVASA RAO GUBBALA GANNETFISHER LLC.,**

    Counterclaim Defendants.

Civil Action 2:24-cv-444
Chief Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

The matter is before the Court on the Parties' Joint Motion to Extend Fact Discovery Period for Limited Purpose (EFC No. 39). For good cause shown, the Motion is **GRANTED**. The parties will have up to and including **November 12, 2024**, to conduct depositions of Mr. Gubbala and Gannetfisher LLC.

    **IT IS SO ORDERED.**

                                          /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE