# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| SRINIVASA RAO GUBBALA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ABERCROMBIE & FITCH TRADING CO.,<br><br>　　　　Defendant.<br><br>ABERCROMBIE & FITCH TRADING CO., and ABERCROMBIE & FITCH CO.,<br><br>　　　　Counterclaim Plaintiffs,<br><br>　　v.<br><br>SRINIVASA RAO GUBBALA<br>GANNETFISHER LLC<br><br>　　　　Counterclaim Defendants. | Case No. 2:24-CV-00444-SDM-CMV<br><br>Chief Judge Sarah D. Morrison<br>Magistrate Chelsey M. Vascura |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff/Counterclaim Defendant Srinivasa Rao Gubbala ("Mr. Gubbala"), Counterclaim Defendant Gannetfisher LLC ("Gannetfisher"), Defendant and Counterclaim-Plaintiff Abercrombie & Fitch Trading Co. ("A&F Trading Co."), and Counterclaim Plaintiff Abercrombie & Fitch Co. ("A&F Co.") (A&F Trading Co. and A&F Co. together, "A&F") (Mr. Gubbala, Gannetfisher, A&F Trading Co. and A&F Co. each a "Party" and collectively, the "Parties") stipulate and agree as follows:

1. Mr. Gubbala's claims in the Complaint filed against A&F in the above-captioned action are dismissed with prejudice;

2. A&F's counterclaims in the Amended Counterclaim filed against Mr. Gubbala and Gannetfisher in the above-captioned action are dismissed without prejudice;

3. Each Party shall bear its own attorneys' fees, costs, and expenses; and

4. All named parties stipulate to this dismissal.

Respectfully submitted,

GOTTESMAN LEGAL PLLC

/s/ Baruch S. Gottesman
Baruch S. Gottesman, Esq.
New York Bar No. 4480539
GOTTESMAN LEGAL PLLC
11 Broadway, Suite 615
New York, NY 10004
Phone: (212) 401-6910
bg@gottesmanlegal.com

*Counsel for Plaintiff and Counterclaim Defendants Srinivasa Rao Gubbala and Gannetfisher LLC*

K&L GATES LLP

/s/ Susan M. Kayser
Susan M. Kayser, Trial Attorney (*admitted pro hac vice*)
K&L Gates LLP
1601 K. Street, N.W.
Washington, D.C. 20006
Phone: 202-778-9421
Fax: 202-778-9001
Susan.Kayser@klgates.com

Eric W. Lee (*admitted pro hac vice*)
K&L Gates LLP 1 Congress Street
Boston, MA 02114
Phone: 617-951-9240
Eric.Lee@klgates.com

John L. Landolfi (0042208)
Maxwell H. King (0101498)
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216-1008
P/F: (614) 464-8390
Email:jllandolfi@vorys.com
mhking@vorys.com

*Counsel for Defendant and Counterclaim Plaintiffs Abercrombie & Fitch Trading Co. and Abercrombie & Fitch Co.*

2

## **CERTIFICATE OF SERVICE**

I certify that, on November 18, 2024, I caused a true and correct copy of the above document to be served by electronic means on the following counsel of record for Plaintiff and Counterclaim Defendant Srinivasa Rao Gubbala and Counterclaim Defendant Gannetfisher LLC.

>Baruch S. Gottesman, Esq.
>New York Bar No. 4480539
>GOTTESMAN LEGAL PLLC
>11 Broadway, Suite 615
>New York, NY 10004
>Phone: (212) 401-6910
>bg@gottesmanlegal.com
>
>Jonathan L. Hilton, Esq.
>HILTON PARKER LLC
>7658 Slate Ridge Blvd.
>Reynoldsburg, OH 43068
>Phone: (614) 992-2277
>jhilton@hiltonparker.com

>>*/s/ Eric W. Lee*
>>Eric W. Lee